RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 211414)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: RB@LNBYB.com, MYK@LNBYB.com, KJM@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364, AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF**<br><br>DATE:    September 13, 2017<br>TIME:    2:00 p.m.<br>PLACE:    Courtroom "303"<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA |

1

**I, Monica Y. Kim, hereby declare as follows:**

1. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

2. I am a member of Levene, Neale, Bender, Yoo & Brill L.L.P., proposed bankruptcy counsel to Ironclad Performance Wear Corporation, a California corporation ("<u>Ironclad California</u>") and Ironclad Performance Wear Corporation, a Nevada corporation ("<u>Ironclad Nevada</u>" and with Ironclad California, the "<u>Debtors</u>" or "<u>Ironclad</u>"). The Debtors each filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on September 1, 2017 ("<u>Petition Date</u>").

3. On or about August 29, 2017, I obtained certified searches of recorded UCC-1 financing statements from the California Secretary of State (attached hereto as Exhibit A) and Nevada Secretary of State (attached hereto as Exhibit B). As set forth therein, the only active and valid UCC-1 financing statements existing as of the Petition Date are as follows:

> **California Secretary of State**:
>
> UCC-1 filed by Capital One (document number 14-7441632305) recorded December 18, 2014 as to substantially all assets of Ironclad California, assigned to Radians by UCC-3 (document number 62925880003).
>
> **Nevada Secretary of State**:
>
> UCC-1 filed by Capital One (document number 2014031733-1) recorded December 12, 2014 as to substantially all assets of Ironclad Nevada, assigned to Radians by UCC-3 (document number 2017020461-7)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September 2017 at Los Angeles, California.

*/s/ Monica Y. Kim*
MONICA Y. KIM

# EXHIBIT "A"



SECRETARY OF STATE
STATE OF CALIFORNIA

## Search Certificate

SEARCH REQUESTED ON:                                                                08/29/2017
Organization Debtor:  **IRONCLAD PERFORMANCE WEAR CORP**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **ALL**

\* Indicates Filings that have been accepted after the Certification Date.

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 12-7340381382 | Financing Statement | 12/11/2012 | 12:10 | 12/11/2017 | 1 |

**Debtor:**
Organization:   IRONCLAD PERFORMANCE WEAR CORPORATION
                2201 PARK PLACE STE 101, EL SEGUNDO CA USA, 90245-4909

**Secured Party:**
Organization:   UNION BANK, N.A.
                PO BOX 30115, LOS ANGELES CA USA, 90030

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 15-74449934 | Termination | 01/13/2015 | 12:51 | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 14-7441632305 | Financing Statement | 12/18/2014 | 15:51 | 12/18/2019 | 2 |

**Debtor:**
Organization:   IRONCLAD PERFORMANCE WEAR CORPORATION
                1920 HUTTON COURT, SUITE 300, FARMERS BRANCH TX USA, 75234

**Secured Party:**
Organization:   CAPITAL ONE, N.A.
                600 NORTH PEARL STREET SUITE 2500, DALLAS TX USA, 75201

                RADIANS WAREHAM HOLDING, INC.
                5305 DISTRIPLEX FARMS, MEMPHIS TN USA, 38141

Document Number:   63709940003          Page 1 of 2

Continue

| Amendment Filing # | Filing Type | File Date | File Time | | # of Pages |
|---|---|---|---|---|---|
| 17-75978114 | Assignment | 07/25/2017 | 14:52 | | 1 |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 15-7460728636 | State Tax Lien | 04/20/2015 | 17:00 | 04/20/2025 | 1 |

**Debtor:**
Organization:   IRONCLAD PERFORMANCE WEAR CORP.
                2950 31ST ST, SANTA MONICA CA USA, 90405 3098

**Secured Party:**
Organization:   EMPLOYMENT DEVELOPMENT DEPARTMENT
                PO BOX 826880, SACRAMENTO CA US, 94280

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 15-74756241 | Termination | 07/17/2015 | 17:00 | 1 |

**Total Pages:** 7

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **08/24/2017 at 1700 hours.**

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

Alex Padilla
Secretary of State

Document Number:   63709940003        Page 2 of 2

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company
800-858-5294

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

DOCUMENT NUMBER: 46703080002
FILING NUMBER: 15-74449934
FILING DATE: 01/13/2015 12:51

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
12-7340381382

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record.
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

