| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender (SBN 143364)<br>Monica Y. Kim (SBN 180139)<br>Krikor J. Meshefejian (SBN 255030)<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 - tel<br>(310) 229-1244 - faxt<br>rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors and Debtors in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

| In re:<br>IRONCLAD PERFORMANCE WEAR CORPORATION, A CALIFORNIA CORPORATION; AND<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, A NEVADA CORPORATION,<br><br><br><br>Debtor(s). | CASE NO.: 1:17-bk-12408-MB<br>CHAPTER: 11<br><br>**STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: 09/13/2017<br>TIME: 2:00 p.m.<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Blvd.<br>Woodland Hills, CA |
|---|---|

Secured party(ies): RADIANS WAREHAM HOLDING, INC.

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact: *FN

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☒ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | Pages 10-13 | |
| ☒ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | Pages 12-13 | |
| ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | |
|---|---|---|---|
| | *Continued from page 1* ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☒ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | Sec. 5.2 | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☒ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | Pages 12-13 | |
| ☒ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | Section 11.13 | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☒ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | Section 8.15(b) | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

09/11/2017     Monica Y. Kim                              /s/ Monica Y. Kim
*Date*         *Printed Name*                             *Signature*

*FN
References to Page Numbers are to the proposed Interim Order authorizing the post-petition financing and use of cash collateral.   References to Sections are to the Debtor-in-Possession Credit Agreement and Agreement for the use of cash collateral attached to the Motion for Authority to Obtain Post-petition Financing and use of Cash Collateral.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 2                              **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 11, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2. SERVED BY UNITED STATES MAIL**: On **September 11, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 11, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ *Service List served by Overnight Mail attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 11, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        **F 9013-3.1.PROOF.SERVICE**

**Served by Overnight Mail:**

| | | |
|---|---|---|
| Ironclad Performance Wear (8300)<br>OUST, Secured & Top 20 | United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017 | U. S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee  38103 | **Counsel to Radians Wareham Holdings**<br>Sharon Z. Weiss<br>Bryan Cave<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |

**Top 20 Unsecured Creditors:**

| | | |
|---|---|---|
| Advantage Media Services, Inc.<br>Attn: Steven Helmle<br>29010 Commerce Center Drive<br>Valencia, CA 91355 | Danny Negara<br>Mercindo Global Manufaktur<br>Jl. Raya Semarang-Bawen Km.29<br>SEemerang, Central Java<br>50661, Indonesia | Eliza Yang<br>Nantong Changbang Gloves Co.<br>Flat/RM 1602 Chit Lee Comm<br>Bldg 30-36, Shau Kei Wan Road<br>Hong Kong, China |
| Gerard<br>BDO USA, LLP<br>P. O. BOX 677973<br>Dallas, TX 75267-7973 | Kwong<br>PT JJ GLOVES INDO<br>JL Ronggowarsito, Mlese, Ceper<br>Bonded Zone, Klaten<br>Central Java, Indonesia, 57463 | Mark Robba<br>PT SPORT GLOVE INDONESIA<br>Krandon Desa Pandowoharjo<br>Sleman<br>Yogyakarta, Indonesia, 55512 |
| Daniel Gomes<br>Capital One Bank<br>P. O. BOX 1917<br>Merrifield, VA 22116-1917 | Brent Waters<br>Resources Global Professionals<br>P.O. Box 740909<br>Los Angeles, CA 90074-0909 | Skadden Arps Slate Meagher & Flom LLP<br>P O Box 1764<br>White Plains, NY 10602 |
| Carol Pearson<br>FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | Risk Consulting Partners<br>24722 Network Place<br>Chicago, IL 60673-1247 | Robert Tejeda<br>Stubbs, Alderton & Markiles, LLP<br>15260 Ventura Blvd<br>20th Floor<br>Sherman Oaks, CA 91403 |
| Ms. Vicz Yue<br>Ka Hung Glove Inustrial Co. Ltd.<br>Fujian Quanzhou Jiacheng Leather<br>Chi Feng Road, Quanzhou City<br>Fujian, 362000, China | Shur-Sales & Marketing, Inc.<br>3830 S Windermere St.<br>Englewood, CO 80110 | John Calhoun<br>Synetra<br>1110 E. State Highway 114<br>Suite 200<br>Southlake, TX 76092 |
| Sky Lin<br>Marusan - Mimasu Tshusho Co. Ltd.<br>No 1 Queen' Road Central<br>Hong Kong<br>China | Carla Durand<br>University of Milwaukee<br>P O Box 500<br>University of Wisconsin - Milwaukee<br>Milwaukee, WI 53201 | Bradley J. S. Weiss<br>Winspeed Sports Shanghai Co., Ltd.<br>858 Mingzhu Road<br>Shanghai<br>China, 00020-1702 |
| Janice Lee<br>Woneel Midas Leathers<br>Jl Gembor Raya Desa Pasirjaya<br>Tangerang<br>Banten, Indonesia, 15135 | Liliana Dominguez<br>Yellow and Roadway<br>P. O. Box 100129<br>Pasadena, CA 91355 | 1920 Hutton Court<br>Attn: Johnny Clark<br>Inwood National Bank<br>P O Box 857413<br>Richardson, TX 75085 |