RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

FOR COURT USE ONLY



**FILED & ENTERED**

**SEP 12 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Reaves **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

In re:

IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,

                Debtor and Debtor in Possession.
-------------------------------------------------------------

In re:

IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,

                Debtor and Debtor in Possession.

                Debtor(s)

☒ Affects All Debtors

☐ Affects Ironclad Performance Wear Corporation, a California corporation only

☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only

                Debtor(s)

LEAD CASE NO.: 1:17-bk-12408-MB

CHAPTER: 11

JOINTLY ADMINISTERED WITH:

CASE NO.: 1:17-bk-12409-MB

**ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**

**[LBR 1015-1, 9013-1(q)]**

[No Hearing Required]

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                Page 1                F 1015-1.1.ORDER.JOINT.ADMINISTRATION

On September 11, 2017 a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re Ironclad Performance Wear Corporation, a California corporation, case number 1-17-bk-12408-MB.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:   ☒ Granted    ☐ Denied

2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

2. Other: The following caption is approved and shall be used in connection with these jointly administered cases:

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>      Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>      Debtor and Debtor in Possession.<br>_____<br><br>☒ Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with:<br>1:17-bk-12409-MB<br>(Ironclad Performance Wear Corporation, a Nevada corporation)<br><br>Chapter 11 Cases<br><br><br>Date:<br>Time:<br>Place:  Courtroom 303<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

###

Date: September 12, 2017

_____
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                   Page 3                   **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**