RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>(Proposed to be) Jointly administered with:<br><br>1:17-bk-12409-MB<br>(Ironclad Performance Wear Corporation, a Nevada corporation)<br><br>Chapter 11 Cases<br><br>**DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF DEBTORS' EMERGENCY "FIRST DAY" MOTIONS**<br><br>**Emergency Hearing Schedule:**<br>**Date: September 13, 2017**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 303**<br>         **21041 Burbank Blvd.**<br>         **Woodland Hills, CA 91367** |

1

## DECLARATION OF STEPHANIE REICHERT

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and not a party to these bankruptcy cases and am an employee of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtors and debtors in possession.

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. On September 11, 2017, the Debtors filed the following Emergency Motions and related pleadings:

    (i) *Debtor's Ex Parte Motion For Entry Of An Order For Joint Administration Of Cases; Declaration Of L. Geoff Greulich In Support Thereof* [Docket No. 5]

    (ii) *Omnibus Declaration Of L. Geoff Greulich In Support Of Debtors' Emergency "First Day" Motions* [Docket No. 6]

    (iii) *Debtors' Emergency Motion For Entry Of An Interim Order: (I) Authorizing The Debtors To (A) Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362 And 364, And (B) Utilize Cash Collateral Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; (II) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c); And (IV) Granting Related* [Docket No. 7]

    (iv) *Declaration Of Monica Y. Kim In Support Of Debtors' Emergency Cash Collateral And DIP Financing Motion* [Docket No. 8]

    (v) *Statement Regarding Cash Collateral Or Debtor In Possession Financing* [Docket No. 9]

(vi) *Debtors' Motion For An Order: (1) Approving Form Of Asset Purchase Agreement For Stalking Horse Bidder And For Prospective Overbidders To Use, (2) Approving Auction Sale Format, Bidding Procedures, And Stalking Horse Bid Protections; (3) Approving Form Of Notice To Be Provided To Interested Parties; And (4) Scheduling A Court Hearing To Consider Approval Of The Sale To The Highest Bidder* [Docket No. 10]

(vii) *Debtors' Emergency Motion For Authority To File Letter Agreement Under Seal* [Docket No. 11]

(viii) *Debtors' Emergency Motion For Entry Of An Order Authorizing Debtors To (1) Pay Pre-Petition Wages; And (2) Honor Accrued Vacation And Leave Benefits* [Docket No. 12]

(ix) *Debtors' Emergency Motion For Entry Of An Order Authorizing Debtors To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To Section 366(c) Of The Bankruptcy Code* [Docket No. 13]

(x) *Debtors' Emergency Motion For Entry Of An Order: (A) Authorizing The Continued Use Of Certain Portion Of The Debtors' Cash Management System, (B) Authorizing The Maintenance Of Payroll And Receivables Bank Accounts; And (C) Authorizing Banks To Release Administrative Holds And/Or Freezes On The Debtors' Pre-Petition Accounts* [Docket No. 14]

(xi) *Notice Of Hearings On Emergency "First Day" Motions Filed By Debtors* [Docket No. 15]

4.      On September 11, 2017, all of the above Emergency Motions and related pleadings were served via overnight mail upon secured creditors in both of the Debtors' cases, the twenty largest creditors in each of the Debtors' bankruptcy cases, and the Office of the United States Trustee. Attached hereto as Exhibit "A" is the service list showing the addresses to which the Emergency Motions and related pleadings were served via overnight delivery on September 11, 2017.

5.      Additionally, on September 11, 2017 the Utilities Motion and Notice of Hearing on Debtors' Emergency "First Day" Motions were also served via overnight mail upon all utility companies affected by the Utilities Motion. Attached hereto as Exhibit "B" are the lists of utility providers in each of the above Chapter 11 cases upon whom the Debtors' Emergency Motion For Entry Of An Order Authorizing Debtors To Provide Adequate Assurance of Future Payment to Utility Companies Pursuant to Section 366(c) of the Bankruptcy Code and Notice of Hearing on the Emergency Motions were served via overnight delivery on September 11, 2017.

