RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors
and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

IRONCLAD PERFORMANCE WEAR
CORPORATION, a California corporation,

      Debtor and Debtor in Possession.
_____

In re:

IRONCLAD PERFORMANCE WEAR
CORPORATION, a Nevada corporation,

      Debtor and Debtor in Possession.
_____

☒  Affects both Debtors

☐ Affects Ironclad Performance Wear
Corporation, a California corporation only

☐  Affects Ironclad Performance Wear
Corporation, a Nevada corporation only

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with:
1:17-bk-12409-MB
Chapter 11 Cases

**NOTICE OF CHAPTER 11
BANKRUPTCY FILINGS AND OF
IMPORTANT UPCOMING HEARING
DATES AND DEADLINES**

**[Chapter 11 Bankruptcy Filing Date –
September 8, 2017]**

**Hearing Date, Time and Place of Initial
Hearings:**
DATE:  September 13, 2017
TIME:  2:00 p.m.
PLACE:  Courtroom "303"
        21041 Burbank Blvd.
        Woodland Hills, CA

TO ALL CREDITORS AND SHAREHOLDERS:

PLEASE TAKE NOTICE that on September 8, 2017, Ironclad Performance Wear Corporation, a California corporation, and Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases, filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that an initial hearing was held before the Court on September 13, 2017, at 2:00 p.m., for the Court to consider approval of a number of motions filed by the Debtors. This Notice provides a summary of each of those motions and their current status.

## BID PROCEDURES MOTION

On September 8, 2017, prior to filing their Chapter 11 bankruptcy cases, the Debtors entered into an Asset Purchase Agreement (the "APA") with Radians Wareham Holding, Inc. ("Purchaser" or "Radians"), pursuant to which Purchaser has agreed to purchase substantially all of the Debtors' assets (excluding cash and causes of action) for a purchase price of $20 million or $15 million depending upon the outcome of a certain event which is the subject of a confidential side letter which the Debtors are seeking to file with the Court under seal.

The Debtors' proposed sale of assets to Purchaser is subject to overbid. An initial hearing on the Debtors' motion for approval of the bidding procedures that the Debtors and Radians agreed to in the APA (the "Bidding Procedures Motion") was held on September 13, 2017, at 2:00 p.m. The Court continued the hearing on the Bidding Procedures Motion to September 25, 2017, at 2:00 p.m. Any party in interest who wishes to object to the Court's approval of the Bidding Procedures Motion must file a written objection with the Clerk of the Court prior to the hearing on September 25, 2017, at 2:00 p.m. and appear at the hearing. The Bidding Procedures Motion was filed with the Court on September 11, 2017, as Docket Number 10. A copy of the APA is attached as Exhibit "A" to the Declaration of Geoff Greulich filed with the Court on September 11, 2017, as Docket Number 6.

The Court has preliminarily scheduled October 30, 2017, at 10:00 a.m., for the Court to consider approval of the Debtors' sale of assets to Radians or a successful overbidder.  The Court has also preliminarily scheduled October 30, 2017, at 10:00 a.m., as the date and time for an Auction to take place in the Court in the event that there is one or more qualified overbidder.

As indicated, the Debtors' proposed sale of assets to Purchaser is subject to overbid.  In the Bidding Procedures Motion, the Debtors set forth the bidding procedures the Debtors are requesting the Court to approve (as agreed to between the Debtors and Purchaser in the APA) at the continued hearing on September 25, 2017, at 2:00 p.m.

The following is a summary of the important provisions of the Bidding Procedures Motion the Debtors are requesting the Court to approve at the continued hearing on September 25, 2017, at 2:00 p.m., including important information for any prospective overbidder (each an "Overbidder" and collectively, the "Overbidders") to know in order to be eligible to participate in the Auction:

1.    As indicated, the Court has preliminarily scheduled October 30, 2017, at 10:00 a.m., as the hearing date and time for the Court to consider approval of the Debtors' proposed sale of the Purchased Assets to Purchaser or to a successful Overbidder as well as the date and time of the Auction to take place in the event that there is one more qualified Overbidder.

