RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>    Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with:<br><br>1:17-bk-12409-MB<br>(Ironclad Performance Wear Corporation, a Nevada corporation)<br><br>Chapter 11 Cases<br><br>**SUPPLEMENTAL PROOF OF SERVICE OF NOTICE OF 341(a) MEETING OF CREDITORS**<br><br>**[Related to Docket No. 27 in Case No. 1:17-bk-12408-MB and Docket No. 8 in Case No. 1:17-bk-12409-MB]** |

1

# SUPPLEMENTAL PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF 341(a) MEETING OF CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*N/A*

**2. SERVED BY UNITED STATES MAIL**: On **September 19, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)

| | | |
|---|---|---|
| WILLIAM AISENBERG<br>3900 LEGACY TRAIL CIR<br>CARROLLTON, TX 75010 | THE ELLEN IDELSON TRUST DATED<br>MARCH 20 2003<br>710 BROOKTREE ROAD<br>PACIFIC PALISADES, CA 90272 | ETHAN AISENBERG<br>3900 LEGACY TRAIL CIR<br>CARROLLTON, TX 75010 |
| SCOTT ALDERTON<br>19687 LOS ALIMOS ST<br>CHATSWORTH, CA 91311 | Greg Akselrud<br>C/O Stubbs Alderton & Markiles LLP<br>15260 Ventura Blvd 20th Fl.<br>Sherman Oaks, CA 91403 | GREGORY AKSELRUD<br>15260 VENTURA BLVD<br>20TH FL<br>SHERMAN OAKS, CA 91403 |
| RYAN AZLEIN<br>1137 Calle Elaina<br>Thousand Oaks, CA 91630 | ELI ARRIV<br>4340 COLETA RD<br>AGOURA, CA 91301 | BARBARA ASHTON<br>2417 LESTER AVENUE<br>CLOVIS, CA 93619 |
| R D PETE BLOOMER<br>7542 CRESTVIEW DRIVE<br>LONGMONT, CO 80504 | B.A.T.B. LLC<br>5750 SOUTH BEECH CT<br>GREENWOOD VILLAGE, CO 80121 | NATASHA H BEN<br>104 Saratoga Drive<br>Belle Chasse, LA 70037 |
| Hubert L Brown & Annabelle Brown Fowlkes<br>& Quintard P Courtney Iii Trustees<br>U/A Dtd 12-07-07<br>H L Brown Jr Charitable Lead Annuity Trust<br>P.O. Box 2237<br>Midland, TX 79702 | RONALD D BLOOMER<br>7542 CRESTVIEW DR<br>NIWOT, CO 80504 | WILLIAM L BOETTCHER<br>727 HAYS CIR<br>LONGMONT, CO 80501 |
| CHERYL WASHINGTON<br>1920 HUTTON CT<br>STE 300<br>FARMERS BRANCH, TX 75234 | TARBY BRYANT<br>4 HAWTHORNE CIR<br>SANTA FE, NM 87506 | MCDERMOTT & BULL<br>2 VENTURE<br>SUITE 100<br>IRVINE, CA 92618 |
| CLAYTON WYOMING LLC<br>1364 NORTHPARK DRIVE<br>LAFAYETTE, CO 80026 | ROBERT C CLARK<br>12151 WEST 32ND DR<br>WHEEATRIDGE, CO 80033 | VANE CLAYTON<br>1364 NORTH PARK DRIVE<br>LAFAYETTE, CO 80026 |
| Kevin Debre<br>C/O Stubbs Alderton & Markiles LLP<br>15260 Venrua Blvd 20th Fl<br>Sherman Oaks, CA 91403 | DAVID J COOK<br>2163 LIMA LOOP<br>PMB 071156<br>LAREDO, TX 78045 | JEFFREY D CORDES<br>1570 BENT CREEK DRIVE<br>SOUTHLAKE, TX 76092 |
| GLEN K INGALLS & RENEE PACHECO<br>TTEES U/A DTD<br>4-5-05 THE INGALLS PACHECO 2005<br>TRUST<br>747 ROSEMOUNT RD<br>OAKLAND, CA 94610 | MELISSA DERBY<br>393 LAUREL AVENUE<br>NOVATO, CA 94945 | Michael Anthony Digregorio Trustee<br>U/A Dtd 03-31-00<br>The Digregorio Revocable Trust<br>1420 Kingsboro Ct<br>Westlake Village, CA 91362 |

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY, MN 55125

JEFFREY F GERSH & ARIE J GERSH
LIVING TRUST DTD
09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS, CA 91302

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY, UT 84098

THOMAS ELLIOTT
115 BROOKS AVE
VENICE, CA 90291

REYHEENA EIDARIUS
23436 CAMINITO VALLE
LAGUNA HILLS, CA 92563

DONALD P ELLIOTT
9400 E ILIFF AVE
#361
DENVER, CO 80231

STEVE FEDEA
2040 W BELMONT
#201
CHICAGO, IL 60618

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY, NJ 07310

Richard Kronman & Ian Matthew Trustees
Fbo Kronman Matthew & Assoc Defined
Benefit Plan Dtd 1/1/99
30111 Harvester Rd
Malibu, CA 90265

