**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Russell Clementson, No. 143284
S. Margaux Ross, No. 137152
Attorneys for the U.S. Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California  90017
Telephone: (213) 894-4494; Fax: (213) 894-0276
Email: margaux.ross@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Ironclad Performance Wear Corporation, a California Corporation,<br>　　　　　　　　　　Debtor.<br>In re:<br>Ironclad Performance Wear Corporation, a Nevada Corporation,<br>　　　　　　　　　　Debtor.<br>Affects:<br><br>☐ Both Debtors<br>☐ Ironclad Performance Wear Corp., A California Corporation only<br>☒ Ironclad Performance Wear Corp., A Nevada Corporation only | Case No. 1: 17-bk-12408-MB<br>Jointly administered with:<br>Case No. 1: 17-bk-12409-MB<br><br>Chapter 11<br><br>**NOTICE OF APPOINTMENT AND APPOINTMENT OF OFFICIAL COMMITTTEE OF EQUITY HOLDERS** |

　　　　Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following three (3) equity holders to serve on the Committee of Equity Holders:

　　　　　　　　　　　　　　SEE EXHIBIT A ATTACHED

Dated:  September 20, 2017　　　　　　　　　UNITED STATES TRUSTEE,
　　　　　　　　　　　　　　　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA


　　　　　　　　　　　　　　　　　　　　By: */s/ Russell Clementson*
　　　　　　　　　　　　　　　　　　　　　　Russell Clementson
　　　　　　　　　　　　　　　　　　　　　　Attorney for U.S. Trustee

1  (1)  Patrick W O'Brien

2

3  (2)  Ronald Chez

4
   (3)  Scott Jarus
5

# EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**915 Wilshire Blvd., Suite 1850, los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled: **NOTICE OF APPOINTMENT AND APPOINTMENT OF OFFICIAL COMMITTTEE OF EQUITY HOLDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/20/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **09/20/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/20/2017 | Gabriel A Rodriguez | /s/ Gabriel A Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST FOR PROOF OF SERVICE**

**SERVED ELECTRONICALLY**

- Ron Bender    rb@lnbyb.com
- Krikor J Meshefejian    kjm@lnbrb.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com

**SERVED BY U.S. MAIL**

Ironclad Performance Wear Corporation, a California corporation
15260 Ventura Blvd.
20th Floor
Sherman Oaks, CA 91403

Ironclad Performance Wear Corporation, a Nevada corporation
15260 Ventura Blvd.
20th Floor
Sherman Oaks, CA 91403

The Honorable Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266