**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Russell Clementson, No. 143284
S. Margaux Ross, No. 137152
Attorneys for the U.S. Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4494; Fax: (213) 894-0276
Email: margaux.ross@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| **In re**<br><br>Ironclad Performance Wear Corporation, a California Corporation,<br><br>　　　　　　　　Debtor.<br>In re:<br>Ironclad Performance Wear Corporation, a Nevada Corporation,<br>　　　　　　　　Debtor.<br>Affects:<br><br>☐ Both Debtors<br>☒ Ironclad Performance Wear Corp., A California Corporation only<br>☐ Ironclad Performance Wear Corp., A Nevada Corporation only | Case No. 1:17-bk-12408-MB<br>Jointly Administered with :<br>Case No. 1:17-bk-12409-MB<br><br>Chapter 11<br><br><br><br>**NOTICE OF APPOINTMENT AND APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

　　　Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following three (3) creditors to serve on the Committee of Unsecured Creditors:

　　　　　　　　　　　SEE EXHIBIT A ATTACHED

Dated: September 22, 2017　　　　　　　　UNITED STATES TRUSTEE,
　　　　　　　　　　　　　　　　　　　　CENTRAL DISTRICT OF CALIFORNIA

　　　　　　　　　　　　　　　　　　　　By: */s/ Russell Clementson*
　　　　　　　　　　　　　　　　　　　　　　Russell Clementson
　　　　　　　　　　　　　　　　　　　　　　Attorney for U.S. Trustee

# EXHIBIT A

(1)  Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Telephone: (714) 430-6400
E-mail: Brent.waters@rgp.com
Fax: (714) 428-6093

(2)  Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

Telephone: (818) 990-4800
E-mail: blm@cabcollects.com

(3)  PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia

Telephone: +62811875161
E-mail: mrobba@aol.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**915 Wilshire Blvd., Suite 1850, los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled: **NOTICE OF APPOINTMENT AND APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/22/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **9/22/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 9/22/2017 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |

**SERVICE LIST FOR PROOF OF SERVICE**

| | |
|---|---|
| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
| Ron Bender    rb@lnbyb.com | Ironclad Performance Wear Corporation, a California corporation |
| Russell Clementson russell.clementson@usdoj.gov | 15260 Ventura Blvd., 20th Floor Sherman Oaks, CA 91403 |
| Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com | |
| Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com | Ironclad Performance Wear Corporation, a Nevada corporation 15260 Ventura Blvd., 20th Floor Sherman Oaks, CA 91403 |
| Krikor J Meshefejian    kjm@lnbrb.com | |
| S Margaux Ross    margaux.ross@usdoj.gov | |
| Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com | The Honorable Martin R. Barash United States Bankruptcy Court 21041 Burbank Boulevard Woodland Hills, CA 91367 |

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266

Resources Global Professionals
 c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512 Indonesia