Fill in this information to identify the case:

Debtor name   **Ironclad Performance Wear Corporation, a Nevada corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   **1:17-bk-12409-MB**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2017**       X _____
                                              Signature of individual signing on behalf of debtor

                                              **Matthew Pliskin**
                                              Printed name

                                              **Chief Financial Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California - San Fernando

| | |
|---|---|
| In re   **Ironclad Performance Wear Corporation, a Nevada corporation** | Case No.   **1:17-bk-12409-MB** |
| Debtor(s) | Chapter   **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALL IN THE BEHL FAMILY RLLP**<br>**37271 S STONEY CLIFF DR**<br>**TUCSON, AZ 85739** | **Common Stock** | **190616** | **Equity** |
| **ANNALOUISE JAEGER & KEITH VERWOEST**<br>**532 PAUMAKUA PL**<br>**KAILUS, HI 96734** | **Common Stock** | **31793** | **Equity** |
| **ANTHONY KEATS**<br>**15260 VENTURA BLVD**<br>**20TH FLOOR**<br>**SHERMAN OAKS, CA 91403** | **Common Stock** | **2590** | **Equity** |
| **ARTHUR GERRICK**<br>**172 WILD LILAC**<br>**IRVINE, CA 92620** | **Common Stock** | **50000** | **Equity** |
| **B.A.T.B. LLC**<br>**5750 SOUTH BEECH CT**<br>**GREENWOOD VILLAGE, CO 80121** | **Common Stock** | **152493** | **Equity** |
| **BARBARA ASHTON**<br>**2417 LESTER AVENUE**<br>**CLOVIS, CA 93619** | **Common Stock** | **2000** | **Equity** |
| **BIRCH FAMILY TRUST**<br>**1435 OLIVE ST**<br>**SANTA BARBARA, CA 93101** | **Common Stock** | **13333** | **Equity** |
| **BRIAN SHEENY**<br>**11711 DARLINGTON AVE UNIT 7**<br>**LOS ANGELES, CA 90049** | **Common Stock** | **10126** | **Equity** |
| **BROCK GANELES**<br>**41 W 72ND ST**<br>**APT 14A**<br>**NEW YORK, NY 10023** | **Common Stock** | **69853** | **Equity** |
| **BRUCE G KLASS**<br>**447 KENSINGTON DR**<br>**CORDILERA, CO 81632** | **Common Stock** | **114370** | **Equity** |
| **CATHERINE A SEAK**<br>**1643 OAKPOINT DR**<br>**WACONIA, MN 55387** | **Common Stock** | **101280** | **Equity** |

