| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>Debtor(s) | CASE NO.: 1:17-bk-12408-MB<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☒ Schedule E/F    ☐ Schedule G
☐ Schedule H     ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 10/20/2017

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                        Page 1                                        F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name: **Ironclad Performance Wear Corporation, a California corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known): **1:17-bk-12408-MB**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Board of Equalization**<br>**Acct. Analysis & Control Sec. MIC 2**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$891.40** | **$600.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Comptroller of Public Accounts**<br>**P O Box 149348**<br>**Austin, TX 78714**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number **C001**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$2,294.00** | **$2,294.00** |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Account Temps**<br>**P.O. BOX 743295**<br>**Los Angeles, CA 90074-3295** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,868.34 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **N001** | **Basis for the claim:** Temporary Employee Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Advantage Media Services, Inc.**<br>**29010 Commerce Center Drive**<br>**Valencia, CA 91355** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $63,579.94 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0001** | **Basis for the claim:** Logistics and Warehousing Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amster, Rothstein & Ebenstein, LLP**<br>**90 Park Avenue**<br>**New York, NY 10016** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,612.16 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **R001** | **Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Atmos Energy**<br>**Three Lincoln Centre, Suite 1800**<br>**5430 LBJ Freeway**<br>**Dallas, TX 75240** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51.98 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **EE00** | **Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BDO USA, LLP**<br>**P. O. BOX 677973**<br>**Dallas, TX 75267-7973** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **A001** | **Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Ben Padnos**<br>**PO Box 1993**<br>**Manhattan Beach, CA 90267** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,304.35 |
| | Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number __ | **Basis for the claim:** Directors' fees<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**BIC ALLIANCE**<br>**P O Box 40166**<br>**Baton Rouge, LA 70835** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,800.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **L001** | **Basis for the claim:** Industry Publication<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**BNSF**<br>**75 Remittance Dr. Ste. 1748**<br>**Chicago, IL 60675-1748**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $4,640.21 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Broadridge**<br>**P.O. Box 416423**<br>**Boston, MA 02241-6423**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $18.03 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Broussard,Ronald Roy**<br>**3001 Oak Meadow Drive**<br>**Flower Mound, TX 75028**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $40,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Burkhard,Kerri**<br>**4405 Glenbrook Court**<br>**Mansfield, TX 76063**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $2,500.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Business Systems Integrators, LLC**<br>**P O Box 495**<br>**Lawson, MO 64062**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $1,390.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Capital One Bank**<br>**P. O. BOX 1917**<br>**Merrifield, VA 22116-1917**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **A002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Credit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $15,471.81 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Charles Giffen**<br>**6000 Elba Place**<br>**Woodland Hills, CA 91367**<br><br>Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Directors' fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | | $4,402.17 |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**CIS Custom Information Services**<br>**1201 N. Watson Rd., Ste. 110**<br>**Arlington, TX 76006** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,546.45** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  S001** | **Basis for the claim:  Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Commerce Technologies, Inc.**<br>**25736 Network Place**<br>**Chicago, IL 60673-1257** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$288.10** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  R001** | **Basis for the claim:  Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**David Jacobs**<br>**335 Lee Hill Drive**<br>**Boulder, CO 80302** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,706.52** |
|---|---|---|---|
| | **Date(s) debt was incurred  3rd quarter 2017**<br>**Last 4 digits of account number** __ | **Basis for the claim:  Board of Directors' fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Daylight Transport**<br>**P O Box 93155**<br>**Long Beach, CA 90809** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$355.09** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  G001** | **Basis for the claim:  Transportation**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**DESIGN GALLERY (PVT.) LTD.**<br>**PLOT #322/B, MEDICAL ROAD**<br>**HELAL MARKET, UTTARKHAN**<br>**DHAKA-1230, Bangladesh** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,801.60** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  N002** | **Basis for the claim:  Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**DESUN GARMENTS, LTD.**<br>**89/1, Birulia Road, Savar, Dhaka**<br>**Dhaka**<br>**Savar-1340, Bangladesh** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,691.75** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  G001** | **Basis for the claim:  Product**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Dival Safety & Supplies**<br>**1721 Niagra Street**<br>**Buffalo, NY 14207** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number  S001** | **Basis for the claim:  Supplies**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DRG Strategic, LLC - Bob Goldstein**<br>**P O BOX 191981**<br>**Dallas, TX 75219**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **R001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$556.75** |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**DTM Sales**<br>**391 Gingercake Road**<br>**Fayetteville, GA 30214**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,184.26** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Emmett Murphy**<br>**3901 Turtle Creek Blvd.**<br>**Dallas, TX 75219**<br><br>Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Directors' fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,304.35** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Emslie, Mike**<br>**20, Charleston Park Cove**<br>**Aberdeen AB12 3TX**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Eshleman,Derek G**<br>**3744 Woodshadow Lane**<br>**Addison, TX 75001**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **0001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Shipping Services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,795.67** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Feld,Abraham Hagen**<br>**14700 Marsh Ln. Apt. #926**<br>**Addison, TX 75001**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

