| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 1:17-bk-12408-MB<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B       ☐ Schedule C       ☐ Schedule D       ☒ Schedule E/F       ☐ Schedule G
☐ Schedule H         ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers       ☐ Statement of Intention       ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 10/26/2017                                   _[signature]_  _____
                                                   Debtor 1 Signature

                                                   _____
                                                   Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                   Page 1                                   **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ironclad Performance Wear Corporation, a California corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | **1:17-bk-12408-MB** |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Board of Equalization**<br>**Acct. Analysis & Control Sec. MIC 2**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $891.40 | $600.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Comptroller of Public Accounts**<br>**P O Box 149348**<br>**Austin, TX 78714**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **C001**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $2,294.00 | $2,294.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Account Temps**<br>**P.O. BOX 743295**<br>**Los Angeles, CA 90074-3295**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **N001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Temporary Employee Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | $5,662.28 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Advantage Media Services, Inc.**<br>**29010 Commerce Center Drive**<br>**Valencia, CA 91355**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **0001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Logistics and Warehousing Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | $178,522.75 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AML United Limited**<br>**29th floor, Nanyang Plaza**<br>**57 Hung To Road, Kwun Tong**<br>**Kowloon, Hong Kong, China**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No   ☐ Yes | $28,330.56 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Amster, Rothstein & Ebenstein, LLP**<br>**90 Park Avenue**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **R001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | $11,395.96 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Atmos Energy**<br>**Three Lincoln Centre, Suite 1800**<br>**5430 LBJ Freeway**<br>**Dallas, TX 75240**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **EE00** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No   ☐ Yes | $51.98 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BDO USA, LLP**<br>**P. O. BOX 677973**<br>**Dallas, TX 75267-7973**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **A001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | $45,000.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Ben Padnos**<br>**PO Box 1993**<br>**Manhattan Beach, CA 90267**<br><br>Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Directors' fees**<br>Is the claim subject to offset? ■ No   ☐ Yes | $1,304.35 |

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

### 3.8
**Nonpriority creditor's name and mailing address**
**BIC ALLIANCE**
**P O Box 40166**
**Baton Rouge, LA 70835**

Date(s) debt was incurred  _
Last 4 digits of account number  **L001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Industry Publication**

Is the claim subject to offset?  ■ No  ☐ Yes

**$5,800.00**

### 3.9
**Nonpriority creditor's name and mailing address**
**BNSF**
**75 Remittance Dr. Ste. 1748**
**Chicago, IL 60675-1748**

Date(s) debt was incurred  _
Last 4 digits of account number  **O001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

**$14,788.95**

### 3.10
**Nonpriority creditor's name and mailing address**
**Broadridge**
**P.O. Box 416423**
**Boston, MA 02241-6423**

Date(s) debt was incurred  _
Last 4 digits of account number  **R001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,110.51**

### 3.11
**Nonpriority creditor's name and mailing address**
**Broussard,Ronald Roy**
**3001 Oak Meadow Drive**
**Flower Mound, TX 75028**

Date(s) debt was incurred  **September 2017**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

**$40,000.00**

### 3.12
**Nonpriority creditor's name and mailing address**
**Burkhard,Kerri**
**4405 Glenbrook Court**
**Mansfield, TX 76063**

Date(s) debt was incurred  **September 2017**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,500.00**

### 3.13
**Nonpriority creditor's name and mailing address**
**Business Systems Integrators, LLC**
**P O Box 495**
**Lawson, MO 64062**

Date(s) debt was incurred  _
Last 4 digits of account number  **O001**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

**$695.00**

### 3.14
**Nonpriority creditor's name and mailing address**
**Capital One Bank**
**P. O. BOX 1917**
**Merrifield, VA 22116-1917**

Date(s) debt was incurred  _
Last 4 digits of account number  **A002**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit**

