# EXHIBIT A

# EXHIBIT A

# Michael D. Schwarzmann

2005 Kornat Drive, Costa Mesa, CA 92626
michaelschwarzmann@yahoo.com
(714) 623-1854



Michael has 20 years experience providing advisory services to lender groups, companies, bondholder groups, unsecured creditors committees, and other stakeholders on financial, operational and strategic issues affecting underperforming, stressed, and distressed companies. His advisory and consulting work experience focuses on assisting distressed companies, revitalizing underperforming businesses, marketing troubled companies and advising their creditor constituents. In addition, Michael is a licensed attorney who formerly practiced bankruptcy law.

Michael has assisted clients in developing and evaluating business and turnaround plans, analyzing financial and operational performance, and formulating successful workout, restructuring or bankruptcy strategies to preserve or improve asset values for stakeholders. His industry experience includes: health care, manufacturing, agricultural, construction, restaurants and franchising, energy, travel and investment banking.

Michael has experience in identifying and implementing positive near term and long term change for client, including identifying opportunities, negotiating with constituents, and building consensus where possible.

Michael utilizes the skills and expertise garnered working for nationwide restructuring groups on a smaller platform so that he can provide reduced rates to middle market and smaller market companies.

# Michael D. Schwarzmann

2005 Kornat Drive, Costa Mesa, CA 92626
michaelschwarzmann@yahoo.com
(714) 623-1854

A financial and operational professional with over 20 years of experience acquiring, evaluating and analyzing complex data to influence strategy and profitability. Significant experience working across the organization to gain consensus toward goals, objectives and the action plan.

EXPERIENCE

FINANCIAL AND OPERATIONAL CONSULTANT          May 2017 – Present
*Managing Director*                                                  Dec. 2010 – Aug. 2011

- Reduced management costs by $20,000 per week by employing and empowering business office employee and eliminating 2+ FTE consultant
- Analyzed and focused maintenance projects to reduce cost by 50% through replacing maintenance supervisor and utilizing construction knowledge to adjust deliverables
- Developed analytical tools to reduce or eliminate creditor claims using analytical and legal principals, resulting in 50% greater payment to creditors

CROWE HORWATH, LLP                                    Aug. 2011 – May 2017
*Managing Director*                                                Costa Mesa, CA

- Saved over $8 million by modeling financial scenarios incorporating legal analysis to drive negotiations; created management presentations and lead discussions.
- Prepared profitable business plan adjusting for reduced product demand driven by technological innovation, adjusting products to retain existing customers.
- Eliminated over $100 million of debt by analyzing financial performance of 4 location business and strategizing a response to member and community litigation.
- Integrated multiple location manufacturing company into multi-billion dollar corporation, anticipating and planning for disruption, enabling integration despite seller's conduct
- Assessed partially completed government contracts to ascertain value, including negotiating legal hurdles with attorneys for the USA
- Investigated, developed and implemented creative solutions confronting entities, including designing and implementing practical insights to drive results for clients. Identified, collected, evaluated, and analyzed information to form actionable strategies. Utilized strong analytical skills to present fact based recommendations in a contentious environment.

GRANT THORNTON, LLP                                     Oct. 2009 – Dec. 2010
*Director*                                                               Irvine, CA

- Identified $7 million in additional value available to satisfy judgment by analyzing assets of publically traded company to ascertain ability to satisfy judgment.
- Assisted borrower in avoiding liquidation by performing operational and financial analysis resulting in positive cash flow and profitability forecast, including preparing management presentations and conducting lender negotiations.
- Monitored cash flow to assure funds were paid to sub-contractors and increased value
- Developed value maximizing strategy for a 50-company enterprise containing a solvency analysis to determine scope of secured creditor's collateral; negotiated key issue. Participated in auction of operating business to creatively maximize overall consideration.
- Utilized situational data and business acumen to develop models reflecting impact of opportunities to aid management and other decision makers, based upon the acquisition, evaluation and analysis of pertinent information, coupled with creative thinking, to develop and implement optimal strategies.

Page 1 of 2

# Michael D. Schwarzmann

2005 Kornat Drive, Costa Mesa, CA 92626
michaelschwarzmann@yahoo.com
(714) 623-1854

**XROADS SOLUTIONS GROUP, LLC**     Dec. 2003 – Oct. 2009
*Principal*     Santa Ana, CA

- Determined site level profitability of 100 restaurant franchisee, including gathering and analyzing information, four wall operational analysis, multi-lender collateral review, financial performance trends, and evaluated strategic response to declining revenues.
- Re-designed employee benefit plan for nationwide company, resulting in avoidance of 10% premium increase and reduction of out of pocket costs for the majority of employees
- Completed comprehensive analysis of fast food restaurant franchisor, including historical financial reporting and preparing pro forma forecasts for interested buyers. Prepared all sale materials, led negotiations and auction.
- Performed deep and strategic data analysis to reduce Qui Tam liability by $20 million
- Generated 8% savings on annual office supply spend for nationwide company
- Advised international manufacturing company on its liquidity event, including preparing sale materials and items for the data room, participating in management meeting and negotiating with buyers.
- Gathered, assessed, investigated, and analyzed operational and financial information for manufacturer and recommended strategy to maximize value, the advisability of WIP build out, liquidation scenarios, and litigation.

**ATTORNEY**

*Bankruptcy Judge Sheri Bluebond*     2001 – 2003
*United States Bankruptcy Court, Central District of California*     Los Angeles, CA

*Assayag Mauss, APC*     2000 – 2001
Attorney practicing with Orange County boutique law firm     Irvine, CA

*Lewis D'Amato Brisbois & Bisgaard*     1998 – 2000
Attorney practicing with one of the largest California law firms     Los Angeles, CA

*Arter & Hadden*     1995 – 1998
Attorney practicing with 150 year-old national law firm     Los Angeles, CA

*Chief Bankruptcy Judge Calvin K. Ashland*     1994 – 1995
*United States Bankruptcy Court, Central District of California*     Los Angeles, CA

**BUSINESS PROFESSIONAL** (Various)     1983 – 1991
Positions included performing accounting functions for a real estate developer, leading marketing efforts for a governmental agency's socio-economic forecasts, performing detailed inventory control function for multi-warehouse during active construction, and human resources for a large regional operation and created automated processes for greater data tracking.

**EDUCATION**

*UCLA ANDERSON SCHOOL OF MANAGEMENT*     2003
Master of Business Administration     Los Angeles, CA

*LOYOLA LAW SCHOOL, LOS ANGELES*     1994
Juris Doctor     Los Angeles, CA

*University of Southern California Marshall School of Business*     1988
Bachelor of Science in Business Administration     Los Angeles, CA

Active Member of California State Bar – Admitted to all state and federal courts in California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF MICHAEL D. SCHWARZMANN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO EMPLOY MICHAEL D. SCHWARZMANN AS FINANCIAL ADVISOR *NUNC PRO TUNC* AS OF OCTOBER 20, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com
   - Ron Bender    rb@lnbyb.com
   - Cathrine M Castaldi    ccastaldi@brownrudnick.com
   - Russell Clementson    russell.clementson@usdoj.gov
   - Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
   - Matthew A Gold    courts@argopartners.net
   - Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
   - Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
   - Krikor J Meshefejian    kjm@lnbrb.com
   - Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
   - S Margaux Ross    margaux.ross@usdoj.gov
   - United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
   - Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 8, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 8, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

105437348\V-1

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2017 | Christina O'Meara | /s/Christina O'Meara |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | |
| **Equity Holders - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br>**Email: obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266<br>**Email: scott.jarus@verizon.net** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**