Samuel R. Maizel (SBN 189301)
samuel.maizel@dentons.com
Tania M. Moyron (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Proposed Attorneys for
Official Committee of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Ironclad Performance Wear Corporation, a California corporation,<br><br>   Debtor and Debtor in Possession.<br><br>In re:<br>Ironclad Performance Wear Corporation, a Nevada Corporation,<br><br>   Debtor and Debtor in Possession. | Case No. 1:17-bk-12408-MB<br>Jointly administered with:<br>Case No. 1:17-bk-12409-MB<br><br>Chapter 11<br><br>**NOTICE OF THE FILING OF APPLICATION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO EMPLOY MICHAEL D. SCHWARZMANN AS FINANCIAL ADVISOR *NUNC PRO TUNC* AS OF OCTOBER 20, 2017**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |
| Affects:<br><br>☐ Both Debtors<br><br>☐ Ironclad Performance Wear Corporation, a California corporation<br><br>☒ Ironclad Performance Wear Corporation, a Nevada corporation. | |

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1103(a), Rule 2014(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2014-1(b), the Official Committee of Equity Security Holders (the "Equity Committee") hereby provides notice of the filing of its application (the "Application") for an order authorizing the Equity Committee to employ Michael Schwarzmann ("Schwarzmann") as its financial advisor in In re Ironclad Performance Wear Corporation, a Nevada Corporation ("Ironclad Nevada") *nunc*

1

105674042\V-1

*pro tunc* as of October 20, 2017 (the "Application"). The Application is based upon the facts set forth therein, the Declaration of Michael Schwarzmann and all exhibits thereto, the entire record in this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that the Equity Committee seeks authorization to employ Schwarzmann as its financial advisor in Ironclad Nevada, pursuant to 11 U.S.C. § 1103(a), with compensation pursuant to 11 U.S.C. §§ 330 and 331. Under the terms of its proposed retention, Schwarzmann will provide actual and necessary services at his customary hourly billing rate of $425.00.

**PLEASE TAKE FURTHER NOTICE** that the Equity Committee seeks to employ Schwarzmann as its financial advisor to render, among others, the following types of professional services:

(a) Assist in maximizing the proceeds from the sale of assets, including, but not limited to, working with Debtors' financial advisor (Craig-Hallum Capital Group, LLC) to develop and implement strategic plans for maximizing value and providing recommendations related to evaluation of bids;

(b) Investigation and analysis related to the amount of Radians Wareham Holdings, Inc.'s claim;

(c) Assist with review and reconciliation of asserted claims, as needed;

(d) Assist in evaluating any issues related to a proposed plan of reorganization or liquidation, including preparing materials in support thereof, as requested;

(e) Assist in evaluating issues related to potential litigation, as needed; and

(f) Other activities as are requested by the Equity Committee, and agreed to by Schwarzmann.

The Equity Committee believes that its employment of Schwarzmann upon the terms and conditions set forth above is in the best interest of the Debtors' estates and equity holders.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017, to the attention of Tania M. Moyron, telephone number (213) 623-9300, facsimile number (213) 623-9924, or email tania.moyron@dentons.com.

105674042\V-1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Court and served on Dentons and the United States Trustee not later than fourteen (14) days from the date of service of this Notice. Pursuant to Local Bankruptcy Rule 9013-1(h), failure to file and serve an objection or request for hearing within this fourteen (14) day period may be deemed by the Court to be consent to the relief requested herein.

Dated: November 8, 2017

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA A. MOYRON

By: */s/Tania M. Moyron*
Tania M. Moyron, Proposed Counsel to the
Official Committee of Equity Holders

3

105674042\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF THE FILING OF APPLICATION BY THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO EMPLOY MICHAEL D. SCHWARZMANN AS FINANCIAL ADVISOR *NUNC PRO TUNC* AS OF OCTOBER 20, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com
   - Ron Bender    rb@lnbyb.com
   - Cathrine M Castaldi    ccastaldi@brownrudnick.com
   - Russell Clementson    russell.clementson@usdoj.gov
   - Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
   - Matthew A Gold    courts@argopartners.net
   - Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
   - Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
   - Krikor J Meshefejian    kjm@lnbrb.com
   - Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
   - S Margaux Ross    margaux.ross@usdoj.gov
   - United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
   - Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 8, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 8, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2017 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
105437348\V-1

