RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

NOV 17 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**ORDER GRANTING EMERGENCY MOTION FOR AN ORDER: (1) AUTHORIZING DEBTORS TO HONOR PRE-PETITION CASH BONUS INCENTIVE AGREEMENTS AND PAY CASH BONUSES; (2) APPROVING POST-PETITION CASH BONUS AGREEMENTS AND AUTHORIZING DEBTORS TO PAY CASH BONUSES; AND (3) AUTHORIZING THE DEBTORS TO PAY ANY REMAINING ACCRUED VACATION PAY**<br><br>DATE:    November 15, 2017<br>TIME:    10:00 a.m.<br>PLACE:    Courtroom "303"<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA |

On November 15, 2017, the Court held a hearing to consider that certain motion ("Motion") filed by the above-referenced debtors and debtors in possession (the "Debtors") for an order: (1) authorizing Debtors to honor pre-petition cash bonus incentive agreements and pay cash bonuses; (2) approving post-petition cash bonus incentive agreements and authorizing Debtors to pay cash bonuses; (3) and authorizing the Debtors to satisfy any remaining accrued but unpaid vacation pay which has not already been authorized to be paid; and (4) granting such other and further relief as the Court deems just and proper.  Appearances were made as set forth on the Court's record.  Capitalized terms not otherwise defined in this Order have the same meaning ascribed to such terms in the Motion.

The Court, having read and considered the Motion and all of the pleadings and papers filed in support of the Motion, the United States Trustee's limited oral opposition to the Motion, the non-oppositions to the Motion filed by the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, with good cause appearing, orders as follows:

1. The Motion is granted.

2. The Debtors are authorized to honor the Bonus Agreements, including any Pre-petition Bonus Agreements which are or were executed or returned by an employee post-petition, and to pay such cash bonuses under the Bonus Agreements.

//

//

3.   The Debtors are authorized to pay accrued but unpaid vacation pay as set forth in the Motion.

4.   The Debtors shall serve a copy of this Order on all equity holders of record.

**IT IS SO ORDERED.**

###

Date: November 17, 2017

Martin R Barash
United States Bankruptcy Judge