RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation[1],<br><br>　　　Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases |
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation[2],<br><br>　　　Debtor and Debtor in Possession. | **FIRST INTERIM APPLICATION OF STUBBS, ALDERTON & MARKILES LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SCOTT ALDERTON, ESQ.** |
| ⊠ Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | DATE: December 12, 2017<br>TIME: 1:30 p.m.<br>PLACE: Courtroom "303"<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

STUBBS, ALDERTON & MARKILES LLP ("SAM"), special counsel to ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation, the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), hereby submits its First Interim Application for Approval of Fees and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred for the period of September 8, 2017 (the date of the Debtors' chapter 11 bankruptcy filings) through November 20, 2017 (the "Covered Period").  Any opposition or responsive paper must be filed and served at least fourteen (14) days prior to the hearing on this Application in the form required by Local Bankruptcy Rule 9013-1(f).

## I.

## INTRODUCTORY STATEMENT

In order to efficiently manage these chapter 11 cases, the Debtors filed and obtained orders of the Court jointly administering these chapter 11 cases.  Consistent with the terms of SAM's employment application which was approved by the Court, SAM has billed all of its time in its representation of the Debtors to one collective billing number.  These bankruptcy cases have for all practical purposes been operated on a consolidated basis.  There is one management team and one board of directors for both Debtors.  There is one Creditors Committee and one Equity Committee.  The impending sale of the Debtors' assets does not allocate the purchase price among the two estates (recognizing of course that all or the vast majority of the assets being sold are owned by the California operating business).  However, all unsecured creditors of both Debtors will be paid in full out of the sale proceeds.

## II.

## SUMMARY

| Name of applicant | SAM |
|---|---|
| Name of client | ICPW Liquidation Corporation, a California |

| | |
|---|---|
| | corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation; and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (the "Debtors") |
| Time period covered by this application | Start: September 8, 2017<br>End: November 20, 2017 |
| Total compensation sought this period | $112,763.00 |
| Total expenses sought this period | $6,484.77 |
| Petition date | The Debtors commenced their chapter 11 bankruptcy cases with the filing of voluntary petitions under chapter 11 of the Bankruptcy Code on September 8, 2017 |
| Retention date | September 8, 2017 |
| Date of entry of order approving employment | November 8, 2017 (as docket number 189) with employment effective as of September 8, 2017 |
| Total compensation approved by interim order to date | N/A – First fee application |
| Total expenses approved by interim order to date | N/A – First fee application |
| Total allowed compensation paid to date | N/A – First fee application |
| Total allowed expenses paid to date | N/A – First fee application |
| Blended rate in this application for all attorneys | $568.84 |
| Blended rate in this application for all timekeepers | $516.55 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Number of professionals included in this application | 7 attorneys and 3 paralegals |

### III.

### FEES AND EXPENSES INCURRED AND NOTICE

**A.    REQUEST FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

During the Covered Period, SAM incurred fees in the amount of $112,763.00 and expenses in the amount of $6,484.77 for total fees and expenses in the amount of $119,247.77. No portion of this amount has been paid by the Debtors.  Accordingly, by way of this Application, SAM is seeking the Court's approval and payment of all of the foregoing fees and expenses.

**B.    PROPER NOTICE**

SAM understands that the Debtors' bankruptcy counsel has served notice of this Application and the amount of fees and expenses sought herein upon the Debtors, all creditors,[3] the Official Committee of Unsecured Creditors and its counsel, the Official Committee of Equity Holders and its counsel, the Office of the United States Trustee, and all parties who have requested special notice.

### IV.

### STATEMENT OF FACTS AND RELEVANT INFORMATION

**A.    Background Information.**

SAM incorporates by reference the background information set forth in the first interim fee application of LNBYB.

**B.    Retention and Date of the Entry of the Order Approving the Debtors' Employment of SAM.**

The Debtors' retained SAM to serve as their special corporate and securities, special trademark, and special litigation, counsel, effective as of the Petition Date, and subject to the terms of SAM's stipulation with the Official Committee of Equity Holders, to render, among others, the following types of professional services:

---

[3] All creditors means all creditors who are scheduled by the Debtors as being owed money and/or who have filed a timely proof of claim.

a. advising and representing the Debtors in connection with any litigation matters which may arise or which involve the Debtors, except as otherwise set forth in SAM's employment order;

b. advising the Debtors with regard to, and representing the Debtors in the areas of, corporate law, corporate governance, corporate matters, and securities matters;

c. advising and representing the Debtors in connection with Securities and Exchange Commission regulatory compliance, including, but not limited to the following:

 i. *Exchange Act Reports.*  SAM will review and comment on the Debtors' Forms 10-K and Forms 10-Q, based on drafts completed by management, and, in consultation with management, will prepare Forms 8-K, Forms 3, 4 and 5, and Schedules 13D and 13G for approved individuals and investors.  SAM will assist the Debtors in ensuring that all such Exchange Act reports are in compliance with applicable Securities and Exchange Commission rules.

 ii. *Annual Proxy Statements.*  SAM will prepare a Proxy Statement for the Debtors' annual meeting of shareholders with respect to proposals for the election of directors, the adoption of compensation plans and any amendments thereto, and charter document amendments.  Shareholder proposals and special matters, such as mergers and acquisitions, and new compensation plans, will be billed separately on an hourly basis.

 iii. *Routine SEC Communications.*  SAM will be responsible for all routine communications with the Securities and Exchange Commission with respect to the Debtors' Exchange Act filings.

 iv. *Securities Due Diligence.*  SAM will be principally responsible for conducting due diligence on behalf of the Debtors' Board of Directors and in collecting the necessary documents and information for inclusion in the Debtors' Exchange Act filings.

      v.       *Year End Obligations*.  SAM will monitor and assist the Debtors in meeting the Debtors' year-end disclosure and annual shareholder meeting obligations, including preparation and continued monitoring of a Year-End Time and Responsibility Schedule, and having overall responsibility for the entire timetable of the year-end process.

      vi.       *D&O Questionnaires*.  SAM will prepare and distribute Directors' and Officers' Questionnaires to assist the Debtors in complying with the Debtors' disclosure obligations.

      vii.       *Rule 144 Opinions*.  At the Debtors' instruction, SAM will prepare Rule 144 opinion letters to the Debtors' transfer agent in connection with Rule 144 sales.

      viii.       *Press Release and Reg. FD*.  SAM will advise the Debtors with respect to press releases, all of which SAM will review, and Regulation FD compliance.

      ix.       *Board and Shareholder Meetings*.  SAM will attend Shareholder Meetings and quarterly Board meetings, and will prepare Board minutes and written consents.

      x.       *Coordination with Auditors*.  SAM will coordinate with the Debtors' accountants as to the timing of the preparation of the Debtors' financial statements and related financial disclosure and will review the accountants' management representation letters and other correspondence with the company;

d.      legal services in connection with commercial and contractual and similar transactional matters and assisting the Debtors in connection with their expected sale efforts;

e.      advising the Debtors with regard to, and representing the Debtors in connection with, registering trademarks, and undertaking trademark enforcement measures, both domestically and internationally, and

f.    performing any other services which may be appropriate in SAM's representation of the Debtors relating to corporate and securities law, trademark law and general business litigation during their bankruptcy cases.

The Court approved the Debtors' employment of SAM pursuant to the terms of the order entered on November 8, 2017, as docket number 189.

**C.    Fees and Expenses Previously Requested.**

SAM has not filed any previous applications seeking the approval and/or payment of fees and expenses, and SAM has not been paid any post-petition money by the Debtors.

**D.    Brief Narrative Statement of Services Rendered, Time Expended, and Fee Charged.**

In connection with the services SAM provided to the Debtors post-petition, SAM placed its time entries for fees into one of four categories. These categories consist of (1) corporate and securities matters; (2) intellectual property matters; (3) litigation matters; and (4) miscellaneous bankruptcy matters.[4] Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. SAM did its best to place time entries into categories which accurately reflect the work performed. However, it is inevitable that there will be some time entries that have been placed into the incorrect category or where various time entries dealing with the same subject matter have been placed into multiple categories. References below made to the "Covered Period" shall mean the period of September 8, 2017 through November 20, 2017.

1.    Corporate and Securities Matters

During the covered period, SAM billed 147.2 hours and incurred $83,259.00 of fees in this category. Among other tasks, SAM assisted the Debtors in connection with all of the Debtors' Securities and Exchange Commission ("SEC") compliance obligations, including researching and analyzing the Debtors' SEC compliance obligations, particularly in connection with the Debtors' bankruptcy filings, preparing and filing disclosures with the SEC, advising the

---

[4] SAM does not typically categorize its fees to this extent, but has done so in these cases in order to provide further organization and clarity to the services provided by SAM, and in order to ease the Court's and other parties' review of this Application.

Debtors in connection with the Debtors' SEC obligations, discussing SEC matters and requests with the Debtors and other counsel, reviewing and responding to correspondence regarding public reporting requirements, and preparing press releases in conformance with the Debtors' disclosures to the SEC.

Additionally, SAM handled various corporate governance matters, including preparing consent forms for the Debtors' board of directors in connection with actions taken by the Debtors, attending Board meetings and draft minutes of Board meetings, preparing corporate agreements with employees, handling obtaining shareholder lists and related information, and communicating with the Debtors' management regarding these matters.

Finally, SAM served an instrumental role in connection with the Debtors' sale and sale closing efforts, including in connection with assisting the Debtors with preparing non-disclosure agreements and coordinating the execution of such agreements, reviewing the Debtors' sale pleadings and the sale order, serving as a lead party in connection with preparing many of the documents necessary to close a sale of the Debtors' assets, including patent and trademark assignment forms, a bill of sale, and various other closing documents, and reviewing and responding to correspondence regarding the Debtors' sale efforts and sale filings.  SAM worked closely with the purchaser's counsel in connection with successfully closing a sale in an expeditious manner, handled sale emergencies as they arose, such as in connection with negotiating and preparing two amendments to the asset purchase agreement with the purchaser of the Debtors' assets, and handling changes to the Debtors' corporate name with the Secretaries of the States of California and Nevada.  SAM also assisted the Debtors' management in connection with negotiations leading up to the sale of assets, such as with Grainger.

2.      Intellectual Property Matters

During the Covered Period, SAM billed 27.8 hours and incurred $6,950.00 of fees in this category.  Among other tasks, SAM handled the preservation and protection of the Debtors' intellectual property, including by preparing a detailed trademark report for the Debtors' worldwide trademark, preparing revisions to intellectual property registrations, filing new trademark applications as required, tracking the status of the Debtors' trademarks and addressing

issues in connection with the Debtors' trademarks as such issues arose, handling the prosecution of the Debtors' intellectual property rights as necessary, and communicating with the Debtors' management in connection with intellectual property matters.

        3.    <u>Litigation</u>

During the Covered Period, SAM billed 23.5 hours and incurred $10,371.50 of fees in this category.  Among other tasks, SAM assisted the Debtors in connection with SEC requests for information, and the production of documents to the SEC, communicated with the Debtors and other counsel regarding SEC investigative matters, reviewed and analyzed potential claims against former accountants, and reviewed and analyzed the Debtors' insurance policies and, preliminarily, potential director and officer claims.  SAM also researched legal issues related to potential claims.

        4.    <u>Miscellaneous Bankruptcy Matters</u>

During the Covered Period, SAM billed 19.8 hours and incurred $12,182.50 of fees in this category.  Among other tasks, SAM assisted the Debtors with their bankruptcy filings by providing information necessary for the Debtors to complete disclosures and filings in the Debtors' bankruptcy cases, SAM expended time handling the Debtors' application to employ SAM and resolving the Equity Committee's limited objection to the employment application, and SAM reviewed relevant bankruptcy pleadings at the request of the Debtors and the Debtors' bankruptcy counsel in order to ensure that such filings accurately portrayed the Debtors' corporate status and operations.  SAM served as an invaluable resource to the Debtors' professionals given SAM's institutional knowledge of the Debtors and the Debtors' history. SAM's involvement allowed for the efficient and effective transmission of critical information to the Debtors' management and other professionals.

