RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation[1],<br><br>            Debtor and Debtor in Possession.<br>――――――――――――――――<br>In re:<br><br>ICPW LIQUIDATION CORPORATION, a Nevada corporation[2],<br><br>            Debtor and Debtor in Possession.<br>――――――――――――――――<br>☒  Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐ Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**FINAL APPLICATION OF CRAIG-HALLUM CAPITAL GROUP LLC FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF STEVE RICKMAN IN SUPPORT THEREOF**<br><br>DATE:   December 12, 2017<br>TIME:   1:30 p.m.<br>PLACE:   Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA |

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

CRAIG HALLUM CAPITAL GROUP LLC ("C-H"), financial advisor to ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation, the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), hereby submits its Final Application for Approval of Fees and Reimbursement of Expenses (the "Application") for services rendered and expenses incurred for the benefit and on behalf of the Debtors. Any opposition or responsive paper must be filed and served at least fourteen (14) days prior to the hearing on this Application in the form required by Local Bankruptcy Rule 9013-1(f).

## I.

## INTRODUCTION REGARDING C-H'S SERVICES AND REQUESTED FEES AND EXPENSES

C-H was employed by the Debtors as financial advisor pursuant to 11 U.S.C. § 327 with compensation pursuant to 11 U.S.C. § 328. C-H was not required to maintain time records in connection with the services it provided to the Debtors. C-H was authorized to be paid its fees on an interim basis at the closing of the sale of the Debtors' assets but is required to file a final fee application in these cases.

C-H worked around the clock during an intensive, complex, and challenging sale process, during which time C-H handled not only the requests of potential buyers, but also the requests of the Debtors, the Official Committee of Equity Holders and the Official Committee of Unsecured Creditors appointed in these cases, and their respective professionals. C-H worked with the Debtors in the three-month period leading up to the Debtors' bankruptcy filings, and C-H conducted extensive due diligence with the Debtors' management team and board of directors. The Debtors employed C-H in these bankruptcy cases to render, among others, the following types of professional services:

1. Identify acquirers, which in the opinion of C-H and the Debtors, are most likely to acquire the Debtors;

2.      Assist the Debtors in formulating a strategy for soliciting interest from acquirers, whether approached by C-H or whether the Debtors are approached proactively, which may have an interest in acquiring the Debtors (the "Potential Acquirers"), and the development of procedures and timetable for marketing the Debtors to the Potential Acquirers;

3.      If requested, assist in the preparation of management's marketing materials describing the Debtors;

4.      Introduce the Debtors to Potential Acquirers, and coordinate due diligence investigations of the Debtors by Potential Acquirers; and

5.      Along with the Debtors, evaluate proposals from interested parties regarding a "Sale or Restructuring" (as that term is defined in C-H's employment application, formulate negotiations strategies, and assist in negotiations and closing of a Sale or Restructuring.

C-H provided services to the Debtors related to all of these categories of tasks, and provided substantial assistance to the Debtors in connection with the Debtors' marketing and sale process, fostering a competitive bidding environment, assisting the Debtors with a successful auction process that led to the successful closing of a sale of the Debtors' assets for the purchase price of $25,250,000.

C-H has not been paid any money by the Debtors at any time.  As set forth in C-H's Court-approved employment application, C-H's compensation for the services provided to the Debtors is $275,000 plus 2.5% of the "Aggregate Transaction Value" in excess of $20 million up to $22.5 million, plus 4.5% of the Aggregate Transaction Value in excess of $22.5 million. "Aggregate Transaction Value" means in relevant part "the total consideration paid and to be paid (which shall be deemed to include amounts paid or to be paid into escrow) directly or indirectly, regardless of how allocated or the form of consideration the amount of any exit financing raised in connection with any Sale or Restructuring), to the Company or to its security holders or other creditors in connection with the Sale or Restructuring, including, without limitation: (i) cash…."

In addition to any fees payable to C-H, the Debtors agreed to reimburse C-H for its out-of-pocket expenses incurred in connection with this engagement, including database communication and travel expenses and the fees and expenses of C-H's legal counsel.

Based on the Aggregate Transaction Value of $25,250,000, C-H is entitled to the following fee: $275,000 + $62,500 (2.5% of the Aggregate Transaction Value in excess of $20 million up to $22.5 million) + $123,750 (4.5% of the Aggregate transaction Value in excess of $22.5 million) = $461,250.00.

Additionally, C-H incurred expenses in the amount of $23,189.08 in connection with the services it provided to the Debtors.

Accordingly, C-H is requesting final approval of fees in the amount of $461,250.00 and expenses in the amount of $23,189.08, for total fees and expenses of $484,439.08. That total amount represents less than 2% of the total purchase price of $25,250,000.

## II.

## SUMMARY

| Name of applicant | C-H |
|---|---|
| Name of client | ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation; and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (the "Debtors") |
| Time period covered by this application | Start: September 8, 2017, provided however, that, as set forth in the Court-approved Engagement Agreement, expenses incurred under the Pre-Petition Engagement Agreement would be deemed payable under the Court Approved Engagement Agreement End: November 20, 2017 |
| Total compensation sought this period | $461,250.00 |
| Total expenses sought this period | $23,189.08 |

| | |
|---|---|
| Petition date | The Debtors commenced their chapter 11 bankruptcy cases with the filing of voluntary petitions under chapter 11 of the Bankruptcy Code on September 8, 2017 |
| Retention date | September 8, 2017 |
| Date of entry of order approving employment | November 8, 2017 (as docket number 190) with employment effective as of September 8, 2017 |
| Total compensation approved by interim order to date | N/A – First fee application |
| Total expenses approved by interim order to date | N/A – First fee application |
| Total allowed compensation paid to date | N/A – First fee application |
| Total allowed expenses paid to date | N/A – First fee application |
| Blended rate in this application for all attorneys | N/A |
| Blended rate in this application for all timekeepers | N/A |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | N/A |
| Number of professionals included in this application | Four professionals at C-H provided services to the Debtors |

### III.

### FEES AND EXPENSES INCURRED AND NOTICE

A.    REQUEST    FOR    ALLOWANCE    AND    PAYMENT    OF    FEES    AND REIMBURSEMENT OF EXPENSES

During the Covered Period, C-H became entitled to receive fees in the amount of $461,250.00, and incurred expenses in the amount of $23,189.08, for total fees and expenses of $484,439.08.    That total amount represents less than 2% of the total purchase price of

$25,250,000.  Pursuant to C-H's agreements with the Official Committee of Equity Holders and the United States Trustee, C-H is required to file a final fee application in these cases.  By way of this Application, C-H is seeking the Court's approval and payment of all of the foregoing fees and expenses on a final basis.

**B.    PROPER NOTICE**

C-H understands that the Debtors' bankruptcy counsel has served notice of this Application and the amount of fees and expenses sought herein upon the Debtors, all creditors,[3] the Official Committee of Unsecured Creditors and its counsel, the Official Committee of Equity Holders and its counsel, the Office of the United States Trustee, and all parties who have requested special notice.

**IV.**

**STATEMENT OF FACTS AND RELEVANT INFORMATION**

**A.    Background Information.**

C-H incorporates by reference the background information set forth in the first interim fee application filed by the Debtors' bankruptcy counsel.

**B.    Retention and Date of the Entry of the Order Approving the Debtors' Employment of C-H.**

The Debtors' retained C-H to serve as their financial advisor with such employment to be effective as of the Petition Dates.  The Court approved the Debtors' employment of C-H pursuant to an order entered on November 8, 2017 as docket number 190.

**C.    Fees and Expenses Previously Requested.**

C-H has not filed any previous applications seeking the approval and/or payment of fees and expenses, and C-H has not been paid any post-petition money by the Debtors.

**D.    Brief Narrative Statement of Services Rendered.**

In connection with the Debtors' bankruptcy cases, C-H performed, among other tasks, the following tasks for the Debtors:

---

[3] All creditors means all creditors who are scheduled by the Debtors as being owed money and/or who have filed a timely proof of claim.

1.     C-H identified acquirers, which in the opinion of C-H and the Debtors, were the most likely to acquire the Company;

2.     C-H assisted the Debtors in formulating a strategy for soliciting interest from acquirers, whether approached by C-H or whether the Debtors was approached proactively;

3.     C-H developed procedures and timetables for marketing the Debtors to potential acquirers;

4.     C-H assisted in the preparation of management's marketing materials describing the Debtors, including a teaser, management presentation, update presentation delivered at the National Safety Conference, and financial models including management's projections;

5.     6.     C-H contacted more than fifty potential acquirers and introduced the Debtors;

7.     C-H assisted the Debtors in negotiating and signing Non-Disclosure Agreement's with more than twenty potential acquirers;

8.     C-H established and managed a very comprehensive data room, and C-H continuously updated the data room with all additional relevant information as events unfolded in these cases;

9.     C-H and its team made themselves extremely available to prospective overbidders, including assisting the Debtors with providing comprehensive management presentations about the Debtors' business and the overbid process;

10.     C-H coordinated due diligence investigations of the Debtors by potential acquirers;

11.     C-H coordinated meetings and arranged for meeting space in Indianapolis for presentations to potential acquirers that were attending the National Safety Conference;

12.     C-H solicited acquisition proposals from interested potential acquirers;

13.     C-H vetted potential bidders' financial qualifications, qualified two overbidders, and provided the Debtors and management with advice and information in connection with potential and actual bidders;

14.     C-H served as a source of updates and information to both Committees appointed in these cases and their professionals during the sale process, including by providing to both

Committees periodic and detailed, written sale updates, engaging in numerous conversations with Committee professionals, and providing to Committee professionals requested information during the sale process;

15.    C-H traveled to and participated in the bankruptcy court proceedings, including providing declarations in connection with bidding procedures and the proposed sale, and testimony in connection with bidding procedures;

16.    C-H delivered a copy of the bidding procedures order along with a template asset purchase agreement prepared by the Debtors' bankruptcy counsel to all potentially interested overbidders, and C-H continuously assisted all potentially interested overbidders with their due diligence efforts;

17.    C-H actively assisted the Debtors during the auction proceedings held in the bankruptcy court, including in connection with analyzing bids and negotiating with bidders; and

18.    Along with the Debtors, C-H evaluated proposals from interested parties, formulated negotiation strategies, and assisted in negotiations, the auction process and closing of the sale.

