RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a California corporation,<br><br>     Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>IRONCLAD PERFORMANCE WEAR CORPORATION, a Nevada corporation,<br><br>     Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐ Affects Ironclad Performance Wear Corporation, a California corporation only<br><br>☐  Affects Ironclad Performance Wear Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**STATEMENT OF SALE CLOSING**<br><br>**[SALE CLOSING DATE – NOVEMBER 14, 2017]** |

1

In accordance with Bankruptcy Rule 6004(f)(1), Ironclad Performance Wear Corporation, a California corporation, and Ironclad Performance Wear Corporation, a Nevada corporation, the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), hereby files this statement of sale closing.  On November 3, 2017, as Docket Number 177, the Court entered an order (the "Sale Order") approving of the Debtors' sale of substantially all of their assets to Brighton-Best International, Inc. ("BBI"), the winning bidder at the Auction which occurred on October 30, 2017 at 10:00 a.m. before the Court.  The Debtors' asset sale to BBI closed on November 14, 2017.

In connection with the sale closing, after taking into account various deposits and pro rations, BBI wire transferred a closing payment of $25,331,469 which is in addition to the $1,000,000 deposit that BBI had provided to the Debtors in advance of the Auction (the "BBI Deposit") and is inclusive of the $820,000 "Supplemental Payment" which, pursuant to the Sale Order, is to be maintained by the Escrow Agent in segregated trust account separate from the balance of the sale proceeds pending further order of the Court.  After adding in the BBI Deposit and deducting the Supplemental Payment, a total  of $25,511,469 of sale proceeds was deposited into the segregated trust account (the "Trust Account") maintained by Levene, Neale, Bender, Yoo & Brill L.L.P. ("Escrow Agent") at First Republic Bank.

In accordance with the Sale Order, all of the following "Designated Cure Amounts" have been made by the Escrow Agent out of the Trust Account:

Nantong Changbang Gloves Co. - $1,228,307.56

Woneel Midas Leathers - $785,358.50

Mercindo Global Manufaktur    - $444,674.64

Marusan – Mimasu Tshusho Co. Ltd. - $382,811.28

Grainger - $180,000.00

Advantage Media Services - $178,522.75

PT JJ Gloves Indo - $162,917.76

PT Sport Glove Indonesia - $144,238.66

Windspeed Sports Shanghai Co., Ltd. - $152,830.45[1]

Ka Hung Glove Industrial Co. Ltd. - $38,934.90

Synetra - $37,972.33

AML United Limited - $28,330.56

1920 Hutton Court - $13,257.09

PT Seok HWA Indonesia - $13,174.86

Design Gallery (Pvt.) Ltd. - $12,801.60

Desun Garments, Ltd. - $7,691.75

Konica Minolta - $1,152.31

Pitney Bowes - $452.99

Also in accordance with the Sale Order, the Escrow Agent paid out of the Trust Account to secured creditor Radians Wareham Holding, Inc. the "Radians Payoff Amount" plus the Breakup Fee of $500,000.00, which amounted to a total payment of $5,343,988.19.

After taking into account all of the foregoing, there is a current remaining balance in the Trust Account of $16,354,050.82 (excluding the Supplemental Payment).

Dated:  November 21, 2017

IRONCLAD PERFORMANCE WEAR CORPORATION, *et al.*

By:___ */s/ Ron Bender*_____
     RON BENDER
     MONICA Y. KIM
     KRIKOR J. MESHEFEJIAN
     LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
     Attorneys for Chapter 11 Debtors and Debtors in Possession

---

[1] This figure was $144,198.43 in the Sale Order but was increased to $152,830.45 pursuant to an order of the Court entered on November 13, 2017 as Docket Number 207

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STATEMENT OF SALE CLOSING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender    rb@lnbyb.com**
- **Cathrine M Castaldi    ccastaldi@brownrudnick.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold    courts@argopartners.net**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2.  SERVED BY UNITED STATES MAIL**: On **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

***Served via Attorney Service***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 21, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**

**Creditors Committee:**

*Committee Counsel*
Brown Rudnick LLP
Attn: Cathrine M Castaldi
2211 Michelson Dr 7th Fl
Irvine, CA 92612

Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia

**Equity Committee:**

*Equity Committee Counsel*
Dentons US LLP
Attn: Samuel Maizel & Tania Moyron
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017-5704

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266

Ironclad Performance Wear (8300)
Shareholders

DANIEL SHELLEY WARD FAMILY
TRUST DTD 12-22-99

THE ELLEN IDELSON TRUST DATED
MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

