RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

Samuel R. Maizel (SBN 189301)
Tania M. Moyron (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>     Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases |
| In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>     Debtor and Debtor in Possession. | **STIPULATION GRANTING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS STANDING TO PURSUE CERTAIN ESTATE BASED CLAIMS** |
|   Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation. | DATE:     December 12, 2017<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom "303"<br>        21041 Burbank Blvd.<br>        Woodland Hills, CA 91367 |

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

1    This stipulation (the "Stipulation") is entered into between the Official Committee of

2  Equity Security Holders (the "Equity Committee") and the above-captioned debtors and debtors in

3  possession (the "Debtors") through undersigned counsel:

4                                          **RECITALS**

5    WHEREAS, on September 7, 2017, Jeffrey Cordes and William M. Aisenberg (the

6  "Former Officers") submitted an arbitration demand to JAMS in connection with alleged breaches

7  of certain employment agreements and related documents, which initiated a proceeding before the

8  American Arbitration Association ("AAA"), Reference No. 1220057366 (the "AAC Proceeding");

9  WHEREAS, on September 8, 2017, the Debtors filed voluntary petitions under chapter 11 of Title

10 11 of the United States Code (the "Bankruptcy Code"), commencing Case Nos. 1:17-bk-12408-

11 MB and Case Nos. 1:17-bk-12409-MB, in the United States Bankruptcy Court for the Central

12 District of California (the "Bankruptcy Court").

13    WHEREAS, the Former Officers filed proofs of claims against the Debtors on October 3,

14 2017, which are denominated in the Bankruptcy Court's files as Claims No. 7 and 8 (collectively,

15 the "Proofs of Claim");

16    WHEREAS, the Former Officers filed the *Motion Of Jeffrey Cordes And William M.*

17 *Aisenberg For Relief From The Automatic Stay Under 11 U.S.C. [§] 362(Action In Nonbankruptcy*

18 *Forum)* (the "Relief From Stay Motion"), as Docket No. 132, and the Debtors' filed the opposition

19 (the "Opposition") thereto, as Docket No. 169, and the Equity Committee filed a joinder therein, as

20 Docket No. 168,

21    WHEREAS, on October 15, 2017, the Court temporarily denied the Relief From Stay

22 Motion and set related deadlines;

23    WHEREAS, the Debtors have or may have claims, objections and causes of action against

24 the Former Officers (collectively, the "Claims"), and counter claims and defenses against any of

25 the claims asserted by the Former Officers (the "Defenses"), including those claims asserted in the

26 Proofs of Claim; and

27    WHEREAS, the Debtors and the Equity Committee agreed that the Debtors would grant

28 the Equity Committee standing to assert, prosecute, and/or settle any and all of the Debtors' Claims

1    and Defenses on behalf of the Debtors' estates in the AAA Proceeding, the Bankruptcy Court,

2    and/or any other forum.

3        **IT IS THEREFORE, STIPULATED, ACKNOWLEDGED, AGREED AND**

4    **ORDERED AS FOLLOWS:**

5        1.    The Equity Committee is hereby granted leave, standing and exclusive authority to

6    assert, prosecute and/or settle on behalf of the Debtors' estates, subject to Court approval as

7    necessary, any and all Claims and Defenses in the AAA Proceeding, in the Bankruptcy Court

8    and/or any other forum.

9        2.    Neither the Debtors, nor its Board of Directors or Officers makes any

10    representations or warranties of any type regarding the validity, viability or existence of any

11    Causes of Action and Defenses being assigned to the Equity Committee.

12        3.    The Equity Committee is hereby granted, and shall have the joint, nonexclusive,

13    right to assert any and all privileges controlled by Debtors, including the attorney-client privilege,

14    on behalf of the Debtors' estate with respect to all claims and causes of action that the Equity

15    Committee has been granted standing and authority to assert, prosecute and/or settle on behalf of

16    the Debtors' estate pursuant to this Stipulation.

17        4.    Except as expressly set forth herein, all of the Debtors and the Equity Committee's

18    respective procedural and substantive rights, claims, objections and defenses are hereby expressly

19    reserved and preserved.

20        5.    This Stipulation may not be modified other than by a signed writing executed by

21    the parties hereto.

22        6.    This Stipulation is subject to, and shall not take effect until, the entry of an Order by

23    the Bankruptcy Court approving this Stipulation.

24        7.    The Debtor and the Committee shall file a joint motion seeking approval of this

25    Stipulation within two (2) business days after its execution by the parties.

26        8.    Nothing herein shall be deemed to waive, limit, impair or otherwise prejudice the

27    Equity Committee's rights to seek standing and authority to assert, prosecute and/or settle on

28

1    behalf of the Debtors' estate any claims or causes of action of the Debtors' estate against any

2    persons or entities and such rights are expressly reserved and preserved.

3         9.      The Court shall retain jurisdiction with respect to all matters arising under or related

4    to this Stipulation.

5         **SO STIPULATED.**

6    Dated:  November 21, 2017

7    ICPW LIQUIDATION CORPORATION, *et
     al.*

8

9    By:___*/s/ Krikor J. Meshefejian*___
        RON BENDER

10      MONICA Y. KIM
        KRIKOR J. MESHEFEJIAN

11   LEVENE, NEALE, BENDER, YOO & BRILL

12   L.L.P.
     Attorneys for Debtors and Debtors in

13   Possession

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By:_____
Tania M. Moyron
Attorneys for the Official Committee of Equity
Holders

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Main Document      Page 5 of 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION GRANTING THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS STANDING TO PURSUE CERTAIN ESTATE BASED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck     sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender     rb@lnbyb.com**
- **Cathrine M Castaldi     ccastaldi@brownrudnick.com**
- **Russell Clementson     russell.clementson@usdoj.gov**
- **Aaron S Craig     acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold     courts@argopartners.net**
- **Monica Y Kim     myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian     kjm@lnbrb.com**
- **Tania M Moyron     tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross     margaux.ross@usdoj.gov**
- **United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss     sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2. SERVED BY UNITED STATES MAIL**: On **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

1 | ***Served via Attorney Service***
Hon. Martin R. Barash
2 | United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
3 | Woodland Hills, CA 91367

4 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is
true and correct.

5 |

| November 21, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
6 | *Date* | *Type Name* | *Signature* |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* | **F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)
Debtor, OUST, Committees

*Debtor*
ICPW Liquidation Corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

**Creditors Committee:**

*Committee Counsel*
Brown Rudnick LLP
Attn: Cathrine M Castaldi
2211 Michelson Dr 7th Fl
Irvine, CA 92612

Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia

**Equity Committee:**

*Equity Committee Counsel*
Dentons US LLP
Attn: Samuel Maizel & Tania Moyron
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017-5704

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266