## DECLARATION OF TANIA M. MOYRON

I, Tania M. Moyron, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am an attorney at Dentons US LLP ("Dentons"), bankruptcy counsel to the Official Committee of Equity Security Holders (the "Equity Committee"). I am an attorney licensed to practice law in the State of California, in the United States District Court and the Bankruptcy Courts for the Southern, Central, Northern and Eastern Districts of California, and in the United States Court of Appeals for the Ninth Circuit.

3. This declaration is submitted in support of the *First Interim Application of Dentons US LLP for Approval of Fees and Reimbursement of Expenses* (the "Fee Application") for services rendered and expenses incurred for the period of September 22, 2017 through October 31, 2017. I am familiar with Local Bankruptcy Rule 2016-1.

4. To the best of my knowledge, information and belief, all of the matters stated in the Fee Application are true and correct, and the Fee Application complies with all applicable statutes, rules, regulations, and procedures, including Local Bankruptcy Rule 2016-1.

5. The amounts requested in the Fee Application for compensation of fees and reimbursement of expenses incurred are based on Dentons' business records which are kept and maintained by Dentons in the ordinary course of Dentons' business.

6. All expenses for outside services such as filing fees, photocopying services, messenger and express mail services, postage, and research services (Lexis and Westlaw) for which Dentons requests reimbursement are the actual expenses incurred by Dentons for such services, and Dentons does not seek any additional amounts or profits with respect thereto.

7. Attached as Exhibit "A" is a (i) summary of the fees sought in the Application, and (ii) a breakdown of time entries into project categories maintained by Dentons.

8. Attached as Exhibit "B" is a summary of the hours and fees charged by each of Dentons' attorneys and paralegals that performed services for the Equity Committee.

9. Attached hereto as Exhibit "C" - "R" are copies of Dentons' billing statements

20

105755661\V-1

match the number assigned to each category, summarizing and detailing both the services rendered on behalf of the Equity Committee, and expenses incurred in connection therewith.

10. Attached hereto as Exhibit "S" is a summary listing by category and an itemization of all expenses that Dentons advanced on behalf of the Equity Committee during these Cases.

11. Attached hereto as Exhibit "T" is a copy of Dentons' firm résumé. Résumés reflecting the background and qualifications of each of the attorneys who rendered services to and on behalf of the Equity Committee are also attached collectively as Exhibit "T".

12. I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day of November 2017, at Los Angeles, California.

By: /s/ Tania M. Moyron
Tania M. Moyron
*Counsel to the Official Committee of Equity Holders*

21

105755661\V-1