# EXHIBIT A

# EXHIBIT A

# EXHIBIT "A"

## FEE APPLICATION SUMMARY

| | |
|---|---|
| Name of Applicant(s): | Dentons US LLP |
| Authorized to Provide Professional Services to: | Official Committee of Equity Security Holders |
| Date of Retention | Effective as of September 22, 2017 |
| Period for which Compensation and Reimbursement is Sought: | September 22, 2017 through October 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $222,730.30 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 4,714.24 |
| Subtotal for Fees and Costs | $222,444.54 |
| Fees and Expenses Previously Awarded for Which Final Approval is Sought: | $0.00 |
| **Grand Total for fees and costs:** | $227,444.54 |

# EXHIBIT "A"

## SUMMARY OF FEES BY PROJECT CATEGORIES

| Project Category | Matter No. | Hours | Fees |
|---|---|---|---|
| Ironclad Equity Committee | 15744288-000001 | 8.0 | $2,484.00 |
| Administration | 15744288-000003 | 46.2 | $23,586.35 |
| Asset Disposition | 15744288-000005 | 147.4 | $85,076.90 |
| Assumption and Rejection of Leases and Contracts | 15744288-000006 | 1.6 | $658.50 |
| Business Operation | 15744288-000008 | .3 | $148.50 |
| Claims Administration and Objections | 15744288-000009 | 10.7 | $5,120.10 |
| Corporate Governance and Board Matters | 15744288-000010 | 3.2 | $1,640.25 |
| Employment and Fee Applications | 15744288-000012 | 45.2 | $21,915.95 |
| Employment and Fee Application Objections | 15744288-000013 | 31.1 | $13,002.15 |
| Financing and Cash Collateral | 15744288-000014 | 47.0 | $24,469.90 |
| Litigation Contested Matters and Adversary Proceedings | 15744288-000015 | 64.9 | $40,843.65 |
| Meetings and Communications with Creditors | 15744288-000016 | 5.9 | $2,920.50 |
| Plan and Disclosure Statement | 15744288-000018 | .2 | $99.00 |
| Stay and Adequate Protection | 15744288-000020 | 1.2 | $517.05 |
| Radians Wareham Holdings | 15744288-000024 | .5 | $247.50 |
| **TOTAL** | | **413.4** | **$222,730.30** |