# EXHIBIT B

# EXHIBIT B

# EXHIBIT "B"

## SUMMARY OF HOURLY RATES, HOURS BILLED AND TOTAL FEES OF DENTONS' PROFESSIONALS AND PARAPROFESSIONALS

| Dentons' Professional | Title | Hourly Rate | Hours Billed | Fees |
|---|---|---|---|---|
| Samuel R. Maizel | Partner | $700.00 | 40.2 | $28,140.00 |
| Peter Wolfson | Partner | $700.00 | 66.1 | $46,270.00 |
| A. Ruegger | Partner | $700.00 | 50.7 | $35,490.00 |
| R. Richards | Partner | $700.00 | .7 | $490.00 |
| C. Montgomery | Partner | $700.00 | 1.1 | $770.00 |
| John A. Moe, II | Partner | $535.50 | 2.2 | $1,178.10 |
| Tania M. Moyron | Counsel | $495.00 | 177.4 | $87,813.00 |
| M. Zeefe | Counsel | $454.50 | 6.8 | $3,090.60 |
| S. Schrag | Associate | $310.50 | 35.2 | $10,929.60 |
| D. Pina | Paralegal | $328.50 | 8.0 | $2,628.00 |
| K. Howard | Paralegal | $238.50 | 24.0 | $5,724.00 |
| S. Reinhardt | Researcher | $207.00 | 1.0 | $207.00 |
| **TOTAL** | | | **413.4** | **$222,730.30** |