# EXHIBIT C

# EXHIBIT C

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952924**

Client/Matter: 15744288-000001

**Ironclad Equity Committee**

Payment Due Upon Receipt

Total This Invoice                                            $         6,109.00

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952924**

Client/Matter: 15744288-000001

Ironclad Equity Committee

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/31/17 | S. Schrag | 8.00 | 2,484.00 | Continue research for A. Ruegger regarding equitable disallowance and effects of the transferor's misconduct on a claim (5.0); draft analysis regarding the same (2.8); confer with A. Ruegger regarding the same (.2). |

Total Hours 8.00
Fee Amount $2,484.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Schrag | $310.50 | 8.00 | $2,484.00 |
| Totals | | 8.00 | $2,484.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 10/8/2017 | Lexis MOYRON\ TANIA | 9.00 |
| 10/8/2017 | Lexis MOYRON\ TANIA | 90.00 |
| 10/12/2017 | Lexis MOYRON\ TANIA | 90.00 |
| | SUBTOTAL | 189.00 |
| 10/15/2017 | WESTLAW MOYRON\TANIA | 591.00 |
| 10/17/2017 | WESTLAW MOYRON\TANIA | 287.50 |
| 10/18/2017 | WESTLAW MOYRON\TANIA | 425.00 |
| 10/12/2017 | WESTLAW MOYRON\TANIA | 97.00 |
| 10/12/2017 | WESTLAW SCHRAG\SARAH | 109.50 |

2

Ironclad Equity Committee

November 15, 2017

Matter: 15744288-000001
Invoice No.: 1952924

| Date | Description | Amount |
|---|---|---|
| 10/27/2017 | WESTLAW SCHRAG\SARAH | 259.50 |
| 10/19/2017 | WESTLAW MOYRON\TANIA | 97.00 |
| 10/1/2017 | WESTLAW MOYRON\TANIA | 62.50 |
| 10/2/2017 | WESTLAW MOYRON\TANIA | 34.50 |
| 10/3/2017 | WESTLAW MOYRON\TANIA | 369.00 |
| 10/7/2017 | WESTLAW MOYRON\TANIA | 172.00 |
| 9/30/2017 | WESTLAW MOYRON\TANIA | 856.50 |
| 10/9/2017 | WESTLAW MOYRON\TANIA | 75.00 |
| | SUBTOTAL | 3,436.00 |
| | Total Disbursements | $3,625.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,484.00 |
| Disbursement Total | $ | 3,625.00 |
| Invoice Total | $ | 6,109.00 |

3



Dentons US LLP  
601 S. Figueroa Street  
Suite 2500  
Los Angeles, California 90017-5704

Salans FMC SNR Denton  
McKenna Long  
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders  
Chairman of the Equity Committee for Ironclad  
938 Duncan Avenue  
Manhattan Beach, CA 90266  
USA

November 15, 2017

Client/Matter #: 15744288-000001

Ironclad Equity Committee

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952924 | 6,109.00 | 0.00 | 6,109.00 |
| | | Total Outstanding Invoices | | 6,109.00 |

Questions should be directed to:  
S. Maizel  
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020