# EXHIBIT E

# EXHIBIT E

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 27, 2017

**Invoice No. 1945252**

Client/Matter: 15744288-000005

Asset Disposition

Payment Due Upon Receipt

Total This Invoice                                    $        30,945.80

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 27, 2017

**Invoice No. 1945252**

Client/Matter:  15744288-000005

Asset Disposition

For Professional Services Rendered through September 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 09/22/17 | T. Moyron | 0.80 | 396.00 | Conference call with R. Bender regarding sale, bidding procedures, etc. |
| 09/22/17 | T. Moyron | 0.80 | 396.00 | Conference call with S. Jarus regarding various issues, including sale, background of case, and strategy. |
| 09/22/17 | S. Maizel | 1.60 | 1,120.00 | Telephone conference with committee re bid procedures (.7); telephone conference with Debtor's counsel re bid procedures. |
| 09/23/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with Peter Kravitz re role of FA for OCC and possible joint role (.2); email to committee re same (.1). |
| 09/23/17 | S. Maizel | 2.90 | 2,030.00 | Telephone conference with counsel for Radian re bid procedures (.7); telephone conference with T. Moyron re bid procedures (.7); review and respond to emails re objections to bid procedures (.5); analysis of bid procedures vis-à-vis break up fee (1.0). |
| 09/23/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Maizel regarding "matching rights" and bid procedures. |
| 09/23/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender to counsel for creditors' committee regarding role and issues with proposed FA. |
| 09/23/17 | T. Moyron | 2.20 | 1,089.00 | Analyze cases discussing credit bidding and cause to deny ability to credit bid, including own-to-loan scenarios that chill bidding. |
| 09/23/17 | T. Moyron | 0.70 | 346.50 | Conference call with F. Childress and S. Weiss regarding sale and bidding procedures. |
| 09/23/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with Committee counsel regarding call. |
| 09/23/17 | T. Moyron | 2.30 | 1,138.50 | Prepare objection to motion to approve bidding procedures, APA, etc. |

Asset Disposition

October 27, 2017

Matter: 15744288-000005
Invoice No.: 1945252

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/23/17 | T. Moyron | 1.20 | 594.00 | Analyze motion regarding bidding procedures, APA attached to declaration, declaration of S. Rickman in connection with preparation objection. |
| 09/23/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to S. Jarus, et al., regarding selection of counsel for creditors' committee and proposed FA. |
| 09/23/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from S. Jarus and R. Chez regarding R. Bender email and issues with proposed counsel for the creditors' committee. |
| 09/24/17 | T. Moyron | 1.80 | 891.00 | Research cases discussing procedures that chill bidding, credit bidding at auction and related issues. |
| 09/24/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching proposed NDA regarding side letter. |
| 09/24/17 | T. Moyron | 0.20 | 99.00 | Analyze proposed NDA re side letter. |
| 09/24/17 | T. Moyron | 0.10 | 49.50 | Prepare email to counsel for OCC regarding conference call. |
| 09/24/17 | T. Moyron | 5.70 | 2,821.50 | Prepare limited objection and reservation of rights to Debtors' motion to approve APA, bidding procedures, etc. |
| 09/24/17 | T. Moyron | 0.50 | 247.50 | Conference call with F. Childress, S. Weiss and S. Maizel regarding bidding procedures. |
| 09/24/17 | T. Moyron | 0.50 | 247.50 | Conference call with C. Castaldi regarding bidding procedures, case background, committee role and related issues. |
| 09/24/17 | T. Moyron | 0.80 | 396.00 | Analyze loan agreements with respect to Pre-Payment Fee and assignment from Capital One to Radians. |
| 09/24/17 | S. Maizel | 1.50 | 1,050.00 | Telephone conferences (x3) with Tania Moyron re issues on bid procedures (.6); telephone conference with counsel for Radian re bid procedures (.4); telephone conference with counsel for OCC re bid procedures (.5). |
| 09/25/17 | T. Moyron | 5.80 | 2,871.00 | Attend hearing on motion to approve APA, bid procedures, etc. |
| 09/25/17 | T. Moyron | 0.30 | 148.50 | Analyze Creditors' Committee's objection to Debtors' motion to approve APA, bidding procedures, etc. |

