# EXHIBIT F

# EXHIBIT F

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952925**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

_____Payment Due Upon Receipt

Total This Invoice                                                                    $          658.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952925**

Client/Matter:   15744288-000006

Assumption and Rejection of Leases and Contracts

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/12/17 | S. Maizel | 0.60 | 420.00 | Telephone conference with Debtor's counsel re issues on assumption/rejection of executor contracts (.5); office conference with T. Moyron re same (.1). |
| 10/26/17 | K.M. Howard | 0.90 | 214.65 | Ongoing assembly and organization of documents for inclusion into October 30, 2017 hearing binders. |
| 10/27/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Debtors' Supplement to Motions for Assumption and Assignment of Executory Contracts and culled same for inclusion in hearing binders. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.60 | |
| Fee Amount | | | $658.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $700.00 | 0.60 | $420.00 |
| K.M. Howard | $238.50 | 1.00 | $238.50 |
| Totals | | 1.60 | $658.50 |
| Fee Total | $ | 658.50 | |
| Invoice Total | $ | 658.50 | |

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000006

Assumption and Rejection of Leases and Contracts

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952925 | 658.50 | 0.00 | 658.50 |
| | | Total Outstanding Invoices | | 658.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020