# EXHIBIT H

# EXHIBIT H

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952927**

Client/Matter: 15744288-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                           $        5,120.10

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952927**

Client/Matter:  15744288-000009

Claims Administration and Objections

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/09/17 | T. Moyron | 0.80 | 396.00 | Research cases discussing waiver of malpractice claims and approval of fee applications waiving same as to those services; research regarding same. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Analyze notice of bar date. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien regarding NDA. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian attaching executed NDA for P. O'Brien. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Analyze bar claims order. |
| 10/10/17 | K.M. Howard | 0.10 | 23.85 | Reviewed proof of claim filed by TXU Energy Retail Company and imported same. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding issues related to AMS. |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding prepetition claims. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding Craig-Hallum and Debtors' proposal re fee application. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel regarding (i) different amounts owed to Radians in schedules and sale motion, and (ii) total debt in cases. |
| 10/13/17 | T. Moyron | 0.60 | 297.00 | Analyze amount owed to Radians in schedules and sale motion; analyze amounts owed and total debt. |
| 10/14/17 | T. Moyron | 0.20 | 99.00 | Analyze claims register and filed claims. |
| 10/14/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender regarding total debt in cases, Radians' claim and attached claims chart. |

2

Claims Administration and Objections

November 15, 2017

Matter: 15744288-000009
Invoice No.: 1952927

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/14/17 | T. Moyron | 0.40 | 198.00 | Analyze claims docket and proofs of claims filed by J. Cordes and B. Aisenberg. |
| 10/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' counsel's response regarding total debt and Radians' claim. |
| 10/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proofs of claim filed by J. Cordes and W. Aisenberg and email to Debtors' counsel regarding same. |
| 10/14/17 | T. Moyron | 0.10 | 49.50 | Analyze Form 8-K in connection with proofs of claim filed by J. Cordes and W. Aisenberg. |
| 10/16/17 | K.M. Howard | 0.10 | 23.85 | Prepared communications regarding the Claims Bar Date. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding email to Creditors' Committee that Equity Committee is conducting investigation regarding validity of Radians' prepetition liens and any claims against Radians. |
| 10/17/17 | T. Moyron | 0.30 | 148.50 | Analyze cases discussing standards related to employment of professionals and Court's discretion. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding filing with the Court re revised indemnification agreement and requirement of filing fee application subject to disgorgement. |
| 10/18/17 | S. Schrag | 0.40 | 124.20 | Confer with A. Reugger regarding legal research related to assignability of misconduct and equitable disallowance. |
| 10/19/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding the continuance of the 341(a) Meeting of Creditors. |
| 10/19/17 | K.M. Howard | 0.10 | 23.85 | Analysis of U.S. Trustee's Notice Continuing the Meeting of Creditors and determined new date. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Grainger claim. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Analyze Radians' POC. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with S. Jarus regarding Radians' POC. |

3

Claims Administration and Objections

November 15, 2017

Matter: 15744288-000009
Invoice No.: 1952927

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/23/17 | T. Moyron | 0.30 | 148.50 | Analyze amended schedules and original schedules. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding Grainger claim. |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding proof of claim filed by Grainger. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Analyze Grainger proof of claim. |
| 10/24/17 | T. Moyron | 0.60 | 297.00 | Analyze issues related to common interest agreement re reports. |
| 10/24/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding issues related to Grainger POC. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding press release re auction and overbidders. |
| 10/25/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from shareholder Mr. Hallissy regarding inquiry as to qualified overbidders. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to Stubbs and ownership of stocks, and correspond with P. Wolfson regarding same. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding G. Greulich availability and conference call to discuss Grainger and other issues. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to 2017 Omnibus Incentive Plan. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian related to 2017 Omnibus Incentive Plan. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to shares owned by Stubbs and disclosure in retention application. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze revised Grainger stipulation. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to sale bonuses. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached rejection damages sheet. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from R. Bender regarding Grainger stipulations. |
| 10/26/17 | T. Moyron | 0.30 | 148.50 | Analyze Grainger stipulations. |
| 10/27/17 | T. Moyron | 0.20 | 99.00 | Analyze executed Grainger stipulations and email from R. Bender regarding same. |

4

Claims Administration and Objections  
Matter: 15744288-000009  
Invoice No.: 1952927

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding Grainger claim. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from G. Greulich and attached sale bonus agreement as sample. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with M. Schwarzmann regarding E. Jaegger bonus agreement. |
| 10/27/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to bonuses and compensation to Debtors' employees and officer. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding Grainger claim. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze E. Jaegger bonus agreement. |
| 10/28/17 | T. Moyron | 0.20 | 99.00 | Analyze claims chart sent by K. Meshefejian. |
| 10/29/17 | T. Moyron | 0.10 | 49.50 | Analyze G. Greulich email regarding Eric Jaeger compensation request. |
| 10/29/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding Eric Jaeger compensation request. |
| 10/29/17 | T. Moyron | 0.20 | 99.00 | Analyze issues regarding Eric Jaeger compensation request. |
| 10/29/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding Eric Jaeger compensation request. |
| 10/29/17 | T. Moyron | 0.20 | 99.00 | Analyze Equity Committee emails regarding Eric Jaeger compensation request. |

Total Hours        10.70  
Fee Amount                                                                                           $5,120.10

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Moyron | $495.00 | 9.90 | $4,900.50 |
| S. Schrag | $310.50 | 0.40 | $124.20 |
| K.M. Howard | $238.50 | 0.40 | $95.40 |
| Totals |  | 10.70 | $5,120.10 |

5

Claims Administration and Objections

November 15, 2017

Matter: 15744288-000009
Invoice No.: 1952927

|  |  |  |
|---|---|---|
| Fee Total | $ | 5,120.10 |
| Invoice Total | $ | 5,120.10 |

6



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000009

Claims Administration and Objections

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952927 | 5,120.10 | 0.00 | 5,120.10 |
| | | Total Outstanding Invoices | | 5,120.10 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020