# EXHIBIT I

# EXHIBIT I

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952929**

Client/Matter: 15744288-000010

Corporate Governance and Board Matters

Payment Due Upon Receipt

Total This Invoice                                         $        1,640.25

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952929**

Client/Matter: 15744288-000010

Corporate Governance and Board Matters

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/12/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with Ron Bender re SEC related issues. |
| 10/13/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re replacing board of directors. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Jarus regarding issues related to new board and timing thereof. |
| 10/15/17 | T. Moyron | 1.30 | 643.50 | Research cases discussing right to elect board and shareholders' rights during bankruptcy. |
| 10/15/17 | P. Wolfson | 0.40 | 280.00 | Communications regarding Ironclad post-confirmation management structure. |
| 10/16/17 | T. Moyron | 0.30 | 148.50 | Analyze bylaws with respect to S. Jarus' email regarding board. |
| 10/23/17 | K.M. Howard | 0.20 | 47.70 | Researched Ironclad Nevada records filed with the Nevada Secretary of State to determine all documents filed with the Nevada Secretary of State pertaining to Ironclad's Articles of Incorporation. |
| 10/23/17 | K.M. Howard | 0.30 | 71.55 | Researched Ironclad California records filed with the California Secretary of State and retrieved documents pertaining to Ironclad's Articles of Incorporation and all other supportive documents. |

| Total Hours | | 3.20 | | |
| Fee Amount | | | | $1,640.25 |

Corporate Governance and Board Matters

November 15, 2017

Matter: 15744288-000010
Invoice No.: 1952929

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 0.40 | $280.00 |
| S. Maizel | $700.00 | 0.50 | $350.00 |
| T. Moyron | $495.00 | 1.80 | $891.00 |
| K.M. Howard | $238.50 | 0.50 | $119.25 |
| Totals | | 3.20 | $1,640.25 |

Fee Total         $     1,640.25

Invoice Total     $     1,640.25

3



Dentons US LLP  
601 S. Figueroa Street  
Suite 2500  
Los Angeles, California 90017-5704

Salans FMC SNR Denton  
McKenna Long  
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders  
Chairman of the Equity Committee for Ironclad  
938 Duncan Avenue  
Manhattan Beach, CA 90266  
USA

November 15, 2017

Client/Matter #: 15744288-000010

Corporate Governance and Board Matters

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952929 | 1,640.25 | 0.00 | 1,640.25 |
| | | Total Outstanding Invoices | | 1,640.25 |

Questions should be directed to:  
S. Maizel  
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020