# EXHIBIT J

# EXHIBIT J

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945256**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                $       6,595.35

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945256**

Client/Matter:   15744288-000012

Employment and Fee Applications

For Professional Services Rendered through September 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/24/17 | S. Maizel | 5.00 | 3,500.00 | Email to T. Moyron re OCC FA issues (.4); telephone conference re same (.1). |
| 09/26/17 | K.M. Howard | 1.70 | 405.45 | Reviewed notes and further drafting of Dentons' Employment Application as Counsel to Committee of Equity Security Holders. |
| 09/27/17 | K.M. Howard | 1.30 | 310.05 | Prepared draft of Dentons' Employment Application as Counsel to Committee of Equity Security Holders. |
| 09/28/17 | S. Maizel | 0.30 | 210.00 | Prepare employment application. |
| 09/29/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication to T. Moyron re declaration supporting Dentons' employment application. |
| 09/29/17 | S. Maizel | 0.60 | 420.00 | Telephone conference with counsel for Debtor re OCC FA request (.2); review and respond to emails re same (.3); office conference with T. Moyron re same (.1). |
| 09/29/17 | S. Maizel | 0.30 | 210.00 | Prepare employment application. |
| 09/30/17 | S. Maizel | 0.80 | 560.00 | Review and respond to emails re FA for OCC (/7); telephone conference with T. Moyron re same (.1). |
| 09/30/17 | C. Montgomery | 0.30 | 210.00 | Communications with T Moyron regarding equity committee financial advisor and creditor committee financial advisor issues (.3). |
| 09/30/17 | T. Moyron | 0.40 | 198.00 | Prepare employment application. |
| 09/30/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding objection to FA. |
| 09/30/17 | P. Wolfson | 0.50 | 350.00 | Communications with Committee members regarding request of Creditors' Committee to have a financial advisor. |
| 09/30/17 | T. Moyron | 0.30 | 148.50 | Further preparation of employment application. |

Employment and Fee Applications

October 25, 2017

Matter: 15744288-000012
Invoice No.: 1945256

| | |
|---|---|
| Total Hours | 11.70 |
| Fee Amount | $6,595.35 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 0.30 | $210.00 |
| P. Wolfson | $700.00 | 0.50 | $350.00 |
| S. Maizel | $700.00 | 7.00 | $4,900.00 |
| T. Moyron | $495.00 | 0.80 | $396.00 |
| K.M. Howard | $238.50 | 3.10 | $739.35 |
| Totals | | 11.70 | $6,595.35 |

| | | |
|---|---|---|
| Fee Total | $ | 6,595.35 |
| Invoice Total | $ | 6,595.35 |

3



Dentons US LLP.
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

Client/Matter #: 15744288-000012

Employment and Fee Applications

## Statement of Account

According to our records, as of October 25, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 10/25/17 | 1945256 | 6,595.35 | 0.00 | 6,595.35 |
| | | Total Outstanding Invoices | | 6,595.35 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952921**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                                    $        15,532.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952921**

Client/Matter: 15744288-000012

Employment and Fee Applications

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/01/17 | S. Maizel | 0.80 | 560.00 | Review and respond to numerous emails re OCC FA employment (.5); review cases on objection issues (.3). |
| 10/02/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding issues related to FA. |
| 10/02/17 | T. Moyron | 0.30 | 148.50 | Conference calls with S. Maizel regarding issues related to Creditors' committee retention of FA. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Ross regarding objection to Creditors' Committees' proposed retention of FA. |
| 10/04/17 | T. Moyron | 0.20 | 99.00 | Prepare employment application. |
| 10/05/17 | K.M. Howard | 0.50 | 119.25 | Prepared Declaration in support of Dentons Employment Application as Counsel to the Committee of Equity Security Holders. |
| 10/05/17 | T. Moyron | 1.20 | 594.00 | Prepare employment application. |
| 10/05/17 | S. Maizel | 0.30 | 210.00 | Analysis of employment issues (.1); review and respond to emails re same (.2). |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze exhibits to fee application. |
| 10/06/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re employment application (.1); telephone conference with T. Moyron re same (.10). |
| 10/06/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re OCC FA employment. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to Equity Committee attaching Dentons' employment application and declaration in support thereof. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with S. Jarus regarding disclosure in T. Moyron declaration in support of Dentons' employment application. |

