# EXHIBIT K

# EXHIBIT K

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945257**

Client/Matter: 15744288-000013

Employment and Fee Application Objections

Payment Due Upon Receipt

Total This Invoice $ 2,623.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945257**

Client/Matter:  15744288-000013

Employment and Fee Application Objections

For Professional Services Rendered through September 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 09/30/17 | T. Moyron | 3.60 | 1,782.00 | Analyze cases discussing employment of FA by creditors' committees. |
| 09/30/17 | T. Moyron | 1.70 | 841.50 | Further research of cases discussing employment of professionals by Creditors' committee and standards related thereto. |
| Total Hours | | 5.30 | | |
| Fee Amount | | | | $2,623.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Moyron | $495.00 | 5.30 | $2,623.50 |
| Totals | | 5.30 | $2,623.50 |

| | | |
|--|--|--|
| Fee Total | $ | 2,623.50 |
| Invoice Total | $ | 2,623.50 |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

Client/Matter #: 15744288-000013

Employment and Fee Application Objections

---

## Statement of Account

According to our records, as of October 25, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 10/25/17 | 1945257 | 2,623.50 | 0.00 | 2,623.50 |
| | | Total Outstanding Invoices | | 2,623.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952923**

Client/Matter: 15744288-000013

Employment and Fee Application Objections

Payment Due Upon Receipt

Total This Invoice                                                      $        10,510.15

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952923**

Client/Matter:   15744288-000013

Employment and Fee Application Objections

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/02/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with Peter Kravitz re FA issues. |
| 10/06/17 | T. Moyron | 0.30 | 148.50 | Analyze Debtors' application to employ Stubbs. |
| 10/09/17 | S. Schrag | 0.10 | 31.05 | Conduct legal research regarding fee application and prepetition services. |
| 10/10/17 | S. Schrag | 0.10 | 31.05 | Conduct legal research regarding financial advisors. |
| 10/10/17 | S. Schrag | 1.20 | 372.60 | Research regarding objection to application to employ financial advisor. |
| 10/11/17 | T. Moyron | 0.40 | 198.00 | Analyze cases discussing indemnification provisions in agreements with FAs in connection with Craig-Hallum indemnification agreement. |
| 10/11/17 | T. Moyron | 0.30 | 148.50 | Analyze indemnification agreement attached as Appendix I to Debtors retention letter with Craig-Hallum. |
| 10/11/17 | T. Moyron | 0.80 | 396.00 | Analyze memo discussing proposed changes to indemnification provisions and analysis related thereto in connection with Craig-Hallum application. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding application to employ Craig-Hallum and (i) request that fee application be filed,  and (ii) scope of indemnification agreement be limited. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding the Committee's objection to the employment of an FA by the Creditors' Committee. |
| 10/11/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding email sent to Creditors' Committee counsel with respect to objection to their employment of an FA. |

2

Employment and Fee Application Objections

November 15, 2017

Matter: 15744288-000013
Invoice No.: 1952923

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/11/17 | S. Schrag | 1.50 | 465.75 | Draft proposed indemnification language. |
| 10/12/17 | S. Schrag | 0.70 | 217.35 | Draft short analysis regarding the changes to the indemnity provision for the Equity Committee's review (.7). |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' response that Craig-Hallum be paid at closing but that it should be subject to disgorgement. |
| 10/13/17 | T. Moyron | 0.70 | 346.50 | Research cases discussing employment of FA and investment banker and related standards. |
| 10/13/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' intention to object to Province application but confirmation of the same. |
| 10/13/17 | S. Schrag | 3.00 | 931.50 | Draft analysis regarding application to employ Brown Rudnick (.4); revise indemnification language (.3); continue research regarding need of financial advisor (2.3). |
| 10/16/17 | T. Moyron | 1.20 | 594.00 | Prepare objection to application to employ Province. |
| 10/16/17 | S. Schrag | 0.50 | 155.25 | Review Application to Employ Province as Unsecured Creditor's Committee's financial advisor (.2); begin drafting portions of objection to the same (.3). |
| 10/17/17 | S. Schrag | 2.00 | 621.00 | Review Application to Employ Province as Unsecured Creditor's Committee's financial advisor (.3); continue drafting portions of objection to the same (1.7). |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding limited objection and reservation of rights with respect to application to employ Stubbs, Alderton & Markiles LLP. |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Analyze Creditors' Committee's redline to Debtors' proposed changes re indemnification agreement re Craig-Hallum. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding issues related to Province. |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding Province. |

