# EXHIBIT L

# EXHIBIT L

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945258**

Client/Matter: 15744288-000014

Financing and Cash Collateral

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 2,652.20 |

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad – Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

**Invoice No. 1945258**

Client/Matter:   15744288-000014

Financing and Cash Collateral

For Professional Services Rendered through September 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/25/17 | K.M. Howard | 0.70 | 166.95 | Reviewed culled pleadings and drafted indices for hearing binders. |
| 09/25/17 | K.M. Howard | 0.50 | 119.25 | Prepared and finalized binders for hearing on Debtors' Emergency Motion re DIP Financing, Cash Collateral and APA for Stalking Horse Bidder. |
| 09/25/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim regarding second interim order on DIP financings/cash collateral. |
| 09/25/17 | P. Wolfson | 1.00 | 700.00 | Review and comment on Ironclad brief and review Committee communications. |
| 09/26/17 | P. Wolfson | 0.40 | 280.00 | Communications regarding Ironclad brief. |
| 09/26/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from M. Kim and F. Childress regarding DIP Loan. |
| 09/26/17 | T. Moyron | 0.20 | 99.00 | Analyze email from M. Kim and attached redline comments to Cash Collateral and DIP Financing Motion Interim Order. |
| 09/26/17 | T. Moyron | 0.70 | 346.50 | Analyze cash collateral and DIP Financing Motion Interim Order. |
| 09/26/17 | T. Moyron | 0.60 | 297.00 | Prepare Cash Collateral and DIP Financing Motion Interim Order. |
| 09/26/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Kim attaching executed signature page for Second Interim Order re cash collateral/DIP. |
| 09/28/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim and attached cash collateral stipulation. |
| 09/28/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding contact with the Debtors regarding meeting with FA and continuing response date on DIP. |

2

Financing and Cash Collateral

October 25, 2017

Matter: 15744288-000014
Invoice No.: 1945258

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 09/28/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with M. Kim regarding extension of deadline to object to DIP/cash collateral motion. |
| 09/30/17 | T. Moyron | 0.60 | 297.00 | Analyze DIP Loan and cash collateral motion. |
| Total Hours | | 5.40 | | |
| Fee Amount | | | | $2,652.20 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 1.40 | $980.00 |
| T. Moyron | $495.00 | 2.80 | $1,386.00 |
| K.M. Howard | $238.50 | 1.20 | $286.20 |
| Totals | | 5.40 | $2,652.20 |

Fee Total          $          2,652.20

Invoice Total      $          2,652.20

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

October 25, 2017

Client/Matter #: 15744288-000014

Financing and Cash Collateral

---

## Statement of Account

According to our records, as of October 25, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 10/25/17 | 1945258 | 2,652.20 | 0.00 | 2,652.20 |
| | | Total Outstanding Invoices | | 2,652.20 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952930**

Client/Matter: 15744288-000014

Financing and Cash Collateral

Payment Due Upon Receipt

Total This Invoice                                        $        22,342.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952930**

Client/Matter:   15744288-000014

Financing and Cash Collateral

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/02/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Kim and C. Castaldi re DIP/Cash collateral. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding issues related to DIP Loan. |
| 10/02/17 | T. Moyron | 0.60 | 297.00 | Conference call with C. Castaldi regarding Cash Collateral/DIP and NDA. |
| 10/02/17 | T. Moyron | 0.60 | 297.00 | Analyze issues related to DIP/Cash collateral. |
| 10/02/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with M. Kim and C. Castaldi regarding conference call. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding conference call to discuss DIP/Cash Collateral order. |
| 10/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding funding of $600,000 under the DIP order. |
| 10/02/17 | T. Moyron | 2.30 | 1,138.50 | Prepare limited objection to cash collateral/DIP motion, and analyze DIP loan and motion in connection therewith. |
| 10/03/17 | J.A. Moe, II | 0.90 | 481.95 | Review and prepare the Official Committee Of Equity Holders Limited Objections To Debtors' Emergency Motion For Entry Of Interim Order Authorizing The Debtor To Obtain Post-Pet Petition Financing, Utilize Cash Collateral, Scheduling A Final Hearing And Granting Related Relief. |
| 10/03/17 | J.A. Moe, II | 1.30 | 696.15 | Review and complete the Committee Of Equity Holders Limited Objections To Debtors' Emergency Motion For Entry Of Interim Order Authorizing The Debtor To Obtain Post-Pet Petition Financing, Utilize Cash Collateral, Scheduling A Final Hearing And Granting Related Relief. |

