# EXHIBIT M

# EXHIBIT M

**DENTONS**

601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952939**

Client/Matter: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                            $        41,064.49

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952939**

Client/Matter:  15744288-000015

Litigation Contested Matters and Adversary Proceedings

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/12/17 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Jarus regarding prepetition employment agreements with former CEO and CFO, costs of litigation and related issues; analyze same. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding background of CEO and CFO and related issues. |
| 10/12/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus regarding prepetition employment agreements with CFO and CEO and related issues. |
| 10/16/17 | A. Ruegger | 5.60 | 3,920.00 | Communications with T. Moyron regarding background and prospective investigation (0.4); begin review of background pleadings and other materials, including Greulich 9/11 declaration regarding 1st day motions, 10/6 Final DIP Order, 8-K regarding financial misinformation, 9/11 Kim Declaration and UCC exhibits, prior Rule 2004 pleadings and loan documents (5.0); communications with T. Moyron and committee regarding status and next steps (0.2). |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding Equity Committee conducting analysis of Radians' lien and prepetition conduct. |
| 10/16/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Conference call with A. Ruegger regarding Radians, DIP/Cash collateral order, and investigation and analysis regarding prepetition liens and any claims against Radians. |

2

Litigation Contested Matters and Adversary Proceedings

November 15, 2017

Matter: 15744288-000015
Invoice No.: 1952939

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/17/17 | A. Ruegger | 5.90 | 4,130.00 | Review equitable subordination cases addressing foul conduct (3.1); communications with T. Moyron regarding analysis update and committee call regarding same (0.6); communication with P. Wolfson regarding preliminary analysis of disallowance claim (0.5); draft and circulate email to committee regarding potential claim vs. Radian's liens and secured claims (1.5); communications with S. Schrag regarding legal research issues (0.2). |
| 10/17/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding conference call to discuss Radians. |
| 10/17/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to potential prepetition claims against Radians. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding correspondence to Craig-Hallum regarding executory contract and sales update. |
| 10/17/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender requesting employment agreements related to J. Cordes and B. Aisenberg. |
| 10/18/17 | S. Reinhardt | 1.00 | 207.00 | Conduct research regarding Radians Wareham Holdings for D. Pina |
| 10/18/17 | A. Ruegger | 5.40 | 3,780.00 | Review additional legal authorities on equitable disallowance (2.0); brief S. Schrag on case background and legal research assignments (0.4); teleconference with committee and T. Moyron regarding potential legal and factual scenarios (0.5); communications with T. Moyron regarding Skadden and other reports and related privilege issues (0.4); communications with D. Pina regarding gathering relevant public filings and releases (0.3); review debtor's public filings (1.3); review draft common interest agreement (0.2); communications with T. Moyron regarding edits to same (0.3). |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian attaching proposed joint interest agreement. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding attorney-client privilege joint privilege agreement re reports requested from Equity Committee. |
| 10/18/17 | T. Moyron | 1.40 | 693.00 | Prepare joint interest agreement. |

3

Litigation Contested Matters and Adversary Proceedings

November 15, 2017

Matter: 15744288-000015
Invoice No.: 1952939

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding exception to attorney-client privilege and waiver. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Debtors' counsel's response to request for reports. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender attaching joint privilege common interest and confidentiality agreement. |
| 10/18/17 | D. Pina | 3.50 | 1,149.75 | Conduct research on companies and provide summaries of findings extracted form court websites, Bloomberg, Lexis, State Departments, and from media coverage on internet (3.2); coordinate research efforts with Reference Dept. (.3). |
| 10/19/17 | D. Pina | 4.50 | 1,478.25 | Follow-up communications with A. Ruegger regarding research on Radians Warehouse Holding, Inc. and Ironclad Performance Wear Corp. (.1); conduct research on Safety Supply Corp. and provide summary of findings extracted form court websites, Bloomberg, Lexis, State Department, and from media coverage on internet (2.6); follow-up on research efforts by Reference Dept. and expand searches to include Safety Supply Corp. (.3); obtain electronic copies of complaints filed civil actions identified in research (.5); expand research for court actions involving Radians Warehouse Holding, Inc. and provide A. Ruegger with copies of pleadings (1.). |
| 10/19/17 | A. Ruegger | 5.10 | 3,570.00 | Review public information on Radians and affiliates (3.0); further review of Ironclad public filings and public statements (1.8); outline potential factual and legal claims against Radians (0.3). |
| 10/20/17 | T. Moyron | 0.30 | 148.50 | Conference call with A. Ruegger regarding 2004 motion, background related to Radians, and Radians offer to shareholders. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Analyze press release regarding Safety Supply submission of letter regarding potential acquisition. |

4

Litigation Contested Matters and Adversary Proceedings  
Matter: 15744288-000015  
Invoice No.: 1952939

