# EXHIBIT N

# EXHIBIT N

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952932**

Client/Matter: 15744288-000016

Meetings and Communications with Creditors

Payment Due Upon Receipt

| | | |
|---|---|---|
| Total This Invoice | $ | 2,920.50 |

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952932**

Client/Matter:   15744288-000016

Meetings and Communications with Creditors

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/11/17 | T. Moyron | 2.80 | 1,386.00 | Attend section 341(a) meeting (that will be rescheduled). |
| 10/11/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Jarus regarding rescheduling of section 341(a) meeting and issue with AMS. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with M. Ross regarding rescheduling of section 341(a) meeting. |
| 10/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi regarding scheduling of section 341(a) meeting. |
| 10/18/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from R. Bender, M. Ross and C. Castaldi regarding availability for rescheduled meeting of creditors on October 15, 2017. |
| 10/25/17 | T. Moyron | 2.60 | 1,287.00 | Attend section 341(a) meeting. |
| Total Hours | | 5.90 | | |
| Fee Amount | | | | $2,920.50 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Moyron | $495.00 | 5.90 | $2,920.50 |
| Totals | | 5.90 | $2,920.50 |

Fee Total            $    2,920.50

Invoice Total        $    2,920.50

2



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

Client/Matter #: 15744288-000016

Meetings and Communications with Creditors

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952932 | 2,920.50 | 0.00 | 2,920.50 |
| | | Total Outstanding Invoices | | 2,920.50 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020