# EXHIBIT P

# EXHIBIT P

**DENTONS**

Dentons
McKenna Long
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952935**

Client/Matter: 15744288-000020

Relief From Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                    $         517.05

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952935**

Client/Matter: 15744288-000020

Relief From Stay and Adequate Protection

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/20/17 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee re relief from automatic stay filed by Cordes and Aisenberg. |
| 10/20/17 | T. Moyron | 0.40 | 198.00 | Analyze relief from automatic stay and attachments thereto. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to A. Ruegger regarding prepetition claims and limited objection and motion for relief filed by Cordes and Aisenberg. |
| 10/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding limited objection and motion for relief from stay filed by Cordes and Aisenberg. |
| 10/23/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Creditors William Aisenberg's and Jeffrey Cordes' Motion for Relief from Stay and determine related deadlines. |
| 10/23/17 | K.M. Howard | 0.10 | 23.85 | Prepared communications regarding deadlines pertaining to Creditors Aisenberg's and Cordes' Motion for Relief from Stay. |
| Total Hours | | 1.20 | | |
| Fee Amount | | | | $517.05 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Moyron | $495.00 | 0.90 | $445.50 |
| K.M. Howard | $238.50 | 0.30 | $71.55 |
| Totals | | 1.20 | $517.05 |

2

Case 1:17-bk-12408-MB    Doc 246-17    Filed 11/21/17    Entered 11/21/17 17:27:26    Desc Exhibit P to Moyron Declaration    Page 4 of 5

Relief From Stay and Adequate Protection

November 15, 2017

Matter: 15744288-000020
Invoice No.: 1952935

|  |  |  |
|---|---|---|
| Fee Total | $ | 517.05 |
| Invoice Total | $ | 517.05 |

3



Dentons US LLP  
601 S. Figueroa Street  
Suite 2500  
Los Angeles, California 90017-5704

Salans FMC SNR Denton  
McKenna Long  
dentons.com

For your Information – Open Invoices

Ironclad - Official Committee of Equity Holders  
Chairman of the Equity Committee for Ironclad  
938 Duncan Avenue  
Manhattan Beach, CA 90266  
USA

November 15, 2017

Client/Matter #: 15744288-000020

Relief From Stay and Adequate Protection

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952935 | 517.05 | 0.00 | 517.05 |
| | | Total Outstanding Invoices | | 517.05 |

Questions should be directed to:  
S. Maizel  
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020