# EXHIBIT Q

# EXHIBIT Q

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952933**

Client/Matter: 15744288-000017

Non-Working Travel

Payment Due Upon Receipt

Total This Invoice                                                                                    $           0.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

November 15, 2017

**Invoice No. 1952933**

Client/Matter:  15744288-000017

Non-Working Travel

For Professional Services Rendered through October 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 10/30/17 | P. Wolfson | 7.00 | 4,900.00 | Travel LA to New York. |
| Total Hours | | 7.00 | | |

| | |
|---|---:|
| Fee Amount | $4,900.00 |
| Less Discount to Client | ($4,900.00) |
| Fee Total | $0.00 |

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---:|---:|---:|
| P. Wolfson | $700.00 | 7.00 | $4,900.00 |
| Totals | | 7.00 | $4,900.00 |

| | |
|---|---:|
| Invoice Total | $ 0.00 |

2

**DENTONS**

Dentons US LLP  
601 S. Figueroa Street  
Suite 2500  
Los Angeles, California 90017-5704

McKenna Long  
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders  
Chairman of the Equity Committee for Ironclad  
938 Duncan Avenue  
Manhattan Beach, CA 90266  
USA

November 15, 2017

Client/Matter #: 15744288-000017

Non-Working Travel

## Statement of Account

According to our records, as of November 15, 2017, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 11/15/17 | 1952933 | 0.00 | 0.00 | 0.00 |
| | | Total Outstanding Invoices | | 0.00 |

Questions should be directed to:  
S. Maizel  
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020