# EXHIBIT S

# EXHIBIT S

## EXHIBIT "S"

## SUMMARY OF EXPENSES
September 22, 2017 through October 31, 2017

| Description | Amount |
|---|---:|
| Document Reproduction | $1.70 |
| Research (Westlaw and Lexis) | $4,636.64 |
| Filing Fees | $75.90 |
| **TOTAL** | **$4,714.24** |

105748539\V-1