# EXHIBIT T

# EXHIBIT T

大成 **DENTONS**

# Restructuring, Insolvency and Bankruptcy

## Overview

When bankruptcy, restructuring, or insolvency appears and financial distress threatens a business, all parties desire a rapid resolution. Whether the challenge appears at headquarters or in a foreign jurisdiction, today's global marketplace presents the decision-maker with a complex web of possible outcomes and legal strategies. Protecting your interests can be a daunting task when faced with conflicting economic interests, emotions and sometimes multiple legal systems and cultural norms. And it has never been more critical to be adroitly advised and flexibly responsive when considering which jurisdictions, laws and industry practices will result in the most ideal outcome.

Whether you're managing a real estate portfolio, a distressed manufacturer or health care service provider; purchasing a weakened retail operation or struggling transportation business; or simply a trader of heavily discounted sovereign and institutional debt and other securities, you can rely on us to take the edge off your anxiety. Dentons' lawyers in offices around the world possess a deep understanding of your markets, wherever you trade and invest.

We grasp the complexities of your industry, whether natural resources or technology-based; dependent upon the value of real estate or branded retail goods; manufacturing, transportation or service dependent; or a regulated monopoly. Side by side, we navigate intricate legal challenges and discover the best possible opportunities. Whether you need creative litigation or arbitration strategies, innovative negotiating tactics born from real-world experience or practical guidance in cross-border restructuring, we deliver the latest insights and known solutions so you can act with speed and confidence.

With a passion for identifying effective advocacy and representation, we become a dynamic force on your side. Together, we discover the best course of action in a high-stakes situation.

Areas of focus include:

- Credit Risk Management
- Credit Support, Swaps, Eligible Financial Contracts, and Safe Harbor Transactions
- Creditor and Equity Committee Representation
- Creditor Composition and Assignment Agreements, Schemes of Arrangement and Voluntary Arrangements
- Cross-Border Restructuring Matters
- Debtor Representation
- Debtor-in-Possession Financing
- Distressed M&A, Investing and Debt Trading
- Financial Institution Insolvency
- Independent Advice to Directors of Distressed Companies
- Insolvency Administrators, Monitors, Receivers, Trustees and Other Officeholders

- Insolvency Litigation and Enforcement
- Insurance Related Insolvencies
- Mediation
- Out-of-Court Restructurings and Work-outs
- Pensions and Benefits in Transactions and Reorganizations
- Protective Shield Proceedings
- Representation of Government and Quasi-Government Organizations
- Safeguard Proceedings
- Supplier and Customer Representation in Restructurings
- Tax Related Insolvency Transactions and Reorganizations

## Representative Experience

- **Ad Hoc Creditors' Committee (AHC), which comprises Franklin Advisers, Inc., BTG Pactual Europe LLP, TCW Investment Management Company, and T. Rowe Price Associates, Inc:** Advising on Ukrainian law matters in relation to the ground-breaking restructuring of Ukraine's sovereign debt. Ukraine successfully launched exchange offers in relation to 14 sovereign and sovereign-guaranteed Eurobonds with outstanding principal amounts of approximately US$18 billion. The deal was innovative due to successful

1

investor-state coordination and the successful completion of a number of transactions for this client in the final stages.

- **ALPINE Bau GmbH:** Advising Singapore Branch in its provisional liquidation, and subsequently, liquidation in Singapore, following the parent company's liquidation. ALPINE Bau GmbH was a major European construction company which was one of the main contractors for the downtown underground line in Singapore. Its collapse in Europe led to the termination of the contracts, including that with the Land Transport Authority of Singapore valued at more than S$600 million.

- **China National Erzhong Group Co.:** Representing as court-appointed insolvency administrators. Dentons achieved a framework of an out-of-court plan absorbed by the court and financial creditors. One of the merits of the "Erzhong Cases" is the characteristic of pre-packaged that step from out-of-court into in-court process.

- **ERP Compliant Fuels, LLC:** Representing this natural resources company focused on the acquisition of assets within the coal, iron ore and steel making cycles in multiple transactions. The book value of assets involved in each of these representations range from hundreds of millions to billions of dollars. Dentons has been awarded The Global M&A Network's 2017 "Turnaround Atlas Award" for Cross-Border Turnaround of the Year in connection with the representation of Conuma Coal Resources Limited in its acquisition of Walter Energy Canada assets and the "Turnaround Atlas Award" for Community Impact for ERP Iron Ore, LLC's acquisition of Magnetation. Both purchasers are members of the ERP Compliant group.

- **Hatfield Colliery Partnership Limited:** Acting for this deep coal mine operator on a series of financial restructurings including bilateral loans with the National Union of Mineworkers, and the Department for Business, Innovation & Skills (DBIS); sale and lease back arrangements with a key stakeholder; and a £20 million reimbursable grant from DBIS by way of Closure Aid (a form of State aid).

- **Lehman Bankhaus German (affiliate of Lehman Brothers Holdings, Inc.):** Representing in its complex claims against, and transactions with, other Lehman entities. We also represent numerous other clients in a wide variety of matters worldwide arising out of the Lehman collapse, including hedge funds and other financial institutions in connection with the administration of the English Lehman companies. This is especially true in relation to prime brokerage issues and International Swaps and Derivatives Association close-out positions.

- **Montréal, Maine & Atlantic:** Acting as counsel to directors, officers and certain related companies of US and Canadian cross border debtors Montréal Maine & Atlantic Railway, Ltd. and Montréal Maine & Atlantic Canada Co. in simultaneous cross-border insolvency proceedings arising from the derailment of 72 tanker cars carrying Bakken crude oil through eastern Quebec, resulting in 47 casualties and hundreds of millions of dollars of property and environment claims. A mass tort case that achieved an unprecedented CA$450 million settlement fund to be administered jointly between the debtors' US and Canadian estates.

- **Nortel Networks Inc:** Serving as Canadian counsel for the Official Committee of Unsecured Creditors and certain of its direct and indirect subsidiaries in the cross-border CCAA/Chapter 11 proceedings.

- **Official Committee of Retirees for the City of Detroit:** Representing the Official Committee of Retirees in the largest Chapter 9 bankruptcy case in US history. The Committee represented the interests of approximately 23,500 public safety and general City retirees, as well as the interests of approximately 9,000 dependents, who were owed approximately US$9 billion in pension and retirement health care benefits. With the assistance of Dentons, almost all pension benefits were protected and health care benefits payments continued. Dentons was awarded The M&A Advisor's 2014 "Restructuring of the Year Award" and Global M&A Network's 2015 "Turnaround Atlas Award" for this representation.

- **Official Committee of Unsecured Creditors of Hovensa LLC:** Representing the Official Committee of Unsecured Creditors of Hovensa LLC in the Chapter 11 proceedings of Hovensa, a joint venture owned by a subsidiary of Hess Oil and Venezuela-owned PDVSA. The case achieved a sale in less than four months, which had previously failed to be accomplished over a period of a year pre-bankruptcy, allowing unsecured creditors to receive a substantial recovery.

- **PricewaterhouseCoopers:** Advising the administrators of LB Holdings International 2 Limited, the main holding company of Lehman Brothers International (Europe) (LBIE), on all legal matters relating to the insolvency of that company, including advice in relation to the ranking of claims in the insolvency of LBIE (the Waterfall Application) which has been heard at the Court of Appeal.

- **PROKON (Dietmar Penzlin as insolvency administrator of Prokon and after termination of insolvency proceeding Prokon eG):** Dentons has conducted the annual audits since the opening of the insolvency proceedings and we were appointed as security trustee and joint representative for the new secured bond and the new secured loan. We also advised in connection with the design of the insolvency plan procedure (dual track with cooperative model and third party investor EnBW). The concept of two separate insolvency plans as dual track regarding the bondholders' debt-to-equity swap option and the mark to market third party offer of EnBW was used for the first time in Germany. The main creditors in the proceedings are the holders of the participation rights with claims exceeding €1,5 billion.

- **St George Bank and KordaMentha:** Acting for the bank and receivers and managers in connection with the recovery of approximately AUD$35 million of financial accommodation provided by the bank to a nationally operating building and construction group, including: sale of assets provided as security to the bank; recovery of book debts and other amounts due under construction contracts; advising on certain voidable transactions; advising on matters concerning the enforcement of the bank's security and its rights and the obligations of the receivers and managers.

- **Solarwatt AG:** Advising on a successful restructuring in the context of a protective shield proceeding as a debtor-in-possession within a three month period from the filing for insolvency until the termination of the insolvency proceeding. Work involved drafting and proposing a restructuring plan including the reorganization of the company's performance and finances; implementing the restructuring concept via a capital reduction to zero with a subsequent cash and capital increase; and applying the new provisions to the insolvency plan procedure. In addition, we recently advised the company on the successful acquisition of the distribution units of the Centrosolar brand in Europe, which reflects the sustainability of this restructuring and is an opportunity for Solarwatt to extend further its market position in Europe and its portfolio.

- **Veris Gold Group of Companies:** Acting as counsel for the Monitor in connection with the Group's CCAA proceedings in Canada as

2

well as Chapter 15 proceedings in connection with Sino-Forest Corporation's over US$4 billion in operating and real estate assets to Whitebox Advisors LLC. Advising on all aspects of the restructuring and sale which involved properties on both sides of the border including, notably, the operating gold and milling project in Nevada with annual revenue in the range of US$200 million. This deal has won Mining Deal of the Year, Cross Border Restructuring Deal (up to US$100M) and Real Estate Deal of the Year by *Teh M&A Advisor* and Judicial Restructuring of the Year award for Small Markets by Global M&A Network.

