1  RON BENDER (SBN 143364)
2  MONICA Y. KIM (SBN 180139)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234; Facsimile: (310) 229-1244
5  Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
6
   Attorneys for Chapter 11 Debtors
7  and Debtors in Possession

8              **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9              **SAN FERNANDO VALLEY DIVISION**

| 10 | In re: | Lead Case No.: 1:17-bk-12408-MB |
|---|---|---|
| 11 | ICPW Liquidation Corporation, a California corporation[1], | Jointly administered with: 1:17-bk-12409-MB Chapter 11 Cases |
| 13 | Debtor and Debtor in Possession. | |
| 14 | In re: | **NOTICE OF DEBTORS' REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND DEADLINE TO FILE PROOF OF CLAIM BASED ON REJECTION OF SUCH EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| 15 | ICPW Liquidation Corporation, a Nevada corporation[2], | |
| 17 | Debtor and Debtor in Possession. | |
| 18 | | **Deadline to file rejection damage claim: December 27, 2017** |
| 19 | ☒ Affects both Debtors | |
| 20 | ☐ Affects ICPW Liquidation Corporation, a California corporation only | |
| 21 | ☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

2

**TO PARTIES TO REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

**PLEASE TAKE NOTICE** that, as of November 14, 2017, the executory contracts and unexpired leases listed below have been deemed rejected by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), pursuant to 11 U.S.C. § 365 and that certain *Order: (1) Approving Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances; (2) Approving The Debtors' Assumption And Assignment Of Certain Unexpired Leases And Executory Contracts And Determining Cure Amounts And Approving The Debtors' Rejection Of Unexpired Leases And Executory Contracts Which Are Not Assumed; (3) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(h) And 6006(d); And (4) Granting Related Relief* (Docket No. 177).

**PLEASE TAKE FURTHER NOTICE** that, the parties to the executory contracts and unexpired leases listed below have thirty days from the date of service of this Notice, i.e., **December 27, 2017** (the "Bar Date"), to file a proof of claim for any claim arising from the rejection of such executory contracts or unexpired leases. You may obtain a Proof of Claim form (Official Form 41) on the Bankruptcy Court's website or electronically file a Proof of Claim at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable Debtor using the case number and the claim register for the specific affected and applicable Debtor.

**PLEASE TAKE FURTHER NOTICE** that, any party that fails to file a proof of claim with the Court by the Bar Date is forever barred from asserting a pre-petition claim against the Debtors or the Debtors' bankruptcy estates.

**PLEASE TAKE FURTHER NOTICE** that the executory contracts and unexpired leases, and the contracting counter-parties affected by this Notice, are listed as follows:

| Contracting Party Name | Description of Contract |
|---|---|
| Aaron Zhang | Independent Contractor Agreement |
| Acklands Grainger | Customer contract |
| Adi Kurniawan | Employee Agreement |
| BIC Alliance | Magazine Subscription |
| Custom Information Services | IT Service Agreement |
| Dayup Global Co., Ltd. | Vendor Contract |
| DRG Strategic, LLC - Bob Goldstein | Vendor Contract |
| DTM Sales and Marketing | Sales Representative Agreement |
| DXP Enterprises | Customer Agreement |
| Huizhou Baijia Glove Co., Ltd. | Vendor Contract |
| Kartiko Sri Kuncoro | Employee Agreement |
| LAB Sales Agency | Sales Representative Agreement |
| MCR Safety | License Agreement |
| Muhammad Deni Indrajaya | Employee Agreement |
| Murski Breeding Sales Co. | Sales Representative Agreement |
| Naayle Garments | Vendor Contract |
| Nanang Kuriawan | Employee Agreement |
| Orgill | Customer Contract |
| Orr Safety | Customer Contract |
| POH | Customer Contract |
| PT Adira Semesta Industry | Vendor Contract |
| PT. Eagle Glove Indonesia | Vendor Contract |
| River Zheng | Independent Contractor Agreement |
| Russ MacDonald | Independent Contractor Agreement |
| R3 Safety aka Bunzl | Customer Contract |
| Sam's Club | Customer Contract |
| Shur Sales | Customer Contract |
| Snap-On | Customer Contract |
| Sony Riyadi | Employee Agreement |
| Stauffer Glove & Safety | Customer Agreement |
| TAB Sales Solutions | Sales Representative Agreement |
| Trinet | Vendor Contract |
| Vincent A. Pestilli & Associates, Inc. | Sales Representative Agreement |

