RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**NOTICE OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BRIGHTON-BEST INTERNATIONAL, INC.** |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

**TO PARTIES TO ASSUMED AND ASSIGNED EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

**PLEASE TAKE NOTICE** that, as of November 14, 2017, the executory contracts and unexpired leases listed below have been assumed by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "<u>Debtors</u>"), and assigned to Brighton-Best International, Inc. ("<u>BBI</u>"), pursuant to 11 U.S.C. § 365 and that certain *Order: (1) Approving Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances; (2) Approving The Debtors' Assumption And Assignment Of Certain Unexpired Leases And Executory Contracts And Determining Cure Amounts And Approving The Debtors' Rejection Of Unexpired Leases And Executory Contracts Which Are Not Assumed; (3) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(h) And 6006(d); And (4) Granting Related Relief* (Docket No. 177).

**PLEASE TAKE FURTHER NOTICE** that any and all cure amounts authorized and directed to be paid in connection with the assumed and assigned executory contracts and unexpired leases, have been paid.

| Contracting Party Name | Description of Assumed and Assigned Contract |
|---|---|
| 1920 Hutton Court | Industrial Multi-Tenant Lease of 1920 Hutton Court |
| Abel Unlimited, Inc. | License Agreement |
| Ace Hardware | Customer Contract |
| Advantage Media Services | Logistics and Warehousing Agreement |
| Amazon | Customer Contract |
| AML United Limited | Vendor Contract |
| Big Time Products, LLC | License Agreement |
| Bunzl USA Holdings, LLC | License Agreement |
| Cabela's | Customer Contract |
| Cestusline, Inc. | License Agreement |
| Custom Leathercraft Mfg. LLC | License Agreement |
| Design Gallery (Pvt.) Ltd. | Vendor Contract |
| DESUN GARMENTS, LTD. | Vendor Contract |
| DNOW | Customer Contract |
| DNOW L.P. | License Agreement |

| Contracting Party Name | Description of Assumed and Assigned Contract |
|---|---|
| Do It Best | Customer Contract |
| Duluth Trading | Customer Contract |
| Emery Waterhouse | Customer Contract |
| Essendant (USSCO) | Customer Contract |
| Glenfir | Customer Contract |
| Impacto Protective Products, Inc. | License Agreement |
| Ka Hung Glove Industrial Co. Ltd. | Vendor Contract |
| Konica Minolta | Agreement regarding printers |
| Liberty Glove, Inc. | License Agreement |
| Magpul Industries Corp. | License Agreement |
| MARUSAN - MIMASU TSHUSHO CO. LTD. | Vendor Contract |
| Menards | Customer Contract |
| MERCINDO GLOBAL MANUFAKTUR | Vendor Contract |
| NANTONG CHANGBANG GLOVES CO. | Vendor Contract |
| Pitney Bowes | Agreement regarding postage meter |
| PT JJ GLOVES INDO | Vendor Contract |
| PT SEOK HWA INDONESIA | Vendor Contract |
| PT SPORT GLOVE INDONESIA | Vendor Contract |
| Refrigiwear, Inc. | License Agreement |
| Ringers Technologies LLC | License Agreement |
| RPS Solutions | License Agreement |
| Safety Supply Corporation | License Agreement |
| Saf-T-Glove | License Agreement |
| Sees Global Inc. | Vendor Contract |
| Select (Nantong) Safety Products Co | Vendor Contract |
| Southern Glove | License Agreement |
| Synetra | Internet Technology Service Contract |
| True Value | Customer Contract |
| WINDSPEED SPORTS SHANGHAI CO., LTD. | Vendor Contract |
| WONEEL MIDAS LEATHERS | Vendor Contract |
| Worldwide | Customer Contract |

Dated: November 27, 2017    ICPW LIQUIDATION CORPORATION, *et al.*

By:    */s/ Krikor J. Meshefejian*
      RON BENDER
      MONICA Y. KIM
      KRIKOR J. MESHEFEJIAN
      LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
      Attorneys for Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BRIGHTONBEST INTERNATIONAL, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 27, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**     sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**     rb@lnbyb.com
- **Cathrine M Castaldi**     ccastaldi@brownrudnick.com
- **Russell Clementson**     russell.clementson@usdoj.gov
- **Aaron S Craig**     acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**     courts@argopartners.net
- **Monica Y Kim**     myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Jeffrey A Krieger**     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Samuel R Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- **Krikor J Meshefejian**     kjm@lnbrb.com
- **Tania M Moyron**     tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**     margaux.ross@usdoj.gov
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **November 27, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 27, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                            **F 9013-3.1.PROOF.SERVICE**

**Served via Attorney Service**
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 27, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                        **F 9013-3.1.PROOF.SERVICE**

Bunzl USA Holdings, LLC (Cordova Safety Products, John Tillman Co.)
Once City Place Drive
Suite 200
St. Louis, MO 63141

