BROWN RUDNICK LLP
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
FOUAD KURDI (*pro hac vice*)
fkurdi@brownrudnick.com
SAM MONIZ, #313274
smoniz@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>    Debtor and Debtor in Possession.<br><br>☐ Affects both Debtors<br>☒ Affects ICPW Liquidation Corporation, a California corporation only<br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with: 1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE AND ESTABLISHING PROTOCOL AND NOTICE OF HEARING THEREON**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>CTRM:   303<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1240757 v1-iManDB-034260/0001

The Official Committee of Unsecured Creditors for the Bankruptcy Estate of ICPW Liquidation Corporation, a California corporation ("Debtor"), hereby files this joinder in support of Debtors' Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol And Notice Of Hearing Thereon (Dkt. 241) filed on November 21, 2017.

DATED: November 28, 2017    Respectfully submitted,

BROWN RUDNICK LLP

By: *[signature]*
CATHRINE M. CASTALDI
Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2211 Michelson Drive, Suite 700, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE AND ESTABLISHING PROTOCOL AND NOTICE OF HEARING THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 28, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 28, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ICPW Liquidation Corporation,
a California corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

ICPW Liquidation Corporation,
a Nevada corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 28, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2017 | JEANNIE MENDEZ | *Jeannie Mendez* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [con't]:**

| | |
|---|---|
| Shiva D Beck | sbeck@gardere.com, jcharrison@gardere.com |
| Ron Bender | rb@lnbyb.com |
| Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Aaron S Craig | acraig@kslaw.com, lperry@kslaw.com |
| Matthew A Gold | courts@argopartners.net |
| Monica Y Kim | myk@lnbrb.com, myk@ecf.inforuptcy.com |
| Jeffrey A Krieger | jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Samuel R Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com; kathryn.howard@dentons.com |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Tania M Moyron | tania.moyron@dentons.com, chris.omeara@dentons.com |
| S Margaux Ross | margaux.ross@usdoj.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Sharon Z. Weiss | sharon.weiss@bryancave.com, raul.morales@bryancave.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1236338 v1-034260/0001

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**
**VIA U.S. MAIL**

| CREDITORS COMMITTEE: | EQUITY HOLDERS: |
|---|---|
| Resources Global Professionals<br>Attn: Brent Waters<br>17101 Armstrong Avenue<br>Irvine, CA 92614<br><br>Winspeed Sports (Shanghai) Co., Ltd.<br>c/o Brian Mitteldorf / Sam Mitteldorf<br>Creditors Adjustment Bureau<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423<br><br>PT Sport Glove Indonesia<br>Attn: Mark Robba<br>Krandon Desa Pandowoharjo<br>Sleman Yogyakarta 55512<br>Indonesia | Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br><br>Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br><br>Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1236338 v1-034260/0001