SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**DEC 06 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>Debtor and Debtor in Possession.<br><br>Affects:<br><br>☐ Both Debtors<br><br>☒ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION ON FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY BROWN RUDNICK LLP [SEPTEMBER 22, 2017 TO NOVEMBER 9, 2017], DKT. 271**<br><br>DATE:        December 12, 2017<br>TIME:        1:30 p.m.<br>PLACE:     Courtroom "303"<br>                    21041 Burbank Blvd.<br>                    Woodland Hills, CA 91367 |

The Court, having read and considered that certain *Stipulation On First Interim Application For Allowance Of Fees And Costs Filed By Brown Rudnick LLP [September 22, 2017 To November 9, 2017]*, filed on November 28, 2017, Dkt. 271 (the "Stipulation"), and with good cause appearing, orders as follows:

---
[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

105811191\V-1

1.  The Stipulation is approved.

2.  The fees requested by Counsel for the Creditors' Committee shall be reduced by $17,000.

3.  <u>This Order approving the Stipulation in no way constitutes a final ruling on the First Interim Application For Allowance of Fees and Costs Filed by Brown Rudnick LLP, Dkt. 231.</u>

**<u>IT IS SO ORDERED.</u>**

###

Date: December 6, 2017

Martin R Barash
United States Bankruptcy Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2

105811191\V-1