| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Shiva Delrahim Beck (SBN 228841)<br>Email: sbeck@gardere.com<br>Todd A. Murray (*Pro Hac Vice*)<br>Email: tmurray@gardere.com<br>Thomas C. Scannell (*Pro Hac Vice*)<br>Email: tscannell@gardere.com<br>GARDERE WYNNE SEWELL LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, Texas 75201<br>(214) 999-3000<br>(214) 999-4667 (fax)<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: William M. Aisenberg and Jeffrey Cordes | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>ICPW Liquidation Corporation, a California corporation,<br><br>   Debtor and Debtor in Possession. | CASE NO.: 1:17-bk-12408-MB Jointly Administered with:<br>        1:17-bk-12409-MB<br>CHAPTER: 11 |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,<br><br>   Debtor and Debtor in Possession. | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>JOINT STIPULATION RELATING TO DIRECTORS & OFFICERS INSURANCE POLICIES |
| ☒ Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | |

PLEASE TAKE NOTE that the order titled <u>Order Approving Joint Stipulation Relating to Directors & Officers Insurance Policies</u>

was lodged on (*date*) <u>12/07/2017</u> and is attached. This order relates to the stipulation which is docket number <u>300</u>

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

# EXHIBIT A

Shiva Delrahim Beck (SBN 228841)
Email: sbeck@gardere.com
Todd A. Murray (*Pro Hac Vice*)
Email: tmurray@gardere.com
Thomas C. Scannell (*Pro Hac Vice*)
Email: tscannell@gardere.com
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)

Attorneys for William M. Aisenberg and Jeffrey Cordes

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>[x] Affects both Debtors<br><br>[ ] Affects ICPW Liquidation Corporation, a California corporation only<br><br>[ ] Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No. 1:17-bk-12408-MB<br><br>Jointly administered with: 1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**ORDER APPROVING JOINT STIPULATION RELATING TO DIRECTORS & OFFICERS INSURANCE POLICIES**<br><br>HEARING:<br><br>DATE: December 12, 2017<br>TIME: 1:30 p.m.<br>CTRM: 303<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1  The Court, having read and considered that certain *Stipulation Relating to Directors & Officers Insurance Policy* entered into by and among Jeffrey Cordes and William M. Aisenberg (collectively, "Insureds"), ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors") and the Official Committee of Equity Holders ("OCEH") [Docket No. 300], and it appearing that the Court has jurisdiction over this matter, and based upon all of the proceedings had before the Court; after due deliberation, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved by the Court.

###

Gardere01 - 10946814v.1