Samuel R. Maizel (SBN 189301)
samuel.maizel@dentons.com
Tania M. Moyron (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Official Committee
of Equity Security Holders

**FILED & ENTERED**

**DEC 07 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

ICPW Liquidation Corporation, a California corporation,[1]

  Debtor and Debtor in Possession.

In re:

ICPW Liquidation Corporation, a Nevada corporation,[2]

  Debtor and Debtor in Possession.

Affects:

☒ Both Debtors

☐ ICPW Liquidation Corporation, a California corporation

☐ ICPW Liquidation Corporation, a Nevada corporation.

Case No. 1:17-bk-12408-MB
Jointly administered with:
Case No. 1:17-bk-12409-MB

Chapter 11

**ORDER TEMPORARILY DENYING AND CONTINUING MOTION OF JEFFREY CORDES AND WILLIAM M. AISENBERG FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 IN NONBANKRUPTCY FORUM**

Hearing:

Date: November 15, 2017
Time: 10:00 a.m.
Ctrm: 303
21041 Burbank Blvd.
Woodland Hills, CA 91367

On November 15, 2017, at 10:00 a.m., the Court held a hearing to consider the *Motion Of Jeffrey Cordes And William M. Aisenberg For Relief From The Automatic Stay Under 11 U.S.C. [§] 362(Action In Nonbankruptcy Forum)* (the "Motion"), as Docket No. 132, and the papers in support thereof. Appearances were made as set forth on the Court's record.

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

105829854\V-1

The Court, having read and considered, the Motion, the opposition (the "Opposition") filed by the above-captioned debtors (the "Debtors"), as Docket No. 169, the joinder in the opposition (the "Joinder") filed by the Official Committee of Equity Security Holders (the "Equity Committee"), as Docket No. 168, the reply in support of the Motion, as Docket No. 191, and good cause appearing, orders as follows:

1. The Motion is temporarily denied and the hearing on the Motion is continued as set forth in this Order.

2. The Motion is further bifurcated into two separate matters to address (i) issues related to certain D&O insurance policies (the "D&O Policies"), and (ii) issues related to the claims and/or defenses of the Debtors' estates against Jeffrey Cordes and William Aisenberg (the "Movants") in connection with the arbitration proceeding.

3. The Movants, the Debtors and the Equity Committee may supplement the record with respect to the D&O Policies on or before December 8, 2017 (the "Supplemental D&O Papers") and/or file a stipulation permitting the reimbursement of costs to the Movants under the D&O Policies up to a certain amount through a date certain on an interim basis, without prejudice to the Movants' ability to request for additional amounts under the D&O Policies or the Debtors' and the Equity Committee's ability to oppose any such requests.

4. A continued hearing on issues related to the D&O Policies shall be held on December 12, 2017, at 1:30 p.m., at which time the parties may respond to any Supplemental D&O Papers.

5. The Debtors' estates and/or the Equity Committee (since the Debtors have granted the Equity Committee standing and exclusive authority to assert, prosecute and/or settle on behalf of the Debtors' estates any and all claims and defenses against the Movants) may file on or before January 26, 2018: (i) any claim objection(s) and/or adversary proceeding(s) (collectively, the "Action") against the Movants, and (ii) any supplemental papers in support of the Opposition and the Joinder (the "Supplemental Arbitration Papers"). Any and all such papers filed by or on behalf of the Debtors' estates must be immediately served on counsel for the Movants via email.

6. The Movants may file a response to the Supplemental Arbitration Papers and/or

1  the Action on or before February 16, 2018.

2      7.    Movants shall not be required to file an answer or any other response to the Action

3  until further order of the Court.

4      8.    A status conference on the Action and Motion shall be held on February 27, 2018

5  at 1:30 p.m.

6  **IT IS SO ORDERED.**

###

Date: December 7, 2017

Martin R Barash
United States Bankruptcy Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

105829854\V-1