RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>  Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>  Debtor and Debtor in Possession.<br>_____<br>☒ Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**AMENDMENT TO APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY BPE&H AN ACCOUNTACY CORPORATION AS CERTIFIED PUBLIC ACCOUNTANT TO THE DEBTORS PURSUANT TO 11 U.S.C. §§ 327 WITH COMPENSATION PURSUANT TO 11 U.S.C. § 328; DECLARATION OF MARTIN BELAK-BERGER, CPA IN SUPPORT THEREOF**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:   Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA |

_____

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation, the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy cases (collectively, the "Debtors"), hereby submit this Amendment to that certain application (the "Application") [Docket No. 284] for Court approval of their employment of BPE&H An Accountancy Corporation (the "Accountant") as the Debtors' certified public accountant pursuant to sections 327 and 328 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

This Amendment is intended to modify the scope of work to be performed (and compensation structure) by the Accountant, and make further discloses pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**Modified Scope of Work and Terms of Compensation**

The Application is hereby amended to provide that, subject to Court approval, the Accountant will perform the following services for the Debtors according to the following compensation structure:

1.    The Accountant will determine (even as a preliminary estimate) for the benefit of the Debtors, if the Debtors will be owing any taxes resulting from the recent sale of the Debtors' assets, so that the Debtors can properly reserve for the payment of any such taxes (the "Additional Assignment").  Such information obtained from the Additional Assignment will assist the Debtors in connection with expeditiously administering their bankruptcy cases to conclusion. As compensation for the Additional Assignment, the Accountant requests that the Court authorize the Debtors to pay to the Accountant, on a final basis, and without the need for the Accountant to file a final fee application, fees not to exceed the sum of $6,000.  The Accountant will charge its normal and customary hourly rates and will seek reimbursement of expenses, but the total amount of fees and expenses will not exceed $6,200.  The Accountant's

hourly rates for the Additional Services will range from $175 to $420, which the Accountant submits are commensurate with prevailing market rates.

2. The Accountant will prepare the Debtors' 2016 state and federal tax returns for a fixed fee of $13,000.

3. The Accountant will work with the Debtors to review and determine whether amendments are required to 2015 state and federal tax returns which were filed pre-petition. The Accountant will charge a fixed fee of $1,500 for this review and determination. To the extent amendments are required, the Accountant will charge an additional fixed fee of $9,500.

4. The Accountant will not prepare the Debtors' 2017 or 2018 state or federal tax returns.

5. The Accountant will receive a retainer in the amount of $10,000 upon Court approval of the Application as amended by this Amendment.

6. The Accountant requests Court approval of the Accountant's proposed compensation on a final basis without the need for the Accountant to file a final fee application.

**Additional Disclosures Pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure**

The Debtors have recently learned that the Accountant serves as the accountant to Samuel R. Maizel, who is a partner of Dentons US LLP, counsel to the Official Committee of Equity Holders, and the Accountant has recently learned that Mr. Maizel is an attorney involved in this case. Neither the Debtors nor the Accountant believe that this presents an issue with respect to the Accountant's employment in these cases, as the Accountant's connection with Mr. Maizel has no relationship to the Accountant's proposed work in these cases.

///

///

///

///

///

3

1  WHEREFORE, the Debtors respectfully request the Court to approve their employment of the Accountant as their certified public accountant upon the terms and conditions set forth in the Application, as modified by this Amendment.

Dated: December 7, 2017

ICPW, LIQUIDATION CORPORATION, a California Corporation, and ICPW LIQUIDATION CORPORATION, a Nevada Corporation

*/s/ Matthew Pliskin*
Matthew Pliskin
Chief Financial Officer

Submitted by:

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By:    */s/ Krikor J. Meshefejian*
       RON BENDER
       MONICA Y. KIM
       KRIKOR J. MESHEFIEJIAN
Attorneys for Chapter 11 Debtors
and Debtors in Possession

## **DECLARATION OF MARTIN BELAK-BERGER**

I, Martin Belak-Berger, CPA hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am a shareholder at BPE&H An Accountancy Corporation (the "Accountant"). I am also a certified public accountant. I make this Declaration in support of the Supplement to which this Declaration is attached. Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Supplement.

3. The Debtors and the Accountant have agreed to modify the scope of the Accountant's work and proposed compensation, as follows:

4. The Accountant will determine (even as a preliminary estimate) for the benefit of the Debtors, if the Debtors will be owing any taxes resulting from the recent sale of the Debtors' assets, so that the Debtors can properly reserve for the payment of any such taxes (the "Additional Assignment").

5. As compensation for the Additional Assignment, the Accountant requests that the Court authorize the Debtors to pay to the Accountant, on a final basis, and without the need for the Accountant to file a final fee application, fees not to exceed the sum of $6,000. The Accountant will charge its normal and customary hourly rates and will seek reimbursement of expenses, but the total amount of fees and expenses will not exceed $6,200. The Accountant's hourly rates for the Additional Services will range from $175 to $420, which I submit are commensurate with prevailing market rates.

6. The Accountant will prepare the Debtors' 2016 state and federal tax returns for a fixed fee of $13,000.

7. The Accountant will work with the Debtors to review and determine whether amendments are required to 2015 state and federal tax returns which were filed pre-petition. The Accountant will charge a fixed fee of $1,500 for this review and determination. To the extent amendments are required, the Accountant will charge an additional fixed fee of $9,500.

5

8. The Accountant will not prepare the Debtors' 2017 or 2018 state and federal tax returns.

9. The Accountant will receive a retainer in the amount of $10,000 upon Court approval of the Application as amended by this Amendment.

10. The Accountant requests Court approval of the Accountant's proposed compensation on a final basis without the need for the Accountant to file a final fee application.

11. We have recently learned that Samuel R. Maizel is an attorney involved in this case. We do not believe that this presents an issue with respect to the Accountant's employment in these cases, as the Accountant's connection with Mr. Maizel has no relationship to the Accountant's proposed work in these cases.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 7th day of December, 2017, at Los Angeles, California.

_____
Martin Belak-Berger/Shareholder

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **AMENDMENT TO APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY BPE&H AN ACCOUNTACY CORPORATION AS CERTIFIED PUBLIC ACCOUNTANT TO THE DEBTORS PURSUANT TO 11 U.S.C. §§ 327 WITH COMPENSATION PURSUANT TO 11 U.S.C. § 328; DECLARATION OF MARTIN BELAK-BERGER, CPA IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**   sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**   rb@lnbyb.com
- **Cathrine M Castaldi**   ccastaldi@brownrudnick.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Aaron S Craig**   acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**   courts@argopartners.net
- **Monica Y Kim**   myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Jeffrey A Krieger**   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Samuel R Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- **Krikor J Meshefejian**   kjm@lnbrb.com
- **Tania M Moyron**   tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**   margaux.ross@usdoj.gov
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **December 8, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 8, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**_Served via Attorney Service_**
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ *Service information continued on attached page (OVERNIGHT MAIL)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2017 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY OVERNIGHT MAIL:**

| | | |
|---|---|---|
| *Committee Counsel* | *Equity Committee Counsel* | Russell Clementson |
| Brown Rudnick LLP | Dentons US LLP | S Margaux Ross |
| Attn: Cathrine M Castaldi | Attn: Samuel Maizel & Tania Moyron | United States Trustee |
| 2211 Michelson Dr 7th Fl | 601 South Figueroa St., Suite 2500 | 915 Wilshire Blvd., Suite 1850 |
| Irvine, CA 92612 | Los Angeles, CA 90017-5704 | Los Angeles, California 90017 |