| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re:<br>ICPW LIQUIDATION CORPORATION, a California corporation, | CASE NO.: 1:17-bk-12408-MB |
|---|---|
| | CHAPTER: |
| | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☒ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers      ☐ Statement of Intention      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 12/8//2017

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                      Page 1                      **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify the case:**

Debtor name **ICPW Liquidation Corporation, a California corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   **1:17-bk-12408-MB**

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Board of Equalization**<br>**Acct. Analysis & Control Sec. MIC 2**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $891.40 | $600.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Comptroller of Public Accounts**<br>**P O Box 149348**<br>**Austin, TX 78714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,294.00 | $2,294.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **C001**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     26717     Best Case Bankruptcy

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,662.28** |
|---|---|---|---|

**Account Temps**
**P.O. BOX 743295**
**Los Angeles, CA 90074-3295**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Temporary Employee Services**

**Last 4 digits of account number  N001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178,522.75** |
|---|---|---|---|

**Advantage Media Services, Inc.**
**29010 Commerce Center Drive**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Logistics and Warehousing Services**

**Last 4 digits of account number  0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,330.56** |
|---|---|---|---|

**AML United Limited**
**29th floor, Nanyang Plaza**
**57 Hung To Road, Kwun Tong**
**Kowloon, Hong Kong, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number  I001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,395.96** |
|---|---|---|---|

**Amster, Rothstein & Ebenstein, LLP**
**90 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Professional Services**

**Last 4 digits of account number  R001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51.98** |
|---|---|---|---|

**Atmos Energy**
**Three Lincoln Centre, Suite 1800**
**5430 LBJ Freeway**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Utilities**

**Last 4 digits of account number  EE00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|

**BDO USA, LLP**
**P. O. BOX 677973**
**Dallas, TX 75267-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Professional Services**

**Last 4 digits of account number  A001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,304.35** |
|---|---|---|---|

**Ben Padnos**
**PO Box 1993**
**Manhattan Beach, CA 90267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3rd Quarter 2017**

Basis for the claim: **Directors' fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,800.00**

**BIC ALLIANCE**
**P O Box 40166**
**Baton Rouge, LA 70835**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Industry Publication**

Last 4 digits of account number  **L001**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,788.95**

**BNSF**
**75 Remittance Dr. Ste. 1748**
**Chicago, IL 60675-1748**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **O001**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,110.51**

**Broadridge**
**P.O. Box 416423**
**Boston, MA 02241-6423**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **R001**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00**

**Broussard,Ronald Roy**
**3001 Oak Meadow Drive**
**Flower Mound, TX 75028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **September 2017**

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00**

**Burkhard,Kerri**
**4405 Glenbrook Court**
**Mansfield, TX 76063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **September 2017**

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$695.00**

**Business Systems Integrators, LLC**
**P O Box 495**
**Lawson, MO 64062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **O001**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,471.81**

**Capital One Bank**
**P. O. BOX 1917**
**Merrifield, VA 22116-1917**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit**

Last 4 digits of account number  **A002**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,402.17**

**Charles Giffen**
**6000 Elba Place**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3rd Quarter 2017**

Basis for the claim:  **Directors' fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,546.45**

**CIS Custom Information Services**
**1201 N. Watson Rd., Ste. 110**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **S001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$288.10**

**Commerce Technologies, Inc.**
**25736 Network Place**
**Chicago, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **R001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,706.52**

**David Jacobs**
**335 Lee Hill Drive**
**Boulder, CO 80302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3rd quarter 2017**

Basis for the claim:  **Board of Directors' fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$355.09**

**Daylight Transport**
**P O Box 93155**
**Long Beach, CA 90809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Transportation**

Last 4 digits of account number  **G001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,801.60**

**DESIGN GALLERY (PVT.) LTD.**
**PLOT #322/B, MEDICAL ROAD**
**HELAL MARKET, UTTARKHAN**
**DHAKA-1230, Bangladesh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **N002**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,691.75**

