| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com; kjm@lnbyb.com<br><br>Attorneys for Chapter 11 Debtor and Debtor in Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

In re:

ICPW Liquidation Corporation, a California corporation[1],

                Debtor and Debtor in Possession.

_____

In re:

ICPW Liquidation Corporation, a Nevada corporation[2],

                Debtor and Debtor in Possession.

_____

☒ Affects both Debtors

☐ Affects ICPW Liquidation Corporation, a California corporation only

☐ Affects ICPW Liquidation Corporation, a Nevada corporation only

                                                    Debtor(s)

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with: 1:17-bk-12409-MB

Chapter 11 Cases

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**

FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

FIRST INTERIM APPLICATION OF STUBBS, ALDERTON & MARKILES LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

FINAL APPLICATION OF CRAIG-HALLUM CAPITAL GROUP LLC FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY BROWN RUDNICK LLP [SEPTEMBER 22, 2017 TO NOVEMBER 9, 2017]

FIRST INTERIM APPLICATION OF DENTONS US LLP FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

FIRST INTERIM APPLICATION OF MICHAEL D SCHWARZMANN FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTE that the order titled **ORDER GRANTING APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THESE CHAPTER 11 CASES** was lodged on December 13, 2017 and is attached. This order relates to the motion which is docket numbers 230, 231, 234, 235, 246, 247.

_____

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>          Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>          Debtor and Debtor in Possession.<br>_____<br>☒  Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br><br>**ORDER GRANTING  APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED INTHESE CHAPTER 11 CASES**<br><br><br>DATE:     December 12, 2017<br>TIME:      1:30 p.m.<br>PLACE:    Courtroom "303"<br>               21041 Burbank Blvd.<br>               Woodland Hills, CA |

_____

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was held on December 12, 2017, at 1:30 p.m., at the above-referenced location for the Court to consider the applications for approval of fees and reimbursement of expenses (the "Applications") of the professionals who have been employed in the chapter 11 bankruptcy cases of ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors").  Appearances were made at the hearing on the Applications as set forth on the record of the Court.

The Court, having considered the Applications and all of the pleadings filed in support of and in opposition to the Applications, and the oral statements made by the respective professionals on the record of the Court, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. **Levene, Neale, Bender, Yoo & Bill L.L.P. ("LNBYB"),** bankruptcy counsel for the Debtors, is allowed on an interim basis fees in the amount of $531,944.50 and expenses in the amount of $39,376.99 for total fees and expenses of $571,321.49 incurred during the period of September 8, 2017 through November 20, 2017.  LNBYB is authorized to be paid this sum of $571,321.49 by these bankruptcy estates.

2. **Stubbs Alderton & Markiles, LLP ("SAM")**, special corporate and securities, special trademark, and special litigation counsel for the Debtors, is allowed on an interim basis fees in the amount of $112,763.00 and expenses in the amount of $6,484.77 for total fees and expenses of $119,247.77 incurred during the period of September 8, 2017 through November 20, 2017.  SAM is authorized to be paid this sum of $119,247.77 by these bankruptcy estates.

1

3.      **Craig Hallum Capital Group LLC ("C-H")**, financial advisor to the Debtors, is allowed on a final basis fees in the amount of $461,250 and expenses in the amount of $23,189.08 for total fees and expenses of $484,439.08.  C-H is authorized to be paid this sum of $484,439.08 by these bankruptcy estates.

4.      **Dentons US LLP ("Dentons")**, counsel to the Official Committee of Equity Holders, is allowed on an interim basis fees in the amount of $222,730.30 and expenses in the amount of $4,714.24 for total fees and expenses of $227,444.54 incurred during the period of September 22, 2017 through October 31, 2017.  Dentons is authorized to be paid this sum of $227,444.54 by these bankruptcy estates.

5.      **Michael D. Schwarzmann ("MDS")**, financial advisor to the Official Committee of Equity Holders, is allowed on an interim basis fees in the amount of $14,535.00 and expenses in the amount of $143.77 for total fees and expenses of $14,678.77 incurred during the period of October 21, 2017 through November 3, 2017.  MDS is authorized to be paid this sum of $14,678.77 by these bankruptcy estates.

6.      **Brown Rudnick LLP ("BR")**, counsel to the Official Committee of Unsecured Creditors, is allowed on an interim basis fees in the amount of $157,319.60 and expenses in the amount of $3,526.84 for total fees and expenses of $160,846.44 incurred during the period of September 22, 2017 through November 9, 2017.  BR is authorized to be paid this sum of $160,846.44 by these bankruptcy estates.

7.      LNBYB, which is serving as the Escrow Agent in these cases, is authorized to pay all of the allowed fees and expenses authorized to be paid in this Order out of the $16,354,050.82 that LNBYB is holding in a segregated trust account from the proceeds of the Debtors' recent sale of their assets (the "Sale Proceeds").

8.     In accordance with the Debtors' motion filed on November 21, 2017 as Docket Number 240, which was granted by the Court at the hearing held on December 12, 2017, ICPW California is authorized to upstream to ICPW Nevada a sufficient amount of the Sale Proceeds to enable ICPW Nevada to pay all of the allowed fees and expenses of the professionals employed only by ICPW Nevada (*i.e.*, Dentons and MDS), and to pay 10% of the allowed fees and expenses of LNBYB (as an allocation of LNBYB's allowed fees and expenses agreed to by LNBYB and the United States Trustee).

### ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 13, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender    rb@lnbyb.com**
- **Cathrine M Castaldi    ccastaldi@brownrudnick.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold    courts@argopartners.net**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com**

**2.  SERVED BY UNITED STATES MAIL**: On **December 13, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 13, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 13, 2017 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                        Page 2          **F 9021-1.2.BK.NOTICE.LODGMENT**