RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**DEC 13 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS EMPLOYED IN THESE CHAPTER 11 CASES**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom "303"<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was held on December 12, 2017, at 1:30 p.m., at the above-referenced location for the Court to consider the applications for approval of fees and reimbursement of expenses (the "Applications") of the professionals who have been employed in the chapter 11 bankruptcy cases of ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors"). Appearances were made at the hearing on the Applications as set forth on the record of the Court.

The Court, having considered the Applications and all of the pleadings filed in support of and in opposition to the Applications, and the oral statements made by the respective professionals on the record of the Court, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. **Levene, Neale, Bender, Yoo & Bill L.L.P. ("LNBYB"),** bankruptcy counsel for the Debtors, is allowed on an interim basis fees in the amount of $531,944.50 and expenses in the amount of $39,376.99 for total fees and expenses of $571,321.49 incurred during the period of September 8, 2017 through November 20, 2017. LNBYB is authorized to be paid this sum of $571,321.49 by these bankruptcy estates.

2. **Stubbs Alderton & Markiles, LLP ("SAM")**, special corporate and securities, special trademark, and special litigation counsel for the Debtors, is allowed on an interim basis fees in the amount of $112,763.00 and expenses in the amount of $6,484.77 for total fees and expenses of $119,247.77 incurred during the period of September 8, 2017 through November 20, 2017. SAM is authorized to be paid this sum of $119,247.77 by these bankruptcy estates.

1

3.  **Craig Hallum Capital Group LLC ("C-H")**, financial advisor to the Debtors, is allowed on a final basis fees in the amount of $461,250 and expenses in the amount of $23,189.08 for total fees and expenses of $484,439.08.  C-H is authorized to be paid this sum of $484,439.08 by these bankruptcy estates.

4.  **Dentons US LLP ("Dentons")**, counsel to the Official Committee of Equity Holders, is allowed on an interim basis fees in the amount of $222,730.30 and expenses in the amount of $4,714.24 for total fees and expenses of $227,444.54 incurred during the period of September 22, 2017 through October 31, 2017.  Dentons is authorized to be paid this sum of $227,444.54 by these bankruptcy estates.

5.  **Michael D. Schwarzmann ("MDS")**, financial advisor to the Official Committee of Equity Holders, is allowed on an interim basis fees in the amount of $14,535.00 and expenses in the amount of $143.77 for total fees and expenses of $14,678.77 incurred during the period of October 21, 2017 through November 3, 2017.  MDS is authorized to be paid this sum of $14,678.77 by these bankruptcy estates.

6.  **Brown Rudnick LLP ("BR")**, counsel to the Official Committee of Unsecured Creditors, is allowed on an interim basis fees in the amount of $157,319.60 and expenses in the amount of $3,526.84 for total fees and expenses of $160,846.44 incurred during the period of September 22, 2017 through November 9, 2017.  BR is authorized to be paid this sum of $160,846.44 by these bankruptcy estates.

7.  LNBYB, which is serving as the Escrow Agent in these cases, is authorized to pay all of the allowed fees and expenses authorized to be paid in this Order out of the $16,354,050.82 that LNBYB is holding in a segregated trust account from the proceeds of the Debtors' recent sale of their assets (the "Sale Proceeds").

8. In accordance with the Debtors' motion filed on November 21, 2017 as Docket Number 240, which was granted by the Court at the hearing held on December 12, 2017, ICPW California is authorized to upstream to ICPW Nevada a sufficient amount of the Sale Proceeds to enable ICPW Nevada to pay all of the allowed fees and expenses of the professionals employed only by ICPW Nevada *(i.e.,* Dentons and MDS), and to pay 10% of the allowed fees and expenses of LNBYB (as an allocation of LNBYB's allowed fees and expenses agreed to by LNBYB and the United States Trustee).

###

Date: December 13, 2017

_____
Martin R Barash
United States Bankruptcy Judge

3