RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

**DEC 14 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE AND ESTABLISHING PROTOCOL**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom "303"<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was held on December 12, 2017, at 1:30 p.m., at the above-referenced location for the Court to consider the motion (the "Motion") brought by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors") for authority to pay all outstanding undisputed pre-petition claims or to pay them once resolutions have been reached making them undisputed, with undisputed to mean that both the Debtors and the Official Committee of Equity Security Holders (the "OCEH") agree that the claim is to be allowed. The Motion was filed on November 21, 2017 as Docket Number 241. Appearances were made at the hearing on the Motion as set forth on the record of the Court.

The Court, having considered the Motion and all of the pleadings filed in support of and in opposition to the Motion, the statements, arguments and representations of the parties made at the hearing on the Motion, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. Subject to the other provisions of this Order, the Debtors and the Official Committee of Equity Security Holders (the "OCEH") are authorized to implement the Claims Allowance Protocol set forth in the Motion and set forth below.

2. If the Debtors and the OCEH agree with the amount and priority of a scheduled or filed claim without any modification, the Debtors and the OCEH will file a joint notice with the Court signed by counsel to both the Debtors and the OCEH advising the Court of the same. Each such notice will identify the name of the creditor, the claim number if it pertains to a proof of claim filed by the creditor, and the amount and priority of the claim that will be deemed allowed. Once that notice has been filed with the Court, the claim will be deemed permanently allowed in

1

that amount and with that priority, and the Debtors' bankruptcy counsel, Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), which is serving as the Escrow Agent in these cases (the "Escrow Agent"), will be deemed authorized to pay the allowed claim out of the funds being maintained by the Escrow Agent in a segregated trust account (the "Trust Account").

3. If the Debtors and the OCEH are able to reach an agreement with a particular creditor on the amount of a claim which is less than the amount or of a different priority than the scheduled or filed claim, the Debtors and the OCEH will file a joint stipulation signed by the Debtors, the OCEH and the creditor advising the Court of the same. Each such stipulation will identify the name of the creditor, the claim number if it pertains to a proof of claim filed by the creditor, and the amount and priority of the claim that will be deemed allowed. Once that stipulation has been filed with the Court, the claim will be deemed permanently allowed in that amount and with that priority without the need for any Court order, and the Escrow Agent will be deemed authorized to pay the allowed claim out of the funds in the Trust Account.

4. Under no circumstance is the Escrow Agent authorized to pay more than $4 million out of the Trust Account for the payment of claims in accordance with this Order.

5. The entry of this Order by the Court is without prejudice to the rights of unsecured creditors to post-petition interest on their allowed claim.

###

Date: December 14, 2017

_____
Martin R Barash
United States Bankruptcy Judge

2

Approved as to form and content:

UNITED STATES TRUSTEE

By: /s/ Russell Clementson
    Russell Clementson
    Attorney for the United States Trustee

GARDERE WYNNE SEWELL LLP

By:_____
Shiva Delrahim Beck
Attorney for William M. Aisenberg and Jeffrey Cordes

3

Approved as to form and content:

DENTONS (US) LLP

By:_____
    Tania Moyron
    Counsel to Official Committee of Equity Holders

BROWN RUDNICK LLP

By:_____
    Cathrine M. Castaldi
    Counsel to Official Committee
    of Creditors Holding Unsecured Claims

Approved as to form and content:

DENTONS (US) LLP


By:_____
    Tania Moyron
    Counsel to Official Committee of Equity Holders


BROWN RUDNICK LLP

By _/s/ Cathrine M. Castaldi_
    Cathrine M. Castaldi
    Counsel to Official Committee
    of Creditors Holding Unsecured Claims