1  Samuel R. Maizel (SBN 189301)
   samuel.maizel@dentons.com
2  Tania M. Moyron (SBN 235736)
   tania.moyron@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California  90017-5704
   Telephone:    (213) 623-9300
5  Facsimile:     (213) 623-9924

6  Attorneys for Official Committee of
   Equity Security Holders

7

                    **UNITED STATES BANKRUPTCY COURT**
8                    **CENTRAL DISTRICT OF CALIFORNIA**
                     **SAN FERNANDO VALLEY DIVISION**
9

10  In re:                                    Case No. 1:17-bk-12408-MB
                                              Jointly administered with:
11  ICPW Liquidation Corporation, a           Case No. 1:17-bk-12409-MB
    California corporation,[1]
12                                            Chapter 11
          Debtor and Debtor in Possession.
13                                            **DECLARATION OF ANDREW T.**
    In re:                                    **SOLOMON IN SUPPORT OF**
14                                            **APPLICATION OF THE OFFICIAL**
    ICPW Liquidation Corporation, a Nevada    **COMMITTEE OF EQUITY SECURITY**
    corporation ,[2]                          **HOLDERS TO EMPLOY SOLOMON &**
15                                            **CRAMER LLP AS SPECIAL**
          Debtor and Debtor in Possession.   **LITIGATION COUNSEL TO THE**
16                                            **OFFICIAL COMMITTEE OF EQUITY**
                                              **SECURITY HOLDERS** *NUNC PRO*
17  Affects:                                  *TUNC* **AS OF NOVEMBER 29, 2017**

18  ☐  Both Debtors
                                              [No Hearing Required Unless Requested
19  ☐  ICPW Liquidation Corporation, a        Pursuant to Local Bankruptcy Rule 2014-1]
20     California corporation

21  ☒  ICPW Liquidation Corporation, a
       Nevada corporation.
22

23        I, Andrew T. Solomon, declare, that if called as a witness, I would and could competently

24  testify as follows:

25        1.      I am counsel at Solomon & Cramer LLP ("Solomon & Cramer"), 1441 Broadway,

26  Suite 6026, New York, New York 10018.

27

28  [1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
    [2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA  90017-5704
(213) 623-9300

105939994\V-4

2.    The members of the Official Committee of Equity Security Holders (the "Equity Committee") have selected Solomon & Cramer to represent them.

3.    The Equity Committee requires the services of experienced and competent special litigation counsel, in addition to the services of Dentons US LLP ("Dentons") as counsel. Subject to approval of this Court, the Equity Committee has selected Solomon & Cramer as its special litigation counsel to handle certain litigation, including claims against former officers (the "Former Officers") and various third parties (the "Third Parties"), arising from certain prepetition acts as more fully explained below. The Equity Committee bases its selection of Solomon & Cramer on several factors, including its expertise in business litigation, as set forth below. The Equity Committee seeks to employ Solomon & Cramer at the expense of the Debtors' bankruptcy estates and to have the employment of Solomon & Cramer deemed effective as of November 29, 2017, the date of the Equity Committee's appointment by the United States Trustee.

4.    By filing the *Application of the Official Committee of Equity Security Holders to Employ Solomon & Cramer LLP as Special Litigation Counsel to the Official Committee of Equity Security Holders Nunc Pro Tunc as of November 29, 2017* (the "*Solomon & Cramer Application*")[3] concurrently herewith, the Equity Committee seeks to employ *Solomon & Cramer* as special litigation counsel—pursuant to 11 U.S.C. §§ 1103(a) and 328(a), with hourly compensation pursuant to §§ 330 and 331 and contingency-fee compensation pursuant to 11 U.S.C. § 328(a)—to render, among other things, services to include assisting and advising the Equity Committee in the prosecution of any claims and causes of actions against the Debtors' Former Officers and Third Parties, based on prepetition acts and any matters related thereto.

5.    The Equity Committee selected Solomon & Cramer because it offers a full range of commercial litigation services and has extensive experience in the following areas:  legal and accounting malpractice; white collar criminal matters; and claims against directors and officers. Solomon & Cramer has litigated in courts and arbitration proceedings throughout the Country and has broad experience appearing before the Securities Exchange Commission (the "SEC"). Thus,

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Solomon & Cramer Application.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

105939994\V-4

1  the Equity Committee believes Solomon & Cramer is well-qualified to represent the Equity

2  Committee. A copy of Solomon & Cramer's firm resume is attached hereto as Exhibit "A".

3      6.      Solomon & Cramer is a law firm comprising four (4) attorneys, two partners and

4  two of counsel, with an office located in New York, New York and an attorney located in

5  Chicago, Illinois and Dallas, Texas. Solomon & Cramer has expertise in virtually all areas of law

6  related to the potential claims against the Debtors' Former Officers and Third Parties that the

7  Equity Committee may draw upon from time to time as the need arises.

8      7.      All attorneys composing or associated with Solomon & Cramer who will be

9  performing legal services for the Equity Committee in this case will be acting under the

10 supervision of an attorney at Dentons duly admitted to practice law in the courts of the State of

11 California. All attorneys who are expected to appear before this Court are admitted to practice

12 law in the United States District Court for the Central District of California or have applied or

13 will apply for such admission *pro hac vice*. All attorneys who are expected to appear before this

14 Court are familiar with the Bankruptcy Code, Bankruptcy Local Rules and the United States

15 Trustee Guidelines and will comply with them. A summary of the experience and qualifications

16 of those Solomon & Cramer lawyers who are expected to be the primary Solomon & Cramer

17 lawyers rendering services to the Equity Committee is attached hereto as Exhibit "B".

