RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

Samuel R. Maizel (SBN 189301)
Tania M. Moyron (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**DEC 19 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>    Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER GRANTING STANDING TO PURSUE CLAIMS FOR THE BENEFIT OF THE DEBTORS' ESTATES AND APPROVING STIPULATION BETWEEN DEBTORS AND EQUITY COMMITTEE GRANTING STANDING**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:    Courtroom "303"<br>            21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

On December 12, 2017, the Court held a hearing to consider that certain *Joint Motion For Order granting Standing To Pursue Claims For The Benefit Of The Debtors' Estates; And Approving Stipulation Between Debtors And Equity Committee Granting Standing* (the "Motion") [Docket No. 243], filed by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), and the Official Committee of Equity Holders (the "Equity Committee"). Appearances were as noted on the Court's record.

The Court, having read and considered the Motion, the Declaration of Geoffrey L. Greulich annexed to the Motion, and the *Stipulation Granting The Official Committee Of Equity Holders Standing To Pursue Certain Estate Based Claims* (the "Stipulation") [Docket No. 242], notice of the Motion having been proper, no opposition to the Motion having been filed, with good cause appearing, orders as follows:

1. The Motion is granted and the Stipulation is approved.

2. The Equity Committee is hereby granted leave, standing and exclusive authority to assert, prosecute and/or settle on behalf of the Debtors' estates, subject to Court approval as necessary, any and all Claims[3] and Defenses in the AAA Proceeding, in the Bankruptcy Court and/or any other forum.

3. The Equity Committee is hereby granted, and shall have the joint, nonexclusive, right to assert any and all privileges controlled by Debtors, including the attorney-client privilege, on behalf of the Debtors' estate with respect to all claims and causes of action that the Equity Committee has been granted standing and authority to assert, prosecute and/or settle on behalf of the Debtors' estate pursuant to the Stipulation.

4. Except as expressly set forth herein, all of the Debtors and the Equity Committee's respective procedural and substantive rights, claims, objections and defenses are hereby expressly

---

[3] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Stipulation.

reserved and preserved.

5. Nothing in the Stipulation or herein shall be deemed to waive, limit, impair or otherwise prejudice the Equity Committee's rights to seek standing and authority to assert, prosecute and/or settle on behalf of the Debtors' estate any claims or causes of action of the Debtors' estate against any persons or entities and such rights are expressly reserved and preserved.

6. The Court shall retain jurisdiction with respect to all matters arising under or related to the Stipulation.

**IT IS SO ORDERED.**

### ###

Date: December 19, 2017

Martin R Barash
United States Bankruptcy Judge