RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

Samuel R. Maizel (SBN 189301)
Tania M. Moyron (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>    Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**JOINT NOTICE REGARDING ALLOWED CLAIMS AND PAYMENT OF ALLOWED CLAIMS PURSUANT TO ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE AND ESTABLISHING PROTOCOL**<br><br>DATE:     December 12, 2017<br>TIME:      1:30 p.m.<br>PLACE:   Courtroom "303"<br>                21041 Burbank Blvd.<br>                Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

**PLEASE TAKE NOTICE** that, ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), and the Official Committee of Equity Holders, have jointly agreed, pursuant to that certain *Order Granting Debtors' Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol* (the "Claim Payment Order") [Docket No. 345], to the amount and priority, of certain claims, as set forth in Exhibit 1 attached hereto.

**PLEASE TAKE FURTHER NOTICE** that the claims listed in Exhibit 1 are deemed allowed in the amount and priority set forth in Exhibit 1 (in the column titled "Allowed Claim Amount"). The Debtors' bankruptcy counsel, Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), which is serving as the Escrow Agent in these cases, is deemed authorized to pay the allowed claims with interest$^3$ in the amounts set forth in the column titled "Total Remaining Claim Amount With Interest" (totaling $318,995.20) out of the funds being maintained in a segregated trust account (the "Trust Account").

Dated: December 21, 2017

| | |
|---|---|
| ICPW LIQUIDATION CORPORATION, *et al.*<br><br>By: /s/ Ron Bender<br>RON BENDER<br>KRIKOR J. MESHEFEJIAN<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>Attorneys for Chapter 11 Debtors and Debtors in Possession | OFFICIAL COMMITTEE OF EQUITY HOLDERS<br><br>By: /s/<br>TANIA M. MOYRON<br>SAMUEL R. MAIZEL<br>DENTONS US LLP<br>Attorneys for the Official Committee of Equity Holders |

---

$^3$ Exhibit 1 attached hereto includes the calculation of post-petition interest based on the federal judgment rate of 1.23% as of September 8, 2017 (the petition date). Exhibit 1 also indicates whether some or all of a claim has previously been paid. With respect to claims, or a portion of claims, which were paid at the closing of the sale of the Debtors' assets, interest has been calculated from the petition date through and including the closing of the sale, i.e., from September 8, 2017 through and including November 14, 2017. With respect to claims, or portions of claims, that have not been paid, interest has been calculated from the petition date, i.e. September 8, 2017, through and including December 22, 2017.

