United States Bankruptcy Court
Central District of California

In re:                                                                                              Case No. 17-12408-MB
ICPW Liquidation Corporation, a Californ                                                            Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2017
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db             +ICPW Liquidation Corporation, a California corpora,   15260 Ventura Blvd.,   20th Floor,
                Sherman Oaks, CA 91403-5303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              Aaron S Craig    on behalf of Interested Party    Big Time Products, LLC acraig@kslaw.com,
               lperry@kslaw.com
              Cathrine M Castaldi    on behalf of Creditor Committee    Offical Committee of Unsecured Creditors
               ccastaldi@brownrudnick.com
              Cathrine M Castaldi    on behalf of Financial Advisor    Province Inc. ccastaldi@brownrudnick.com
              Douglas  Wolfe    on behalf of Creditor    ASM Capital V, L.P. dwolfe@asmcapital.com
              Jeffrey A Krieger    on behalf of Interested Party    Brighton-Best International, Inc.
               jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              John M Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.texas.gov,    bk-mbecker@oag.texas.gov
              Krikor J Meshefejian    on behalf of Debtor    ICPW Liquidation Corporation, a California
               corporation kjm@lnbrb.com
              Krikor J Meshefejian    on behalf of Debtor    ICPW Liquidation Corporation, a Nevada corporation
               kjm@lnbrb.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Monica Y Kim    on behalf of Debtor    ICPW Liquidation Corporation, a California corporation
               myk@lnbrb.com,   myk@ecf.inforuptcy.com
              Ron  Bender    on behalf of Attorney    Levene, Neale, Bender, Yoo & Brill LLP rb@lnbyb.com
              Ron  Bender    on behalf of Debtor    ICPW Liquidation Corporation, a Nevada corporation
               rb@lnbyb.com
              Ron  Bender    on behalf of Debtor    ICPW Liquidation Corporation, a California corporation
               rb@lnbyb.com
              Russell  Clementson    on behalf of U.S. Trustee    United States Trustee (SV)
               russell.clementson@usdoj.gov
              S Margaux Ross    on behalf of U.S. Trustee    United States Trustee (SV) margaux.ross@usdoj.gov
              Samuel R Maizel    on behalf of Creditor Committee    Offical Committee of Unsecured Creditors
               samuel.maizel@dentons.com,
               alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.ho
               ward@dentons.com
              Samuel R Maizel    on behalf of Stockholder    Official Committee of Equity Security Holders
               samuel.maizel@dentons.com,
               alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.ho
               ward@dentons.com
              Sharon Z. Weiss    on behalf of Defendant c/o Sharon Z. Weiss    Radians Wareham Holding, Inc.
               sharon.weiss@bryancave.com,   raul.morales@bryancave.com;geri.anderson@bryancave.com
              Sharon Z. Weiss    on behalf of Creditor    Radians Wareham Holdings, Inc.
               sharon.weiss@bryancave.com,   raul.morales@bryancave.com;geri.anderson@bryancave.com
              Sharon Z. Weiss    on behalf of Defendant    Radians, Inc. sharon.weiss@bryancave.com,
               raul.morales@bryancave.com;geri.anderson@bryancave.com
              Shiva D Beck    on behalf of Creditor William  Aisenberg sbeck@gardere.com,   jcharrison@gardere.com

```
District/off: 0973-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 19, 2017
                              Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Shiva D Beck    on behalf of Creditor Jeffrey  Cordes sbeck@gardere.com, jcharrison@gardere.com
        Susan K Seflin    on behalf of Financial Advisor    Province Inc. sseflin@brutzkusgubner.com
        Tania M Moyron    on behalf of Stockholder    Official Committee of Equity Security Holders tania.moyron@dentons.com, chris.omeara@dentons.com
        Tania M Moyron    on behalf of Interested Party Samuel R. Maizel tania.moyron@dentons.com, chris.omeara@dentons.com
        Tania M Moyron    on behalf of Plaintiff c/o Tania Moyron    Official Committee of Equity Holders of ICPW Liquidation Corporation, a Nevada corporation tania.moyron@dentons.com, chris.omeara@dentons.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

                                                                                                       TOTAL: 27

Case 1:17-bk-12408-MB    Doc 362    Filed 12/21/17    Entered 12/21/17 21:43:55    Desc
Imaged Certificate of Notice    Page 2 of 5

1  RON BENDER (SBN 143364)
2  MONICA Y. KIM (SBN 180139)
   KRIKOR J. MESHEFEJIAN (SBN 255030)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234; Facsimile: (310) 229-1244
5  Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
6  Attorneys for Chapter 11 Debtors and Debtors in Possession

7  Samuel R. Maizel (SBN 189301)
   Tania M. Moyron (SBN 235736)
8  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
9  Los Angeles, California 90017-5704
   Telephone: (213) 623-9300; Facsimile: (213) 623-9924
10 Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
   Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**DEC 19 2017**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **Ogier**    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>    Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER GRANTING STANDING TO PURSUE CLAIMS FOR THE BENEFIT OF THE DEBTORS' ESTATES AND APPROVING STIPULATION BETWEEN DEBTORS AND EQUITY COMMITTEE GRANTING STANDING**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:   Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

On December 12, 2017, the Court held a hearing to consider that certain *Joint Motion For Order granting Standing To Pursue Claims For The Benefit Of The Debtors' Estates; And Approving Stipulation Between Debtors And Equity Committee Granting Standing* (the "Motion") [Docket No. 243], filed by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), and the Official Committee of Equity Holders (the "Equity Committee"). Appearances were as noted on the Court's record.

The Court, having read and considered the Motion, the Declaration of Geoffrey L. Greulich annexed to the Motion, and the *Stipulation Granting The Official Committee Of Equity Holders Standing To Pursue Certain Estate Based Claims* (the "Stipulation") [Docket No. 242], notice of the Motion having been proper, no opposition to the Motion having been filed, with good cause appearing, orders as follows:

1. The Motion is granted and the Stipulation is approved.

2. The Equity Committee is hereby granted leave, standing and exclusive authority to assert, prosecute and/or settle on behalf of the Debtors' estates, subject to Court approval as necessary, any and all Claims[3] and Defenses in the AAA Proceeding, in the Bankruptcy Court and/or any other forum.

3. The Equity Committee is hereby granted, and shall have the joint, nonexclusive, right to assert any and all privileges controlled by Debtors, including the attorney-client privilege, on behalf of the Debtors' estate with respect to all claims and causes of action that the Equity Committee has been granted standing and authority to assert, prosecute and/or settle on behalf of the Debtors' estate pursuant to the Stipulation.

4. Except as expressly set forth herein, all of the Debtors and the Equity Committee's respective procedural and substantive rights, claims, objections and defenses are hereby expressly

---

[3] Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Stipulation.

reserved and preserved.

5. Nothing in the Stipulation or herein shall be deemed to waive, limit, impair or otherwise prejudice the Equity Committee's rights to seek standing and authority to assert, prosecute and/or settle on behalf of the Debtors' estate any claims or causes of action of the Debtors' estate against any persons or entities and such rights are expressly reserved and preserved.

6. The Court shall retain jurisdiction with respect to all matters arising under or related to the Stipulation.

**IT IS SO ORDERED.**

### # # #

Date: December 19, 2017

Martin R Barash
United States Bankruptcy Judge

3