SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

DEC 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**ORDER ON (1) STIPULATION RESOLVING OBJECTION TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD SEPTEMBER 22, 2017 THROUGH NOVEMBER 10, 2017 [DKT. 358], AND (2) FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROVINCE, INC. [DKT. 245]**<br><br>DATE:    December 12, 2017<br>TIME:    1:30 p.m.<br>PLACE:   Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

106040784\V-1

The Court, having reviewed and considered the *Stipulation Resolving Objection to First and Final Application for Compensation and Reimbursement of Expenses for Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for the Period September 22, 2017 through November 10, 2017* [Dkt. 358] (the "Stipulation") entered into by Province, Inc. ("Province"), fee applicant and financial advisor to the Official Committee of Unsecured Creditors, the above-captioned chapter 11 debtors and debtors in possession (the "Debtors") and the Official Committee of Equity Security Holders (the "Equity Committee"), and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.[3]

2. Province's request for approval of fees and expenses in connection with its *First and Final Application for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period September 22, 2017 through November 10, 2017* [Dkt. 245] (the "Fee Application") is reduced pursuant to the terms of the Stipulation to the total amount of $70,000.

3. In connection with the Fee Application, Province is hereby awarded final fees and expenses in the amount of $70,000 for the time period September 22, 2017 through and including November 10, 2017. Province is authorized to be paid the sum of $70,000 as set forth in Paragraph 8 below. This Order constitutes the final order on the Fee Application.

4. Upon entry of this Order, the *Joint Objection to the First and Final Application for Compensation and Reimbursement of Expenses for Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors for the Period September 22, 2017 Through November 10, 2017* [Dkt. 270] filed by the Debtors and the Equity Committee is deemed withdrawn, and the continued hearing scheduled on February 6, 2018 is hereby taken off calendar.

5. Province shall have no other claim (including any additional administrative claim or any other type of claim) in these Cases.

---

[3] Any capitalized terms that are not defined in this Order have the same meaning ascribed to them in the Stipulation.

6. The Stipulation and this Order are deemed effective immediately upon entry of this Order, and the terms of the Stipulation and this Order are binding upon all affected parties, including, but not limited by, any subsequently appointed chapter 11 or chapter 7 trustee.

7. This Court retains jurisdiction over the subject matter of the Stipulation and this Order in order to resolve any dispute in connection with the rights and duties specified therein.

8. Upon entry of this Order and no later than December 31, 2017, Levene, Neale, Bender, Yoo & Bill L.L.P. ("LNBYB"), bankruptcy counsel for the Debtors, which is serving as the Escrow Agent in these Cases, is authorized to pay, and shall pay, the $70,000 to Province out of the Debtors' funds that LNBYB is holding in a segregated trust account.

**IT IS SO ORDERED.**

# # #

Date: December 22, 2017

Martin R Barash
United States Bankruptcy Judge

106040784\V-1