RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300; Facsimile:  (213) 623-9924
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**JAN 10 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:

ICPW Liquidation Corporation, a California corporation[1],

    Debtor and Debtor in Possession.

In re:

ICPW Liquidation Corporation, a Nevada corporation[2],

    Debtor and Debtor in Possession.

☒ Affects both Debtors

☐ Affects ICPW Liquidation Corporation, a California corporation only

☐ Affects ICPW Liquidation Corporation, a Nevada corporation only

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with:
1:17-bk-12409-MB
Chapter 11 Cases

**ORDER (1) CONFIRMING THAT NO SEPARATE DISCLOSURE STATEMENT IS REQUIRED IN CONNECTION WITH THE DEBTORS' AND OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' JOINT PLAN OF LIQUIDATION, (2) CONFIRMING THAT NO VOTING IS REQUIRED ON THE PLAN, (3) MODIFYING SERVICE REQUIRED BY BANKRUPTCY RULE 3017(d), AND (4) SETTING A PLAN CONFIRMATION HEARING**

Plan Confirmation Hearing:
Date:    February 12, 2018
Time:    1:30 p.m.
Place:    Courtroom "303"
           21041 Burbank Blvd.
           Woodland Hills, CA

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was scheduled to be held on January 5, 2018, at 10:00 a.m., at the above-referenced location for the Court to consider the joint motion (the "Motion") filed by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors") and the Official Committee of Equity Security Holders (the "OCEH") for the entry of an order (1) confirming that no separate disclosure statement is required to the Joint Plan of Liquidation to be proposed by the Debtors and the OCEH (the "Plan"), or, alternatively, authorizing the Debtors and the OCEH to use a combined Plan and Disclosure Statement and setting a combined hearing; (2) confirming that no voting is required on the Plan; and (3) setting a Plan confirmation hearing. The Debtors and the OCEH are collectively referred to herein as the "Plan Proponents".  No opposition to the Motion was filed, and the Court waived appearances at the hearing on the Motion.

The Court, having reviewed the Motion and the entire record in these cases, and good cause appearing, hereby orders as follows:

1. The Motion is granted.

2. Under the circumstances of these cases, and no objection having been lodged by the Office of the United States Trustee or any creditor or equity holder, and it appearing from the record that subject to a hearing on confirmation, no creditor or equity holder will be impaired by the proposed Plan, the Court finds that the Plan Proponents are not required to solicit the votes on the Plan from any creditors or shareholders, and, therefore, the approval of a disclosure statement is not required.

3. A hearing shall be held on February 12, 2018, at 1:30 p.m. (the "<u>Plan Confirmation Hearing</u>"), for the Court to consider the confirmation of the Plan, which must be filed with the Court on or before January 12, 2018.

4. On or before January 12, 2018, the Debtors shall serve a copy of the "Notice of Hearing on Confirmation of Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation and Summary of Joint Plan," ~~attached as Exhibit "1" to this Order~~ <u>filed at Case Dkt. 371,</u> upon all known creditors and upon all known shareholders (the "<u>Plan Notice</u>"). In accordance with Rule 3017(d)~~(4)~~ of the Federal Rules of Bankruptcy Procedure or otherwise, given that all creditors and shareholders are unimpaired under the Plan, the Plan Proponents are not required to serve the Plan or any other pleadings or documents other than the Plan Notice on creditors or shareholders in connection with the Plan Confirmation Hearing. The Plan Proponents are only required to serve the Plan, including any exhibits thereto, on the United States Trustee and the Securities Exchange Commission.

5. On or before January 22, 2018, the Plan Proponents shall file with the Court a motion requesting the Court to confirm the Plan along with a memorandum of points and authorities in support of Plan confirmation (collectively, the "<u>Plan Confirmation Motion</u>"). The Plan Proponents are not required to serve the Plan Confirmation Motion on creditors or shareholders.

6. Any objection to confirmation of the Plan must be in writing and filed with the Clerk of the Court and served upon counsel to the Plan Proponents by February 5, 2018.

/ / /

/ / /

/ / /

7. Any reply to any objection filed to confirmation of the Plan must be filed with the Clerk of the Court and served on counsel for the objecting party by noon on February 10, 2018.

### 

Date: January 10, 2018

Martin R Barash
United States Bankruptcy Judge