RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300; Facsimile:  (213) 623-9924
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**JAN 12 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒  Affects both Debtors<br><br>☐  Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐  Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**STIPULATED ORDER AUTHORIZING LIMITED PAYMENTS FROM TRUST ACCOUNT RELATING TO THE DEBTORS' AND OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' JOINT PLAN OF LIQUIDATION**<br><br>Plan Confirmation Hearing:<br>Date:    February 12, 2018<br>Time:    1:30 p.m.<br>Place:    Courtroom "303"<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

Subject to the approval of the Court, ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors") and the Official Committee of Equity Security Holders (the "OCEH") hereby enter into this Stipulation as follows:

1. The Debtors and the OCEH are parties to a Joint Plan of Liquidation (the "Plan") that they intend to file with the Court on January 12, 2018.

2. On January 10, 2018, the Court entered its order as Case Dkt. 373 that, among other things, ordered the Debtors to serve a copy of the "Notice of Hearing on Confirmation of Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation and Summary of Joint Plan" filed as Case Dkt. 371 upon all known creditors and upon all known shareholders.

3. The Debtors and the OCEH desire to pay for the photocopying and postage associated with this mailing out of the funds in the Trust Account. Pursuant to a prior order of the Court, no funds shall be spent from the Trust Account without a prior order of the Court. The Debtors and the OCEH therefore request the Court to enter this Order authorizing the payment of the costs of such photocopying and postage to be paid from the Trust Account.

4. The Debtors and the OCEH also wish to establish a website for creditors and shareholders to be paid to access a copy of the Joint Plan of Liquidation and to pay for the costs of establishing such website out of the funds in the Trust Account.

///

///

The Court, having considered such request from the Debtors and the OCEH, hereby authorizes payment of such expenses out of the funds in the Trust Account.

###

Date: January 12, 2018

_____
Martin R Barash
United States Bankruptcy Judge

3

Agreed:

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
    RON BENDER
    MONICA Y. KIM
    KRIKOR J. MESHEFEJIAN
    Attorneys for Chapter 11 Debtors and Plan Proponents

Agreed:

DENTONS US LLP

By: _____
    SAMUEL R. MAIZEL
    TANIA MOYRON
    Attorneys for Official Committee of Equity Security Holders