OR
6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR
7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
For value received and in consideration of advances, present and future, and other obligations, debtor hereby grants a security interest in all of the following property:

All present and hereafter acquired personal property including but not limited to all accounts, chattel paper, instruments, contract rights, general intangibles, goods, equipment, inventory, documents, certificates of title, deposit accounts, returned or repossessed goods, fixtures, commercial tort claims, insurance claims, rights and policies, letter of credit rights, investment property, supporting obligations, and the proceeds, products, parts, accessories, attachments, accessions, replacements, substitutions, additions, and improvements of or to each of the foregoing.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR
a. ORGANIZATION'S NAME
MUFG Union Bank, N.A.

b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Debtor: Ironclad Performance Wear Corporation-/21064/CA/3861901166 [95271735]

FILING OFFICE COPY

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
William A. DeLoach (214) 740-1419

B. E-MAIL CONTACT AT FILER (optional)

C. SE'
Return acknowledgment to:

Capitol Corporate Services, Inc.
455 Capitol Mall Ste 217, Sacramento CA 95814
800/327-4842

14-7441632305
12/18/2014 15:51

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

46350570002  UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Ironclad Performance Wear Corporation | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1920 Hutton Court, Suite 300 | Farmers Branch | TX | 75234 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Capital One, N.A. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 North Pearl Street Suite 2500 | Dallas | TX | 75201 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
See attached Exhibit A

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
6700.24

75743/mv

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

46350570002

### Exhibit A

(a)    all Accounts of Debtor, whether now or hereafter existing, created, arising or acquired;

(b)    all Inventory of Debtor, whether now or hereafter existing, created, arising or acquired;

(c)    all Equipment of Debtor, whether now or hereafter existing, created, arising or acquired;

(d)    all General Intangibles of Debtor, whether now or hereafter existing, created, arising, or acquired, including, without limitation, the Intellectual Property;

(e)    without limitation to the foregoing, all contract rights, chattel paper, documents, documents of title, warehouse receipts, bills of lading, notes, and notes receivable instruments of Debtor, whether now or hereafter existing, created, arising, or acquired;

(f)    without limitation to the foregoing, all goods, instruments, notes, notes receivable, documents, documents of title, warehouse receipts, bills of lading, certificates of title, policies and certificates of insurance, securities, chattel paper, deposits, cash and other property now or hereafter owned by Debtor or in which it now or hereafter has an interest, which are now or may hereafter be in the possession of or deposited with Bank, or which are otherwise assigned to Bank, or as to which Bank may now or hereafter control possession by documents of title or otherwise;

(g)    all books and records now owned and hereafter acquired relating to any other Collateral and all files, correspondence, computer programs, tapes, disks and related data processing software owned by Debtor or in which Debtor has an interest that contains information concerning or relating to any of the other Collateral or any item thereof; and

(h)    all Proceeds and products of all of the foregoing, including, without limitation, insurance proceeds.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
901-577-8115

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, TN 38103
USA

DOCUMENT NUMBER: 62925880003
FILING NUMBER: 17-75978114
FILING DATE: 07/25/2017 14:52

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
14-7441632305

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☒ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.
☐ CHANGE name and/or address: Complete Item 6a or 6b; and item 7a and 7b and Item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
Radians Wareham Holding, Inc.

**7b. INDIVIDUAL'S SURNAME**
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)  SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5305 Distriplex Farms | Memphis | TN | 38141 | USA |

**8.** ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**a. ORGANIZATION'S NAME**
CAPITAL ONE, N.A.

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

RECORDING REQUESTED BY:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

**15-7460728636**
**04/20/2015 17:00**

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

48418310025  UCC 1 FILING

## NOTICE OF STATE TAX LIEN
(Filed pursuant to Section 7171 of the Government Code)

IRONCLAD PERFORMANCE WEAR CORP.
2950 31ST ST
SANTA MONICA, CA 90405-3098

Secretary of State

Letter ID.  L1659220160

Certificate No. G000952850

| TAX PERIOD | TAX | PENALTY | INTEREST | TOTAL |
|---|---|---|---|---|
| 01/01/2014 to 03/31/2014 | $0.00 | $807.27 | $38.33 | $845.60 |

Interest calculated through 04/14/2015

The Director of the Employment Development Department hereby certifies the above is liable to the State of California for amounts due and required to be paid as determined under the provisions of the California Unemployment Insurance Code, the Revenue and Taxation Code, or both.