6.      Attached hereto as Exhibit "C" is a list of the available telephone numbers which were used to contact said creditors and utility providers to inform them either personally, through their assistants, or via voicemail of the September 13, 2017 at 2:00 p.m. hearing on the Emergency Motions. Exhibit "C" also lists the available email addresses which were used to contact said creditors to provide them with pdf copies of the Emergency Motions and related pleadings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of September, 2017, at Los Angeles, California.

                                                */s/ Stephanie Reichert*
                                                STEPHANIE REICHERT

# EXHIBIT "A"

Ironclad Performance Wear (8300)
OUST, Secured & Top 20

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**Secured Creditor**
Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141

**Counsel to Radians Wareham Holdings**
E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, Tennessee  38103

**Counsel to Radians Wareham Holdings**
Sharon Z. Weiss
Bryan Cave
120 Broadway, Suite 300
Santa Monica, CA 90401

**Top 20 Unsecured Creditors:**

Advantage Media Services, Inc.
Attn: Steven Helmle
29010 Commerce Center Drive
Valencia, CA 91355

Danny Negara
Mercindo Global Manufaktur
Jl. Raya Semarang-Bawen Km.29
SEemerang, Central Java
50661, Indonesia

Eliza Yang
Nantong Changbang Gloves Co.
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Gerard
BDO USA, LLP
P. O. BOX 677973
Dallas, TX 75267-7973

Kwong
PT JJ GLOVES INDO
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia, 57463

Mark Robba
PT SPORT GLOVE INDONESIA
Krandon Desa Pandowoharjo
Sleman
Yogyakarta, Indonesia, 55512

Daniel Gomes
Capital One Bank
P. O. BOX 1917
Merrifield, VA 22116-1917

Brent Waters
Resources Global Professionals
P.O. Box 740909
Los Angeles, CA 90074-0909

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602

Carol Pearson
FedEx
PO Box 7221
Pasadena, CA 91109-7321

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247

Robert Tejeda
Stubbs, Alderton & Markiles, LLP
15260 Ventura Blvd
20th Floor
Sherman Oaks, CA 91403

Ms. Vicz Yue
Ka Hung Glove Inustrial Co. Ltd.
Fujian Quanzhou Jiacheng Leather
Chi Feng Road, Quanzhou City
Fujian, 362000, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110

John Calhoun
Synetra
1110 E. State Highway 114
Suite 200
Southlake, TX 76092

Sky Lin
Marusan - Mimasu Tshusho Co. Ltd.
No 1 Queen' Road Central
Hong Kong
China

Carla Durand
University of Milwaukee
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201

Bradley J. S. Weiss
Winspeed Sports Shanghai Co., Ltd.
858 Mingzhu Road
Shanghai
China, 00020-1702

Janice Lee
Woneel Midas Leathers
Jl Gembor Raya Desa Pasirjaya
Tangerang
Banten, Indonesia, 15135

Liliana Dominguez
Yellow and Roadway
P. O. Box 100129
Pasadena, CA 91355

1920 Hutton Court
Attn: Johnny Clark
Inwood National Bank
P O Box 857413
Richardson, TX 75085

# EXHIBIT "B"

Ironclad Performance Wear (8300)
Utility Companies

Republic Services # 794
P.O. Box 78829
Phoenix, AZ
85062-8829

TXU Energy
P.O. BOX 650638
Dallas, TX 75265-0638

Tyco Integrated Security, LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

Windstream
PAETEC
P.O. Box 9001013
Louisville, KY 40290-1013

Atmos
P.O. Box 790311
St. Louis, MO 63179-0311

# EXHIBIT "C"

Ironclad Performance Wear (8300)
OUST, Secured & Top 20

| United States Trustee<br>Attn: S. Margaux Ross<br>Phone: 213-894-4494<br>Email: margaux.ross@usdoj.gov | **Counsel to Radians Wareham Holdings**<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Attn: E. Franklin Childress, Jr.<br>Phone: (901) 577-2147<br>Email: fchildress@bakerdonelson.com | **Counsel to Radians Wareham Holdings**<br>Bryan Cave<br>Attn: Sharon Z. Weiss<br>Phone: (310) 576-2276<br>Email: sharon.weiss@bryancave.com |
|---|---|---|