2.    In accordance with Section 6.5 of the APA, the Debtors are requesting that the following provisions shall apply in respect to any Auction and to any prospective Overbidder becoming qualified to participate in the Auction:

    a.    The initial bid over that submitted by Purchaser in the APA shall be in the amount of at least $20,750,000.00 if Purchaser's Aggregate Purchase Price is Twenty Million Dollars ($20,000,000.00) and shall be in the amount of at least $15,750,000 if Purchaser's Aggregate Purchase Price is Fifteen Million Dollars ($15,000,000.00).

    b.    Thereafter, bidding shall be in increments of at least $250,000.00 or figures which are wholly divisible by $250,000.00.

c.  Only financially qualified parties will be eligible to participate in the Auction – with financially qualified parties to mean parties who have demonstrated that they have the financial means to consummate their purchase of the Purchased Assets without financing unless the financing to be used by them is already committed (meaning that any overbid may not contain any financing contingency). Any party who participates in the Auction will have completed their due diligence of the Debtors and will have no due diligence contingency.

d.  In order to be eligible to participate in the Auction, prospective overbidders will be required at least three business days prior to the Auction (i.e., by 5:00 p.m. PST on October 25, 2017) to (i) deliver a redlined version of the APA to counsel for the Debtors, counsel for Purchaser and counsel for any official committee formed in the Debtors' bankruptcy cases indicating any changes the prospective overbidder is requesting to the APA, and (ii) submit a cash deposit of $2 million, which deposit will be non-refundable and forfeited by the prospective overbidder if the prospective overbidder is deemed by the Bankruptcy Court to be the winning bidder and fails to close its purchase of the Purchased Assets within 14 business days following the entry of the Sale Order approving the Debtors' sale of the Purchased Assets to the prospective overbidder regardless of whether an appeal has been filed of such Sale Order provided there is no entered stay pending appeal - i.e., no final order requirement.

e.  Purchaser will have the right, but not the obligation, to credit bid the outstanding balances of its Pre-Bankruptcy Secured Debt and the DIP Facility towards its purchase price and any overbid that Purchaser elects to submit. Purchaser shall have the right to participate in any Auction.

f.  If any party other than Purchaser is deemed by the Bankruptcy Court to be the winning bidder at the Auction, then concurrently with the closing of the Debtors' sale of the Purchased Assets to such winning bidder, Purchaser will

be paid directly out of the sale proceeds (i) the full amount of the Pre-Bankruptcy Secured Debt, plus (ii) the full amount of the DIP Facility, plus (iii) the Breakup Fee.

g.    If any party other than Purchaser is deemed by the Bankruptcy Court to be the winning bidder at the Auction, or if the Debtors elect to proceed with seeking confirmation of a plan of reorganization instead of proceeding with a sale of the Purchased Assets, Purchaser shall receive a break-up fee (the "Breakup-Fee") in the amount of $500,000.00.

h.    The Break-Up Fee shall be deemed to be an allowed expense of the kind specified in Section 503(b) of the Bankruptcy Code and shall be paid solely from the proceeds of an Alternative Transaction.

i.    The Debtors shall have the right to schedule the Auction so that the payment of the Breakup-Fee to Radians will not be considered in determining the highest price bid for the Assets.  However, Radians shall be authorized to match any qualified overbid and be declared the successful purchaser of the Purchased Assets giving consideration in the amount of the required Break-up Fee and Prepayment Fee as a component of its matching bid, which Break-up Fee and Prepayment Fee will not owing by the Debtors if Radians is the winning bidder.

j.    If Radians is deemed by the Bankruptcy Court to be the winning bidder at the Auction and Radians fails to close its purchase of the Purchased Assets within 14 business days following the entry of the Sale Order (regardless of whether an appeal has been filed of the Sale Order provided there is no entered stay pending appeal - i.e., no final order requirement), then Radians shall forfeit the Buyer Deposit to the Debtors.

k.    The Debtors' sale of the Purchased Assets to Radians or a successful overbidder will be free and clear of all liens, claims and interests in accordance with section 363(f) of the Bankruptcy Code.

l.  The Debtors have the right to market the Purchased Assets for overbid pending the Auction and to hire an investment banker or sales agent to assist the Debtors in this process.  However, the collateral of Radians shall not be used to fund the engagement of an investment banker or sales agent with such party only being entitled to compensation from the proceeds of the Closing.

m.  If there are more than one qualified Overbidders, the Debtors shall have the right to determine the manner in which the Auction will proceed.

n.  The Court will resolve any disputes relating to the Auction.