SCOTT GALER
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT, TX 75088

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES, CA 90024

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK, NY 10023

KONRAD GATIEN
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS, CA 91367

ARTHUR GERRICK
172 WILD LILAC
IRVINE, CA 92620

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026

MICHAEL GRANT
222 ROUND HILL RD
TIBURON, CA 94920

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRAILIA,, 6101
AUSTRAILIA

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010

MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG, TX 78624

XIN GUO
540 LAKE FOREST DR
COPPELL, TX 75019

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA, CA 92627

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304

DAVID G HILL
1712 PEARL ST
BOULDER, CO 80302

Emil Iannaccone Ttee Ua Dtd 9/16/2010
Emil Iannaccone Seperate Propert Trust
11855 Woodley Ave
Granada Hills, CA 91344

JONATHAN HODES
C/O STUBBS ALDERTON & MARKILES
15620 VENTURA BLVD 20TH FL
SHERMANOAKS, CA 91403

RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH, CA 90277

| | | |
|---|---|---|
| EDUARD ALBERT JAEGER<br>443 CONCORD ST<br>EL SEGUNDO, CA 90245 | ENSCO INC<br>3110 FAIRVIEW PARK DR STE 300<br>FALLS CHURCH, VA 22042 | DAVID L JACOBS<br>335 LEE HILL DRIVE<br>BOULDER, CO 80302 |
| JARUS FAMILY TRUST<br>938 DUNCAN AVE<br>MANHATTAN BEACH, CA 90266 | ERIC JAEGER<br>1408 CAMBRIDGE CROSSING<br>SOUTHLAKE, TX 76092 | HEIDI JAEGER<br>26800 PACIFIC COAST HWY<br>MALIBY, CA 90265 |
| Rebecca D Jarus & Scott M Jarus Ttees<br>U/A Dtd 10/19/2007<br>Jarus Family Family Trust<br>938 Ducan Ave<br>Manhattan Beach, CA 90266-6626 | JARUS FAMILY TRUST TR SCOTT M<br>JARUS TTEE<br>REBECCA<br>D JARUS TTEE U/A DTD 10/19/2007<br>938 DUCAN AVE<br>MANHATTAN BEACH, CA 90266 | JARUS FAMILY TRUST U/A DTD<br>10/19/2007<br>938 DUNCAN AVE<br>MANHATTAN BEACH, CA 90266 |
| CHARLES E FRISCO JR<br>12749 Norwalk Blvd. Ste 100<br>Norwalk, CA 90650 | Joanna Waldear-Lucas As Ttee<br>Fbo The Joanna Waldear-Lucas Living Trust<br>Dtd 4-12-06<br>P.O. Box 101<br>Malibu, CA 90265 | MICHAEL B JOHNSON<br>7255 RADFORD AVE<br>N HOLLYWOOD, CA 91605 |
| STANLEY M RUMBOUGH JR<br>44 COCOANUT ROW STE B103<br>PALM BEACH, FL 33480 | CHARLES E FRISCO JR<br>8135 FLORENCE AVENUE<br>SUITE 101<br>DOWNEY, CA 90240 | ROBERT F CHARLES JR<br>2955 PARK LAKE DR<br>BOULDER, CO 80301 |
| PATRICK JUETTEN<br>11417 HASTINGS ST NE<br>BLAINE, MN 55449 | CHRIS JUETTEN<br>2906 NW ENDICOTT ST<br>CAMAS, WA 98607 | MATTHEW JUETTEN<br>633 HAWKSBILL ISLAND DR<br>SATELLITE BEACH, FL 32937 |
| BRUCE G KLASS<br>447 KENSINGTON DR<br>CORDILERA, CO 81632 | ANTHONY KEATS<br>15260 VENTURA BLVD<br>20TH FLOOR<br>SHERMAN OAKS, CA 91403 | THOMAS KENDALL<br>1112 MONTANA AVENUE # 716<br>SANTA MONICA, CA 90403 |
| JAEGER FAMILY LLC<br>1408 CAMBRIDGE CROSSING<br>SOUTHLAKE, TX 76092 | MATTHEW LAUBERT<br>C/O IRONCLAD PERFORMANCE WEAR<br>CORP<br>1920 HUTTON COURT #300<br>FARMERS BRANCH, TX 75234 | KNUTE LEE<br>9109 WILSHIRE COURT NE<br>ALBUQUERQUE, NM 87122 |
| KLEIN PARTNERS LTD<br>4973 CLUBHOUSE CT<br>BOULDER, CO 80301 | GREAT PANDA INVESTMENT CO LLLP<br>1325 PITKIN AVE<br>SUPERIOR, CO 80027 | SEAMARK FUND LP<br>223 WILMINGTON W CHESTER PIKE<br>#115<br>CHADDS FORD, PA 19317 |
| THOMAS W. MASON<br>6856 WISH AVENUE<br>LAKE BALBOA, CA 91406 | FAMILY TRUST OF EARL G LUNCEFORD<br>8850 E FERNAN LAKE RD<br>COEUR DALENE, ID 83814 | MURRAY MARKILES<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FLOOR<br>SHERMAN OAKS, CA 91403 |

RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA, CA 90402

CINDY MATTHEWS
6725 WHALEY DR
BOULDER, CO 80303

JOHN MCILVERY
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE, CA 91362

WILLIAM MECK
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

ROBERT MEOTTLE
27909 SMYTH DR
VALENCIA, CA 91355

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941

PATRICK W O'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK, IL 60035

MARC S PESTER
278 DALE RD
SHORT HILLS, NJ 07078

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON, AZ 85739

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA, MN 55387

MIKE SALOMON
1440 E 1st Street Ste. 100
SANTA ANA, CA 92701

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA, CA 93114

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES, CA 90049

PETER SEAMANS
1360 WALNUT ST
#205
BOULDER, CO 80302

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD, CA 90046

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618

SPM CENTER LLC
27909 SMYTH DR
VALENCIA, CA 91355

KEALA STANFILL
12049 SW ASKER TERR
BEAVERTON, OR 97007

PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE, OR 97402

STUBBS ALDERTON & MARKILES LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS, CA 91403

V JOSEPH STUBBS
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

JOHN E ORCUTT & MARCIA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

EDWIN BALDRIDGE TTEE UA DTD
10/30/1992 EDWIN T
BALDRIDGE DECLARATION TRUST
605 SAN ANTONIA AVE
MANY LA, LA 71449

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT TEN
7 PENENSULA RD
BELVEDERE, CA 94920

WILLIAM MECK & TERESA MECK
JT TEN
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

ROBERT H KEELEY & SANDRA KEELEY
JT TEN
PO BOX 240
HILLSIDE, CO 81232

THOMAS W. MASON & LISA L. MASON
JT TEN
6856 WISH AVENUE
LAKE BALBOA, CA 91406

| | | |
|---|---|---|
| STEVEN W TOWN<br>6301 E CRESTLINE AVE<br>GREENWOOD VILLAGE, CO 80111 | HAROLD SCHAFF & CHERYL SCHAFF<br>TTEES THE SCHAFF TRUST DTD 1-17-03<br>780 GLEN ANNIE RD<br>GOLETA, CA 93114 | DENNIS TORRES & AVERI TORRES<br>6779 LAS OLAS WAY<br>MALIBU, CA 90265 |
| KATHERINE BERCI DEFEVERE<br>TRUSTEE DEFEVERE TRUST<br>UAD 9/28/98<br>24200 ALBERS STREET<br>WOODLAND HILLS, CA 91367 | BIRCH FAMILY TRUST<br>1435 OLIVE ST<br>SANTA BARBARA, CA 93101 | DENNIS TORRES & AVERI TORRES<br>TRUST<br>6779 LAS OLAS WAY<br>MAILBU, CA 90265 |
| THE ORCUTT FAMILY TRUST<br>3221 N SAN SEBASTIAN DRIVE<br>TUSCON, AZ 85715 | RICHARD KRONMAN & MAUREEN<br>KRONMAN REVOCABLE TRUST<br>DTD 2/28/02<br>30111 HARVESTER RD<br>MAILBU, CA 90265 | SEGAL FAMILY TRUST<br>10100 SANTA MONICA BLVD #1300<br>LOS ANGELES, CA 90067 |
| ANNALOUISE JAEGER & KEITH VERWOEST<br>532 PAUMAKUA PL<br>KAILUS, HI 96734 | THE SASSOLA III FAMILY TRUST<br>7771 HERON COURT<br>GOLETA, CA 93117 | The William J. & Seemah W. Idelson<br>Family Trust Dated April 29, 1997<br>710 Brooktree Road<br>Pacific Palisades, CA 90272 |
| Kim Woodworth & Bill Woodworth<br>101 Valley Hill Rd<br>Exton, PA 19401 | ED WETHERBEE<br>7269 SIENA WAY<br>BOULDER, CO 80301 | LOUIS WHARTON<br>15260 VENTURA BLVD<br>20TH FLOOR<br>SHERMAN OAKS, CA 91403 |
| JAMES R YOUNG<br>2009 RIVERVIEW DR<br>BERTHOUD, CO 80513 | JOE WORDEN<br>4335 FOX CIRCLE<br>MESA, AZ 85205 | Brent Waters<br>Resources Global Professionals<br>17101 Armstrong Ave<br>Irvine, CA  92614-5742 |
| Stifel Nicolaus, COR Clearing,<br>and Hilltop Securities<br>c/o Mediant<br>Attn: Michael G. Jones, II<br>400 Regency Forest Dr., Suite 200<br>Cary, NC 27518 | | |