In re:    **Ironclad Performance Wear Corporation, a Nevada corporation**    Case No.    **1:17-bk-12409-MB**
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CEDE & CO (FAST)**<br>**570 WASHINGTON BLVD**<br>**JERSEY CITY, NJ 07310** | **Common Stock** | **55552267** | **Equity** |
| **CHARLES E FRISCO JR**<br>**8135 FLORENCE AVENUE**<br>**SUITE 101**<br>**DOWNEY, CA 90240** | **Common Stock** | **5000** | **Equity** |
| **CHARLES E FRISCO JR**<br>**12749 Norwalk Blvd. Ste 100**<br>**Norwalk, CA 90650** | **Common Stock** | **9999** | **Equity** |
| **CHARLES H GIFFEN**<br>**6000 ELBA PLACE**<br>**WOODLAND HILLS, CA 91367** | **Common Stock** | **387077** | **Equity** |
| **CHERYL WASHINGTON**<br>**1920 HUTTON CT**<br>**STE 300**<br>**FARMERS BRANCH, TX 75234** | **Common Stock** | **2000** | **Equity** |
| **CHRIS JUETTEN**<br>**2906 NW ENDICOTT ST**<br>**CAMAS, WA 98607** | **Common Stock** | **25318** | **Equity** |
| **CHRISTOPHER M HAZLITT**<br>**1063 Mapleton Avenue**<br>**Boulder, CO 80304** | **Common Stock** | **5716** | **Equity** |
| **CINDY MATTHEWS**<br>**6725 WHALEY DR**<br>**BOULDER, CO 80303** | **Common Stock** | **11440** | **Equity** |
| **CLAYTON WYOMING LLC**<br>**1364 NORTHPARK DRIVE**<br>**LAFAYETTE, CO 80026** | **Common Stock** | **531855** | **Equity** |
| **DANIEL THOMAS GIEBER**<br>**PO BOX 7298**<br>**MENLO PARK, CA 94026** | **Common Stock** | **16809** | **Equity** |
| **DAVID G HILL**<br>**1712 PEARL ST**<br>**BOULDER, CO 80302** | **Common Stock** | **7622** | **Equity** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re:  **Ironclad Performance Wear Corporation, a Nevada corporation**    Case No.  **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVID J COOK**<br>**2163 LIMA LOOP**<br>**PMB 071156**<br>**LAREDO, TX 78045** | **Common Stock** | **11440** | **Equity** |
| **DAVID L JACOBS**<br>**335 LEE HILL DRIVE**<br>**BOULDER, CO 80302** | **Common Stock** | **648310** | **Equity** |
| **DENNIS TORRES & AVERI TORRES**<br>**6779 LAS OLAS WAY**<br>**MALIBU, CA 90265** | **Common Stock** | **107698** | **Equity** |
| **DENNIS TORRES & AVERI TORRES TRUST**<br>**6779 LAS OLAS WAY**<br>**MAILBU, CA 90265** | **Common Stock** | **92302** | **Equity** |
| **DONALD P ELLIOTT**<br>**9400 E ILIFF AVE**<br>**#361**<br>**DENVER, CO 80231** | **Common Stock** | **1500** | **Equity** |
| **ED WETHERBEE**<br>**7269 SIENA WAY**<br>**BOULDER, CO 80301** | **Common Stock** | **5796** | **Equity** |
| **EDUARD ALBERT JAEGER**<br>**443 CONCORD ST**<br>**EL SEGUNDO, CA 90245** | **Common Stock** | **1453468** | **Equity** |
| **EDWIN BALDRIDGE TTEE UA DTD**<br>**10/30/1992 E**<br>**BALDRIDGE DECLARATION TRUST**<br>**605 SAN ANTONIA AVE**<br>**MANY LA, LA 71449** | **Common Stock** | **114370** | **Equity** |
| **ELI ARRIV**<br>**4340 COLETA RD**<br>**AGOURA, CA 91301** | **Common Stock** | **35954** | **Equity** |
| **Emil Iannaccone Ttee Ua Dtd 9/16/2010**<br>**Emil Iannaccone Seperate Propert Trust**<br>**11855 Woodley Ave**<br>**Granada Hills, CA 91344** | **Common Stock** | **500000** | **Equity** |
| **ENSCO INC**<br>**3110 FAIRVIEW PARK DR STE 300**<br>**FALLS CHURCH, VA 22042** | **Common Stock** | **38123** | **Equity** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re:    **Ironclad Performance Wear Corporation, a Nevada corporation**    Case No.  **1:17-bk-12409-MB**
<span style="padding-left:10em;">Debtor(s)</span>

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ERIC JAEGER**<br>**1408 CAMBRIDGE CROSSING**<br>**SOUTHLAKE, TX 76092** | **Common Stock** | **239051** | **Equity** |
| **ETHAN AISENBERG**<br>**3900 LEGACY TRAIL CIR**<br>**CARROLLTON, TX 75010** | **Common Stock** | **12000** | **Equity** |
| **FAMILY TRUST OF EARL G LUNCEFORD**<br>**8850 E FERNAN LAKE RD**<br>**COEUR DALENE, ID 83814** | **Common Stock** | **152493** | **Equity** |
| **GEMINI PARTNERS INC**<br>**10900 WILSHIRE BLVD**<br>**STE 300**<br>**LOS ANGELES, CA 90024** | **Common Stock** | **26667** | **Equity** |
| **GLEN K INGALLS & RENEE PACHECO**<br>**TTEES U/A**<br>**4-5-05 THE INGALLS PACHECO 2005 TRUST**<br>**747 ROSEMOUNT RD**<br>**OAKLAND, CA 94610** | **Common Stock** | **35076** | **Equity** |
| **GREAT PANDA INVESTMENT CO LLLP**<br>**1325 PITKIN AVE**<br>**SUPERIOR, CO 80027** | **Common Stock** | **76246** | **Equity** |
| **Greg Akselrud**<br>**C/O Stubbs Alderton & Markiles LLP**<br>**15260 Ventura Blvd 20th Fl.**<br>**Sherman Oaks, CA 91403** | **Common Stock** | **130442** | **Equity** |
| **GREGORY AKSELRUD**<br>**15260 VENTURA BLVD**<br>**20TH FL**<br>**SHERMAN OAKS, CA 91403** | **Common Stock** | **56838** | **Equity** |
| **HAROLD F SCHAFF**<br>**780 GLEN ANNIE RD**<br>**GOLETA, CA 93114** | **Common Stock** | **13333** | **Equity** |
| **HAROLD SCHAFF & CHERYL SCHAFF**<br>**TTEES THE**<br>**780 GLEN ANNIE RD**<br>**GOLETA, CA 93114** | **Common Stock** | **78969** | **Equity** |
| **HEIDI JAEGER**<br>**26800 PACIFIC COAST HWY**<br>**MALIBY, CA 90265** | **Common Stock** | **30710** | **Equity** |

List of equity security holders consists of 13 total page(s)