### 3.29
**Nonpriority creditor's name and mailing address**
Fowler, Michael J
1722 Ashland Ave.
Evanston, IL 60201

**Date(s) debt was incurred** September 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payment subject to terms of, and pursuant to, employment agreement

Is the claim subject to offset? ■ No  ☐ Yes

### 3.30
**Nonpriority creditor's name and mailing address**
Geoff Greulich
3485 Ridgeford Drive
Westlake Village, CA 91361

**Date(s) debt was incurred** September 2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$70,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payment subject to terms of, and pursuant to, employment agreement

Is the claim subject to offset? ■ No  ☐ Yes

### 3.31
**Nonpriority creditor's name and mailing address**
Ginger Collier
6524 Deseo Apt. 358
Irving, TX 75039

**Date(s) debt was incurred** _
**Last 4 digits of account number** R001

**As of the petition filing date, the claim is:** *Check all that apply.*  **$797.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

### 3.32
**Nonpriority creditor's name and mailing address**
GT Graphics
826 Michigan Avenue
Sheboygan, WI 53081

**Date(s) debt was incurred** _
**Last 4 digits of account number** P001

**As of the petition filing date, the claim is:** *Check all that apply.*  **$759.07**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No  ☐ Yes

### 3.33
**Nonpriority creditor's name and mailing address**
Guo, Xin
540 Lake Forest Dr.
Coppell, TX 75019

**Date(s) debt was incurred** September 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payment subject to terms of, and pursuant to, employment agreement

Is the claim subject to offset? ■ No  ☐ Yes

### 3.34
**Nonpriority creditor's name and mailing address**
Hewlett Packard
1501 Page Mill Road
Palo Alto, CA 94304

**Date(s) debt was incurred** _
**Last 4 digits of account number** T001

**As of the petition filing date, the claim is:** *Check all that apply.*  **$364.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No  ☐ Yes

### 3.35
**Nonpriority creditor's name and mailing address**
Jaeger, Eric
1408 CAMBRIDGE CROSSING
Southlake, TX 76092

**Date(s) debt was incurred** September 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Payment subject to terms of, and pursuant to, employment agreement

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** **KA HUNG GLOVE INUSTRIAL CO. LTD. FUJIAN QUANZHOU JIACHENG LEATHER CHI FENG ROAD, QUANZHOU CITY FUJIAN, 362000, China** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$38,934.90** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Product** | |
| | Last 4 digits of account number **G001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** **Konica Minolta Business Solutions 100 Williams Drive Ramsey, NJ 07446** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,152.31** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Printer Services/Costs** | |
| | Last 4 digits of account number **A001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** **LAB Sales Agency 58 Regis Drive Winnipeg, MB 1K3 Canada** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$54.92** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** **Laubert,Matthew Palmer 3201 Pecan Meadow Drive Garland, TX 75040** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$10,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred **September 2017** | **Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** **LF Logistics 230-19 International Airport Ct., S Springfield Gardens, NY 11413** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$69.10** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **I001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** **Liaison Technologies, Inc. 3157 Royal Drive, Suite 200 Alpharetta, GA 30022** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$945.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **N001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** **Lien Shun Yang Leather Co., Ltd. No.48, Mincheng Street, Daliao Dist Kaosiung City 831, Taiwan (R.O.C.)** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$34.59** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Product** | |
| | Last 4 digits of account number **U001** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Marshall, Russell**<br>**23B Thomson Terrace**<br>**Stonehaven, Aberdeenshire, AB392LX**<br><br>**Date(s) debt was incurred September 2017**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |
|---|---|---|