Is the claim subject to offset?  ■ No  ☐ Yes

**$15,471.81**

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Charles Giffen** <br> **6000 Elba Place** <br> **Woodland Hills, CA 91367** <br> Date(s) debt was incurred **3rd Quarter 2017** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Directors' fees** <br> Is the claim subject to offset? ■ No ☐ Yes | $4,402.17 |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **CIS Custom Information Services** <br> **1201 N. Watson Rd., Ste. 110** <br> **Arlington, TX 76006** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number **S001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Services** <br> Is the claim subject to offset? ■ No ☐ Yes | $3,546.45 |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Commerce Technologies, Inc.** <br> **25736 Network Place** <br> **Chicago, IL 60673-1257** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number **R001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | $288.10 |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **David Jacobs** <br> **335 Lee Hill Drive** <br> **Boulder, CO 80302** <br> Date(s) debt was incurred **3rd quarter 2017** <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Board of Directors' fees** <br> Is the claim subject to offset? ■ No ☐ Yes | $5,706.52 |
| 3.19 | **Nonpriority creditor's name and mailing address** <br> **Daylight Transport** <br> **P O Box 93155** <br> **Long Beach, CA 90809** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number **G001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Transportation** <br> Is the claim subject to offset? ■ No ☐ Yes | $355.09 |
| 3.20 | **Nonpriority creditor's name and mailing address** <br> **DESIGN GALLERY (PVT.) LTD.** <br> **PLOT #322/B, MEDICAL ROAD** <br> **HELAL MARKET, UTTARKHAN** <br> **DHAKA-1230, Bangladesh** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number **N002** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Services** <br> Is the claim subject to offset? ■ No ☐ Yes | $12,801.60 |
| 3.21 | **Nonpriority creditor's name and mailing address** <br> **DESUN GARMENTS, LTD.** <br> **89/1, Birulia Road, Savar, Dhaka** <br> **Dhaka** <br> **Savar-1340, Bangladesh** <br> Date(s) debt was incurred __ <br> Last 4 digits of account number **G001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Product** <br> Is the claim subject to offset? ■ No ☐ Yes | $7,691.75 |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

---

**3.22** **Nonpriority creditor's name and mailing address**
**Dival Safety & Supplies**
**1721 Niagra Street**
**Buffalo, NY 14207**

Date(s) debt was incurred __
Last 4 digits of account number **S001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No   ☐ Yes

$2,095.00

---

**3.23** **Nonpriority creditor's name and mailing address**
**DRG Strategic, LLC - Bob Goldstein**
**P O BOX 191981**
**Dallas, TX 75219**

Date(s) debt was incurred __
Last 4 digits of account number **R001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No   ☐ Yes

$556.75

---

**3.24** **Nonpriority creditor's name and mailing address**
**DTM Sales**
**391 Gingercake Road**
**Fayetteville, GA 30214**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No   ☐ Yes

$3,184.26

---

**3.25** **Nonpriority creditor's name and mailing address**
**Emmett Murphy**
**3901 Turtle Creek Blvd.**
**Dallas, TX 75219**

Date(s) debt was incurred **3rd Quarter 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Directors' fees**

Is the claim subject to offset? ■ No   ☐ Yes

$1,304.35

---

**3.26** **Nonpriority creditor's name and mailing address**
**Emslie, Mike**
**20, Charleston Park Cove**
**Aberdeen AB12 3TX**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No   ☐ Yes

$35,000.00

---

**3.27** **Nonpriority creditor's name and mailing address**
**Eshleman,Derek G**
**3744 Woodshadow Lane**
**Addison, TX 75001**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No   ☐ Yes

$20,000.00

---

**3.28** **Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred __
Last 4 digits of account number **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shipping Services**

Is the claim subject to offset? ■ No   ☐ Yes

$14,795.67

---

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Feld, Abraham Hagen** <br> **14700 Marsh Ln. Apt. #926** <br> **Addison, TX 75001** <br> **Date(s) debt was incurred September 2017** <br> **Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$5,000.00** |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **Fowler, Michael J** <br> **1722 Ashland Ave.** <br> **Evanston, IL 60201** <br> **Date(s) debt was incurred September 2017** <br> **Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$40,000.00** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **Geoff Greulich** <br> **3485 Ridgeford Drive** <br> **Westlake Village, CA 91361** <br> **Date(s) debt was incurred September 2020** <br> **Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement. In addition to claim amount set forth herein, Mr. Greulich is entitled to receive 3% of all enterprise value/sale price in excess of $22,500,000** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$70,000.00** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **Ginger Collier** <br> **6524 Deseo Apt. 358** <br> **Irving, TX 75039** <br> **Date(s) debt was incurred _** <br> **Last 4 digits of account number R001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Vendor** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$797.81** |
| 3.33 | **Nonpriority creditor's name and mailing address** <br> **GT Graphics** <br> **826 Michigan Avenue** <br> **Sheboygan, WI 53081** <br> **Date(s) debt was incurred _** <br> **Last 4 digits of account number P001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Services** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$759.07** |
| 3.34 | **Nonpriority creditor's name and mailing address** <br> **Guo, Xin** <br> **540 Lake Forest Dr.** <br> **Coppell, TX 75019** <br> **Date(s) debt was incurred September 2017** <br> **Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim: Payment subject to terms of, and pursuant to, employment agreement** <br> Is the claim subject to offset?  ■ No   ☐ Yes | **$10,000.00** |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Hewlett Packard**<br>**1501 Page Mill Road**<br>**Palo Alto, CA 94304**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **T001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $364.80 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Jaeger,Eric**<br>**1408 CAMBRIDGE CROSSING**<br>**Southlake, TX 76092**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $40,000.00 |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**KA HUNG GLOVE INUSTRIAL CO. LTD.**<br>**FUJIAN QUANZHOU JIACHENG LEATHER**<br>**CHI FENG ROAD, QUANZHOU CITY**<br>**FUJIAN, 362000, China**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **G001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $38,934.90 |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Konica Minolta Business Solutions**<br>**100 Williams Drive**<br>**Ramsey, NJ 07446**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **A001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Printer Services/Costs**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,152.31 |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**LAB Sales Agency**<br>**58 Regis Drive**<br>**Winnipeg, MB 1K3 Canada**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $54.92 |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Laubert,Matthew Palmer**<br>**3201 Pecan Meadow Drive**<br>**Garland, TX 75040**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**LF Logistics**<br>**230-19 International Airport Ct., S**<br>**Springfield Gardens, NY 11413**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **I001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $69.10 |