F 9013-3.1.PROOF.SERVICE

**SERVED BY U.S. MAIL:**

| Secured Creditor<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | Counsel to Radians Wareham Holdings<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
|---|---|---|
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | |
| **Equity Holders - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br>Email: obrien.pat@me.com | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br>Email: rlchez@rcn.com | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266<br>Email: scott.jarus@verizon.net |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

105437348\V-1

F 9013-3.1.PROOF.SERVICE

*In re Ironclad Performance Wear Corporation*
USBC Case No. 1:17-bk-12409-MB

## EQUITY SECURITY HOLDERS SERVED BY U.S. MAIL

| | |
|---|---|
| ALL IN THE BEHL FAMILY LLLP<br>37271 S STONEY CLIFF DR<br>TUCSON, AZ 85739 | ANNALOUISE JAEGER & KEITH VERWOEST<br>532 PAUMAKUA PL<br>KAILUA, HI 96734 |
| ANTHONY KEATS<br>15260 VENTURA BLVD<br>20TH FLOOR<br>SHERMAN OAKS, CA 91403 | ARTHUR GERRICK<br>172 WILD LILAC<br>IRVINE, CA 92620 |
| B.A.T.B. LLC<br>5750 SOUTH BEECH CT<br>GREENWOOD VILLAGE, CO 80121 | BARBARA ASHTON<br>2417 LESTER AVENUE<br>CLOVIS, CA 93619 |
| BIRCH FAMILY TRUST<br>1435 OLIVE ST<br>SANTA BARBARA, CA 93101 | BRIAN SHEENY<br>11711 DARLINGTON AVE UNIT 7<br>LOS ANGELES, CA 90049 |
| BROCK GANELES<br>41 W 72ND ST<br>APT 14A<br>NEW YORK, NY 10023 | BRUCE G KLASS<br>447 KENSINGTON DR<br>CORDILLERA, CO 81632 |
| CATHERINE A SEAK<br>1643 OAKPOINTE DR<br>WACONIA, MN 55387 | CEDE & CO (FAST)<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 |
| CHARLES E FRISCO JR<br>8135 FLORENCE AVENUE<br>SUITE 101<br>DOWNEY, CA 90240 | CHARLES E FRISCO JR<br>12749 NORWALK BLVD. STE 100<br>NORWALK, CA 90650 |
| CHARLES H GIFFEN<br>6000 ELBA PLACE<br>WOODLAND HILLS, CA 91367 | CHERYL WASHINGTON<br>1920 HUTTON CT<br>STE 300<br>FARMERS BRANCH, TX 75234 |
| CHRIS JUETTEN<br>2906 NW ENDICOTT ST<br>CAMAS, WA 98607 | CHRISTOPHER M HAZLITT<br>1063 MAPLETON AVENUE<br>BOULDER, CO 80304 |
| CINDY MATTHEWS<br>6725 WHALEY DR<br>BOULDER, CO 80303 | CLAYTON WYOMING LLC<br>1364 NORTHPARK DRIVE<br>LAFAYETTE, CO 80026 |
| DANIEL THOMAS GIEBER<br>PO BOX 7298<br>MENLO PARK, CA 94026 | DAVID G HILL<br>1712 PEARL ST<br>BOULDER, CO 80302 |