**E.**    **<u>Detailed Listing of All Time Spent By the Professional on the Matter for Which Compensation is Sought</u>.**

Attached as Exhibit "1" to the annexed Declaration of Scott Alderton is a detailed listing of all time that SAM spent during the Covered Period for which SAM seeks compensation, including the date SAM rendered the service, a description of the service, the amount of time

spent and a designation of the person who rendered the service for the period of time for the Covered Period. Also included in Exhibit "1" is a summary of the hours and fees charged by each of SAM's attorneys that performed services for the Debtors. Also included in Exhibit "1" is a breakdown of time entries into the activity codes specifically utilized by SAM in these cases. There are two separate listings of all time that SAM spent during the Covered Period; the first listing covers the period of September 8, 2017 through October 31, 2017, and the second listing covers the period of November 1, 2017 through November 20, 2017.

**F.    Detailed Listing of Expenses By Category.**

Attached hereto as Exhibit "2" is a listing and itemization of all expenses that SAM advanced on behalf of the Debtors during these cases. These include service fees incurred in connection with preserving intellectual property. All expenses that SAM advanced on behalf of the Debtors were necessarily incurred and are properly charged as administrative expenses of the Debtors' chapter 11 estates.

**G.    Description of Professional Education and Experience.**

SAM is comprised of attorneys who specialize in the area of corporate and securities law, trademark law and general business litigation. A copy of SAM's firm resume is attached as Exhibit "3" to this Application. SAM billed its time for its representation of the Debtors' on an hourly basis in accordance with SAM's "Emerging Growth" hourly billing rates (which are approximately $50 per hour less than SAM's standard hourly billing rates). A listing of SAM's current, and applicable, hourly billing rates is attached as Exhibit "4" to this Application.

**H.    Source and Amount of Cash Available to Pay SAM's Allowed Fees and Expenses.**

SAM incorporates the information set forth in the fee application filed by the Debtors' bankruptcy counsel, in connection with this topic.

**V.**

**STANDARD OF LAW**

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955

n.2 (9th Cir.1981), cert. denied, 456 U.S. 977 (1982).  This is no longer the law.  The legislative

history to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned

with protecting the public interest in the smooth, efficient operation of the bankruptcy system by

encouraging competent bankruptcy specialists to remain in the field.  First National Bank of

Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R.

767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr.S.D.Ohio

1987).  Toward this end, Congress specifically disavowed notions of economy of administration,

and provided that compensation in bankruptcy case should be comparable to what is charged in

nonbankruptcy matters.  Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably

expended in an attorney's representation of a debtor and multiply such number by a reasonable

hourly rate for the services performed.  See Delaware Valley Citizens' Council for Clear Air, 478

U.S. at 565; In re Powerline Oil Co., 71 B.R. at 770.  A reasonable hourly rate is presumptively

the rate the marketplace pays for the services rendered.  Missouri v. Jenkins by Agyei, 491 U.S.

274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d

687, 691 (9th Cir.1988).  Recognizing that the determination of an appropriate "market rate" for

the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined
> by supply and demand.  In this traditional sense there is no such
> thing as a prevailing market rate for the service of lawyers in a
> particular community.  The type of services rendered by lawyers,
> as well as its experience, skill, and reputation, varies extensively --
> even within a law firm.  Accordingly, the hourly rates of lawyers
> in private practice also vary widely.  The fees charged often are
> based on the product of hours devoted to the representation
> multiplied by the lawyer's customary rate.

Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984).  The Supreme Court has stated that a reasonable

attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs

by its own attorneys."  Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside

v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly

1  rate is the hourly amount to which attorneys in the area with comparable skill, experience and

2  reputation typically would be entitled as compensation.  <u>Blum v. Stenson</u>, 465 U.S. at 895 n.11.

3      SAM respectfully submits that the hourly rates for its attorneys and paraprofessionals and

4  the total amount of fees and expenses incurred are reasonable and appropriate in the relevant

5  community and in view of the circumstances of, and successful sale results that SAM helped

6  achieve in these cases.  SAM served an instrumental and critical role in these cases, serving as a

7  source of critical information, assisting the Debtors with their reporting and SEC compliance

8  obligations, handling all of the Debtors' corporate governance needs, assisting the Debtors'

9  prepare sale documents required to close a sale transaction, and assisting the Debtors' with

10  closing a sale transaction.  SAM also assisted the Debtors' preserve and protect the Debtors'

11  intellectual property, and handle various litigation matters.

12      SAM put forth an extraordinary amount of effort addressing all of the Debtors' needs in a

13  high pressure sale environment where emergency matters arose and were professionally and

14  successfully addressed by SAM.  SAM charged the Debtors SAM's "Emerging Growth" rates

15  that were negotiated by and between the Debtors and SAM and which reflect a reduced billing

16  rate as compared with SAM's standard hourly billing rates, which are comparable and

17  commensurate with the billing rates of similar corporate and securities, intellectual property, and

18  general litigation firms.

19      SAM respectfully submits that the foregoing establishes that SAM's requested fees and

20  expenses are reasonable and appropriate and should be approved by the Court.

21  **VI.**

22  <u>**CONCLUSION**</u>

23      WHEREFORE, SAM respectfully requests that this Court enter an order:

24      1.    Approving on an interim basis fees of $112,763.00 and expenses of $6,484.77 for

25  total fees and expenses of $119,247.77 incurred during the Covered Period of September 8, 2017

26  through and including November 20, 2017, and authorizing SAM to be paid this sum of

27  $119,247.77 from the funds in these estates; and

28      2.    Granting such other and further relief as the Court deems just and proper.

Dated: November 21, 2017

LEVENE, NEALE, BENDER, YOO & BRILL
L.L.P.

By_____*/s/ Krikor J. Meshefejian*_____
    RON BENDER
    LEVENE, NEALE, BENDER, YOO
    & BRILL L.L.P.
    Attorneys for Chapter 11 Debtors and
    Debtors in Possessions

## <u>DECLARATION OF SCOTT ALDERTON</u>

I, Scott Alderton, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.  Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the Fee Application to which this Declaration is attached (the "<u>Application</u>").

2.      I am a partner of Stubbs Alderton & Markiles LLP ("SAM"), the Debtors' corporate and securities, trademark, and litigation counsel.

3.      I make this Declaration in support of SAM's First Interim Application for Approval of Fees and Reimbursement of Expenses (the "<u>Application</u>") to which this Declaration is attached.  This Application pertains to services rendered and expenses incurred by SAM during the period of September 8, 2017 (the date of the Debtors' chapter 11 bankruptcy filings) through November 20, 2017 (the "<u>Covered Period</u>").

4.      To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the Application complies with all applicable statutes, rules, regulations and procedures.

5.      The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on SAM's business records, which are kept and maintained by SAM in the ordinary course of SAM's business.

6.      All expenses for outside services such as photocopying services, messenger and express mail services, postage and research services (Lexis and Westlaw) for which SAM requests reimbursement are the actual expenses incurred by SAM for such services, and SAM does not seek any additional amounts or profits with respect thereto.

7.      Attached hereto as Exhibit "1" is a detailed listing of all time entries for services performed, a summary of services performed, and specific descriptions of services performed, during the Covered Period.

8.      Attached hereto as Exhibit "2" is a detailed listing of all expenses incurred by SAM during the Covered Period (recognizing that there are at times delays between the date that

expenses are incurred by SAM and when they are entered into SAM's billing system so that additional expenses incurred during the Covered Period may not be contained in Exhibit "2" and will appear in the next fee application filed by SAM).

9.    Attached hereto as Exhibit "3" is a copy of SAM's firm resume and the resumes of its professionals and paraprofessionals.

10.    Attached hereto as Exhibit "4" is a listing of the applicable hourly billing rates of SAM's professionals and paraprofessionals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of November, 2017, at Los Angeles, California.



_____
SCOTT ALDERTON, ESQ.

14

# EXHIBIT "1"

Date: 11/09/2017                                                Detail Fee Transaction File List                                        Page: 1
                                                               Stubbs Alderton & Markiles, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Description | Ref # | Corp/Securities | IP | Litigation | Misc. Bankruptcy |
|--------|-----------|------|-----|------------------|------|---------------|--------|---|-------------|-------|-----------------|-----|------------|------------------|