**E.    Detailed Listing of Expenses.**

As set forth in the application to employ C-H, the Debtors agreed to reimburse C-H for its out-of-pocket expenses incurred in connection with this engagement, including database communication and travel expenses and the fees and expenses of C-H's legal counsel.

Attached hereto as Exhibit "2" is an itemization of all expenses that C-H incurred on behalf of the Debtors.  In summary, C-H incurred the following expenses:

| Expense Category | Sum of Amount | Notes |
|---|---|---|
| Communication:    Cellular phone | $134.99 | |
| Communication: Internet | $89.90 | |
| Other: Conference/Education | $150.00 | National    Safety    Conference Admission Fees |
| Other:    Professional    Fees: Legal Fees | $35.00 | Courtcall charges |
| Other: Travel & Ent: Air/Rail | $7,783.70 | |

| Other: Travel & Ent: Auto/Taxi/Parking | $865.07 | |
|---|---|---|
| Other: Travel & Ent: Lodging | $2,388.49 | |
| Other: Travel & Ent: Meals | $360.93 | |
| Database services | $3,404.00 | |
| Legal Services of Faegre Baker Daniels LLC | $7,977.00 | |

All expenses that C-H advanced on behalf of the Debtors were actual expenses that were necessarily incurred and are properly charged as administrative expenses of the Debtors' chapter 11 estates.

**F.    Description of Professional Education and Experience.**

Attached hereto as Exhibit 3 is the firm resume of C-H and Steve Rickman.  The primary person in charge of providing services to the Debtors was Steve Rickman, who has over twenty years of experience advising companies on strategic mergers and acquisitions, private and public financing, and strategic advisory.  He has completed over 70 transactions with an aggregate deal value of more than $4 billion.

**G.    Source and Amount of Cash Available to Pay C-H's Allowed Fees and Expenses.**

C-H incorporates by reference the information set forth in the fee application filed by the Debtors' bankruptcy counsel.

**V.**

**STANDARD OF LAW**

Pursuant to C-H's employment application approved by the Court, C-H is not required to maintain time records, and C-H's compensation is based on 11 U.S.C. § 328, which provides for the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis or on a contingent fee basis."  The reasonableness of C-H's fees in this case, which amounts to less than 2% of the purchase price, is demonstrated by the tasks C-H was required to, and did, perform, in connection with the sale of the Debtors' assets, and the results that C-H served an instrumental role in achieving for the benefit of the Debtors' and the Debtors' estates.  C-H's presence established for

the Debtors a credible, thoroughly marketed sale process that fostered potential acquirers' trust and interest in the sale process.  C-H's efforts ultimately led to a successful sale process and sale closing, and C-H's efforts should be rewarded by approval of, and payment to, C-H, on a final basis, C-H's requested fees.

In summary, C-H's extensive efforts, during which C-H and its professionals worked around the clock in a time intensive, high-pressure, fast-paced sale environment, assisted the Debtors in attracting two overbidders at the auction, who ultimately both participated in a complex, highly competitive bidding scenario, involving multiple overbids which increased the purchase price of the Debtors from an initial bid of $20 million, to $25.25 million, and which ultimately resulted in the successful closing of the sale.  C-H's commission represents less than 2% of the sale price for the Debtors' assets.  C-H's requested fees should be approved.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## VI.

## CONCLUSION

WHEREFORE, C-H respectfully requests that this Court enter an order:

1.      Approving on final basis fees of $461,250.00 and expenses of $23,189.08 for total fees and expenses of $484,439.08, and authorizing C-H to be paid this sum of $484,439.08 from the funds in these estates; and

2.      Granting such other and further relief as the Court deems just and proper.

Dated: November 21, 2017            LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By:    _/s/ Krikor J. Meshefejian_____
                RON BENDER
                LEVENE, NEALE, BENDER, YOO
                & BRILL L.L.P.
                Attorneys for Chapter 11 Debtors and
                Debtors in Possession

## DECLARATION OF STEVE RICKMAN

I, Steve Rickman, hereby declare as follows:

1.    I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.  Capitalized terms not otherwise defined herein shall have the same meaning as ascribed to such terms in the Employment Application to which this Declaration is attached (the "Application").

2.    I am the Managing Director of Investment Banking Mergers and Acquisitions at Craig-Hallum Capital Group LLC ("C-H").  I have over 20 years of experience advising growth companies on strategic mergers and acquisitions, private and public financings, and strategic advisory.  I have completed over 70 transactions with an aggregate deal value of more than $4 billion.  I hold an M.S. from Stanford University, and I obtained my M.B.A. from the University of Minnesota, Carlson School of Management, with Distinction.

3.    C-H was retained by the Debtors to serve as their financial advisor in connection with their chapter 11 bankruptcy cases.  I have served as the lead professional at C-H providing services on this engagement.

4.    C-H worked with the Debtors during the three-month period leading up to the Debtors' chapter 11 bankruptcy filings, and C-H has done extensive due diligence with the Debtors' management team and board of directors.

5.    C-H very actively worked with all potentially interested overbidders in an effort to help maximize the chances of there being a competitive auction in these cases with the goal of maximizing the purchase price paid for the Debtors' assets for the benefit of the Debtors' creditors and shareholders.

6.    C-H was employed by the Debtors as financial advisor pursuant to 11 U.S.C. § 327 with compensation pursuant to 11 U.S.C. § 328.  C-H was not required to maintain time records in connection with the services it provided to the Debtors.  C-H was authorized to be paid its fees on an interim basis at the closing of the sale of the Debtors' assets but is required to file a final fee application in these cases.

7.      C-H worked around the clock during an intensive, complex, and challenging sale process, during which time C-H handled not only the requests of potential buyers, but also the requests of the Debtors, the Official Committee of Equity Holders and the Official Committee of Unsecured Creditors appointed in these cases, and their respective professionals.  C-H worked with the Debtors in the three-month period leading up to the Debtors' bankruptcy filings, and C-H conducted extensive due diligence with the Debtors' management team and boards of directors.

8.      C-H provided services to the Debtors related to all of these categories of tasks, and provided substantial assistance to the Debtors in connection with the Debtors' marketing and sale process, fostering a competitive bidding environment, assisting the Debtors with a successful auction process that led to the successful closing of a sale of the Debtors' assets for the purchase price of $25,250,000.

9.      C-H has not been paid any money by the Debtors at any time.  As set forth in C-H's Court-approved employment application, C-H's compensation for the services provided to the Debtors is $275,000 plus 2.5% of the "Aggregate Transaction Value" in excess of $20 million up to $22.5 million, plus 4.5% of the Aggregate Transaction Value in excess of $22.5 million.  "Aggregate Transaction Value" means in relevant part "the total consideration paid and to be paid (which shall be deemed to include amounts paid or to be paid into escrow) directly or indirectly, regardless of how allocated or the form of consideration the amount of any exit financing raised in connection with any Sale or Restructuring), to the Company or to its security holders or other creditors in connection with the Sale or Restructuring, including, without limitation: (i) cash…."

10.     In addition to any fees payable to C-H, the Debtors agreed to reimburse C-H for its out-of pocket expenses incurred in connection with this engagement, including database communication and travel expenses and the fees and expenses of C-H's legal counsel.

11.     Based on the Aggregate Transaction Value of $25,250,000, C-H is entitled to the following fee: $275,000 + $62,500 (2.5% of the Aggregate Transaction Value in excess of $20 million up to $22.5 million) + $123.750 (4.5% of the Aggregate transaction Value in excess of $22.5 million) = $461,250.00.

12.    Additionally, C-H incurred expenses in the amount of $22,508.08 in connection with the services it provided to the Debtors.

13.    Accordingly, C-H is requesting final approval of fees in the amount of $461,250.00 and expenses in the amount of $23,189.08, for total fees and expenses of $484,439.08.    That total amount represents less than 2% of the total purchase price of $25,250,000.  Attached hereto as Exhibit 1 is C-H's invoice.

14.    In connection with the Debtors' bankruptcy cases, C-H performed, among other tasks, the following tasks for the Debtors:

a.    C-H identified acquirers, which in the opinion of C-H and the Debtors, were the most likely to acquire the Company;

b.    C-H assisted the Debtors in formulating a strategy for soliciting interest from acquirers, whether approached by C-H or whether the Debtors was approached proactively;

c.    C-H developed procedures and timetables for marketing the Debtors to potential acquirers;

d.    C-H assisted in the preparation of management's marketing materials describing the Debtors, including a teaser, management presentation, update presentation delivered at the National Safety Conference, and financial models including management's projections;

e.    C-H contacted more than fifty potential acquirers and introduced the Debtors;

f.    C-H assisted the Debtors in negotiating and signing Non-Disclosure Agreement's with more than twenty potential acquirers;

g.    C-H established and managed a very comprehensive data room, and C-H continuously updated the data room with all additional relevant information as events unfolded in these cases;

h.      C-H and its team made themselves extremely available to prospective overbidders, including assisting the Debtors with providing comprehensive management presentations about the Debtors' business and the overbid process;

i.      C-H coordinated due diligence investigations of the Debtors by potential acquirers;

j.      C-H coordinated meetings and arranged for meeting space in Indianapolis for presentations to potential acquirers that were attending the National Safety Conference;

k.      C-H solicited acquisition proposals from interested potential acquirers;

l.      C-H vetted potential bidders' financial qualifications, qualified two overbidders, and provided the Debtors and management with advice and information in connection with potential and actual bidders;

m.      C-H served as a source of updates and information to both Committees appointed in these cases and their professionals during the sale process, including by providing to both Committees periodic and detailed, written sale updates, engaging in numerous conversations with Committee professionals, and providing to Committee professionals requested information during the sale process;

n.      C-H traveled to and participated in the bankruptcy court proceedings, including providing declarations in connection with bidding procedures and the proposed sale, and testimony in connection with bidding procedures;

o.      C-H delivered a copy of the bidding procedures order along with a template asset purchase agreement prepared by the Debtors' bankruptcy counsel to all potentially interested overbidders, and C-H continuously assisted all potentially interested overbidders with their due diligence efforts;

p.      C-H actively assisted the Debtors during the auction proceedings held in the bankruptcy court, including in connection with analyzing bids and negotiating with bidders; and

q.    Along with the Debtors, C-H evaluated proposals from interested parties, formulated negotiation strategies, and assisted in negotiations, the auction process and closing of the sale.