GREG AKSELRUD
C/O STUBBS ALDERTON &
MARKILES LLP
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403

SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311

ELI ARRIV
4340 COLETA RD
AGOURA, CA 91301

BARBARA ASHTON
2417 LESTER AVENUE
CLOVIS, CA 93619

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91630

B.A.T.B. LLC
5750 SOUTH BEECH CT
GREENWOOD VILLAGE, CO 80121

NATASHA H BEN
104 Saratoga Drive
Belle Chasse, LA 70037

R D PETE BLOOMER
7542 CRESTVIEW DRIVE
LONGMONT, CO 80504

RONALD D BLOOMER
7542 CRESTVIEW DR
NIWOT, CO 80504

WILLIAM L BOETTCHER
727 HAYS CIR
LONGMONT, CO 80501

HUBERT L BROWN III & ANNABELLE
BROWN FOWLKES
H L BROWN JR CHARITABLE LEAD
ANNUITY TRUST
PO BOX 2237
MIDLAND, TX 79702

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506

MCDERMOTT & BULL
2 VENTURE
SUITE 100
IRVINE, CA 92618

CHERYL WASHINGTON
1920 HUTTON CT
STE 300
FARMERS BRANCH, TX 75234

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033

VANE CLAYTON
270 W PEARL
SUITE 103
JACKSON, WY 83001

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026

DAVID J COOK
2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045

JEFFREY D CORDES
1570 BENT CREEK DRIVE
SOUTHLAKE, TX 76092

KEVIN DEBRE
C/O STUBBS ALDERTON &
MARKILES LLP
15260 VENRUA BLVD 20TH FL
SHERMAN OAKS, CA 91403

MELISSA DERBY
393 LAUREL AVENUE
NOVATO, CA 94945

MICHAEL ANTHONY DIGREGORIO
TRUSTEE
THE DIGREGORIO REVOCABLE
TRUST
1420 KINGSBORO CT
WESTLAKE VILLAGE, CA 91362

GLEN K INGALLS & RENEE
PACHECO TTEES
THE INGALLS PACHECO 2005 TRUST
747 ROSEMOUNT RD
OAKLAND, CA 94610

JEFFREY F GERSH & ARIE J GERSH
LIVING TRUST DTD
09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS, CA 91302

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY, UT 84098

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY, MN 55125

REYHEENA EIDARIUS
23436 CAMINITO VALLE
LAGUNA HILLS, CA 92563

DONALD P ELLIOTT
9400 E CLIFF AVE
#361
DENVER, CO 80231

THOMAS ELLIOTT
115 BROOKS AVE
VENICE, CA 90291

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY, NJ 07310

RICHARD KRONMAN & IAN
MATTHEW TRUSTEES FBO
KRONMAN MATTHEW & ASSOC
30111 HARVESTER RD
MALIBU, CA 90265

STEVE FEDEA
2040 W BELMONT
#201
CHICAGO, IL 60618

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT, TX 75088

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303

SCOTT GALER
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK, NY 10023

KONRAD GATIEN
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES, CA 90024

ARTHUR GERRICK
172 WILD LILAC
IRVINE, CA 92620

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS, CA 91367

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRAILIA,, 6101
AUSTRAILIA

MICHAEL GRANT
222 ROUND HILL RD
TIBURON, CA 94920

MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG, TX 78624

XIN GUO
540 LAKE FOREST DR
COPPELL, TX 75019

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304

DAVID G HILL
1712 PEARL ST
BOULDER, CO 80302

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA, CA 92627

JONATHAN HODES
C/O STUBBS ALDERTON &
MARKILES
15620 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH, CA 90277

EMIL IANNACCONE TTEE
EMIL IANNACCONE SEPERATE
PROPERT TRUST
11855 WOODLEY AVE
GRANADA HILLS, CA 91344

ENSCO INC
3110 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER, CO 80302

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO, CA 90245

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBY, CA 90265

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST TR SCOTT M
JARUS TTEE
938 DUCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST U/A DTD
10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

REBECCA D JARUS & SCOTT M
JARUS TTEES
JARUS FAMILY TRUST
938 DUCAN AVE
MANHATTAN BEACH, CA 90266-6626

JOANNA WALDEAR-LUCAS AS TTEE
FBO THE JOANNA
WALDEAR-LUCAS LIVING TRUST
PO BOX 101
MALIBU, CA 90265

MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605

CHARLES E FRISCO JR
12749 Norwalk Blvd. Ste 100
Norwalk, CA 90650

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY, CA 90240

ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELLITE BEACH, FL 32937

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA, CA 90403

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE
WEAR CORP
1920 HUTTON COURT #300
FARMERS BRANCH, TX 75234