Asset Disposition

October 27, 2017

Matter: 15744288-000005
Invoice No.: 1945252

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/25/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus, et al., attaching limited objection and reservation of rights to Debtors' motion to approve APA, bidding procedures, etc. |
| 09/25/17 | T. Moyron | 1.70 | 841.50 | Finalize objection to Debtors' motion to approve APA, bidding procedures, etc. |
| 09/25/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Weiss and F. Childress regarding meeting before hearing re bidding procedures. |
| 09/25/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus, et al., regarding opposition filed by creditors' committee. |
| 09/25/17 | S. Maizel | 1.50 | 1,050.00 | Prepare equity committee objection to bid procedures motion (.5); review documents in preparation for hearing on bid procedures motion (1.0). |
| 09/25/17 | S. Maizel | 5.80 | 4,060.00 | Attend hearing on bid procedures motion. |
| 09/25/17 | K.M. Howard | 0.80 | 190.80 | Reviewed docket and culled all pleadings pertaining to 1) Debtors' Emergency Motion re DIP Financing and Utilizing Cash Collateral; 2) Debtors' Emergency Motion to Approve Form of Asset Purchase Agreement for Stalking Horse Bidder and organized same. |
| 09/26/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with Paul Fernidads, King & Spalding re bid procedures motion hearing. |
| 09/26/17 | S. Maizel | 0.40 | 280.00 | Review and revise proposed interim DIP financing order. |
| 09/26/17 | S. Maizel | 0.60 | 420.00 | Review and revise proposed order on bid procedures. |
| 09/26/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding Big Time Products and lack of formal information regarding bidders. |
| 09/26/17 | T. Moyron | 0.30 | 148.50 | Analyze email from S. Jarus and changes to proposed order to approve bidding procedure and comments thereto. |
| 09/26/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus, et al., attaching proposed modifications to Debtors' order approving APA, bidding procedures, etc. |

Asset Disposition

October 27, 2017

Matter: 15744288-000005
Invoice No.: 1945252

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/26/17 | T. Moyron | 0.20 | 99.00 | Analyze email from C. Castaldi and attached preliminary comments to Bid Procedures. |
| 09/26/17 | T. Moyron | 1.10 | 544.50 | Analyze APA and motion to approve bid procedures in connection with issues related to order. |
| 09/26/17 | T. Moyron | 0.60 | 297.00 | Prepare changes to order approving bidding procedures, APA, etc; correspond with S. Maizel regarding same. |
| 09/26/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding meeting with Debtor's FA and NDA. |
| 09/26/17 | T. Moyron | 0.40 | 198.00 | Further preparation of order approving bidding procedures and respond to S. Jarus inquires related to same. |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding issues related to order approving bidding procedures, APA, etc. |
| 09/27/17 | T. Moyron | 0.40 | 198.00 | Conference calls with R. Bender regarding issues related to order on bid procedures (i.e., non-cash consideration for bids, etc). |
| 09/27/17 | T. Moyron | 0.20 | 99.00 | Conference calls with R. Chez regarding issues related to order on bid procedures, etc. |
| 09/27/17 | P. Wolfson | 0.80 | 560.00 | Review Ironclad documents and communications with Committee members regarding bid procedures. |
| 09/27/17 | C. Montgomery | 0.30 | 210.00 | Communications with S Maizel re bidding procedures questions (.3). |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze attached email from R. Bender re final version of the order. |
| 09/27/17 | T. Moyron | 0.20 | 99.00 | Analyze email from C. Castaldi and attached bidding procedures order. |
| 09/27/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding auction to be held outside courtroom. |
| 09/27/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding issues related proposed order approving bid procedures and related issues. |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding deletion of language inserted in paragraph J. |