2

Employment and Fee Applications  
Matter: 15744288-000012  
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching application to employ Stubbs Alderston & Markiles. |
| 10/06/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from S. Jarus, P. O'Brien and R. Chez regarding application to employ Stubbs Alderston & Markiles. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding FA. |
| 10/06/17 | T. Moyron | 0.50 | 247.50 | Prepare employment application. |
| 10/06/17 | T. Moyron | 1.40 | 693.00 | Prepare declaration in support of employment application. |
| 10/06/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with EQ regarding Stubbs application. |
| 10/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding CC's proposal for FA. |
| 10/06/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Jarus, et al., regarding employment application. |
| 10/06/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from Equity Committee regarding Creditors' Committees employment of FA. |
| 10/06/17 | K.M. Howard | 0.40 | 95.40 | Draft Declaration of Tania Moyron in support of Dentons' Employment Application. |
| 10/06/17 | K.M. Howard | 0.40 | 95.40 | Drafted Notice of Application for Order Authorizing Employment of Dentons. |
| 10/06/17 | M. Zeefe | 2.50 | 1,136.25 | Research, review and prepare employment application and corresponding declaration. |
| 10/08/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with T. Moyron re debtor's special counsel application. |
| 10/08/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re FA retention by OCC. |
| 10/09/17 | S. Schrag | 1.40 | 434.70 | Research regarding implications of not objecting to application to employ and malpractice claims (.1). |
| 10/09/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Correspond with M. Zeeke regarding issues related to Stubbs application and issues as to waiver of any claims. |
| 10/09/17 | T. Moyron | 0.20 | 99.00 | Analyze application to employ Craig-Hallum and engagement agreement. |

3

Employment and Fee Applications

Matter: 15744288-000012
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
| --- | --- | --- | --- | --- |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding copy of Debtor's engagement agreement with Craig-Hallum. |
| 10/09/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien attaching engagement agreement between the Debtors and Craig-Hallum. |
| 10/09/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re FA retention by OCC. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Analyze email from potential FA regarding issues in cases and qualifications. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding potential FA. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Jarus regarding FA and related issues. |
| 10/10/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding FA. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding compensation agreement between Craig-Hallum and Debtors. |
| 10/11/17 | T. Moyron | 0.20 | 99.00 | Prepare email to R. Chez setting forth the terms of the engagement agreement between the Debtors and Craig-Hallum. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to potential FA attaching sale documents and schedules. |
| 10/11/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re retention of FA for OCC. |
| 10/11/17 | P. Wolfson | 0.40 | 280.00 | Communications regarding Hallum compensation and auction issues. |
| 10/12/17 | P. Wolfson | 0.30 | 210.00 | Continued communications regarding Hallum engagement. |
| 10/12/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with C. Castaldi re same (.1); telephone conference with P. Kravitz re same (.1). |
| 10/12/17 | K.M. Howard | 0.10 | 23.85 | Reviewed Creditors Committee's Notice of Application for Order Authorizing the Employment of Brown Rudnick as Counsel to determine objection deadlines. |