3

Employment and Fee Application Objections

November 15, 2017

Matter: 15744288-000013
Invoice No.: 1952923

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' correspondence regarding Province. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding indemnification language re Craig-Hallum. |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached proposed changes to indemnification language re Craig-Hallum. |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Prepare objection to Province's employment application. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus and P. Chez regarding Province. |
| 10/17/17 | T. Moyron | 1.20 | 594.00 | Prepare limited objection and reservation of rights to Debtors' application to employ Stubbs, Alderton & Markiles LLP. |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Analyze application to employ Stubbs in connection with preparation of limited objection and reservation of rights. |
| 10/18/17 | S. Schrag | 3.20 | 993.60 | Finalize draft of objection to the Application to Employ Province as the Unsecured Creditor's Committee's financial advisor (3.2). |
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Correspond with S. Maizel and P. Wolfson regarding issues related to Equity Committee's objection to Province. |
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding final version of indemnification agreement re Craig-Hallum. |
| 10/18/17 | T. Moyron | 0.20 | 99.00 | Analyze final version of indemnification agreement. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian regarding acceptance of proposed revisions to indemnification agreement re Craig-Hallum. |
| 10/18/17 | T. Moyron | 2.40 | 1,188.00 | Prepare objection to Province application. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel regarding Equity Committee's opposition to application to employ Province. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching opposition to application to employ Province. |

4

Employment and Fee Application Objections

November 15, 2017

Matter: 15744288-000013
Invoice No.: 1952923

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/19/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Prepare and finalize opposition to application to employ FA. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding Craig-Hallum supplement. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian inquiring as to disgorgement language not included in supplement re Craig-Hallum. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian regarding fees and payment on an interim basis and inquiry as to concern for disgorgement language re Craig-Hallum. |
| 10/19/17 | T. Moyron | 0.10 | 49.50 | Analyze Equity Committee's emails re opposition to application to employ Province. |
| 10/19/17 | S. Schrag | 1.00 | 310.50 | Conduct final review and analysis of Objection to Application to Employ Province (.9); confer with T. Moyron regarding the same (.1). |
| 10/19/17 | S. Maizel | 0.20 | 140.00 | Review and object to province employment application. |
| 10/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding objection to Province's application and limited objection filed by Cordes and Aisenberg. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding Equity Committee's selection of M. Schwarzmann as financial advisor. |
| 10/23/17 | T. Moyron | 0.20 | 99.00 | Correspond with P. Wolfson regarding US Trustee's limited objection and issues related to employment. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with Equity Committee regarding request from Committee counsel to shorten hearing time re Province application. |
| 10/24/17 | T. Moyron | 0.20 | 99.00 | Conference calls with C. Castaldi regarding hearing on Province's objection and any sales update. |
| 10/26/17 | T. Moyron | 0.10 | 49.50 | Analyze declaration of C. Castaldi in support of Brown Rudnick application. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze Debtors' joinder in Equity Committee's objection to application to employ Province. |
| 10/29/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding Stubbs. |

5

Employment and Fee Application Objections

November 15, 2017

Matter: 15744288-000013
Invoice No.: 1952923

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/29/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding SAM stipulation and issues. |
| 10/29/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from R. Chez and P O'Brien regarding SAM and call. |
| 10/29/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached stipulation re SAM. |
| Total Hours | | 25.80 | | |
| Fee Amount | | | | $10,378.65 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $700.00 | 0.30 | $210.00 |
| T. Moyron | $495.00 | 12.20 | $6,039.00 |
| S. Schrag | $310.50 | 13.30 | $4,129.65 |
| Totals | | 25.80 | $10,378.65 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 10/18/2017 | WESTLAW SCHRAG\SARAH | | 131.50 |
| | | SUBTOTAL | 131.50 |
| | Total Disbursements | | $131.50 |

| | | |
|--|--|--|
| Fee Total | $ | 10,378.65 |
| Disbursement Total | $ | 131.50 |
| Invoice Total | $ | 10,510.15 |

6



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Ironclad – Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000013

Employment and Fee Application Objections

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 10/25/17 | 1945257 | 2,623.50 | 0.00 | 2,623.50 |
| 11/15/17 | 1952923 | 10,510.15 | 0.00 | 10,510.15 |
| | | Total Outstanding Invoices | | $13,133.65 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020