2

Financing and Cash Collateral

November 15, 2017

Matter: 15744288-000014
Invoice No.: 1952930

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/03/17 | P. Wolfson | 1.10 | 770.00 | Review objection to cash collateral DIP motion. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding Equity Committees' limited objection to cash collateral/DIP motion. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching proposed limited objection to Debtor's cash collateral/DIP Motion. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from M. Kim regarding status of outstanding issues related to DIP/cash collateral order and availability for conference call. |
| 10/03/17 | T. Moyron | 0.30 | 148.50 | Analyze opposition to Debtors' motion to use cash collateral and authority to obtain DIP financing filed by creditors' committee. |
| 10/03/17 | T. Moyron | 0.30 | 148.50 | Conference call with P. Wolfson and F. Childress regarding last two sentences in DIP order re reinstatement of Radians' claims. |
| 10/03/17 | T. Moyron | 4.30 | 2,128.50 | Prepare objection to cash collateral and DIP financing motion. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with F. Childress regarding conference calls to discuss further issue and call with M. Kim that resolved the same. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from S. Jarus regarding proposed conference call on Oct. 5 to discuss final cash collateral/DIP order and email from R. Chez regarding same. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress attaching Committees' comments to final cash collateral and DIP order. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim regarding Radians' response regarding default interest rate and automatic relief from stay in connection with default. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding email from M. Kim stating Radians' response to default interest rate and immediate relief from stay if default. |
| 10/03/17 | T. Moyron | 1.60 | 792.00 | Analyze DIP Loan, Cash collateral motion, and declarations in support thereof, and APA. |

3

Financing and Cash Collateral

November 15, 2017

Matter: 15744288-000014
Invoice No.: 1952930

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/03/17 | T. Moyron | 1.00 | 495.00 | Conference call with F. Childress, P. Wolfson, M. Kim, C. Castaldi regarding Committees concerns with various provisions in DIP/Cash Collateral order. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding extent of Radians' security interest. |
| 10/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress attaching final cash collateral and DIP financing motion and related redline. |
| 10/03/17 | T. Moyron | 0.40 | 198.00 | Analyze final version of cash collateral/DIP motion. |
| 10/04/17 | P. Wolfson | 2.50 | 1,750.00 | Continued work on Ironclad, including review of financial documents and related briefs and memos, prepare for and  participate in teleconference regarding same (1.0); conference call with Radians and Debtors' counsel (1.5). |
| 10/04/17 | M. Zeefe | 0.90 | 409.05 | Calls with T. Moyron re DIP language (0.4); research objection (0.5). |
| 10/04/17 | S. Maizel | 1.40 | 980.00 | Telephone conference re Radians DIP issues. |
| 10/04/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Chez regarding carve out of prepetition claims in cash collateral/DIP order. |
| 10/04/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Chez regarding carve out of claims. |
| 10/04/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. Wolfson regarding issues related to DIP Loan and security interest in certain insurance claims. |
| 10/04/17 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress, et al., attaching Committees' comments to final cash collateral/DIP order. |
| 10/04/17 | T. Moyron | 1.30 | 643.50 | Prepare supplemental objection to cash collateral/DIP motion in connection with provisions regarding carve out of certain causes of action. |
| 10/04/17 | T. Moyron | 1.50 | 742.50 | Conference call with C. Castaldi, F. Childress, S. Weiss, P. Wolfson and M. Kim regarding provisions in DIP Loan and Final Order. |

4

Financing and Cash Collateral

November 15, 2017

Matter: 15744288-000014
Invoice No.: 1952930

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/04/17 | T. Moyron | 2.50 | 1,237.50 | Conference call with C. Castaldi regarding Final Draft of DIP and Cash Collateral Order and incorporate comments into final cash collateral and DIP order concurrently. |
| 10/04/17 | T. Moyron | 0.20 | 99.00 | Prepare list of items for discussion on conference call with counsel for Radians and Debtors. |
| 10/04/17 | T. Moyron | 0.50 | 247.50 | Prepare email to Equity Committee regarding Final Draft of Cash Collateral and DIP Order. |
| 10/04/17 | T. Moyron | 0.60 | 297.00 | Analyze DIP Loan, cash collateral motion and other documents in connection with issues regarding investigation of prepetition liens, grant of security interest, and related issues. |
| 10/05/17 | P. Wolfson | 2.80 | 1,960.00 | Prepare for and participate in teleconference regarding final cash collateral and DIP order (.6); teleconference regarding next steps and going-forward strategy (1.0); review and comment on cash collateral order (.6); communications regarding NDA (.6). |
| 10/05/17 | K.M. Howard | 0.40 | 95.40 | Organized pleadings and finalized October 6, 2017 hearing binders. |
| 10/05/17 | K.M. Howard | 0.70 | 166.95 | Assembled and culled pleadings pertaining to all DIP Financing and Utilization of Cash Collateral motions and objections. |
| 10/05/17 | K.M. Howard | 0.60 | 143.10 | Reviewed pleadings and drafted index to October 6, 2017 hearing binders. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Kim with respect to final approval needed from Equity Committee with respect to final order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding Radians' revisions to final order made after conference call. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching redline reflecting further changes to final order and clean version of same. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien regarding approval on final order. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze Ironclad Nevada Corp.'s schedules. |