November 15, 2017

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Chez as to reports and Debtors non-turnover based on privilege. |
| 10/20/17 | A. Ruegger | 5.90 | 4,130.00 | Continued review of public records related to Safety Supply and Radians (1.8); draft motion for 2004 examinations including references to various background and source pleadings (3.7); communications with T. Moyron regarding status of auction process and discovery process (0.4). |
| 10/21/17 | A. Ruegger | 0.30 | 210.00 | Communications with T. Moyron regarding former management's legal initiatives. |
| 10/22/17 | A. Ruegger | 3.40 | 2,380.00 | Review Cordes/Aisenberg motions for relief from stay (0.3); continue drafting Rule 2004 motion (3.1). |
| 10/23/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding former CFO and CEO and issues related filings and oppositions thereto. |
| 10/23/17 | S. Schrag | 0.30 | 93.15 | Conduct research and analysis on equitable disallowance and the effects of the transferor's misconduct on a claim. |
| 10/23/17 | A. Ruegger | 5.20 | 3,640.00 | Continued drafting of Rule 2004 Motion, including specific document requests and references to comparable pleadings (4.5); review local rules for drafting Rule 2004 Motion (0.5); communications with P. Wolfson regarding Rule 2004 issues and 10/30 auction (0.2). |
| 10/24/17 | T. Moyron | 0.00 | 0.00 | (No Charge) Conference calls with A. Ruegger regarding joint privilege and confidentiality agreement. |
| 10/24/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian attaching revised joint privilege agreement. |
| 10/24/17 | A. Ruegger | 5.60 | 3,920.00 | Further drafting of Rule 2004 Motion (2.3); communications with J. Castillo and B. Trinidad regarding Motion format and conversion of same (0.5); review debtor counsel edits to draft Common Interest Agreement (0.4); communications with T. Moyron regarding debtor edits to draft Common Interest Agreement (1.5); prepare draft agreement with T. Moyron (0.5); draft cover email to debtors counsel regarding same (0.4). |

5

Litigation Contested Matters and Adversary Proceedings

November 15, 2017

Matter: 15744288-000015
Invoice No.: 1952939

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/25/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to Rule 2004 motion. |
| 10/25/17 | A. Ruegger | 1.80 | 1,260.00 | Continued drafting and editing Rule 2004 Motion (.08); communications with R. O'Neill regarding revisions to Rule 2004 draft Motion (.05); forward draft Rule 2004 Motion to P. Wolfson and T. Moyron with comment (0.5). |
| 10/26/17 | A. Ruegger | 0.60 | 420.00 | Communications with P. Wolfson and T. Moyron regarding timing and pre-conditions to filing Rule 2004 Motion (0.6). |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to 2004 motion. |
| 10/26/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached excel sheet re initial analysis and the factory payables worksheet referenced in the analysis. |
| 10/27/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding auction format. |
| 10/30/17 | A. Ruegger | 2.10 | 1,470.00 | Revise draft Rule 2004 Motion to account for auction and schedule changes (1.8); communications with R. O'Neill regarding edits to draft Rule 2004 Motion (.3). |
| 10/31/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to proposed joint privilege and common interest agreement with Debtors. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Alderton regarding request for memoranda and joint privilege agreement. |
| 10/31/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching proposed sale order. |
| 10/31/17 | A. Ruegger | 3.80 | 2,660.00 | Review communications with debtors counsel regarding employment order (.5); communications with debtors counsel regarding draft joint common interest agreement (.3); review T. Moyron edits to Rule 2004 Motion (.3); communications with P. Wolfson regarding auction developments and actions going forward (.5); revise Rule 2004 Motion per comments (2.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 64.90 | | |
| Fee Amount | | | | $40,843.65 |

6

Litigation Contested Matters and Adversary Proceedings

November 15, 2017

Matter: 15744288-000015
Invoice No.: 1952939

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| A. Ruegger | $700.00 | 50.70 | $35,490.00 |
| T. Moyron | $495.00 | 4.90 | $2,425.50 |
| S. Schrag | $310.50 | 0.30 | $93.15 |
| S. Reinhardt | $207.00 | 1.00 | $207.00 |
| D. Pina | $328.50 | 8.00 | $2,628.00 |
| Totals | | 64.90 | $40,843.65 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 1.70 |
| | | SUBTOTAL | 1.70 |
| 10/17/2017 | WESTLAW RUEGGER\ARTHUR | | 219.14 |
| | | SUBTOTAL | 219.14 |
| | Total Disbursements | | $220.84 |

| | | |
|---|---|---|
| Fee Total | $ | 40,843.65 |
| Disbursement Total | $ | 220.84 |
| Invoice Total | $ | 41,064.49 |

7



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952939 | 41,064.49 | 0.00 | 41,064.49 |
| | Total Outstanding Invoices | | | 41,064.49 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020