# Your Key Contacts

## Canada


**David W. Mann**
Partner, Calgary
D +1 403 268 7097
david.mann@dentons.com


**Roger P. Simard**
Partner, Montréal
D +1 514 878 5834
roger.simard@dentons.com

## United States


**Gary W. Marsh**
Partner, Atlanta
D +1 404 527 4150
gary.marsh@dentons.com


**Robert E. Richards**
Partner, Chicago
D +1 312 876 7396
M +1 630 235 2470
robert.richards@dentons.com

## Latin America and the Caribbean


**Diego Campa**
Senior Associate, Mexico City
D +52 55 3685 3333
diego.campa@dentons.com


**Bernardo Cárdenas**
Colombia Managing Partner,
Bogotá
D +57 1 746 7000 ext. 219
bernardo.cardenas@dentons.com


**Eduardo Cárdenas**
Partner, Bogotá
D +57 1 746 7000 ext. 217
eduardo.cardenas@dentons.com

## Europe




**Nicolas Theys**
Partner, Paris
D +33 1 42 68 47 12
nicolas.theys@dentons.com


**Jesús Varela**
Partner, Madrid
D +34 91 43 63 325
jesus.varela@dentons.com


**Andreas Ziegenhagen**
Germany Managing Partner,
Frankfurt
D +49 69 45 00 12 144
andreas.ziegenhagen@dentons.com

## United Kingdom


**Nigel Barnett**
Partner, London
D +44 20 7320 5530
nigel.barnett@dentons.com

## Central and Eastern Europe



**Anna Maria Pukszto**
Partner, Warsaw
D +48 22 242 56 99
anna.pukszto@dentons.com

## Russia, CIS and the Caucasus



**Mikhail Ivanov**
Partner, St. Petersburg
D +7 812 325 8444
mikhail.ivanov@dentons.com



**Kamal Mammadzada**
Partner, Baku
D +994 12 4 90 75 65
kamal.mammadzada@dentons.com



**Natalia Selyakova**
Partner, Kyiv
D +380 44 494 4774
natalia.selyakova@dentons.com



**Abai B. Shaikenov**
Partner, Almaty
D +7 727 258 2380
abai.shaikenov@dentons.com



**Timothy Stubbs**
Partner, Moscow
D +7 495 644 0500
timothy.stubbs@dentons.com



**Roman Zaitsev**
Partner, Moscow
D +7 495 644 0500
roman.zaitsev@dentons.com

 

**Birzhan Zharasbayev**
Office Managing Partner, Astana
D +7 7172 55 2151
birzhan.zharasbayev@dentons.com

## Africa



**Nigel Barnett**
Partner, London
D +44 20 7320 5530
nigel.barnett@dentons.com

## Middle East



**Qasim Aslam**
Partner, Dubai
D +971 4 4020 901
qasim.aslam@dentons.com



**Neil Cuthbert**
Partner, Dubai
D +971 4 402 0900
neil.cuthbert@dentons.com



**Paul Jarvis**
Middle East Managing Partner,
Abu Dhabi
D +971 2 613 1519
M +971 56 683 0800
paul.jarvis@dentons.com



**Udayan Mukherjee**
Office Managing Partner, Dubai
D +971 4 402 0892
M +971 56 683 0801
udayan.mukherjee@dentons.com

## Central Asia



**Abai B. Shaikenov**
Partner, Almaty
D +7 727 258 2380
abai.shaikenov@dentons.com



**Birzhan Zharasbayev**
Office Managing Partner, Astana
D +7 7172 55 2151
birzhan.zharasbayev@dentons.com

## China

**Weihong Chi**
Senior Counsel, Guangzhou
D +86 20 8527 7000
M +86 138 2313 2952
weihong.chi@dentons.cn



**Xiuchao Yin**
Senior Partner, Beijing
D +86 10 5813 7044
M +86 137 0116 3012
xiuchao.yin@dentons.cn

## Singapore



**Maw Shen Foo**
Senior Partner, Singapore
D +65 6885 3607
mawshen.foo@dentons.com



**Herman Jeremiah**
Senior Partner, Singapore
D +65 6885 3614
herman.jeremiah@dentons.com

## Asia Pacific



**Erik Andersen**
Partner, Port Moresby
D +675 308 4603
erik.andersen@dentons.com



**Stephen Massa**
Office Managing Partner, Port
Moresby
D +675 308 4616
stephen.massa@dentons.com

## Australia



**Justin Bates**
Partner, Sydney
D +61 2 9931 4763
justin.bates@dentons.com



**David McIntosh**
Partner, Sydney
D +61 2 9035 7439
david.mcintosh@dentons.com

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Samuel R. Maizel
## Partner



Partner

Los Angeles
D +1 213 892 2910

samuel.maizel@dentons.com

# Overview

Samuel Maizel is a partner in Dentons' Restructuring, Insolvency and Bankruptcy group. His practice includes bankruptcy matters and financial restructuring in- and out-of-court in all industries, but he leads the firm's healthcare industry restructuring efforts nationwide. In chapter 11 cases, he has served as lead counsel to debtors, trustees, and creditors' committees, as well as serving as a trustee, examiner, patient care ombudsman, and consumer privacy ombudsman. He has represented many buyers and sellers of assets in chapter 11 cases. In chapter 9 cases, Sam has represented local hospital districts and other governmental units, as debtor's counsel and as counsel to creditors' committees.

Before joining Dentons, Sam was a partner in a national bankruptcy firm, and previous to that he represented the federal government in bankruptcy, district, and appellate courts nationwide as a trial attorney in the US Department of Justice's Commercial Litigation Branch. He has also served in US Army's The Judge Advocate General's Corps, including service in Operation Desert Shield/Desert Storm, for which he was awarded the Bronze Star Medal. Previously he served as an Infantry Officer in the 101st Airborne Division and the 3rd US Infantry Regiment (The Old Guard).

Sam has lectured extensively, is widely published, and been interviewed on television and radio on bankruptcy topics. Every year since 2007, he has been named a "Super Lawyer" in an annual region-wide peer survey, an honor bestowed on only 5% of Southern California attorneys; holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability; and was named a "Best Lawyer in America" for Healthcare in the 21st edition of Best Lawyers in America. He is based in Los Angeles.

# Experience

## Significant Recent Cases

- Gardens Regional Medical Center & Hospital, Inc. (Chapter 11 - Central District of California, June 2016-present): Sam leads the representation of this 137 bed not-for-profit hospital in Hawaiian Gardens, California in a liquidating bankruptcy case. The hospital was initially sold under section 363 of the Bankruptcy Code in a very successful auction (the purchase price went from $8.5 million to $19.5 million). The California Attorney

1

General approved the proposed sale, which necessitated finding another buyer that the sale failed and the hospital was closed. It was sold again, now as a closed hospital, for approximately $7 million, over the objection of the Attorney General.

- Sam served as Chapter 11 Trustee in the bankruptcy case of Carefree Willows, Inc. in Las Vegas, Nevada (Chapter 11 - District of Nevada, 2015-2016). Sam was appointed after five years had failed to produce a resolution of a hotly contested single asset real estate case. In less than six months Sam was able to negotiate a settlement between the parties, and confirm a plan of reorganization which paid the general unsecured creditors in full, allowed equity to retain ownership and to pay the secured debt over $50 million pursuant to a settlement.

- San Diego Hospice & Palliative Care (Chapter 11 – Southern District of California, 2013 -2015): Sam led the representation of the official committee representing unsecured creditors in the bankruptcy of a large hospice and home health provider in San Diego, California. The hospice filed for bankruptcy protection as a result of ongoing operational losses and disputes with Medicare & Medicaid over payments under the Medicare program. The committee counsel wrote and was the co-proponent under the liquidating Chapter 11 plan. Sam led the negotiations with the federal government over its $112 million claim, which resulted in a 100% distribution to non-governmental unsecured creditors.

- Gordian Medical, Inc., dba American Medical Technologies (Chapter 11 – Central District of California, 2012-2015 ): Sam led the representation of a privately owned, durable medical supplier in Irvine, California, which provides wound-care dressings and supplies to more than 4,000 nursing homes, hospices, and other facilities in 49 states. Gordian filed bankruptcy after a complete suspension of Medicare payments. The bankruptcy court confirmed a successful restructuring led by a new value contribution from the owners and leaving equity in control of the company. The plan provided for 100% distribution to non-governmental creditors, and resolved over $100 million in claims asserted by the Centers for Medicare & Medicaid Services, the IRS and the California Franchise Tax Board.

- Victor Valley Community Hospital (Chapter 11 – Central District of California, 2010 - 2013): Sam led the representation of this not-for-profit hospital in Riverside, California. The hospital was initially sold under section 363 of the Bankruptcy Code in a very successful auction. However, the California Attorney General denied the sale. After two years in Chapter 11, and multiple efforts to sell the hospital were stymied, including by government agencies, the hospital was successfully sold, resulting in a confirmed liquidating plan, a significant distribution to unsecured creditors and the hospital continuing to provide services to its community.

- S&B Surgery Center (Chapter 11 – Central District of California, 2009 - 2010): Sam led the representation of an ambulatory surgery center in Beverly Hills, California, that was forced into bankruptcy by the collapse and closure of Century City Doctor's Hospital. The bankruptcy court confirmed a plan that was a "true" reorganization in less than eight months, resulting in equity remaining in control of the company, and a significant distribution to trade creditors.

## Additional Debtor Representations

- Sam represented the Chapter 11 debtors in American Hospice, Inc. and related entities, Health Plan of the Redwoods, Health Source Medical Group, Inacom, Pacific Eyenet, and Delta Entertainment.

- Sam represents the Chapter 9 debtor in West Contra Costa Healthcare District.

## Additional Trustee Roles

- Sam served as the Chapter 11 Trustee in the cases of Agesong Genesis, LLC, dba Agesong University, and Mayacamas Holdings, LLC, both in San Francisco, California.

## Additional Creditors' Committee Counsel Representations

- Sam represented the Creditors' Committees in Adair County Hospital District, Hawaii Medical Center,

Pacifica Hospital of the Valley, Integrated Healthcare Holdings Provider Network, West Contra Costa Healthcare District, Valley Health System, Palm Drive Healthcare District, and Associated Physicians of St. Johns.

## Additional Miscellaneous Representations and Roles

- Sam represented individual creditors in Sun Healthcare Group, NewCare Health Corporation, Integrated Health Services, Assisted Living Concepts, Alpha Healthcare Foundation, FPA Medical Management, MedPartners Provider Network.

- Sam served as counsel to hospital purchasers in Karykeion and Santa Paula Memorial Hospital.

- Sam served as patient care ombudsman and consumer privacy ombudsman in Upland Surgical Institute.

- Sam served as an Examiner in Metropolitan Mortgage & Securities.

- Sam acted as special counsel to the Chapter 11 debtors in Intrepid USA and Fairmont General Hospital, and to the SEC Receiver in Comprehensive Care of Oakland, LLC.

- Sam led the representation of the National Association of Attorneys General (46 states and six territories that were parties to the master settlement agreement with the tobacco industry) since 2000 and as part of that engagement served as counsel to governmental entities in Alliance Tobacco and Carolina Tobacco.

- Sam led the out-of-court restructuring of Health Line Clinical Laboratories.

- Sam served as counsel to the Chapter 7 trustee in Rodeo Canon and Chapter 11 trustee in Estate Financial.