Dated: November 27, 2017         ICPW LIQUIDATION CORPORATION, *et al.*

By:     */s/ Krikor J. Meshefejian*
         RON BENDER
         MONICA Y. KIM
         KRIKOR J. MESHEFEJIAN
         LEVENE, NEALE, BENDER,
         YOO & BRILL L.L.P.
         Attorneys for Debtors and
         Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF DEBTORS' REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND DEADLINE TO FILE PROOF OF CLAIM BASED ON REJECTION OF SUCH EXECUTORY CONTRACTS AND UNEXPIRED LEASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 27, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**    sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**    rb@lnbyb.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Aaron S Craig**    acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**    courts@argopartners.net
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **November 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 27, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Served via Attorney Service**
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 27, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

BIC ALLIANCE  
P O Box 40166  
Baton Rouge, LA 70835  

Shur-Sales & Marketing, Inc.  
3830 S Windermere St.  
Englewood, CO 80110  

DRG Strategic, LLC - Bob Goldstein  
P O BOX 191981  
Dallas, TX 75219  

DTM Sales and Marketing  
391 Gingercake Road  
Fayetteville, GA 30214  

Vincent A. Pestilli & Associates, Inc.  
193 Sam Brown Hill Road  
Brownfield, ME 4010  

Murski Breeding Sales Co.  
9212 Chancellor Row  
Dallas, TX 75247  

Custom Information Services  
1201 N Watson Rd #110  
Arlington, TX 76006  

MCR Safety  
1255 Schilling Blvd. W  
Collierville, TN 38017  

Sony Riyadi  
Taman Intan Cimanggis Town House Block  
D No.3 Jl. Raya Radar AURI Cisalak Pasar  
Cimanggis, Depok Jawa Barat 16452  

River Zheng  
29th Hengtand Old Street, Yiting Town,  
Shangyu District, Shaoxing Cit, Zhejiang  
Province, PRC  

Adi Kurniawan  
Metro Cluster Cendana M.6/40  
RT002 RW009 Kebon Dalem Purwakarta  
Cilegon Banten 42433  

Muhammad Deni Indrajaya  
Jl.Cilandak KKO, Gg Abbah 3  
RT09 RW05 Ragunan Pasar Minggu  
Jakarta Selatan ,  12550  

Kartiko Sri Kuncoro  
Komplek Timah H.19 RT001 RW006  
Pangkalan Jati Baru Cinere  
Depok Jawa Barat 16513  

Nanang Kuriawan  
Dsn Jimbaran RT003 RW002  
Jimbaran Bandungan  
Semarang Jawa Tengah 50651  

Russ MacDonald  
23785 110B Avenue  
Maple Ridge, BC V2W 1E6  
Canada  

TAB Sales Solutions  
12109-94A Street  
Grand Prairie, AB T8V 5C2  
Canada  

LAB Sales Agency  
58 Regis Drive  
Winnipeg, MB R2N 1K3  
Canada  

Stauffer Glove & Safety  
361 East Sixth Street  
Red Hill, PA 18076-045  

DXP Enterprises  
P.O. Box 1697  
Houston, TX 77251  

Aaron Zhang  
Room 1202 Building 12 ,Biguiyuan ,  
Renming Middle Road NO.527, Qidong  
County Nantong City, China 226200  

POH  
12 Brennan Way  
Belmont, Western Australia 6104  

Huizhou Baijia Glove Co., Ltd.  
Diakali Mouza, Manigonggjpara  
Savar, Dhaka, 1349, Bangladesh  

Acklands Grainger  
123 Commerce Valley Dr.  
Suite 700  
Thornhill, Ontario, L3T 7W  
Canada  

PT. Eagle Glove Indonesia  
Desa Bayen Purwomatani Kalasan  
Sleman, Yogyakarta, 55571  
Indonesia  

Orgill  
PO Box 140  
Memphis, TN 38101  

Dayup Global Co., Ltd.  
Phum Prey Sala, Sangkat Kakap  
Khan Posenchey, Phnom Penh  
855, Cambodia  

R3 Safety aka Bunzl  
P.O. Box 270417  
Saint Louis, MO 63141  

Trinet  
1100 San Leandro Blvd., Suite 400  
San Leandro, CA 94577  

Orr Safety  
11601 Interchange Drive  
Louisville, KY 40229  

Snap-On  
PO Box 1410  
Kenosha, WI 53141

Sam's Club
Attn: General Merchandise Manager
2101 SE Simple Savings Drive
Bentonville, AR 72716

PT Adira Semesta Industry
Bihbul Raya 73, Kopo., Bandung
West Java, 40228, Indonesia