Abel Unlimited Inc. (Ironwear)
2020 Seabird Way
Riviera Beach, FL 33404

Big Time Products, LLC (includes Apollo Performance Gloves)
2 Wilbanks Road SE
Rome, GA 30161

DNOW L.P. (Skatiq Gloves)
7402 N. Eldridge Parkway
Houston, TX 77041

Cestusline, Inc.
13818 NE Airport Way
Portland, OR 97230

Custom Leathercraft Mfg. LLC
10240 S. Alameda Street
South Gate, CA 90280

Magpul Industries Copr.
8226 Bee Cave Road
Austin, TX 78746

Impacto Protective Products, Inc.
40 Dussek Street
Belleville, ON K8N 5R8
CANADA

Liberty Glove, Inc.
433 Cheryl Lane
City of Industry, CA 91789

Ringers, Inc.
8846 North Sam Houston Parkway West
Houston, TX 77064

RPS Solutions
726 Donald Preston Drive
Wolfforth, TX 79382

Refrigiwear, Inc.
54 Breakstone Drive
Dahlongega, GA 30533

Saf-T-Glove
1121 Fountain Parkway
Grand Prairie, TX 75050

Southern Glove
749 AC Little Drive
Newton, NC 28658

Safety Supply Corporation (Radians)
880 North Hills Blvd.
Suite 505
Reno, NV 89506

Advantage Media Services, Inc.
Attn: Steven Helmle
29010 Commerce Center Drive
Valencia, CA 91355

Mercindo Global Manufaktur
Attn: Danny Negara
Jl. Raya Semarang-Bawen Km.29
SEemerang, Central Java
50661, Indonesia

Nantong Changbang Gloves Co.
Attn: Eliza Yang
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Ka Hung Glove Inustrial Co. Ltd.
Attn: Ms. Vicz Yue
Fujian Quanzhou Jiacheng Leather
Chi Feng Road, Quanzhou City
Fujian, 362000, China

PT JJ GLOVES INDO
Attn: Kwong
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia, 57463

PT SPORT GLOVE INDONESIA
Attn: Mark Robba
Krandon Desa Pandowoharjo Sleman
Yogyakarta, Indonesia, 55512

Marusan - Mimasu Tshusho Co. Ltd.
Attn: Sky Lin
No 1 Queen' Road Central
Hong Kong
China

1920 Hutton Court
Attn: Johnny Clark
Inwood National Bank
P O Box 857413
Richardson, TX 75085

Synetra
Attn: John Calhoun
1110 E. State Highway 114
Suite 200
Southlake, TX 76092

Woneel Midas Leathers
Attn: Janice Lee
Jl Gembor Raya Desa Pasirjaya
Tangerang
Banten, Indonesia, 15135

DESIGN GALLERY (PVT.) LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh,

Winspeed Sports Shanghai Co., Ltd.
Attn: Bradley J. S. Weiss
858 Mingzhu Road
Shanghai
China, 00020-1702

DESUN GARMENTS, LTD.
89/1, Birulia Road, Savar, Dhaka
Dhaka
Savar-1340, Bangladesh,

Pitney Bowes Credit Corp.
P.O.Box   371887
Pittsburg, PA 15250-7887

PT SEOK HWA INDONESIA
Room 1218, Krantz Techno Bldg.
5442-1 Sang Dae Won-Dong, Sung Nam
Kyung Gi-Do, Indonesia,  00046-2819

Ace Hardware
2222 Kensington St.
Oak Brook, IL 60523

AML United Limited
29th Floor, Nanyang Plaza
57 Hung To Road, Kwun Tong, Kowloon
Hong Kong, China

Advantage Media Services
29120 Commerce Center Drive #2
Valencia, CA 91355

Amazon
410 Terry Ave. North
Seattle, WA 98109

Duluth Trading
PO Box 409170
Belleville, WI 53508

DNOW
PO Box 40985
Houston, TX 77240

Cabela's
1 Cabela Dr.
Sidney, NE 69160

Konica Minolta Business Solutions
100 Williams Drive
Ramsey, NJ 07446

Emery Waterhouse
7 Rand Rd.
Portland, ME 04104

Do It Best
6502 Nelson Road
Fort Wayne, IN 46803

True Value
8600 W. Bryn Mawr Avenue
Chicago, IL 60631

Glenfir
General French 1948
Montevideo, Uruguay 11500

Essendant  USSCO
1 Parkway North Blvd., Suite 100
Deerfield, IL 60015

Worldwide
PO Box 88607
Seattle, WA 98138

Sees Global Inc.
#612 Suntec City 307-2
Sandaewon-dong, Jungwon-gu
Seongnam, Kyunggi, KO, 46273-6000

Menards
5101 Menard Dr.
Eau Claire, WI 54703

Select  Nantong  Safety Products Co
No. 198 Youyi Road  W
Jueguang, Rudong, Jiangsu
226400, China