**DESUN GARMENTS, LTD.**
**89/1, Birulia Road, Savar, Dhaka**
**Dhaka**
**Savar-1340, Bangladesh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product**

Last 4 digits of account number  **G001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,095.00** |
|---|---|---|---|
| | **Dival Safety & Supplies**<br>**1721 Niagra Street**<br>**Buffalo, NY 14207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number  **S001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$556.75** |
|---|---|---|---|
| | **DRG Strategic, LLC - Bob Goldstein**<br>**P O BOX 191981**<br>**Dallas, TX 75219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **R001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,184.26** |
|---|---|---|---|
| | **DTM Sales**<br>**391 Gingercake Road**<br>**Fayetteville, GA 30214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,304.35** |
|---|---|---|---|
| | **Emmett Murphy**<br>**3901 Turtle Creek Blvd.**<br>**Dallas, TX 75219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3rd Quarter 2017** | Basis for the claim:  **Directors' fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Emslie, Mike**<br>**20, Charleston Park Cove**<br>**Aberdeen AB12 3TX** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **September 2017** | Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Eshleman,Derek G**<br>**3744 Woodshadow Lane**<br>**Addison, TX 75001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **September 2017** | Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,795.67** |
|---|---|---|---|
| | **FedEx**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Shipping Services** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Feld,Abraham Hagen**
**14700 Marsh Ln. Apt. #926**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   September 2017**

**Last 4 digits of account number** _

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Fowler,Michael J**
**1722 Ashland Ave.**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   September 2017**

**Last 4 digits of account number** _

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Geoff Greulich**
**3485 Ridgeford Drive**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   September 2020**

**Last 4 digits of account number** _

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement.  In addition to claim amount set forth herein, Mr. Greulich is entitled to receive 3% of all enterprise value/sale price in excess of $22,500,000**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$797.81** |
|---|---|---|---|

**Ginger Collier**
**6524 Deseo Apt. 358**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  R001**

**Basis for the claim:  Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$759.07** |
|---|---|---|---|

**GT Graphics**
**826 Michigan Avenue**
**Sheboygan, WI 53081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  P001**

**Basis for the claim:  Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Guo, Xin**
**540 Lake Forest Dr.**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   September 2017**

**Last 4 digits of account number** _

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$364.80** |
|---|---|---|---|

**Hewlett Packard**
**1501 Page Mill Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **T001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Jaeger,Eric**
**1408 CAMBRIDGE CROSSING**
**Southlake, TX 76092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2017**

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,957.73** |
|---|---|---|---|

**KA HUNG GLOVE INUSTRIAL CO. LTD.**
**FUJIAN QUANZHOU JIACHENG LEATHER**
**CHI FENG ROAD, QUANZHOU CITY**
**FUJIAN, 362000, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Product**

Last 4 digits of account number  **G001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,152.31** |
|---|---|---|---|

**Konica Minolta Business Solutions**
**100 Williams Drive**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Printer Services/Costs**

Last 4 digits of account number  **A001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.92** |
|---|---|---|---|

**LAB Sales Agency**
**58 Regis Drive**
**Winnipeg, MB 1K3 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Laubert,Matthew Palmer**
**3201 Pecan Meadow Drive**
**Garland, TX 75040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2017**

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.10** |
|---|---|---|---|

**LF Logistics**
**230-19 International Airport Ct., S**
**Springfield Gardens, NY 11413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number  **I001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | | Case number (if known) | **1:17-bk-12408-MB** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.42** | **Nonpriority creditor's name and mailing address**

**Liaison Technologies, Inc.**
**3157 Royal Drive, Suite 200**
**Alpharetta, GA 30022**

**Date(s) debt was incurred** _

**Last 4 digits of account number  N001**

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$945.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

**Lien Shun Yang Leather Co., Ltd.**
**No.48, Mincheng Street, Daliao Dist**
**Kaosiung City 831, Taiwan (R.O.C.)**

**Date(s) debt was incurred** _

**Last 4 digits of account number  U001**

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$34.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