18     8.      For this representation, Solomon & Cramer has agreed to reduced hourly rates.

19 Solomon & Cramer proposes to render services to the Equity Committee at a combination of rates

20 discounted twenty-five (25%) percent of standard rates, and a contingency-fee arrangement of ten

21 (10%) percent of the shareholders' net recoveries if the gross recoveries are less than

22 $5,000,000.00 and fifteen (15%) percent of the shareholders' net recoveries if the gross

23 recoveries are equal to or greater than $5,000,000.00[4] (for the avoidance of doubt, under the

24 foregoing scenario, the fifteen (15%) percent contingency-fee will only apply to the recoveries

25 equal to or greater than the $5,000,000.00).

26 [4] Note:  Solomon & Cramer specifically contemplated the existence of the contingency-fee
   arrangement described herein when it agreed to reduce its hourly rates by twenty-five (25%)
27 percent of its standard rates.  If, for any reason, the Court does not approve the contingency-fee
   arrangement, Solomon & Cramer reserves the right to request compensation equal to its standard
28 rates and amend the Application accordingly.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1059399941V-4

9.    Solomon & Cramer anticipates that the following attorneys and paraprofessionals will render services to the Equity Committee for the benefit of the estate in conjunction with the Debtors' bankruptcy proceeding:

a.    Andrew T. Solomon (partner):  discounted hourly billing rate of $337.50;
b.    Jennifer Cramer (partner):  discounted hourly billing rate of $225.00;
c.    Rebecca Zawisky (of counsel):  discounted hourly billing rate of $187.50; and
d.    Various contract attorneys (for discovery only):  standard hourly billing rate capped at $125.

10.    For certain professionals, such rates may be higher or lower than the local rate charged in cases billed out of the office in which the professional is resident. Solomon & Cramer reserves the right to ask this Court to adjust the hourly rates and rates of reimbursement in the future if the rates it charges are increased.

11.    Solomon & Cramer will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described above, in accordance with applicable rules and guidelines.

12.    Pursuant to § 328(a), the Equity Committee may retain counsel pursuant to "reasonable terms and conditions, including . . . on an hourly basis . . . or on a contingent fee basis." 11 U.S.C. § 328(a). The Equity Committee believes that the proposed terms constitute fair and reasonable terms and conditions for the retention by the Equity Committee of Solomon & Cramer as counsel in accordance with § 328(a). The contingency-fee arrangement is equal to or more client-favorable than other similar engagements that Solomon & Cramer has entered into with commercial clients. Under the terms of its proposed retention, Solomon & Cramer will provide actual and necessary services to the Debtors' estates at reduced fees. Only if and when the equity security holders receive a certain level of recoveries from these Cases may Solomon & Cramer recover an additional amount to make up for its initial discount and out-of-pocket expense. The contingency-fee therefore will not affect any other stakeholders in the Debtors' Cases and will only be paid post-confirmation after certain shareholder recoveries.

13.    Solomon & Cramer understands the provisions of §§ 328, 330, 331 and 1103, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1(b) and 2016-1, which require, among other things, Court approval of the Equity Committee's employment of Solomon &

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

1   Cramer as counsel and of all legal fees and reimbursement of expenses that Solomon & Cramer

2   will receive from the Debtors' estates. Solomon & Cramer understands and agrees that the

3   standards related to § 328 will not apply to any compensation sought under the Application—

4   except that, pursuant to the terms discussed herein, Solomon & Cramer seeks the contingency-fee

5   compensation pursuant to § 328(a) (which fees will only be paid after certain recoveries to

6   shareholders).

7       14.    Solomon & Cramer has not received and will not receive any lien or any other

8   interest in property of the Debtors or of a third party to secure payment of its fees, but reserves

9   the right to seek to surcharge collateral if appropriate. Solomon & Cramer understands that its

10  compensation in this case will be subject to the approval of the Bankruptcy Court upon

11  appropriate application and hearing—except that, pursuant to the terms discussed herein,

12  Solomon & Cramer seeks the contingency-fee compensation pursuant to § 328(a). Solomon &

13  Cramer intends to apply to this Court for fees incurred prior to the confirmation of the Joint Plan

14  in conformity with the Bankruptcy Code and applicable rules, the guidelines for compensation

15  and reimbursement for fees incurred and costs advanced in this matter and any orders of the Court

16  governing application and allowance of compensation in this Case.

17      15.    At the conclusion of this case, Solomon & Cramer will file an appropriate

18  application seeking allowance of all fees and costs, regardless of whether interim compensation

19  has been paid.

20      16.    As set forth in Exhibit "C" attached hereto, Solomon & Cramer has identified all

21  persons and entities who are, or may be, adverse to the Equity Committee and the Debtors, who

22  are currently represented by Solomon & Cramer, or where a claimant of these estates, may be an

23  adverse party in litigation where Solomon & Cramer represents the opposing party. A list of the

24  parties and entities searched is hereto attached as Exhibit "C".