# EXHIBIT "1"

| CREDITOR | CASE IN WHICH CLAIM FILED/SCHEDULED | CLAIM NOS. | ALLOWED CLAIM AMOUNT | AMOUNT PREVIOUSLY PAID | REMAINING ALLOWED CLAIM AMOUNT | Post-Petition Interest @ 1.23% (interest rate as of date of petition) | TOTAL REMAINING CLAIM AMOUNT WITH INTEREST | CLAIM PRIORITY |
|---|---|---|---|---|---|---|---|---|
| 1920 Hutton Court | NV | | $13,257.09 | $13,257.09 | $0.00 | $30.36 | $30.36 | General Unsecured Claim |
| Account Temps | CA | 26 | $5,662.28 | $0.00 | $5,662.28 | $20.21 | $5,682.49 | General Unsecured Claim |
| Advantage Media Services | CA | 4 | $178,522.75 | $178,522.75 | $0.00 | $408.81 | $408.81 | General Unsecured Claim |
| AML United Limited | CA | | $28,330.56 | $28,330.56 | $0.00 | $64.88 | $64.88 | General Unsecured Claim |
| Amster, Rothstein & Ebenstein, LLP | CA | 11 | $11,395.96 | $0.00 | $11,395.96 | $40.68 | $11,436.64 | General Unsecured Claim |
| Atmos Energy | CA | | $51.98 | $0.00 | $51.98 | $0.19 | $52.17 | General Unsecured Claim |
| Ben Padnos | CA | | $1,304.35 | $0.00 | $1,304.35 | $4.66 | $1,309.01 | General Unsecured Claim |
| BIC ALLIANCE | CA | | $5,800.00 | $0.00 | $5,800.00 | $20.70 | $5,820.70 | General Unsecured Claim |
| BNSF | CA | 15 | $14,788.95 | $0.00 | $14,788.95 | $52.79 | $14,841.74 | General Unsecured Claim |
| Broadridge | CA | | $2,110.51 | $0.00 | $2,110.51 | $7.53 | $2,118.04 | General Unsecured Claim |
| Business Systems Integrators, LLC (Assigned to CRG Financial LLC) | CA | | $695.00 | $0.00 | $695.00 | $2.48 | $697.48 | General Unsecured Claim |
| California Board of Equalization | CA | | $891.40 | $0.00 | $891.40 | $3.18 | $894.58 | Priority ($600.00)/General Unsecured Claim ($291.40) |
| Chang Bang Gloves (Hong Kong) Co., Limited/Nantong Chang Bang Gloves Co. | CA/NV | 17,6 | $1,239,125.72 | $1,228,307.56 | $10,818.16 | $2,851.37 | $13,669.53 | General Unsecured Claim |
| Commerce Technologies, Inc. | CA | | $288.10 | $0.00 | $288.10 | $1.03 | $289.13 | General Unsecured Claim |
| Custom Information Sevices | NV | 5 | $3,546.45 | $0.00 | $3,546.45 | $12.66 | $3,559.11 | General Unsecured Claim |
| Daylight Transport | CA | | $355.09 | $0.00 | $355.09 | $1.27 | $356.36 | General Unsecured Claim |
| DESIGN GALLERY (PVT.) LTD. | CA | | $12,801.60 | $12,801.60 | $0.00 | $29.31 | $29.31 | General Unsecured Claim |
| DESUN GARMENTS, LTD. (Assigned to CRG Financial LLC) | CA | 18 | $7,691.75 | $7,691.75 | $0.00 | $17.61 | $17.61 | General Unsecured Claim |
| Dival Safety & Supplies | CA | | $2,095.00 | $0.00 | $2,095.00 | $7.48 | $2,102.48 | General Unsecured Claim |
| DRG Strategic, LLC - Bob Goldstein | CA | | $556.75 | $0.00 | $556.75 | $1.99 | $558.74 | General Unsecured Claim |
| DTM Sales | CA | | $3,184.26 | $0.00 | $3,184.26 | $11.37 | $3,195.63 | General Unsecured Claim |
| Emmett Murphy | CA | | $1,304.35 | $0.00 | $1,304.35 | $4.66 | $1,309.01 | General Unsecured Claim |
| FedEx | CA | 24 | $18,551.03 | $0.00 | $18,551.03 | $66.22 | $18,617.25 | General Unsecured Claim |
| Ginger Collier | CA | | $797.81 | $0.00 | $797.81 | $2.85 | $800.66 | General Unsecured Claim |
| GT Graphics of Sheboygan LLC | CA, NV | 10, 4 | $759.07 | $0.00 | $759.07 | $2.71 | $761.78 | General Unsecured Claim |
| Hewlett Packard | CA | | $364.80 | $0.00 | $364.80 | $1.30 | $366.10 | General Unsecured Claim |
| KA HUNG GLOVE INUSTRIAL CO. LTD. | CA | | $49,957.73 | $38,934.90 | $11,022.83 | $153.75 | $11,176.58 | General Unsecured Claim |
| Konica Minolta Business Solutions | CA | | $1,152.31 | $1,152.31 | $0.00 | $2.64 | $2.64 | General Unsecured Claim |
| LAB Sales Agency | CA | | $54.92 | $0.00 | $54.92 | $0.20 | $55.12 | General Unsecured Claim |
| LF Logistics | CA | | $69.10 | $0.00 | $69.10 | $0.25 | $69.35 | General Unsecured Claim |
| Liaison Technologies, Inc. | CA | 23 | $945.00 | $0.00 | $945.00 | $3.37 | $948.37 | General Unsecured Claim |
| Lien Shun Yang Leather Co., Ltd. | CA | | $34.59 | $0.00 | $34.59 | $0.12 | $34.71 | General Unsecured Claim |
| MARUSAN - MIMASU TSHUSHO CO. LTD. | CA | | $382,811.28 | $382,811.28 | $0.00 | $876.61 | $876.61 | General Unsecured Claim |
| Mediant | CA | | $253.09 | $0.00 | $253.09 | $0.00 | $253.09 | General Unsecured Claim |
| MERCINDO GLOBAL MANUFAKTUR | CA | | $453,831.81 | $444,674.64 | $9,157.17 | $1,050.97 | $10,208.14 | General Unsecured Claim |
| National Safety Council | CA | | $395.00 | $0.00 | $395.00 | $1.41 | $396.41 | General Unsecured Claim |