THE AMOUNT OF DELINQUENCY ABOVE SET FORTH SHALL BE A LIEN UPON ALL REAL OR PERSONAL PROPERTY AND RIGHTS TO SUCH PROPERTY, INCLUDING ALL AFTER-ACQUIRED PROPERTY AND RIGHTS TO PROPERTY BELONGING TO THE ABOVE NAMED.

Date: 04/14/2015
At Sacramento, California



The Director of the Employment Development Department has complied with all provisions of the California Unemployment Insurance Code in the computation and levy of the amount assessed and has caused this notice of lien to be issued by a duly authorized representative.

*Teresa Gage*

By _____

**Authorized Representative**
This agency has adopted the use of a facsimile signature as affixed above.

RECORDING REQUESTED BY:
STATE OF CALIFORNIA
Employment Development Department
888-745-3886

WHEN RECORDED MAIL TO:
STATE OF CALIFORNIA
Employment Development Department
LIEN GROUP, MIC 92G
PO BOX 826880
SACRAMENTO, CA 94280-0001

1574756241
07/17/2015 17:00



FILED
CALIFORNIA
SECRETARY OF STATE

SOS



50020240026  UCC 3 FILING

# RELEASE OF LIEN
## IMPOSED UNDER A CERTIFICATE OR NOTICE OF STATE TAX LIEN

CERTIFICATE NO.  G000952850

LETTER ID.  L0563337920

The Director of the Employment Development Department of the State of California hereby releases and certifies that there has been released all property from any lien imposed thereon by the filing and recording of that certain Certificate or Notice of Amount of tax, penalty, and interest due under Section 1703 of the California Unemployment Insurance Code or Section 7171 of the Government Code from:

IRONCLAD PERFORMANCE WEAR CORP.
IRONCLAD PERFORMANCE WEAR CORP.

In the amount of $845.60   which was recorded on 04/20/2015

in volume/page  15-7460728636   of Official Records of the Secretary of State



THE DIRECTOR OF THE EMPLOYMENT DEVELOPMENT DEPARTMENT OF THE STATE OF CALIFORNIA HAS CAUSED THIS RELEASE TO BE ISSUED BY THE DULY AUTHORIZED REPRESENTATIVE.

Date: 07/13/2015
This document is produced on a laser printer.

By  *Teresa Gage*

Authorized Representative
This agency has adopted the use of a facsimile signature as affixed above.

DE2184 Rev. 5 (7-12)

68567040_P140_E1

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company
800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

DOCUMENT NUMBER: 35711180002
FILING NUMBER: 12-7340381382
FILING DATE: 12/11/2012 12:10
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Ironclad Performance Wear Corporation

1c. MAILING ADDRESS: 2201 Park Place Ste 101
CITY: El Segundo
STATE: CA
POSTAL CODE: 90245-4909
COUNTRY: USA

1e. TYPE OF ORGANIZATION: Corporation
1f. JURISDICTION OF ORGANIZATION: CA
1g. ORGANIZATIONAL ID#, if any: CA A0569223

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (none)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: Union Bank, N.A.

3c. MAILING ADDRESS: PO Box 30115
CITY: Los Angeles
STATE: CA
POSTAL CODE: 90030
COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

For value received and in consideration of advances, present and future, and other obligations, debtor hereby grants a security interest in all of the following property:

All present and hereafter acquired personal property including but not limited to all accounts, chattel paper, instruments, contract rights, general intangibles, goods, equipment, inventory, documents, certificates of title, deposit accounts, returned or repossessed goods, fixtures, commercial tort claims, insurance claims, rights and policies, letter of credit rights, investment property, supporting obligations, and the proceeds, products, parts, accessories, attachments, accessions, replacements, substitutions, additions, and improvements of or to each of the foregoing.