**Top 20 Unsecured Creditors:**

| Advantage Media Services, Inc.<br>Attn: Steven Helmle<br>Phone: (661) 775-7600<br>Email: jessica.galindo@amsfulfillment.com | Mercindo Global Manufaktur<br>Attn: Danny Negara<br>Phone: 858-939-0033<br>Email: danny@asiglovemail.com | Nantong Changbang Gloves Co.<br>Attn: Eliza Yang<br>Phone: 86-513-81961600<br>Email: yang@cb-glove.com |
|---|---|---|
| BDO USA, LLP<br>Attn: Gerard<br>Phone: (214) 969-7007 | PT JJ GLOVES INDO<br>Attn: Kwong<br>Phone: 6 2 272 335 9499<br>Eamil: kwong@jjglove.com | PT SPORT GLOVE INDONESIA<br>Attn: Mark Robba<br>Phone: 781-934-6100<br>Email: mrobba@aol.com |
| Capital One Bank<br>Attn: Daniel Gomes<br>Phone: (855) 675-1212<br>Email: Daniel.Gomes@capitalone.com | Resources Global Professionals<br>Attn: Brent Waters<br>Phone: (714) 430-6400<br>Email: Brent.Waters@rgp.com | Skadden Arps Slate Meagher & Flom LLP<br>Phone: (212) 735-3000 |
| FedEx<br>Attn: Carol Pearson<br>Phone: (214) 563-7068<br>Email: cppearson@fedex.com | Risk Consulting Partners<br>Phone: (314) 678-1200 | Stubbs, Alderton & Markiles, LLP<br>Attn: Robert Tejeda<br>Phone: (818) 444-4500<br>Email: rtejada@stubbsalderton.com |
| Ka Hung Glove Inustrial Co. Ltd.<br>Fujian Quanzhou Jiacheng Leather<br>Attn: Ms. Vicz Yue<br>Phone: 85-595-2810-6611<br>Email: JIACHEN9188@163.COM | Shur-Sales & Marketing, Inc.<br>Phone: (303) 789-5596 | Synetra<br>Attn: John Calhoun<br>Phone: (432) 561-7200<br>Email: jcalhoun@synetra.com |
| Marusan - Mimasu Tshusho Co. Ltd.<br>Attn: Sky Lin<br>Phone: 86-21-59213021<br>WEmail: skylin@marusan-glove.com | University of Milwaukee<br>Attn: Carla Durand<br>Phone: (14) 229-6012<br>Email: durandc@uwm.edu | Winspeed Sports Shanghai Co., Ltd.<br>Attn: Bradley J. S. Weiss<br>Phone: 86-021-59883338 ext. 804<br>Email: bweiss@winspeedsports.com |
| Woneel Midas Leathers<br>Attn: Janice Lee<br>Phone: (626) 799-0600<br>Email: woneelamerica@gmail.com | Yellow and Roadway<br>Attn: Liliana Dominguez<br>Phone: (214) 412-8557<br>Email: Liliana.DominguezPinon@YRCFreight.com | 1920 Hutton Court<br>Attn: Johnny Clark<br>Phone: (972) 280-8313<br>Email: jclark@hldallas.com |

**Utility Companies:**

Republic Services # 794  
Phone: (480) 627-2700

TXU Energy  
Phone: (800) 725-7920

Tyco Integrated Security, LLC  
Phone: (561) 988-7200

Windstream / PAETEC  
Phone: (800) 537-7755

Atmos  
Phone: (888) 286-6700

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF STEPHANIE REICHERT REGARDING SERVICE OF DEBTORS' EMERGENCY "FIRST DAY" MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 12, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**  rb@lnbyb.com
- **Monica Y Kim**  myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Krikor J Meshefejian**  kjm@lnbrb.com
- **S Margaux Ross**  margaux.ross@usdoj.gov
- **United States Trustee (SV)**  ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**  sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **September 12, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 12, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                             **F 9013-3.1.PROOF.SERVICE**