## DIP FINANCING/CASH COLLATERAL MOTION

On September 8, 2017, prior to filing their Chapter 11 bankruptcy cases, the Debtors entered into a Debtor-In-Possession Credit Agreement and Agreement For The Use Of Cash Collateral with Radians (the "DIP Financing/Cash Collateral Agreement").  An initial hearing on the Debtors' motion for approval of the DIP Financing/Cash Collateral Agreement (the "DIP Financing/Cash Collateral Motion") was held on September 13, 2017, at 2:00 p.m.  The DIP Financing/Cash Collateral Motion was filed with the Court on September 11, 2017, as Docket Number 7.  The Court granted the DIP Financing/Cash Collateral Motion on an interim basis at the hearing held on September 13, 2017, at 2:00 p.m.  The Court has scheduled a further interim hearing on the DIP Financing/Cash Collateral Motion to be held on September 25, 2017, at 2:00 p.m., and the Court has scheduled a final hearing on the DIP Financing/Cash Collateral Motion to be held on October 6, 2017, at 10:00 a.m.

Any party-in-interest objecting to the Court's approval of the DIP Financing/Cash Collateral Motion on a final basis shall serve and file written objections, which objections shall be served upon (i) counsel to the Debtors, Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067, Attn: Ron Bender, Esq. (ii) counsel to the Lender, Baker Donelson Bearman Caldwell & Berkowitz, PC, 165 Madison Avenue, Suite 2000, Memphis, Tennessee  38103, Attn:  E. Franklin Childress, Jr, Esq, and Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, California 90401, Attn Sharon Z. Weiss, Esq. (iii) counsel to any committee of unsecured creditors appointed in the chapter 11

cases, (iv) the Office of the U.S. Trustee for the Central District of California, and (v) parties required by Bankruptcy Rule 2002(a) and shall be filed with the Clerk of the United States Bankruptcy Court, Central District of California, in each case to allow actual receipt by the foregoing no later than October 2, 2017 at 4:00 p.m., prevailing Pacific Standard time, and appear at the final hearing.

The following is a summary of the principal terms of the DIP Financing/Cash Collateral Agreement[1]:

a. **DIP Loan:**    The Debtors shall be authorized to obtain advances of the DIP Loan in an aggregate principal amount not to exceed $2,000,000 to (i) enable the Debtors to pay those expenses set forth in the Initial Approved Budget, which may be modified, supplemented and extended from time to time by additional budgets (covering any time period covered by a prior budget or covering additional time periods) prepared by the Debtors and approved by Radians, without subsequent notice to or order of the Court (each such additional budget, a "Proposed Budget," and together with the Initial Approved Budget, the "Approved Budgets"), and to (ii) enable the Debtors to purchase inventory which is not otherwise included in the Approved Budgets.

b. **Advances for Budgeted Operating Expenses.**    On the day of entry of the Interim Order (which occurred on September 13, 2017), Radians agrees to make an "Initial Advance" of $500,000 to cover the Debtors' funding requirements for the first two weeks of the Initial Approved Budget. No further advances will be made until the entry of the Final Order.    Once that occurs, Radians will make further "Credit Advances" to the Debtors pursuant to a "Borrowing Notice" which is to be submitted not later than noon (eastern time) on the business day immediately prior to the "Funding Date." Section 2.1(b) sets for the information that is to be included in the Borrowing Notice including a

---

[1] The following is a summary of the principal terms of the DIP Financing/Cash Collateral Agreement.  To the extent this summary is inconsistent with any of the terms of the DIP Financing/Cash Collateral Agreement, the terms of the DIP Financing/Cash Collateral Agreement shall govern.

calculation of the amount requested which includes reasonable detail regarding the cash on hand and the projected disbursements for the borrowing period.

c.      **Approved Budgets:**  One Million Dollars ($1,000,000) of the DIP Loan may be used for the sole and primary purposes of paying expenses in accordance with the Initial Approved Budget, which depicts on a weekly basis cash revenue, receipts, expenses and disbursements and other information for the 9-week period following the Petition Date, and subsequent Approved Budgets, which shall be in form and substance acceptable to Radians. The Debtors shall be permitted to deviate from the Approved Budget, without the need for any further Court order, up to the permitted variance provided for in the DIP Agreement (*i.e.*, Debtors are allowed a cumulative variance of up to 10% per line item in the Budget at any time, are further allowed to apply any unused amounts for any given week to carry over to the following week's expenditures in the Budget) ("Permitted Variance").