In re:    **Ironclad Performance Wear Corporation, a Nevada corporation**    Case No.   **1:17-bk-12409-MB**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HORACE DUNBAR HOSKINS JR & ANN REID HOSKINS JT TEN 7 PENENSULA RD BELVEDERE, CA 94920** | **Common Stock** | **114370** | **Equity** |
| **Hubert L Brown & Annabelle Brown Fowlkes & Quintard P Courtney Iii Trustees U/A Dtd 12-07-0 P.O. Box 2237 Midland, TX 79702** | **Common Stock** | **38123** | **Equity** |
| **JAEGER FAMILY LLC 1408 CAMBRIDGE CROSSING SOUTHLAKE, TX 76092** | **Common Stock** | **1365272** | **Equity** |
| **JAMES R YOUNG 2009 RIVERVIEW DR BERTHOUD, CO 80513** | **Common Stock** | **7622** | **Equity** |
| **JAMES SEIBEL 1430 N HARPER AVE #305 W HOLLYWOOD, CA 90046** | **Common Stock** | **43334** | **Equity** |
| **JARUS FAMILY TRUST 938 DUNCAN AVE MANHATTAN BEACH, CA 90266** | **Common Stock** | **1000000** | **Equity** |
| **JARUS FAMILY TRUST TR SCOTT M JARUS TTEE REBECCA D JARUS TTEE U/A DTD 10/19/2007 938 DUCAN AVE MANHATTAN BEACH, CA 90266** | **Common Stock** | **26667** | **Equity** |
| **JARUS FAMILY TRUST U/A DTD 10/19/2007 938 DUNCAN AVE MANHATTAN BEACH, CA 90266** | **Common Stock** | **2500000** | **Equity** |
| **JEFFREY D CORDES 1570 BENT CREEK DRIVE SOUTHLAKE, TX 76092** | **Common Stock** | **243817** | **Equity** |
| **JEFFREY F GERSH & ARIE J GERSH LIVING TR 5465 ROUND MEADOW RD HIDDEN HILLS, CA 91302** | **Common Stock** | **500000** | **Equity** |

In re:   **Ironclad Performance Wear Corporation, a Nevada corporation**          Case No.   **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JEFFREY ORR**<br>**733 21ST ST**<br>**HERMOSA BEACH, CA 90254** | **Common Stock** | **500000** | **Equity** |
| **Joanna Waldear-Lucas As Ttee**<br>**Fbo The Joanna Waldear-Lucas Living Trust**<br>**Dtd 4-12**<br>**P.O. Box 101**<br>**Malibu, CA 90265** | **Common Stock** | **13333** | **Equity** |
| **JOE WORDEN**<br>**4335 FOX CIRCLE**<br>**MESA, AZ 85205** | **Common Stock** | **3292** | **Equity** |
| **JOHN E ORCUTT & MARCIA ORCUTT**<br>**JT TEN**<br>**3221 N SAN SEBASTIAN DRIVE**<br>**TUSCON, AZ 85715** | **Common Stock** | **30000** | **Equity** |
| **JOHN MCILVERY**<br>**C/O STUBBS ALDERTON & MARKILES**<br>**15260 VENTURA BLVD 20TH FL**<br>**SHERMAN OAKS, CA 91404** | **Common Stock** | **210615** | **Equity** |
| **JONATHAN HODES**<br>**C/O STUBBS ALDERTON & MARKILES**<br>**15620 VENTURA BLVD 20TH FL**<br>**SHERMANOAKS, CA 91403** | **Common Stock** | **187509** | **Equity** |
| **JOSEPH D RYAN**<br>**1986 CLOVERDALE AVE**<br>**HIGHLAND PARK, IL 60035** | **Common Stock** | **190000** | **Equity** |
| **KATHERINE BERCI DEFEVERE**<br>**TRUSTEE DEFEVERE TRUST UAD 9/28/98**<br>**24200 ALBERS STREET**<br>**WOODLAND HILLS, CA 91367** | **Common Stock** | **22622** | **Equity** |
| **KEALA STANFILL**<br>**12049 SW ASKER TERR**<br>**BEAVERTON, OR 97007** | **Common Stock** | **3157** | **Equity** |
| **Kevin Debre**<br>**C/O Stubbs Alderton & Markiles LLP**<br>**15260 Venrua Blvd 20th Fl**<br>**SHERMAN OAKS, CA 91405** | **Common Stock** | **127411** | **Equity** |

List of equity security holders consists of 13 total page(s)