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**MARUSAN - MIMASU TSHUSHO CO. LTD.**<br>**NO 1 QUEEN' ROAD CENTRAL**<br>**HONG KONG**<br>**CHINA**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number A001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$382,811.28** |
|---|---|---|

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Matt Pliskin**<br>**2718 W Terrace Drive**<br>**Farmers Branch, TX 75234**<br><br>**Date(s) debt was incurred September 2019**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$27,000.00** |
|---|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Mediant**<br>**P.O. Box 29976**<br>**New York, NY 10087**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number N001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$253.09** |
|---|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**MERCINDO GLOBAL MANUFAKTUR**<br>**JL. RAYA SEMARANG-BAWEN KM.29**<br>**SEemerang, Central Java**<br>**50661, Indonesia**<br><br>**Date(s) debt was incurred __**<br>**Last 4 digits of account number N001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$444,674.64** |
|---|---|---|

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Metzler,Stacy Marie**<br>**411 Donnell Drive #A**<br>**Arlington, TX 76012**<br><br>**Date(s) debt was incurred September 2017**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,500.00** |
|---|---|---|

| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Michael DiGregorio**<br>**1420 Kingsboro Court**<br>**Thousand Oaks, CA 91362**<br><br>**Date(s) debt was incurred 3rd Quarter 2017**<br>**Last 4 digits of account number __** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Directors' fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,847.83** |
|---|---|---|

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

---

**3.50** **Nonpriority creditor's name and mailing address**
**Morris,Chartrice Holt**
**7313 Tall Road**
**Alvarado, TX 76009**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $7,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Nacion,Markham**
**503 Hemphill Drive**
**San Marcos, CA 92069**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $18,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**NANTONG CHANGBANG GLOVES CO.**
**Flat/RM 1602 Chit Lee Comm**
**Bldg 30-36, Shau Kei Wan Road**
**Hong Kong, China**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*   $1,228,307.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
**National Safety Council**
**P.O. Box 558**
**Itasca, IL 60143**

Date(s) debt was incurred __
Last 4 digits of account number **N004**

As of the petition filing date, the claim is: *Check all that apply.*   $395.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
**nChannel, Inc.**
**8760 Orion Place, Ste 210**
**Columbus, OH 43240**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Noticing Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
**Net Pack**
**9629 El Poche St.**
**South El Monte, CA 91733**

Date(s) debt was incurred __
Last 4 digits of account number **H001**

As of the petition filing date, the claim is: *Check all that apply.*   $3,554.60
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
**Office Depot Acct 31A**
**P.O. Box 88040**
**Chicago, IL 60680-1040**

Date(s) debt was incurred __
Last 4 digits of account number **E004**

As of the petition filing date, the claim is: *Check all that apply.*   $317.44
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Pacific Stock Transfer Company**<br>**6725 Via Austi Pkwy**<br>**Suite 300**<br>**Las Vegas, NV 89119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$369.00** |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Perry HVAC**<br>**10000 North Central Expressway**<br>**Suite 400**<br>**Dallas, TX 75231**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **H001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,069.24** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Pestilli & Associates**<br>**193 Sam Brown Hill Road**<br>**Brownfield, ME**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$157.46** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Credit Corp.**<br>**P.O.Box  371887**<br>**Pittsburg, PA 15250-7887**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **Y002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Postage meter costs**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$452.99** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Precision Testing Laboratories**<br>**POB 100268**<br>**Nashville, TN 37224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **S001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,500.00** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Progroup Incorporated**<br>**P.O. Box 6585**<br>**Englewood, CO 80155**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **R001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$500.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**PT JJ GLOVES INDO**<br>**JL Ronggowarsito, Mlese, Ceper**<br>**Bonded Zone, Klaten**<br>**Central Java, Indonesia  57463**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **V001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Product**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$162,917.76** |