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

---

**3.42** **Nonpriority creditor's name and mailing address**
**Liaison Technologies, Inc.**
**3157 Royal Drive, Suite 200**
**Alpharetta, GA 30022**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*   **$945.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
**Lien Shun Yang Leather Co., Ltd.**
**No.48, Mincheng Street, Daliao Dist**
**Kaosiung City 831, Taiwan (R.O.C.)**

Date(s) debt was incurred __
Last 4 digits of account number **U001**

As of the petition filing date, the claim is: *Check all that apply.*   **$34.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Product**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Marshall, Russell**
**23B Thomson Terrace**
**Stonehaven, Aberdeenshire, AB392LX**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**MARUSAN - MIMASU TSHUSHO CO. LTD.**
**NO 1 QUEEN' ROAD CENTRAL**
**HONG KONG**
**CHINA**

Date(s) debt was incurred __
Last 4 digits of account number **A001**

As of the petition filing date, the claim is: *Check all that apply.*   **$382,811.28**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Product**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Matt Pliskin**
**2718 W Terrace Drive**
**Farmers Branch, TX 75234**

Date(s) debt was incurred **September 2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$27,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Mediant**
**P.O. Box 29976**
**New York, NY 10087**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*   **$253.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**MERCINDO GLOBAL MANUFAKTUR**
**JL. RAYA SEMARANG-BAWEN KM.29**
**SEemerang, Central Java**
**50661, Indonesia**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*   **$444,674.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Product**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

**3.49** **Nonpriority creditor's name and mailing address**
**Metzler, Stacy Marie**
**411 Donnell Drive #A**
**Arlington, TX 76012**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
**Michael DiGregorio**
**1420 Kingsboro Court**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred **3rd Quarter 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$6,847.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Directors' fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Morris, Chartrice Holt**
**7313 Tall Road**
**Alvarado, TX 76009**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$7,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**Nacion, Markham**
**503 Hemphill Drive**
**San Marcos, CA 92069**

Date(s) debt was incurred **September 2017**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$18,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
**NANTONG CHANGBANG GLOVES CO.**
**Flat/RM 1602 Chit Lee Comm**
**Bldg 30-36, Shau Kei Wan Road**
**Hong Kong, China**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,228,307.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
**National Safety Council**
**P.O. Box 558**
**Itasca, IL 60143**

Date(s) debt was incurred __
Last 4 digits of account number **N004**

As of the petition filing date, the claim is: *Check all that apply.*  **$395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
**nChannel, Inc.**
**8760 Orion Place, Ste 210**
**Columbus, OH 43240**