*In re Ironclad Performance Wear Corporation*
USBC Case No. 1:17-bk-12409-MB

| | |
|---|---|
| DAVID J COOK<br>2163 LIMA LOOP<br>PMB 071156<br>LAREDO, TX 78045 | DAVID L JACOBS<br>335 LEE HILL DRIVE<br>BOULDER, CO 80302 |
| DENNIS TORRES & AVERI TORRES<br>6779 LAS OLAS WAY<br>MALIBU, CA 90265 | DENNIS TORRES & AVERI TORRES TRUST<br>6779 LAS OLAS WAY<br>MALIBU, CA 90265 |
| DONALD P ELLIOTT<br>9400 E ILIFF AVE, #361<br>DENVER, CO 80231 | ED WETHERBEE<br>7269 SIENA WAY<br>BOULDER, CO 80301 |
| EDUARD ALBERT JAEGER<br>443 CONCORD ST<br>EL SEGUNDO, CA 90245 | EDWIN BALDRIDGE TTEE UA DTD 10/30/1992 E<br>BALDRIDGE DECLARATION TRUST<br>605 SAN ANTONIA AVE<br>MANY LA, LA 71449 |
| ELI ARRIV<br>4340 CALETA RD<br>AGOURA, CA 91301 | EMIL IANNACCONE TTEE UA DTD 9/16/2010<br>EMIL IANNACCONE SEPARATE PROPERTY TRUST<br>11855 WOODLEY AVE<br>GRANADA HILLS, CA 91344 |
| ENSCO INC<br>3110 FAIRVIEW PARK DR STE 300<br>FALLS CHURCH, VA 22042 | ERIC JAEGER<br>1408 CAMBRIDGE CROSSING<br>SOUTHLAKE, TX 76092 |
| ETHAN AISENBERG<br>3900 LEGACY TRAIL CIR<br>CARROLLTON, TX 75010 | FAMILY TRUST OF EARL G LUNCEFORD<br>8850 E FERNAN LAKE RD<br>COEUR D'ALENE, ID 83814 |
| GEMINI PARTNERS INC<br>10900 WILSHIRE BLVD, STE 300<br>LOS ANGELES, CA 90024 | GLEN K INGALLS & RENEE PACHECO TTEES U/A<br>4-5-05 THE INGALLS PACHECO 2005 TRUST<br>747 ROSEMOUNT RD<br>OAKLAND, CA 94610 |
| GREAT PANDA INVESTMENT CO LLLP<br>1325 PITKIN AVE<br>SUPERIOR, CO 80027 | GREG AKSELRUD<br>C/O STUBBS ALDERTON & MARKILES LLP<br>15260 VENTURA BLVD 20TH FL.<br>SHERMAN OAKS, CA 91403 |
| GREGORY AKSELRUD<br>15260 VENTURA BLVD, 20TH FL<br>SHERMAN OAKS, CA 91403 | HAROLD F SCHAFF<br>780 GLEN ANNIE RD<br>GOLETA, CA 93114 |
| HAROLD SCHAFF & CHERYL SCHAFF TTEES THE<br>780 GLEN ANNIE RD<br>GOLETA, CA 93114 | HEIDI JAEGER<br>26800 PACIFIC COAST HWY<br>MALIBU, CA 90265 |

2
105561165\V-1

| | |
|---|---|
| HORACE DUNBAR HOSKINS JR & ANN REID HOSKINS JT TEN<br>7 PENINSULA RD<br>BELVEDERE, CA 94920 | HUBERT L BROWN & ANNABELLE BROWN FOWLKES &<br>QUINTARD P COURTNEY III TRUSTEES U/A DTD 12-07-0<br>P.O. BOX 2237<br>MIDLAND, TX 79702 |
| JAEGER FAMILY LLC<br>1408 CAMBRIDGE CROSSING<br>SOUTHLAKE, TX 76092 | JAMES R YOUNG<br>2009 RIVERVIEW DR<br>BERTHOUD, CO 80513 |
| JAMES SEIBEL<br>1430 N HARPER AVE, #305<br>W HOLLYWOOD, CA 90046 | |
| JEFFREY D CORDES<br>1570 BENT CREEK DRIVE<br>SOUTHLAKE, TX 76092 | JEFFREY F GERSH & ARIE J GERSH LIVING TR<br>5465 ROUND MEADOW RD<br>HIDDEN HILLS, CA 91302 |
| JEFFREY ORR<br>733 21ST ST<br>HERMOSA BEACH, CA 90254 | JOANNA WALDEAR-LUCAS AS TTEE FBO THE JOANNA<br>WALDEAR-LUCAS LIVING TRUST DTD 4-12<br>P.O. BOX 101<br>MALIBU, CA 90265 |
| JOE WORDEN<br>4335 FOX CIRCLE<br>MESA, AZ 85205 | JOHN E ORCUTT & MARCIA ORCUTT<br>JT TEN<br>3221 N SAN SEBASTIAN DRIVE<br>TUCSON, AZ 85715 |
| JOHN MCILVERY<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91404 | JONATHAN HODES<br>C/O STUBBS ALDERTON & MARKILES<br>15620 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91403 |
| JOSEPH D RYAN<br>1986 CLOVERDALE AVE<br>HIGHLAND PARK, IL 60035 | KATHERINE BERCI DEFEVERE<br>TRUSTEE DEFEVERE TRUST UAD 9/28/98<br>24200 ALBERS STREET<br>WOODLAND HILLS, CA 91367 |
| KEALA STANFILL<br>12049 SW ASKER TERR<br>BEAVERTON, OR 97007 | KEVIN DEBRE<br>C/O STUBBS ALDERTON & MARKILES LLP<br>15260 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91405 |
| KIM WOODWORTH & BILL WOODWORTH<br>101 VALLEY HILL RD<br>EXTON, PA 19401 | KLEIN PARTNERS LTD<br>4973 CLUBHOUSE CT<br>BOULDER, CO 80301 |