**Timekeeper 1 Scott Alderton**

| Client | Trans Date | Tmkr | H P | Task | Rate | Hours | $ | Amount | Description | Ref # | Corp/Sec | IP | Lit | Misc. Bank |
|--------|-----------|------|-----|------|------|-------|---|--------|-------------|-------|----------|-----|-----|------------|
| IRONCLAD.22 | 09/11/2017 | 1 | A | 1 | 650 | 3.60 | $ | 2,340.00 | Attention to multiple issues in bankruptcy filings [1.3]; review Craig-Hallum Engagement Letter [0.5]; review Auction Sale Notice [0.5]; review Bid Procedures Order [0.5]; review Request to file Letter Under Seal [0.3]; review Emergency Motions and Bid Procedures [0.5]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 3.1 | | | 0.5 |
| IRONCLAD.22 | 09/12/2017 | 1 | A | 1 | 650 | 2.20 | $ | 1,430.00 | Discussion with Skadden regarding SEC Matters [0.7]; telephone call with Director Padnos[0.7]; review bankruptcy issues with Mr. Fritz [0.5]; review stay letters [0.3]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.4 | | | 0.8 |
| IRONCLAD.22 | 09/14/2017 | 1 | A | 1 | 650 | 1.90 | $ | 1,235.00 | Attention to SEC issues and D&O insurance claims [0.6]; multiple phone calls [1.3]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.9 | | | |
| IRONCLAD.22 | 09/18/2017 | 1 | A | 1 | 650 | 1.70 | $ | 1,105.00 | Telephone call with Mr. DiGregorio [0.7]; review issues relating to Australia Distributor and other BK matters [0.5]; analysis of D&O Policy and begin preparing response [0.5]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.2 | | | 0.5 |
| IRONCLAD.22 | 09/20/2017 | 1 | A | 1 | 650 | 2.20 | $ | 1,430.00 | Multiple calls with client to discuss BDO and SEC issues [0.8]; conference call with BDO and Skadden lawyers [0.8]; follow up call with Skadden lawyers [0.6]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 2.2 | | | |
| IRONCLAD.22 | 09/23/2017 | 1 | A | 1 | 650 | 1.20 | $ | 780.00 | Review BDO Materials [0.3]; attend call with counsel, Mike DiGregorio [0.9]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.2 | | | |
| IRONCLAD.22 | 09/25/2017 | 1 | A | 1 | 650 | 1.90 | $ | 1,235.00 | Multiple calls with Skadden and client [1.0]; review SEC response [0.4]; attention to 8K [0.5]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.9 | | | |
| IRONCLAD.22 | 09/27/2017 | 1 | A | 1 | 650 | 2.50 | $ | 1,625.00 | Review 8K [0.5]; review Employment Application [0.5]; telephone call with clients [1.0]; attention to multiple BK, insurance, accounting and other issues [0.5]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 1.5 | | 1 | |
| IRONCLAD.22 | 09/28/2017 | 1 | A | 1 | 650 | 0.70 | $ | 455.00 | Multiple calls with BK counsel and management team. [0.7] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | ARCH | 0.7 | | | |
| IRONCLAD.22 | 10/04/2017 | 1 | P | 1 | 650 | 2.50 | $ | 1,625.00 | Review Board deck and participate on Board Call [1.0]; attention to D&O Claim response [0.5]; telephone call with Mr. Dillon[1.0]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 39 | 2.5 | | | |
| IRONCLAD.22 | 10/09/2017 | 1 | P | 1 | 650 | 0.50 | $ | 325.00 | Telephone call with counsel and Mr. Gruelich. [0.5] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 49 | 0.5 | | | |
| IRONCLAD.22 | 10/11/2017 | 1 | P | 1 | 650 | 0.40 | $ | 260.00 | Telephone call with Mr. Bender. [0.4] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 50 | 0.4 | | | |
| IRONCLAD.22 | 10/11/2017 | 1 | P | 1 | 650 | 0.80 | $ | 520.00 | Meeting with Mr. Sherman and Mr. Elan regarding researching prospective issues in connection with lawsuit against accountants. [0.8] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 51 | 0.8 | | | |
| IRONCLAD.22 | 10/11/2017 | 1 | P | 1 | 650 | 0.50 | $ | 325.00 | Review Grainger acknowledgement. [0.5] Ironclad Performance Wear Corp. | 52 | 0.5 | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 10/16/2017 | 1 P | 1 | 650 | 1.00 $ | 650.00 | Ironclad Bankruptcy Proceedings<br>Review Item 8-K examples regarding SEC Investigation disclosure [0.5]; telephone call with Skadden attorney's regarding same and coordinate with Mr. Wharton the preparation of filing [0.5].<br>Ironclad Performance Wear Corp. | 56 | 1 | | |
| IRONCLAD.22 | 10/18/2017 | 1 P | 1 | 650 | 0.40 $ | 260.00 | Ironclad Bankruptcy Proceedings<br>Attention to disclosure of reports to Equity Committee, including discussions with counsel [0.4].<br>Ironclad Performance Wear Corp. | 57 | 0.4 | | |
| IRONCLAD.22 | 10/18/2017 | 1 P | 1 | 650 | 0.40 $ | 260.00 | Ironclad Bankruptcy Proceedings<br>Telephone call with Mr. Gruelich [0.4].<br>Ironclad Performance Wear Corp. | 58 | 0.4 | | |
| IRONCLAD.22 | 10/18/2017 | 1 P | 1 | 650 | 0.30 $ | 195.00 | Ironclad Bankruptcy Proceedings<br>Telephone call with Mr. DiGrigorio [0.3].<br>Ironclad Performance Wear Corp. | 59 | 0.3 | | |
| IRONCLAD.22 | 10/24/2017 | 1 P | 1 | 650 | 1.00 $ | 650.00 | Ironclad Bankruptcy Proceedings<br>Attend call with Skadden [1.0].<br>Ironclad Performance Wear Corp. | 70 | 1 | | |
| IRONCLAD.22 | 10/24/2017 | 1 P | 1 | 650 | 1.20 $ | 780.00 | Ironclad Bankruptcy Proceedings<br>Attention to document production for SEC [0.7] and related telephone call with Mr. DiGregorio [0.5].<br>Ironclad Performance Wear Corp. | 71 | 1.2 | | |
| IRONCLAD.22 | 10/25/2017 | 1 P | 1 | 650 | 0.50 $ | 325.00 | Ironclad Bankruptcy Proceedings<br>Telephone call with Mr. Bender [0.5].<br>Ironclad Performance Wear Corp. | 72 | 0.5 | | |
| IRONCLAD.22 | 10/25/2017 | 1 P | 1 | 650 | 0.80 $ | 520.00 | Ironclad Bankruptcy Proceedings<br>Telephone call with Mr. DiGregorio [0.5] and attention to BDO USA issues [0.3].<br>Ironclad Performance Wear Corp. | 73 | 0.8 | | |
| IRONCLAD.22 | 10/27/2017 | 1 P | 1 | 650 | 0.80 $ | 520.00 | Ironclad Bankruptcy Proceedings<br>Telephone call call with Mr. Bender [0.8].<br>Ironclad Performance Wear Corp. | 74 | 0.8 | | |
| IRONCLAD.22 | 10/27/2017 | 1 P | 1 | 650 | 1.20 $ | 780.00 | Ironclad Bankruptcy Proceedings<br>Attend Board of Directors call [1.2].<br>Ironclad Performance Wear Corp. | 75 | 1.2 | | |
| IRONCLAD.22 | 10/27/2017 | 1 P | 1 | 650 | 0.50 $ | 325.00 | Ironclad Bankruptcy Proceedings<br>Telephone call with Mr. DiGregorio [0.5].<br>Ironclad Performance Wear Corp. | 76 | 0.5 | | |
| IRONCLAD.22 | 10/29/2017 | 1 P | 1 | 650 | 1.40 $ | 910.00 | Ironclad Bankruptcy Proceedings<br>Review multiple bankruptcy motions [0.8] and discuss same with Mr. Bender [0.6].<br>Ironclad Performance Wear Corp. | 77 | | 1.4 | |
| IRONCLAD.22 | 10/30/2017 | 1 P | 1 | 650 | 1.80 $ | 1,170.00 | Ironclad Bankruptcy Proceedings<br>Attention to issues during BK Auction [0.8]; telephone call with Mr. Bender [1.0].<br>Ironclad Performance Wear Corp. | 78 | | 1.8 | |
| IRONCLAD.22 | 10/31/2017 | 1 P | 1 | 650 | 1.00 $ | 650.00 | Ironclad Bankruptcy Proceedings<br>Attend Board call with BK Counsel [1.0].<br>Ironclad Performance Wear Corp. | 79 | 1 | | |
| IRONCLAD.22 | 10/31/2017 | 1 P | 1 | 650 | 1.30 $ | 845.00 | Ironclad Bankruptcy Proceedings<br>Attend call with SEC Investigation counsel regarding Subpoena compliance [1.3].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 80 | 1.3 | | |
| Total for Timekeeper 1 | | | | Billable | 36.20 $ | 23,530.00 | Scott Alderton | | 30.2<br>$ 19,630.00 | | 6<br>$ 3,900.00 |
| Timekeeper 2 John McIlvery<br>IRONCLAD.22 | 09/20/2017 | 2 A | 1 | 650 | 0.40 $ | 260.00 | Review and respond to e-mails regarding disclosure of internal investigation and relief from SEC filings. [0.4]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.4 | | |
| Total for Timekeeper 2 | | | | Billable | 0.40 $ | 260.00 | John McIlvery | | 0.4<br>$ 260.00 | | |

Timekeeper 5 James A. Sedivy

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 10/20/2017 | 5 | A | 1 | 495 | 0.20 $ | 99.00 | Review noticew to client regarding TM issues regarding VISUAL ENGINEERING and WORKBOOTS FOR YOUR HANDS. [0.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.2 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Timekeeper 5 | | | | | Billable | 0.20 $ | 99.00 | James A. Sedivy | | 0.2 |
| | | | | | | | | | $ | 99.00 |