15.    As set forth in the application to employ C-H, the Debtors agreed to reimburse C-H for its out-of-pocket expenses incurred in connection with this engagement, including database communication and travel expenses and the fees and expenses of C-H's legal counsel.

16.    Attached hereto as Exhibit 2 is an itemization of all expenses that C-H incurred on behalf of the Debtors during these cases.

17.    Attached hereto as Exhibit 3 is the firm resume of C-H.

18.    To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct, and the Application complies with all applicable statutes, rules, regulations and procedures.

19.    The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on C-H's business records, which are kept and maintained by C-H in the ordinary course of C-H's business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of November, 2017, at Minneapolis, Minnesota.

STEVE RICKMAN

# EXHIBIT "1"

# Craig-Hallum Expense Invoice



**Expense Invoice for: Ironclad Performance Wear**

November 21, 2017

Attention: Geoff Greulich | CEO

Craig-Hallum Capital Group LLC is invoicing Ironclad Performance Wear Corporation for its advisory services and expenses in the amount outlined below. We have included mailing and wire instructions.

| | | |
|---|---|---|
| Sale or Restructuring Fee | $ | 461,250.00 |
| Expenses and Database | $ | 23,189.08 |
| **Total** | **$** | **484,439.08** |

**Investment Banking Department**

The wiring instructions for payment of the fees and expenses are as follows:

| | |
|---|---|
| ABA Number: | 091300159 |
| Bank Name: | Alerus Financial |
| City, State: | Minneapolis, Minnesota |
| FBO Account Number: | 2018638 |
| FBO Account Name: | Craig-Hallum Capital Group LLC |

If mailing a check, make it payable to Craig Hallum Capital Group LLC and send to the address below:

Craig-Hallum Capital Group LLC

Attention: Jeannie Sonstegard, Chief Financial Officer

222 South Ninth Street

Suite 350

Minneapolis, MN 55402

**EXHIBIT "2"**

**Craig-Hallum Expense Reimbursement**

| Date | Category | Vendor | Employee | Amount |
|------|----------|--------|----------|--------|
| 9/6/2017 | Communication:Cell phone | Verizon Wireless | steve.rickman@craig-hallum.com | $ 134.99 |
| 8/21/2017 | Communication:Internet | Http://www.gogoair.com | steve.rickman@craig-hallum.com | $ 44.95 |
| 7/21/2017 | Communication:Internet | Http://www.gogoair.com | steve.rickman@craig-hallum.com | $ 44.95 |
| 9/27/2017 | Other:Conference/Education | NSC Expo | scott.ames@craig-hallum.com | $ 150.00 |
| 10/30/2017 | Other:Professional Fees:Legal Fees | Courtcall Llc | scott.ames@craig-hallum.com | $ 35.00 |
| 9/18/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Ames) | amexadmin@craig-hallum.com | $ 716.40 |
| 9/18/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Rickman) | amexadmin@craig-hallum.com | $ 1,477.00 |
| 10/17/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Rickman) | amexadmin@craig-hallum.com | $ 490.40 |
| 10/17/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Ames) | amexadmin@craig-hallum.com | $ 490.40 |
| 10/16/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Ames) | amexadmin@craig-hallum.com | $ 544.40 |
| 9/28/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines - Atlanta | steve.rickman@craig-hallum.com | $ 75.00 |
| 8/10/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Rickman) | amexadmin@craig-hallum.com | $ 978.50 |
| 7/31/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Rickman) | amexadmin@craig-hallum.com | $ 624.40 |
| 7/19/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Mazorol) | amexadmin@craig-hallum.com | $ 272.00 |
| 7/12/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Rickman) | amexadmin@craig-hallum.com | $ 614.40 |
| 7/12/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (mazorol) | amexadmin@craig-hallum.com | $ 614.40 |
| 7/19/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Oak) | amexadmin@craig-hallum.com | $ 272.00 |
| 7/12/2017 | Other:Travel & Ent:Air/Rail | Delta Air Lines (Oak) | amexadmin@craig-hallum.com | $ 614.40 |
| 10/31/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Parking | scott.ames@craig-hallum.com | $ 60.00 |
| 10/29/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber | steve.rickman@craig-hallum.com | $ 51.95 |
| 10/29/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber | scott.ames@craig-hallum.com | $ 5.00 |
| 10/31/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Msp Airport Parking Minn900956 Minn - Saint Paul, Mr | steve.rickman@craig-hallum.com | $ 60.00 |
| 10/30/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber *us Oct30 2bnbp - Help.uber.com, Ca | steve.rickman@craig-hallum.com | $ 23.81 |
| 9/27/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber | steve.rickman@craig-hallum.com | $ 17.01 |
| 9/27/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Parking | scott.ames@craig-hallum.com | $ 60.00 |
| 9/25/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber | scott.ames@craig-hallum.com | $ 20.90 |
| 9/27/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Avis Rent-a-car 1 | steve.rickman@craig-hallum.com | $ 8.76 |
| 9/27/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Msp Airport Parking Minn900956 Minn - Saint Paul, Mr | steve.rickman@craig-hallum.com | $ 72.00 |
| 9/27/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber *us Sep27 5dgdb - Help.uber.com, Ca | steve.rickman@craig-hallum.com | $ 17.57 |
| 9/26/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber Us Sep25 T57hs He | steve.rickman@craig-hallum.com | $ 34.01 |
| 9/26/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Uber *us Sep26 Egww6 - Help.uber.com, Ca | steve.rickman@craig-hallum.com | $ 12.15 |
| 9/24/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Lyft | steve.rickman@craig-hallum.com | $ 88.16 |
| 8/11/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Msp Airport Parking | steve.rickman@craig-hallum.com | $ 24.00 |
| 7/19/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Park msp | allen.mazorol@craig-hallum.com | $ 26.00 |
| 8/4/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Dfw Airport Parking | steve.rickman@craig-hallum.com | $ 2.00 |
| 8/4/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Avis Rent-a-car 1 | steve.rickman@craig-hallum.com | $ 136.97 |
| 8/4/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Msp Airport Parking | steve.rickman@craig-hallum.com | $ 72.00 |
| 8/4/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Omni Dallas Parkwest | steve.rickman@craig-hallum.com | $ 14.00 |
| 7/19/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Taxi Svc Dallas | steve.rickman@craig-hallum.com | $ 34.78 |
| 7/19/2017 | Other:Travel & Ent:Auto/Taxi/Parking | Msp Airport Parking | steve.rickman@craig-hallum.com | $ 24.00 |
| 10/31/2017 | Other:Travel & Ent:Lodging | Westin Hotels & Resorts | scott.ames@craig-hallum.com | $ 215.54 |
| 10/30/2017 | Other:Travel & Ent:Lodging | Marriott | scott.ames@craig-hallum.com | $ 218.58 |
| 11/1/2017 | Other:Travel & Ent:Lodging | Westin Los Angeles Arprt Westin Los An - Los Angeles, C: | steve.rickman@craig-hallum.com | $ 215.54 |
| 10/31/2017 | Other:Travel & Ent:Lodging | Warner Center Marriott Woodland Hills - Woodland Hill: | steve.rickman@craig-hallum.com | $ 218.58 |
| 9/25/2017 | Other:Travel & Ent:Lodging | The Westin Indianapolis | scott.ames@craig-hallum.com | $ 556.00 |
| 9/27/2017 | Other:Travel & Ent:Lodging | Hoteltonightthe Westi | steve.rickman@craig-hallum.com | $ 311.00 |
| 9/26/2017 | Other:Travel & Ent:Lodging | Marriott Warner Center | steve.rickman@craig-hallum.com | $ 267.65 |
| 8/4/2017 | Other:Travel & Ent:Lodging | Omni Dallas Parkwest | steve.rickman@craig-hallum.com | $ 385.60 |
| 10/31/2017 | Other:Travel & Ent:Meals | Marriott Warner Center - Woodland Hills, Ca | steve.rickman@craig-hallum.com | $ 91.48 | Geoff Greulich (CEO), Turner Vonalman (Financial Analyst), Scott Ames |
| 8/3/2017 | Other:Travel & Ent:Meals | Hunters | steve.rickman@craig-hallum.com | $ 27.36 | Vane Clayton (Ironclad Chairman); Mike Tutor (Radians), Steve Rickmar |
| 10/31/2017 | Other:Travel & Ent:Meals-Exempt | Westin Lax Dining | scott.ames@craig-hallum.com | $ 14.32 |
| 10/31/2017 | Other:Travel & Ent:Meals-Exempt | Starbucks | scott.ames@craig-hallum.com | $ 10.51 |
| 10/30/2017 | Other:Travel & Ent:Meals-Exempt | Warner Center Marriott | scott.ames@craig-hallum.com | $ 3.90 |
| 10/30/2017 | Other:Travel & Ent:Meals-Exempt | Daily Grill | scott.ames@craig-hallum.com | $ 16.07 |
| 10/29/2017 | Other:Travel & Ent:Meals-Exempt | Pod S World Bean | scott.ames@craig-hallum.com | $ 6.21 |
| 10/28/2017 | Other:Travel & Ent:Meals-Exempt | Whole Foods Market | scott.ames@craig-hallum.com | $ 17.00 |
| 10/25/2017 | Other:Travel & Ent:Meals-Exempt | Chipotle Mexican Grill | scott.ames@craig-hallum.com | $ 15.21 |
| 10/30/2017 | Other:Travel & Ent:Meals-Exempt | Cibo Express P4 - Minneapolis, Mn | steve.rickman@craig-hallum.com | $ 17.00 |
| 10/29/2017 | Other:Travel & Ent:Meals-Exempt | P.F. Chang's China Bistro | steve.rickman@craig-hallum.com | $ 41.67 | Steve and Scott |
| 9/27/2017 | Other:Travel & Ent:Meals-Exempt | Delta | scott.ames@craig-hallum.com | $ 29.00 |
| 9/25/2017 | Other:Travel & Ent:Meals-Exempt | Minneapolis Airport Saint Paul | scott.ames@craig-hallum.com | $ 2.49 |
| 9/20/2017 | Other:Travel & Ent:Meals-Exempt | Pieology | scott.ames@craig-hallum.com | $ 11.25 |
| 9/18/2017 | Other:Travel & Ent:Meals-Exempt | Pieology | scott.ames@craig-hallum.com | $ 11.25 |