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

GREAT PANDA INVESTMENT CO
LLLP
1325 PITKIN AVE
SUPERIOR, CO 80027

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD, PA 19317

KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER, CO 80301

FAMILY TRUST OF EARL G
LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814

MURRAY MARKILES
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS W. MASON
6856 WISH AVENUE
LAKE BALBOA, CA 91406

CINDY MATTHEWS
6725 WHALEY DR
BOULDER, CO 80303

JOHN MCILVERY
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA, CA 90402

WILLIAM MECK
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

ROBERT MEOTTLE
27909 SMYTH DR
VALENCIA, CA 91355

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE, CA 91362

PATRICK W O'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941

MARC S PESTER
278 DALE RD
SHORT HILLS, NJ 07078

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON, AZ 85739

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK, IL 60035

MIKE SALOMON
1440 E 1st Street Ste. 100
SANTA ANA, CA 92701

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA, CA 93114

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA, MN 55387

PETER SEAMANS
1360 WALNUT ST
#205
BOULDER, CO 80302

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD, CA 90046

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES, CA 90049

SPM CENTER LLC
27909 SMYTH DR
VALENCIA, CA 91355

KEALA STANFILL
12049 SWANUKER TERR
BEAVERTON, OR 97007

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618

STUBBS ALDERTON & MARKILES
LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS, CA 91403

V JOSEPH STUBBS
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE, OR 97402

EDWIN BALDRIDGE TTEE UA DTD
10/30/1992 EDWIN T
BALDRIDGE DECLARATION TRUST
605 SAN ANTONIA AVE
MANY LA, LA 71449

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT
TEN
7 PENENSULA RD
BELVEDERE, CA 94920

JOHN E ORCUTT & MARCIA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

ROBERT H KEELEY & SANDRA D
KEELEY JT TEN
PO BOX 240
HILLSIDE, CO 81232

THOMAS W. MASON & LISA L.
MASON JT TEN
6856 WISH AVENUE
LAKE BALBOA, CA 91406

WILLIAM MECK & TERESA MECK JT
TEN
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

HAROLD F SCHAFF & CHERYL A
SCHAFF TTEES THE
SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA, CA 93114

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE, CO 80111

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101

DENNIS TORRES & AVERI TORRES
TRUST
6779 LAS OLAS WAY
MAILBU, CA 90265

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
24200 ALBERS STREET
WOODLAND HILLS, CA 91367

RICHARD KRONMAN & MAUREEN
KRONMAN REVOCABLE TRUST
30111 HARVESTER RD
MAILBU, CA 90265

SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

THE SASSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA, CA 93117

THE WILLIAM J. & SEEMAH W.
IDELSON FAMILY TRUST
DATED APRIL 29 1997
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272

ANNALOUISE JAEGER & KEITH
VERWOEST
532 PAUMAKUA PL
KAILUS, HI 96734

ED WETHERBEE
7269 SIENA WAY
BOULDER, CO 80301

LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

KIM WOODWORTH & BILL
WOODWORTH
101 VALLEY HILL RD
EXTON, PA 19401

JOE WORDEN
4335 FOX CIRCLE
MESA, AZ 85205

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD, CO 80513

Label Matrix for local noticing
0973-1
Case 1:17-bk-12408-MB
Central District of California
San Fernando Valley
Tue Nov 21 11:17:32 PST 2017

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Dentons US LLP
Successor by merger to McKenna Long etc
2030 Main Street #1000
Irvine, CA 92614-7239

Ironclad Performance Wear Corporation, a Cal
15260 Ventura Blvd.
20th Floor
Sherman Oaks, CA 91403-5303

Office of Unemployment Compensation Tax Serv
Department of Labor and Industry
Commonwealth of Pennsylvania
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Official Committee of Equity Security Holder
DENTONS US LLP
601 S. Figueroa Street
25th Floor
Los Angeles, CA 90017-5704

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

1920 Hutton Court Inwood National Bank
P O Box 857
Richardson, TX 75085

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON , AZ 85739-1406

AMERICAN ALTERNATIVE INSURANCE CORPORATION
1475 E WOODFIELD RD SUITE 500
SSCHAUMBURG, IL 60173-4903

AML UNITED LIMITED
29TH FLOOR, NANYANG PLAZA
57 HUNG TO ROAD, KWUN TONG
KOWLOON, HONG KONG, CHINA

ANNALOUISE JAEGER & KEITH VERWOEST
532 PAUMAKUA PL
KAILUS , HI 96734-3157

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS , CA 91403-5303

ARTHUR GERRICK
172 WILD LILAC
IRVINE , CA 92620

Aaron Zhang
Room 1202 Building 12 ,Biguiyuan
Renming Middle Road NO.527, Qidong
County Nantong City, China 226200

Abel Unlimted Inc. (Ironwear)
2020 Seabird Way
Riviera Beach, FL 33404-5009

Account Temps
P.O. BOX 743295
Los Angeles, CA 90074-3295

Ace Hardware
2222 Kensington St.
Oak Brook, IL 60523-2108

Acklands Grainger
123 Commerce Valley Dr., Suite 700
Thornhill, Ontario, L3T 7W, Canada