Asset Disposition

October 27, 2017

Matter: 15744288-000005
Invoice No.: 1945252

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding comments on bid procedures order. |
| 09/27/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from F. Childress regarding proposed order approving bidding procedures, APA, etc. |
| 09/27/17 | T. Moyron | 0.80 | 396.00 | Analyze issues related to Radians' refusal to agree to a provision that expressly allows non-consideration as part of an overbid and strategize and correspond regarding same. |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding redline proposed edits to order approving bidding procedures, APA, etc. |
| 09/27/17 | T. Moyron | 0.30 | 148.50 | Analyze and prepare email to Equity Committee regarding issues related to order approving bidding procedures, APA, etc. |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze S. Maizel and C. Castaldi email regarding withdrawal of objection to matching rights and the amount of overbids not general withdrawal of objection. |
| 09/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding change to order that objections were withdrawn to the extent set forth on the record. |
| 09/27/17 | S. Maizel | 3.10 | 2,170.00 | Telephone conference with Ron Chez re bidding issues (x2)(.2); telephone conference with OCEH Chair re bidding procedures (.1); review and respond to emails re revisions to bid procedures order (2.6); telephone conference with R. Bender re bid procedures order (.2). |
| 09/27/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with C. Castaldi re discovery re marketing efforts. |
| 09/27/17 | S. Maizel | 1.00 | 700.00 | Emails to OCEH re revisions to bid procedures order (.6); emails to debtor's counsel re same (.4). |
| 09/28/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with counsel for Big Time re sale issues. |
| 09/28/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding meeting with Debtor's FA re marketing efforts. |
| 09/28/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding motion to use cash collateral and DIP Financing and related deadlines. |

Asset Disposition

October 27, 2017

Matter: 15744288-000005
Invoice No.: 1945252

Total Hours                54.40

Fee Amount                                              $30,945.80

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 0.30 | $210.00 |
| P. Wolfson | $700.00 | 0.80 | $560.00 |
| S. Maizel | $700.00 | 19.50 | $13,650.00 |
| T. Moyron | $495.00 | 33.00 | $16,335.00 |
| K.M. Howard | $238.50 | 0.80 | $190.80 |
| Totals | | 54.40 | $30,945.80 |

Fee Total             $      30,945.80

Invoice Total         $      30,945.80



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street           McKenna Long
Suite 2500                       dentons.com
Los Angeles, California 90017-5704

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders                    October 27, 2017
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266                    Client/Matter #: 15744288-000005
USA

Asset Disposition

---

Statement of Account

According to our records, as of October 27, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|------------------------|---------------|
| 10/27/17 | 1945252 | 30,945.80 | 0.00 | 30,945.80 |
| | | Total Outstanding Invoices | | 30,945.80 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952919**

Client/Matter: 15744288-000005

Asset Disposition

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 54,131.10 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952919**