4

Employment and Fee Applications  
Matter: 15744288-000012  
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/12/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding the deadline to object to the employment of Brown Rudnick as counsel to the Creditor's Committee. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding issues related to creditors' committees' retention of a FA. |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Analyze redline reflecting to Debtors' indemnity provision. |
| 10/12/17 | T. Moyron | 0.30 | 148.50 | Analyze employment application filed by Brown Rudnick. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding changes to Debtors' indemnification agreement with Craig-Hallum. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding Equity Committees' objection to retention of FA and to any fees that do not add value to the estates. |
| 10/12/17 | T. Moyron | 0.50 | 247.50 | Conference call with S. Maizel, R. Bender, Krikor and C. Castaldi re sale issues. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to Committee with respect to proposal from FA. |
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with K. Meshefejian regarding provisions to indemnification agreement, fee application and stipulation. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding application to employ Province. |
| 10/13/17 | T. Moyron | 0.40 | 198.00 | Analyze application to employ Province. |
| 10/13/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to Debtors' proposed changes to indemnification agreement and discuss same with S. Maizel re Craig-Hallum. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding response to Creditors' Committees comment as to Craig-Hallum. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi and attached proposed changes to indemnification agreement received from Debtors. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Follow-up call with C. Castaldi regarding indemnification agreement re Craig-Hallum. |

5

Employment and Fee Applications  
Matter: 15744288-000012  
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding application to employ Brown Rudnick. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Rickman regarding Equity Committee's agreement regarding qualification of buyer based on M&T Bank letter. |
| 10/13/17 | T. Moyron | 0.20 | 99.00 | Analyze email from Krikor and attached redline re indemnification agreement. |
| 10/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding proofs of claim filed by J. Cordes and W. Aisenberg, agreements requested by Equity Committee and preservation and pursuit of prepetition claims. |
| 10/14/17 | P. Wolfson | 0.70 | 490.00 | Communications regarding retention of professionals (.4) and review proof of claim (.3). |
| 10/16/17 | P. Wolfson | 0.20 | 140.00 | Further attention to applications to engage advisor/professionals. |
| 10/16/17 | T. Moyron | 0.40 | 198.00 | Attend to issues related to service of notice of Dentons' Employment Application on additional shareholders. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Analyze S. Jarus email re FA. |
| 10/17/17 | M. Zeefe | 0.10 | 45.45 | Review Opposition to Stubbs retention. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Conference call with P. Kravitz regarding proposal. |
| 10/17/17 | T. Moyron | 0.60 | 297.00 | Further research regarding cases where creditors are paid in full and employment of financial advisor. |
| 10/17/17 | K.M. Howard | 1.10 | 262.35 | Reviewed the list of equity security holders identified in debtor's schedules and drafted list of equity security holders to include with service of Dentons' Employment Application. |
| 10/17/17 | K.M. Howard | 0.10 | 23.85 | Reviewed and imported Statement of Disinterestedness for Employment of Professional. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Conference call with M. Ross regarding standard of employment under section 1103. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding issues related to Stubbs Alderton & Markiles, LLP. |

6

Employment and Fee Applications  
Matter: 15744288-000012  
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Ross regarding issues related to retention of professionals and disclosure of distant relationship to S. Jarus. |
| 10/18/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re Schwarzmann employment, |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze order granting application to employ LNBYB. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Analyze objection filed by OUST. |
| 10/20/17 | T. Moyron | 0.40 | 198.00 | Conference call with M. Ross regarding issues related to objection filed by OUST, employment and payment. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarzmann regarding retention and sale. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with C. Castaldi regarding Debtors' agreement to include language regarding disgorgement Craig-Hallum. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with Krikor and S. Maizel regarding disgorgement language re Craig-Hallum. |
| 10/20/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re retention of FA by equity committee. |
| 10/20/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with Krikor Meshefejian re CA employment issues (.1); review and respond to emails re same (.2). |
| 10/22/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding objection to Province application. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Analyze objection filed by Trustee's office. |
| 10/24/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Amended Supplement to Debtors' Application to Employ Craig-Hallum Capital Group LLC as financial advisor. |
| 10/24/17 | K.M. Howard | 1.00 | 238.50 | Drafted Application to Employ Michael Schwarzmann as Financial Advisor to the Equity Committee. |
| 10/25/17 | K.M. Howard | 0.20 | 47.70 | Prepared communications regarding the Admission Pro Hac Vice for Peter D. Wolfson (.1) and reviewed replies thereto (.1). |
| 10/25/17 | K.M. Howard | 0.40 | 95.40 | Further revision to Application of Non-Resident Attorney to Appeal Pro Hac Vice. |