Financing and Cash Collateral

Matter: 15744288-000014
Invoice No.: 1952930

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze email from C. Castaldi and attached Final Cash Collateral/DIP order. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with M. Kim regarding final order on cash collateral/DIP motion, approval thereof and contacting chambers. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to language in Cash Collateral and Debtor-In-Possession Order. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Conference calls with C. Castaldi regarding language proposed by Radians re Cash Collateral and Debtor-In-Possession Order. |
| 10/05/17 | T. Moyron | 0.50 | 247.50 | Conference call with F. Childress and P. Wolfson regarding language in order with respect to Committee' challenge rights and Radians' rights. |
| 10/05/17 | T. Moyron | 0.50 | 247.50 | Conference call with Equity Committee regarding sale marketing efforts and Final Cash Collateral and Debtor-In-Possession Order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding proposed language in order re Radians' rights. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress regarding proposed language in order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus approving final order on cash collateral and DIP financing. |
| 10/05/17 | T. Moyron | 0.80 | 396.00 | Analyze various versions of cash collateral and DIP order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding approval on DIP and cash collateral order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Conner inquiring as to agreement on DIP and Cash Collateral order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Conference call with F. Childress regarding approval of revisions to paragraph re Final Order |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding final comments to final cash collateral and DIP order. |
| 10/05/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from M. Kim regarding Committees' changes and executed versions of final order. |

6

Financing and Cash Collateral

November 15, 2017

Matter: 15744288-000014
Invoice No.: 1952930

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress attaching final cash collateral and DIP order. |
| 10/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Kurdi attaching Creditors' Committees proposed changes and redline regarding same. |
| 10/06/17 | T. Moyron | 2.80 | 1,386.00 | Attend hearing on DIP financing. |
| 10/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching final financing and DIP order and Equity Committee application to employ Dentons. |
| 10/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Chez regarding Radians' funding in accordance with the DIP Loan and order which authorized the Debtors to obtain an amount not to exceed $2M in accordance with budget. |
| 10/10/17 | P. Wolfson | 0.20 | 140.00 | Review final order authorizing financing. |
| 10/10/17 | K.M. Howard | 0.10 | 23.85 | Received and reviewed Certificate of Service of the Final Order regarding Postpetition financing and cash collateral and imported same. |
| 10/10/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding deadline to object to Debtors' Motion to File the Side Letter Agreement. |
| 10/11/17 | K.M. Howard | 0.40 | 95.40 | Reviewed Final Order Authorizing Postpetition Financing and Use of Cash Collateral and culled additional deadlines set by the court. |
| 10/16/17 | P. Wolfson | 0.60 | 420.00 | Communications regarding Radien's liens. |
| Total Hours | | 41.60 | | |
| Fee Amount | | | | $21,817.70 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| P. Wolfson | $700.00 | 7.20 | $5,040.00 |
| S. Maizel | $700.00 | 1.40 | $980.00 |
| J.A. Moe, II | $535.50 | 2.20 | $1,178.10 |
| M. Zeefe | $454.50 | 0.90 | $409.05 |

7

Financing and Cash Collateral

November 15, 2017

Matter: 15744288-000014
Invoice No.: 1952930

| Timekeeper | Rate | Hours | | Fees |
|---|---|---|---|---|
| T. Moyron | $495.00 | 27.60 | | $13,662.00 |
| K.M. Howard | $238.50 | 2.30 | | $548.55 |
| Totals | | 41.60 | | $21,817.70 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|---|---|---|---|---|
| 10/4/2017 | WESTLAW ZEEFE\MALKA | | | 450.00 |
| 10/6/2017 | WESTLAW ZEEFE\MALKA | | | 75.00 |
| | | | SUBTOTAL | 525.00 |
| | Total Disbursements | | | $525.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 21,817.70 | |
| Disbursement Total | $ | 525.00 | |
| Invoice Total | $ | 22,342.70 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information – Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000014

Financing and Cash Collateral

Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 10/25/17 | 1945258 | 2,652.20 | 0.00 | 2,652.20 |
| 11/15/17 | 1952930 | 22,342.70 | 0.00 | 22,342.70 |
| | | Total Outstanding Invoices | | $24,994.90 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020