# Recognition

## Honors and Awards

- Ranked for Healthcare in California by *Chambers USA* (2015-2017)

- Recommended for Healthcare - Service Providers by *The Legal 500 US* (2016)

- Listed in *Los Angeles Magazine*'s Best Lawyers list for Bankruptcy and Health Care Law (2016)

- Recognized by *Best Lawyers in America* (2015-2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, Health Care Law and Litigation - Bankruptcy

- Recognized for Bankruptcy in Southern California in *Super Lawyers* magazine (2007-present)

- Recognized with the Martindale-Hubbell AV Preeminent Rating, Martindale-Hubbell's highest ranking in both legal ability and ethical standards

## In the Media

- "Freestanding emergency room operator Adeptus may soon emerge from bankruptcy," *The Dallas Morning News*, September 28, 2017

- "With 238 bankruptcies in 18 months, does Texas have an ailing health industry?" *The Dallas Morning News*, September 2017

- "Judge rejects attorney general's bid to block sale of closed hospital," *Daily Journal*, June 9, 2017

- "Maizel '77 Elected to CSHA Board of Directors,"   *West Point Grad News*, March 9, 2017

- "Healthcare Law 2016: Virtual Round Table,"   *Corporate LiveWire*, December 2016

- "Judge clears Gardens hospital purchase for M..."

- "DIP dimensions: Loan transplant," *The Deal*, June 23, 2016

- "ABA Says 9th Circ. Decision Disrupts Bankruptcy Appeals," *Law360*, June 14. 2016

- "Rural hospitals, LTACs tagged for distress amid physician retention, reimbursement risk," *Debtwire*, October 7, 2015

- "PARTNER MOVES - Dentons Adds Health Care Bankruptcy Lawyer Samuel R. Maizel in Los Angeles," *Legal Monitor*, June 29, 2015

- "Dentons Adds Health Care Expert and Bankruptcy Partner," *Law360*, June 25, 2015

- "Sam Maizel Profiled," *California Health Law News*, June 2015

- "Lab Files for Bankruptcy After Settlement of Probe," *The Wall Street Journal*, June 8, 2015

- "Millions remain to be disbursed in SD Hospice," *The San Diego Union-Tribune*, September 16, 2014

- "High Desert Hospitals Fighting for Financial Solvency," *California Healthline*, December 3. 2012

- "Reform, pay cuts likely to widen gap between rich and poor hospitals," *American Medical News*, August 15. 2011

- "New Bill Would Force Bankrupt Providers To Pay Fines, Overpayments," *BNA Health Care Fraud Report*, June 30. 1999

- "Lessons Learned From Health Care Fraud/Bankruptcy Cases," *BNA Health Care Fraud Report*, September 24, 1997

# Insights

## Books and Treatises

- Chapter author, "Unique Issues That Arise in Healthcare Business Bankruptcies," *Reorganizing Failing Businesses*, American Bar Association, July 2017.

- Contributing author, Health Care Insolvency Manual, American Bankruptcy Institute 1997; revised 2005 and 2012

- Co-author, "Winning Your Bankruptcy Appeal," ABI's Bankruptcy Appeals Manual, June 2007; 2nd ed. 2010.

- Contributing author, Collier on Bankruptcy, Matthew Bender, 2005 - present (on sections 333 and 351).

- Contributing Author, "Workout Issues in the Healthcare Industry," Business Workouts Manual, November 26. 2006.

## Law Review Articles

- Co-Author, "The Medicare Provider Agreement: Is It a Contract or Not? And Why Does Anyone Care?" *The Business Lawyer* (Vol. 71), Fall 2016.

- Co-Author, "Killing the Patient to Cure the Disease: Medicare's Jurisdictional Bar Does Not Apply to Bankruptcy Courts," *Emory Bankruptcy Developments Journal* (Vol. 32), February 2016.

- Co-author, "Injunctive Relief in Health Care Insolvencies," 24 *California Bankruptcy Journal* 215, 1998.

- Co-author, "The Government's Contractual Rights and Bankruptcy's Automatic Stay," 25 *Public Contract Law Journal* 711, 1996.

- Co-author, "The Medical Staff Bylaws: A Contract? A Waiver? Or Just the Way Medical Center Lead?" 11 *Bankruptcy Developments Journal* 405, 1995.

- Author, "Intervention in Grenada," 35 Naval L. Rev. 47, Spring 1986.

# Recent Magazine Articles

- Co-Author, "Revising § 351: Dealing with Unwanted Medical Records," Problems in the Code column, *ABI Journal*, May 2017.

- Co-Author, "Ozenne v. Chase Manhattan Bank (In re Ozenne): Gone for Now, But Not Forgotten," 26 Norton Journal of Bankruptcy Law and Practice, Art. 2, April 2017.

- Co-Author, "Extent of State's Power at Issue in Nonprofit Hospital's Asset Sale," *Journal of Corporate Renewal* (Vol. 30), March 2017.

- Author, "Liquidating Healthcare Facilities in California," *Receivership News* (Issue 58), Summer 2016.

- Author, "<u>Lending to the Healthcare Industry: What to Expect From Medicare Receivables</u>," *ABF Journal*, September 2015.

- Author, "Does Bankruptcy Avoid Medicare's Exhaustion-of-Administrative-Remedies Requirement?" *California Health Law News*, June 2015.

- Author, "Can Bankruptcy Short-Circuit Medicare's Appeal Process?" Intensive Care column, 34 Amer. Bankr. Inst. J. 48, April 2015.

- Author, "The Poor Get Poorer: The Fate of California's Hospitals Under the Affordable Care Act," 32 *California Health Law News*, Winter 2014.

- Author, "Healthcare Law 2014," *Corporate LiveWire*, June 2014.

- Author, "The Poor Get Poorer: The Fate of Distressed Hospitals Under the Affordable Care Act," *Norton Bankruptcy Law Adviser* 1, December 2012.

- Co-author, "California's Experiment With Federal Judicial Control Over Its Prison Healthcare System," 29 *California Health Law News* (No. 3), Summer 2011.

- Author, "The Impact of Healthcare Reform on Financing in the Healthcare Industry," 65 *Consumer Finance Law Quarterly Report* 168, Spring/Summer 2011.

- Author, "The Sale of Nonprofit Hospitals Through Bankruptcy: What BAPCPA Wrought," 30 Amer. Bankr. Inst. J. 12, June 2011.

- Author, "A Guide for the Patient Care Ombudsman," *American Bar Association*, February 2011.

- Author, "Repercussions of the Collision of Labor Law and Healthcare Industry Bankruptcies," 29 Amer. Bankr. Inst. J. 18, No. 7 September 2010.

- Co-author, "Rejection of CBAs in a Liquidating Chapter 11 of a Healthcare Entity," 4 *ABI Healthcare Committee Newsletter* (No. 4), August 2010.

- Author, "Patient Care Ombudsman: What About Counsel?" 29 Amer. Bankr. Inst. J. 14, Feb. 2010.

- Author, "The Financial Crisis Facing America's Hospital Industry: Part II," 28 Amer. Bankr. Inst. J. 16, February 2009.

- Author, "The Financial Crisis Facing America's Hospital Industry: Part I," 27 Amer. Bankr. Inst. J. 16, Dec./Jan. 2009.

- Author, "The Patient Care Ombudsman Comes to California," 26 *California Health Law News* 2 (No. 3), Winter

2009.

- Author, "Evolving Standards for Appointment of a Patient Care Ombudsman: Section 333 in 'Operation'," 27 Amer. Bankr. Inst. J. 40, March 2008.

- Author, "The First Year of the Patient Care Ombudsman in Review: Part II," 26 Amer. Bankr. Inst. J. 18, March 2007.

- Author, "The First Year of the Patient Care Ombudsman in Review: Part I," 26 Amer. Bankr. Inst. J. 18 , March 2007.

# Activities and Affiliations

## Presentations

- Guest Speaker, University of Nevada Las Vegas Boyd School of Law, "Bankruptcy and Restructuring of Health Care Organizations", October 30, 2017

- Panelist, "Debt Restructuring & Asset Sales for Health Care Businesses," Maine Health Care Association Annual Meeting, Rockport, ME, October 5, 2017

- National Webinar, "The Intersection of Healthcare Law and Bankruptcy Law," American Health Lawyers Association's Regulation, Accreditation, and Payment Practice Group, September 6, 2017

- Panelist, "The American Health Care Industry: Facing Financial Uncertainty," Association of Corporate Counsel - Southern California Chapter, Newport Beach, CA, August 2, 2017

- Panelist, "Healthcare Restructuring Issues", Los Angeles County Bar Association, April 27, 2017.

- Panelist, "Has CMS Said Goodbye to the Bankruptcy Court?" American Bar Association Business Law Section, Business Bankruptcy Committee Spring Meeting, New Orleans, LA, April 6, 2017

- Panelist, "Commercial Finance Association Healthcare Asset-based Lending Program," webinar hosted by the Commercial Finance Association, April 4, 2017

- Panelist, "Zika in the Caribbean, and Other Stinging Health Care Insolvency Issues," American Bankruptcy Institute Caribbean Insolvency Symposium, Cayman Islands, February 11, 2017

- Panelist, "Intersection of Healthcare and Bankruptcy," The Bankruptcy Bar Association for the Southern District of Florida, February 7, 2017

- Panelist, "Delivered from Their Distress: Acquisition Challenges and Opportunities of Distressed Hospitals," National CLE Conference, Snowmass, CO, January 7, 2017

- Panelist, "The State of Play: Managing State AG Hot Button Issues in Chapter 11 Cases," American Bar Association Business Law Section's Business Bankruptcy Committee, San Francisco, CA, October 27, 2016

- Panelist, "Restructuring and Bankruptcy Challenges in the 21st Century World of Not For Profits," Commercial Law League of America, San Francisco, CA, October 27, 2016

- 2016 Visiting Distinguished Professor, Southeastern Bankruptcy Institute (SBLI), Atlanta, GA, September 26-30, 2016

- Featured Guest Speaker, "Bankruptcy by the Bayou: Lessons for Healthcare Insolvencies," SBLI and Bankruptcy Judges for the Northern District of Georgia Luncheon, Atlanta, GA, September 28, 2016

- Featured Guest Speaker, Georgia State University College of Law's The Center for Law, Health & Society Luncheon, Atlanta, GA, September 29, 2016

- Panelist, "Full of Patients: Health Care in Bankruptcy — Balancing Patient Care Needs and Budget Woes," GSU College of Law's Tower to the Trenches CLE, Atlanta, GA, September 30, 2016

- Panelist, "The Life Cycle of Intercreditor Agreements - From Cradle to Grave," American Bar Association Business Law Section, Boston, MA, September 8, 2016

- Speaker, "Healthcare Restructuring Outlook: 2016 and Beyond," Expert Webcast, June 2, 2016

- Panelist, "Can You Believe What Politicians Tell You? A Comparison of the Business of Healthcare Delivery Systems in the United States and Canada," American Bar Association Business Law Section, Montreal, Canada, April 7, 2016

- Panelist, "Introduction to Hypothetical, First Day Orders," and presenter, "Setoff and Recoupment -- Hypothetical," Bankruptcy from a Government Perspective Seminar, National Association of Attorneys General/States' Association of Bankruptcy Attorneys, Seattle, WA, October 4-7, 2015

- Panelist, "Hot Topics in Healthcare: Game Show Style!," Turnaround Management Association Annual Meeting, Scottsdale, AZ, October 6, 2015

- "Intercreditor Agreements: Problem-solver or an Invitation to a Fight?" American Bar Association Business Law Section Annual Meeting, Chicago, IL, September 29, 2015

- Panelist, "Ethics Issues in Bankruptcy," and "Leadership Development," American Bar Association Business Law Section Annual Meeting, Chicago, IL, September 17-19, 2015

- Speaker, "Trends and Transactions In Acute and Specialty Healthcare," Expert Webcast, DelMorgan & Co.