**Marshall, Russell**
**23B Thomson Terrace**
**Stonehaven, Aberdeenshire, AB392LX**

**Date(s) debt was incurred  September 2017**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

**MARUSAN - MIMASU TSHUSHO CO. LTD.**
**NO 1 QUEEN' ROAD CENTRAL**
**HONG KONG**
**CHINA**

**Date(s) debt was incurred** _

**Last 4 digits of account number  A001**

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$382,811.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

**Matt Pliskin**
**2718 W Terrace Drive**
**Tampa, FL 33609**

**Date(s) debt was incurred  September 2019**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$27,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Mediant**
**P.O. Box 29976**
**New York, NY 10087**

**Date(s) debt was incurred** _

**Last 4 digits of account number  N001**

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$253.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

**MERCINDO GLOBAL MANUFAKTUR**
**JL. RAYA SEMARANG-BAWEN KM.29**
**SEemerang, Central Java**
**50661, Indonesia**

**Date(s) debt was incurred** _

**Last 4 digits of account number  N001**

**As of the petition filing date, the claim is:** *Check all that apply.*                         **$453,831.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Product**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Metzler,Stacy Marie**
**411 Donnell Drive #A**
**Arlington, TX 76012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 2017**

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,847.83** |
|---|---|---|---|

**Michael DiGregorio**
**1420 Kingsboro Court**
**Thousand Oaks, CA 91362**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **3rd Quarter 2017**

Basis for the claim: **Directors' fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Morris,Chartrice Holt**
**7313 Tall Road**
**Alvarado, TX 76009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 2017**

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Nacion,Markham**
**503 Hemphill Drive**
**San Marcos, CA 92069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **September 2017**

Basis for the claim: **Payment subject to terms of, and pursuant to, employment agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,228,307.56** |
|---|---|---|---|

**NANTONG CHANGBANG GLOVES CO.**
**Flat/RM 1602 Chit Lee Comm**
**Bldg 30-36, Shau Kei Wan Road**
**Hong Kong, China**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Product**

Last 4 digits of account number **N001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
|---|---|---|---|

**National Safety Council**
**P.O. Box 558**
**Itasca, IL 60143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Fees**

Last 4 digits of account number **N004**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**nChannel, Inc.**
**8760 Orion Place, Ste 210**
**Columbus, OH 43240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Noticing Purposes Only**

Last 4 digits of account number **N001**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,554.60** |
|---|---|---|---|

**Net Pack**
**9629 El Poche St.**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __H001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$317.44** |
|---|---|---|---|

**Office Depot Acct 31A**
**P.O. Box 88040**
**Chicago, IL 60680-1040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Supplies__

Last 4 digits of account number __E004__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$958.00** |
|---|---|---|---|

**Pacific Stock Transfer Company**
**6725 Via Austi Pkwy**
**Suite 300**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __I002__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,264.09** |
|---|---|---|---|

**Perry HVAC**
**10000 North Central Expressway**
**Suite 400**
**Dallas, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __H001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$157.46** |
|---|---|---|---|

**Pestilli & Associates**
**193 Sam Brown Hill Road**
**Brownfield, ME**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$452.99** |
|---|---|---|---|

**Pitney Bowes Credit Corp.**
**P.O.Box  371887**
**Pittsburg, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Postage meter costs__

Last 4 digits of account number __Y002__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Precision Testing Laboratories**
**POB 100268**
**Nashville, TN 37224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Services__

Last 4 digits of account number __S001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ICPW Liquidation Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Progroup Incorporated**
**P.O. Box 6585**
**Englewood, CO 80155**

Date(s) debt was incurred _
Last 4 digits of account number  **R001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**
**PT JJ GLOVES INDO**
**JL Ronggowarsito, Mlese, Ceper**
**Bonded Zone, Klaten**
**Central Java, Indonesia   57463**