25      17.    To the best of my knowledge, except as set forth below, Solomon & Cramer and

26  the attorneys comprising or employed by Solomon & Cramer, (a) do not have any prior

27  connection with the Debtors, any creditors of the Debtors or their estates, any equity security

28  holders, or any other party in interest in these cases, or their respective attorneys or accounts

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

105939994\V-4

1 (other than professional connections and relationships), or these Cases; (b) do not hold or
2 represent an interest materially adverse to the estates or of any class of creditors or equity secured
3 holders, by reason of any direct or indirect relationship to, connection with, or interest in, the
4 Debtors or an investment banker for any security of the Debtors, or for any other reason; and
5 (c) are disinterested persons as that term is defined in 11 U.S.C. §101(14).

6     18.   As of the Petition Date, Solomon & Cramer was not a creditor, equity holder or
7 insider of the estate. For purposes of full disclosure, I have previously represented:  (i) Ronald
8 Chez, a member of the Equity Committee, in *EGS, LLC v. Merriman Holdings, Inc.*, BC66232
9 (Sup. Ct. Cal. Los Angeles), *Chez v. EGS*, 656740/2017 (Sup Ct NY County), and *Chez v.*
10 *Johnson*, No. 2017-L-007845 (Circuit Court of Cook County Ill.); (ii) Patrick O'Brien, a member
11 of the Equity Committee, in *Merriman Capital, Inc. v. COR Clearing, LLC*, FINRA Case No. 16-
12 02981 (FINRA); and (iii) Livevol, Inc. in *True Quote Software, LLC v. Livevol, Inc.*,
13 1:2013cv09115 (N.D. Ill.), of which both Mr. Chez and Mr. O'Brien were affiliated.

14     19.   Solomon & Cramer is not and was not an investment banker for any outstanding
15 security of the Debtors. Solomon & Cramer has not been within three (3) years before the petition
16 date an investment banker for a security of the Debtors, or an attorney for such an investment
17 banker in connection with the offer, sale or issuance of any security of the Debtors.

18     20.   Neither Solomon & Cramer nor any of its attorneys are, or were, within two
19 (2) years before the petition date, a director, officer or employee of the Debtors or of any
20 investment banker for any security of the Debtors.

21     21.   Solomon & Cramer has not shared or agreed to share such compensation with any
22 other person, except as among partners of Solomon & Cramer. Solomon & Cramer has no
23 prepetition claims against the Debtors. Solomon & Cramer has not received a retainer.

24     22.   Solomon & Cramer understands that any compensation to be received by Solomon
25 & Cramer hereafter is subject to the approval of this Court on appropriate application and
26 hearing—except that, pursuant to the terms discussed herein, Solomon & Cramer seeks the
27 contingency-fee compensation pursuant to § 328(a), after certain recoveries for shareholders.
28 Solomon & Cramer intends to file applications for allowance of fees and reimbursements of costs

6

1    as and when appropriate.

2        23.    To the best of Solomon & Cramer knowledge, no attorney employed by Solomon

3 & Cramer is related to any judge of the United States Bankruptcy Court for the Central District of

4 California, the United States Trustee, or to any person employed by the Office of the United

5 States Trustee.

6        24.    The Equity Committee believes that their employment of Solomon & Cramer upon

7 the terms and conditions set forth above is in the best interest of the Debtors' estates and equity

8 holders.

9        I declare under penalty of perjury under the laws of the United States of America, that the

10 foregoing is true and correct to the best of my knowledge, information, and/or belief.

11        Executed this 19th day of December, 2017, in New York, New York.

12

13                                      ANDREW T. SOLOMON

14

15                         Solomon & Cramer LLP
                           1441 Broadway, Suite 6026

16                         New York, NY 10018
                           (t) (212) 884-9102

17                         (f) (516) 368-3896
                          asolomon@solomoncramer.com

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

7

1059399941V-4

# EXHIBIT A

# EXHIBIT A



(http://solomoncramer.com/)

## Commercial Litigation Boutique

# Our Firm

Solomon & Cramer LLP was founded to provide its clients with exceptional legal services, personal attention, and value-driven results.

We are a boutique business litigation firm offering a full range of commercial litigation services in securities investigations and claims, real estate matters, complex tort and business actions, and employment law.

With over twenty years of legal experience, we provide expert, cost-effective counsel to companies and individuals on all aspects of business disputes.

We are skilled, effective and dedicated litigators capable of assisting our clients in dispute resolution in New York City and throughout the United States.

# Securities Litigation

We represent corporate officers, law firms, individuals, brokerage firms, institutions and companies in connection with federal securities fraud claims, merger disputes, RICO, and class actions in a variety of forums, including federal and state court and before the NYSE.

Andrew T. Solomon has particular expertise before the FINRA. He has successfully represented numerous financial advisors, administrative managers, and branch managers in FINRA and state regulatory investigations and complaints involving the following issues:

- Selling away;
- Unauthorized outside business activities;
- Sales of unregistered securities under Blue Sky laws;
- Failure to supervise;
- Improper exercise of discretion;
- Failure to disclose liens and other violations;
- Violations of sale practices rules; and
- Unsuitability

Andrew also has broad experience before the SEC. He has represented individuals and companies in SEC investigations and in defense of claims, including allegations relating to stock option backdating, potential violations of internal control rules, alleged violations of the antifraud provisions of the Securities Laws, and alleged illegal distributions of unregistered securities.