| Creditor | State | Claim # | Scheduled | Claim Filed | Allowed | Interest | Total | Classification |
|---|---|---|---|---|---|---|---|---|
| Net Pack (Assigned to Argo Partners) | CA | | $3,554.60 | $0.00 | $3,554.60 | $12.69 | $3,567.29 | General Unsecured Claim |
| Office Depot Acct 31A | CA | | $317.44 | $0.00 | $317.44 | $1.13 | $318.57 | General Unsecured Claim |
| Pacific Stock Transfer Company | CA | | $958.00 | $0.00 | $958.00 | $3.42 | $961.42 | General Unsecured Claim |
| Perry HVAC | CA | | $1,264.09 | $0.00 | $1,264.09 | $4.51 | $1,268.60 | General Unsecured Claim |
| Pestilli & Associates | CA | | $157.46 | $0.00 | $157.46 | $0.56 | $158.02 | General Unsecured Claim |
| Pitney Bowes Credit Corp. | CA | | $452.99 | $452.99 | $0.00 | $1.04 | $1.04 | General Unsecured Claim |
| Precision Testing Laboratories (Assigned to CRG Financial LLC) | CA | | $1,500.00 | $0.00 | $1,500.00 | $5.35 | $1,505.35 | General Unsecured Claim |
| Progroup Incorporated | CA | 22 | $1,000.00 | $0.00 | $1,000.00 | $3.57 | $1,003.57 | General Unsecured Claim |
| PT JJ GLOVES INDO | CA | | $162,917.76 | $162,917.76 | $0.00 | $373.07 | $373.07 | General Unsecured Claim |
| PT SEOK HWA INDONESIA | CA | | $13,174.86 | $13,174.86 | $0.00 | $30.17 | $30.17 | General Unsecured Claim |
| PT SPORT GLOVE INDONESIA | CA | | $144,238.66 | $144,238.66 | $0.00 | $330.30 | $330.30 | General Unsecured Claim |
| Quill Corporation | CA | | $67.46 | $0.00 | $67.46 | $0.24 | $67.70 | General Unsecured Claim |
| Republic Services | CA | | $341.10 | $0.00 | $341.10 | $1.22 | $342.32 | General Unsecured Claim |
| Resources Global Professionals | NV, CA | 1 | $80,767.00 | $0.00 | $80,767.00 | $288.31 | $81,055.31 | General Unsecured Claim |
| Robert Steckler | CA | | $1,304.35 | $0.00 | $1,304.35 | $4.66 | $1,309.01 | General Unsecured Claim |
| Russ McDonald | CA | | $98.65 | $0.00 | $98.65 | $0.35 | $99.00 | General Unsecured Claim |
| Safeco Building Maintenance | CA | | $646.35 | $0.00 | $646.35 | $2.31 | $648.66 | General Unsecured Claim |
| Shur-Sales & Marketing, Inc. | CA | | $16,125.00 | $0.00 | $16,125.00 | $57.56 | $16,182.56 | General Unsecured Claim |
| SPS Commerce | CA | | $1,022.55 | $0.00 | $1,022.55 | $3.65 | $1,026.20 | General Unsecured Claim |
| Superior Printing, Inc. | CA | | $162.23 | $0.00 | $162.23 | $0.58 | $162.81 | General Unsecured Claim |
| Synetra | CA | | 37,972.33 | $37,972.33 | $0.00 | $86.95 | $86.95 | General Unsecured Claim |
| TAB Sales Soulutions | CA | | $430.52 | $0.00 | $430.52 | $1.54 | $432.06 | General Unsecured Claim |
| Three Part Advisors, LLC | CA | 2 | $6,900.00 | $0.00 | $6,900.00 | $24.63 | $6,924.63 | General Unsecured Claim |
| TRI/AUSTIN, INC | CA | | $350.00 | $0.00 | $350.00 | $1.25 | $351.25 | General Unsecured Claim |
| TXU Energy | CA | 9 | $1,752.73 | $0.00 | $1,752.73 | $6.26 | $1,758.99 | General Unsecured Claim |
| Tyco Integrated Security, LLC | CA | | $279.06 | $0.00 | $279.06 | $1.00 | $280.06 | General Unsecured Claim |
| Uline | CA | | $710.49 | $0.00 | $710.49 | $2.54 | $713.03 | General Unsecured Claim |
| University of Milwaukee | CA | | $33,333.00 | $0.00 | $33,333.00 | $118.99 | $33,451.99 | General Unsecured Claim |
| UPS Freight | CA | | $504.55 | $0.00 | $504.55 | $1.80 | $506.35 | General Unsecured Claim |
| W.W. Grainger. Inc. | CA | 19 | $180,000.00 | $180,000.00 | $0.00 | $412.19 | $412.19 | General Unsecured Claim |
| Werner Logistics (assigned to ASM Capital V, L.P.) | CA | | $3,825.00 | $0.00 | $3,825.00 | $13.65 | $3,838.65 | General Unsecured Claim |
| Windstream | CA | 14 | $1,739.59 | $0.00 | $1,739.59 | $6.21 | $1,745.80 | General Unsecured Claim |
| WINSPEED SPORTS SHANGHAI CO., LTD. | CA | 12 | $152,830.45 | $152,830.45 | $0.00 | $349.97 | $349.97 | General Unsecured Claim |
| WONEEL MIDAS LEATHERS | CA | 16 | $810,055.88 | $785,358.50 | $24,697.38 | $1,886.58 | $26,583.96 | General Unsecured Claim |
| Yellow and Roadway | CA | | $12,391.41 | $0.00 | $12,391.41 | $44.23 | $12,435.64 | General Unsecured Claim |
| California Dept of Tax and Fee Administration | CA | 25 | $573.60 | $0.00 | $573.60 | $2.05 | $575.65 | Priority |
| Comptroller of Public Accounts | NV | 8 | $1,000.00 | $0.00 | $1,000.00 | $3.57 | $1,003.57 | Priority |
| Comptroller of Public Accounts | CA, NV | 9 | $4,108.24 | $0.00 | $4,108.24 | $14.66 | $4,122.90 | Priority |
| | | TOTALS: | $4,122,564.84 | $3,813,429.99 | $309,134.85 | $9,860.35 | $318,995.20 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **JOINT NOTICE REGARDING ALLOWED CLAIMS AND PAYMENT OF ALLOWED CLAIMS PURSUANT TO ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE AND ESTABLISHING PROTOCOL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 21, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**    sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**    rb@lnbyb.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Aaron S Craig**    acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**    courts@argopartners.net
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com