**5. ALT DESIGNATION:** [ ] LESSEE/LESSOR [ ] CONSIGNEE/CONSIGNOR [ ] BAILEE/BAILOR [ ] SELLER/BUYER [ ] AG. LIEN [ ] NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
IroncladPerform/21064/CA/CD [71931720]

FILING OFFICE COPY

# EXHIBIT "B"

# STATE OF NEVADA



BARBARA K. CEGAVSKE
*Secretary of State*

KIMBERLEY PERONDI
*Deputy Secretary
for Commercial Recordings*

**OFFICE OF THE**
# SECRETARY OF STATE

## Certified Search Request

August 29, 2017

**Job Number:** U20170829-0052
**Reference Number:** 0001186005-5
**Expedite:** None
**Through Date:** 08/28/2017 05:00PM

The undersigned filing officer hereby certifies that the attached list is a true and exact list of all financing statements or federal tax liens and related subsequent documentation for the debtor below as filed with the Secretary of State's office, Uniform Commercial Code Division as of the above through date.

**Search Criteria:**
Debtor Name:    IRONCLAD PERFORMANCE WEAR CORP
Lien Type:       UCC
Lien Status:     All (Including lapsed)

Nevada Secretary of State
Electronic Filing
Filing Officer

**UCC DIVISION:**
**Tracy Gillespie, Supervisor**
200 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-5630

# STATE OF NEVADA



BARBARA K. CEGAVSKE
*Secretary of State*

KIMBERLEY PERONDI
*Deputy Secretary
for Commercial Recordings*

### OFFICE OF THE
## SECRETARY OF STATE

Financing Statement #2014031733-1
FILED: 12-12-2014 04:40 PM

(D) IRONCLAD PERFORMANCE WEAR CORPORATION
    ORGANIZATION
    1920 HUTTON COURT,
    SUITE 300
    FARMERS BRANCH, TX 75234 USA

(S) CAPITAL ONE, N.A.
    ORGANIZATION
    600 NORTH PEARL STREET
    SUITE 2500
    DALLAS, TX 75201 USA

(S) RADIANS WAREHAM HOLDING, INC.
    ORGANIZATION
    5305 DISTRIPLEX FARMS
    MEMPHIS, TN 38141 USA

| ACTIONS: | DATE | DOCUMENT # | PGS |
|---|---|---|---|
| Initial Financing Statement | 12-12-2014 04:40 PM | 2014031733-1 | 2 |
| Assignment | 07-25-2017 03:00 PM | 2017020461-7 | 1 |



(D)=Debtor              1 of 1              (S)=Secured Party
(T)=Tax Payer        (A)=Assignee           (L)=Lien Holder

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
William A. DeLoach (214) 740-1419

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100    Carson City, NV 89702
800/899-0490

Filed in the office of:
Ross Miller
Secretary of State
State of Nevada

Document Number: 2014031733-1
Filing Date and Time: 12/12/2014 4:40 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Ironclad Performance Wear Corporation**

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1920 Hutton Court, Suite 300 | Farmers Branch | TX | 75234 | USA |

1e. TYPE OF ORGANIZATION: corporation
1f. JURISDICTION OF ORGANIZATION: Nevada
1g. ORGANIZATIONAL ID #: NV20041484929

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - (blank)

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **Capital One, N.A.**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 North Pearl Street Suite 2500 | Dallas | TX | 75201 | USA |

4. This FINANCING STATEMENT covers the following collateral:

See attached Exhibit A.

8. OPTIONAL FILER REFERENCE DATA
06700.24

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

Exhibit A

 (a) all Accounts of Debtor, whether now or hereafter existing, created, arising or acquired;

 (b) all Inventory of Debtor, whether now or hereafter existing, created, arising or acquired;

 (c) all Equipment of Debtor, whether now or hereafter existing, created, arising or acquired;

 (d) all General Intangibles of Debtor, whether now or hereafter existing, created, arising, or acquired, including, without limitation, the Intellectual Property;

 (e) without limitation to the foregoing, all contract rights, chattel paper, documents, documents of title, warehouse receipts, bills of lading, notes, and notes receivable instruments of Debtor, whether now or hereafter existing, created, arising, or acquired;