d.      Inventory Purchases.  From and after the date of entry of the Interim Order, an additional $1,000,000 of the DIP Loan shall be funded for additional purchases of Inventory (as defined in the DIP Agreement) to enable the Debtors to purchase Inventory which is not otherwise included in the Approved Budgets, and Radians has agreed to provide the Debtors with Credit Advances of up to $300,000 for this purpose pending the outcome of the Bidding Procedures Motion to be consider by the Court on September 25, 2017, at 2:00 p.m. as indicated above.  The advances shall be made pursuant to a Borrowing Notice which is to be submitted not later than by noon prevailing eastern time on the business day immediately prior to a Funding Date, which includes a calculation of the requested advance amount, and reasonable detail of the Inventory to be purchased.

e.      **Term and Interest on DIP Loan:**  The DIP Loan matures on January 1, 2018, but the obligations under the DIP Loan is due and payable upon the earlier to occur of (a) date of the closing of the sale of substantially all assets to Radians, (b) January 1, 2018 maturity date, or (c) upon acceleration under the terms of the DIP Agreement.  Rate of interest to be charged for the DIP Loan shall be ten percent (10%) per annum, calculated

8

on the basis of a 360-day year for actual days elapsed, and interest accrued upon default is eighteen percent (18%) per annum.

f.    **DIP Super-Priority Claim:**    In accordance with Bankruptcy Code section 364(c)(1), Radians shall be granted the DIP Super-Priority Claim as security for the DIP Loan, which DIP Super-Priority Claim shall have priority over and above any and all administrative expenses and claims asserted against any Debtor or its respective bankruptcy estate, at any time existing or hereafter arising, of any kind or nature whatsoever, including, but not limited to the administrative expenses of the kinds specified in or ordered pursuant to Bankruptcy Code sections 105, 326, 327, 328, 330, 331, 361, 362, 363, 364, 365, 503, 506, 507(a), 507(b), 546, 552, 726, 1113, and 1114, and any other provision of the Bankruptcy Code, whether or not such expenses or claims may become secured by a judgment lien or other non-consensual lien, levy, or attachment.

g.    **DIP Liens:**    As security for the DIP Loan, Radians shall be granted valid, enforceable, non-avoidable, fully perfected and continuing second priority liens and security interests (including liens pursuant to sections 364(c)(2) and 364(c)(3) of the Bankruptcy Code) (referred to herein as the "DIP Liens") on all of the "Collateral" (as defined the DIP Agreement) and which includes all property of the Debtors, whether now owned or hereafter acquired or existing and wherever located, of each Debtor and each Debtor's estate, of any kind or nature, whatsoever, whether the property is real, personal, tangible, intangible, or mixed, whether now existing or hereafter acquired or created (but excluding any pre-petition avoidance causes of action under 11 U.S.C. §§ 547 and 548, collectively referred to herein as "Avoidance Actions" or claims against directors and officers including insurance claims relating thereto), and all cash and non-cash proceeds, rents, products, substitutions, accessions, and profits of any of the collateral described above, with such DIP Liens to be junior only to (y) the pre-petition liens and security interests of Radians, and (z) "Permitted Liens" as defined in the DIP Agreement, to secure all obligations of the Debtors under and with respect to the DIP Loan.

h.    **Acknowledgements of Pre-Petition Loans.**    The Debtors acknowledge that they are indebted to Radians under the Pre-Petition Loan Documents involving the Revolving Loan, and that the pre-petition liens and security interests of Radians in all of the Debtors' property and assets are valid and enforceable.

i.    **Events of Default and Remedies; Milestones:**    Article X sets forth the various Events of Default, which include the Debtors' failure to meet certain milestones relating to the sale of substantially all of their assets to Radians or a successful overbidder, including, without limitations, the deadlines by which the Debtors must file their motions for authority to sell their assets to Radians under the terms of the parties' asset purchase agreement and for approval of the proposed bidding procedures, deadlines by which the Debtors must obtain orders pertaining to such motions, and the deadline by which the Debtors must close a sale of substantially all of their assets and pay their obligations to Radians if Radians is not the successful buyer.    Article X also sets forth requirements pertaining to the giving of a Notice of Default by Radians, and the procedure by which the Debtors may dispute whether an Event of Default has occurred.

j.    **Release:**    Section 11.12 of the DIP Agreement provides for the Debtors to release all claims against Radians arising out of or in an way relating to the DIP Agreement and documents relating thereto occurring on or prior to the date of the DIP Agreement.