In re:  **Ironclad Performance Wear Corporation, a Nevada corporation**   Case No.  **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kim Woodworth & Bill Woodworth**<br>**101 Valley Hill Rd**<br>**Exton, PA 19401** | **Common Stock** | **13000** | **Equity** |
| **KLEIN PARTNERS LTD**<br>**4973 CLUBHOUSE CT**<br>**BOULDER, CO 80301** | **Common Stock** | **76246** | **Equity** |
| **KNUTE LEE**<br>**9109 WILSHIRE COURT NE**<br>**ALBUQUERQUE, NM 87122** | **Common Stock** | **25887** | **Equity** |
| **KONRAD GATIEN**<br>**15260 VENTURA BLVD**<br>**20TH FLOOR**<br>**SHERMAN OAKS, CA 91406** | **Common Stock** | **1884** | **Equity** |
| **KYLE EDLUND**<br>**3893 FAIRWAY DR**<br>**WOODBURY, MN 55125** | **Common Stock** | **29954** | **Equity** |
| **LOUIS WHARTON**<br>**15260 VENTURA BLVD**<br>**20TH FLOOR**<br>**SHERMAN OAKS, CA 91407** | **Common Stock** | **15051** | **Equity** |
| **MARC S PESTER**<br>**278 DALE RD**<br>**SHORT HILLS, NJ 07078** | **Common Stock** | **160618** | **Equity** |
| **MARK HAWKING**<br>**2278 CAMARILLAR DR**<br>**CAMARILLO, CA 93010** | **Common Stock** | **152493** | **Equity** |
| **MARK W FISCHER**<br>**285 IROQUOIS DR**<br>**BOULDER, CO 80303** | **Common Stock** | **1905** | **Equity** |
| **MATTHEW JUETTEN**<br>**633 HAWKSBILL ISLAND DR**<br>**SATELLITE BEACH, FL 32937** | **Common Stock** | **25318** | **Equity** |
| **MATTHEW LAUBERT**<br>**C/O IRONCLAD PERFORMANCE WEAR CORP**<br>**1920 HUTTON COURT #300**<br>**FARMERS BRANCH, TX 75234** | **Common Stock** | **23361** | **Equity** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: __Ironclad Performance Wear Corporation, a Nevada corporation__        Case No. __1:17-bk-12409-MB__

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MCDERMOTT & BULL<br>2 VENTURE<br>SUITE 100<br>IRVINE, CA 92618 | Common Stock | 75505 | Equity |
| MELISSA DERBY<br>393 LAUREL AVENUE<br>NOVATO, CA 94945 | Common Stock | 19809 | Equity |
| MICHAEL A DIGREGORIO<br>1420 KINSGBORO COURT<br>WESTLAKE VILLAGE, CA 91362 | Common Stock | 399999 | Equity |
| Michael Anthony Digregorio Trustee U/A D<br>The Digregorio Revocable Trust<br>1420 Kingsboro Ct<br>Westlake Village, CA 91362 | Common Stock | 348310 | Equity |
| MICHAEL B JOHNSON<br>7255 RADFORD AVE<br>N HOLLYWOOD, CA 91605 | Common Stock | 98969 | Equity |
| MICHAEL CASEY HOCH<br>291 BROADWAY<br>COSTA MESA, CA 92627 | Common Stock | 13334 | Equity |
| MICHAEL GRANT<br>222 ROUND HILL RD<br>TIBURON, CA 94920 | Common Stock | 48539 | Equity |
| MICHAEL GROSSMAN<br>5557 GROEHMANN LN<br>FREDERICKSBURG, TX 78624 | Common Stock | 166419 | Equity |
| MIKE SALOMON<br>1440 E 1st Street Ste. 100<br>SANTA ANA, CA 92701 | Common Stock | 1313 | Equity |
| MURRAY MARKILES<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FLOOR<br>SHERMAN OAKS, CA 91408 | Common Stock | 327410 | Equity |
| NATASHA H BEN<br>104 Saratoga Drive<br>Belle Chasse, LA 70037 | Common Stock | 1079 | Equity |

List of equity security holders consists of 13 total page(s)

In re:   **Ironclad Performance Wear Corporation, a Nevada corporation**        Case No.   **1:17-bk-12409-MB**