Debtor | **Ironclad Performance Wear Corporation, a California corporation**
Name

Case number (if known) **1:17-bk-12408-MB**

---

**3.64** **Nonpriority creditor's name and mailing address**
**PT SEOK HWA INDONESIA**
**Room 1218, Krantz Techno Bldg.**
**5442-1 Sang Dae Won-Dong, Sung Nam**
**Kyung Gi-Do, Indonesia   00046-2819**

**Date(s) debt was incurred** _
**Last 4 digits of account number  W001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Product**

Is the claim subject to offset? ■ No   ☐ Yes

$13,174.86

---

**3.65** **Nonpriority creditor's name and mailing address**
**PT SPORT GLOVE INDONESIA**
**Krandon Desa Pandowoharjo**
**Sleman**
**Yogyakarta, Indonesia   55512**

**Date(s) debt was incurred** _
**Last 4 digits of account number  G001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Product**

Is the claim subject to offset? ■ No   ☐ Yes

$144,238.66

---

**3.66** **Nonpriority creditor's name and mailing address**
**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101**

**Date(s) debt was incurred** _
**Last 4 digits of account number  O001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Supplies**

Is the claim subject to offset? ■ No   ☐ Yes

$67.46

---

**3.67** **Nonpriority creditor's name and mailing address**
**Republic Services**
**4200 East 14th Street**
**Plano, TX 75074**

**Date(s) debt was incurred** _
**Last 4 digits of account number  L001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No   ☐ Yes

$341.10

---

**3.68** **Nonpriority creditor's name and mailing address**
**Resources Global Professionals**
**17101 Armstrong Ave**
**Irvine, CA 92614**

**Date(s) debt was incurred** _
**Last 4 digits of account number  R001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No   ☐ Yes

$80,727.00

---

**3.69** **Nonpriority creditor's name and mailing address**
**Risk Consulting Partners**
**24722 Network Place**
**Chicago, IL 60673-1247**

**Date(s) debt was incurred** _
**Last 4 digits of account number  O001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  For Noticing Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.70** **Nonpriority creditor's name and mailing address**
**Robert Steckler**
**3000 Tradewind Drive**
**Spicewood, TX 78669**

**Date(s) debt was incurred  3rd Quarter 2017**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Directors' fees**

Is the claim subject to offset? ■ No   ☐ Yes

$1,304.35

---

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Russ McDonald**<br>**23785 - 110B Avenue**<br>**Maple Ridge, B.C. V2W1 E6, Canada**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **C001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$85.76** |
|---|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Safeco Building Maintenance**<br>**5013 Brandenburg Lane**<br>**The Colony, TX 75056**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$646.35** |
|---|---|---|

| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Shur-Sales & Marketing, Inc.**<br>**3830 S Windermere St.**<br>**Englewood, CO 80110**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **A001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,125.00** |
|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Skadden Arps Slate Meagher & Flom LLP**<br>**P O Box 1764**<br>**White Plains, NY 10602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **E001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$231,848.92** |
|---|---|---|

| 3.75 | **Nonpriority creditor's name and mailing address**<br>**SPS Commerce**<br>**333 South Seventh St. Ste. 1000**<br>**Minneapolis, MN 55402**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **M001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,022.55** |
|---|---|---|

| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Stubbs, Alderton & Markiles, LLP**<br>**15260 Ventura Blvd**<br>**20th Floor**<br>**Sherman Oaks, CA 91403**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **S001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Professional Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$317,460.41** |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Superior Printing, Inc.**<br>**P O Box 844550**<br>**Los Angeles, CA 90084-4550**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$162.23** |
|---|---|---|