Date(s) debt was incurred __
Last 4 digits of account number **N001**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Noticing Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Net Pack**<br>**9629 El Poche St.**<br>**South El Monte, CA 91733**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **H001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,554.60** |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Office Depot Acct 31A**<br>**P.O. Box 88040**<br>**Chicago, IL 60680-1040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **E004** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Supplies**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$317.44** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Pacific Stock Transfer Company**<br>**6725 Via Austi Pkwy**<br>**Suite 300**<br>**Las Vegas, NV 89119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **I002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$958.00** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Perry HVAC**<br>**10000 North Central Expressway**<br>**Suite 400**<br>**Dallas, TX 75231**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **H001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,264.09** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Pestilli & Associates**<br>**193 Sam Brown Hill Road**<br>**Brownfield, ME**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$157.46** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Pitney Bowes Credit Corp.**<br>**P.O.Box  371887**<br>**Pittsburg, PA 15250-7887**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **Y002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Postage meter costs**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$452.99** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Precision Testing Laboratories**<br>**POB 100268**<br>**Nashville, TN 37224**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **S001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,500.00** |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Progroup Incorporated**<br>**P.O. Box 6585**<br>**Englewood, CO 80155**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$500.00** |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**PT JJ GLOVES INDO**<br>**JL Ronggowarsito, Mlese, Ceper**<br>**Bonded Zone, Klaten**<br>**Central Java, Indonesia   57463**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **V001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$162,917.76** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**PT SEOK HWA INDONESIA**<br>**Room 1218, Krantz Techno Bldg.**<br>**5442-1 Sang Dae Won-Dong, Sung Nam**<br>**Kyung Gi-Do, Indonesia   00046-2819**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **W001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$13,174.86** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**PT SPORT GLOVE INDONESIA**<br>**Krandon Desa Pandowoharjo**<br>**Sleman**<br>**Yogyakarta, Indonesia   55512**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **G001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Product**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$144,238.66** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Quill Corporation**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplies**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$67.46** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Republic Services**<br>**4200 East 14th Street**<br>**Plano, TX 75074**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **L001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$341.10** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Resources Global Professionals**<br>**17101 Armstrong Ave**<br>**Irvine, CA 92614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$80,727.00** |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Risk Consulting Partners**<br>**24722 Network Place**<br>**Chicago, IL 60673-1247**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: For Noticing Purposes Only**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Robert Steckler**<br>**3000 Tradewind Drive**<br>**Spicewood, TX 78669**<br><br>Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Directors' fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,304.35 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Russ McDonald**<br>**23785 - 110B Avenue**<br>**Maple Ridge, B.C. V2W1 E6, Canada**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **C001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $98.65 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Safeco Building Maintenance**<br>**5013 Brandenburg Lane**<br>**The Colony, TX 75056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **O001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $646.35 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Shur-Sales & Marketing, Inc.**<br>**3830 S Windermere St.**<br>**Englewood, CO 80110**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **A001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $16,125.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Skadden Arps Slate Meagher & Flom LLP**<br>**P O Box 1764**<br>**White Plains, NY 10602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **E001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $231,848.92 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**SPS Commerce**<br>**333 South Seventh St. Ste. 1000**<br>**Minneapolis, MN 55402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **M001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,022.55 |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** <br> Name | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** <br> **Stubbs, Alderton & Markiles, LLP** <br> **15260 Ventura Blvd** <br> **20th Floor** <br> **Sherman Oaks, CA 91403** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number **S001** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Professional Services** <br> Is the claim subject to offset? ■ No ☐ Yes | **$317,460.41** |
|---|---|---|

| 3.78 | **Nonpriority creditor's name and mailing address** <br> **Superior Printing, Inc.** <br> **P O Box 844550** <br> **Los Angeles, CA 90084-4550** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number **I001** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Services** <br> Is the claim subject to offset? ■ No ☐ Yes | **$162.23** |
|---|---|---|

| 3.79 | **Nonpriority creditor's name and mailing address** <br> **Synetra** <br> **1110 E. State Highway 114** <br> **Suite 200** <br> **Southlake, TX 76092** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number **R001** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$37,972.33** |
|---|---|---|

| 3.80 | **Nonpriority creditor's name and mailing address** <br> **TAB Sales Solutions** <br> **12109-94A Street** <br> **Grand Prairie, AB T8V 5C2 Canada** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Services** <br> Is the claim subject to offset? ■ No ☐ Yes | **$430.52** |
|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** <br> **Tamer Shiha** <br> **P.O.Box 117893** <br> **300** <br> **Carrollton, TX 75010** <br> Date(s) debt was incurred **September 2018** <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement** <br> Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |
|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** <br> **Three Part Advisors, LLC** <br> **P O Box 92698** <br> **Southlake, TX 76092** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number **P001** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Services** <br> Is the claim subject to offset? ■ No ☐ Yes | **$6,900.00** |
|---|---|---|

| 3.83 | **Nonpriority creditor's name and mailing address** <br> **TRI/AUSTIN, INC** <br> **P O BOX 207097** <br> **DALLAS, TX 75063** <br> Date(s) debt was incurred _ <br> Last 4 digits of account number **S001** | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> Basis for the claim: **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$350.00** |
|---|---|---|