| | |
|---|---|
| KNUTE LEE<br>9109 WILSHIRE COURT NE<br>ALBUQUERQUE, NM 87122 | KONRAD GATIEN<br>15260 VENTURA BLVD<br>20TH FLOOR<br>SHERMAN OAKS, CA 91406 |
| KYLE EDLUND<br>3893 FAIRWAY DR<br>WOODBURY, MN 55125 | LOUIS WHARTON<br>15260 VENTURA BLVD<br>20TH FLOOR<br>SHERMAN OAKS, CA 91407 |
| MARC S PESTER<br>278 DALE RD<br>SHORT HILLS, NJ 07078 | MARK HAWKING<br>2278 CAMARILLO DR<br>CAMARILLO, CA 93010 |
| MARK W FISCHER<br>285 IROQUOIS DR<br>BOULDER, CO 80303 | MATTHEW JUETTEN<br>633 HAWKSBILL ISLAND DR<br>SATELLITE BEACH, FL 32937 |
| MATTHEW LAUBERT<br>C/O IRONCLAD PERFORMANCE WEAR CORP<br>1920 HUTTON COURT #300<br>FARMERS BRANCH, TX 75234 | MCDERMOTT & BULL<br>2 VENTURE<br>SUITE 100<br>IRVINE, CA 92618 |
| MELISSA DERBY<br>393 LAUREL AVENUE<br>NOVATO, CA 94945 | MICHAEL A DIGREGORIO<br>1420 KINGSBORO COURT<br>WESTLAKE VILLAGE, CA 91362 |
| MICHAEL ANTHONY DIGREGORIO TRUSTEE U/A D<br>THE DIGREGORIO REVOCABLE TRUST<br>1420 KINGSBORO CT<br>WESTLAKE VILLAGE, CA 91362 | MICHAEL B JOHNSON<br>7255 RADFORD AVE<br>N HOLLYWOOD, CA 91605 |
| MICHAEL CASEY HOCH<br>291 BROADWAY<br>COSTA MESA, CA 92627 | MICHAEL GRANT<br>222 ROUND HILL RD<br>TIBURON, CA 94920 |
| MICHAEL GROSSMAN<br>5557 GROEHMANN LN<br>FREDERICKSBURG, TX 78624 | MIKE SALOMON<br>1440 E 1ST STREET STE. 100<br>SANTA ANA, CA 92701 |
| MURRAY MARKILES<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FLOOR<br>SHERMAN OAKS, CA 91408 | NATASHA H BEN<br>104 SARATOGA DRIVE<br>BELLE CHASSE, LA 70037 |
| PAMELA SULLIVAN<br>1682 HAYES STREET APT C<br>EUGENE, OR 97402 | PATRICK JUETTEN<br>11417 HASTINGS ST NE<br>BLAINE, MN 55449 |