Timekeeper 16 Louis Wharton

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 09/08/2017 | 16 | A | 1 | 600 | 3.20 $ | 1,920.00 | Review and provide comments to various bankruptcy filings [1.7], press release [0.5] and Form 8-K [1.0].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 1.5 | 1.7 |
| IRONCLAD.22 | 09/11/2017 | 16 | A | 1 | 600 | 2.90 $ | 1,740.00 | Draft letter to Securities and Exchange Commission requesting filing relief. [2.5]  Review and respond to correspondence regarding option issuances. [0.4]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 2.9 | |
| IRONCLAD.22 | 09/12/2017 | 16 | A | 1 | 600 | 0.90 $ | 540.00 | Review and respond to correspondence regarding bankruptcy filings. [0.5]  Telephone conference with Skadden regarding Securities and Exchange Commission filings. [0.4]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.4 | 0.5 |
| IRONCLAD.22 | 09/13/2017 | 16 | A | 1 | 600 | 0.90 $ | 540.00 | Review and respond to correspondence regard public reporting requirements during bankruptcy. [0.9]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.9 | |
| IRONCLAD.22 | 09/14/2017 | 16 | A | 1 | 600 | 1.60 $ | 960.00 | Review and respond to correspondence regarding stockholder contact information. [0.4]  Correspond with Broadridge regarding distribution of materials to street name holders. [0.5]  Review and analyze letter from BDO. [0.7]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 1.6 | |
| IRONCLAD.22 | 09/17/2017 | 16 | A | 1 | 600 | 1.00 $ | 600.00 | Review and respond to correspondence regarding Bankruptcy filings. [0.2]  Research regarding reporting obligations under Section 10A of the Exchange Act. [0.8]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.8 | 0.2 |
| IRONCLAD.22 | 09/18/2017 | 16 | A | 1 | 600 | 7.40 $ | 4,440.00 | Correspond with Mr. Pliskin regarding Board Consents. [0.2]  Review and revise same. [0.8]  Continue research regarding SEC reporting obligations. [3.9]  Telephone conference with Messrs. Alderton and DiGregorio regarding same. [0.5]  Correspond with Ms. Moghaddam regarding same. [0.3]  Finalize Board Minutes. [1.0]  Correspond with Board of Directors regarding same. [0.2]  Review and revise Employment Application. [0.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 7.4 | |
| IRONCLAD.22 | 09/20/2017 | 16 | A | 1 | 600 | 6.50 $ | 3,900.00 | Research regarding SEC filing obligations under Exchange Act Sections 12(g), 13(a) and 15(d). [1.5]  Research regarding audit requirements under Exchange Act Section 10A. [3.5]  Telephone conference with working group regarding audit matters. [1.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 6.5 | |
| IRONCLAD.22 | 09/21/2017 | 16 | A | 1 | 600 | 0.20 $ | 120.00 | Correspond with Broadridge regarding NOBO List. [0.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 0.2 | |
| IRONCLAD.22 | 09/23/2017 | 16 | A | 1 | 600 | 3.50 $ | 2,100.00 | Research reporting requirements based on BDO LLC 10A report and resignation letter. [2.0]  Correspond with counsel regarding same. [0.5] Telephone conference with members of the Board and Skadden Arps regarding same. [1.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 3.5 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 09/25/2017 | 16 | A | 1 | 600 | 0.30 | $ | 180.00 | Review 10A response letter. [0.3] | ARCH | 0.3 |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 09/26/2017 | 16 | A | 1 | 600 | 3.20 | $ | 1,920.00 | Review and respond to correspondence regarding various bankruptcy matters. [0.7] Draft form 8-K regarding BDO resignation. [2.5] | ARCH | 2.5 | 0.7 |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 09/27/2017 | 16 | A | 1 | 600 | 5.10 | $ | 3,060.00 | Continue review and revision of Form 8-K. [1.5] Correspond with working group regarding same. [0.2] Draft Board Consents regarding new bank accounts. [0.5] Finalize and circulate Board Consents and Board Minutes regarding recent corporate actions. [1.5] Review and revise Employee Proprietary Information and Inventions Agreement. [1.2] Correspond with Mr. Pliskin regarding same. [0.2] | ARCH | 5.1 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 09/29/2017 | 16 | A | 1 | 600 | 0.40 | $ | 240.00 | Review and revise Non-Disclosure Agreement for Marquee Brands. [0.4] | ARCH | 0.4 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/03/2017 | 16 | P | 1 | 600 | 0.20 | $ | 120.00 | Compile executed Board Consents. Correspond with Mr. Pliskin regarding same. [0.2] | 34 | 0.2 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/04/2017 | 16 | P | 1 | 600 | 2.50 | $ | 1,500.00 | Attend Board Meeting and draft minutes. [2.2] Review and revise Marquee Non-Disclosure Agreement. [0.3] | 35 | 2.5 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/05/2017 | 16 | P | 1 | 600 | 3.60 | $ | 2,160.00 | Review and respond to correspondence regarding bankruptcy filings related to sale transaction. [2.6] Draft Board Minutes. [1.0] | 36 | 1 | 2.6 |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/06/2017 | 16 | P | 1 | 600 | 2.10 | $ | 1,260.00 | Review Sale Motion, Sale Order and related documents. [1.3] Coordinate execution of Non-Disclosure Agreements in connection with sale transaction. [0.5] Coordinate compilation and execution of outstanding corporate documents. [0.3] | 15 | 0.8 | 1.3 |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>2017 Strategic Transaction | | | |
| IRONCLAD.22 | 10/11/2017 | 16 | P | 1 | 600 | 1.80 | $ | 1,080.00 | Review records regarding BDO Engagement Letter and corporate governance policies. [0.8] Correspond with working group regarding same. [0.2] Review and revise Stipulation Providing for Assumption and Assignment of Executory Contract. [0.5] Telephone conference with Mr. Pliskin regarding same. [0.3] | 40 | 1 | 0.8 |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/12/2017 | 16 | P | 1 | 600 | 3.60 | $ | 2,160.00 | Review Grainger Proposal and Grainger agreements and prepare comments to Grainger proposal. [3.6] | 41 | 3.6 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/13/2017 | 16 | P | 1 | 600 | 1.40 | $ | 840.00 | Continue preparation of comments to Grainger proposal. [1.2] Correspond with Mr. Greulich regarding same. [0.2] | 42 | 1.4 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/15/2017 | 16 | P | 1 | 600 | 0.60 | $ | 360.00 | Draft amendment to Form 8-K regarding BDO letter. [0.6] | 43 | 0.6 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/18/2017 | 16 | P | 1 | 600 | 0.50 | $ | 300.00 | Correspond with Mr. Meshefejian regarding director policies. [0.5] | 53 | 0.5 | |
| | | | | | | | | | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 10/20/2017 | 16 | P | 1 | 600 | 0.70 $ | 420.00 | Correspond with Mr. Pliskin regarding employment agreements. [0.3]  Research regarding Form 8-K requirements in connection with Status Report. [0.4] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 54 | 0.7 | |
| IRONCLAD.22 | 10/23/2017 | 16 | P | 1 | 600 | 0.50 $ | 300.00 | Review correspondence regarding Grainger claim and Securities and Exchange Commission inquiry. [0.5] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 67 | 0.5 | |
| IRONCLAD.22 | 10/24/2017 | 16 | P | 1 | 600 | 2.10 $ | 1,260.00 | Review and prepare initial responses to memorandum regarding Securities and Exchange Commission inquiry. [1.1]  Attend conference call regarding same. [1.0] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 68 | 2.1 | |
| IRONCLAD.22 | 10/26/2017 | 16 | P | 1 | 600 | 0.20 $ | 120.00 | Correspond with Mr. Pliskin regarding corporate documents. [0.2] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 69 | 0.2 | |
| IRONCLAD.22 | 10/27/2017 | 16 | P | 1 | 600 | 2.70 $ | 1,620.00 | Review and respond to correspondence regarding diligence requests. [2.2] Review memorandum regarding potential claims against third parties. [0.5] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 64 | 2.7 | |
| IRONCLAD.22 | 10/30/2017 | 16 | P | 1 | 600 | 4.90 $ | 2,940.00 | Review materials regarding auction process. [0.7] Correspond with Mr. Pliskin regarding Securities and Exchange Commission filings. [0.2] Review corporate records for indemnification agreements and Non-Disclosure Agreements. [1.0] Correspond with Mr. Emslie regarding UK entity. [0.6] Review revisions to Asset Purchase Agreement. [0.8] Draft Form 8-K regarding same. [1.3] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 66 | 4.2 | 0.7 |
| Total for Timekeeper 16 | | | | | Billable | 64.50 $ | 38,700.00 | Louis Wharton | | 56  $  33,600.00 | 8.5  $  5,100.00 |
| Timekeeper 23 Michael Sherman | | | | | | | | | | | |
| IRONCLAD.22 | 10/11/2017 | 23 | P | 1 | 585 | 1.00 $ | 585.00 | Telephone call with Mr. Alderton and Mr. Bender regarding Bankruptcy/litigation issues [0.5]; meeting with Mr. Alderton and Mr. Elan regarding statute of limitations issues [0.5]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 62 | 0.5 | 0.5 |
| IRONCLAD.22 | 10/17/2017 | 23 | P | 1 | 585 | 0.30 $ | 175.50 | Preliminary review of memorandum regarding BDO claims and statute of limitations issues. [0.3] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 61 | 0.3 | |
| IRONCLAD.22 | 10/24/2017 | 23 | P | 1 | 585 | 1.00 $ | 585.00 | Review BDO claims. [1.0] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 63 | 1 | |
| IRONCLAD.22 | 10/25/2017 | 23 | P | 1 | 585 | 0.60 $ | 351.00 | Telephone calls with Mr. Steyer and Mr. Alderton regarding claims against BDO Seidman. [0.6] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 65 | 0.6 | |
| Total for Timekeeper 23 | | | | | Billable | 2.90 $ | 1,696.50 | Michael Sherman | | 2.4  $  1,404.00 | 0.5  $  292.50 |
| Timekeeper 24 Christine Morigi | | | | | | | | | | | |
| IRONCLAD.22 | 10/03/2017 | 24 | P | 1 | 250 | 1.10 $ | 275.00 | Research and prepare for client conference [0.2]. Telephone call with Think HR regarding labor release and Texas methodology regarding employment claims [0.4]. Review federal exemption laws [0.2].  Telephone call with client [0.3]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 33 | 1.1 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Timekeeper 24 | | | | Billable | 1.10 | $ | 275.00 | Christine Morigi | | |
| | | | | | | | | | 1.1 | |
| | | | | | | | | | $ | 275.00 |
| **Timekeeper 31 Tami C. Solomon** | | | | | | | | | | |
| IRONCLAD.22 | 09/08/2017 | 31 A | 1 | 250 | 4.00 | $ | 1,000.00 | Attention to status report for worldwide trademarks;[0.2] request status updates for mark in China [2.5] and Indonesia. [1.3]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 4 |
| IRONCLAD.22 | 09/11/2017 | 31 A | 1 | 250 | 2.70 | $ | 675.00 | Finalize status report and forward to Mr. Gersh and forward Trademark; [2.5] report to client. [0.2]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 2.7 |
| IRONCLAD.22 | 09/12/2017 | 31 A | 1 | 250 | 0.20 | $ | 50.00 | Attention to Appeal for Refusal to Trade Mark Application No. 21081271 IVE in Class 25;[0.1] provide instructions to counsel not to file supplemental arguments. [0.1]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.2 |
| IRONCLAD.22 | 09/12/2017 | 31 A | 1 | 250 | 0.30 | $ | 75.00 | Attention to Trade Mark Applications Nos. 19945514 IRONCLAD and 19945512  (IRONCLAD & DEVICE) both in Class 9; [0.1] Prepare correspondence to client regarding the acceptance and publication of both marks. [0.2]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.3 |
| IRONCLAD.22 | 09/12/2017 | 31 A | 1 | 250 | 0.30 | $ | 75.00 | Attention to Invalidation against the cited mark No. 13915530 in class 25 in the name of Li Mingzhu; [0.1] Prepare correspondence to foreign counsel to confirm the deadline to file supplemental evidence and recommendations. [0.2]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.3 |
| IRONCLAD.22 | 09/13/2017 | 31 A | 1 | 250 | 0.10 | $ | 25.00 | Physical market search for use of IRONCLAD in class 9 in the name of Antony Chenova in Indonesia; receive instructions to file a response to the office action. [0.1]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.1 |
| IRONCLAD.22 | 09/13/2017 | 31 A | 1 | 250 | 0.30 | $ | 75.00 | Attention to IVE applications in China; [0.1] prepare correspondence to foreign counsel regarding the client's instructions. [0.2]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.3 |
| IRONCLAD.22 | 09/13/2017 | 31 A | 1 | 250 | 0.60 | $ | 150.00 | Attention to allowance of trademarks in Canada; [0.1] Prepare correspondence to client regarding same for Canadian Trademark Application Nos. 1,743,711, 1,743,712 and 1,746,025. [0.5]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.6 |
| IRONCLAD.22 | 09/14/2017 | 31 A | 1 | 250 | 0.60 | $ | 150.00 | Receive notice of Registration for IRONCLAD in classes 09, 28 [0.1] and KONG in class 09; [0.1]prepare correspondence to client regarding same. [0.4]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.6 |
| IRONCLAD.22 | 09/15/2017 | 31 A | 1 | 250 | 0.40 | $ | 100.00 | Receive correspondence from counsel in connection with IVE applications in China; [0.2] update records for same. [0.2]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.4 |
| IRONCLAD.22 | 09/15/2017 | 31 A | 1 | 250 | 0.30 | $ | 75.00 | Attention to filing new trademark applications in Brazil for KONG and IRONCLAD in class 25;[0.1] receive POA from client for same. [0.1]  Instruct foreign counsel to proceed with filings. [0.1]<br>Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting | ARCH | 0.3 |
| IRONCLAD.22 | 09/19/2017 | 31 A | 1 | 250 | 1.00 | $ | 250.00 | Prepare trademark report and status for the purpose of showing up coming actions and costs estimates. [1.0] | ARCH | 1 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 09/19/2017 | 31 | A | 1 | 250 | 0.30 $ | 75.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Attention to Registrations of IRONCLAD and KONG in India for classes 09 and 28;[0.1] prepare correspondence to the client for same.[0.2] | ARCH | 0.3 |
| IRONCLAD.22 | 09/20/2017 | 31 | A | 1 | 250 | 1.30 $ | 325.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Prepare cost quote for persecution of worldwide trademarks for Ironclad up to November 30 2017;[1.1] forward to Mr. Wharton.[0.2] | ARCH | 1.3 |
| IRONCLAD.22 | 09/22/2017 | 31 | A | 1 | 250 | 0.30 $ | 75.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Attention to Invalidation of KONG in the name of Li Mingzhu in China; [0.1] receive requested supplemental evidence and forward to foreign counsel for review.[0.2] | ARCH | 0.3 |
| IRONCLAD.22 | 09/25/2017 | 31 | A | 1 | 250 | 0.20 $ | 50.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Attention to renewals for COWBOY CUFF and MAJORED IN SWEAT, MINORED IN DIRT; [0.1] request instructions from client.[0.1] | ARCH | 0.2 |
| IRONCLAD.22 | 09/29/2017 | 31 | A | 1 | 250 | 0.50 $ | 125.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Attention to Invalidation against the cited mark No. 13915530 in class 25 in the name of Li Mingzhu; [0.3] request for further evidence from client for same.[0.2] | ARCH | 0.5 |
| IRONCLAD.22 | 10/02/2017 | 31 | P | 1 | 250 | 0.30 $ | 75.00 | Ironclad Performance Wear Corp.<br>Trademark and Counterfeiting<br>Attention to Invalidation against the cited mark No. 13915530 in class 25 in the name of Li Mingzhu;[0.1] request for evidence from client for same;[0.1] provide cost to the client for foreign counsel to file the rebuttal.[0.1] | 89 | 0.3 |
| IRONCLAD.22 | 10/02/2017 | 31 | P | 1 | 250 | 0.50 $ | 125.00 | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Attention to Canadian Mark: IVE & Design 1,746,025 Classes 09, 25; [0.2] prepare correspondence to client regarding the deadline to file the Declaration of Use.[0.3] | 90 | 0.5 |
| IRONCLAD.22 | 10/02/2017 | 31 | P | 1 | 250 | 0.30 $ | 75.00 | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Attention Canadian Mark: DIAMOND Design Application No. 1,743,711;[0.1] prepare correspondence to client regarding the deadline to file the Declaration of Use.[0.2] | 91 | 0.3 |
| IRONCLAD.22 | 10/05/2017 | 31 | P | 1 | 250 | 0.20 $ | 50.00 | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Attention to new trademark filings in Brazil for KONG and IRONCLAD; [0.1] report filing particulars to the client and docket same.[0.2] | 92 | 0.2 |
| IRONCLAD.22 | 10/09/2017 | 31 | P | 1 | 250 | 0.30 $ | 75.00 | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Attention to China - Invalidation against the cited mark No. 13915530 KONG in class 25 in the name of Li Mingzhu; [0.1]prepare correspondence to client regarding further recommendations from counsel.[0.2] | 93 | 0.3 |
| IRONCLAD.22 | 10/10/2017 | 31 | P | 1 | 250 | 0.20 $ | 50.00 | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Attention to China - Invalidation against the cited mark No. 13915530 KONG in class 25 in the name of Li Mingzhu (a Chinese individual); [0.1] prepare correspondence to client regarding further recommendations from counsel.[0.2] | 94 | 0.2 |
| IRONCLAD.22 | 10/19/2017 | 31 | P | 1 | 250 | 0.00 $ | - | Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings<br>Receive and review correspondence from the United States Patent and Trademark Office in connection with Statement of Use for US Trademark VISUAL ENGINEERING and WORKBOOTS FOR YOUR | 95 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | HANDS in classes 25 and 35; [0.1] Prepare correspondence to client regarding same and pull specimens of use.[0.2] | | | |
| | | | | | | | Ironclad Performance Wear Corp. | | | |
| | | | | | | | Ironclad Bankruptcy Proceedings | | | |
| IRONCLAD.22 | 10/23/2017 | 31 | P | 1 | 250 | 0.50 | $ 125.00 | Attention to Registered Trademark No. 3508921 in Class 25 for IRONCLAD (word) in India;[0.2] docket same and forward to client.[0.3] | 96 | 0.5 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/24/2017 | 31 | P | 1 | 250 | 0.00 | $ - | Receive and review correspondence from the United States Patent and Trademark Office in connection with Statement of Use for US Trademark VISUAL ENGINEERING and WORKBOOTS FOR YOUR HANDS in classes 25 and 35; follow up with client regarding same and pull specimens of use.[0.2] | 97 | 0 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/27/2017 | 31 | P | 95 | 250 | 0.00 | $ - | Attention to Statement of Use for VISUAL ENGINEERING in class 25; [0.2] Exchange correspondence with client and request further information. Check links provided by client and gather specimens of use.[0.8] | 98 | 0 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/27/2017 | 31 | P | 1 | 250 | 0.40 | $ 100.00 | Attention to China- Non-use cancellation against trademark Registration No. 7966546 "IVE & AI WEI YI in Chinese" in class 9; [0.2] receive news from foreign counsel of the unfavorable decision and notify client of same.[0.2] | 99 | 0.4 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/27/2017 | 31 | P | 1 | 250 | 0.40 | $ 100.00 | Attention to Deadline to appeal for Trademark Application No. 22350775 KONG in Class 9; [0.1] prepare correspondence to client requesting instructions.[0.3] | 100 | 0.4 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/27/2017 | 31 | P | 1 | 250 | 0.30 | $ 75.00 | Attention to Indonesia Notice of Rejection against Trademark Application KONG in class 9 in the name of Ironclad Performance Wear Corp; [0.1]review correspondence.[0.2] | 101 | 0.3 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/27/2017 | 31 | P | 95 | 250 | 0.00 | $ - | Attention to filing request for an Extension of Time in which to file a Statement of Use in connection with the pending trademark application for VISUAL ENGINEERING Cl. 25 Serial number 86737038. [0.5] | 102 | 0 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/31/2017 | 31 | P | 1 | 250 | 0.20 | $ 50.00 | Follow up with Mr. Jaeger regarding KONG in China;[0.1] requested a conference call to discuss issues.[0.1] | 103 | 0.2 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total for Timekeeper 31 | | | Billable | 17.00 | $ 4,250.00 | Tami C. Solomon | 17 |
| | | | Non-billabl | 0.00 | $ - | | |
| | | | Total | 17.00 | $ 4,250.00 | | |
| | | | | | | | $ 4,250.00 |