| Category | Sum of Amount | |
|----------|---------------|---|
| Communication:Cell phone | 134.99 | |
| Communication:Internet | 89.90 | |
| Other:Conference/Education | 150.00 | |
| Other:Professional Fees:Legal Fees | 35.00 | |
| Other:Travel & Ent:Air/Rail | 7,783.70 | |
| Other:Travel & Ent:Auto/Taxi/Parking | 865.07 | |
| Other:Travel & Ent:Lodging | 2,388.49 | |
| Other:Travel & Ent:Meals | 360.93 | |
| Out of Pocket Total | 11,808.08 | |
| | | |
| Faegre Baker Daniels LLC Legal Services | 7,977.00 | See attached detail |
| Database | 3,404.00 | See attached detail |
| | | |
| Grand Total | 23,189.08 | |

| | | | | |
|---|---|---|---|---|
| 9/27/2017 | Other:Travel & Ent:Meals-Exempt | Travel Traders | steve.rickman@craig-hallum.com | $ 7.97 |
| 9/26/2017 | Other:Travel & Ent:Meals-Exempt | Wyndham Hotel | steve.rickman@craig-hallum.com | $ 20.83 |
| 9/25/2017 | Other:Travel & Ent:Meals-Exempt | Lax Angel City Brewery | steve.rickman@craig-hallum.com | $ 11.81 |
| 9/25/2017 | Other:Travel & Ent:Meals-Exempt | Lax Blue Window | steve.rickman@craig-hallum.com | $ 14.72 |
| 9/25/2017 | Other:Travel & Ent:Meals-Exempt | Cibo Express P4 | steve.rickman@craig-hallum.com | $ 17.00 |
| 9/25/2017 | Other:Travel & Ent:Meals-Exempt | Food Hall P1 | steve.rickman@craig-hallum.com | $ 11.72 |
| 8/12/2017 | Other:Travel & Ent:Meals-Exempt | Otg Management Midwest | steve.rickman@craig-hallum.com | $ 17.00 |
| 8/11/2017 | Other:Travel & Ent:Meals-Exempt | Memphis 0205a | steve.rickman@craig-hallum.com | $ 6.94 |
| 8/4/2017 | Other:Travel & Ent:Meals-Exempt | Tgi_fridays #0851 | steve.rickman@craig-hallum.com | $ 21.83 |
| 8/2/2017 | Other:Travel & Ent:Meals-Exempt | Minneapolis Airport | steve.rickman@craig-hallum.com | $ 10.76 |
| 8/2/2017 | Other:Travel & Ent:Meals-Exempt | Wok And Roll | steve.rickman@craig-hallum.com | $ 16.60 |
| 7/19/2017 | Other:Travel & Ent:Meals-Exempt | 7-eleven 39782 | steve.rickman@craig-hallum.com | $ 7.87 |

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

November 21, 2017

Invoice       21199176
Tax ID        41-0244008

Rick Hartfiel
Craig-Hallum Capital Group LLC
222 South Ninth Street, Suite 350
Minneapolis, MN  55402

## Invoice Summary

| | |
|---|---|
| **Client** | Craig-Hallum Capital Group LLC |
| **Matter** | Ironclad |
| **FaegreBD File** | 476581.000061 |

For professional services rendered and disbursements incurred through October 31, 2017

Services                                                                                    7,977.00

**Invoice Total**                                                              $        7,977.00

**Due and Payable Upon Receipt**
**Thank You**

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone +1 612 766 7000 ▾ Fax +1 612 766 1600

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

November 21, 2017

| Invoice | 21199176 |
|---------|----------|
| Tax ID | 41-0244008 |

Rick Hartfiel
Craig-Hallum Capital Group LLC
222 South Ninth Street, Suite 350
Minneapolis, MN 55402

## Invoice Detail

| Client | Craig-Hallum Capital Group LLC |
|--------|-------------------------------|
| Matter | Ironclad |
| FaegreBD File | 476581.000061 |

For professional services rendered and disbursements incurred through October 31, 2017

## Professional Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/25/17 | W. M. Burns | 0.50 | Correspondence and conference regarding restructuring engagement; review precedents regarding same |
| 08/25/17 | E. Howe | 1.50 | Analyze issues related to potential bankruptcy filing and revisions to engagement letter; begin making same; telephone conference with S. Rickman regarding same |
| 08/26/17 | E. Howe | 1.80 | Finalize revisions to engagement letter in light of likely bankruptcy filing |
| 08/28/17 | E. Howe | 0.40 | Multiple telephone conferences with S. Rickman to discuss strategy related to engagement letter |
| 09/05/17 | W. M. Burns | 0.70 | Telephone conference and correspondence regarding presentation; draft legend for same |
| 09/07/17 | E. Howe | 0.80 | Telephone conference with A. Mazorol regarding sale fee; research regarding same and follow up email to A. Mazorol regarding same |
| 09/11/17 | E. Howe | 0.50 | Review Ironclad bankruptcy docket; telephone conference with Craig-Hallum team regarding M&A marketing process and other issues related to bankruptcy case |
| 09/12/17 | E. Howe | 2.40 | Review and analyze bidding procedures motion, APA, and DIP financing motion in light of Craig-Hallum retention in bankruptcy case; review and revise draft Craig-Hallum retention application and declaration; email to S. Rickman summarizes issues related to same |
| 09/13/17 | E. Howe | 1.30 | Telephone conference with S. Rickman regarding C-H retention application and declaration; multiple revisions to same |
| 09/18/17 | E. Howe | 1.20 | Review and comment on S. Rickman declaration regarding bidding procedures and break up fee; telephone conference with S. Rickman to discuss same |
| 10/02/17 | E. Howe | 0.50 | Calls with S. Rickman to discuss Craig-Hallum retention issues |
| 10/12/17 | E. Howe | 1.30 | Review and analyze proposed changes from equity committee to C-H indeminification language; revise same; email to S. Rickman regarding same |
| 10/13/17 | E. Howe | 0.10 | Brief telephone conference with S. Rickman regarding indemnification language |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/17 | E. Howe | 0.20 | Review supplement to Craig-Hallum retention application and brief telephone conference with S. Rickman regarding same |
| 10/24/17 | E. Howe | 0.30 | Calls with S. Rickman regarding supplement to employment application |
| 10/27/17 | E. Howe | 0.40 | Telephone conferences with S. Rickman regarding supplement to retention application; review proposed changes to same |
| 11/07/17 | E. Howe | 0.20 | Telephone conference with S. Rickman regarding equity committee information requests |

**Total Hours**          **14.10**

**Total Services**                                                          $      7,977.00

**Invoice Total**                                                          $      **7,977.00**

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis ▼ Minnesota 55402-3901
Phone +1 612 766 7000 ▼ Fax +1 612 766 1600

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

November 21, 2017

| | |
|---|---|
| Invoice | 21199176 |
| Tax ID | 41-0244008 |

| | |
|---|---|
| Client ID | 476581 |
| Matter | Ironclad |
| FaegreBD File | 476581.000061 |

Rick Hartfiel
Craig-Hallum Capital Group LLC
222 South Ninth Street, Suite 350
Minneapolis, MN  55402

## Remittance Advice

Invoice Total                    $      7,977.00

Payment Enclosed                 _____

### Due and Payable Upon Receipt
### Thank You

Please return this form with your payment in order to ensure proper credit.

**Wire payments to**

Faegre Baker Daniels LLP
Bank Name:  Wells Fargo Bank, N.A.
Account Number:  0000005426
Routing Transit Number (Wires):  121000248
Routing Transit Number (ACH):  091000019
Swift Code (International Wires in USD):  WFBIUS6S
Swift Code (International Wires in non-USD):  WFBIUS6WFFX
Wire/ACH Detail to:  RemittanceAdvice@FaegreBD.com

**Remit checks to**

Faegre Baker Daniels LLP
NW 6139
P O Box 1450
Minneapolis, MN 55485-6139

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis ▾ Minnesota 55402-3901
Phone +1 612 766 7000 ▾ Fax +1 612 766 1600

*Database Expenses- Banking*
*June 2017 - November 20, 2017*

| Month | Factset | CapIQ | Total |
|-------|---------|-------|-------|
| June | 5,674.95 | 1,666.67 | 7,341.62 |
| July | 5,504.37 | 1,666.67 | 7,171.04 |
| August | 6,412.36 | 1,666.67 | 8,079.03 |
| September | 5,909.37 | 1,666.67 | 7,576.04 |
| October | 5,888.03 | 4,791.67 | 10,679.70 |
| November | 2,021.39 | 4,791.67 | 6,813.06 |
| | | **Total** | **47,660.49** |

| | |
|---|---|
| Deals to allocate: June to November | 14 |
| Allocation % to ICPW: (1/14) | 7% |
| Allocation $ to ICPW: | $ 3,404 |

**INVOICE OF SERVICES**

**FACTSET**

Page 3 of 5

| INVOICE # | INVOICE DATE | ACCOUNT # | FOR SERVICES RENDERED TO |
|---|---|---|---|
| 9HWZ1711 | November 01, 2017 | 9HWZ | CRAIG HALLUM CAPITAL GROUP, LLC |

# STATEMENT OF ACCOUNT

as of November 1, 2017

ACCOUNT BALANCE

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
|---|---|---|---|---|
| $ 28,988.99 | $ 0.00 | $ 0.00 | $ 0.00 | $28,988.99 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 02-Nov-2017 | Invoice 9HWZ1711. Services rendered November 01, 2017 - November 30, 2017 | $ 28,988.99 | $ - | $ 28,988.99 |

**BALANCE DUE FOR ACCOUNT 9HWZ**            **$28,988.99**

| Description | Amount | Allocation |
|---|---|---|
| **Base Fees** | | |
| FactSet Base Fee | 1,250.00 | Split |
| | | |
| **Exchange Fees** | | |
| NASDAQ Level I | 1,850.00 | Split |
| New York | 185.00 | Split |
| NYSE Mkt | 111.00 | Split |
| OTC Markets Level 1 | - | Split |
| OTC Markets Level 2 | 155.00 | Split |
| Premium Global Market | 222.00 | Split |
| | | |
| **Other** | | |
| Expiring discount - Sep 2018 | (3,133.75) | Split |
| | | |
| **Workstations** | | |
| GBB Analyst Workstation | 4,124.97 | S |
| GBB Executive Workstation | 1,549.98 | B |
| Equity Research Analyst | 14,666.56 | R |
| Equity Research Executive | 1,033.32 | R |
| Sales and Trading - Standard | 258.33 | B |
| Sales and Trading - Standard | 6,716.58 | S |