Advantage Media Services Inc
29010 Commerce Center Drive
Valnecia, CA 91355-4188

Advantage Media Services, Inc.
29010 Commerce Center Drive
Valencia, CA 91355-4188

Amazon
410 Terry Ave. North
Seattle, WA 98109-5210

Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016-1463

Argo Partners
12 West 37th St., 9h Fl.
New York, NY 10018-7381

Atmos Energy
Three Lincoln Centre, Suite 1800
5430 LBJ Freeway
Dallas, TX 75240-2601

BDO USA, LLP
P. O. BOX 677973
Dallas, TX 75267-7973

BIC ALLIANCE
P O Box 40166
Baton Rouge, LA 70835-0166

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101-1216

BNSF
75 Remittance Dr. Ste. 1748
Chicago, IL 60675-1748

BNSF Logistics International, Inc.
1600 Lakeside Parkway #100
Flower Mound,  TX 75028-4012

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES , CA 90049-5521

BROCK GIMBLES
41 W 72ND ST
APT 14A
NEW YORK , NY 10023-3477

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632-6271

Ben Padnos
PO Box 1993
Manhattan Beach, CA 90267-1993

Big Time Products, LLC (includes Apollo Perf
2 Wilbanks Road SE
Rome, GA 30161-8475

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

Broussard,Ronald Roy
3001 Oak Meadow Drive
Flower Mound, TX 75028-7625

Bunzl USA Holdings, LLC
Cordova Safety Products, John Tillman Co
Once City Place Drive
Suite 200
St. Louis, MO 63141

Burkhard,Kerri
4405 Glenbrook Court
Mansfield, TX 76063-3500

Business Systems Integrators, LLC
P O Box 495
Lawson, MO 64062-0495

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA, MN 55387-4544

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY , NJ 07310-1617

CHARLES E FRISCO JR
12749 Norwalk Blvd . Ste 100
Norwalk , CA 90650-3148

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY , CA 90240-3900

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS , CA 91367-2929

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607-8243

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304-4150

CINDY MATTHEWS
6725 WHALEY DR
BOULDER , CO 80303-4328

CIS Custom Information Services
1201 N. Watson Rd., Ste. 110
Arlington, TX 76006-6122

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026-3441

CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626-2141

Cabela's
1 Cabela Dr.
Sidney, NE 69160-0001

California Board of Equalization
Acct. Analysis & Control Sec. MIC 2
PO Box 942879
Sacramento, CA 94279-0029

Capital One Bank
P. O. BOX 1917
Merrifield, VA 22116-1917

Cestusline, Inc.
13818 NE Airport Way
Portland, OR 97230-3440

Chang Bang Gloves (Hong Kong) Co., Limited
c/o W. Steven Bryant
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701-3055

Charles Giffen
6000 Elba Place
Woodland Hills, CA 91367-2929

Cheryl Washington
3577 Belt Line Rd. #215
Irving, TX 75062-7804

Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Custom Information Services
1201 N Watson Rd #110
Arlington, TX 76006-6122

Custom Leathercraft Mfg. LLC
10240 S. Alameda Street
South Gate, CA 90280-5551

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026-7298

DAVID G HILL
1712 PEARL ST
BOULDER, CO 80302-5517

DAVID J COOK 2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045-6420

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER , CO 80302-9492

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265-4137

DENNIS TORRES & AVERI TORRES TRUST
6779 LAS OLAS WAY
MAILBU , CA 90265-4137

DESIGN GALLERY  PVT.  LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh

DESUN GARMENTS, LTD.
89/1, Birulia Road, Savar, Dhaka
Dhaka
Savar-1340, Bangladesh

DNOW
PO Box 40985
Houston, TX 77240-0985

DNOW L.P. (Skatiq Gloves)
7402 N. Eldridge Parkway
Houston, TX 77041-1902

DONALD P ELLIOTT
9400 E ILIFF AVE #361
DENVER , CO 80231-3490

DRG Strategic, LLC - Bob Goldstein
P O BOX 191981
Dallas, TX 75219-8510

DTM Sales
391 Gingercake Road
Fayetteville, GA 30214-1037

DXP Enterprises
P.O. Box 1697
Houston, TX 77251-1697

David Jacobs
335 Lee Hill Drive
Boulder, CO 80302-9492

Daylight Transport
P O Box 93155
Long Beach, CA 90809-3155

Dayup Global Co., Ltd.
Phum Prey Sala, Sangkat Kakap
Khan Posenchey, Phnom Penh
855, Cambodia