Client/Matter:   15744288-000005

Asset Disposition

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/02/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Conference call with P. Wolfson regarding issues related to DIP/Cash collateral and upcoming call with S. Rickman. |
| 10/02/17 | T. Moyron | 0.20 | 99.00 | Analyze NDA agreement proposed by Debtors' counsel. |
| 10/02/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding proposed NDA. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Conference call with C. Castaldi regarding issues related to NDA. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from R. Chez  and S. Jarus agreeing to recommended approach as to call with Craig-Hallum being limited to professionals. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding NDA. |
| 10/03/17 | P. Wolfson | 0.80 | 560.00 | Communications and teleconference regarding Ironclad marketing and sale strategy. |
| 10/05/17 | T. Moyron | 0.40 | 198.00 | Analyze NDA and prepare the same. |
| 10/05/17 | T. Moyron | 0.30 | 148.50 | Prepare email to R. Bender requesting information related to marketing and sale efforts. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Prepare list of information and documents to request from Craig-Hallum. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Conference call with Krikor J. Meshefejian regarding information regarding marketing and sale efforts. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Further exchange of emails with R. Bender regarding confidentiality of information and summary of report to be prepared for Committee members. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding information related to sale and marketing efforts. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached revised NDA. |
| 10/05/17 | T. Moyron | 0.60 | 297.00 | Prepare summary of information for Equity Committee regarding information received from Debtors. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding prospects who have shown capability to purchase assets. |
| 10/05/17 | T. Moyron | 0.30 | 148.50 | Prepare summary of information for Equity Committee re Sale Process Update. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze sale process update and management presentation. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached confidential information regarding sale update. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian attaching executed NDA. |
| 10/06/17 | T. Moyron | 0.40 | 198.00 | Analyze additional confidential information received and summarize same. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding NDA. |
| 10/06/17 | T. Moyron | 0.70 | 346.50 | Conference call with P. Obrien regarding marketing, Creditors' Committee proposal for FA and related issues. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching sale motion and order. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from Krikor attaching further sales information. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Follow up call with P. Obrien regarding request to receive confidential information re sale. |
| 10/06/17 | P. Wolfson | 2.20 | 1,540.00 | Work on NDA (.2); analysis of project monitor sale process chart and review related court documents (2.0). |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with Equity Committee regarding conference call to discuss expedited sale timeline and other matters. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/07/17 | T. Moyron | 0.30 | 148.50 | Access data room and review certain documents therein. |
| 10/07/17 | P. Wolfson | 2.10 | 1,470.00 | Review and comment on sale motion; analysis of contracts chart and JGB tracking sheet. |
| 10/07/17 | T. Moyron | 1.60 | 792.00 | Analyze Debtors' sale motion and prepare changes and comments thereto. |
| 10/07/17 | T. Moyron | 0.30 | 148.50 | Analyze APA in connection with language in proposed sale motion and sale order. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Analyze DIP order in connection with rights granted to Committees re sale order and motion. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding sale motion and Craig-Hallum. |
| 10/07/17 | T. Moyron | 0.60 | 297.00 | Analyze documents in Zip drive received from Debtors' counsel. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender attaching Equity Committees' comments to sale motion and order. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian and S. Rickman regarding access to data room. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender and attached list of executory contracts and cure costs. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching chart received from Debtors' listing executory contracts and cure costs. |
| 10/07/17 | T. Moyron | 0.90 | 445.50 | Analyze sale order and prepare comments thereto. |
| 10/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' most recent sale motion and order. |
| 10/08/17 | P. Wolfson | 0.40 | 280.00 | Further work on sale motion; communications regarding APA side letter. |
| 10/08/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding side letter agreement and working with S. Rickman and Krikor regarding confidential documents. |
| 10/08/17 | T. Moyron | 0.20 | 99.00 | Analyze side letter agreement. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/08/17 | T. Moyron | 0.30 | 148.50 | Analyze APA in connection with retained assets and related issues re claims against third parties and insurance policies. |
| 10/08/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding changes to sale motion and order. |
| 10/08/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching Dentons' preliminary comments to sale motion and order. |
| 10/09/17 | P. Wolfson | 0.70 | 490.00 | Review and comment on draft sale motion and related documents (.5); conference calls regarding same (.2). |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding urgent call to discuss issue Radians has with proposed language regarding the DIP order. |