7

Employment and Fee Applications  
Matter: 15744288-000012  
Invoice No.: 1952921

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/26/17 | K.M. Howard | 0.60 | 143.10 | Drafted Declaration of Michael Schwarzmann in support of the Equity Committee's Application to Employ Michael Schwarzmann as Financial Advisor. |
| 10/26/17 | K.M. Howard | 0.20 | 47.70 | Revised and finalized Application of Non-Resident Attorney to Appear Pro Hac Vice. |
| 10/26/17 | K.M. Howard | 0.20 | 47.70 | Drafted Order Approving Admission Pro Hac Vice of Peter Wolfson. |
| 10/26/17 | K.M. Howard | 0.10 | 23.85 | Communications with attorney service regarding status of payment of pro hac vice fees. |
| 10/27/17 | T. Moyron | 1.40 | 693.00 | Prepare supplemental declaration in support of employment application. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Correspond with M. Ross regarding supplemental declaration and issues related thereto. |
| 10/27/17 | S. Maizel | 0.40 | 280.00 | Prepare declaration of support of Dentons' application. |
| 10/27/17 | S. Schrag | 2.50 | 776.25 | Conduct research on standards associated with prepetition employment contracts. |
| 10/28/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Ross regarding supplemental declaration, sections 328, 330, and 1103, and equity committee appointment issues. |
| 10/31/17 | K.M. Howard | 0.20 | 47.70 | Reviewed communication from Michael Schwarzmann regarding the status of his employment application (.1) and prepared response thereto (.1). |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Ross regarding issues to be addressed in the supplemental declaration in support of Dentons' employment. |
| 10/31/17 | T. Moyron | 0.70 | 346.50 | Prepare supplemental declaration in support of Dentons' employment application. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Ross attaching supplemental declaration. |
| 10/31/17 | T. Moyron | 0.40 | 198.00 | Conference call with P. O'Brien re request from shareholders, sale, issues related to confirmation and post confirmation, etc. |
| Total Hours | | 33.50 | | |

8

Employment and Fee Applications

Matter: 15744288-000012
Invoice No.: 1952921

November 15, 2017

| | |
|---|---|
| Fee Amount | $15,320.60 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 1.60 | $1,120.00 |
| S. Maizel | $700.00 | 3.40 | $2,380.00 |
| M. Zeefe | $454.50 | 2.60 | $1,181.70 |
| T. Moyron | $495.00 | 16.30 | $8,068.50 |
| S. Schrag | $310.50 | 3.90 | $1,210.95 |
| K.M. Howard | $238.50 | 5.70 | $1,359.45 |
| Totals | | 33.50 | $15,320.60 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 9/25/2017 | Filing Fees - USA LEGAL, INC. | | 75.90 |
| | | SUBTOTAL | 75.90 |
| 9/30/2017 | Lexis MEREDITH\ MARK | | 135.00 |
| 9/30/2017 | Lexis MOYRON\ TANIA | | 1.00 |
| | | SUBTOTAL | 136.00 |
| | Total Disbursements | | $211.90 |

| | | |
|---|---|---|
| Fee Total | $ | 15,320.60 |
| Disbursement Total | $ | 211.90 |
| Invoice Total | $ | 15,532.50 |

9



Dentons US LLP  
601 S. Figueroa Street  
Suite 2500  
Los Angeles, California 90017-5704

Salans FMC SNR Denton  
McKenna Long  
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders  
Chairman of the Equity Committee for Ironclad  
938 Duncan Avenue  
Manhattan Beach, CA 90266  
USA

November 15, 2017

Client/Matter #: 15744288-000012

Employment and Fee Applications

---

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|---|---|---|---|---|
| 10/25/17 | 1945256 | 6,595.35 | 0.00 | 6,595.35 |
| 11/15/17 | 1952921 | 15,532.50 | 0.00 | 15,532.50 |
| | | Total Outstanding Invoices | | $22,127.85 |

Questions should be directed to:  
S. Maizel  
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020