- "The Healthcare Industry Post-Affordable Care Act: A Bankruptcy Perspective," Emory Bankruptcy Development Journal Symposium 2015: Corporate Panel, February 26, 2015

- "Pandemic or Panacea? The Financial Impact of the ACA on the Modern Healthcare Industry," California Society for Healthcare Attorneys Annual Meeting, Olympic Valley, CA, April 13, 2014

- "The Fate of the Healthcare Industry After the Affordable Care Act: Where Does It Go From Here and Why?" Georgia State University College of Law Center for Law, Health & Society, Atlanta, October 29, 2013

- "Role of Unions in Healthcare," California Society for Healthcare Attorneys, Newport Beach, CA, April 2013

- "Did Congress Get It Right With the Patient Care Ombudsman?" American Bar Association Business Law Section Spring Meeting: Healthcare and Nonprofits in Bankruptcy Subcommittee Roundtable, Washington DC, April 5, 2013

- "What Healthcare Costs: Bringing Transparency to the Medical Marketplace," University of California San Francisco/University of California Hastings Consortium on Law, Science and Health Policy, January 23, 2013

- "Battling Strategies - Dueling Perspectives," How Debtor and Creditor Lawyers Approach Complex Situations, Costa Mesa, CA, May 24, 2012

- "Financially Distressed Healthcare Facilities: Restructuring and Insolvency Options," Evaluating Bankruptcy and Other Alternatives While Preserving Quality of Care, November 16, 2011

- "Winning Your Bankruptcy Appeal," Beverly Hills Bar Association, October 4, 2011

- "International Insolvencies: Basic Principles and Current Problems," American Bar Association Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011

- "Cross-Border Insolvencies: Basic Principles of US, UK and EU Bankruptcy Law," American Bar Association Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011

- "The Strategic Role of Examiners," 27th Annual Bankruptcy & Restructuring Conference, June 9, 2011

- "Examining Examiners and Their Impact on Creditors," American Bar Association Business Law Section,

- "The Beneficent Government: Federal and State Regulators in Bankruptcy Cases," Los Angeles Bankruptcy Forum, Los Angeles, CA, April 11, 2011

- "Something in the Way They Move... ": Motion Practice in Bankruptcy Appeals," American Bar Association Business Law Section Business Bankruptcy Committee, New Orleans, LA, October 14, 2010

- "Bankruptcy From a Government Perspective," National Association of Attorneys General, Attorneys General Training Institute, and the States Association of Bankruptcy Attorneys, Santa Fe, CA, September 14, 2010

- "The Impact of Healthcare Reform on Financing the Healthcare Industry," American Bar Association Annual Meeting, San Francisco, CA, August 6, 2010

- "Healing Hospitals on the Brink of Bankruptcy," Georgia State University College of Law Center for Law, Health & Society, Atlanta, GA, April 19, 2010

- "Center for Health & Pharmaceutical Law & Policy Distinguished Guest Practitioner Program," Seton Hall University School of Law, Newark, NJ, March 25, 2010

- "Doing Business With (or as) a Distressed Company," California Society for Healthcare Attorneys Fall Seminar, Los Angeles, CA, November 9, 2009

- "Healthcare Bankruptcy Program," Los Angeles County Bar Association, Los Angeles, April 28, 2009

- "Reality Bites: Representing Nonprofit Organizations in Financial Distress," American Bar Association Business Law Section, Vancouver, Canada, April 17, 2009

- "Distressed Healthcare Facilities: Restructuring and Insolvency Options," Strafford Publications, Teleconference, April 8, 2009

- "Financial Meltdown: Impact on Healthcare Institutions," Healthcare Financial Management Association, Southern California Chapter, Los Angeles, CA March 19, 2009

- "Strategies for Distressed Investing and Turnaround Situations in Healthcare," Healthcare Dealmaking Symposium, New York, NY March 10, 2009

## Memberships

- Fellow, American College of Bankruptcy (2017)

- American Bar Association
  - Co-Chair, Business Law Section Business Bankruptcy Committee, Healthcare and Non-Profit Subcommittee (2017 - present)

  - Chair, Standing Committee on Armed Forces Law (2017 - present)

  - Member, Standing Committee on Armed Forces Law (2013-2017)

  - Chair, Business Law Section Healthcare Committee (2016-present)

  - Chair, Business Law Section Business Bankruptcy Committee, Programs Subcommittee (2010-2013)

  - Chair and previously Vice-Chair, Judicial Division Bench-Bar Bankruptcy Council (2007-2012)

  - Chair, Business Law Section Business Bankruptcy Committee, Secured Creditor Subcommittee

  - Chair, Business Law Section Business Bankruptcy Committee, Litigation Subcommittee

  - Chair, Business Law Section Business Bankruptcy Committee, Executory Contracts Subcommittee

  - Member, Business Law Section Business Bankruptcy Committee, Special Task Force on Bankruptcy

- Member, Board of Directors, California Society for Healthcare Attorneys (2017-present)
- Member, Board of Editors, California Health Law News (2010-present)
- Co-Chair, American Bankruptcy Institute Healthcare Insolvency Committee (2003-2007)
- Board of Directors, Turnaround Management Association Southern California Chapter (2008-2010) and Program Chair (2008)
- Financial Lawyers Conference, Board of Governors (2011)

# Areas of focus

## Practices

- Creditor and Equity Committee Representation
- Cross-Border Restructuring Matters
- Debtor Representation
- Distressed M&A, Investing and Debt Trading
- Insolvency Litigation and Enforcement
- Out-of-Court Restructurings and Work-outs
- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Government
- Life Sciences and Health Care

## Region

- United States
- Los Angeles

# Education

- George Washington University School of Law, 1985, JD
- Georgetown University, 1983, MA
- United States Military Academy, 1977, BS

# Admissions and qualifications

- California
- Pennsylvania

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Claude D. Montgomery
Partner



Partner

New York
D +1 212 632 8390

claude.montgomery@dentons.com

# Overview

Claude D. Montgomery is a partner in Dentons' New York office and a member of the Restructuring, Insolvency and Bankruptcy practice group. He has been a member of the Global Executive and Compensation Committees and is the legacy past managing partner of the New York Office. He was also the global head of the Reorganization, Restructuring, and Insolvency practice group at Salans LLP and a member of its Global Banking and Finance group.

Claude is "acclaimed as 'a highly skilled lawyer and a great case manager'" by *The Legal 500 US*. He is an experienced litigator at both the trial and appellate level, and specializes in business reorganizations and hotel industry disputes. His business reorganization clients include lenders; debtors; official Chapter 11 and Chapter 9 creditor and retiree committees, and chapter 11 equity committees; indenture trustees; Chapter 7 and 11 trustees; asset buyers; and committees of corporate directors and officers. His hotel industry clients have included owners, operators, leasees and franchisees of hotel properties.

# Experience

- Represented the Official Retiree Committee in Detroit, Michigan's Chapter 9 municipal debt adjustment proceedings. This representation was honored by The M&A Advisor with the 2014 Restructuring of the Year Award.

- Represented the Fiscal Agency and Financial Advisory Authority (AAFAF) for the Commonwealth of Puerto Rico in its restructuring advice prior to Commencement of Title III proceedings under PROMESA by the U.S. President's appointed Financial Oversight and Management Board of Puerto Rico.

- Represented the Official Retiree Committee for Allis-Chalmers Corporation in its ground breaking multi-national Chapter 11 reorganization case.

- Representing Japanese mobile device manufacturer in restructuring Swedish law contract with distressed multinational logistics company with relevant operations in the Czech Republic, Netherlands, Singapore and the United States.

- Representing Hong Kong energy company in Transmeridian Exploration reorganization case as bondholder, disputed creditor and competing Chapter 11 buyer for Kazakhstan assets

1

- Representing Russian Space Agency in Sea Launch Company U.S. reorganization case as investor and technology supplier

- Representing China joint venture fund liquidator in fraud investigation of US manager

- Representing two Scandinavian Banks regarding Lehman Brothers in the US Reorganization and UK and Swiss Administration cases as creditors and OSLA and ISDA counterparties.