Date(s) debt was incurred _
Last 4 digits of account number  **V001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$162,917.76**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**PT SEOK HWA INDONESIA**
**Room 1218, Krantz Techno Bldg.**
**5442-1 Sang Dae Won-Dong, Sung Nam**
**Kyung Gi-Do, Indonesia   00046-2819**

Date(s) debt was incurred _
Last 4 digits of account number  **W001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,174.86**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**PT SPORT GLOVE INDONESIA**
**Krandon Desa Pandowoharjo**
**Sleman**
**Yogyakarta, Indonesia   55512**

Date(s) debt was incurred _
Last 4 digits of account number  **G001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$144,238.66**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101**

Date(s) debt was incurred _
Last 4 digits of account number  **O001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$67.46**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**R D Pete Bloomer**
**7542 Crestview Drive**
**Longmont, CO 80504**

Date(s) debt was incurred  **August 2017**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,350.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Republic Services**
**4200 East 14th Street**
**Plano, TX 75074**

Date(s) debt was incurred _
Last 4 digits of account number  **L001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$341.10**

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,727.00** |
|---|---|---|---|

**Resources Global Professionals**
**17101 Armstrong Ave**
**Irvine, CA 92614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **R001**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Risk Consulting Partners**
**24722 Network Place**
**Chicago, IL 60673-1247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **O001**

Basis for the claim:  **For Noticing Purposes Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,304.35** |
|---|---|---|---|

**Robert Steckler**
**3000 Tradewind Drive**
**Spicewood, TX 78669**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3rd Quarter 2017**

Last 4 digits of account number  _

Basis for the claim:  **Directors' fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98.65** |
|---|---|---|---|

**Russ McDonald**
**23785 - 110B Avenue**
**Maple Ridge, B.C. V2W1 E6, Canada**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **C001**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$646.35** |
|---|---|---|---|

**Safeco Building Maintenance**
**5013 Brandenburg Lane**
**The Colony, TX 75056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **O001**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,125.00** |
|---|---|---|---|

**Shur-Sales & Marketing, Inc.**
**3830 S Windermere St.**
**Englewood, CO 80110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **A001**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$231,848.92** |
|---|---|---|---|

**Skadden Arps Slate Meagher & Flom LLP**
**P O Box 1764**
**White Plains, NY 10602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **E001**

Basis for the claim:  **Professional Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **ICPW Liquidation Corporation, a California corporation** |

Name

Case number (if known)   **1:17-bk-12408-MB**

---

**3.77** | **Nonpriority creditor's name and mailing address**
**SPS Commerce**
**333 South Seventh St. Ste. 1000**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number  **M001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,022.55**

---

**3.78** | **Nonpriority creditor's name and mailing address**
**Stubbs, Alderton & Markiles, LLP**
**15260 Ventura  Blvd**
**20th Floor**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred  **August 1, 2017 - September 7, 2017**

Last 4 digits of account number  **S001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$331,893.44**

---

**3.79** | **Nonpriority creditor's name and mailing address**
**Superior Printing, Inc.**
**P O Box 844550**
**Los Angeles, CA 90084-4550**

Date(s) debt was incurred _

Last 4 digits of account number  **I001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$162.23**

---

**3.80** | **Nonpriority creditor's name and mailing address**
**Synetra**
**1110 E. State Highway 114**
**Suite 200**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number  **R001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,972.33**

---

**3.81** | **Nonpriority creditor's name and mailing address**
**TAB Sales Solutions**
**12109-94A Street**
**Grand Prairie, AB T8V 5C2 Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$430.52**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**Tamer Shiha**
**P.O.Box 117893**
**300**
**Carrollton, TX 75010**

Date(s) debt was incurred  **September 2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,500.00**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Three Part Advisors, LLC**
**P O Box 92698**
**Southlake, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number  **P001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,900.00**