# Business Litigation

We represent companies and individuals in complex commercial litigation matters, including complex tort and business actions, legal and accounting malpractice, insurance disputes, loan enforcement actions, fraudulent conveyance, antitrust and distribution disputes, UCC and related litigation among manufacturers, distributors and resellers, as

well as partnership and joint venture disputes. We also have extensive experience in mediation and settlement negotiations.

# Employment Litigation

We provide counsel on all aspects of employment litigation and have represented companies and individuals in federal and state lawsuits on the enforcement of restrictive covenants, housing discrimination and retaliation claims, contract disputes, wrongful termination, employment discrimination, and the enforcement of trade secrets.

# Trial and Appellate Work

We have conducted jury and non-jury cases through appeal, as well as arbitrations before the AAA, JAMS and the ICC, and matters before regulators including FINRA, the NASD, the NYSE, the SEC and state securities regulators (New York, Illinois, New Jersey, and Washington).

# Contact Us Today

📞

Tel: <u>(212) 884-9102 (tel:2128849102)</u>

Fax: (516) 368-3896

<u>info@solomoncramer.com (mailto:info@solomoncramer.com)</u>



1441 Broadway
Suite 6026
New York, NY 10018

# EXHIBIT B

# EXHIBIT B

## ANDREW T. SOLOMON, ATTORNEY AT LAW

Founding Partner, SOLOMON & CRAMER LLP, 1441 Broadway, Suite 6026
New York, N.Y. 10018; (m) 917 664-5575; (dd) 646 518-7822; (main) 212 884-9102

## EDUCATION

### Washington University in St. Louis
BSBA – Accounting and Finance 1992
Honors: Magna Cum Laude, Dean's List, Beta Gamma Sigma, Krebs Accounting Scholarship

### Columbia University Law School
Juris Doctor 1995
Honors: Harlan Fiske Stone Scholar; Columbia Business Law Review

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **Solomon & Cramer LLP**<br>Founding Partner | Present |
| **Sullivan & Worcester LLP**<br>Partner, Litigation Practice Group Leader, Member of Partner<br>and Associate Compensation Committees | 1998-2017 |
| **Graham & James LLP**<br>Litigation Associate | 1996-1998 |
| **Rosenman & Colin LLP**<br>Litigation Associate | 1995-1996 |

## REPRESENTATIVE LEGAL WORK

### Securities Litigation
Represented numerous individuals in SEC, FINRA, and Court proceedings, and Public Companies in SEC investigations, Merger Disputes, Class Action Lawsuits, and Single Plaintiff Securities Fraud Cases (Plaintiff and Defense)

### Real Estate Litigation
Complex Foreclosure (Plaintiff and Defense), Commercial L-T (Tenant Side), Title and Ownership Disputes

### Small Business, General Commercial Litigation, and Legal and Accounting Malpractice
Loan Enforcement and Defense, Partnership and Small Business Disputes, Legal and Accounting Malpractice (Plaintiff and Defense), Fraudulent Conveyance (Plaintiff and Defendant), Antitrust and Distribution Disputes, UCC and Related Litigation Between Manufacturers, Distributors, and Resellers, Complex Business Disputes; Foreign Sovereign Immunities Act; Consumer Class Action Defense

### Employment Litigation
Covenants Not to Compete, Employee Contract Disputes (Advice and Litigation, Employer and Employee), Theft of Trade Secrets

ANDREW T. SOLOMON                                                                    PAGE 2

**Trial Attorney and Appeals**
Tried jury and non-jury cases in state and federal court; arbitration cases, including AAA, JAMS, FINRA, and
ICC.  Briefed and argued numerous appeals including in New York's Appellate Division and the Second Circuit
Court of Appeals

## PUBLICATIONS, PAPERS AND LECTURES

*United States: When Your "Client" Is Your Company's Investor, How Is Attorney-Client Privilege Applied?*
(*www.mondaq.com*)
*Is Discovery of Private Facebook Postings on Equal Footing with General Discovery Principles?* (S&W Client
Advisory)
*The Need for Speed:* The Delaware Rapid Arbitration Act (*www.lexology.com*)
*Caveat Employer Part Two: The Second Circuit Articulates a New Test in Intern v. Employee Debate: The
"Primary Beneficiary Test."* (S&W Client Advisory)
*Attention In-House Attorneys: Don't Throw Your Timesheets Away* (S&W Client Advisory)
*Caveat Employers: Unpaid Interns Could Be Costly* (S&W Client Advisory)
*Using Benchmarks to Manage Litigation* (*www.acc.com*)

CLE Lectures, Contract Law (ACC Israel, June 2016), Contract Law, ACC Annual Conference New Orleans
(2015), Antitrust Basics, New York Law Concerning Joint Ventures and Agreement to Agree (ACC Israel, June
2010)

## BAR ADMISSIONS

New York 1995
New Jersey 1999
US District Courts: SDNY, EDNY, DNJ
US Courts of Appeals: 2nd Cir, 11th Cir., Federal Circuit
Supreme Court of the United States

# Jennifer G. Cramer, Partner

**EDUCATION:**

- University of Pennsylvania Law School, J.D., 1992
  Legal Writing Instructor

- Cornell University, B.A., with Distinction in All Subjects, *Phi Beta Kappa*, 1989

**BAR ADMISSIONS**:

- New York

- Illinois

**COURT ADMISSIONS**:

- U.S. District Courts for the Southern and Eastern Districts of New York

- U.S. District Court for the Northern District of Illinois

- U.S. District Court for the District of Massachusetts

- U.S. District Court for the Eastern District of Pennsylvania

- U.S. Court of Appeals for the Federal Circuit

- U.S. Court of Appeals for the 1st Circuit

**MEMBERSHIPS**:

- New York City Bar Association

- Chicago Bar Association

**BIOGRAPHY:**

Jennifer G. Cramer graduated from Cornell University (Phi Beta Kappa, with Distinction in All Subjects), and attended the University of Pennsylvania Law School where she was a Legal Writing Instructor.