**2. SERVED BY UNITED STATES MAIL**: On **December 21, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 21, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Served via Attorney Service**
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| | 1920 Hutton Court<br>Inwood National Bank<br>PO Box 857413<br>Richardson, TX 75085 | Account Temps<br>Karen Lima of Robert Half<br>PO Box 5024<br>San Ramon, CA 94583 |
| Advantage Media Services<br>29010 Commerce Center Drive<br>Valencia, CA 91355 | AML United Limited<br>29th Floor, Nanyang Plaza<br>57 Hung To Road, Kwun Tong, Kowloon<br>Hong Kong, China, | Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, NY 10016 |
| Atmos Energy<br>Three Lincoln Centre, Suite 1800<br>5430 LBJ Freeway<br>Dallas, TX 75240 | Ben Padnos<br>PO Box 1993<br>Manhattan Beach, CA 90267 | BIC ALLIANCE<br>P O Box 40166<br>Baton Rouge, LA 70835 |
| BNSF<br>1600 Lakeside Parkway #100<br>Flower Mound, TX 75028 | Broadridge<br>P.O. Box 416423<br>Boston, MA 02241-6423 | CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 |
| California Board of Equalization<br>Acct. Analysis & Control Sec. MIC 2<br>PO Box 942879<br>Sacramento, CA 94279-0029 | California Dept of Tax and Fee<br>Administration<br>Special Ops, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279 | Chang Bang Gloves (Hong Kong) Co.,<br>Limited/Nantong Chang Bang Gloves Co.<br>W. Steven Bryant, Locke Lord LLP<br>600 Congress Avenue, Ste 2200<br>Austin, TX 78701 |
| Commerce Technologies, Inc.<br>25736 Network Place<br>Chicago, IL 60673-1257 | Comptroller of Public Accounts<br>Revenue Accounting Division - Attention:<br>Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 | Comptroller of Public Accounts<br>Revenue Accounting Division - Attention:<br>Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 |
| Custom Information Sevices<br>1201 N Watson Rd<br>Arlington, TX 76006 | Daylight Transport<br>P O Box 93155<br>Long Beach, CA 90809 | DESIGN GALLERY (PVT.) LTD.<br>PLOT #322/B, MEDICAL ROAD<br>HELAL MARKET, UTTARKHAN<br>DHAKA-1230, Bangladesh, |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | Dival Safety & Supplies<br>1721 Niagra Street<br>Buffalo, NY 14207 | DRG Strategic, LLC - Bob Goldstein<br>P O BOX 191981<br>Dallas, TX 75219 |
| DTM Sales<br>391 Gingercake Road<br>Fayetteville, GA 30214 | Emmett Murphy<br>3901 Turtle Creek Blvd.<br>Dallas, TX 75219 | FedEx<br>FedEx Corporate Services as Assignee<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116 |
| Ginger Collier<br>6524 Deseo Apt. 358<br>Irving, TX 75039 | GT Graphics of Sheboygan LLC<br>826 Michigan Avenue<br>Sheboygan, WI 53081 | Hewlett Packard<br>1501 Page Mill Road<br>Palo Alto, CA 94304 |