 (f) without limitation to the foregoing, all goods, instruments, notes, notes receivable, documents, documents of title, warehouse receipts, bills of lading, certificates of title, policies and certificates of insurance, securities, chattel paper, deposits, cash and other property now or hereafter owned by Debtor or in which it now or hereafter has an interest, which are now or may hereafter be in the possession of or deposited with Bank, or which are otherwise assigned to Bank, or as to which Bank may now or hereafter control possession by documents of title or otherwise;

 (g) all books and records now owned and hereafter acquired relating to any other Collateral and all files, correspondence, computer programs, tapes, disks and related data processing software owned by Debtor or in which Debtor has an interest that contains information concerning or relating to any of the other Collateral or any item thereof; and

 (h) all Proceeds and products of all of the foregoing, including, without limitation, insurance proceeds.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
STACEY LOFT     9015778115

**B. E-MAIL CONTACT AT FILER (optional)**
SLOFT@BAKERDONELSON.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

STACEY LOFT
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
165 MADISON AVENUE
SUITE 2000
MEMPHIS  TN 38103

Filed in the office of
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: 2017020461-7
Filing Date and Time: 07/25/2017 3:00 PM

(This document was filed electronically.)
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2014031733-1

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME:
6b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

**7. CHANGED OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: **RADIANS WAREHAM HOLDING, INC.**
7b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5305 DISTRIPLEX FARMS | MEMPHIS | TN | 38141 | USA |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME: **CAPITAL ONE, N.A.**
9b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF MONICA Y. KIM IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER: (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 364, AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (II) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 11, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2. SERVED BY UNITED STATES MAIL**: On **September 11, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 11, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ *Service List served by Overnight Mail attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 11, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Served by Overnight Mail:**

Ironclad Performance Wear (8300)
OUST, Secured & Top 20

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**Secured Creditor**
Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141

**Counsel to Radians Wareham Holdings**
E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, Tennessee  38103

**Counsel to Radians Wareham Holdings**
Sharon Z. Weiss
Bryan Cave
120 Broadway, Suite 300
Santa Monica, CA 90401

**Top 20 Unsecured Creditors:**

Advantage Media Services, Inc.
Attn: Steven Helmle
29010 Commerce Center Drive
Valencia, CA 91355

Danny Negara
Mercindo Global Manufaktur
Jl. Raya Semarang-Bawen Km.29
SEemerang, Central Java
50661, Indonesia

Eliza Yang
Nantong Changbang Gloves Co.
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Gerard
BDO USA, LLP
P. O. BOX 677973
Dallas, TX 75267-7973

Kwong
PT JJ GLOVES INDO
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia, 57463

Mark Robba
PT SPORT GLOVE INDONESIA
Krandon Desa Pandowoharjo
Sleman
Yogyakarta, Indonesia, 55512

Daniel Gomes
Capital One Bank
P. O. BOX 1917
Merrifield, VA 22116-1917

Brent Waters
Resources Global Professionals
P.O. Box 740909
Los Angeles, CA 90074-0909

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602

Carol Pearson
FedEx
PO Box 7221
Pasadena, CA 91109-7321

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247

Robert Tejeda
Stubbs, Alderton & Markiles, LLP
15260 Ventura Blvd
20th Floor
Sherman Oaks, CA 91403

Ms. Vicz Yue
Ka Hung Glove Inustrial Co. Ltd.
Fujian Quanzhou Jiacheng Leather
Chi Feng Road, Quanzhou City
Fujian, 362000, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110

John Calhoun
Synetra
1110 E. State Highway 114
Suite 200
Southlake, TX 76092

Sky Lin
Marusan - Mimasu Tshusho Co. Ltd.
No 1 Queen' Road Central
Hong Kong
China

Carla Durand
University of Milwaukee
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201

Bradley J. S. Weiss
Winspeed Sports Shanghai Co., Ltd.
858 Mingzhu Road
Shanghai
China, 00020-1702

Janice Lee
Woneel Midas Leathers
Jl Gembor Raya Desa Pasirjaya
Tangerang
Banten, Indonesia, 15135

Liliana Dominguez
Yellow and Roadway
P. O. Box 100129
Pasadena, CA 91355

1920 Hutton Court
Attn: Johnny Clark
Inwood National Bank
P O Box 857413
Richardson, TX 75085