In addition to the foregoing, in connection with the final hearing on the DIP Financing/Cash Collateral Motion to be held on October 6, 2017, at 10:00 a.m., Radians will be seeking the following additional relief:

1.    On or before the date that is forty five (45) days from the date of the entry of the notice of appointment of the official committee of unsecured creditors or such other official committee as may be appointed in these Chapter 11 cases (the "Committee"), the Committee or any other party with standing to make any Challenge (defined below) may object to, challenge, or seek to avoid the amount, validity, or enforceability of the Pre-Bankruptcy Secured Debt (or any portion thereof) or any of liens and security interests created under the Pre-Bankruptcy Secured Debt (separately and collectively, a "Challenge") (the "Lookback Period").    If no such action,

objection or other Challenge is commenced by a Committee (or any other party with standing) within the Lookback Period, the Pre-Bankruptcy Secured Debt will be deemed and adjudicated finally and indefeasibly as valid and enforceable, the liens and security interests created under the Pre-Bankruptcy Secured Debt in the Collateral securing the Pre-Bankruptcy Secured Debt will be deemed and adjudicated finally and indefeasibly as valid, enforceable and perfected liens and security interests in that Collateral, and any affirmative claim(s) or cause(s) of action of any kind against Radians with respect to the Pre-Bankruptcy Secured Debt and  the liens and security interests securing the Pre-Bankruptcy Secured Debt, or any payment received by Radians will be forever barred.

2.      The Debtors have waived and released, and shall be forever barred from asserting, any right to object to, challenge or seek to avoid, the amount, validity, or enforceability of the Pre-Bankruptcy Secured Debt or the liens and security interests in the Collateral securing the Pre-Bankruptcy Secured Debt.

3.      Subject to further order of the Court and the Challenge provisions set forth in the above, in the event any payment made to, or other amount or value received by Radians from or for the account of either of the Debtors is avoided, rescinded, set aside or must otherwise be returned or repaid by Radians, whether in these Chapter 11 cases or any other proceedings, the indebtedness intended to be repaid thereby shall be reinstated (without any further action by any party or the Court) and shall be enforceable against the Debtors, the Debtors' estates in these Chapter 11 cases, and the Debtors' successors or assigns.  In such event, the Debtors shall be and remain liable to Radians for the amount so repaid or recovered to the same extent as if such amount had never originally been received by Radians, with interest accruing thereon from and after the date such amount is so repaid or recovered, and any of Radians' claims, liens, rights, and remedies under the Pre-Petition Loan Documents which survive such action shall be reinstated and fully preserved, including, to the extent necessary to protect Radians' interests.

**FILE UNDER SEAL MOTION**

On September 8, 2017, prior to filing their Chapter 11 bankruptcy cases, and in connection with entering into the APA with Radians, the Debtors also entered into a side letter

agreement with Radians which has been filed with the Court under seal.  An initial hearing on the Debtors' motion for approval to file the side letter agreement under seal was held on September 13, 2017, at 2:00 p.m.  The Debtors' motion for approval to file the side letter agreement under seal was filed with the Court on September 11, 2017, as Docket Number 11.  At the hearing held on September 13, 2017, at 2:00 p.m., the Court granted the Debtors' motion for approval to file the side letter agreement under seal on a preliminary basis and continued the hearing to a final hearing to be held on October 30, 2017, at 10:00 a.m.  Any party in interest who wishes to object to the Court's final approval of the Debtors' motion for approval to file the side letter agreement under seal must file a written objection with the Clerk of the Court prior to the final hearing on October 30, 2017, at 10:00 a.m. and appear at the hearing.

Dated:  September 15, 2017

IRONCLAD PERFORAMNCE WEAR CORPORATION, *et al.*

By: ___*/s/ Ron Bender*_____
     RON BENDER
     MONICA Y. KIM
     KRIKOR J. MESHEFEJIAN
     LEVENE, NEALE, BENDER,
     YOO & BRILL L.L.P.
     Proposed Attorneys for Debtors and
     Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 11 BANKRUPTCY FILINGS AND OF IMPORTANT UPCOMING HEARING DATES AND DEADLINES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 15, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2.  SERVED BY UNITED STATES MAIL**: On **September 15, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 15, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ *Service List served by Overnight Mail attached*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)
MML (consolidated)

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**Secured Creditor**
Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141

**Counsel to Radians Wareham Holdings**
E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103

**Counsel to Radians Wareham Holdings**
Sharon Z. Weiss
Bryan Cave
120 Broadway, Suite 300
Santa Monica, CA 90401

Advantage Media Services, Inc.
Attn: Steven Helmle
29010 Commerce Center Drive
Valencia, CA 91355

Mercindo Global Manufaktur
Attn: Danny Negara
Jl. Raya Semarang-Bawen Km.29
SEemerang, Central Java
50661, Indonesia