                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PAMELA SULLIVAN**<br>**1682 HAYES STREET APT C**<br>**EUGENE, OR 97402** | **Common Stock** | **14005** | **Equity** |
| **PATRICK JUETTEN**<br>**11417 HASTINGS ST NE**<br>**BLAINE, MN 55449** | **Common Stock** | **96719** | **Equity** |
| **PATRICK W O'BRIEN**<br>**301 WHITMORE LANE**<br>**LAKE FOREST, IL 60045** | **Common Stock** | **440821** | **Equity** |
| **PETER SEAMANS**<br>**1360 WALNUT ST**<br>**#205**<br>**BOULDER, CO 80302** | **Common Stock** | **32176** | **Equity** |
| **R D PETE BLOOMER**<br>**7542 CRESTVIEW DRIVE**<br>**LONGMONT, CO 80504** | **Common Stock** | **361291** | **Equity** |
| **Rebecca D Jarus & Scott M Jarus Ttees U/**<br>**Jarus Family Family Trust**<br>**938 Ducan Ave**<br>**Manhattan Beach, CA 90266-6626** | **Common Stock** | **2818033** | **Equity** |
| **REYHEENA EIDARIUS**<br>**23436 CAMINITO VALLE**<br>**LAGUNA HILLS, CA 92563** | **Common Stock** | **1500** | **Equity** |
| **RHONDA HOFFARTH**<br>**462 CALLE DE ARAGON**<br>**REDONDO BEACH, CA 90277** | **Common Stock** | **805224** | **Equity** |
| **Richard Kronman & Ian Matthew Trustees**<br>**Fbo Kronman Matthew & Assoc Defined**<br>**Benefit Plan D**<br>**30111 Harvester Rd**<br>**Malibu, CA 90265** | **Common Stock** | **500000** | **Equity** |
| **RICHARD KRONMAN & MAUREEN**<br>**KRONMAN REVOCA**<br>**DTD 2/28/02**<br>**30111 HARVESTER RD**<br>**MAILBU, CA 90265** | **Common Stock** | **1000000** | **Equity** |
| **ROBERT C CLARK**<br>**12151 WEST 32ND DR**<br>**WHEEATRIDGE, CO 80033** | **Common Stock** | **19062** | **Equity** |

List of equity security holders consists of 13 total page(s)

In re:  **Ironclad Performance Wear Corporation, a Nevada corporation**          Case No.  **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROBERT F CHARLES JR**<br>**2955 PARK LAKE DR**<br>**BOULDER, CO 80301** | **Common Stock** | **76246** | **Equity** |
| **ROBERT H KEELEY & SANDRA KEELEY**<br>**JT TEN**<br>**PO BOX 240**<br>**HILLSIDE, CO 81232** | **Common Stock** | **38123** | **Equity** |
| **ROBERT MEOTTLE**<br>**27909 SMYTH DR**<br>**VALENCIA, CA 91355** | **Common Stock** | **108977** | **Equity** |
| **RONALD D BLOOMER**<br>**7542 CRESTVIEW DR**<br>**NIWOT, CO 80504** | **Common Stock** | **111591** | **Equity** |
| **RONALD S WEAVER MD**<br>**536 PALISADES AVENUE**<br>**SANTA MONICA, CA 90402** | **Common Stock** | **5000** | **Equity** |
| **RYAN AZLEIN**<br>**1137 Calle Elaina**<br>**Thousand Oaks, CA 91630** | **Common Stock** | **69414** | **Equity** |
| **SCOTT ALDERTON**<br>**19687 LOS ALIMOS ST**<br>**CHATSWORTH, CA 91311** | **Common Stock** | **588,131** | **Equity** |
| **SCOTT GALER**<br>**C/O STUBBS ALDERTON & MARKILES**<br>**15260 VENTURA BLVD 20TH FL**<br>**SHERMAN OAKS, CA 91409** | **Common Stock** | **139113** | **Equity** |
| **SEAMARK FUND LP**<br>**223 WILMINGTON W CHESTER PIKE**<br>**#115**<br>**CHADDS FORD, PA 19317** | **Common Stock** | **134333** | **Equity** |
| **SEGAL FAMILY TRUST**<br>**10100 SANTA MONICA BLVD #1300**<br>**LOS ANGELES, CA 90067** | **Common Stock** | **78969** | **Equity** |
| **SPM CENTER LLC**<br>**27909 SMYTH DR**<br>**VALENCIA, CA 91355** | **Common Stock** | **131909** | **Equity** |

List of equity security holders consists of 13 total page(s)

In re:   **Ironclad Performance Wear Corporation, a Nevada corporation**    Case No.  **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **STANLEY M RUMBOUGH JR**<br>**44 COCOANUT ROW STE B103**<br>**PALM BEACH, FL 33480** | **Common Stock** | **76246** | **Equity** |
| **STEPHEN GOODHUE**<br>**203 STAR CARLISLE**<br>**W AUSTRAILIA,, 6101**<br>**AUSTRALIA** | **Common Stock** | **13333** | **Equity** |
| **STEVE FEDEA**<br>**2040 W BELMONT**<br>**#201**<br>**CHICAGO, IL 60618** | **Common Stock** | **5061** | **Equity** |
| **STEVEN C EARNSHAW**<br>**5679 POLAR WAY**<br>**PARK CITY, UT 84098** | **Common Stock** | **16** | **Equity** |
| **STEVEN W TOWN**<br>**6301 E CRESTLINE AVE**<br>**GREENWOOD VILLAGE, CO 80111** | **Common Stock** | **68525** | **Equity** |
| **STUBBS ALDERTON & MARKILES LLP**<br>**15260 VENTURA BLVD**<br>**26TH FL**<br>**SHERMAN OAKS, CA 91410** | **Common Stock** | **3123** | **Equity** |
| **TAMALPAIS PARTNERS**<br>**24 TAMALPAIS AVE**<br>**MILL VALLEY, CA 94941** | **Common Stock** | **60549** | **Equity** |
| **TARBY BRYANT**<br>**4 HAWTHORNE CIR**<br>**SANTA FE, NM 87506** | **Common Stock** | **2434** | **Equity** |
| **THE ELLEN IDELSON TRUST DATED**<br>**MARCH 20 2**<br>**710 BROOKTREE ROAD**<br>**PACIFIC PALISADES, CA 90272** | **Common Stock** | **8966** | **Equity** |
| **THE ORCUTT FAMILY TRUST**<br>**3221 N SAN SEBASTIAN DRIVE**<br>**TUSCON, AZ 85715** | **Common Stock** | **2000000** | **Equity** |
| **THE SASSOLA III FAMILY TRUST**<br>**7771 HERON COURT**<br>**GOLETA, CA 93117** | **Common Stock** | **2000000** | **Equity** |