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Synetra**<br>**1110 E. State Highway 114**<br>**Suite 200**<br>**Southlake, TX 76092**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,972.33** |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**TAB Sales Solutions**<br>**12109-94A Street**<br>**Grand Prairie, AB T8V 5C2 Canada**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$82.48** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Tamer Shiha**<br>**P.O.Box 117893**<br>**300**<br>**Carrollton, TX 75010**<br><br>**Date(s) debt was incurred  September 2018**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,500.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Three Part Advisors, LLC**<br>**P O Box 92698**<br>**Southlake, TX 76092**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  P001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,900.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**TRI/AUSTIN, INC**<br>**P O BOX  207097**<br>**DALLAS, TX 75063**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  S001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$350.00** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**TXU Energy**<br>**P.O. Box 650638**<br>**Dallas, TX 75265**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  E001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Utilities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,430.11** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Tyco Integrated Security, LLC**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  N001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$279.06** |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

---

**3.85** **Nonpriority creditor's name and mailing address**
**Uline**
**2950 E. Jurupa Street**
**Ontario, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number  **I001**

As of the petition filing date, the claim is: *Check all that apply.*   **$63.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
**University of Milwaukee**
**P O Box 500**
**University of Wisconsin - Milwaukee**
**Milwaukee, WI 53201**

Date(s) debt was incurred __

Last 4 digits of account number  **R003**

As of the petition filing date, the claim is: *Check all that apply.*   **$33,333.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**
**UPS Freight**
**7754 Paramount Blvd.**
**Pico Rivera, CA 90660**

Date(s) debt was incurred __

Last 4 digits of account number  **O002**

As of the petition filing date, the claim is: *Check all that apply.*   **$504.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**
**Urena,Daniel**
**13670 Janwood Lane**
**Farmers Branch, TX 75234**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**
**Vane Clayton**
**1364 Northpark Drive**
**Lafayette, CO 80026**

Date(s) debt was incurred  **3rd Quarter 2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$7,630.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Directors' fees**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
**Vonalman,Turner J**
**5225 Las Colinas Blvd**
**Apt 2301**
**Irving, TX 75039**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
**Washington,Cheryl**
**3577 N. Beltline Rd.**
**#215**
**Irving, TX 75062**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*   **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Weispfenning,Daniel Walton**<br>**3333 Harry Hines Blvd., Apt. 9152**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred  **September 2017**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,500.00 |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Werner Logistics**<br>**10251 Calabash Avenue**<br>**Fontana, CA 92335**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,375.00 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Windstream**<br>**PAETEC**<br>**P O Box 9001013**<br>**Louisville, KY 40290-1013**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **T001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,739.59 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**WINSPEED SPORTS SHANGHAI CO., LTD.**<br>**858 MINGZHU ROAD**<br>**SHANGHAI**<br>**China   00020-1702**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **E001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Product**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $144,198.43 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**WONEEL MIDAS LEATHERS**<br>**JL GEMBOR RAYA DESA PASIRJAYA**<br>**TANGERANG**<br>**BANTEN, INDONESIA   15135**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **L001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Product**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $785,358.50 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Yellow and Roadway**<br>**P. O. Box 100129**<br>**Pasadena, CA 91355**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

| | | |
|---|---|---|
| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) **1:17-bk-12408-MB** |
| | Name | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a. $ | 3,185.40 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,693,031.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,696,217.06 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 20, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**    rb@lnbyb.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Aaron S Craig**    acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**    courts@argopartners.net
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **October 20, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 20, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 20, 2017 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SCHEDULE E/F CREDITORS:**