| Debtor | Ironclad Performance Wear Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**TXU Energy**<br>**P.O. Box 650638**<br>**Dallas, TX 75265** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,430.11 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **E001** | **Basis for the claim:** **Utilities**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Tyco Integrated Security, LLC**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $279.06 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **N001** | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**2950 E. Jurupa Street**<br>**Ontario, CA 91761** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $710.49 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **I001** | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**University of Milwaukee**<br>**P O Box 500**<br>**University of Wisconsin - Milwaukee**<br>**Milwaukee, WI 53201** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,333.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **R003** | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**UPS Freight**<br>**7754 Paramount Blvd.**<br>**Pico Rivera, CA 90660** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $504.55 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **O002** | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Urena,Daniel**<br>**13670 Janwood Lane**<br>**Farmers Branch, TX 75234** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,500.00 |
| | Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **Basis for the claim:** **Payment subject to terms of, and pursuant to, employment agreement**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Vane Clayton**<br>**1364 Northpark Drive**<br>**Lafayette, CO 80026** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,630.43 |
| | Date(s) debt was incurred **3rd Quarter 2017**<br>Last 4 digits of account number _ | **Basis for the claim:** **Directors' fees**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Ironclad Performance Wear Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Vonalman, Turner J**<br>**5225 Las Colinas Blvd**<br>**Apt 2301**<br>**Irving, TX 75039**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Washington, Cheryl**<br>**3577 N. Beltline Rd.**<br>**#215**<br>**Irving, TX 75062**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Weispfenning, Daniel Walton**<br>**3333 Harry Hines Blvd., Apt. 9152**<br>**Dallas, TX 75201**<br><br>Date(s) debt was incurred **September 2017**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,500.00 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Werner Logistics**<br>**10251 Calabash Avenue**<br>**Fontana, CA 92335**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **R001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $7,375.00 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Windstream**<br>**PAETEC**<br>**P O Box 9001013**<br>**Louisville, KY 40290-1013**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **T001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,739.59 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**WINSPEED SPORTS SHANGHAI CO., LTD.**<br>**858 MINGZHU ROAD**<br>**SHANGHAI**<br>**China   00020-1702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **E001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $144,198.43 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**WONEEL MIDAS LEATHERS**<br>**JL GEMBOR RAYA DESA PASIRJAYA**<br>**TANGERANG**<br>**BANTEN, INDONESIA   15135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **L001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Product**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $785,358.50 |

Debtor **Ironclad Performance Wear Corporation, a California corporation**
Name

Case number (if known) **1:17-bk-12408-MB**

| | | | |
|---|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** <br> **Yellow and Roadway** <br> **P. O. Box 100129** <br> **Pasadena, CA 91355** <br><br> **Date(s) debt was incurred** __ <br> **Last 4 digits of account number  O001** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$12,391.41** |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,185.40 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,871,707.06 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 4,874,892.46 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 27, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**    sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**    rb@lnbyb.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Aaron S Craig**    acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**    courts@argopartners.net
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **October 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 27, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 27, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**AMENDED / ADDITIONAL SCHEDULE F CREDITORS:**

| | | |
|---|---|---|
| Account Temps<br>P.O. BOX 743295<br>Los Angeles CA 90074-3295 | Advantage Media Services, Inc.<br>29010 Commerce Center Drive<br>Valencia CA 91355-0000 | BNSF<br>75 Remittance Dr. Ste. 1748<br>Chicago IL 60675-1748 |
| Broadridge<br>P.O. Box 416423<br>Boston MA 02241-6423 | Business Systems Integrators, LLC<br>P O Box 495<br>Lawson MO 64062-0000 | Dival Safety & Supplies<br>1721 Niagra Street<br>Buffalo NY 14207-0000 |
| Pacific Stock Transfer Company<br>6725 Via Austi Pkwy<br>Suite 300<br>Las Vegas NV 89119-0000 | Perry HVAC<br>10000 North Central Expressway<br>Suite 400<br>Dallas TX 75231-0000 | Russ McDonald<br>23785 - 110B Avenue<br>Maple Ridge, B.C. V2W1 E6, Canada |
| TAB Sales Solutions<br>12109-94A Street<br>Grand Prairie, AB T8V 5C2 Canada | Uline<br>2950 E. Jurupa Street<br>Ontario CA 91761-0000 | Yellow and Roadway<br>P. O. Box 100129<br>Pasadena CA 91355-0000 |
| AML United Limited<br>29th floor, Nanyang Plaza<br>57 Hung To Road, Kwun Tong<br>Kowloon, Hong Kong, China | | |