*In re Ironclad Performance Wear Corporation*
USBC Case No. 1:17-bk-12409-MB

| | |
|---|---|
| R D PETE BLOOMER<br>7542 CRESTVIEW DRIVE<br>LONGMONT, CO 80504 | PETER SEAMANS<br>1360 WALNUT ST #205<br>BOULDER, CO 80302 |
| REYHEENA EIDARIUS<br>23436 CAMINITO VALLE<br>LAGUNA HILLS, CA 92563 | RHONDA HOFFARTH<br>462 CALLE DE ARAGON<br>REDONDO BEACH, CA 90277 |
| RICHARD KRONMAN & IAN MATTHEW TRUSTEES<br>FBO KRONMAN MATTHEW & ASSOC<br>30111 HARVESTER RD<br>MALIBU, CA 90265 | RICHARD KRONMAN & MAUREEN<br>KRONMAN REVOCA DTD 2/28/02<br>30111 HARVESTER RD<br>MALIBU, CA 90265 |
| ROBERT C CLARK<br>12151 WEST 32ND DR<br>WHEAT RIDGE, CO 80033 | ROBERT F CHARLES JR<br>2955 PARK LAKE DR<br>BOULDER, CO 80301 |
| ROBERT H KEELEY & SANDRA KEELEY JT TEN<br>PO BOX 240<br>HILLSIDE, CO 81232 | ROBERT MEOTTLE<br>27909 SMYTH DR<br>VALENCIA, CA 91355 |
| RONALD D BLOOMER<br>7542 CRESTVIEW DR<br>NIWOT, CO 80504 | RONALD S WEAVER MD<br>536 PALISADES AVENUE<br>SANTA MONICA, CA 90402 |
| RYAN AZLEIN<br>1137 CALLE ELAINA<br>THOUSAND OAKS, CA 91630 | SCOTT ALDERTON<br>19687 LOS ALIMOS ST<br>CHATSWORTH, CA 91311 |
| SCOTT GALER<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91409 | SEAMARK FUND LP<br>223 WILMINGTON W CHESTER PIKE #115<br>CHADDS FORD, PA 19317 |
| SEGAL FAMILY TRUST<br>10100 SANTA MONICA BLVD #1300<br>LOS ANGELES, CA 90067 | SPM CENTER LLC<br>27909 SMYTH DR<br>VALENCIA, CA 91355 |
| STANLEY M RUMBOUGH JR<br>44 COCOANUT ROW STE B103<br>PALM BEACH, FL 33480 | STEPHEN GOODHUE<br>203 STAR CARLISLE<br>W AUSTRALIA, 6101<br>AUSTRALIA |
| STEVE FEDEA<br>2040 W BELMONT #201<br>CHICAGO, IL 60618 | STEVEN C EARNSHAW<br>5679 POLAR WAY<br>PARK CITY, UT 84098 |
| STEVEN W TOWN<br>6301 E CRESTLINE AVE<br>GREENWOOD VILLAGE, CO 80111 | STUBBS ALDERTON & MARKILES LLP<br>15260 VENTURA BLVD 26TH FL<br>SHERMAN OAKS, CA 91410 |

*In re Ironclad Performance Wear Corporation*
USBC Case No. 1:17-bk-12409-MB

| | |
|---|---|
| TAMALPAIS PARTNERS<br>24 TAMALPAIS AVE<br>MILL VALLEY, CA 94941 | TARBY BRYANT<br>4 HAWTHORNE CIR<br>SANTA FE, NM 87506 |
| THE ELLEN IDELSON TRUST DATED MARCH 20 2<br>710 BROOKTREE ROAD<br>PACIFIC PALISADES, CA 90272 | THE ORCUTT FAMILY TRUST<br>3221 N SAN SEBASTIAN DRIVE<br>TUCSON, AZ 85715 |
| THE SASSOLA III FAMILY TRUST<br>7771 HERON COURT<br>GOLETA, CA 93117 | THE WILLIAM J. & SEEMAH W. IDELSON FAMILY TRUST<br>710 BROOKTREE ROAD<br>PACIFIC PALISADES, CA 90272 |
| THOMAS ELLIOTT<br>115 BROOKS AVE<br>VENICE, CA 90291 | THOMAS FELTON<br>2006 TOUCH GOLD COURT<br>ROWLETT, TX 75088 |
| THOMAS KENDALL<br>1112 MONTANA AVENUE # 716<br>SANTA MONICA, CA 90403 | THOMAS W. MASON<br>6856 WISH AVENUE<br>LAKE BALBOA, CA 91406 |
| THOMAS W. MASON & LISA L. MASON JT TEN<br>6856 WISH AVENUE<br>LAKE BALBOA, CA 91406 | TODD GITLIN<br>269 S BEVERLY DR STE 1213<br>BEVERLY HILLS, CA 90212 |
| V JOSEPH STUBBS<br>C/O STUBBS ALDERTON & MARKILES<br>15260 VENTURA BLVD 20TH FL<br>SHERMAN OAKS, CA 91411 | VALORIE STANSBERRY<br>3227 N RICHMOND<br>CHICAGO, IL 60618 |
| VANE CLAYTON<br>1364 NORTH PARK DRIVE<br>LAFAYETTE, CO 80026 | WILLIAM AISENBERG<br>3900 LEGACY TRAIL CIR<br>CARROLLTON, TX 75010 |
| WILLIAM L BOETTCHER<br>727 HAYS CIRCLE<br>LONGMONT, CO 80501 | WILLIAM MECK<br>11027 LIMERICK AVENUE<br>CHATSWORTH, CA 91311 |
| WILLIAM MECK & TERESA MECK JT TEN<br>11027 LIMERICK AVENUE<br>CHATSWORTH, CA 91311 | XIN GUO<br>5440 LAKE FOREST DRIVE<br>COPPELL, TX 75019 |