Timekeeper 38 Stephen A. Carroll

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 09/14/2017 | 38 | A | 89 | 250 | 1.20 | $ - | Attention to filing of Matthew Pliskin Form 3 with SEC; [.4] update his EDGAR Codes and calls to SEC regarding same. [.8] | ARCH | 0 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | SEC Compliance-Fixed Fee | | |
| IRONCLAD.22 | 10/26/2017 | 38 | P | 1 | 250 | 0.20 | $ 50.00 | Obtain long form charter from NV Secretary of State. [.2] | 60 | 0.2 |
| | | | | | | | | Ironclad Performance Wear Corp. | | |
| | | | | | | | | Ironclad Bankruptcy Proceedings | | |
| IRONCLAD.22 | 10/31/2017 | 38 | P | 1 | 250 | 0.40 | $ 100.00 | Attention to entity due diligence. [.2] obtain plain and | 81 | 0.4 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | certified copies of Ironclad Performance Wear Corporation (CA entity) organizational/charter documents. [.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | | | | |
| Total for Timekeeper 38 | | | | | Billable | 0.60 | $  150.00 | Stephen A. Carroll | | 0.6 | |
| | | | | | Non-billabl | 1.20 | $   - | | | | |
| | | | | | Total | 1.80 | $  150.00 | | | | |
| | | | | | | | | | $  150.00 | | |
| **Timekeeper 44 Grace H. Kim** | | | | | | | | | | | |
| IRONCLAD.22 | 09/18/2017 | 44 | A | 1 | 250 | 1.70 | $  425.00 | Draft Florida form Employee Proprietary Information and Inventions Assignment Agreement. [1.7]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 1.7 | |
| IRONCLAD.22 | 09/19/2017 | 44 | A | 1 | 250 | 1.10 | $  275.00 | Draft Florida form Employee Proprietary Information and Inventions Assignment Agreement. [1.1]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH | 1.1 | |
| Total for Timekeeper 44 | | | | | Billable | 2.80 | $  700.00 | Grace H. Kim | | 2.8 | |
| | | | | | | | | | $  700.00 | | |
| **Timekeeper 53 Neil Elan** | | | | | | | | | | | |
| IRONCLAD.22 | 10/11/2017 | 53 | P | 1 | 425 | 2.00 | $  850.00 | Initial legal research regarding accounting malpractice and contract breach under New York law. [2.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 44 | 2 | |
| IRONCLAD.22 | 10/11/2017 | 53 | P | 1 | 425 | 0.30 | $  127.50 | Meeting regarding engagement letter and accounting malpractice and contract breach claims. [0.3]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 45 | 0.3 | |
| IRONCLAD.22 | 10/12/2017 | 53 | P | 1 | 425 | 2.00 | $  850.00 | Further legal research regarding accounting malpractice and breach of contract. [2.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 46 | 2 | |
| IRONCLAD.22 | 10/13/2017 | 53 | P | 1 | 425 | 3.00 | $  1,275.00 | Begin to prepare Memorandum regarding Ironclad's causes of action against BDO. [3.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 47 | 3 | |
| IRONCLAD.22 | 10/13/2017 | 53 | P | 1 | 425 | 4.00 | $  1,700.00 | Further preparation of Memorandum regarding Ironclad's causes of action against BDO. [4.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 48 | 4 | |
| IRONCLAD.22 | 10/16/2017 | 53 | P | 1 | 425 | 5.30 | $  2,252.50 | Finalize Memorandum regarding claims against BDO and final legal research regarding same. [5.3]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 55 | 5.3 | |
| IRONCLAD.22 | 10/27/2017 | 53 | P | 1 | 425 | 3.00 | $  1,275.00 | Legal research regarding faithless servant doctrine and forfeiting of stock options. [3.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 82 | 3 | |
| Total for Timekeeper 53 | | | | | Billable | 19.60 | $  8,330.00 | Neil Elan | | 19.6 | |
| | | | | | | | | | $  8,330.00 | | |
| | | | | | GRAND TOTALS | | | | | | |
| | | | | | Billable | 145.30 | $  77,990.50 | | 91.3 | 17 | 22 | 15 |
| | | | | | Non-billabl | 1.20 | $   - | | | | | |
| | | | | | Total | 146.50 | $  77,990.50 | | $  54,714.00 | $  4,250.00 | $  9,734.00 | $  9,292.50 |

Date: 11/20/2017

Detail Fee Transaction File List
Stubbs Alderton & Markiles, LLP

Page: 1

| Client | Trans Date | Tmk | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # | Corp/Securities | IP | Litigation | Misc. Bankruptcy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Timekeeper 1 Scott Alderton | | | | | | | | | | | | | |
| IRONCLAD.22 | 11/06/2017 | 1 | P | 1 | 650 | 0.60 | $ | 390.00 | Attend Board call. | 140 | 0.60 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/07/2017 | 1 | P | 1 | 650 | 0.90 | $ | 585.00 | Conference call with BK counsel to review Asset Purchase Agreement issues and closing schedule. | 141 | 0.90 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/08/2017 | 1 | P | 1 | 650 | 0.20 | $ | 130.00 | Review emails and reply regarding Skadden fee issues. | 142 | | | | 0.20 |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/08/2017 | 1 | P | 1 | 650 | 0.30 | $ | 195.00 | Review and attention to hiring letter in Canada and US. | 143 | 0.30 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/09/2017 | 1 | P | 1 | 650 | 0.50 | $ | 325.00 | Telephone call with Mr. DiGregorio and follow up regarding D&O claim. | 144 | 0.50 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/09/2017 | 1 | P | 1 | 650 | 0.70 | $ | 455.00 | Attention of review of 8K issues and subsequent discussions of same. | 145 | 0.70 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/13/2017 | 1 | P | 1 | 650 | 1.00 | $ | 650.00 | Review closing documents and status issues with Ms. Laffey. | 153 | 1.00 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/13/2017 | 1 | P | 1 | 650 | 0.30 | $ | 195.00 | Telephone call with Mr. Bender regarding resolution of closing issues. | 154 | 0.30 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/14/2017 | 1 | P | 1 | 650 | 0.40 | $ | 260.00 | Review No Action response and reply to questions from board. | 155 | 0.40 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/14/2017 | 1 | P | 1 | 650 | 0.40 | $ | 260.00 | Review 8K. | 156 | 0.40 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/15/2017 | 1 | P | 1 | 650 | 0.70 | $ | 455.00 | Telephone call with QBE regarding coverage claim under D&O Policy. | 157 | 0.70 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| Total for Timekeeper 1 | | | | | Billable | 6.00 | $ | 3,900.00 | Scott Alderton | | 5.80 | | | 0.20 |
| | | | | | | | | | | | $ 3,770.00 | | | $ 130.00 |
| Timekeeper 16 Louis Wharton | | | | | | | | | | | | | | |
| IRONCLAD.22 | 11/01/2017 | # | P | 1 | 600 | 1.40 | $ | 840.00 | Review and revise Form 8-K in response to correspondence regarding same. [1.0]  Review revisions to Sale Order. [0.4] | 83 | 1 | | | 0.4 |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/03/2017 | # | P | 1 | 600 | 0.80 | $ | 480.00 | Review correspondence regarding BBI Asset Purchase Agreement and Sale Order. [0.8] | 84 | 0.8 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |
| IRONCLAD.22 | 11/06/2017 | # | P | 1 | 600 | 1.00 | $ | 600.00 | Telephone conference with Board and Skadden regarding Section 10A matters and representation. [1.0] | 86 | 1 | | | |
| | | | | | | | | | Ironclad Performance Wear Corp. | | | | | |
| | | | | | | | | | Ironclad Bankruptcy Proceedings | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/07/2017 | # | P | 1 | 600 | 2.90 | $ | 1,740.00 | Continue drafting Form 8-K. [1.2] Correspond with working group regarding same. [0.2] Telephone conference with Messrs. Bender and Alderton and Ms. Kim regarding closing items for asset sale transaction. [0.5] Revise Form 8-K and coordinate EDGAR processing. [1.0]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 88 | 2.90 |
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 600 | 2.10 | $ | 1,260.00 | Review and revise termination letters and releases for Texas and California employees. [1.6] Review and revise Trademark Assignment, Patent Assignment, Copyright Assignment and Bill of Sale. [0.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 104 | 2.10 |
| IRONCLAD.22 | 11/09/2017 | # | P | 1 | 600 | 0.70 | $ | 420.00 | Review corporate statutes regarding impact of bankruptcy proceeding. [0.2].  Telephone conferences with and correspondence to FCC, LLC and Wells Fargo Century, Inc. regarding lien releases. [0.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 106 | 0.70 |
| IRONCLAD.22 | 11/10/2017 | # | P | 1 | 600 | 5.60 | $ | 3,360.00 | Telephone conference with FINRA regarding notice of action for name change and bankruptcy.  Research regarding same. [0.4].  Review correspondence regarding emergency hearing to effectuate name change. [0.2]  Telephone conference with Mr. Bloomer regarding option matters. [0.2]  Telephone calls to FCC, LLC and Wells Fargo Century, Inc. regarding lien releases. [0.3]  Review and revise name change amendments. [0.2]  Correspond with Mr. Anglin from Wells Fargo regarding lien release. [0.3]  Review and compile information responsive to FINRA Issuer Company Related Action Notification. [2.7]  Revise letter to Securities and Exchange Commission seeking limited filing relief. [1.3]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 118 | 5.4 | 0.2 |
| IRONCLAD.22 | 11/13/2017 | # | P | 1 | 600 | 5.20 | $ | 3,120.00 | Telephone conferences with and correspondence to OTC Markets Group, the Financial Industry Regulatory Authority and the CUSIP Global Services regarding name change. [1.5]  Review and provide comments to emergency name change motion. [0.6]  Review Asset Purchase Agreement and Non-Disclosure Agreements in connection with assignment of same and other closing items. [1.5]  Telephone conference with working group regarding closing asset sale transaction. [1.0]  Review and provide comments to First Amendment to Asset Purchase Agreement. [0.4]  Review and respond to correspondence regarding option exercises. [0.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 127 | 4.6 | 0.6 |
| IRONCLAD.22 | 11/15/2017 | # | P | 1 | 600 | 4.20 | $ | 2,520.00 | Attend hearing regarding emergency motion on name change and other calendared matters. [3.4]  Correspond with management and Board of Directors regarding revisions to Form 8-K; revise same. [0.3]  Correspond with working group regarding Second Amendment to Asset Purchase Agreement; review and provide comments to same. [0.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 147 | 0.8 | 3.4 |
| IRONCLAD.22 | 11/16/2017 | # | P | 1 | 600 | 1.40 | $ | 840.00 | Correspond with FINRA and CUSIP Global Services regarding name change amendments. [0.5]  Review and respond to correspondence related to effectuating Nevada filing. [0.5]  Review and revise Form 8-K regarding asset sale transaction. [0.4]<br>Ironclad Performance Wear Corp. | 149 | 1.40 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/17/2017 | # | P | 1 | 600 | 1.40 | $ | 840.00 | Ironclad Bankruptcy Proceedings<br>Correspond with FINRA and working group regarding effectiveness of FINRA name change. [0.5]  Finalize and file Form 8-K. [0.4]  Review and respond to correspondence regarding Nevada amendment filing. [0.2]  Draft instruction letter to transfer agent regarding option exercises. [0.3]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 158 | 1.40 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Timekeeper 16 | | | | Billable | 26.70 | $ | 16,020.00 | Louis Wharton | **22.1**<br>$ **13,260.00** | **4.6**<br>$ **2,760.00** |