**Allocations**

| | | | | |
|---|---|---|---|---|
| | (B, R, and S) | 639.25 | Total by Dept | |
| B | Banking | 1,808.31 | | 2,021.39 |
| R | Research | 15,699.88 | | 15,912.96 |
| S | Sales | 10,841.55 | | 11,054.63 |
| | Total | 28,988.99 | Check | 28,988.99 |

**FACTSET**

INVOICE OF SERVICES

| INVOICE #<br>9HWZ1710 | INVOICE DATE<br>October 03, 2017 | ACCOUNT #<br>9HWZ | FOR SERVICES RENDERED TO<br>CRAIG HALLUM CAPITAL GROUP, LLC |
| --- | --- | --- | --- |

# STATEMENT OF ACCOUNT

as of October 3, 2017

### ACCOUNT BALANCE

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
| --- | --- | --- | --- | --- |
| $ 30,363.98 | $ 0.00 | $ 0.00 | $ 0.00 | $30,363.98 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
| --- | --- | --- | --- | --- |
| 03-Oct-2017 | Invoice 9HWZ1710. Services rendered October 01, 2017 - October 31, 2017 | $ 30,363.98 | $ - | $ 30,363.98 |

| | BALANCE DUE FOR ACCOUNT 9HWZ | $30,363.98 |
| --- | --- | --- |

9HWZ1710
3344

| Description | Amount | Allocation |
|---|---|---|
| **Base Fees** | | |
| FactSet Base Fee | 1,250.00 | Split |
| | | |
| **Exchange Fees** | | |
| NASDAQ Level I | 1,850.00 | Split |
| New York | 185.00 | Split |
| NYSE Mkt | 111.00 | Split |
| OTC Markets Level 1 | - | Split |
| OTC Markets Level 2 | 155.00 | Split |
| Premium Global Market | 222.00 | Split |
| | | |
| **Other** | | |
| Expiring discount - Sep 2018 | (3,133.75) | Split |
| | | |
| **Workstations** | | |
| GBB Analyst Workstation | 4,124.97 | B |
| GBB Executive Workstation | 1,549.98 | B |
| Equity Research Analyst | 16,041.55 | R |
| Equity Research Executive | 1,033.32 | R |
| Sales and Trading - Standard | 6,974.91 | S |

| Allocations | | | |
|---|---|---|---|
| (B, R, and S) | 639.25 | | Total by Dept |
| Banking | 5,674.95 | | 5,888.03 |
| Research | 17,074.87 | | 17,287.95 |
| Sales | 6,974.91 | | 7,187.99 |
| Total | 30,363.98 | Check | 30,363.98 |

**INVOICE OF SERVICES**

| INVOICE #<br>9HWZ1709 | INVOICE DATE<br>September 05, 2017 | ACCOUNT #<br>9HWZ | FOR SERVICES RENDERED TO<br>CRAIG HALLUM CAPITAL GROUP, LLC |
|---|---|---|---|

**FACTSET**

Page 3 of 5

# STATEMENT OF ACCOUNT

as of  September 5, 2017

**ACCOUNT BALANCE**

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
|---|---|---|---|---|
| $ 30,427.98 | $ 0.00 | $ 0.00 | $ 0.00 | $30,427.98 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 05-Sep-2017 | Invoice 9HWZ1709.  Services rendered September 01, 2017 - September 30, 2017 | $ 30,427.98 | $ - | $ 30,427.98 |

**BALANCE DUE FOR ACCOUNT 9HWZ**   **$30,427.98**

9HWZ1709
3371

| Description | Amount | Allocation |
|---|---|---|
| **Base Fees** | | |
| FactSet Base Fee | 1,250.00 | Split |
| | | |
| **Exchange Fees** | | |
| NASDAQ Level I | 1,900.00 | Split |
| New York | 190.00 | Split |
| NYSE Mkt | 114.00 | Split |
| OTC Markets Level 1 | - | Split |
| OTC Markets Level 2 | 155.00 | Split |
| Premium Global Market | 228.00 | Split |
| | | |
| **Other** | | |
| Expiring discount - Sep 2018 | (3,133.75) | Split |
| | | |
| **Workstations** | | |
| GBB Analyst Workstation | 4,124.97 | B |
| GBB Executive Workstation | 1,549.98 | B |
| Equity Research Analyst | 16,041.55 | R |
| Equity Research Executive | 1,033.32 | R |
| Sales and Trading - Standard | 6,974.91 | S |

| **Allocations** | | | |
|---|---|---|---|
| (B, R, and S) | 703.25 | | Total by Dept |
| Banking | 5,674.95 | | 5,909.37 |
| Research | 17,074.87 | | 17,309.29 |
| Sales | 6,974.91 | | 7,209.33 |
| Total | 30,427.98 | Check | 30,427.98 |

**INVOICE OF SERVICES**

| INVOICE #<br>9HWZ1708 | INVOICE DATE<br>August 01, 2017 | ACCOUNT #<br>9HWZ | FOR SERVICES RENDERED TO<br>CRAIG HALLUM CAPITAL GROUP, LLC |
|---|---|---|---|

# FACTSET

Page 3 of 5

# STATEMENT OF ACCOUNT

as of August 1, 2017

**ACCOUNT BALANCE**

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
|---|---|---|---|---|
| $ 32,853.63 | $ 0.00 | $ 0.00 | $ 0.00 | $32,853.63 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01-Aug-2017 | Invoice 9HWZ1708.  Services rendered August 01, 2017 - August 31, 2017 | $ 32,853.63 | $ - | $ 32,853.63 |

**BALANCE DUE FOR ACCOUNT 9HWZ**  $32,853.63

9HWZ1708
3406

| Description | | Amount | Allocation |
|---|---|---|---|
| **Base Fees** | | | |
| FactSet Base Fee | | 1,250.00 | Split |
| | | | |
| **Exchange Fees** | | | |
| NASDAQ Level I | | 2,000.00 | Split |
| New York | | 200.00 | Split |
| NYSE Mkt | | 120.00 | Split |
| OTC Markets Level 1 | | - | Split |
| OTC Markets Level 2 | | 155.00 | Split |
| Premium Global Market | | 246.00 | Split |
| | | | |
| **Other** | | | |
| Expiring discount - Sep 2018 | | (3,133.75) | Split |
| | | | |
| **Workstations** | | | |
| GBB Analyst Workstation | | 4,583.30 | B |
| GBB Executive Workstation | | 1,549.98 | B |
| Equity Research Analyst | | 17,874.87 | R |
| Equity Research Executive | | 1,033.32 | R |
| Sales and Trading - Standard | | 6,974.91 | S |

| <u>**Allocations**</u> | | | |
|---|---|---|---|
| (B, R, and S) | 837.25 | 279.08 | |
| Banking | 6,133.28 | | |
| Research | 18,908.19 | | |
| Sales | 6,974.91 | | |
| Total | 32,853.63 | Check | |

**FACTSET**

**INVOICE OF SERVICES**

| INVOICE #<br>9HWZ1707 | INVOICE DATE<br>July 03, 2017 | ACCOUNT #<br>9HWZ | FOR SERVICES RENDERED TO<br>CRAIG HALLUM CAPITAL GROUP, LLC |
|---|---|---|---|

# STATEMENT OF ACCOUNT

as of July 3, 2017

## ACCOUNT BALANCE

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
|---|---|---|---|---|
| $ 31,962.97 | $ 0.00 | $ 0.00 | $ 0.00 | $31,962.97 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 05-Jul-2017 | Invoice 9HWZ1707. Services rendered July 01, 2017 - July 31, 2017 | $ 31,962.97 | $ - | $ 31,962.97 |

**BALANCE DUE FOR ACCOUNT 9HWZ**                    **$31,962.97**

9HWZ1707
3417

| Description | Amount | Allocation |
|---|---|---|
| **Base Fees** | | |
| FactSet Base Fee | 1,250.00 | Split |
| | | |
| **Exchange Fees** | | |
| NASDAQ Level I | 2,025.00 | Split |
| New York | 202.50 | Split |
| NYSE Mkt | 121.50 | Split |
| OTC Markets Level 1 | - | Split |
| OTC Markets Level 2 | 155.00 | Split |
| Premium Global Market | 243.00 | Split |
| | | |
| **Other** | | |
| Expiring discount - Sep 2018 | (3,133.75) | Split |
| | | |
| **Workstations** | | |
| GBB Analyst Workstation | 3,666.64 | B |
| GBB Executive Workstation | 1,549.98 | B |
| Equity Research Analyst | 17,874.87 | R |
| Equity Research Executive | 1,033.32 | R |
| Sales and Trading - Standard | 6,974.91 | S |

| **Allocations** | | |
|---|---|---|
| (B, R, and S) | 863.25 | 287.75 |
| Banking | 5,216.62 | |
| Research | 18,908.19 | |
| Sales | 6,974.91 | |
| Total | 31,962.97 | Check |

**INVOICE OF SERVICES**

**FACTSET**

| INVOICE #<br>9HWZ1706 | INVOICE DATE<br>June 01, 2017 | ACCOUNT #<br>9HWZ | FOR SERVICES RENDERED TO<br>CRAIG HALLUM CAPITAL GROUP, LLC | Page 3 of 5 |

# STATEMENT OF ACCOUNT

as of June 1, 2017

**ACCOUNT BALANCE**

| UP TO 30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 DAYS | BALANCE DUE |
|---|---|---|---|---|
| $ 33,992.29 | $ 0.00 | $ 0.00 | $ 0.00 | $33,992.29 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01-Jun-2017 | Invoice 9HWZ1706. Services rendered June 01, 2017 - June 30, 2017 | $ 33,992.29 | $ - | $ 33,992.29 |

|  | **BALANCE DUE FOR ACCOUNT 9HWZ** | **$33,992.29** |
|---|---|---|

# S&P Global
## Market Intelligence

**BJR**

Federal ID: 13-4155501

Invoice No.: 40277474
Acct. No: 3230001837
Ship No: 3230001837
Date: 11/11/16
Page: 1
Purchase Order:

*Ammended bill received on 11/11.* ✔

CIQ

**JOSEPH PLESE**
**CRAIG-HALLUM CAPITAL GROUP LLC**
**222 SOUTH NINTH ST STE-350**
**MINNEAPOLIS MN 55402**

Services Provided To:

**JOSEPH PLESE**
**CRAIG-HALLUM CAPITAL GROUP LLC**
**222 SOUTH NINTH ST STE-350**
**MINNEAPOLIS MN 55402**

*JS*

| Description of Services | TOTAL AMOUNT |
|---|---|
| CIQDTENT CIQ DESKTOP PACKAGE | $75,000.00 |

FOR DETAILS PLEASE SEE ENCLOSED SUMMARY.