Dival Safety & Supplies
1721 Niagra Street
Buffalo, NY 14207-3188

Do It Best
6502 Nelson Road
Fort Wayne, IN 46803-1947

Duluth Trading
PO Box 409170
Belleville, WI 53508

ED WETHERBEE
7269 SIENA WAY
BOULDER , CO 80301-3724

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO , CA 90245-3723

EDWIN BALDRIDGE TTEE UA
605 SAN ANTONIA AVE
MANY LA , LA 71449

ENSCO INC
3110 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042-4503

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092-7001

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

Emery Waterhouse
7 Rand Rd.
Portland, ME 04102-1433

Emil Iannaccone Ttee Ua Dtd 9/16/2010
Emil Iannaccone Seperate Propert Trust
11855 Woodley Ave
Granada Hills , CA 91344-2839

Emmett Murphy
3901 Turtle Creek Blvd.
Dallas, TX 75219-4603

Bohleman,Derek G
3744 Woodshadow Lane
Addison, TX 75001-7985

Essendant   USSCO
1 Parkway North Blvd., Suite 100
Deerfield, IL 60015-2559

Expeditors
5757 W. Century Blvd. Ste. 200
Los Angeles, CA 90045-6405

FAMILY TRUST OF EARL G LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814-7782

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services Inc
3965 Airways Blvd Module G 3rd Floor
Memphis TN 38116-5017

Feld,Abraham Hagen
14700 Marsh Ln. Apt. #926
Addison, TX 75001-8061

Fowler,Michael J
1722 Ashland Ave.
Evanston, IL 60201-3546

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES , CA 90024-6536

GLEN K INGALLS & RENEE PACHECO
TTEES U/A DTD 4-5-05 THE INGALLS PACHECO
747 ROSEMOUNT RD
OAKLAND, CA 94610-2322

GREAT PANDA INVESTMENT CO LLLP
1325 PITKIN AVE
SUPERIOR , CO 80027-8131

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403-5303

GT Graphics
826 Michigan Avenue
Sheboygan, WI 53081-3438

GT Graphics of Sheboygan LLC
826 Michigan Avenue
Sheboygan, WI 53081-3438

Geoff Greulich
3485 Ridgeford Drive
Westlake Village, CA 91361-4819

Ginger Collier
6524 Deseo Apt. 358
Irving, TX 75039-3037

Ginger Hill
6524 Deseo Apt. 358
Irving, TX 75039-3037

Glenfir
General French 1948
Montevideo, Uruguay 11500

Grainger
100 Grainger Parkway
Lake Forest, IL 60045-5202

Greg Akselrud
C/O Stubbs Alderton & Marki
15260 Ventura Blvd 20th Fl.
Sherman Oaks, CA 91403-5303

Guo, Xin
540 Lake Forest Dr.
Coppell, TX 75019-2882

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA , CA 93117-1426

HAROLD SCHAFF & CHERYL SCHAFF TTEES THE
SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA , CA 93114

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBU, CA 90265-4517

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT TEN
7 PENENSULA RD
BELVEDERE, CA 94920-2325

Hewlett Packard
1501 Page Mill Road
Palo Alto, CA 94304-1100

Huizhou Baijia Glove Co., Ltd.
Diakali Mouza, Manigonggjpara
Savar, Dhaka, 1349, Bangladesh

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

Impacto Protective Products, Inc.
40 Dussek Street
Belleville, ON K8N 5R8
CANADA

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE , TX 76092-7001

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD , CO 80513-8253

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD 90046-8412

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH , CA 90266-6626

JARUS FAMILY TRUST TR SCOTT M JARUS TTEE
938 DUCAN AVE
MANHATTAN BEACH , CA 90266-6626

JARUS FAMILY TRUST U/A DTD 10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266-6626

JEFFREY CORDES
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761

JEFFREY F GERSH & ARIE J GERSH LIVING TRUST
DTD 09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS , CA 91302-1279

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

JOE WORDEN
4335 FOX CIRCLE
MESA , AZ 85205-5104

JOHN E ORCUTT & MARCTA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON , AZ 85715-3023

JOHN MCILVERY
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403-5325

JONATHAN HODES
C/O STUBBS ALDERTON & MARKILES
15620 VENTURA BLVD 20TH FL
SHERMANOAKS, CA 91436-3129

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK , IL 60035-2108

Jaeger,Eric
1408 CAMBRIDGE CROSSING
Southlake, TX 76092-7001

Jeff Carlson
4307 W. 44th Street
Edina, MN 55424-1063

Joanna Waldear-Lucas As Ttee
Fbo The Joanna Waldear-Lucas Living Trus
P .O . Box 101
Malibu , CA 90265