| 10/09/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender, M. Kim, and F. Childress regarding language in sale motion and order not impairing rights granted in DIP order. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with C. Castaladi regarding conference call with R. Bender, M. Kim, and F. Childress regarding language in sale motion and order not impairing rights granted in DIP order. |
| 10/09/17 | T. Moyron | 0.50 | 247.50 | Conference call with S. Rickman and K. Meshefejian regarding sale progress and documents received and to be sent to counsel. |
| 10/09/17 | T. Moyron | 0.30 | 148.50 | Analyze emails from R. Bender (3x) and attached revised versions of motion and order incorporating Equity Committee's comments. |
| 10/09/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding conference call with S. Rickman and updates regarding sale. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding equity support for potential bidder and discussion with S. Rickman regarding same. |
| 10/09/17 | T. Moyron | 0.20 | 99.00 | Exchange multiple emails with Debtors' counsel regarding call with Steve Rickman at Craig-Hallum. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to R. Bender regarding approval of revised sale motion and order. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/09/17 | R. Richards | 0.40 | 280.00 | Emails and call w/Moyron re sales strategy (0.2) and Joint Interest Agreement (0.2) |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding sale notice and review attached revisions to same. |
| 10/09/17 | T. Moyron | 0.20 | 99.00 | Analyze revised sale motion. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding language in sale order re rights under DIP/cash collateral order. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Analyze further email from R. Bender attaching final version of sale motion incorporating all comments and changes and review attached redline regarding same. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding Radians' opening bid. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with P. O'Brien regarding NDA. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with K. Meshefejian regarding NDA. |
| 10/10/17 | T. Moyron | 0.40 | 198.00 | Analyze NDA for P. O'Brien and correspond regarding same. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and proposed changes to NDA. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with P. O'Brien regarding NDA. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman regarding Mechanix Wear. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian attaching NDA for P. O'Brien. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to cure costs and sale. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with P. O'Brien regarding NDA and obligations related thereto, including maintaining confidentiality of information and documents. |
| 10/10/17 | K.M. Howard | 0.10 | 23.85 | Reviewed Debtor's Notice of Hearing on Motion to Approving Sale of Assets, determined hearing date and imported same. |
| 10/10/17 | K.M. Howard | 0.10 | 23.85 | Reviewed Notice of Sale of Estate Property, determined sale date and imported same. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/11/17 | T. Moyron | 0.20 | 99.00 | Conference call with K. Meshefejian regarding AMS and issues related to sale and Data room access. |
| 10/11/17 | T. Moyron | 0.50 | 247.50 | Conference call with Committee counsel regarding sale and structure of bids and ability to evaluate given contingency. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien attaching further confidential information. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with P. O'Brien inquiring as to information received and link to data room. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with K. Meshefejian regarding forwarding of confidential documents to P. O'Brien. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman regarding email invite to P. O'Brien re data room. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien attaching certain confidential information. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with K. Meshefejian regarding number of people from Province with access to data room. |
| 10/12/17 | T. Moyron | 0.60 | 297.00 | Analyze documents in data room. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Rickman and K. Meshefejian regarding sale update and data activity log. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding Equity Committees' objection to retention of FA. |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding issues related to sale motion re timing for assumption of contracts. |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Maizel and C. Castaldi regarding issues related to sale motion (e.g., timing of assumption of agreements). |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding conference call to discuss sale issues with Equity and Creditors' Committee. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding indemnity provisions and sale. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Conference calls with R. Rickman regarding sales updates and letter from M&T Bank. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with K. Meshefejian regarding stipulation to extend time to object to Craig-Hallum application. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding hourly rate proposed by potential FA. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Prepare summary of sales update and sheet 3 in PDF format. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Chez and other members of the Equity Committee regarding qualification of buyer. |
| 10/13/17 | T. Moyron | 0.70 | 346.50 | Prepare summary of sales information to Equity Committee without confidential information and analyze same. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian regarding further attached sales updated confidential information. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Chez regarding sales updated information and sheet 3. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Analyze letter from M&T Bank re borrowing base for buyer. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding four sales updates received from Rickman after conference call. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding letter from MT&B Bank and borrowing base for buyer. |