- Representing a Scandinavian Bank regarding enforcement of Master Whole Loan Repurchase Agreement from Chapter 11 seller

- Representing a Scandinavian Bank regarding restructuring secured hotel/condominium projects

- Representing the Turkish SDIF in insolvency planning relating to pursuit of assets of shareholders involved in a bank fraud

- Representing Telsim Telekomunikasyon by appointment from Turkish SDIF in Motorola v. Telsim regarding enforcement of Swiss Arbitration Award

- Representing Caribbean hotel and casino developer in debt work and partnership restructuring

- Representing Scandinavian bank in liquidity facility workout and structured finance termination

- Recent reorganization and bankruptcy cases: SunEdison (UK joint venture purchaser of Spanish solar energy generation business) Sea Launch Company (investor and technology supply creditor); Transmeridian Exploration (Bondholder and potential asset purchaser); Lehman Brothers (ISDA and repurchase agreement creditors); Christian Bernard (parent company); Collins & Aikman (Supplier); Atlantic Gulf Communities Corp. (Lender Group); Owens Corning (Lender); Adelphia Communication (Lender); MSCP Holding (Equity Committee); Key3Media (Committee Member); Regal Cinema (Indenture Trustee); Pillowtex (Indenture Trustee); Cellnet (Indenture Trustee)

- Recent appellate experience: Uzan v. Telsim (N.Y. App. Div., 1st Dept); Kassover v. Gibson (2d Cir., 2004, 2002 and 2000); Dunes Hotel Associates v. Hyatt (4th Cir. 1997); Skopbank v. Hyatt (3rd Cir. 1998)

- Recent litigation experience: Uzan v. Vodafone (N.Y. Sup. Ct.); Uzan v. Telsim (N.Y. Sup. Ct.); Oxus Gold v. Barbanel (D. NJ); Hocking v. GECC (D. Del.); Eden Toys v. Miller (B.S.D.N.Y.); Renaissance Cruise Lines v. Flosse (B.M.D. Fla.); Cohen v. Forman (B.S.D.N.Y.); 800 Canal Street v. Sonesta (Arbitration); Dunes Hotel Assoc. v. Hyatt (Arbitration)

- Recent mediation experience: Ames Dept. Stores (B.S.D.N.Y.) (preference cases)

# Recognition

## Honors and Awards

- Recommended by *The Legal 500 US* (2015-2016)

- Co-led team recognized by *The M&A Advisor's* 2014 Restructuring of the Year Award (City of Detroit Chapter 9)

- Recognized with the Martindale-Hubbell AV Preeminent Rating, Martindale-Hubbell's highest ranking in both legal ability and ethical standards (1995-2015)

- Led team recognized by *The M&A Advisor* 2011 Distressed Turnaround Cross Border Transaction of Year (Sea Launch Chapter 11)

- Recognized for Bankruptcy in *Super Lawyers* magazine (2006-2016)

- AV Preeminent rating by Martindale-Hubble (2013-2017)

# Insights

- "Dentons advises Gamma Energy on Stokes Marsh solar PV acquisition," *Dentons Client Alert*, May 19, 2017

- Co-author, "Puerto Rico: Is the Sovereign in or out of the Dollar Zone?," *Eurofenix*, Autumn 2015

- "New Developments: Plan Process - Voting and Conformation," *Current Bankruptcy Developments*, Practicing Law Institute, 2001

- "Solicitation Under Section 1125 of the Bankruptcy Code: Century Glove and the First Amendment," *Seton Hall Law Review*, 1993

- "The Impact of the Collective Bargaining Agreement On The Corporate Reorganization Process in Chapter 11 of the Bankruptcy Code," *Labor Law Development*, 1985

- "Rejection of Collective Bargaining Agreements During Chapter 11 Proceedings Under the U.S. Bankruptcy Code," Practicing Law Institute, ERISA and Bankruptcy, 1983

# Activities and Affiliations

## Presentations

- Panel Moderator, "Creative Solutions for Financially Challenged Municipalities," Municipal Restructuring and Reform Series, Dentons US LLP, Chicago, IL, November 5, 2015

- Panel Moderator, "Hot Topics, Legal Issues and Uncertainties Surrounding the Rights of Parties in a Municipal Insolvency, Including Chapter 9," Municipal Restructuring and Reform Series, Dentons US LLP, New York, NY, October 29, 2015

- ACB Fifth Circuit Panel on Chapter 9 municipal bankruptcy and restructuring, Seminar co-hosted by United States Court of Appeals for the Fifth Circuit and the American College of Bankruptcy, New Orleans, May 2014

- Panelist, "Obamanomics and the Future of Bankruptcy Judges," National Conference of Bankruptcy Judges, Las Vegas, October 2009

- International Society of Hospitality Consultants, Budapest, 2001

- Association of the Bar of the City of New York, New York, 1993

- Pacific Coast Labor Law Symposium, Seattle, 1989

- Practicing Law Institute, New York, 1983; San Francisco, 1986; New York, 1994; New York, 2001

- American Bar Association, Labor Section, Chicago, 1985

- AFL-CIO Lawyers Conference, 1981, 1982, 1986

## Memberships

- American Bankruptcy Institute, Member

- International Society of Hospitality Consultants, Member

- American Bar Foundation, Member

- American Bar Association, Member

- Committee on Bankruptcy and Corporate Reorganization of the Association of the Bar of the City of New York. Member from 1991–1993

## Prior and Present Employment

Claude joined Salans (now Dentons) from Phillips Lytle Hitchcock Blaine & Huber where he was a member of the Governing Committee. He is currently Vice Chair of the Ethics Subcommittee for the ABA Business Bankruptcy Committee, Business Law Section and was the Vice-Chair and Chair of the European Working Group for the International Bankruptcy Subcommittee 2002-2004. Claude was also Vice-Chair of the Avoiding Power Subcommittee, ABA Business Bankruptcy Committee, Business Law Section from 1997-1999.

# Areas of focus

## Practices

- Banking and Finance
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy
- Cross-Border Restructuring Matters
- Distressed M&A, Investing and Debt Trading
- Financial Institution Insolvency
- Insolvency Litigation and Enforcement

## Industry sectors

- Aviation and Aerospace
- Commercial Banks
- Hotels
- Hotels and Leisure
- Investment Banks and Broker Dealers

# Education

- Stanford University, 1978, JD
- Brown University, 1975, BA, double major in History and Economics

# Admissions and qualifications

- Michigan
- New York
- US Court of Appeals for the District of Columbia Circuit
- US Court of Appeals for the First Circuit

4

- US Court of Appeals for the Fifth Circuit
- US Court of Appeals for the Sixth Circuit
- US Court of Appeals for the Third Circuit
- US District Court for the District of Connecticut
- US District Court for the Eastern District of Michigan
- US District Court for the Eastern District of New York
- US District Court for the Southern District of New York
- US District Court for the Western District of Michigan
- US Supreme Court

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Tania M. Moyron
## Counsel



Counsel

Los Angeles
D +1 213 623 9300

tania.moyron@dentons.com

# Overview

Tania M. Moyron is a member of Dentons' Restructuring, Insolvency and Bankruptcy group. Tania has significant experience in bankruptcy, corporate restructuring and related litigation matters. She has represented mid-market Chapter 11 debtors, creditors' committees, liquidating trustees, principals and secured and unsecured creditors in all aspects of corporate bankruptcy. She also has advised buyers and sellers of assets in bankruptcy and receivership cases, including representation of a publicly traded real estate investment trust (REIT) and restaurant franchise.

Tania's representations span a variety of industries, including retail, entertainment, trucking, commercial and residential real estate, health care and restaurant franchise industries. She also has litigation experience in state and federal courts and appellate experience before the Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, District Courts and the Ninth Circuit Court of Appeals.

Prior to joining Dentons, Tania gained experience in complex and challenging Chapter 11 cases at top-ranked national firms for business restructuring and bankruptcy. Tania also served as a judicial and appellate law clerk to the Honorable Christopher M. Klein, Chief Judge for the United States Bankruptcy Court for the Eastern District of California and former member of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals.

# Experience

- **Domum Locis, LLC:** Represented a real estate debtor in successfully restructuring its obligations with its secured lender and emerging from Chapter 11.

- **Radio personality:** Represented non-debtor spouse and well-known radio personality in contentious litigation instituted by secured lender.

- **Precision Engineering Industries, Inc., and others:** Defended these entities in breach of contract litigation, and defended their principals with respect to alter-ego liability.

- **Edenhurst Gallery:** Confirmed a Chapter 11 plan of reorganization for an art gallery operator and a purchaser and seller of fine historic paintings and antiques.

- **Heller Erhman, LLP:** Represented the Official Committee of Unsecured Creditors in the administration of

1

- **South Bay Expressway L.P.:** Represented the California Department of Transportation in the Chapter 11 proceedings of the state's largest public-private partnership, which built a toll road in Southern California.

- **Consolidated Freightways Corp., et al.:** Represented a Chapter 11 liquidating trustee in Consolidated Freightways Corp. and certain affiliates (the former operator of one of the largest less-than-truckload long-haul freight transportation companies in the United States, which generated more than US$2 billion in revenues annually) in connection with the administration of the estates, complex insurance litigation and other matters.

- **Rachel Ashwell Designs, Inc. dba Shabby Chic:** Represented a Chapter 11 debtor (a retailer, manufacturer, licensor and wholesaler of home furnishings, bedding and accessories) in connection with the liquidation of certain retail stores and a structured dismissal.

# Recognition

- Recognized as a "Rising Star" by *Southern California Super Lawyers*, 2013–2015

# Activities and Affiliations

## Community Involvement and Pro Bono

- Cycle for Survival, Team Lead

- LA Beats Cancer, Board Member

## Presentations

- Speaker, "Appellate Ethics and Frivolous Appeals," 4th Annual Bankruptcy Ethics Symposium, Federal Bar Association

- Speaker, "What's up with Attorney Civility?," 5th Annual Bankruptcy Ethics Symposium, Federal Bar Association

- Producer, "Back to the Minefield: (Even More) Ethical Dilemmas Facing Young Insolvency Professionals," California Bankruptcy Forum, Rancho Mirage, California

## Memberships

- Member, American Bankruptcy Institute

- Member, International Women's Insolvency and Restructuring Confederation (IWIRC)

- Los Angeles County Bar Association

# Areas of focus

## Practices

- Restructuring, Insolvency and Bankruptcy

- Creditor and Equity Committee Representation

- Cross-Border Restructuring Matters

- Debtor Representation
- Insolvency Litigation and Enforcement
- Out-of-Court Restructurings and Work-outs

# Education

- University of the Pacific, McGeorge School of Law, 2004, Juris Doctor
- University of California at San Diego, 1999, BA

# Admissions and qualifications

- California
- US Bankruptcy Court for the Central District of California
- US Bankruptcy Court for the Eastern District of California
- US Bankruptcy Court for the Northern District of California
- US Bankruptcy Court of the Southern District of California
- US Court of Appeals for the Ninth Circuit
- US District Court for the Central District of California
- US District Court for the Northern District of Texas

# Languages

- English
- Spanish

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

3

大成 DENTONS

# Sarah Schrag
## Associate



Associate

Atlanta
D +1 404 527 4988

sarah.schrag@dentons.com

# Overview

Sarah Schrag is an associate in the Atlanta office and a member of Dentons' Restructuring, Insolvency and Bankruptcy practice.

Sarah served as a legal intern for the United States Senate, focusing on Committee on the Judiciary matters. She also served as a legal intern to the Honorable United States Magistrate Judge Lawrence R. Leonard on the Rocket Docket, the United States District Court for the Eastern District of Virginia.