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**TRI/AUSTIN, INC**
**P O BOX 207097**
**DALLAS, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number __S001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,430.11** |
|---|---|---|---|

**TXU Energy**
**P.O. Box 650638**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number __E001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$279.06** |
|---|---|---|---|

**Tyco Integrated Security, LLC**
**P.O. Box 371967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number __N001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$710.49** |
|---|---|---|---|

**Uline**
**2950 E. Jurupa Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number __I001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$33,333.00** |
|---|---|---|---|

**University of Milwaukee**
**P O Box 500**
**University of Wisconsin - Milwaukee**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number __R003__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$504.55** |
|---|---|---|---|

**UPS Freight**
**7754 Paramount Blvd.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number __O002__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Urena,Daniel**
**13670 Janwood Lane**
**Farmers Branch, TX 75234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __September 2017__

Basis for the claim: __Payment subject to terms of, and pursuant to, employment agreement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ICPW Liquidation Corporation, a California corporation** | Case number (if known) | **1:17-bk-12408-MB** |
|---|---|---|---|
| | Name | | |

---

**3.91** | **Nonpriority creditor's name and mailing address**
**Vane Clayton**
**1364 Northpark Drive**
**Lafayette, CO 80026**

Date(s) debt was incurred  **3rd Quarter 2017**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$7,630.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Directors' fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
**Vonalman,Turner J**
**5225 Las Colinas Blvd**
**Apt 2301**
**Irving, TX 75039**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
**Washington,Cheryl**
**3577 N. Beltline Rd.**
**#215**
**Irving, TX 75062**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
**Weispfenning,Daniel Walton**
**3333 Harry Hines Blvd., Apt. 9152**
**Dallas, TX 75201**

Date(s) debt was incurred  **September 2017**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*          **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payment subject to terms of, and pursuant to, employment agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
**Werner Logistics**
**10251 Calabash Avenue**
**Fontana, CA 92335**

Date(s) debt was incurred  _

Last 4 digits of account number  **R001**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$7,375.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
**Windstream**
**PAETEC**
**P O Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred  _

Last 4 digits of account number  **T001**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$1,739.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**
**WINSPEED SPORTS SHANGHAI CO., LTD.**
**858 MINGZHU ROAD**
**SHANGHAI**
**China   00020-1702**

Date(s) debt was incurred  _

Last 4 digits of account number  **E001**

**As of the petition filing date, the claim is:** *Check all that apply.*          **$144,198.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | ICPW Liquidation Corporation, a California corporation | Case number (if known) | 1:17-bk-12408-MB |
|---|---|---|---|
| | Name | | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785,358.50 |
|---|---|---|---|

**WONEEL MIDAS LEATHERS**
**JL GEMBOR RAYA DESA PASIRJAYA**
**TANGERANG**
**BANTEN, INDONESIA   15135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Product__

Last 4 digits of account number  __L001__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,391.41 |
|---|---|---|---|

**Yellow and Roadway**
**P. O. Box 100129**
**Pasadena, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number  __O001__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $        3,185.40 |
| 5b. Total claims from Part 2 | 5b. + | $    4,875,670.09 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    4,878,855.49 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 8, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender    rb@lnbyb.com**
- **Cathrine M Castaldi    ccastaldi@brownrudnick.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold    courts@argopartners.net**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2. SERVED BY UNITED STATES MAIL**: On **December 8, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 8, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2017 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Stubbs, Alderton & Markiles, LLP
15260 Ventura  Blvd
20th Floor
Sherman Oaks CA 91403-0000

BDO USA, LLP
P. O. BOX 677973
Dallas TX 75267-7973

KA HUNG GLOVE INUSTRIAL CO. LTD.
FUJIAN QUANZHOU JIACHENG
LEATHER
CHI FENG ROAD, QUANZHOU CITY
FUJIAN, 362000, China

MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
SEemerang, Central Java
50661, Indonesia

R D Pete Bloomer
7542 Crestview Drive
Longmont CO 80504-0000