Upon graduation in 1992, she worked as a litigator for a large, national law firm in Philadelphia before moving to New York City where she worked for Graham & James LLP with Andrew Solomon on commercial litigation matters, including patent litigation, securities fraud, employment disputes, and arbitrations.

Jennifer then moved her practice to Boston and worked at a boutique intellectual property law firm, where she litigated patent disputes and prosecuted trademark and copyright claims before the Patent and Trademark Office in Washington, D.C.

Most recently, Jennifer has been working in Chicago as the founder of LegalWrite101, a legal writing consulting business, has served as an Adjunct Professor of Legal Writing at Loyola University Law School, and is an accredited CLE provider in New York for legal writing.

Jennifer has served on numerous non-profit boards in various executive roles, including as President of her Temple's Sisterhood where she oversaw an organization of over 300 members and as President of her local Parent Teacher Organization.

She also volunteers her time on behalf of Cornell University as an Alumni Ambassador. In her free time, Jennifer plays paddle tennis, studies conversational Hebrew, enjoys the theater, and is an avid travel soccer fan.

# Rebecca A. Zawisky

1906 Cresson Dr.                                          (402) 926-8955
Southlake, Texas 76092                                    rebeccazawisky@hotmail.com

EXPERIENCE

**BNSF Railway Company**, 4/2012 – 6/2014
*Assistant General Attorney*, Fort Worth, Texas
- Primary areas of focus:  economic regulatory counsel for commercial transactions/litigation.
- Provide day-to-day legal support to business units:  negotiate, draft and close commercial contracts and advise on contract interpretation and risk of disputes/litigation and competition-related issues.
- Develop strategy, supervise, and manage costs for matters in litigation, mediation and arbitration arising out of commercial disputes and handle regulatory matters before the Surface Transportation Board.
- Work with public entities to provide responses to public record request requests involving BNSF.
- Review service and license agreements for technology and marketing subscriptions.
- Subject matter expert on legal and commercial issues arising with BNSF's largest customer.

**Fraser Stryker Law Firm**, 5/2005 – 4/2012
*Attorney*, Omaha, Nebraska
- Fraser Stryker is one of the largest firms in Nebraska (50 attorneys) with an acclaimed litigation group.
- Primary areas of focus:  commercial litigation and insurance defense litigation.
- Significant experience in all aspects of civil litigation from case intake through final disposition at dismissal, settlement or trial. Handled heavy caseload in a fast-paced litigation practice.
- Routinely briefed and argued motions to dismiss, motions for summary judgment, motions in limine and other pretrial hearings.
- First chair jury trial and bench trial experience.
- Evaluated policies, claims and underwriting files and analyzed insurance coverage issues and drafted opinion letters.  Analyzed Examinations Under Oath and drafted opinion letters concerning potential fraud claims for Special Investigations Unit.

**United States District Court, Southern District of Iowa**, Spring Semester 2005
*Externship Clerk for Chief Justice Ronald Longstaff*
    Researched and drafted court memoranda, judicial opinions and orders for criminal and civil dockets.

**Hughes Hubbard & Reed LLP**, Summer 2004
    *Project Assistant,* Washington D.C.
    Provided project assistance for 300+ member international law firm.

**U.S. House of Representatives**, 9/2001 – 8/2003
    *Legislative Assistant to Congressman Trent Franks (R-Arizona)*, 1/2003-8/2003
    *Legislative Assistant to Congressman Greg Ganske (R-Iowa)*, 9/2001-1/2003
    Developed legislative agenda and drafted bills, speeches, proposals and appropriations requests. Facilitated meetings with constituents and lobbyists, and responded to constituent correspondence.

EDUCATION
**Tippie College of Business, University of Iowa**            **College of Law, University of Iowa**
B.B.A. in Finance, May 2001                                   Juris Doctorate, May 2006  (Top 40%)

BAR ADMISSIONS
Texas, Nebraska, Iowa

# Representative Cases as Outside Counsel

\* Party represented denoted with bold text.

### A.   Complex Commercial Agreement Disputes

*Affiliated Foods Midwest Cooperative v. **Integrated Distribution Solutions** et. al.*, In the District Court of the District for the District of Nebraska, No. 8:06-CV-532

Obtained a defense judgment in favor of our client and a $2.5 million judgment on a counterclaim (the full amount sought) following a two week trial before a three person AAA panel, where Plaintiff was seeking more than $22 million dollars on breach of contract and fraud theories in a dispute arising from Plaintiff's purchase of Defendant's hardware and software.  The Arbitration Judgment was entered by the United States District Court for the District of Nebraska.