| | | |
|---|---|---|
| KA HUNG GLOVE INUSTRIAL CO. LTD.<br>Fujian Quanzhou Jiacheng Leather<br>Ka Hung Holdings BldgM Chi Feng Rd<br>Quanzhou City, Fujian,  36200 | Konica Minolta Business Solutions<br>100 Williams Drive<br>Ramsey, NJ 7446 | LAB Sales Agency<br>58 Regis Drive<br>Winnipeg, MB R2N 1K3<br>Canada, |
| LF Logistics<br>230-19 International Airport Ct., S<br>Springfield Gardens, NY 11413 | Liaison Technologies, Inc.<br>Dept AT 952956<br>Atlanta, GA 31192 | Lien Shun Yang Leather Co., Ltd.<br>No.48, Mincheng Street, Daliao Dist<br>Kaosiung City 831, Taiwan (R.O.C.) |
| MARUSAN - MIMASU TSHUSHO CO. LTD.<br>NO 1 QUEEN' ROAD CENTRAL<br>HONG KONG<br>CHINA, | Mediant<br>P.O. Box 29976<br>New York, NY 10087 | MERCINDO GLOBAL MANUFAKTUR<br>JL. RAYA SEMARANG-BAWEN KM.29<br>Semerang, Central Java<br>50661, Indonesia, |
| National Safety Council<br>P.O. Box 558<br>Itasca, IL 60143 | Argo Partners<br>12 West 37th Street<br>9th Floor<br>New York, NY 10018 | Office Depot Acct 31A<br>P.O. Box 88040<br>Chicago, IL 60680-1040 |
| Pacific Stock Transfer Company<br>6725 Via Austi Pkwy<br>Suite 300<br>Las Vegas, NV 89119 | Perry HVAC<br>10000 North Central Expressway<br>Suite 400<br>Dallas, TX 75231 | Pestilli & Associates<br>193 Sam Brown Hill Road<br>Brownfield, ME |
| Pitney Bowes Credit Corp.<br>P.O.Box   371887<br>Pittsburg, PA 15250-7887 | CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | Progroup Incorporated<br>Heidi Wodark<br>P.O. Box 6585<br>Englewood, CO 80155 |
| PT JJ GLOVES INDO<br>JL Ronggowarsito, Mlese, Ceper<br>Bonded Zone, Klaten<br>Central Java, Indonesia,  57463 | PT SEOK HWA INDONESIA<br>Room 1218, Krantz Techno Bldg.<br>5442-1 Sang Dae Won-Dong, Sung Nam<br>Kyung Gi-Do, Indonesia,  00046-2819 | PT SPORT GLOVE INDONESIA<br>Krandon Desa Pandowoharjo<br>Sleman<br>Yogyakarta, Indonesia,  55512 |
| Quill Corporation<br>P.O. Box 37600<br>Philadelphia, PA 19101 | Republic Services<br>4200 East 14th Street<br>Plano, TX 75074 | Resources Global Professionals<br>PO Box 740909<br>Los Angeles, CA 90074 |
| Robert Steckler<br>3000 Tradewind Drive<br>Spicewood, TX 78669 | Russ McDonald<br>23785 - 110B Avenue<br>Maple Ridge, B.C. V2W1 E6, Canada | Safeco Building Maintenance<br>5013 Brandenburg Lane<br>The Colony, TX 75056 |
| Shur-Sales & Marketing, Inc.<br>3830 S Windermere St.<br>Englewood, CO 80110 | SPS Commerce<br>333 South Seventh St. Ste. 1000<br>Minneapolis, MN 55402 | Superior Printing, Inc.<br>P O Box 844550<br>Los Angeles, CA 90084-4550 |