Nantong Changbang Gloves Co.
Attn: Eliza Yang
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

BDO USA, LLP
Attn: Gerard
P. O. BOX 677973
Dallas, TX 75267-7973

PT JJ GLOVES INDO
Attn: Kwong
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia, 57463

PT SPORT GLOVE INDONESIA
Attn: Mark Robba
Krandon Desa Pandowoharjo Sleman
Yogyakarta, Indonesia, 55512

Capital One Bank
Attn: Daniel Gomes
P. O. BOX 1917
Merrifield, VA 22116-1917

Resources Global Professionals
Attn: Brent Waters
P.O. Box 740909
Los Angeles, CA 90074-0909

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602

FedEx
Attn: Carol Pearson
PO Box 7221
Pasadena, CA 91109-7321

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247

Stubbs, Alderton & Markiles, LLP
Attn: Robert Tejeda
15260 Ventura Blvd
20th Floor
Sherman Oaks, CA 91403

Ka Hung Glove Inustrial Co. Ltd.
Attn: Ms. Vicz Yue
Fujian Quanzhou Jiacheng Leather
Chi Feng Road, Quanzhou City
Fujian, 362000, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110

Synetra
Attn: John Calhoun
1110 E. State Highway 114
Suite 200
Southlake, TX 76092

Marusan - Mimasu Tshusho Co. Ltd.
Attn: Sky Lin
No 1 Queen' Road Central
Hong Kong
China

University of Milwaukee
Attn: Carla Durand
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201

Winspeed Sports Shanghai Co., Ltd.
Attn: Bradley J. S. Weiss
858 Mingzhu Road
Shanghai
China, 00020-1702

Woneel Midas Leathers
Attn: Janice Lee
Jl Gembor Raya Desa Pasirjaya
Tangerang
Banten, Indonesia, 15135

Yellow and Roadway
Attn: Liliana Dominguez
P. O. Box 100129
Pasadena, CA 91355

1920 Hutton Court
Attn: Johnny Clark
Inwood National Bank
P O Box 857413
Richardson, TX 75085

Account Temps
P.O. BOX 743295
Los Angeles, CA 90074-3295

BIC ALLIANCE
P O Box 40166
Baton Rouge, LA 70835

Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

Business Systems Integrators, LLC
P O Box 495
Lawson, MO 64062

BNSF
75 Remittance Dr. Ste. 1748
Chicago, IL 60675-1748

Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257

Daylight Transport
P O Box 93155
Long Beach, CA 90809

DESIGN GALLERY (PVT.) LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh,

DESUN GARMENTS, LTD.
89/1, Birulia Road, Savar, Dhaka
Dhaka
Savar-1340, Bangladesh,

Dival Safety & Supplies
1721 Niagra Street
Buffalo, NY 14207

DRG Strategic, LLC - Bob Goldstein
P O BOX 191981
Dallas, TX 75219

Expeditors
5757 W. Century Blvd. Ste. 200
Los Angeles, CA 90045

Office Depot
PO Box 78004
Dept 56 - 8302627096
Phoenix, AZ 85062-8004

Ginger Hill
6524 Deseo Apt. 358
Irving, TX 75039

nChannel, Inc.
8760 Orion Place, Ste 210
Columbus, OH 43240

Pacific Stock Transfer Company
6725 Via Austi Pkwy
Suite 300
Las Vegas, NV 89119

National Safety Council
P.O. Box 558
Itasca, IL 60143

Perry HVAC
10000 North Central Expressway
Suite 400
Dallas, TX 75231

Precision Testing Laboratories
POB 100268
Nashville, TN 37224

Office Depot Acct 31A
P.O. Box 88040
Chicago, IL 60680-1040

Safeco Building Maintenance
5013 Brandenburg Lane
The Colony, TX 75056

Superior Printing, Inc.
P O Box 844550
Los Angeles, CA 90084-4550

Pitney Bowes Credit Corp.
P.O.Box  371887
Pittsburg, PA 15250-7887

SPRING HILL INC
9629 El Poche St.
South El Monte, CA 91733

TRI/AUSTIN, INC
P O BOX  207097
DALLAS, TX 75063

PT SEOK HWA INDONESIA
Room 1218, Krantz Techno Bldg.
5442-1 Sang Dae Won-Dong, Sung Nam
Kyung Gi-Do, Indonesia,  00046-2819