List of equity security holders consists of 13 total page(s)

In re:  **Ironclad Performance Wear Corporation, a Nevada corporation**        Case No.  **1:17-bk-12409-MB**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The William J. & Seemah W. Idelson Family Trust Dated April 29, 1997<br>710 Brooktree Road<br>Pacific Palisades, CA 90272 | Common Stock | 44824 | Equity |
| THOMAS ELLIOTT<br>115 BROOKS AVE<br>VENICE, CA 90291 | Common Stock | 118571 | Equity |
| THOMAS FELTON<br>2006 TOUCH GOLD COURT<br>ROWLETT, TX 75088 | Common Stock | 58192 | Equity |
| THOMAS KENDALL<br>1112 MONTANA AVENUE # 716<br>SANTA MONICA, CA 90403 | Common Stock | 18911 | Equity |
| THOMAS W. MASON<br>6856 WISH AVENUE<br>LAKE BALBOA, CA 91406 | Common Stock | 66666 | Equity |
| THOMAS W. MASON & LISA L. MASON JT TEN<br>6856 WISH AVENUE<br>LAKE BALBOA, CA 91406 | Common Stock | 78969 | Equity |
| TODD GITLIN<br>269 S BEVERY DR STE 1213<br>BEVERLY HILLS, CA 90212 | Common Stock | 50336 | Equity |
| V JOSEPH STUBBS<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91411 | Common Stock | 375911 | Equity |
| VALORIE STANSBERRY<br>3227 N RICHMOND<br>CHICAGO, IL 60618 | Common Stock | 25318 | Equity |
| VANE CLAYTON<br>1364 NORTH PARK DRIVE<br>LAFAYETTE, CO 80026 | Common Stock | 398950 | Equity |
| WILLIAM AISENBERG<br>3900 LEGACY TRAIL CIR<br>CARROLLTON, TX 75010 | Common Stock | 1827506 | Equity |

List of equity security holders consists of 13 total page(s)

In re:  **Ironclad Performance Wear Corporation, a Nevada corporation**          Case No.  **1:17-bk-12409-MB**
                                                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **WILLIAM L BOETTCHER**<br>**727 HAYS CIR**<br>**LONGMONT, CO 80501** | **Common Stock** 76246 | | **Equity** |
| **WILLIAM MECK**<br>**11027 LIMERICK AVENUE**<br>**CHATSWORTH, CA 91311** | **Common Stock** 64356 | | **Equity** |
| **WILLIAM MECK & TERESA MECK**<br>**JT TEN**<br>**11027 LIMERICK AVENUE**<br>**CHATSWORTH, CA 91311** | **Common Stock** 20000 | | **Equity** |
| **XIN GUO**<br>**540 LAKE FOREST DR**<br>**COPPELL, TX 75019** | **Common Stock** 50438 | | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 29, 2017**                    Signature   _Matthew Pliskin (signature)_

                                                            **Matthew Pliskin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 13 total page(s)
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

__None__

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

__None__

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

__Ironclad Performance Wear Corporation, a California corporation__
__Case No. 1:17-bk-12408-MB__
__United States Bankruptcy Court for the Central District of Califonia, San Fernando Valley Division__

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

__None__

I declare, under penalty of perjury, that the foregoing is true and correct.