| | | |
|---|---|---|
| Broussard,Ronald Roy<br>3001 Oak Meadow Drive<br>Flower Mound, TX 75028 | Burkhard,Kerri<br>4405 Glenbrook Court<br>Mansfield, TX 76063 | Eshleman,Derek G<br>3744 Woodshadow Lane<br>Addison, TX 75001 |
| Feld,Abraham Hagen<br>14700 Marsh Ln. Apt. #926<br>Addison, TX 75001 | Fowler,Michael J<br>1722 Ashland Ave.<br>Evanston, IL 60201 | Geoff Greulich<br>3485 Ridgeford Drive<br>Westlake Village, CA 91361 |
| Guo, Xin<br>540 Lake Forest Dr.<br>Coppell, TX 75019 | Jaeger,Eric<br>1408 Cambridge Crossing<br>Southlake, TX 76092 | Laubert,Matthew Palmer<br>3201 Pecan Meadow Drive<br>Garland, TX 75040 |
| Morris,Chartrice Holt<br>7313 Tall Road<br>Alvarado, TX 76009 | Nacion,Markham<br>503 Hemphill Drive<br>San Marcos, CA 92069 | Urena,Daniel<br>13670 Janwood Lane<br>Farmers Branch, TX 75234 |
| Vonalman,Turner J<br>5225 Las Colinas Blvd<br>Apt 2301<br>Irving, TX 75039 | Washington,Cheryl<br>3577 N. Beltline Rd.<br>#215<br>Irving, TX 75062 | Weispfenning,Daniel Walton<br>3333 Harry Hines Blvd., Apt. 9152<br>Dallas, TX 75201 |
| Emslie, Mike<br>20, Charleston Park Cove<br>Aberdeen AB12 3TX | Marshall, Russell<br>23B Thomson Terrace<br>Stonehaven, Aberdeenshire, AB392LX | Tamer Shiha<br>P.O.Box 117893<br>300<br>Carrollton, TX 75010 |
| Matt Pliskin<br>2718 W Terrace Drive<br>Farmers Branch, TX 75234 | Advantage Media Services, Inc.<br>29010 Commerce Center Drive<br>Valencia, CA 91355 | Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, NY 10016 |
| BNSF<br>75 Remittance Dr. Ste. 1748<br>Chicago, IL 60675-1748 | CIS Custom Information Services<br>1201 N. Watson Rd., Ste. 110<br>Arlington, TX 76006 | Account Temps<br>P.O. BOX 743295<br>Los Angeles, CA 90074-3295 |
| Ben Padnos<br>PO Box 1993<br>Manhattan Beach, CA 90267 | Broadridge<br>P.O. Box 416423<br>Boston, MA 02241-6423 | California Board of Equalization<br>Acct. Analysis & Control Sec. MIC 2<br>PO Box 942879<br>Sacramento, CA 94279-0029 |

| | | |
|---|---|---|
| Charles Giffen<br>6000 Elba Place<br>Woodland Hills, CA 91367 | Comptroller of Public Accounts<br>P O Box 149348<br>Austin, TX 78714 | David Jacobs<br>335 Lee Hill Drive<br>Boulder, CO 80302 |
| Emmett Murphy<br>3901 Turtle Creek Blvd.<br>Dallas, TX 75219 | Ginger Collier<br>6524 Deseo Apt. 358<br>Irving, TX 75039 | GT Graphics<br>826 Michigan Avenue<br>Sheboygan, WI 53081 |
| LF Logistics<br>230-19 International Airport Ct., S<br>Springfield Gardens, NY 11413 | Mediant<br>P.O. Box 29976<br>New York, NY 10087 | Michael DiGregorio<br>1420 Kingsboro Court<br>Thousand Oaks, CA 91362 |
| Office Depot Acct 31A<br>P.O. Box 88040<br>Chicago, IL 60680-1040 | Pacific Stock Transfer Company<br>6725 Via Austi Pkwy<br>Suite 300<br>Las Vegas, NV 89119 | Perry HVAC<br>10000 North Central Expressway<br>Suite 400<br>Dallas, TX 75231 |
| Progroup Incorporated<br>P.O. Box 6585<br>Englewood, CO 80155 | Robert Steckler<br>3000 Tradewind Drive<br>Spicewood, TX 78669 | Russ McDonald<br>23785 - 110B Avenue<br>Maple Ridge, B.C. V2W1 E6, Canada |
| SPS Commerce<br>333 South Seventh St. Ste. 1000<br>Minneapolis, MN 55402 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265 | Uline<br>2950 E. Jurupa Street<br>Ontario, CA 91761 |
| Vane Clayton<br>1364 Northpark Drive<br>Lafayette, CO 80026 | | |