**Timekeeper 24 Christine Morigi**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 2.50 | $ | 625.00 | Review Canadian termination letter. [.5] Research and revise for California and Texas employees. [1.5] Conferences with L. Wharton regarding same. [.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 125 | 2.50 |
| IRONCLAD.22 | 11/10/2017 | # | P | 1 | 250 | 1.50 | $ | 375.00 | Research regarding Texas vacation maximums, rollovers, policy requirements. [.5] Telephone call to Labor Commissioner. [.5] Prepare email to Matt regarding policies in place for target employee. [.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 124 | 1.50 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Timekeeper 24 | | | | Billable | 4.00 | $ | 1,000.00 | Christine Morigi | **4.00**<br>$ **1,000.00** | |

**Timekeeper 27 Kelly Siobhan Laffey**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 460 | 5.20 | $ | 2,392.00 | Draft Bill of Sale and Assignment of Rights Agreement. [0.8] Draft Trademark Assignment Agreement. [0.8] Draft Patent Assignment Agreement. [0.8] Draft Trademark Assignment Agreement. [0.8] Draft Sellers Closing Certificate. [0.4] Draft certificates of non-foreign status for each seller. [0.5]. Draft W-9 certificates. [0.5] Research changing the corporate name without obtaining board and shareholder approval. [0.6]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 129 | 5.20 |
| IRONCLAD.22 | 11/09/2017 | # | P | 1 | 460 | 2.60 | $ | 1,196.00 | Draft form of Consent to Assignment of Rights under Nondisclosure Agreements [1.2] Revise closing documents per comments from bankruptcy counsel and buyer's counsel [1.4]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 130 | 2.60 |
| IRONCLAD.22 | 11/10/2017 | # | P | 1 | 460 | 4.50 | $ | 2,070.00 | Finalize closing documents in connection with Asset Sale. [1.0] Research notification required for FINRA in connection with name change and bankruptcy [1.0] Prepare notification to FINRA in connection with name change. [2.5]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 131 | 4.50 |
| IRONCLAD.22 | 11/12/2017 | # | P | 1 | 460 | 0.20 | $ | 92.00 | Finalize intellectual property assignment schedules. [0.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 132 | 0.20 |
| IRONCLAD.22 | 11/13/2017 | # | P | 1 | 460 | 5.20 | $ | 2,392.00 | Telephone conference with working group regarding closing asset sale transaction. [1.0]  Finalize closing documents in connection with Asset Sale. [1.0] Prepare signature pages to Asset Purchase Agreement and all closing documents. [0.7] Draft First Amendment to Asset Purchase Agreement. [1.3] Prepare name change filings and coordinate process for secretary of state of California and Nevada. [1.2]<br>Ironclad Performance Wear Corp. | 150 | 5.20 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/14/2017 | # | P | 1 | 460 | 1.60 | $ | 736.00 | Ironclad Bankruptcy Proceedings<br>Assemble fully executed documents in connection with closing of Asset Sale. [0.8] Correspondence with buyer's counsel and bankruptcy counsel to coordinate closing. [0.8]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 151 | 1.60 |
| IRONCLAD.22 | 11/15/2017 | # | P | 1 | 460 | 0.90 | $ | 414.00 | Obtain signatures to name change filings and prepare for filing. [0.3] Draft Second Amendment to Asset Purchase Agreement. [0.6]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 152 | 0.90 |
| IRONCLAD.22 | 11/16/2017 | # | P | 1 | 460 | 1.30 | $ | 598.00 | Revise name change filings per comments from the secretary of state of Nevada and California. [0.7] Finalize Second Amendment to Asset Purchase Agreement and coordinate execution of same. [0.6]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 159 | 1.30 |
| Total for Timekeeper 27 | | | | | Billable | 21.50 | $ | 9,890.00 | Kelly Siobhan Laffey | | 21.50 |
| | | | | | | | | | | $ | 9,890.00 |
| Timekeeper 31 Tami C. Solomon | | | | | | | | | | | |
| IRONCLAD.22 | 11/02/2017 | # | P | 1 | 250 | 0.40 | $ | 100.00 | Prepare for and engage in teleconference with client in regards to Trademark Appl. No. 22350775 KONG in Class 9 in China [0.2]; provide instruction regarding appeal and non-use cancellation. [0.2]<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 133 | 0.40 |
| IRONCLAD.22 | 11/02/2017 | # | P | 95 | 250 | 0.50 | $ | - | Attention to filing request for an Extension of Time in which to file a Statement of Use in connection with the pending trademark application for WORKBOOTS FOR YOUR HANDS  Serial number 86298262.<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 134 | 0.00 |
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 0.80 | $ | 200.00 | Attention to notice of allowance for VISUAL ENGINEERING, IVE, Design 1 and Design 2 in class 09 and 25 in Brazil [0.2]; prepare correspondence to client regarding same [0.3] and request instructions for registration fee payment deadline [0.3].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 135 | 0.80 |
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 0.30 | $ | 75.00 | Attention to NOTICE OF REJECTION in Brazil for the Glove Design Trade Mark Application N 910163995 and Trade Mark Application N 910163995 [0.2]; Prepare correspondence to client with deadline to appeal and request instructions for same [0.1].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 136 | 0.30 |
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 0.50 | $ | 125.00 | Update the Ironclad worldwide trademarks status report.<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 137 | 0.50 |
| IRONCLAD.22 | 11/09/2017 | # | P | 1 | 250 | 2.80 | $ | 700.00 | Attention to Ironclad closing documents; Search and prepare lists of Trademarks [1.5] and Copyrights [1.0]; Coordinate patent list [0.3].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 138 | 2.80 |
| IRONCLAD.22 | 11/10/2017 | # | P | 1 | 250 | 3.50 | $ | 875.00 | Attention to Ironclad closing documents; Search and prepare lists of Trademarks [2.0] and Copyrights [1.3]; Coordinate patent list and IP charts for Ironclad [0.2].<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | 139 | 3.50 |
| IRONCLAD.22 | 11/13/2017 | # | P | 1 | 250 | 0.90 | $ | 225.00 | Attention to TS1 trademark Registration number 4433852 [0.1]; Research correcting the state of incorporation [0.8]. | 160 | 0.90 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/13/2017 | # | P | 1 | 250 | 0.80 | $ | 200.00 | Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings Prepare list of Foreign Counsel in connection with Trademarks for closing documents.[0.8] | 161 | 0.80 |
| IRONCLAD.22 | 11/14/2017 | # | P | 95 | 250 | 1.10 | $ | - | Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings Draft and file Section 7 correction form for TS1 Registration No. 4433852 to change Florida state organized under to California. [1.2] | 162 | 0 |
| IRONCLAD.22 | 11/14/2017 | # | P | 1 | 250 | 0.80 | $ | 200.00 | Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings Attention to Ironclad's worldwide Copyrights, Patents and Trademarks [0.1]; coordinate and revise list of IP contacts [0.7]. Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 163 | 0.80 |
| Total for Timekeeper 31 | | | | | Billable | 10.80 | $ | 2,700.00 | Tami C. Solomon | | 10.80 |
| | | | | | Non-billabl | 1.60 | $ | - | | | |
| | | | | | Total | 12.40 | $ | 2,700.00 | | | $ 2,700.00 |

**Timekeeper 38 Stephen A. Carroll**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/07/2017 | # | P | 1 | 250 | 0.10 | $ | 25.00 | Attention to certified documents received from the CA Secretary of State regarding (CA) Ironclad Performance Wear Corporation. [.1] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 87 | 0.10 |
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 0.40 | $ | 100.00 | Attention to entity due diligence matters. [.3] Emails from/to Kelly Laffey regarding same. [.1] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 105 | 0.40 |
| IRONCLAD.22 | 11/10/2017 | # | P | 1 | 250 | 0.30 | $ | 75.00 | Attention to research regarding name change filings in CA and NV. [.2] Emails to/from Telos Legal Corp regarding same. [.1] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 126 | 0.30 |
| IRONCLAD.22 | 11/13/2017 | # | P | 1 | 250 | 0.20 | $ | 50.00 | Attention to entity due diligence/confirm entity status of Ironclad in CA and NV. [.2] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 128 | 0.20 |
| IRONCLAD.22 | 11/16/2017 | # | P | 1 | 250 | 1.30 | $ | 325.00 | Arrange for the filing of name change amendments with each of the NV and CA Secretaries of State. [.5] Multiple calls and emails from/to Telos Legal Corp regarding same. [.8] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 148 | 1.30 |
| Total for Timekeeper 38 | | | | | Billable | 2.30 | $ | 575.00 | Stephen A. Carroll | | 2.30 |
| | | | | | | | $ | 575.00 | | | |

**Timekeeper 44 Grace H. Kim**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/08/2017 | # | P | 1 | 250 | 0.20 | $ | 50.00 | Attention to correspondence regarding closing checklist. [.2] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 146 | 0.20 |
| Total for Timekeeper 44 | | | | | Billable | 0.20 | $ | 50.00 | Grace H. Kim | | 0.20 |
| | | | | | | | $ | 50.00 | | | |

**Timekeeper 53 Neil Elan**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 11/02/2017 | # | P | 1 | 425 | 1.50 | $ | 637.50 | Review and finalize Memorandum regarding accounting malpractice and breach of contract against BDO. [1.5] Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 85 | 1.50 |

| Total for Timekeeper 53 | Billable | 1.50 | $ | 637.50 | Neil Elan | | | | 1.50 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ | 637.50 | | |

GRAND TOTALS

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Billable | 73.00 | $ | 34,772.50 | | 55.90 | 10.80 | | 1.50 | | 4.80 |
| | Non-billabl | 1.60 | $ | - | | | | | | | |
| | Total | 74.60 | $ | 34,772.50 | | $ 28,545.00 | $ 2,700.00 | $ | 637.50 | $ | 2,890.00 |

# EXHIBIT "2"

Date: 11/21/2017                       Detail Cost Transaction File List                  Page: 1

Stubbs Alderton & Markiles, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Statement Date mm/dd/yyyy | | | | | | | | |
| IRONCLAD.22 | 10/23/2017 | 1 | P | | | $ | 30.17 | Service Fee - Federal Express (Delivery to QBE Insurance Manager) Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 10 |
| IRONCLAD.22 | 10/23/2017 | 1 | P | | | $ | 27.18 | Service Fee - Federal Express (Delivery to Todd Dillon) Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 11 |
| Total for Statement Date mm/dd/yyyy | | | | | Billable | $ | 57.35 | | |
| Statement Date 09/30/2017 | | | | | | | | |
| IRONCLAD.15 | 09/13/2017 | 1 | A | | | $ | 436.68 | Service Fee - BLG (IVE DESIGN for Ironclad Invoice IP711963) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.15 | 09/13/2017 | 1 | A | | | $ | 436.68 | Service Fee - BLG (IVE for IRONCLAD Invoice IP711964) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.15 | 09/14/2017 | 1 | A | | | $ | 330.00 | Service Fee - R.K. DEWAN & CO. (IRONCLAD & KONG (word) in classes 9,28 invoice M/17/7194) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.15 | 09/20/2017 | 1 | A | | | $ | 694.40 | Service Fee - Rouse & Company (IRONCLAD in class 9 Invoice 10780465) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.15 | 09/20/2017 | 1 | A | | | $ | 338.00 | Service Fee - Rouse & Company (KONG in class 9 Invoice 10780464) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.01 | 09/30/2017 | 1 | A | | | $ | 82.41 | Service Fee - Thomson Reuters - West (West Law Research August 2017) Ironclad Performance Wear Corp. General | ARCH |
| IRONCLAD.15 | 09/30/2017 | 1 | A | | | $ | 853.21 | Service Fee - Dannemann Siemsen Advogados (KONG TM in class 25 Invoice 1016499) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| IRONCLAD.15 | 09/30/2017 | 1 | A | | | $ | 853.21 | Service Fee - Dannemann Siemsen Advogados (IRONCLAD in class 25 Invoice 1016500) Ironclad Performance Wear Corp. Trademark and Counterfeiting | ARCH |
| Total for Statement Date 09/30/2017 | | | | | Billable | $ | 4,139.29 | | |