Fromelt        Sullivan
Beck           Larsen
Veinstein      Herman
Rusce          Mazoral
Horvick        Amer
Starman        McCarthy
Janvick?       Rickman
Hodgson

✔ Prepaid Ex
10/01/16  to  9/30/17
QB 11/28 NBQ

Banking portion is:
$20,000 per year
(1,666.67 per month)

11 M&A
4 Banking

For Client Support, please
call (888)806-5541.
For Billing Inquiries, please
call (800)852-1641 or email
clientrelations@spglobal.com

**TOTAL DUE**

$75,000.00   USD

Special Instructions

Payment is due by December 11, 2016

---

To insure Proper Credit, DETACH HERE ▲ and RETURN THIS PORTION With Your Remittance

# S&P Global
## Market Intelligence

Federal ID: 13-4155501

Invoice No.: 40277474
Acct No.: 3230001837
Date: 11/11/16

CIQ

**JOSEPH PLESE**
**CRAIG-HALLUM CAPITAL GROUP LLC**
**222 SOUTH NINTH ST STE-350**
**MINNEAPOLIS MN 55402**

**Wire Transfer:**

Please include invoice #
Bank of America
S&P Global Market Intelligence LLC
Account # 81880-68164
Swift Code: BOFAUS3N (USD)
Swift Code: BOFAUS6S (FX)
ABA # 0260-0959-3
Or E-mail: cashapps@spglobal.com

**Remit To:**

**S&P GLOBAL MARKET INTELLIGENCE LLC**
**33356 COLLECTION CENTER DR**
**CHICAGO IL 60693-0333**

$75,000.00   USD

32300018377 40277474 07500000 1 120 10 12 1116 9

**S&P Global**
Market Intelligence

### PRICING SCHEDULE

**Subscriber:  Craig-Hallum Capital Group LLC**
**Address:  222 South Ninth Street, Suite 350 Minneapolis MN 55402 United States**
**Sales Representative:  Andrew Novis**
**Internal Contract Number of the Master Subscription Agreement:  00614894.0**
**Effective Date of the Master Subscription Agreement:  October 1, 2016**

**Internal Contract Number of this Pricing Schedule:  00818984.0**
**Commencement Date of this Pricing Schedule:  October 1, 2017**
**Initial Term of this Pricing Schedule:  October 1, 2017 through September 30, 2018**

Notwithstanding anything to the contrary in the Agreement or the Attachment, the following renewal, notice, fee increase and related termination provisions shall control.  This Pricing Schedule shall not automatically renew and agreement of the parties shall be required to renew.  Such agreement to renew this Pricing Schedule for a further period of one (1) year (or such other period as set forth in a Renewal Invoice (as defined below)) commencing immediately upon expiration of the then-current term of this Pricing Schedule, shall be evidenced by (i) S&P's issuance of an invoice which may include a fee increase (a "Renewal Invoice") and (ii) Subscriber's subsequent payment of such Renewal Invoice.

S&P may send the Renewal Invoice via email or regular mail approximately forty-five (45) days in advance of the expiration of any term.  If Subscriber fails to pay the Renewal Invoice by the expiration date of the then-current term of this Pricing Schedule or thirty (30) days following the Renewal Invoice date, whichever is later, then this Pricing Schedule terminates.

Notwithstanding anything to the contrary, during any period that extends beyond the expiration date of the then-current term a) if Subscriber provides written notice to S&P of its intent not to renew the term of this Pricing Schedule (such notice may be sent via e-mail), S&P may suspend delivery of the Services.  In such event, Subscriber shall be liable for payment of a prorated portion of the fees for the Services (based on the rate previously in effect) until the effective date of such suspension; and b) Subscriber shall be subject to the terms and conditions of this Pricing Schedule and the Agreement during such period.

1. **CONTRACT DESCRIPTION FOR SERVICE: AMR BULK/SUBSCRIPTION**
   Service/Product Code:  AFTERMKS
   Authorized Unit/License Type: Authorized Department(s)
   Description of Authorized Sites/Depts: Enterprise within the M&A group. Up to 5 users permitted within the Investment Banking group.
   Delivery Method: S&P Website

   Commencement Date of Services Attachment: October 1, 2016
   Internal Contract # of Services Attachment: 00614896.0
   Services Attachment Name: Platform Products and Services Services Attachment

2. **CONTRACT DESCRIPTION FOR SERVICE: CIQ DESKTOP ENTERPRISE**
   Service/Product Code:  CIQDTENT
   Authorized Unit/License Type: Authorized Department(s)
   Description of Authorized Sites/Depts: Enterprise within the M&A group. Up to 5 users permitted within the Investment Banking group.
   Delivery Method: S&P Capital IQ Website, No

   Commencement Date of Services Attachment: October 1, 2016
   Internal Contract # of Services Attachment: 00614896.0
   Services Attachment Name: Platform Products and Services Services Attachm

> **Banking portion is 50%.**
> **Annually that is $57,500 ($4,791.67 per month)**

**Fees:      Year 1:USD $115,000.00**
**Plus postage, handling and sales tax, if applicable.**

00818984.0; Pricing Schedule; Version#: 2; Agreement Generation Date: 10/3/2017
Template Version: Pricing Schedule Rev15May2017

Page 1 of 4

**EXHIBIT "3"**

CONFIDENTIAL

# Craig-Hallum Overview

SEPTEMBER 2017



CRAIG-HALLUM OVERVIEW

# Leading Investment Bank Focused On Growth Companies

**CRAIG-HALLUM IS AN INSTITUTIONAL INVESTMENT BANK FOCUSED SOLELY ON GROWTH COMPANIES**

- 100+ employee-owned partnership

- Headquartered in Minneapolis with offices in Boston, Greenwich, and Philadelphia

- Operating history of more than 18 years

- From 2013 through 2016, Craig-Hallum was the #1 ranked investment bank for the most follow-on equity offerings for market caps less than $500 million (excluding biotech and financials)[1]

**OUR MISSION IS SIMPLE:**

- Build lasting and impactful relationships with our investment banking clients

- Provide our institutional investor clients with compelling stock ideas that can drive their performance

CRAIG-HALLUM
CAPITAL GROUP LLC

**INVESTMENT BANKING**

- 37 investment banking transactions completed in 2016

- Over 160 equity offerings completed since January 1, 2013

- Manager for more than $8.7 billion of offerings since January 1, 2013

- Experienced M&A advisory team

**INSTITUTIONAL RESEARCH**

- 36 equity research professionals

- 275 public companies under coverage

- Cover all major growth sectors: business services, clean technology, consumer, healthcare, industrial growth, technology, and telecommunications

- Sector knowledge and concentrated experience

**INSTITUTIONAL SALES & TRADING**

- 35-member core sales & trading team

- U.S. and Canadian coverage of 600+ institutional accounts

- Deep client relationships with senior portfolio managers

_Source:_ _S&P Capital IQ_
_(1)   Includes offerings greater than or equal to $5 million for companies listed on major U.S. exchanges_

2



# How The Craig-Hallum Model Is Different

- **Craig-Hallum is a true research-driven boutique**

  - 34% of our employees are in our research department, which is larger than any of our banking, sales, or trading departments

  - Senior research analysts each cover, on average, 16 stocks, allowing for in-depth coverage of each stock

  - Our model translates to both higher quality results and greater impact for our institutional and corporate clients

- **Big enough to matter – small enough to make a difference**

  - 275 stocks in our coverage universe, not over 500 like many investment banks

  - More time for each stock during every morning meeting, ensuring deep sales knowledge – not just when the company reports quarterly results

  - History of exceptionally strong relationships with leading growth stock portfolio managers across the country

  - Focused trading – we make markets in stocks that we cover

  - Top underwriter for small cap growth stocks[1], having completed over 160 equity offerings since the start of 2013, raising over $8.5 billion

- **We are one of the few remaining partnerships**

  - Craig-Hallum is 100% owned by its employees – no outside capital

  - Performance-oriented culture attracts high performers

  - We care because it is ours

**CRAIG-HALLUM PROFESSIONALS**



**CRAIG-HALLUM LOCATIONS**



**Source:** *S&P Capital IQ*
(1)   *Includes offerings greater than or equal to $5 million for U.S. companies listed on major U.S.*
      *exchanges under $500MM market capitalization*

3



# Proven M&A Process Expertise

| | |
|---|---|
| **COMBINED YEARS EXPERIENCE** | **OVER 100** |
| **# OF TRANSACTIONS COMPLETED** | **OVER 200** |
| **CUMULATIVE ENTERPRISE VALUE CREATED** | **OVER $15 BILLION** |
| **SELLER TYPES REPRESENTED** | **ALL RANGING FROM ENTREPRENEURS AND FAMILIES TO PRIVATE EQUITY AND CORPORATIONS** |
| **BUYER TYPES APPROACHED AND SOLD TO** | **ALL RANGING FROM ENTREPRENEURS AND FAMILIES TO PRIVATE EQUITY AND CORPORATIONS** |
| **INDUSTRY SEGMENTS REPRESENTED** | **VIRTUALLY ALL FROM NICHE MARKETS TO MAJOR INDUSTRIES** |
| **TRANSACTION PROCESS TYPES RUN** | **EVERY CONCEIVABLE PERMUTATION FROM UNILATERAL NEGOTIATIONS TO BROAD AUCTION PROCESSES** |
| **GEOGRAPHIC FOCUS** | **NORTH AMERICA WITH SIGNIFICANT EXPERIENCE INVOLVING INTERNATIONAL BUYERS AND SELLERS** |
| **DEAL SIZE** | **FOCUS ON ENTERPRISE VALUES UNDER $150 MILLION WITH SIGNIFICANT EXPERIENCE UP TO ~$750 MILLION** |