KA HUNG GLOVE INUSTRIAL CO. LTD.
FUJIAN QUANZHOU JIACHENG LEATHER
CHI FENG ROAD, QUANZHOU CITY
FUJIAN, 362000, China

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
24200 ALBERS STREET
WOODLAND HILLS, CA 91367-5704

KEALA STANFILL
12049 SW ASKER TERR
BEAVERTON , OR 97007

KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER , CO 80301-3728

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122-3051

KONRAD GATIEN
15260 VENTURA BLVD
20TH FLOOR
SHERKAN OAKS , CA 91403-5325

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY , MN 55125-5018

Kevin Debre
C/O Stubbs Alderton & Markiles LLP 15260
Sherman Oaks, CA 91403

Kim Woodworth & Bill Woodworth
101 Valley Hill Rd
Exton , PA 19401

Konica Minolta Business Solutions
100 Williams Drive
Ramsey, NJ 07446-2907

LAB Sales Agency
58 Regis Drive
Winnipeg, MB 1K3 Canada

LF Logistics
230-19 International Airport Ct., S
Springfield Gardens, NY 11413-4116

LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403-5325

Gilbert Matthew Palmer
3201 Pecan Meadow Drive
Garland, TX 75040-2856

Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd Ste. 1700
Los Angeles, CA 90067-6253


Liaison Technologies, Inc.
Attn: Christopher Evans
3157 Royal Drive, Suite 200
Alpharetta, GA 30022-2484

Liberty Glove, Inc.
433 Cheryl Lane
City of Industry, CA 91789-3023

Lien Shun Yang Leather Co., Ltd.
No.48, Mincheng Street, Daliao Dist
Kaosiung City 831, Taiwan (R.O.C.)


MARC S PESTER
278 DALE RD
SHORT HILLS , NJ 07078-1513

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010-2061

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303-4215


MARUSAN - MIMASU TSHUSHO CO. LTD.
NO 1 QUEEN' ROAD CENTRAL
HONG KONG
CHINA

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELL ITE B EA CH , FL 32937-3854

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE WEAR CORP
1920 HUTTON COURT #300
FARMERS BRANCH , TX 75234-9004


MCDERMOTT & BULL
2 VENTURE SUITE 100
IRVINE, CA 92618-7391

MCR Safety
1255 Schilling Blvd. W
Collierville, TN 38017-7190

MELISSA DERBY
393 LAUREL AVENUE
NOVATO , CA 94945-3546


MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
SEemerang, Central Java
50661, Indonesia

MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
Semerang, Central Java
50661, Indonesia

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE , CA 91362-4340


MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605-3713

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA , CA 92627-2817

MICHAEL GRANT
222 ROUND HILL RD
TIBURON , CA 94920-1520


MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG , TX 78624-6074

MIKE SALOMON
1440 E 1st Street Ste . 100
SANTA ANA , CA 92701-6301

MURRAY MARKILES
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERKAN OAKS, CA 91403-5325


Magpul Industries Copr.
8226 Bee Cave Road
Austin, TX 78746-4909

Matt Pliskin
2718 W Terrace Drive
Farmers Branch, TX 75234

Matt Pliskin
2718 W Terrace Drive
Tampa FL 33609-4026


Matthew Trustees
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS , CA 91403-5303

Mediant
P.O. Box 29976
New York, NY 10087-9976

Menards
5101 Menard Dr.
Eau Claire, WI 54703-9604

Metzler,Stacy Marie
411 Donnell Drive #A
Arlington, TX 76012-5993

Michael Anthony Digregorio Trustee
The Digregorio Revocable Trust
1420 Kingsboro Ct
Westlake Village, CA 91362-4340

Michael Digregorio
1420 Kingsboro Court
Thousand Oaks, CA 91362-4340


Morris,Chartrice Holt
7313 Tall Road
Alvarado, TX 76009-7192

Muhammad Deni Indrajaya
Jl.Cilandak KKO, Gg Abbah 3
RT09 RW05 Ragunan Pasar Minggu
Jakarta Selatan, 12550

Murski Breeding Sales Co.
9212 Chancellor Row
Dallas, TX 75247-5325


NANTONG CHANGBANG GLOVES CO.
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Nacion,Markham
503 Hemphill Drive
San Marcos, CA 92069-1875

Nanang Kuriawan
Dsn Jimbaran RT003 RW002
Jimbaran Bandungan
Semarang Jawa Tengah 50651


National Safety Council
P.O. Box 558
Itasca, IL 60143-0558

Net Pack
9629 El Poche St
South El Monte, CA 91733-3030

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034


Office Depot Acct 31A
P.O. Box 88040
Chicago, IL 60680-1040

Orgill
PO Box 140
Memphis, TN 38101-0140

Orr Safety
11601 Interchange Drive
Louisville, KY 40229-2159


PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE , OR 97402-3694

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449-4447

PATRICK W O 'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045


PETER SEAKANS
1360 WALNUT ST
#205
BOULDER , CO 80302-5190

POH
12 Brennan Way
Belmont, Western Australia 6104

PT Adira Semesta Industry
Bihbul Raya 73, Kopo., Bandung
West Java, 40228, Indonesia