| 10/13/17 | T. Moyron | 0.30 | 148.50 | Analyze sales updates and information received. |
| 10/13/17 | P. Wolfson | 1.60 | 1,120.00 | Communications regarding FTI Statement of Qualification (.4); review documents posted to Intralinks (1.0); update on sale (.2). |
| 10/16/17 | P. Wolfson | 0.60 | 420.00 | Review and comment on supplement to sales motion. |
| 10/16/17 | S. Maizel | 1.60 | 1,120.00 | Review materials in data room re sale issues (1.0); review sale related motions, etc.(.6) |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding deadline to object to sale motion and confirmation that no objection will be filed. |
| 10/16/17 | T. Moyron | 0.20 | 99.00 | Analyze Debtors' supplement to sale motion re updated estimate of total debt in cases. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtor's supplement to sale motion and updated numbers. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from Equity Committee regarding deadline to object to sale motion and no objection thereto. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding executory contracts and data room. |
| 10/17/17 | P. Wolfson | 0.80 | 560.00 | Communications regarding populating dataroom (.3); further comments on Radien's and consider strategy and next steps (.5). |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching list of executory contracts to sale motion. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian attaching indemnification language. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding sales update. |
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Analyze lists of new documents being added to data room. |
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding additional documents added to the data room and correspondence with Debtors regarding same. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman and attached financial qualification letter. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding sales update from S. Rickman (without confidential information). |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email to P. Wolfson to R. Bender, et al., regarding prospective buyers given sufficient time to assess value. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching sales update without confidential information. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding prospective bidders and employment situation. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien attaching sales information. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding buyers' due diligence and Radians' offer letter. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze P. Wolfson email regarding documents and Radians. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian attaching supplement regarding Craig-Hallum. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman regarding sales update. |
| 10/19/17 | T. Moyron | 0.20 | 99.00 | Analyze sales update information sent by S. Rickman. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. Wolfson regarding employment offer letters premature. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman regarding documents added to data room in response to T. Moyron inquiry and Radians' offers to employees. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. Wolfson regarding sales, potential issues related to data room, and related issues. |
| 10/20/17 | T. Moyron | 1.00 | 495.00 | Conference call with S. Rickman, P. Wolfson, Krikor, R. Bender regarding sale, contracts recently added to data room, potential issues with overbidders having information, employee offers from Radians, and other issues. |
| 10/20/17 | T. Moyron | 0.40 | 198.00 | Analyze limited objections filed by Cordes and Aisenberg. |
| 10/20/17 | T. Moyron | 0.40 | 198.00 | Analyze limited objection to sale filed by Cordes and Aisenberg. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding limited objection to sale motion and analysis related thereto. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender, S. Rickman, et al., requesting stipulation and letter to employees. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding issues related to sale. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Rickman attaching offer of employment from Radians. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Rickman and Debtors regarding M. Schwarzmann and NDA. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with P. O'Brien regarding communications with S. Rickman. |
| 10/20/17 | T. Moyron | 0.30 | 148.50 | Prepare NDA for M. Schwarzmann. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Schwarzmann attaching NDA. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to M. Schwarzmann regarding sales information. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding auction logistics. |
| 10/20/17 | P. Wolfson | 2.40 | 1,680.00 | Prepare for and participate in teleconference with debtor and professionals, review order approving APA and bidding procedures (1.8); consider retention plan issues (.6). |
| 10/22/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached stipulation. |
| 10/23/17 | T. Moyron | 0.50 | 247.50 | Conference call with Equity Committee and M. Schwarzmann re sale, potential opening bid, and related issues. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding filed POC by Grainger. |