Prior to attending law school, Sarah worked at Jones, Otjen & Davis as a personal assistant to Stephen Jones, former lead defense attorney for Timothy James McVeigh during the Oklahoma City Bombing Trial. During Sarah's time at Jones, Otjen & Davis, she incurred well over a thousand observation hours, attending trials, court appearances, in-chambers discussions, depositions, client meetings, settlement conferences, and plea negotiations.

# Insights

- Co-Author, "Value, Not Face Amount, of Liens Controls in a Battle of Credit Bids," *American Bankruptcy Institute Journal*, July 2017

- Co-Author, "Supreme Court Closes 'Backdoor' Circumvention of Bankruptcy Priority Scheme," *Journal of Corporate Renewal*, July/August 2017

# Activities and Affiliations

- International Women's Insolvency and Restructuring Confederation, Member

- American Bankruptcy Institute, Member

- Turnaround Management Association, Member (NextGen, Member)

- State Bar of Georgia, Member

1

## Community Involvement and Pro Bono

- Atlanta Volunteer Lawyers Association, Pro Bono Volunteer, 200+ hours
- University of Virginia School of Law Pro Bono Challenge, 100+ hours
- Habitat for Humanity, Volunteer
- Street Law, Past President for University of Virginia School of Law
- Legal Aid Society of the District of Columbia, Legal Intern
- Bossier City Youth Soccer, Girls Soccer Coach
- Toys for Tots, Volunteer
- American Cancer Society Relay for Life, Volunteer
- Samaritan's Purse Operation Christmas Child, Volunteer
- Mission of Mercy, Volunteer to Honduras, Child Sponsor
- Omega Phi Alpha National Service Sorority, Member and Past Service Committee Co-chair

## Presentations

- Sarah presented her research and analysis on the Georgia Religious Freedom Restoration Act to The Anti-Defamation League during the 2015 Charles Wittenstein Summer Associate Research Program.

# Areas of focus

## Practices

- Commercial Litigation
- Insolvency Litigation and Enforcement
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy

# Education

- University of Virginia School of Law, 2016, JD
- Oklahoma State University, 2009, BS, Nutritional Sciences, *summa cum laude*

# Admissions and qualifications

- Georgia
- US Bankruptcy Court for the Northern District of Georgia
- US District Court for the Northern District of Georgia

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Arthur H. Ruegger
## Partner



Partner

New York
D +1 212 768 6881

arthur.ruegger@dentons.com

# Overview

Arthur Ruegger is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. He practices in bankruptcy litigation, commercial litigation, securities litigation and arbitration.

Art has extensive experience in bankruptcy court adversary proceedings and other contested matters, securities regulatory proceedings, securities arbitrations, and a wide variety of commercial litigation in the federal and state courts. Art's areas of substantive concentration include avoidance actions; valuation contests; securities fraud; general securities law work, including broker/dealer regulation; and contract and corporate law.

# Experience

## Representative Experience

Art has represented numerous entities and individuals, including debtors, creditors, committees and financial advisors, in a variety of high-profile bankrupcy cases and related litigations, including:

- *City of Detroit, Michigan* (Bankr. E.D. Mich.): as part of the restructuring and litigation teams, represented the Official Committee of Retirees, with contested hearings on eligibility and restructuring.

- *Lehman Brothers v. Saint Louis University* (Bankr. S.D.N.Y.): leader of the team defending Saint Louis University in matters related to the termination of interest rate swaps.

- *In re Federal Mogul* (Bankr. D. Del.): part of the team representing the Official Committee of Unsecured Creditors in this asbestos-related auto parts manufacturer's reorganization.

- *Westpoint Stevens* (Bankr. D. Del.): part of the team defending the asset sale in bankruptcy

- *Wave Division Holdings v. Highland Capital and Trimaran Capital* (Del. Chancery and Supreme Court): leader of the team defending Trimaran Capital Management in this contract and tort claim litigation.

- *Refco* (Bankr. S.D.N.Y.): leader of team representing estate administrator in various litigation and arbitration matters.

1

In addition. Art has represented numerous financial firms and other businesses, including the related document productions, depositions and hearing testimony, in a number of high-profile restructurings, including:

- Adelphia

- BearingPoint

- Capmark

- Charter Communications

- Chemtura

- Dynegy

- Exide Technologies

- Extended Stay

- Hawaiian Telecom

- Hayes Lemmerz

- Horsehead Holding

- Indianapolis Downs

- Smurfit Stone

- Tribune

- Tropicana

# Activities and Affiliations

## Presentations

- Speaker, "Taking and Defending Depositions," National Association of Chapter Thirteen Trustees Annual Seminar, August 2013

# Areas of focus

## Practices

- Commercial Litigation

- Financial Services Litigation

- Insolvency Litigation and Enforcement

- Litigation and Dispute Resolution

- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Global Financial Services Firms

2

Investment Banks and

# Education

- Fordham University, 1977, JD, *cum laude*
- Georgetown University, 1974, AB, *cum laude*

# Admissions and qualifications

- New York
- US Court of Appeals for the Fourth Circuit
- US Court of Appeals for the Ninth Circuit
- US Court of Appeals for the Second Circuit
- US District Court for the Eastern District of Michigan
- US District Court for the Eastern District of New York
- US District Court for the Southern District of New York

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Peter D. Wolfson
## Global Vice-Chair



Global Vice-Chair

New York
D +1 212 768 6840
M +1 914 673 7648

peter.wolfson@dentons.com

# Overview

Peter Wolfson is a Global Vice Chair at Dentons, the world's largest law firm. He practices in the firm's Restructuring, Insolvency and Bankruptcy practice. He has more than 30 years' experience in representing debtors, creditor and bondholder committees, equity committees, plan sponsors, asset purchasers and other parties in interest in out-of-court restructurings and Chapter 11 cases.

Peter lectures on a variety of bankruptcy and reorganization topics before professional organizations and to various creditor and bondholder groups.

Peter is a member of Dentons' Global Board, the Global Advisory Committee and the US Board. Prior to his current role as a Global Vice Chair, Peter was US Co-Chief Executive Officer of Dentons.

# Experience

As lead counsel for numerous creditor/bondholder/equity committees, Peter has developed a reputation as an aggressive, creative and practical bankruptcy lawyer in complex matters in a wide array of industries, in cross-border cases and in asbestos-related cases. Representative creditor and bondholder committee engagements include Federal Mogul Corporation, WHX Corporation, USG, Gillette Holdings, Hillsborough Holdings, Grand Union, Community Newspapers, General Homes, Wilson Foods, and Global Crossing. Peter was retained as special litigation counsel for committees in Exide and Hayes Lemmerz.

Peter also has significant experience in the representation of equity committees in high-profile cases. Examples include Accuride; Loral Space and Communications, Inc.; Interstate Bakeries Corporation; Baldwin-United; Hancock Fabrics; LTV Steel; Hexcel Corporation; At Home Corporation; ICH Corporation; Hamburger Hamlet; and New Valley Corporation (Western Union).

Peter has represented numerous debtors across the country, including Pulse Electronics, Young Broadcasting; Newcomm; Maxicare Health Plans; American Film Technologies; Gibson Discount Stores; Philip Services; Plan B Communications; Hayes Microcomputer Products; Coltex Loop Central Three; FutureLink; GB Holdings, Inc. (a holding company that owned a significant equity interest in the Sands Casino in Atlantic City, NJ); and ICH Corporation (Sybra). He represented Salton in the restructuring of its bank debt and subsequent exchange

offer. Peter was selected by the examiner in the bankruptcy proceeding of DBSI RedPartners Provider Network in its Chapter 11 filing, and represented the examiner in the La Toya Jackson bankruptcy proceedings.

He has represented petitioning creditors who then took an active role in cases such as Zale Corporation, Southland Corporation (7-11 Stores) and MLG Properties. Peter has represented successful plan sponsors and asset purchasers in matters such as Tropicana Casinos, Fontainebleau Las Vegas, TransTexas Gas Corporation and Onsite Communications, an international insurance company in two multihundred-million-dollar Ponzi scheme bankruptcy matters. And he has represented numerous individual creditors and DIP Lenders in major restructurings such as CIT, Global Gaming, Home Holdings, Tronox, Worldcom and Enron, and numerous hedge funds in connection with their investments in distressed debt. Peter represented an affiliate of Carl Icahn in the WestPoint Stevens Chapter 11 case that acquired substantially all the assets of WestPoint Stevens, and another affiliate of Icahn and Franklin Mutual Advisors in connection with Union Power, one of the world's largest cogeneration facilities. He also represented Global Gaming in connection with its acquisition of Legends Casinos.

He also represented a national brokerage firm in connection with its major securities litigation and arbitration proceedings.

# Recognition

## Honors and Awards

- Peter has been recognized by *Chambers USA* as a leading bankruptcy and restructuring lawyer.

- Ranked in *Chambers USA: America's Leading Lawyers for Business*, 2008–2012

- Recognized by *Best Lawyers in America* (2006–2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.

- Listed in New York editions of *Best Lawyers* and *Super Lawyers*, 2008–2012

# Insights

- Co-Author, "Securities Trading by Bondholders—Restrictions on Trading by Pre-Petition Steering Committee Members and 'Chinese Walls' in High Yield Bonds," *Practising Law Institute*, September 1991

- Author, "Tax Superiority in Bankruptcy—Study of Business Bankruptcy Distribution in the Southern and Western Districts of New York," *Buffalo Law Review*, No. 4, 1977

# Areas of focus

## Practices

- Corporate

- Creditor and Equity Committee Representation

- Debtor-in-Possession Financing

- Debtor Representation

- Litigation and Dispute Resolution

- Out-of-Court Restructurings and Work-outs

- Real Estate

Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Communications
- Energy
- Gaming
- Hotels and Leisure
- Life Sciences and Health Care
- Manufacturing
- Professional Services

# Education

- University at Buffalo, State University of New York, 1977, JD
- SUNY Fredonia, 1974, BA

# Admissions and qualifications

- New York
- US Court of Appeals for the Fifth Circuit
- US Court of Appeals for the Second Circuit
- US Court of Appeals for the Third Circuit
- US District Court for the Eastern District of New York
- US District Court for the Southern District of New York
- US District Court for the Western District of New York

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Peter D. Wolfson
## Global Vice-Chair



Global Vice-Chair

New York
D +1 212 768 6840
M +1 914 673 7648

peter.wolfson@dentons.com

# Overview

Peter Wolfson is a Global Vice Chair at Dentons, the world's largest law firm. He practices in the firm's Restructuring, Insolvency and Bankruptcy practice. He has more than 30 years' experience in representing debtors, creditor and bondholder committees, equity committees, plan sponsors, asset purchasers and other parties in interest in out-of-court restructurings and Chapter 11 cases.