(Drafted motions and briefs, managed document review team, prepared fact and expert witnesses for depositions and trial, participated as counsel at trial)

*RSG, Inc. et. al. v. **Sidump'r Trailer Company, Inc.**,* 2009 WL 428957 (D. Neb. 2009)

Awarded Partial Summary Judgment in favor of Sidump'r on issue of the enforceability of a noncompete clause in an Asset Purchase Agreement.  Also defeated Plaintiff's Motion for Summary Judgment on nineteen various issues, most of which arose from defenses to Buyer/Sidump'r's counterclaims asserting fraud in the formation and terms of the Asset Purchase Agreement.  The matter was tried in a two week jury trial in Federal Court.

(Drafted motions and briefs, managed document review, prepared fact and expert witnesses for depositions and trial)

### B.   Intellectual Property

***Peter Kiewit Sons', Inc.** v. Wall Street Equity Group, Inc., Wall Street Group of Companies, Inc., Shepherd Friedman and Steven S. West*, 2010 WL 3968911 (D. Neb. 2010)

Obtained TRO and Preliminary Injunction to protect Plaintiff's service marks from infringement by Defendants.

(Drafted Complaint, drafted motions and briefs and argued motions, interviewed fact witnesses)

### C.   Procedural Matters

*Carl Turner and Yvetta Turner v. **Werner Enterprises, Inc.**, Abirahman Egal and Thaddeus Towns*, 2009 WL 4487152 (D. Neb. 2009)

Successfully achieved Court ruling granting transfer of venue pursuant to 28 U.S.C. § 1406(a), thereby requiring transferee forum to apply the choice of law principles of the transferor state.  In this case, Plaintiffs were not allowed to exploit Nebraska's "borrowing statute" by bringing the longer Nebraska statute of limitations to a more convenient venue and Plaintiffs' claim remained barred by the statute of limitations in Louisiana.

(Prepared motion and briefs)

***TAZ Property Co., L.L.C.** v. Marble Rock Investments, L.L.C.*, In the District Court of Douglas County, Nebraska, Doc. 1100 No. 258

Obtained TRO and Preliminary Injunction for Plaintiff after its commercial rental property was transferred to Defendant via a Treasurer's Tax Deed due Plaintiff's failure to pay tax on the property for three consecutive years.  The Court accepted Plaintiff's argument that Defendant's tax deed was likely void due to a jurisdictional defect due to Defendant's failure to make the statutorily required "diligent inquiry" to locate the property owner.

(Prepared motions and briefs, prepared fact witness for hearing)

### D.   Premises Liability

*Samuel J. Watson and Jean Watson v. **McDonald's Restaurants of Nebraska, Inc.**,* In the District Court of Douglas County, Nebraska, Doc. 1072 No. 296

Negotiated favorable defense settlement after submitting Motion for Summary Judgment on affirmative defense of assumption of risk a premises liability claim involving a catastrophic injury in which Plaintiff alleged in excess of $8 million in damages.

(Prepared motions and briefs, prepared fact and expert witnesses for depositions and trial, managed document review, facilitated focus group and analyzed results of same, assisted in negotiating settlement and prepared settlement documents)

# Representative Cases as Outside Counsel (*continued*)

\* Party represented denoted with bold text.

### E.  Product Liability

*Saint Joseph Terrace Apartments, L.L.C. v.* **U.S. Natural Resources, Inc. d/b/a Friedrich Air Conditioning and Refrigeration Co.**, In the United States District Court for the District of Nebraska, No. 8:09-CV-176
Negotiated nuisance value settlement for Defendant for matter arising from alleged product defect where Plaintiff alleged nearly $200,000 in special damages resulting from fire purportedly caused by Defendant's PTAC unit.
(Prepared motions and briefs, prepared fact and expert witnesses for depositions and trial, assisted in negotiating settlement and prepared settlement documents)

### F.  Significant State Farm Insurance Matters

*Everett Levison and Wesley Levison v.* **Kevin Dana and Kimberly Dana**, In the County Court of Douglas County, Nebraska, CI-07-46603
First chaired a jury trial to verdict in March 2008 for insurance client's defense of claims of negligence resulting from a two vehicle accident.
(Handled case from start to finish)

*David Goodwin v.* **Mathias M. Hobza**, 2008 WL 4525886 (Neb. App. 2008)
Obtained Order from Nebraska Court of Appeals affirming District Court's Motion for Directed Verdict on Plaintiff's claims and adopting our argument that claims belonging to Plaintiff's son were not within the appellate court's jurisdiction due to a deficiency arising from Plaintiff's unauthorized practice of law on behalf of his minor son's claims.
(Drafted appellate briefs)

*Clinton P. Jones, Individually and as Father and Next Friend of Skye E. Jones v. Linda Lenning as Administrator of the Estate of Shawna K. Jones, and* **State Farm Mutual Automobile Insurance Company**, In the Iowa District Court for Pottawattamie County, Law No. 04781 LACV 88721
Awarded Summary Judgment in our insurance client's favor on denial of a contract claim arising from an automobile accident in which the driver deceased and her minor child suffered permanent injuries; the deceased driver's ex-husband and the father of the injured child sought the full value of his uninsured and underinsured motorist coverage under his State Farm policy and under the deceased driver's State Farm policy for his loss of the child's consortium and Plaintiff also sought to stack medical expenses coverage.  In a reversal of court precedent, the Supreme Court overturned the District Court's granting of summary judgment in *Jones v. State Farm Mut. Auto. Ins. Co.*, 760 N.W.2d 186 (Iowa 2008).
(Drafted motions and briefs, including appellate briefs, handled all aspects of discovery, assisted in negotiating settlement, prepared settlement documents)