| | | |
|---|---|---|
| Synetra<br>1110 E. State Highway 114<br>Suite 200<br>Southlake, TX 76092 | TAB Sales Soulutions<br>12109-94A Street<br>Grand Prairie, AB T8V 5C2<br>Canada, | Three Part Advisors, LLC<br>P O Box 92698<br>Southlake, TX 76092 |
| TRI/AUSTIN, INC<br>P O BOX 207097<br>DALLAS, TX 75063 | TXU Energy<br>PO Box 650393<br>Dallas, TX 75265 | Tyco Integrated Security, LLC<br>P.O. Box 371967<br>Pittsburgh, PA 15250-7967 |
| Uline<br>2950 E. Jurupa Street<br>Ontario, CA 91761 | University of Milwaukee<br>P O Box 500<br>University of Wisconsin - Milwaukee<br>Milwaukee, WI 53201 | UPS Freight<br>7754 Paramount Blvd.<br>Pico Rivera, CA 90660 |
| W.W. Grainger. Inc.<br>Leah Wardak<br>100 Grainger Parkway<br>Lake Forest, IL 60045 | ASM Capital V, L.P.<br>7600 Jericho Turnpike<br>Suite 302<br>Woodbury, NY 11797 | Windstream<br>PAETEC<br>P O Box 9001013<br>Louisville, KY 40290 |
| WINSPEED SPORTS SHANGHAI CO., LTD.<br>Creditors Adjustment Bureau, assignee of Windspeed Sports Co. Ltd.<br>14226 Ventura Blvd<br>Sherman Oaks, CA 91423 | WONEEL MIDAS LEATHERS<br>Woneel America, Inc.<br>1520 Oak Street<br>South Pasadena, CA 91030 | Yellow and Roadway<br>P. O. Box 100129<br>Pasadena, CA 91355 |