Citibank
P.O. Box 790034
St. Louis, MO 63179-0034

Three Part Advisors, LLC
P O Box 92698
Southlake, TX 76092

Atmos Energy Corporation
Attn: Kim R. Cocklin, CEO
Three Lincoln Centre, Suite 1800
5430 LBJ Freeway
Dallas, TX 75240

Republic Services
Attn: Donald W. Slager, President & CEO
18500 North Allied Way
Phoenix, AZ 85054

Windstream
Attn: Tony Thomas, President & CEO
4001 North Rodney Parham Road
Little Rock, Arkansas 72212

Tyco Integrated Security, LLC
Attn: Joe Oliveri, General Manager
Boca Corporate Center
4700 Exchange Court, Suite 300
Boca Raton, FL 33431

TXU Energy
Attn: Scott A. Hudson, President
6555 Sierra Drive
Irving, TX 75039

Ironclad Performance Wear (8300)
Equity Holders

THE ELLEN IDELSON TRUST DATED
MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

Greg Akselrud
C/O Stubbs Alderton & Markiles LLP
15260 Ventura Blvd 20th Fl.
Sherman Oaks, CA 91403

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403

SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311

ELI ARRIV
4340 COLETA RD
AGOURA, CA 91301

BARBARA ASHTON
2417 LESTER AVENUE
CLOVIS, CA 93619

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91630

B.A.T.B. LLC
5750 SOUTH BEECH CT
GREENWOOD VILLAGE, CO 80121

NATASHA H BEN
104 Saratoga Drive
Belle Chasse, LA 70037

R D PETE BLOOMER
7542 CRESTVIEW DRIVE
LONGMONT, CO 80504

RONALD D BLOOMER
7542 CRESTVIEW DR
NIWOT, CO 80504

WILLIAM L BOETTCHER
727 HAYS CIR
LONGMONT, CO 80501

Hubert L Brown & Annabelle Brown Fowlkes
& Quintard P Courtney Iii Trustees
U/A Dtd 12-07-07
H L Brown Jr Charitable Lead Annuity Trust
P.O. Box 2237
Midland, TX 79702

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506

MCDERMOTT & BULL
2 VENTURE
SUITE 100
IRVINE, CA 92618

CHERYL WASHINGTON
1920 HUTTON CT
STE 300
FARMERS BRANCH, TX 75234

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033

VANE CLAYTON
1364 NORTH PARK DRIVE
LAFAYETTE, CO 80026

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026

DAVID J COOK
2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045

JEFFREY D CORDES
1570 BENT CREEK DRIVE
SOUTHLAKE, TX 76092

Kevin Debre
C/O Stubbs Alderton & Markiles LLP
15260 Venrua Blvd 20th Fl
Sherman Oaks, CA 91403

MELISSA DERBY
393 LAUREL AVENUE
NOVATO, CA 94945

Michael Anthony Digregorio Trustee
U/A Dtd 03-31-00
The Digregorio Revocable Trust
1420 Kingsboro Ct
Westlake Village, CA 91362

GLEN K INGALLS & RENEE PACHECO
TTEES U/A DTD
4-5-05 THE INGALLS PACHECO 2005
TRUST
747 ROSEMOUNT RD
OAKLAND, CA 94610

JEFFREY F GERSH & ARIE J GERSH
LIVING TRUST DTD
09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS, CA 91302

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY, UT 84098

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY, MN 55125

REYHEENA EIDARIUS
23436 CAMINITO VALLE
LAGUNA HILLS, CA 92563

DONALD P ELLIOTT
9400 E ILIFF AVE
#361
DENVER, CO 80231

THOMAS ELLIOTT
115 BROOKS AVE
VENICE, CA 90291

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Richard Kronman & Ian Matthew Trustees
Fbo Kronman Matthew & Assoc Defined
Benefit Plan Dtd 1/1/99
30111 Harvester Rd
Malibu, CA 90265

STEVE FEDEA
2040 W BELMONT
#201
CHICAGO, IL 60618

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT, TX 75088

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303

SCOTT GALER
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK, NY 10023

KONRAD GATIEN
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES, CA 90024

ARTHUR GERRICK
172 WILD LILAC
IRVINE, CA 92620

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS, CA 91367

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRAILIA,, 6101
AUSTRAILIA

MICHAEL GRANT
222 ROUND HILL RD
TIBURON, CA 94920

MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG, TX 78624

XIN GUO
540 LAKE FOREST DR
COPPELL, TX 75019

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304

DAVID G HILL
1712 PEARL ST
BOULDER, CO 80302

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA, CA 92627

JONATHAN HODES
C/O STUBBS ALDERTON & MARKILES
15620 VENTURA BLVD 20TH FL
SHERMANOAKS, CA 91403

RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH, CA 90277

Emil Iannaccone Ttee Ua Dtd 9/16/2010
Emil Iannaccone Seperate Propert Trust
11855 Woodley Ave
Granada Hills, CA 91344