Date:       __September 29, 2017__

__Matthew Pliskin__
Chief Financial Officer

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ironclad Performance Wear Corporation, a Nevada corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | **1:17-bk-12409-MB** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $     **Unknown/TBD**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $     **Unknown/TBD**

**NOTE: PLEASE SEE SCHEDULES OF ASSETS AND LIABILITIES FILED BY THE DEBTOR'S WHOLLY-OWNED SUBSIDIARY - IRONCLAD PERFORMANCE WEAR CORPORATION, A CALIFORNIA CORPORATION (CASE NO. 1:17-bk-12408-MB)**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **3,944,145.93**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **21,275.56**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b      $     **3,965,421.49**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Ironclad Performance Wear Corporation, a Nevada corporation**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) __**1:17-bk-12409-MB**__

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.**  **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| **15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1.  **100% of ownership interests in Ironclad Performance Wear Corporation, a California corporation** | 100  % | **N/A**    **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Ironclad Performance Wear Corporation, a Nevada corporation**         Case number *(If known)*  **1:17-bk-12409-MB**

Name

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                                                           | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold interest in 1920 Hutton Court, Suite 300, Farmers Branch, TX 75234, pursuant to that certain Industrian Multi-Tenant Lease, as amended** | **Leasehold** | | **Unknown** | **Unknown** |

| Debtor | Ironclad Performance Wear Corporation, a Nevada corporation | Case number (If known) | 1:17-bk-12409-MB |
|---|---|---|---|
| | Name | | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** Please see Schedule B of the Schedules of Assets and Liabilities, and Attachment 60 thereto, of Debtor's wholly-owned subsidiary, Ironclad Performance Wear Corporation, a California corporation, for additional information regarding patents and trademarks. | | | |
| **61.** **Internet domain names and websites** www.ironclad.com | | Unknown | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Ironclad Performance Wear Corporation, a Nevada corporation** | Case number *(If known)* | **1:17-bk-12409-MB** |
|---|---|---|---|
| | Name | | |

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
**Debtor has an interest in various insurance policies, including, general liability insurance, property insurance, umbrella and excess insurance, international commercial insurance, Directors & Officers insurance, and marine cargo insurance.**                                    **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**To be determined**                                                                          **Unknown**
Nature of claim
Amount requested                              **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Ironclad Performance Wear Corporation, a California corporation ("Ironclad CA"), is a wholly owned subsidiary of the Debtor.  Please see the Schedules of Assets and Liabilities of Ironclad CA for further information.**                                                    **Unknown**

78. **Total of Part 11.**                                                                    **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Ironclad Performance Wear Corporation, a Nevada corporation**
Name

Case number *(If known)*  **1:17-bk-12409-MB**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **Ironclad Performance Wear Corporation, a Nevada corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:17-bk-12409-MB**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **Radians Wareham Holding, Inc.**
Creditor's Name

**Attn: Mike Tutor, CEO**
**5305 Distriplex Farms**
**Memphis, TN 38141**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**November 28, 2014; April 11, 2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all of the Debtor's assets**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,397,406.95**

---

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,397,406.95**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Ironclad Performance Wear Corporation, a Nevada corporation**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO__

Case number (if known) __**1:17-bk-12409-MB**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $13,257.09 |

| | |
|---|---|
| **1920 Hutton Court** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Inwood National Bank** | ☐ Contingent |
| **PO Box 857413** | ☐ Unliquidated |
| **Richardson, TX 75085** | ☐ Disputed |
| Date(s) debt was incurred __**September 2017**__ | **Basis for the claim:** __Rent__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 13,257.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 13,257.09 |

**Fill in this information to identify the case:**

Debtor name    **Ironclad Performance Wear Corporation, a Nevada corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:17-bk-12409-MB**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Industrial Multi-Tenant Lease of 1920 Hutton Court, Suite 300, Farmers Branch, TX 75234** | |
| State the term remaining | | **1920 Hutton Court Inwood National Bank PO Box 857413 Richardson, TX 75085** |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name       **Ironclad Performance Wear Corporation, a Nevada corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:17-bk-12409-MB**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Ironclad Performance Wear Corp.,** | **a California corporation 1920 Hutton Court, Suite 300 Dallas, TX 75234** | **Radians Wareham Holding, Inc.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Ironclad Performance Wear Corporation, a Nevada corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   **1:17-bk-12409-MB**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Ironclad Performance Wear Corporation, a Nevada corporation** | Case number *(if known)* **1:17-bk-12409-MB** |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Debtor has received notice of informal inquiry by Securities & Exchange Commission** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Ironclad Performance Wear Corporation, a Nevada corporation** | | Case number *(if known)* | **1:17-bk-12409-MB** |
|---|---|---|---|---|

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **August 18, 2017: $10,000 August 30, 2017: $50,000 Note: These amounts are the same amounts disclosed in the Statement of Financial Affairs of Ironclad Performance Wear Corporation, a California corporation (not in addition to those amounts)** | |
| | **Levene, Neale, Bender, Yoo & Brill L.L.P 10250 Constellation Blvd., Suit 1700 Los Angeles, CA 90067** | | | **$60,000.00** |

| Email or website address |
|---|
| **WWW.LNBYB.COM** |

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**

| Debtor | **Ironclad Performance Wear Corporation, a Nevada corporation** | Case number *(if known)* | **1:17-bk-12409-MB** |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2201 Park Place Suite 100 El Segundo, CA 90245** | **Prior to July 31, 2014** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor  **Ironclad Performance Wear Corporation, a Nevada corporation**                Case number *(if known)*  **1:17-bk-12409-MB**