Statement Date 10/31/2017

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IRONCLAD.22 | 10/23/2017 | 1 | A | $ | 130.00 | Service Fee - R.K. DEWAN & CO. (IRONCLAD in class 23 Invoice M/17/8180)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/24/2017 | 1 | A | $ | 818.00 | Service Fee - Rouse & Company (KONG in class 25 Invoice 10786089)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/24/2017 | 1 | A | $ | 226.94 | Service Fee - Rouse & Company (IRONCLAD in class 9 Invoice 10786087)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/24/2017 | 1 | A | $ | 181.19 | Service Fee - Rouse & Company (IRONCLAD & Device in class 9 Invoice 10786088)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/26/2017 | 1 | A | $ | 215.00 | Service Fee - Telos Legal Corp. (NV SOS certified copies Invoice 102617611LA)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/30/2017 | 1 | A | $ | 325.00 | Service Fee - U.S. Patent & Trade Office (VISUAL ENGINEERING in class 25 serial number 86737038)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |
| IRONCLAD.22 | 10/31/2017 | 1 | A | $ | 125.00 | Service Fee - U.S. Patent & Trade Office (WORKBOOTS FOR YOUR HANDS  Serial number 86298262)<br>Ironclad Performance Wear Corp.<br>Ironclad Bankruptcy Proceedings | ARCH |

Total for Statement Date 10/31/2017          Billable      $      2,021.13

GRAND TOTALS

Billable      $      6,217.77

Date: 11/21/2017                                Detail Cost Transaction File List                                Page: 1
                                                Stubbs Alderton & Markiles, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|---|-------|

Statement Date mm/dd/yyyy

| IRONCLAD.22 | 11/07/2017 | 1 | P | | | $ | 130.00 | Service Fee - R.K. DEWAN & CO. (KONG word in class 25 Invoice 17/8717) Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 6 |
| IRONCLAD.22 | 11/07/2017 | 1 | P | | | $ | 137.00 | Service Fee - Telos Legal Corp. (CA SOS filing fees Invoice 103117688LA) Ironclad Performance Wear Corp. Ironclad Bankruptcy Proceedings | 7 |

Total for Statement Date mm/dd/yyyy                Billable    $    267.00

                                                   GRAND TOTALS

                                                   Billable    $    267.00

**EXHIBIT "3"**

PRACTICE AREAS
## BUSINESS LITIGATION



Group Chairperson
## MICHAEL SHERMAN

msherman@stubbsalderton.com

The Firm's business litigators have significant depth and breadth of resources and a detailed knowledge of clients' industries and business concerns. As trusted counselors to middle market businesses, and particularly early stage, growth companies and entrepreneurs, we understand that how a company or entrepreneur handles dispute risk oftentimes is the difference between business success and failure.

LOS ANGELES
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403
Phone: 818.444.4500

SANTA MONICA
1453 3rd Street Promenade, Suite
300 Santa Monica, CA 90401
Phone: 310.746.9800

www.stubbsalderton.com

PRACTICE AREAS
## BUSINESS LITIGATION
CONTINUED

Litigation is often about efficiently analyzing complex legal and business challenges, and understanding litigation risk. All too often attorneys think and express themselves in terms of "cause and effect" or "action/reaction." While our business litigators have impressive records as trial lawyers, we additionally focus on achieving creative, efficient, cost-effective solutions for our clients.

Of course, there are times that disputes cannot be quickly resolved, and our clients face the prospect of a trial or an arbitration that may "go all the way". Our attorneys have deep pre-trial, trial and alternative dispute resolution experience in connection with both state and federal court actions Our attorneys can take tough cases to trial or arbitration, and win.

Our business litigators have represented household name Fortune 500 companies, middle market companies, and emerging growth companies and entrepreneurs. Our business litigators along with the other attorneys at the Firm seek to forge long term relationships with our clients throughout their evolutionary path. We deliver efficiency and value to every client we serve through a well-defined budget and clear communication about their case. Team members include:

- MICHAEL SHERMAN

- HARRIS COHEN

- BARAK KAMELGARD

PRACTICE AREAS
## CORPORATE & BUSINESS MATTERS



We provide a broad range of services relating to corporate and business matters, including corporate and other entity formation, joint venture and strategic partnership transactions, stock incentive plans, executive and other employment agreements, and commercial and business agreements. The Firm acts to assess clients' business needs and develop innovative legal strategies to help them achieve their goals, directly undertaking those matters for which the Firm has substantial expertise, and identifying and managing the most appropriate legal resources to handle specialty areas outside of the Firm's core discplines.

LOS ANGELES
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403
Phone: 818.444.4500
Fax: 818.444.4520

SANTA MONICA
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401
Phone: 310.746.9800
Fax: 310.746.9820

www.stubbsalderton.com

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE



### Group Chairperson
## JOHN MCILVERY

jmcilvery@stubbsalderton.com

We cover a wide-range of matters for existing public companies and underwriters, as well as private companies contemplating "going public."

- PUBLIC SECURITIES COMPLIANCE

- CORPORATE GOVERNANCE COUNSELING

- ALTERNATIVE PUBLIC OFFERINGS

- SEC FIXED FEE

LOS ANGELES
15260 Ventura Boulevard,20th Floor
Sherman Oaks, CA 91403
Phone: 818.444.4500

SANTA MONICA
1453 3rd Street Promenade, Suite
300 Santa Monica, CA 90401
Phone: 310.746.9800

www.stubbsalderton.com

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE

## Corporate Governance Counseling
CONTINUED

Our public securities attorneys provide the following corporate governance services:

- Advising clients on corporate governance and disclosure requirements of the Securities and Exchange Commission (SEC) and the relevant stock exchanges.

- Monitoring the rule-making activities and actions of the SEC, the Financial Accounting Standards Board (FASB) and Public Company Accounting Oversight Board (PCAOB), and counseling clients on the implications of emerging securities laws and accounting and auditing standards.

- Advising on fiduciary duties of directors and special and independent committees, including with respect to related- party transactions, executive compensation, acquisition proposals, and other transaction that might give rise to potential conflicts of interest.

- Advising clients on SEC reviews, enforcement actions, SEC requirements for securities offerings and corporate disclosures, and Sarbanes-Oxley (SOX)-related issues.

- Advising on stock exchange requirements, monitoring administrative proceedings related to SEC and Financial Industry Regulatory Authority (FINRA) enforcement actions, and tracking significant legislative developments and judicial decisions affecting enforcement of federal securities laws and state corporate laws.

- Advising privately held companies pursuing public offerings and exit strategies on compliance with state corporate law, as well as SEC, SOX, and national stock exchange requirements.

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE

## Corporate Governance Counseling
CONTINUED

Our public securities attorneys provide the following corporate governance services:

- Advising clients on corporate governance and disclosure requirements of the Securities and Exchange Commission (SEC) and the relevant stock exchanges.

- Monitoring the rule-making activities and actions of the SEC, the Financial Accounting Standards Board (FASB) and Public Company Accounting Oversight Board (PCAOB), and counseling clients on the implications of emerging securities laws and accounting and auditing standards.

- Advising on fiduciary duties of directors and special and independent committees, including with respect to related- party transactions, executive compensation, acquisition proposals, and other transaction that might give rise to potential conflicts of interest.

- Advising clients on SEC reviews, enforcement actions, SEC requirements for securities offerings and corporate disclosures, and Sarbanes-Oxley (SOX)-related issues.

- Advising on stock exchange requirements, monitoring administrative proceedings related to SEC and Financial Industry Regulatory Authority (FINRA) enforcement actions, and tracking significant legislative developments and judicial decisions affecting enforcement of federal securities laws and state corporate laws.

- Advising privately held companies pursuing public offerings and exit strategies on compliance with state corporate law, as well as SEC, SOX, and national stock exchange requirements.

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE

## Alternative Public Offerings

We are a leader in alternative capital raising techniques, such as registered direct offerings, PIPEs, and reverse mergers into public "shells", and we have been in the forefront of this rapidly developing area. Since early 2001, the market for traditional, firmly underwritten initial public offerings of micro-cap and small-cap companies in the United States has been significantly constrained. There are fewer and fewer underwriters interested in investing the resources to bring micro-cap and small-cap companies to market, which has cut-off what once was a viable financing source for smaller companies. In recent years, an alternative to the traditional, firmly underwritten initial public offering has emerged. The "reverse merger" transaction, when coupled with a PIPE financing, allows smaller companies to access a large pool of capital without the need of an underwriter. While a typical transaction still requires the assistance of a "place-ment agent" to assist in raising capital, if structured properly, the placement agent is not an "underwriter" under United States securities laws, and thus not subject to the liability that has driven many traditional underwriters from the market for micro- cap and small-cap initial public offerings.

Our public securities attorneys provide the following services in connection with reverse merger transactions:

- Assisting clients in locating an existing public reporting "shell" company, that has little or no assets or business, is current in its periodic reporting obligations with the SEC, has no or only limited liabilities that can be confirmed with some certainty in

- due diligence, preferably has common stock quoted on the Over-The-Counter Bulletin Board held by at least 400 shareholders of record, and does not need to first obtain stockholder approval to consummate any aspect of the transaction.

- Introducing clients to other professionals with experience in reverse merger transactions, including owners and bro-kers of shell companies, accounting firms, placement agents, investors, and investor relations firms.

- Conducting due diligence on the shell company, and restructuring the shell company to the extent necessary in advance of the transaction.

- Structuring, negotiating and documenting the reverse merger transaction documents, including the acquisition agreement and all ancillary agreements.

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE

## Alternative Public Offerings
CONTINUED

- Advising on compliance with securities laws and stock exchange rules.

- Assisting in the preparation and filing of all reports to be filed with the SEC in connection with the reverse merger transaction, including all Section 16 forms, Forms 8-K, and Schedules 13D, 14f-1 and 14C.

- Coordinating the responsibilities of management, opposing counsel and the other professionals involved in the process, including independent auditors, promoters and placement agents.

- Structuring, negotiating and documenting of the PIPE financing documents, including the securities purchase agreement, registration rights agreement and all ancillary agreements, and assisting in the preparation and filing with the SEC of the resale registration statement for the shares sold in the PIPE.

## SEC Fixed Fee

We offer legal services to existing publicly traded companies in connection with SEC regulatory compliance on a monthly "Fixed Fee" basis in lieu of our standard hourly fee arrangements.

Our clients can pick and choose from a suite of services that they would like us to provide for a Fixed Fee, which often includes the following:

- Exchange Act Reports. We review and comment on Forms 10-K, Forms 10-Q, Forms 8-K, Forms 3, 4 and 5, and Schedules 13D and 13G for approved individuals and investors. We assist in ensuring that all such Exchange Act reports are in compliance with applicable SEC rules.

- Annual Proxy Statements. We prepare a Proxy Statement for the annual meeting of shareholders.

- Routine SEC Communications. We coordinate all routine communications with the SEC with respect to Exchange Act filings.

- Securities Due Diligence. We review company documents and information to enable comprehensive and accurate disclosure in Exchange Act filings.

PRACTICE AREAS
## PUBLIC SECURITIES PRACTICE

### SEC Fixed Fee
CONTINUED

- Year End Obligations. We monitor and assist in meeting year-end disclosure and annual shareholder meeting obligations.

- D&O Questionnaires. We prepare and distribute Directors' and Officers' Questionnaires to assist in complying with disclosure obligations.

- Rule 144 Opinions. Upon request, we prepare Rule 144 opinion letters to transfer agents in connection with Rule 144 sales.

- Press Release and Reg. FD. We advise with respect to company-drafted press releases, and Regulation FD compliance.

- Board and Shareholder Meetings. We attend and prepare minutes for Shareholder Meetings and quarterly Board Meetings.

- Coordination with Auditors. We coordinate with accountants as to the timing of the preparation of financial statements and related financial disclosure.