**THE M&A GROUP FOCUSES 100% ON M&A ADVISORY AND OUR COMBINED YEARS OF EXPERIENCE AND NUMBER OF COMPLETED TRANSACTIONS MAKE US EXPERTS IN OUR CRAFT, REGARDLESS OF TRANSACTION TYPE, SIZE, INDUSTRY, SELLER OR BUYER**



CRAIG-HALLUM OVERVIEW

# Demonstrated M&A Experience

- Since 2013, Craig-Hallum has completed over 40 M&A advisory, corporate divestiture, and fairness opinion assignments for public and private companies

**RECENT M&A TRANSACTIONS**



June 12, 2017



March 10, 2017



July 6, 2016



June 23, 2016



April 29, 2016



April 5, 2016



March 14, 2016



January 4, 2016



December 22, 2015



December 12, 2015



December 4, 2015



December 1, 2015



November 13, 2015



October 21, 2015



August 31, 2015



# Why Craig-Hallum?

- **Middle market focus**

  - Craig-Hallum has completed numerous transactions with sub-$500 million market capitalization companies for years

  - Focused on M&A transactions less than $150 million in enterprise value

- **The Craig-Hallum team knows the Ironclad story**

  - We have been working with the Company for over three months

  - We have done our homework – extensive due diligence with the management team and Board of Directors

- **We already has dialogue with many potential strategic buyers for the Company**

  - Several buyers have expressed an interest purchasing the Company in bankruptcy





*(1) Not all contacted buyers are shown*

6

# Industrial Technology Experience



* Transaction completed with the involvement of a Craig-Hallum professional while at prior firm



# Branded and Consumer Products Experience









































*Transaction completed with the involvement of a Craig-Hallum professional while at prior firm*



CRAIG-HALLUM
CAPITAL GROUP LLC

# Craig-Hallum Coverage Universe

▪ **Craig-Hallum covers 275 companies across multiple growth sectors including technology, healthcare, consumer, industrial growth, and business services**

## TECHNOLOGY

| Semi. & Components | Communications & Equip. | Software | eCommerce |
|---|---|---|---|
| - Advanced Micro (AMD) | - 8x8 (EGHT) | - Accelerize (ACLZ) | - Chegg (CHGG) |
| - Ambarella (AMBA) | - Boingo Wireless (WIFI) | - Actua (ACTA) | - GrubHub (GRUB)* |
| - Applied Opto (AAOI) | - Brocade Comm. (BRCD) | - ARI Network Services (ARIS) | - Leaf Group (LFGR) |
| - Broadcom (AVGO) | - CalAmp (CAMP) | - Attunity (ATTU) | - PetMed Express (PETS) |
| - ChipMOS (IMOS) | - Calix (CALX) | - Blucora (BCOR) | - PFSWeb (PFSW) |
| - Cypress (CY) | - DASAN Zhone (DZSI) | - Callidus (CALD) | - Quotient Technology (QUOT)* |
| - Cirrus Logic (CRUS) | - Extreme Networks (EXTR) | - Carbonite (CARB) | - Stamps.com (STMP) |
| - eMagin (EMAN) | - Flextronics (FLEX) | - Cyren (CYRN) | **Financial Technology** |
| - Everspin (MRAM) | - Finisar (FNSR) | - Digimarc (DMRC) | - ACI (ACIW) |
| - II-VI Incorporated (IIVI) | - Fusion Telecom (FSNN) | - Datawach (DWCH) | - BofI (BOFI) |
| - Immersion (IMMR) | - Global Telecom (GTT) | - Ebix (EBIX) | - Blackhawk Network (HAWK) |
| - Inphi (IPHI) | - Infinera (INFN) | - eGain (EGAN) | - Bottomline (EPAY) |
| - Integrated Device (IDTI) | - Internap Network (INAP) | - Five9 (FIVN) | - CPI Card Group (PMTS) |
| - Knowles (KN) | - Lumentum (LITE) | - Hortonworks (HDP) | - Everi Holdings (EVRI) |
| - Lattice Semi. (LSCC) | - Nokia Corporation (NOK) | - ImageWare (IWSY) | - First Data (FDC) |
| - Marvel (MRVL) | - ORBCOMM (ORBC) | - Iteris (ITI) | - LendingClub (LC) |
| - M/A-Com Technology (MTSI) | - ShoreTel (SHOR) | - LivePerson (LPSN) | - PayPal Holdings (PYPL) |
| - Neonode (NEON) | - Trimble (TRMB) | - Mattersight (MATR) | - Planet Payment (PLPM) |
| - NeoPhotonics (NPTN) | - Viavi (VIAV) | - MINDBODY (MB)* | - Q2 Holdings (QTWO) |
| - Netlist (NLST) | - Vonage (VG) | - Model N (MODN) | - RE/MAX (RMAX) |
| - Oclaro (OCLR) | **Services** | - NetScout (NTCT) | - Square (SQ) |
| - Pixelworks (PXLW) | - Dycom (DY) | - Nuance (NUAN) | - Vantiv (VNTV) |
| - Qorvo (QRVO) | - InnerWorkings (INWK) | - Paylocity (PCTY) | - VeriFone (PAY) |
| - QuickLogic (QUIK) | - Digital Turbine (APPS) | - PROS Holdings (PRO) | |
| - Sanmina-SCI (SANM) | - MasTec (MTZ) | - Qumu Corp (QUMU) | |
| - Silicon Motion (SIMO) | - SharpSpring (SHSP) | - RingCentral (RNG) | |
| - Sigma Designs (SIGM) | - TeleTech (TTEC) | - SPS Commerce (SPSC) | |
| - STMicro (STM) | - USA Technologies (USAT) | - Synacor (SYNC) | |
| - Skyworks (SWKS) | **Storage & Hardware** | - Upland Software (UPLD) | |
| - Synaptics (SYNA) | - Cray (CRAY) | - Veritone (VERI) | |
| - Tower Semi. (TSEM) | - Quantum (QTM) | - Xactly Corporation (XTLY) | |
| - Xperi Corp. (XPER) | - Seagate (STX) | - Zendesk (ZEN) | |
| **Semiconductor Equipment** | - Western Digital (WDC) | - Zix Corp. (ZIXI) | |
| - Aehr Test Systems (AEHR) | | **Internet Content & Advert.** | |
| - Applied Materials (AMAT) | | - Akamai (AKAM) | |
| - Axcelis (ACLS) | | - Cars.com (CARS) | |
| - AXT Inc. (AXTI) | | - Izea (IZEA) | |
| - CyberOptics (CYBE) | | - Rubicon Project (RUBI) | |
| - Entegris (ENTG) | | - SITO Mobile (SITO) | |
| - FormFactor (FORM) | | - TechTarget (TTGT) | |
| - PDF Solutions (PDFS) | | - The Hackett Group (HCKT) | |
| - Teradyne (TER) | | - TrueCar (TRUE) | |
| - Ultra Clean (UCTT) | | - Zillow (ZG) | |
| - Xcerra (XCRA) | | | |

## LIFE SCIENCES/HEALTHCARE

| Diagnostics | Med. Equip & Devices | Healthcare IT & Svcs. | Spec. Pharma & Biologics |
|---|---|---|---|
| - Alere (ALR) | - AngioDynamics (ANGO) | - Acadia Healthcare (ACHC) | - Aceto Corp (ACET) |
| - Caredx Inc (CDNA) | - Apollo Endosurgery (APEN) | - Advisory Board (ABCO) | - Akorn (AKRX) |
| - Chembio (CEMI) | - Bovie Medical (BVX) | - Amedisys (AMED) | - Alliqua (ALQA) |
| - Enzo Bio. (ENZ) | - CAS Medical (CASM) | - Auxilio (AUXO) | - Cambrex (CBM) |
| - Exact Sciences (EXAS) | - Dextera Surgical (DXTR) | - BioScrip (BIOS) | - Codexis (CDXS) |
| - Laboratory Corp. (LH) | - Henry Schein (HSIC) | - eHealth (EHTH) | - Lannett (LCI) |
| - Neogen (NEOG) | - iCAD (ICAD) | - Haemonetics (HAE) | - Ligand (LGND) |
| - Neogenomics (NEO) | - Integer Holdings (ITGR) | - Health Insur. Innov. (HIIQ) | - MiMedx (MDXG) |
| - Quest Diagnostics (DGX) | - Invuity (IVTY) | - HealthSouth (HLS) | - Repligen (RGEN) |
| | - LeMaitre (LMAT) | - Healthstream (HSTM) | - Rockwell Medical (RMTI) |
| | - Merit Medical (MMSI) | - LHC Group (LHCG) | - RTI Biologics (RTIX) |
| | - Novadaq (NVDQ) | - Omnicell (OMCL) | - SenesTech (SNES) |
| | - NVE Corp. (NVEC) | - Sharps Compliance (SMED) | - Techne (TECH) |
| | - NxStage Medical (NXTM) | - Streamline Health (STRM) | - Teligent (TLGT) |
| | - Patterson (PDCO) | - Teladoc (TDOC) | - Zoetis (ZTS) |
| | - Spectranetics (SPNC) | - The Joint Corp. (JYNT) | |
| | - Viveve Medical (VIVE) | - Vocera Comm. (VCRA) | |

## INDUSTRIAL GROWTH AND SUSTAINABILITY

| Automobile & Machinery | Infrastructure | Sustainability | Industrial |
|---|---|---|---|
| - Asbury Automotive (ABG) | - Aegion (AEGN) | - Chart Industries (GTLS) | - Allied Motion (AMOT) |
| - Blue Bird (BLBD) | - Apogee (APOG) | - Clean Energy (CLNE) | - American Outdoor (AOBC) |
| - Carvana Co. (CVNA) | - Aspen Aerogels (ASPN) | - Daqo New Energy (DQ)* | - Axon (AAXN) |
| - Dasske (DSKE) | - Capstone Turbine (CPST) | - Enphase (ENPH) | - Civeo Corp. (CVEO) |
| - Douglas Dynamics (PLOW) | - Limbach (LMB) | - EnSync (ESNC) | - CUI Global (CUI) |
| - Ford Motor (F) | - LiqTech (LIQT) | - FuelCell Energy (FCEL) | - FARO Technologies (FARO) |
| - General Motors (GM) | - Vertex Energy (VTNR) | - Hudson Tech. (HDSN) | - Gentex (GNTX) |
| - Genterm (THRM) | | - Ideal Power (IPWR) | - Hydrogenics (HYGS) |
| - Lithia Motors (LAD) | | - JINKO Solar (JKS)* | - Ironclad (ICPW) |
| - Motorcar Parts (MPAA) | | - Ormat Technologies (ORA)* | - Kornit Digital (KRNT) |
| - Research Frontiers (REFR) | | - Pacific Ethanol (PEIX) | - Lakeland Industries (LAKE) |
| - Sevcon, Inc. (SEV) | | - Plug Power (PLUG) | - Methode Electronics (MEI) |
| - Spartan Motors (SPAR) | | - Power Solutions (PSIX) | - Orion Energy (OESX) |
| - Titan Machinery (TITN) | | - SolarEdge (SEDG)* | - Perceptron (PRCP) |
| - Wabash National (WNC) | | - Westport (WPRT) | - Proto Labs (PRLB) |
| | | | - Stratasys (SSYS) |
| | | | - Telenav (TNAV) |