PT JJ GLOVES INDO
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia 57463

PT SEOK HWA INDONESIA
Room 1218, Krantz Techno Bldg.
5442-1 Sang Dae Won-Dong, Sung Nam
Kyung Gi-Do, Indonesia 00046-2819

PT SPORT GLOVE INDONESIA
Krandon Desa Pandowoharjo
Sleman
Yogyakarta, Indonesia 55512


PT. Eagle Glove Indonesia
Desa Bayen Purwomatani Kalasan
Sleman, Yogyakarta, 55571
Indonesia

Pacific Stock Transfer Company
6725 Via Austi Pkwy
Suite 300
Las Vegas, NV 89119-3553

Patrick W OBrien
301 Whitmore Lane
Lake Forrest, IL 60045-4707


Perry HVAC
10000 North Central Expressway
Suite 400
Dallas, TX 75231-4180

Pestilli & Associates
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Pitney Bowes Credit Corp.
P.O.Box  371887
Pittsburg, PA 15250-7887

Precision Testing Laboratories
POB 100268
Nashville, TN 37224-0268

Pogroup Incorporated
P.O. Box 6985
Englewood, CO 80155-6585

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R3 Safety aka Bunzl
P.O. Box 270417
Saint Louis, MO 63127-0417

REYHEENA EIDARIUS
23436 CAMINITO VALLEY
LAGUNA HILLS , CA 92653-1640

RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH , CA 90277-6724


RICHARD KRONMAN & MAUREEN KRONMAN REVOCABLE
TRUST
30111 HARVESTER RD
MAILBU , CA 90265-3733

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033-5356

ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301-5138


ROBERT H KEELEY & SANDRA KEELEY
JT TEN
17245 ELBERT ROAD
PEYTON, CO 80831-9566

ROBERT MEOTTLE
2 /909 SMYTH DR
VALENCIA , CA 91355

RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA , CA 90402-2722


RPS Solutions
726 Donald Preston Drive
Wolfforth, TX 79382-5402

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91360-2330

Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141-8231


Rebecca D Jarus & Scott M Jarus Ttees
U/A Dtd 10/19/2007
Jarus Family Family Trust
938 Ducan Ave
Manhattan Beach , CA 90266-6626

Refrigiwear, Inc.
54 Breakstone Drive
Dahlongega, GA 30533-7603

Republic Services
4200 East 14th Street
Plano, TX 75074-7102


Resources Global Professionals
17101 Armstrong Ave
Irvine, CA 92614-5742

Resources Global Professionals
P O BOX 740909
LOS ANGELES, CA 90074-0909

Richard Kronman & Ian
30111 Harvester Rd
Malibu , CA 90265-3733


Ringers, Inc.
8846 North Sam Houston Parkway West
Houston, TX 77064-2305

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247

Robert Steckler
3000 Tradewind Drive
Spicewood, TX 78669-5135


Ronald Chez
1524 N. Astor Street
Chicago, IL 60610-2057

Russ MacDonald
23785 110B Avenue
Maple Ridge, BC V2W 1E6
Canada

Russ McDonald
23785 - 110B Avenue
Maple Ridge, B.C. V2W1 E6, Canada


SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311-1935

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD , PA 19317-9007

SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067-4114

SPM CENTER LLC
27909 SMYTH DR
VALENCIA , CA 91355-4034

SPRING HILL INC
9629 El Poche St.
South El Monte, CA 91733-3030

SPS Commerce
333 South Seventh St. Ste. 1000
Minneapolis, MN 55402-2421

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480-4069

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRALIA , 6101
AUSTRAILIA

STEVE FEDEA
2040 W BELMONT, #201
CHICAGO, IL 60618-6464

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY , UT 84098-7765

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE , CO 80111-1459

STUBBS ALDERTON & MARKILES LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS , CA 91403-5307

Saf-T-Glove
1121 Fountain Parkway
Grand Prairie, TX 75050-1514

Safeco Building Maintenance
5013 Brandenburg Lane
The Colony, TX 75056-2043

Safety Supply Corporation (Radians)
880 North Hills Blvd.
Suite 505
Reno, NV 89506-5710

Sam's Club
Attn: General Merchandise Manager
2101 SE Simple Savings Drive
Bentonville, AR 72716-0001

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266-6626

Select  Nantong  Safety Products Co
No. 198 Youyi Road  W
Jueguang, Rudong, Jiangsu
226400, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110-3452