| 10/23/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Conference call with M. Schwarzmann and P. Wolfson regarding Grainger, sales, auction, bid and related issues. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding Grainger proof of claim and related issues. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarzmann regarding sales update and Grainger POC. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with M. Schwarzmann regarding claims bar date, executory contracts and related issues. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/23/17 | T. Moyron | 0.60 | 297.00 | Prepare sales update for Equity Committee without confidential information. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching updated sales information. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Rickman and attached sales update. |
| 10/23/17 | T. Moyron | 0.30 | 148.50 | Conference call with M. Schwarmann regarding sales update received from Craig-Hallum, bidders, and sale issues. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Chez regarding his inquiries related to sale and Radian's employee meetings. |
| 10/24/17 | P. Wolfson | 3.40 | 2,380.00 | Further communications regarding Ironclad auction, including review and comment on terms and conditions of Grainger supplier agreement and confidentiality agreement provided by A. Ruegger (3.0); address pro hac vice admission to California jurisdiction (.4). |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Analyze amended supplement to application of Debtors to employ Craig-Hallum. |
| 10/24/17 | T. Moyron | 0.40 | 198.00 | Analyze issues related to Radians, cure costs under section 2.4 of the APA, and side letter requirements. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding issues related to Radians and Grainger. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding sales update and related issues. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding Grainger. |
| 10/24/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarzmann regarding Grainger. |
| 10/24/17 | T. Moyron | 0.40 | 198.00 | Analyze APA in connection with issues related to assumption of executory contracts. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Analyze side letter. |
| 10/24/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarzmann regarding sales update. |
| 10/24/17 | T. Moyron | 0.20 | 99.00 | Conference calls with P. O'Brien regarding sales update and related issues. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/25/17 | P. Wolfson | 4.00 | 2,800.00 | Continued preparation for 10/30 hearing in LA (2.0); communications regarding status of bidding (.5); review PUP bid supplemental and consider post-sale management structure (1.5). |
| 10/25/17 | T. Moyron | 0.20 | 99.00 | Conference calls with P. O'Brien regarding sale issues availability for conference call. |
| 10/25/17 | T. Moyron | 1.20 | 594.00 | Conference calls with M. Schwarzmann regarding overbidders, issues related to sale and auction, and open items (several). |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel regarding filing of Form 8-K. |
| 10/25/17 | T. Moyron | 0.40 | 198.00 | Analyze materials for PIP. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel requesting materials for second overbidder. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from M. Schwarzmann regarding request for wiring instruction from potential overbidder and sales update. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding bid package and inquiry as to amount of the bid. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Chez regarding issues with equity committee members who have not signed an NDA on conference call. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from P. Wolfson and R. Bender regarding cure schedule, schedule of possible rejection damages, employee schedules, etc. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding issue related to confidentiality of the names of the prospective buyers. |
| 10/25/17 | S. Maizel | 0.50 | 350.00 | Review information from potential overbidders. |
| 10/26/17 | T. Moyron | 0.30 | 148.50 | Analyze BBI redlined APAs. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze J. Krieger email regarding BBI, APA, and qualified bidder. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to schedules and request that Radians provide schedules per APA. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Bender regarding conference call to discuss sale issues with professionals and thereafter with Greulich and P. O'Brien. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarzmann regarding rejection damages. |
| 10/26/17 | P. Wolfson | 3.70 | 2,590.00 | Review sale documents, bidding procedures and Grainger supplier agreement in preparation for sale hearing (1.7); review and comment on draft R2004 motion (1.0); participate on two strategy teleconferences with Dentons team and client (1.0). |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding word version of APA from overbidders. |
| 10/26/17 | T. Moyron | 1.30 | 643.50 | Conference call with Debtors' counsel, M. Schwarzmann, S. Rickman, et al., regarding Grainder, sale, auction and related issues. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding Debtors filing a public notice and sale issues. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding sale issues, conference call and related issues. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with shareholder Mr. Hallissy regarding questions related to sale, opening bid, bidding increments, etc. |
| 10/27/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Debtors' Reply to Creditors Objection to Debtors' Sale Motion and culled same for inclusion into hearing binders. |
| 10/27/17 | K.M. Howard | 0.10 | 23.85 | Reviewed communication from Michael Schwarzmann regarding additional documents to include in the Asset Purchase Agreements binders. |
| 10/27/17 | P. Wolfson | 3.90 | 2,730.00 | Continued preparation for 10/30 hearing, including review of schedules, sale motion and bidding procedures and updates on current bidders. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from M. Schwarzmann regarding bid scorecard. |
| 10/27/17 | K.M. Howard | 0.30 | 71.55 | Organized documents and incorporated into October 30, 2017 hearing binder. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/27/17 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised index to October 30, 2017 hearing binders to include newly filed pleadings. |