Peter lectures on a variety of bankruptcy and reorganization topics before professional organizations and to various creditor and bondholder groups.

Peter is a member of Dentons' Global Board, the Global Advisory Committee and the US Board. Prior to his current role as a Global Vice Chair, Peter was US Co-Chief Executive Officer of Dentons.

# Experience

As lead counsel for numerous creditor/bondholder/equity committees, Peter has developed a reputation as an aggressive, creative and practical bankruptcy lawyer in complex matters in a wide array of industries, in cross-border cases and in asbestos-related cases. Representative creditor and bondholder committee engagements include Federal Mogul Corporation, WHX Corporation, USG, Gillette Holdings, Hillsborough Holdings, Grand Union Community Newspapers, General Homes, Wilson Foods, and Global Crossing. Peter was retained as special litigation counsel for committees in Exide and Hayes Lemmerz.

Peter also has significant experience in the representation of equity committees in high-profile cases. Examples include Accuride; Loral Space and Communications, Inc.; Interstate Bakeries Corporation; Baldwin-United; Hancock Fabrics; LTV Steel; Hexcel Corporation; At Home Corporation; ICH Corporation; Hamburger Hamlet; and New Valley Corporation (Western Union).

Peter has represented numerous debtors across the country, including Pulse Electronics; Young Broadcasting; Newcomm; Maxicare Health Plans; American Film Technologies; Gibson Discount Stores; Philip Services; Plan B Communications; Hayes Microcomputer Products; Coltex Loop Central Three; FutureLink; GB Holdings, Inc. (a holding company that owned a significant equity interest in the Sands Casino in Atlantic City, NJ); and ICH Corporation (Sybra). He represented Salton in the restructuring of its bank debt and subsequent exchange

offer. Peter was selected by the bankruptcy court to head the committee of AlliedPartners Provider Network in its Chapter 11 filing, and represented the examiner in the La Toya Jackson bankruptcy proceedings.

He has represented petitioning creditors who then took an active role in cases such as Zale Corporation, Southland Corporation (7-11 Stores) and MLG Properties. Peter has represented successful plan sponsors and asset purchasers in matters such as Tropicana Casinos, Fontainebleau Las Vegas, TransTexas Gas Corporation and Onsite Communications, an international insurance company in two multihundred-million-dollar Ponzi scheme bankruptcy matters. And he has represented numerous individual creditors and DIP Lenders in major restructurings such as CIT, Global Gaming, Home Holdings, Tronox, Worldcom and Enron, and numerous hedge funds in connection with their investments in distressed debt. Peter represented an affiliate of Carl Icahn in the WestPoint Stevens Chapter 11 case that acquired substantially all the assets of WestPoint Stevens, and another affiliate of Icahn and Franklin Mutual Advisors in connection with Union Power, one of the world's largest cogeneration facilities. He also represented Global Gaming in connection with its acquisition of Legends Casinos.

He also represented a national brokerage firm in connection with its major securities litigation and arbitration proceedings.

# Recognition

## Honors and Awards

- Peter has been recognized by *Chambers USA* as a leading bankruptcy and restructuring lawyer.

- Ranked in *Chambers USA: America's Leading Lawyers for Business*, 2008–2012

- Recognized by *Best Lawyers in America* (2006–2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.

- Listed in New York editions of *Best Lawyers* and *Super Lawyers*, 2008–2012

# Insights

- Co-Author, "Securities Trading by Bondholders—Restrictions on Trading by Pre-Petition Steering Committee Members and 'Chinese Walls' in High Yield Bonds," *Practising Law Institute*, September 1991

- Author, "Tax Superiority in Bankruptcy—Study of Business Bankruptcy Distribution in the Southern and Western Districts of New York," *Buffalo Law Review*, No. 4, 1977

# Areas of focus

## Practices

- Corporate

- Creditor and Equity Committee Representation

- Debtor-in-Possession Financing

- Debtor Representation

- Litigation and Dispute Resolution

- Out-of-Court Restructurings and Work-outs

- Real Estate

## Industry sectors

- Communications

- Energy

- Gaming

- Hotels and Leisure

- Life Sciences and Health Care

- Manufacturing

- Professional Services

# Education

- University at Buffalo, State University of New York, 1977, JD

- SUNY Fredonia, 1974, BA

# Admissions and qualifications

- New York

- US Court of Appeals for the Fifth Circuit

- US Court of Appeals for the Second Circuit

- US Court of Appeals for the Third Circuit

- US District Court for the Eastern District of New York

- US District Court for the Southern District of New York

- US District Court for the Western District of New York

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Peter D. Wolfson
## Global Vice-Chair



Global Vice-Chair

New York
D +1 212 768 6840
M +1 914 673 7648

peter.wolfson@dentons.com

# Overview

Peter Wolfson is a Global Vice Chair at Dentons, the world's largest law firm. He practices in the firm's Restructuring, Insolvency and Bankruptcy practice. He has more than 30 years' experience in representing debtors, creditor and bondholder committees, equity committees, plan sponsors, asset purchasers and other parties in interest in out-of-court restructurings and Chapter 11 cases.

Peter lectures on a variety of bankruptcy and reorganization topics before professional organizations and to various creditor and bondholder groups.

Peter is a member of Dentons' Global Board, the Global Advisory Committee and the US Board. Prior to his current role as a Global Vice Chair, Peter was US Co-Chief Executive Officer of Dentons.

# Experience

As lead counsel for numerous creditor/bondholder/equity committees, Peter has developed a reputation as an aggressive, creative and practical bankruptcy lawyer in complex matters in a wide array of industries, in cross-border cases and in asbestos-related cases. Representative creditor and bondholder committee engagements include Federal Mogul Corporation, WHX Corporation, USG, Gillette Holdings, Hillsborough Holdings, Grand Union, Community Newspapers, General Homes, Wilson Foods, and Global Crossing. Peter was retained as special litigation counsel for committees in Exide and Hayes Lemmerz.

Peter also has significant experience in the representation of equity committees in high-profile cases. Examples include Accuride; Loral Space and Communications, Inc.; Interstate Bakeries Corporation; Baldwin-United; Hancock Fabrics; LTV Steel; Hexcel Corporation; At Home Corporation; ICH Corporation; Hamburger Hamlet; and New Valley Corporation (Western Union).

Peter has represented numerous debtors across the country, including Pulse Electronics, Young Broadcasting; Newcomm; Maxicare Health Plans; American Film Technologies; Gibson Discount Stores; Philip Services; Plan B Communications; Hayes Microcomputer Products; Coltex Loop Central Three; FutureLink; GB Holdings, Inc. (a holding company that owned a significant equity interest in the Sands Casino in Atlantic City, NJ); and ICH Corporation (Sybra). He represented Salton in the restructuring of its bank debt and subsequent exchange

offer. Peter was selected by the Court to chair the Committee representing the UnitedPartners Provider Network in its Chapter 11 filing, and represented the examiner in the La Toya Jackson bankruptcy proceedings.

He has represented petitioning creditors who then took an active role in cases such as Zale Corporation, Southland Corporation (7-11 Stores) and MLG Properties. Peter has represented successful plan sponsors and asset purchasers in matters such as Tropicana Casinos, Fontainebleau Las Vegas, TransTexas Gas Corporation and Onsite Communications, an international insurance company in two multihundred-million-dollar Ponzi scheme bankruptcy matters. And he has represented numerous individual creditors and DIP Lenders in major restructurings such as CIT, Global Gaming, Home Holdings, Tronox, Worldcom and Enron, and numerous hedge funds in connection with their investments in distressed debt. Peter represented an affiliate of Carl Icahn in the WestPoint Stevens Chapter 11 case that acquired substantially all the assets of WestPoint Stevens, and another affiliate of Icahn and Franklin Mutual Advisors in connection with Union Power, one of the world's largest cogeneration facilities. He also represented Global Gaming in connection with its acquisition of Legends Casinos.

He also represented a national brokerage firm in connection with its major securities litigation and arbitration proceedings.

# Recognition

## Honors and Awards

- Peter has been recognized by *Chambers USA* as a leading bankruptcy and restructuring lawyer.

- Ranked in *Chambers USA: America's Leading Lawyers for Business*, 2008–2012

- Recognized by *Best Lawyers in America* (2006–2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.

- Listed in New York editions of *Best Lawyers* and *Super Lawyers*, 2008–2012

# Insights

- Co-Author, "Securities Trading by Bondholders—Restrictions on Trading by Pre-Petition Steering Committee Members and 'Chinese Walls' in High Yield Bonds," *Practising Law Institute*, September 1991

- Author, "Tax Superiority in Bankruptcy—Study of Business Bankruptcy Distribution in the Southern and Western Districts of New York," *Buffalo Law Review*, No. 4, 1977

# Areas of focus

## Practices

- Corporate

- Creditor and Equity Committee Representation

- Debtor-in-Possession Financing

- Debtor Representation

- Litigation and Dispute Resolution

- Out-of-Court Restructurings and Work-outs

- Real Estate

Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Communications

- Energy

- Gaming

- Hotels and Leisure

- Life Sciences and Health Care

- Manufacturing

- Professional Services

# Education

- University at Buffalo, State University of New York, 1977, JD

- SUNY Fredonia, 1974, BA

# Admissions and qualifications

- New York

- US Court of Appeals for the Fifth Circuit

- US Court of Appeals for the Second Circuit

- US Court of Appeals for the Third Circuit

- US District Court for the Eastern District of New York

- US District Court for the Southern District of New York

- US District Court for the Western District of New York

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Malka S. Zeefe
## Counsel



Counsel

Washington, DC

malka.zeefe@dentons.com

# Overview

Malka is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. Malka's practice focuses on a broad range of large, complex domestic and international business reorganization and restructuring matters. These include the representation of creditors, debtors, committees, governmental and nongovernmental entities and other parties. Malka also has experience representing lenders and borrowers in complex international financing transactions.

# Experience

**Bankruptcy and Restructuring**

- **Liquidating trustee of Hovensa LLC**: Representing in Chapter 11 proceedings in Delaware. When in operation, Hovensa was the largest oil refinery and terminal facility in the Western Hemisphere.

- **Puerto Rico**: Represented the Fiscal Agency and Financial Advisory Authority and the Government Development Bank for the Commonwealth of Puerto Rico regarding its restructuring and revitalization efforts prior to commencement of proceedings under the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

- **Doctors Community Hospital Corporation liquidating trustee**: Represented in the Greater Southeast Community Healthcare Corporation bankruptcy cases, one of the largest restructuring matters ever filed in the District of Columbia, involving five failed hospitals and a management company.