*Nicole H. Nunez, By and Through Her Father, Robert J. Nunez, Jr. v. Happy Cab Company, Paratransit Insurance Company and* **State Farm Insurance**, In the District Court of Douglas County, Nebraska, Doc. 1068 No. 452
Obtained Summary Judgment for State Farm Insurance where the Court ruled that the State Farm policy did not provide coverage in light of Nebraska law, the anti-stacking provisions of the policy, and the policy provision providing for excess coverage only in the amount which a bodily injury exceed the primary coverage.  Plaintiff was the passenger in a cab which was hit by an uninsured motorist.
(Handled case from start to finish)

### G.  Other Insurance Defense

*Janita Kelly v.* **Monumental Life Insurance Company**, In the District Court of Douglas County, Nebraska, Doc. 1097 No. 634
Achieved voluntary dismissal for Monumental Life Insurance Company after Plaintiff's receipt of our Motion for Summary Judgment.  Plaintiff was the putative beneficiary of a life insurance policy issued to Plaintiff's mother by Defendant.  Upon an investigation of the claim file and discovery, it was concluded that health information was misrepresented in order to obtain the policy, which was issued a mere eight months before the policyholder passed away from complication of ALS.
(Handled case from start to finish)

# EXHIBIT C

# EXHIBIT C

**EXHIBIT C**
**IRONCLAD PERFORMANCE WEAR CORP.**
**PARTIES CHECKED FOR CONFLICTS**

| |
|---|
| ALL IN THE BEHL FAMILY RLLP |
| ANNALOUISE JAEGER & KEITH VERWOEST |
| ANTHONY KEATS |
| ARTHUR GERRICK |
| B.A.T.B. LLC |
| BARBARA ASHTON |
| BIRCH FAMILY TRUST |
| BRIAN SHEENY |
| BROCK GANELES |
| BRUCE G. KLAS |
| CATHERINE A. SEAK |
| CEDE & Co (FAST) |
| CHARLES E. FRISCO JR. |
| CHARLES H. GIFFEN |
| CHERYL WASHINGTON |
| CHRIS JUETTEN |
| CHRISOPHER M. HAZLITT |
| CINDY MATTHEWS |
| CLAYTON WYOMING LLC |
| DANIEL THOMAS GIEBER |
| DAVID G. HILL |
| DAVID J. COOK |
| DAVID L. JACOBS |
| DENNIS TORRES & AVERI TORRES |
| DENNIS TORRES & AVERI TORRES TRUST |
| DONALD P. ELLIOTT |
| ED WETHERBEE |
| EDUARD ALBERT JAEGER |
| EDWIN BALDRIDGE TTEE UA DTD 10/30/1992 E |
| ELI ARRIV |
| EMIL IANNACCONE TTEE UA DTD 9/16/2010 |
| EMIL IANNACCONE SEPARATE PROPERTY TRUST |
| ENSCO INC. |
| ERIC JAEGER |
| ETHAN AISENBERG |

| |
|---|
| **FAMILY TRUST OF EARL G. LUNCEFORD** |
| **GEMINI PARTNERS INC.** |
| **GLEN K. INGALLS & RENEE PACHECO TTEES U/A 4-5-05 THE INGALLS PACHECO 2005 TRUST** |
| **GREAT PANDA INVESTMENT CO LLP** |
| **GREG AKSELRUD** |
| **GREGORY AKSELRUD** |
| **HAROLD F. SCHAFF** |
| **HAROLD SCHAFF & CHERYL SCHAFF TTEES** |
| **HEIDI JAEGER** |
| **HORACE DUNBAR HOSKINS JR. & ANN REID HOSKINS JT TEN** |
| **HUBERT L. BROWN & ANNABELLE BROWN FOWLKES & QUINTARD p. COURTNEY III TRUSTEES U/A/ DTD 12-07-0** |
| **IRONCLAD PERFORMANCE WEAR CORP.** |
| **JAEGER FAMILY LLC** |
| **JAMES R. YOUNG** |
| **JAMES SEIBEL** |
| **JARUS FAMILY TRUST** |
| **JARUS FAMILY TRUST TR SCOTT M. JARUS TTEE, REBECCA D. JARUS TTEE U/A DTD 10/19/2007** |
| **JARUS FAMILY TRUST U/A/ DTD 10/19/2007** |
| **JEFFREY D. CORDES** |
| **JEFFREY F. GERSH & ARIE J. GERSH LIVING TRUST** |
| **JEFFREY ORR** |
| **JOANNA WALDEAR-LUCAS AS TTEE FBO THE JOANNA WALDEAR-LUCAS LIVING TRUST DTD 4-12** |
| **JOE WORDEN** |
| **JOHN E. ORCUTT & MARCIA ORCUTT JT TEN** |
| **JOHN MCILVERY** |
| **JONATHAN HODES** |
| **JOSEPH D. RYAN** |
| **KATHERINE BERCI DEFEVERE, TRUSTEE DEFEVERE TRUSTE UAD 9/28/98** |
| **KEALA STANFILL** |
| **KEVINE DEBRE** |
| **KIM WOODWORTH** |
| **BILL WOODWORTH** |
| **KLEIN PARTNERS LTD** |