ENSCO INC
3110 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER, CO 80302

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO, CA 90245

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBY, CA 90265

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST TR SCOTT M
JARUS TTEE
REBECCA
D JARUS TTEE U/A DTD 10/19/2007
938 DUCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST U/A DTD
10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

Rebecca D Jarus & Scott M Jarus Ttees
U/A Dtd 10/19/2007
Jarus Family Family Trust
938 Ducan Ave
Manhattan Beach, CA 90266-6626

Joanna Waldear-Lucas As Ttee
Fbo The Joanna Waldear-Lucas Living Trust
Dtd 4-12-06
P.O. Box 101
Malibu, CA 90265

MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605

CHARLES E FRISCO JR
12749 Norwalk Blvd. Ste 100
Norwalk, CA 90650

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY, CA 90240

ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELLITE BEACH, FL 32937

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA, CA 90403

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE WEAR
CORP
1920 HUTTON COURT #300
FARMERS BRANCH, TX 75234

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

GREAT PANDA INVESTMENT CO LLLP
1325 PITKIN AVE
SUPERIOR, CO 80027

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD, PA 19317

KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER, CO 80301

FAMILY TRUST OF EARL G LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814

MURRAY MARKILES
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS W. MASON
6856 WISH AVENUE
LAKE BALBOA, CA 91406

CINDY MATTHEWS
6725 WHALEY DR
BOULDER, CO 80303

JOHN MCILVERY
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA, CA 90402

WILLIAM MECK
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

ROBERT MEOTTLE
27909 SMYTH DR
VALENCIA, CA 91355

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE, CA 91362

PATRICK W O'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941

MARC S PESTER
278 DALE RD
SHORT HILLS, NJ 07078

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON, AZ 85739

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK, IL 60035

MIKE SALOMON
1440 E 1st Street Ste. 100
SANTA ANA, CA 92701

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA, CA 93114

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA, MN 55387

PETER SEAMANS
1360 WALNUT ST
#205
BOULDER, CO 80302

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD, CA 90046

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES, CA 90049

SPM CENTER LLC
27909 SMYTH DR
VALENCIA, CA 91355

KEALA STANFILL
12049 SW ASKER TERR
BEAVERTON, OR 97007

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618

STUBBS ALDERTON & MARKILES LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS, CA 91403

V JOSEPH STUBBS
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE, OR 97402

EDWIN BALDRIDGE TTEE UA DTD
10/30/1992 EDWIN T
BALDRIDGE DECLARATION TRUST
605 SAN ANTONIA AVE
MANY LA, LA 71449

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT TEN
7 PENENSULA RD
BELVEDERE, CA 94920

JOHN E ORCUTT & MARCIA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

ROBERT H KEELEY & SANDRA KEELEY
JT TEN
PO BOX 240
HILLSIDE, CO 81232

THOMAS W. MASON & LISA L. MASON
JT TEN
6856 WISH AVENUE
LAKE BALBOA, CA 91406

WILLIAM MECK & TERESA MECK
JT TEN
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

HAROLD SCHAFF & CHERYL SCHAFF
TTEES THE SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA, CA 93114

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE, CO 80111

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101

DENNIS TORRES & AVERI TORRES
TRUST
6779 LAS OLAS WAY
MAILBU, CA 90265

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
UAD 9/28/98
24200 ALBERS STREET
WOODLAND HILLS, CA 91367

RICHARD KRONMAN & MAUREEN
KRONMAN REVOCABLE TRUST
DTD 2/28/02
30111 HARVESTER RD
MAILBU, CA 90265

SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

THE SASSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA, CA 93117

The William J. & Seemah W. Idelson
Family Trust Dated April 29, 1997
710 Brooktree Road
Pacific Palisades, CA 90272

ANNALOUISE JAEGER & KEITH
VERWOEST
532 PAUMAKUA PL
KAILUS, HI 96734

ED WETHERBEE
7269 SIENA WAY
BOULDER, CO 80301

LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

Kim Woodworth & Bill Woodworth
101 Valley Hill Rd
Exton, PA 19401

JOE WORDEN
4335 FOX CIRCLE
MESA, AZ 85205

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD, CO 80513