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

| Debtor | Ironclad Performance Wear Corporation, a Nevada corporation | | Case number *(if known)*  **1:17-bk-12409-MB** |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Ironclad Performance Wear Corporation,** <br>**a California corporation** <br>**1920 Hutton Court** <br>**Suite 300** <br>**Dallas, TX 75234** | **Developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" in a variety of end markets.** | **Dates business existed** <br>EIN:    **95-4762694** <br><br>From-To  **1998 - Present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **William Aisenberg** | **May 2014 - June 2017** |
| 26a.2.  **Jim McAlister** <br>**713 Northlake Drive** <br>**Richardson, TX 75080** | **July 2014 - August 2017** |
| 26a.3.  **Matthew Pliskin** <br>**1920 Hutton Court** <br>**Suite 300** <br>**Dallas, TX 75234** | **September 2017 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **BDO, Gerard Senen** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Ironclad Performance Wear Corporation** <br>**1920 Hutton Court** <br>**Suite 300** <br>**Dallas, TX 75234** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Capital One Bank, N.A.** <br>**600 North Pearl Street** <br>**Suite 2500** <br>**Attn: Rick Rodman** <br>**Dallas, TX 75201** |

Debtor    **Ironclad Performance Wear Corporation, a Nevada corporation**

Case number *(if known)*    **1:17-bk-12409-MB**

| Name and address |
|---|

| 26d.2. | **Radians Wareham Holding, Inc.**<br>**Attn: Mike Tutor, CEO**<br>**5305 Distriplex Farms**<br>**Memphis, TN 38141** |
|---|---|

| 26d.3. | **CIT**<br>**Attn: Christine Webber**<br>**PO Box 31307**<br>**Charlotte, NC 28231** |
|---|---|

| 26d.4. | **Securities & Exchange Commission** |
|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Geoffrey Greulich** | **1920 Hutton Court**<br>**Suite 300**<br>**Dallas, TX 75234** | **Chief Executive Officer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew Pliskin** | **1920 Hutton Court**<br>**Suite 300**<br>**Dallas, TX 75234** | **Chief Financial Officer** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael DiGregorio** | | **Director, shareholder** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Jacobs** | | **Director, shareholder** | **<1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Emmett Murphy** | | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ben Padnos** | | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bob Steckler** | | **Director** | **0%** |

| Debtor | **Ironclad Performance Wear Corporation, a Nevada corporation** | Case number *(if known)* | **1:17-bk-12409-MB** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Jeff Cordes** | | **Former Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **William Aisenberg** | | **Former Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Jim McAlister** | | **Former Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Vane Clayton** | | **Former Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Chas Griffen** | | **Former Director** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **The Debtor is the parent corporation for Ironclad Performance Wear Corporation, a California corporation** | **EIN:  95-4762694** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor   **Ironclad Performance Wear Corporation, a Nevada corporation**                                    Case number *(if known)* **1:17-bk-12409-MB**

Name of the parent corporation                                                    Employer Identification number of the parent corporation

Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 29, 2017**

Signature of individual signing on behalf of the debtor                    **Matthew Pliskin**
                                                                          Printed name

Position or relationship to debtor      **Chief Financial Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364** | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Ironclad Performance Wear Corporation, a Nevada corporation**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.: **1:17-bk-12409-MB**<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Matthew Pliskin                                            , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.　　I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.　☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.　☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

September 29, 2017
_____
Date

By:　/s/ Matthew Pliskin
　　　_____
　　　Signature of Debtor, or attorney for Debtor

Name:　**Matthew Pliskin**
　　　　_____
　　　　Printed name of Debtor, or attorney for
　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - San Fernando Valley

In re
Ironclad Performance Wear Corporation, a California corporation,

Ironclad Performance Wear Corporation, a Nevada corporation,

Debtor(s)

Lead Case No.    1:17-bk-12408-MB
Jointly administered with:
1:17-bk-12409-MB

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtors and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtors in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$60,000.00*** |
| Prior to the filing of this statement I have received | $ | **60,000.00** |
| Balance Due | $ | **0.00** |

**\* This sum is just a pre-bankruptcy retainer.  The Debtors will be liable to Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), and LNBYB will seek to be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

2.  All of the filing fees have been paid.

3.  The source of the compensation paid to me was:

☑ Debtors        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtors        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, as set forth in that certain *Application Of Debtors And Debtors In Possession To Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. § 327(a), With Compensation Determined Pursuant To 11 U.S.C. § § 330 And 331* [Docket No. 63] ("LNBYB Employment Application").

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services: *See* LNBYB Employment Application.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 9/29/2017 | /s/ Ron Bender |
| *Date* | **Ron Bender 143364** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |
| | *Name of law firm* |

---