At the beginning of a Fixed Fee representation, we meet with such of the company's key personnel as are designated to review files and agreements for purposes of orientation in order to gain a better insight into and understanding of the company and its business, define and agree upon a satisfactory client service plan, define the scope of our legal representation, and prioritize legal assignments. This orientation process is included within the Fixed Fee arrangement, and becomes the basis for establishing the amount of the Fixed Fee monthly payment. We asses this amount annually to make sure the Fixed Fee amount for successive years is commensurate with the services provided in the prior year.

PRACTICE AREAS
## TRADEMARK & COPYRIGHT PRACTICE

Our firm attorneys have more than 30 years of experience in counseling clients on the creation  of brand identification, registration and procure-ment of  brands  and  creative content, as  well  as  the  litigation  of disputed  matters  involving   trademarks, copyrights,  unfair  competition,    domain names, websites, rights of publicity and related claims.

- BRAND DEVELOPMENT

- CONTENT PROTECTION

- LITIGATION

- REGISTRATION

- ENFORCEMENT

LOS ANGELES
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, CA 91403
Phone: 818.444.4500

SANTA MONICA
1453 3rd Street Promenade, Suite 300
Santa Monica, CA 90401
Phone: 310.746.9800

www.stubbsalderton.com

PRACTICE AREAS
# TRADEMARK &
# COPYRIGHT PRACTICE

## Brand Development

Our firm attorneys are uniquely positioned to assist clients in the development of their brand strategies – from start-ups to established marketers. Our attorneys have worked in non- legal positions, such as product brand management, sales, and advertising, and work with clients in the development of business plans for the establishment, marketing and growth of their intellectual property assets. Our attorneys and the support staff are prepared to conduct strategic audits of existing brands as a precursor to any IP asset acquisition or transfer. In addition, we work closely with outside experts in the areas of valuation as well as tax-driven structuring on a domestic and international basis.

## Content Protection

For those in the "Creative Community" content has always been viewed as king. Copyright protection is a right provided for in the U.S. Constitution. Our attorneys and support staff will work with clients at various stages of the creative process to insure that their creative output is protected. We work with a diverse community from advertisers and video producers to musicians, actors, writers, and fine artists. In addition, we work closely with our clients to "vet" creative works to determine that they do not infringe upon the work of others. The Internet has created an enormous marketplace for content and for those pirates who would seek to infringe upon the rights of the creators. We develop protection programs including monitoring of the Internet, notice and take-down programs to try to control the amount of content piracy that our clients find on the Internet. The practice group also represents the full range of clients in copyright litigation matters in the federal courts.

PRACTICE AREAS
# TRADEMARK &
# COPYRIGHT PRACTICE

## Litigation

Our firm represents clients in the courts throughout California and across the United States. Our attorneys have years of  experience in all aspects of intellectual property litigation from  development of litigation strategy, discovery planning, creation of  pleadings  through  to the  conducting  of  trials.  Our  litigation  clients  have represented  diverse  economic  and   creative interests from Fortune 500 companies to individual  artists. Litigation matters have included claims of trademark infringement, copyright infringement, counterfeiting and piracy,  trade  dress  infringement,  unfair  competition, violations  of   rights  of  publicity  and  privacy,  licensing and merchandising  disputes,  domain  name  infringement, web site infringement  and  other  Internet-related matters,   breach   of   contract,    commercial disputes, business disparagement, business torts,  idea submission, and libel and slander claims.

## Registration

Our firm provides its clients with a complete range of  registration  services  for  the  protection  of  their trade-marks  in  the  United  States  and  around  the world.  Our  practice  involves  not  only  the development of clearance strategies, but legal opinions  with  regard  to  availability  of  trademarks  for purposes  of  registration  and  use.  Our  lawyers  and trademark  paralegals  work  with  our  clients  to  file appropriate  applications  for  trademark  protection  at the  United  States  Patent  &  Trademark  Office  as  well  as registrations  in  countries  throughout  the  world.  We also  work with our clients to register their creative works  with  the  U.S.  Copyright  Office  as  well  as  with various  guilds  and   other  government  agencies where   appropriate.   With  respect  to  patent registrations,  our  firm  works  with   several  firms  who have the expertise in the particular fields of  invention, from  mechanical  to  bio-tech,  to  be  certain  that  our clients' novel works are protected.

Representing  clients  in  inter-partes  proceedings before  the  United  States  Trademark  Trial  and  Appeal Board.  Our  attorneys  have  extensive  experience representing clients

PRACTICE AREAS
# TRADEMARK &
# COPYRIGHT PRACTICE

## Registration
CONTINUED

whose registrations are being opposed or who are opposing  other applications for trademarks likely to cause confusion  to the consuming public. We also represent both Petitioners  and  Registrants  in cancellation  proceedings  before  the  same  federal body.

We offer the following services:

-  Counseling with respect to the selection and clearance

of  trademarks,  including  assignments  of potentially   conflicting   trademarks.   For  example, our  attorneys  worked  with  a  major  cable television  channel  in  the   selection  of  the  name  for its  new  fashion  and  home- lifestyle  cable  channel.

-  Counseling   with   respect   to   appropriate searching   strategies.    For  example,  often  clients will  select  a  number  of  possible  marks  for  use  in connection  with  their  business.  We  often  assist clients  in  determining  the  most  cost-effective  way  of searching  for  conflicts  and  clearing  the  marks  whether it  be  for  several  new  film   and   entertainment companies  or  an  air  cargo  carrier.  We  utilize  both in-house  generated  on-line

searches  as  a  quick  preliminary  screening mechanism  as  well  as  outside  professional vendors  for  more   comprehensive  searches.

-  Preparing and filing applications to register trademarks

with the United States Patent & Trademark Office, as well as state authorities, where appropriate.  For example,  our  attorneys  and  trained  trademark paralegals  will   engage  in  the  filing  of  a  variety  of trademarks,  design  marks  and  logos  for  goods  in services  in  more  than  45  International Classifications  before  the  United  States  Patent and  Trademark  Office.  Our  firm  also  tracks  the applications  through  the  registration  and  beyond through the use of an in-house trademark database.

-  Directing  a  network  of  Stubbs  Alderton's  foreign associates  in  preparing  and  filing  applications to   register  trademarks  worldwide.  Our  seasoned attorneys  have  developed  working  relationships with  hundreds  of  foreign  trademark  lawyers  who assist  our  clients   in  obtaining  protection  in hundreds  of  countries  and  territories.  As  global trademark  registration  programs  require  substantial resources  to  establish,  we  work  with  our  clients  to prioritize  those  foreign  jurisdictions  with  respect  to business  activity,  future  market  growth,  and likelihood  of  infringing  activity.

PRACTICE AREAS
# TRADEMARK & COPYRIGHT PRACTICE

## Enforcement

Our attorneys have been leaders in conceiving and implement-ing programs to protect client intellectual property rights. They  are nationally recognized for their particular efforts in battling counterfeiting and piracy in the United States and overseas. We have implemented these important enforcement programs,  domestically, internationally, and online for a wide variety of  clients and with respect to numerous properties-from movies  and sports teams and trade associations, to luxury goods from the world's most famous designers, to consumer and  personal care products from manufacturers around the world. Our attorneys work closely with our clients to develop strategic plans, including budgeting, specifically tailored to protect our  clients' rights in their valuable intellectual property.

Among our enforcement activities are:

-  Obtaining and executing nationwide ex parte seizure orders; and other unique remedies such as renewable orders,  asset-freezing orders, and civil contempt orders.

-  Obtaining and executing ex parte seizure orders simultaneously at numerous locations.

-  For "events" such as the release of blockbuster films or television shows, music concerts, and major sporting events (e.g. the Rose Bowl game, the Major League Baseball All-Star Game and playoff games), combating infringement  through nationwide street sweeps by investigators, criminal  enforcement,  U.S. Customs enforcement, nationwide ex  parte seizure orders, and voluntary relinquishments.

-  Maintaining programs which address infringement by numerous individuals and companies  throughout the   United States and worldwide.

-  Litigating against non-cooperative infringers.

-  Providing training and working with law enforcement agencies such as the local police or U.S. Customs to  combat counterfeiting and piracy.

9

PRACTICE AREAS
## TRADEMARK &
## COPYRIGHT PRACTICE

## Enforcement
CONTINUED

- Working with law enforcement agencies and U.S. Customs to combat criminal infringement and illegal importation of infringing items.

- Protecting our clients' rights with respect to venue owners where infringing and counterfeit products are sold.

- Employing and supervising investigators worldwide who uncover and report intellectual property infringements and who gather vital information necessary to combat this infringement.

- Obtaining voluntary relinquishment of infringing products.

- Maintaining a detailed database of infringers.

- Assisting our clients in developing public relations and advertising campaigns aimed at educating consumers re-garding intellectual property rights.

- Implementing hotlines for consumers to report intellectual property infringement.

# EXHIBIT "4"

**2017 BILLING RATES**

| Class Year | Emerging Growth Rate | Standard Corporate Rate |
|---|---|---|
| Associate Intern (Class of 2016) | $250 | $300 |
| 2nd (Class of 2015) | $350 | $400 |
| 3rd (Class of 2014) | $400 | $450 |
| 4th (Class of 2013) | $450 | $500 |
| 5th (Class of 2012) | $485 | $535 |
| 6th (Class of 2011) | $505 | $555 |
| 7th (Class of 2010) | $525 | $575 |
| 8th (Class of 2009) | $550 | $600 |
| Senior Counsel | $575 | $625 |

| Tabs Billing Rate Code | 3 | 4 |
|---|---|---|
| **Attorney** | **EG** | **Standard** |
| Akselrud, Greg (Partner) | $650 | $700 |
| Alderton, Scott (Partner) | $650 | $700 |
| Bagley, Adam (Senior Counsel 2008) | $575 | $625 |
| Bergmann, Joshua (2013) | $450 | $500 |
| Carroll, Stephen (Paralegal) | $250 | $300 |
| Cherkassky, Caroline (Senior Counsel 2010) | $575 | $625 |
| Cohen, Harris (Of Counsel) | $475 | $525 |
| Cory, Heather | $250 | $300 |
| Correia, Gina (2015) | $350 | $400 |
| DeBré, Kevin (Partner) | $650 | $700 |
| Duckett, Ryan (2012) | $485 | $535 |
| Feldman, Nicholas (2014) | $400 | $450 |
| Friedman, Jonathan (Partner) | $600 | $650 |
| Galer, Scott (Partner) | $650 | $700 |
| Gatien, Konrad (Partner) | $600 | $650 |
| Gonzaque, Monique (Paralegal) | $250 | $300 |
| Gersh, Jeff (Partner) | $600 | $650 |
| Greaney, Sean (Partner) | $600 | $625 |
| Harris, David (Senior Counsel 2006) | $575 | $625 |
| Hodes, Jonathan (Partner) | $670 | $720 |
| Kamelgard, Barak (2014) | $400 | $450 |
| Keats, Tony (Partner) | $625 | $675 |
| Kim, Grace (Associate Intern 2016) | $250 | $300 |
| Laffey, Kelly (2013) | $450 | $500 |
| Markiles, Murray (Partner) | $650 | $700 |
| McIlvery, John (Partner) | $650 | $700 |
| Morigi, Christine (Paralegal) | $250 | $300 |
| Orme Mann, Darrell (Paralegal) | $250 | $275 |
| Sedivy, Jim | $495 | $545 |
| Sherman, Michael (Partner) | $625 | $675 |
| Solomon, Tami (Paralegal) | $225 | $275 |
| Shaff, Mike (Of Counsel) | $600 | $650 |
| Stubbs, Joe (Partner) | $670 | $720 |
| Wharton, Louis (Partner) | $600 | $650 |
| Ziegler, Julie (Paralegal) | $250 | $300 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **FIRST INTERIM APPLICATION OF STUBBS, ALDERTON & MARKILES LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF SCOTT ALDERTON, ESQ.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender    rb@lnbyb.com**
- **Cathrine M Castaldi    ccastaldi@brownrudnick.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold    courts@argopartners.net**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2.  SERVED BY UNITED STATES MAIL**: On **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

***Served via Attorney Service***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 21, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)
Debtor, OUST, Committees

*Debtor*
ICPW Liquidation Corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

**Creditors Committee:**

*Committee Counsel*
Brown Rudnick LLP
Attn: Cathrine M Castaldi
2211 Michelson Dr 7th Fl
Irvine, CA 92612

Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia

**Equity Committee:**

*Equity Committee Counsel*
Dentons US LLP
Attn: Samuel Maizel & Tania Moyron
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017-5704

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266