## CONSUMER

| Consumer Goods & Svcs. | | | |
|---|---|---|---|
| - 1-800-flowers.com (FLWS) | - EVINE (EVLV) | - MarineMax (HZO) | - Senomyx (SNMX) |
| - Amplify Snack (BETR)* | - Famous Dave's (DAVE) | - MGP Ingredients (MGPI) | - Weight Watchers (WTW) |
| - Barnes & Noble (BKS) | - FTD Companies (FTD) | - Nutrisystem (NTRI) | - ZAGG (ZAGG) |
| - Barnes & Noble Ed. (BNED) | - Glu Mobile (GLUU)* | - Orchids Paper (TIS) | |
| - Build-a-Bear (BBW) | - HSN, Inc. (HSNI) | - Red Lion Hotels (RLH) | |
| - Care.com (CRCM) | - J. C. Penney (JCP) | - S&W Seed (SANW) | |
| - Century Casinos (CNTY) | - Land's End (LE) | - Scientific Games (SGMS) | |
| | - Liberty Interactive (QVCA) | | |

* Denotes companies with suspended coverage

9



CRAIG-HALLUM OVERVIEW

# Leading Underwriter for Follow-On Equity Offerings (Sub $500 Million Market Caps)

- **Craig-Hallum has completed the most follow-on offerings (74) and second most lead book-run offerings (37) in the last 4 years**
- **Includes underwritten follow-on offerings greater than $5 million for companies with less than $500 million in market capitalization – excludes biotechnology and financial services companies**

### FOUR YEARS ENDED DECEMBER 31, 2016

| | Lead Book-Runner | | | Managing Underwriter | |
|---|---|---|---|---|---|
| **Rank** | **Underwriter** | **Number** | **Rank** | **Underwriter** | **Number** |
| 1 | Roth Capital Partners, LLC | 39 | 1 | Craig-Hallum Capital Group LLC | 74 |
| 2 | Craig-Hallum Capital Group LLC | 37 | 1 | Roth Capital Partners, LLC | 74 |
| 3 | Cowen and Company, LLC | 31 | 3 | Canaccord Genuity Inc. | 55 |
| 4 | Canaccord Genuity Inc. | 27 | 4 | Cowen and Company, LLC | 48 |
| 5 | Jefferies & Company, Inc. | 21 | 5 | Raymond James & Associates, Inc. | 40 |
| 6 | Aegis Capital Corporation | 17 | 6 | William Blair & Company, LLC | 36 |
| 7 | William Blair & Company, LLC | 16 | 7 | Ladenburg Thalmann & Co. Inc. | 33 |
| 8 | J.P. Morgan Securities LLC | 15 | 8 | Piper Jaffray & Co. | 30 |
| 8 | Stifel, Nicolaus & Company | 15 | 8 | Stifel, Nicolaus & Company | 30 |
| 10 | B. Riley & Co., LLC | 14 | 10 | Needham & Company, LLC | 29 |
| 10 | Barclays Capital Inc. | 14 | 11 | Jefferies & Company, Inc. | 27 |
| 10 | H.C. Wainright | 14 | 12 | J.P. Morgan Securities LLC | 26 |
| 10 | Ladenburg Thalmann & Co. Inc. | 14 | 12 | Wells Fargo Securities, LLC | 26 |
| 10 | Maxim Group, LLC | 14 | 14 | Northland Securities, Inc. | 25 |
| 10 | Piper Jaffray & Co. | 14 | 14 | Oppenheimer & Co. Inc. | 25 |
| 16 | Morgan Stanley & Co. LLC | 12 | 16 | B. Riley & Co., LLC | 24 |
| 16 | Oppenheimer & Co. Inc. | 12 | 17 | Barclays Capital Inc. | 23 |
| 16 | Raymond James & Associates, Inc. | 12 | 17 | H.C. Wainright | 23 |
| 19 | Needham & Company, LLC | 11 | 17 | Maxim Group, LLC | 23 |
| 20 | Citigroup Global Markets, Inc. | 10 | 20 | Aegis Capital Corporation | 21 |

_Source:_ _S&P Capital IQ_
_Includes offerings greater than or equal to $5 million for non-biotechnology, non-financial services U.S._
_companies listed on major U.S. exchanges_

10



# Recent Craig-Hallum Financings

▪ **Managing underwriter or placement agent for over 160 equity offerings since January 1, 2013 – raising over $8.5 billion**





# Craig-Hallum Convertible Offerings

▪ **Craig-Hallum has managed over 20 convertible offerings since 2013, raising over $2.8 billion for our clients**

### RECENT CONVERTIBLE TRANSACTIONS

| $28 million | $288 million | $6 million | $115 million | $19 million |
|---|---|---|---|---|
|  |  |  |  |  |
| Convertible Debt | Convertible Notes | Convertible Preferred Stock | Convertible Debt | Convertible Preferred Stock |
| Sole Placement Agent | Co-Manager | Lead Placement Agent | Co-Manager | Sole Placement Agent |
| **March 15, 2017** | **September 7, 2016** | **May 26, 2016** | **May 18, 2016** | **May 10, 2016** |

| $230 million | $676 million | $144 million | $25 million | $150 million |
|---|---|---|---|---|
|  |  |  |  |  |
| Convertible Debt | Convertible Debt | Convertible Debt | Convertible Preferred Stock | Convertible Debt |
| Co-Manager | Co-Manager | Co-Manager | Sole Placement Agent | Co-Manager |
| **December 1, 2015** | **November 30, 2015** | **November 11, 2015** | **June 24, 2015** | **May 20, 2015** |

| $31 million | $115 million | $115 million | $27 million | $245 million |
|---|---|---|---|---|
|  |  |  |  |  |
| Convertible Preferred Stock | Convertible Debt | Convertible Debt | Convertible Debt | Convertible Debt |
| Sole Placement Agent | Co-Manager | Co-Manager | Lead Placement Agent | Co-Manager |
| **May 20, 2015** | **April 2, 2015** | **March 25, 2015** | **December 31, 2014** | **August 13, 2014** |



# Craig-Hallum Senior Banker Biographies

**STEVE RICKMAN,** *Managing Director - Investment Banking M&A*

Mr. Rickman has over 20 years of experience advising growth companies on strategic M&A, private and public financings and strategic advisory. Mr. Rickman has completed over 70 transactions with an aggregate deal value of more than $4 billion.

Prior to joining Craig-Hallum, Mr. Rickman was a Managing Director with Excellerate Advisors where he focused on companies in the healthcare and technology sectors. Previously, Mr. Rickman was Head of Technology Investment Banking at Cantor Fitzgerald where he led a team of more than 20 investment bankers and research analysts. Mr. Rickman has also held previous positions including Head of the Internet and Software M&A team at Piper Jaffray and Senior Vice President with Dain Rauscher Wessels where he focused on healthcare technology and services for more than five years .

**Stanford University,** M.S., **University of Minnesota, Carlson School of Management**, M.B.A., with Distinction

**JOHN FLOOD,** *Managing Partner, Chairman*

Mr. Flood has over 30 years of capital markets, investment banking, and equity sales experience across a wide variety of sectors. He has overseen transactions totaling over $2.5 billion in value, assisting companies in accessing the institutional public market. Mr. Flood was a founding partner at Craig-Hallum in 1997 and has been with the company for more than 20 years. At Craig-Hallum, he has completed well over 100 equity offerings primarily for small and mid-cap companies. Prior to Craig-Hallum, Mr. Flood initiated the Institutional Equity efforts at Summit Investments and Miller, Johnson and Kuehn.

**University of Minnesota,** *B.S.*

**RICK HARTFIEL,** *Partner, Head of Investment Banking*

Mr. Hartfiel joined Craig-Hallum as the Director of Investment Banking in 2005. He brings over 25 years of investment banking experience focused on emerging growth companies. At Craig-Hallum, Rick has managed over 200 equity offerings (IPOs, follow-on offerings, registered directs and PIPEs) and M&A transactions.

Prior to joining Craig-Hallum, Rick was a Managing Director at Dain, Rauscher, Wessels — a national investment banking firm covering technology, consumer, and healthcare companies. Previously, Rick was an investment banker at Credit Suisse First Boston. Mr. Hartfiel has a B.A., *magna cum laude*, from Amherst College, and an MBA from Harvard Business School.

**Amherst College,** *B.A., magna cum laude,* **Harvard Business School,** *M.B.A.*



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **FINAL APPLICATION OF CRAIGHALLUM CAPITAL GROUP LLC FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF STEVE RICKMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck     sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender     rb@lnbyb.com**
- **Cathrine M Castaldi     ccastaldi@brownrudnick.com**
- **Russell Clementson     russell.clementson@usdoj.gov**
- **Aaron S Craig     acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold     courts@argopartners.net**
- **Monica Y Kim     myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian     kjm@lnbrb.com**
- **Tania M Moyron     tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross     margaux.ross@usdoj.gov**
- **United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss     sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2.  SERVED BY UNITED STATES MAIL**: On **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

1

***Served via Attorney Service***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 21, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)
Debtor, OUST, Committees

*Debtor*
ICPW Liquidation Corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

**Creditors Committee:**

*Committee Counsel*
Brown Rudnick LLP
Attn: Cathrine M Castaldi
2211 Michelson Dr 7th Fl
Irvine, CA 92612

Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia

**Equity Committee:**

*Equity Committee Counsel*
Dentons US LLP
Attn: Samuel Maizel & Tania Moyron
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017-5704

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266