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602-1764

Skadden, Arps, State, Meagher & Flom LLP
300 S Grand Ave Suite 3400
Los Angeles, CA 90071-3137

Snap-On
PO Box 1410
Kenosha, WI 53141-1410

Southern Glove
749 AC Little Drive
Newton, NC 28658-3769

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

State Board of Equalization
Special Operations Bankruptcy Team
MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0029

Stauffer Glove & Safety
361 East Sixth Street
Red Hill, PA 18076-1118

Stubbs, Alderton & Markiles, LLP
15260 Ventura  Blvd
20th Floor
Sherman Oaks, CA 91403-5303

Superior Printing, Inc.
P O Box 844550
Los Angeles, CA 90084-4550

Synetra
1110 E. State Highway 114
Suite 200
Southlake, TX 76092-5252

TAB Sales Solutions
12109-94A Street
Grand Prairie, AB T8V 5C2 Canada

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941-1823

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506-7903

THE ELLEN IDELSON TRUST DATED MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272-3901

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715-3023

THE SESSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA , CA 93117-2477

THOMAS ELLIOTT
115 BROOKS AVE
VENICE , CA 90291


THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT , TX 75088-2940

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA , CA 90403-1652

THOMAS MASON & LISA L . MASON
JT TEN
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440


THOMAS W . MASON
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212-3851

TRI/AUSTIN, INC
P O BOX  207097
DALLAS, TX 75320-7097


(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

TXU Energy Retail Company LLC
C/O Bankruptcy Department
PO Box 650393
Dallas TX  75265-0393

Tamer Shiha
P.O.Box 117893
300
Carrollton, TX 75011-7893


The William J . & Seemah W . Idelson
Family Trust Dated April 29, 1997
710 Brooktree Road
Pacific Palisades, CA 90272

Three Part Advisors, LLC
P O Box 92698
Southlake, TX 76092-0698

True Value
8600 W. Bryn Mawr Avenue
Chicago, IL 60631-3505


Tyco Integrated Security, LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934

U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017-3560


UPS Freight
7754 Paramount Blvd.
Pico Rivera, CA 90660-4309

Uline
2950 E. Jurupa Street
Ontario, CA 91761-2936

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560


University of Milwaukee
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201-0500

Urena,Daniel
13670 Janwood Lane
Farmers Branch, TX 75234-4831

V JOSEPH STUBBS
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERKAN OAKS, CA 91403-5325


VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618-5817

VANE CLAYTON
1364 NORTH PARK DRIVE
LAFAYETTE, CO 80026-3441

Vane Clayton
1364 Northpark Drive
Lafayette, CO 80026-3441


Vincent A. Pestilli & Associates, Inc.
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Vonalman,Turner J
5225 Las Colinas Blvd
Apt 2301
Irving, TX 75039-4564

W.W. Grainger. Inc.
Leah Wardak
100 Grainger Parkway
Lake Forest, IL 60045-5202

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

WILLIAM N. AISENBERG
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761

WILLIAM MECK
11027 LIMERICK AVENUE
CRATSWORTH , CA 91311-1617

WILLIAM MECK & TERESA MECK
JT TEN
11027 LIMERICK AVENUE
CHATSWORTH , CA 91311-1617

WINDSPEED SPORTS CO LTD
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423-2715

WINSPEED SPORTS SHANGHAI CO., LTD.
858 MINGZHU ROAD
SHANGHAI
China 00020-1702

WONEEL MIDAS LEATHERS
JL GEMBOR RAYA DESA PASIRJAYA
TANGERANG
BANTEN, INDONESIA 15135

Washington,Cheryl
3577 N. Beltline Rd.
#215
Irving, TX 75062-7804

Weispfenning,Daniel Walton
3333 Harry Hines Blvd., Apt. 9152
Dallas, TX 75201-6032

Werner Logistics
10251 Calabash Avenue
Fontana, CA 92335-5275

Windstream
PAETEC
P O Box 9001013
Louisville, KY 40290-1013

Wonell America, Inc.
Janice Lee, General Manager
1520 Oak Street
South Pasadena, CA 91030-4422

Worldwide
PO Box 88607
Seattle, WA 98138-2607

XIN GUO
540 LAKE FOREST DR
COPPELL , TX 75019

Yellow and Roadway
P. O. Box 100129
Pasadena, CA 91189-0003

nChannel, Inc.
8760 Orion Place, Ste 210
Columbus, OH 43240-2109

Jeffrey Cordes
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761

Samuel R. Maizel
Dentons US LLP
601 South Figueroa St.
Suite 2500
Los Angeles, CA 90017-5709

William Aisenberg
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Ave.
Suite 1600
Dallas, TX 75201-4761