| 10/27/17 | K.M. Howard | 0.20 | 47.70 | Reviewed and finalized contents of the hearing binder and auction binders. |
| 10/27/17 | S. Maizel | 0.40 | 280.00 | Respond to email from Shareholder Hallisey re auction issues. |
| 10/27/17 | T. Moyron | 0.30 | 148.50 | Analyze Debtors' reply to limited objection by Cordes and Aisenberg. |
| 10/27/17 | T. Moyron | 1.10 | 544.50 | Prepare joinder in Debtors' reply to limited objection. |
| 10/27/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Conference with M. Schwarzmann and P. Wolfson regarding conference calls with overbidders. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding joinder in objection to Province application and joinder in Debtors' reply to limited objection filed by Corders and Aisenberg. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from G. Walton attaching word version of APA. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarzmann regarding update on bidders. |
| 10/27/17 | T. Moyron | 0.20 | 99.00 | Analyze materials needed for sale hearing. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Prepare email regarding availability to discuss auction format. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Beck, R. Bender, et al., attaching Equity Committee's joinder in Debtors' reply to limited objection filed by Cordes and Aisenberg. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding Grainger and rejection damages chart. |
| 10/27/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from J. Hallissey regarding Radians, sale, and other issues. |
| 10/28/17 | T. Moyron | 0.70 | 346.50 | Conference call with R. Bender, S. Rickman, G. Greulich, M. Schwarzmann, et al., regarding issues related to auction, contracts, etc |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/28/17 | T. Moyron | 0.20 | 99.00 | Conference calls with M. Schwarzmann regarding characterization of contracts as executory contracts. |
| 10/28/17 | P. Wolfson | 2.20 | 1,540.00 | Further preparation for 10/30 hearing, including analysis of claim chart and strategy teleconference with Dentons team. |
| 10/29/17 | P. Wolfson | 3.00 | 2,100.00 | Continued preparation for 10/30 hearing, including meetings with Dentons team. |
| 10/29/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from R. Bender and attached S. Rickman declaration. |
| 10/29/17 | T. Moyron | 2.00 | 990.00 | Meet with P. Wolfson and M. Schwarzmann to prepare for auction and review documents. |
| 10/29/17 | S. Maizel | 0.50 | 350.00 | Review and respond to emails re auction issues. |
| 10/30/17 | S. Schrag | 2.70 | 838.35 | Conduct research and analysis regarding effect of sale of patent on the rights of a licensee (.8); conduct research and analysis on factors Ninth Circuit considers regarding postpetition bonus structures (1.2); continue research for A. Ruegger regarding equitable disallowance and effects of the transferor's misconduct on a claim (.7). |
| 10/30/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Jarus regarding E. Jaeger compensation request. |
| 10/30/17 | R. Richards | 0.30 | 210.00 | Emails and analysis re 365(n) issues in auction |
| 10/30/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Attend meeting with debtors, auction and sale hearing. |
| 10/30/17 | P. Wolfson | 4.30 | 3,010.00 | Prepare for and attend auction/sale hearing and debrief after same; review and comment on rejection damage analysis and Grainger stipulations. |
| 10/31/17 | K.M. Howard | 0.10 | 23.85 | Reviewed communication from Tania Moyron regarding the Articles of Incorporation of Ironclad Nevada. |
| 10/31/17 | K.M. Howard | 0.10 | 23.85 | Assembled the Articles of Incorporation of Ironclad Nevada and prepared communication to Tania Moyron regarding same. |
| 10/31/17 | T. Moyron | 0.80 | 396.00 | Analyze proposed sale order. |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching revised sale order, APA, Radians' payoff amount. |
| 10/31/17 | T. Moyron | 1.30 | 643.50 | Analyze proposed BBI asset purchase agreement. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding sale order. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding circulation of sale order to buyer and timing related thereto. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding sale order and APA and hearing on Nov. 1. |
| 10/31/17 | T. Moyron | 1.10 | 544.50 | Analyze and prepare 2004 motion. |
| 10/31/17 | P. Wolfson | 3.40 | 2,380.00 | Follow-up and debrief on 10/30 auction hearing (.4); review and comment on Joint interest and Confidentiality Agreement (1.0); communications regarding sale order and edits to same (2.0). |
| 10/31/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re auction results. |
| 10/31/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with Shareholder, David Weinberg, re results of sale. |
| 10/31/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re Ironclad auction. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 93.00 | | |
| Fee Amount | | | | $54,131.10 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 39.50 | $27,650.00 |
| S. Maizel | $700.00 | 3.60 | $2,520.00 |
| R. Richards | $700.00 | 0.70 | $490.00 |
| T. Moyron | $495.00 | 45.00 | $22,275.00 |
| S. Schrag | $310.50 | 2.70 | $838.35 |

Asset Disposition

November 15, 2017

Matter: 15744288-000005
Invoice No.: 1952919

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K.M. Howard | $238.50 | 1.50 | $357.75 |
| Totals | | 93.00 | $54,131.10 |

Fee Total             $      54,131.10

Invoice Total         $      54,131.10

 **DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000005

Asset Disposition

---

Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 10/27/17 | 1945252 | 30,945.80 | 0.00 | 30,945.80 |
| 11/15/17 | 1952919 | 54,131.10 | 0.00 | 54,131.10 |
| | | Total Outstanding Invoices | | $85,076.90 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020