- **Natural Products Group, LLC**: Represented the parent and certain of its subsidiaries, including Arbonne International, LLC, and Levlad, LLC, in a Chapter 11 case in Delaware.

- **Global Power Equipment Group and its domestic subsidiaries**. Represented these leading providers of power generation equipment and specialty maintenance services in a Chapter 11 case in Delaware.

- **Ad hoc committee of Arahova Noteholders**: Represented in one of the largest and most contentious US Chapter 11 cases, that of Adelphia Communications Corporation, administered in the Southern District of New York.

1

- **Ad hoc group of senior secured noteholders:** Represented this group in one of the contentious Chapter 11 bankruptcy cases for this leading global manufacturer of performance materials and specialty chemicals.

- **Mirant:** Represented one of the world's largest producers, generators and marketers of electricity, along with its affiliates, in one of the largest energy bankruptcy cases filed in the United States.

**Bank Finance**

- **Bank syndicate:** Represented a syndicate of 27 national and international banks, led by Deutsche Bank Luxembourg SA as facility agent, on a €1.5 billion refinancing for Evonik Industries AG.

- **Bank consortium:** Represented this consortium, with Deutsche Bank Luxembourg S. A. as facility agent, in connection with the provision of a €500 million revolving credit facility, secured by a comprehensive security package involving various jurisdictions, and a €304 million high-yield bond to Heidelberger Druckmaschinen AG.

- **Bank consortium:** Represented this consortium, with Unicredit Bank AG's London branch as agent, in connection with the refinancing of a portion of Xella International S.A.'s outstanding indebtedness.

- **Bank consortium:** Represented a group of five banks, led by HSH Nordbank AG as facility agent, in Deutsche Beteiligungs AG's acquisition of Spheros Group from financial investors Baird Capital Partners and Capcellence.

- **Deutsche Bank AG:** Represented the bank's New York branch in connection with a US$2.1 billion senior secured credit facility (comprising a US$1.8 billion term facility and a US$300 million revolver facility) for Colfax Corporation. This was one of the first syndicated leverage financings done in compliance with the recently revised UK Takeover Code.

# Insights

- Author of multiple news reports for *The Capitol Forum*

- Co-author, "IRC Section 382 and Restrictive Claims Trading Orders in Bankruptcy," *The Tax Section of The Florida Bar*, Vol. XXVI, No. 6, August 2009 (with David H. Dreier)

- Contributing author, "Winning Over the Client-Partner: Outgrowing the Nervous Newbie," *American Bankruptcy Institute Journal*, March 2009

- Co-author, "Healthcare Cases – Get Thee to a Specialist, Stat," *The Bankruptcy Strategist*, November and December 2008

# Activities and Affiliations

## Prior and Present Employment

Malka began and spent the bulk of her career as an associate in the Financial Restructuring & Insolvency and Bank Finance departments of global law firm White & Case LLP, in its Miami, Washington, and Munich offices. Malka's practice there focused on representing debtors in possession, creditors' committees, equity security holders, trustees and institutional lenders acting in various capacities in Chapter 11 bankruptcy proceedings, as well as in foreign and non-bankruptcy restructurings; as well as banks, investors and companies concerning German domestic and cross-border finance transactions, including secured and unsecured leveraged buy-outs with senior, mezzanine and bank/bond high yield structures, as well as restructuring of existing financing.

Immediately prior to joining Dentons, Malka served as Vice President, Compliance at The Capitol Forum, a news publication where she was originally brought on as Senior Correspondent to help build a bankruptcy product. Before that, while living in Germany, Malka served as the sole US-qualified corporate legal counsel to Treofan Germany GmbH & Co. KG, an international BOPP (biaxially oriented polypropylene film) manufacturing company.

Malka began her career in finance and restructuring as a partner in Gibson, Dunn & Crutcher LLP. She then taught legal research and writing while in law school, and spent her first summer working at an Italian boutique firm in Rome. In addition to her US legal credentials, she is qualified as a solicitor (non-practicing) in England and Wales.

# Areas of focus

## Practices

- Banking and Finance
- Corporate
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy
- Securities and Corporate Finance

## Industry sectors

- Energy
- Financial Institutions
- Government
- Infrastructure and PPP
- Life Sciences and Health Care
- Manufacturing
- Luxury, Fashion and Beauty

# Education

- Georgetown University Law Center, 2005, JD
- Harvard College, 2000, AB, Literature, *cum laude*

# Admissions and qualifications

- District of Columbia
- Florida
- Solicitor, England and Wales, non-practicing
- US District Court for the District of Columbia

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Malka S. Zeefe
## Counsel



Counsel

Washington, DC

malka.zeefe@dentons.com

# Overview

Malka is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. Malka's practice focuses on a broad range of large, complex domestic and international business reorganization and restructuring matters. These include the representation of creditors, debtors, committees, governmental and nongovernmental entities and other parties. Malka also has experience representing lenders and borrowers in complex international financing transactions.

# Experience

**Bankruptcy and Restructuring**

- **Liquidating trustee of Hovensa LLC**: Representing in Chapter 11 proceedings in Delaware. When in operation, Hovensa was the largest oil refinery and terminal facility in the Western Hemisphere.

- **Puerto Rico**: Represented the Fiscal Agency and Financial Advisory Authority and the Government Development Bank for the Commonwealth of Puerto Rico regarding its restructuring and revitalization efforts prior to commencement of proceedings under the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

- **Doctors Community Hospital Corporation liquidating trustee**: Represented in the Greater Southeast Community Healthcare Corporation bankruptcy cases, one of the largest restructuring matters ever filed in the District of Columbia, involving five failed hospitals and a management company.

- **Natural Products Group, LLC**: Represented the parent and certain of its subsidiaries, including Arbonne International, LLC, and Levlad, LLC, in a Chapter 11 case in Delaware.

- **Global Power Equipment Group and its domestic subsidiaries**: Represented these leading providers of power generation equipment and specialty maintenance services in a Chapter 11 case in Delaware.

- **Ad hoc committee of Arahova Noteholders**: Represented in one of the largest and most contentious US Chapter 11 cases, that of Adelphia Communications Corporation, administered in the Southern District of New York.

- **Ad hoc group of senior secured noteholders of Solutia, Inc.**: Represented in the contentious Chapter 11 bankruptcy cases for this leading global manufacturer of performance materials and specialty chemicals.

- **Mirant**: Represented one of the world's largest producers, generators and marketers of electricity, along with its affiliates, in one of the largest energy bankruptcy cases filed in the United States.

**Bank Finance**

- **Bank syndicate**: Represented a syndicate of 27 national and international banks, led by Deutsche Bank Luxembourg SA as facility agent, on a €1.5 billion refinancing for Evonik Industries AG.

- **Bank consortium**: Represented this consortium, with Deutsche Bank Luxembourg S. A. as facility agent, in connection with the provision of a €500 million revolving credit facility, secured by a comprehensive security package involving various jurisdictions, and a €304 million high-yield bond to Heidelberger Druckmaschinen AG.

- **Bank consortium**: Represented this consortium, with Unicredit Bank AG's London branch as agent, in connection with the refinancing of a portion of Xella International S.A.'s outstanding indebtedness.

- **Bank consortium**: Represented a group of five banks, led by HSH Nordbank AG as facility agent, in Deutsche Beteiligungs AG's acquisition of Spheros Group from financial investors Baird Capital Partners and Capcellence.

- **Deutsche Bank AG**: Represented the bank's New York branch in connection with a US$2.1 billion senior secured credit facility (comprising a US$1.8 billion term facility and a US$300 million revolver facility) for Colfax Corporation. This was one of the first syndicated leverage financings done in compliance with the recently revised UK Takeover Code.

# Insights

- Author of multiple news reports for *The Capitol Forum*

- Co-author, "IRC Section 382 and Restrictive Claims Trading Orders in Bankruptcy," *The Tax Section of The Florida Bar*, Vol. XXVI, No. 6, August 2009 (with David H. Dreier)

- Contributing author, "Winning Over the Client-Partner: Outgrowing the Nervous Newbie," *American Bankruptcy Institute Journal*, March 2009

- Co-author, "Healthcare Cases – Get Thee to a Specialist, Stat," *The Bankruptcy Strategist*, November and December 2008

# Activities and Affiliations

## Prior and Present Employment

Malka began and spent the bulk of her career as an associate in the Financial Restructuring & Insolvency and Bank Finance departments of global law firm White & Case LLP, in its Miami, Washington, and Munich offices. Malka's practice there focused on representing debtors in possession, creditors' committees, equity security holders, trustees and institutional lenders acting in various capacities in Chapter 11 bankruptcy proceedings, as well as in foreign and non-bankruptcy restructurings; as well as banks, investors and companies concerning German domestic and cross-border finance transactions, including secured and unsecured leveraged buy-outs with senior, mezzanine and bank/bond high yield structures, as well as restructuring of existing financing.

Immediately prior to joining Dentons, Malka served as Vice President, Compliance at The Capitol Forum, a news publication where she was originally brought on as Senior Correspondent to help build a bankruptcy product. Before that, while living in Germany, Malka served as the sole US-qualified corporate legal counsel to Treofan Germany GmbH & Co. KG, an international BOPP (biaxially oriented polypropylene film) manufacturing company.

Malka began her career in financial restructuring and reorganization as a paralegal at Gibson, Dunn & Crutcher LLP. She then taught legal research and writing while in law school, and spent her first summer working at an Italian boutique firm in Rome. In addition to her US legal credentials, she is qualified as a solicitor (non-practicing) in England and Wales.

# Areas of focus

## Practices

- Banking and Finance
- Corporate
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy
- Securities and Corporate Finance

## Industry sectors

- Energy
- Financial Institutions
- Government
- Infrastructure and PPP
- Life Sciences and Health Care
- Manufacturing
- Luxury, Fashion and Beauty

# Education

- Georgetown University Law Center, 2005, JD
- Harvard College, 2000, AB, Literature, *cum laude*

# Admissions and qualifications

- District of Columbia
- Florida
- Solicitor, England and Wales, non-practicing
- US District Court for the District of Columbia

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (specify): **FIRST INTERIM APPLICATION OF DENTONS US LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF TANIA M. MOYRON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **November 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **November 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **November 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2017 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
| **Governmental Agencies**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | |
| **Equity Holders - SERVED BY EMAIL**<br>Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email: obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email: scott.jarus@verizon.net** |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**