| |
|---|
| KNUTE LEE |
| KONRAD GATIEN |
| KYLE EDLUND |
| LOUIS WHARTON |
| MARC S. PESTER |
| MARK HAWKING |
| MARK W. FISCHER |
| MATTHEW JUETTEN |
| MATTHEW LAUBERT |
| MCDERMOTT & BULL |
| MELISSA DERBY |
| MICHAEL A. DIGREGORIO |
| MICHAEL ANTHONY DIGREGORIO TRUSTEE U/A D THE GREGORIO REVOCABLE TRUST |
| MICHAEL B. JOHNSON |
| MICHAEL CASEY HOCH |
| MICHAEL GRANT |
| MICHAEL GROSSMAN |
| MIKE SALOMON |
| MURRAY MARKILES |
| NATASHA H. BEN |
| PAMELA SULLIVAN |
| PATRICK JUETTEN |
| PATRICK W. O'BRIEN |
| PETER SEAMANS |
| R.D. PETE BLOOMER |
| RADIAN WAREHAM HOLDING, INC. |
| REBECCA D. JARUS & SCOTT M. JARUS TTEES U/A JARUS FAMILY TRUST |
| REYHEENA EIDARIUS |
| RHONDA HOFFARTH |
| RICHARD KRONMAN & IAN MATTHEW TRUSTEES FBO KRONMAN MATTHEW & ASSOC. DEFINED BENEFIT PAN D |
| RICHARD KRONMAN & MAUREEN KRONMAN REVOCA DTD 2/28/02 |
| ROBERT C. CLARK |
| ROBERT F. CHARLES JR. |
| ROBERT H. KEELEY & SANDRA KEELEY JT TEN |
| ROBERT MEOTTLE |

106030053\V-1

| |
|---|
| RONALD D. BLOOMER |
| RONALD S. WEAVER MD |
| RYAN AZLEIN |
| SCOTT ALDERTON |
| SCOTT GALER |
| SEAMARK FUND LP |
| SEGAL FAMILY TRUST |
| SPM CENTER LLC |
| STANLEY M. RUMBOUGH JR. |
| STEPHEN GOODHUE |
| STEVE FEDEA |
| STEVEN C. EARNSHAW |
| STEVEN W. TOWN |
| STUBBS ALDERTON & MARKILES LLP |
| TAMALPAIS PARTNERS |
| TARBY BRYANT |
| ELLEN IDELSON TRUST DATED MARCH 20 2 |
| ORCUTT FAMILY TRUST |
| SASSOLA III FAMILY TRUST |
| WILLIAM j. & SEEMAK w. IDELSON FAMILY TRUST DATED APRIL 29, 1997 |
| THOMAS ELLIOTT |
| THOMAS FELTON |
| THOMAS KENDALL |
| THOMAS W. MASON |
| THOMAS W. MASON & LISA L. MASON JT TEN |
| TODD GITLIN |
| V. JOSEPH STUBBS |
| VALORIE STANSBERRY |
| VANE CLAYTON |
| WILLIAM AISWNBERG |
| WILLIAM L. BOETTCHER |
| WILLIAM MECK |
| WILLIAM MECK & TERESA MECK JT TEN |
| XIN GUO |
| NANTONG CHANGBANG GLOVES CO. |
| WONEEL MIDAS LEATHERS |
| MERCINDO GLOBAL MANUFAKTUR |
| MARUSAN-MIMASU TSHUSHO CO. LTD. |

| |
|---|
| **SKADDEN ARPS SLATE MEAGHER & FLOM LLP** |
| **STUBBS, ALDERTON & MARKILES, LLP** |
| **PT JJ GLOVES INDO** |
| **PT SPORT GLOVE INDONESIA** |
| **WINSPEED SPORTS SHANGHAI CO., LTD.** |
| **ADVANTAGE MEDIA SERVICES, INC.** |
| **RESOURCES GLOBAL PROFESSIONALS** |
| **BDO USA, LLP** |
| **SYNETRA** |
| **KA HUNG GLOVE INDUSTRIAL CO. LTD.** |
| **UNIVERSITY OF MILWAUKEE** |
| **RISK CONSULTING PARTNERS** |
| **SHUR-SALES & MARKETING, INC.** |
| **CAPITAL ONE BANK** |
| **YELLOW AND ROADWAY** |
| **FED EX** |
| **SCOTT JARUS** |
| **VANE CLAYTON** |
| **MICHAEL DIGREGORIO** |
| **CHARLES GIFFEN** |
| **DAVID JACOBS** |
| **PETE BLOOMER** |
| **PATRICK O'BRIEN** |
| **SCOTT ALDERTON** |
| **JEFF CORDES** |
| **BILL AISENBERG** |
| **RONALD CHEZ** |
| **ED JAEGER** |

106030053\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ANDREW T. SOLOMON IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMTTEE OF EQUITY SECURITY HOLDERS TO EMPLOY SOLOMON & CRAMER LLP AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS NUNC PRO TUNC AS OF NOVEMBER 29, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 19, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Susan K Seflin    sseflin@brutzkusgubner.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Susan K. Seflin sseflin@bg.law.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 19, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 19, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2017 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn:  Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | |
| **Equity Holders - SERVED BY EMAIL**<br>Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email:  rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

105437348\V-1

**F 9013-3.1.PROOF.SERVICE**