RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Lead Case No.: 1:17-bk-12408-MB |
| | Jointly administered with: |
| ICPW Liquidation Corporation, a California corporation,[1] | 1:17-bk-12409-MB Chapter 11 Cases |
| | **NOTICE OF HEARING ON MOTION AND MOTION FOR ENTRY OF ORDER: (1) APPROVING AGREEMENT WITH MATTHEW PLISKIN FOR TRUSTEE SERVICES; AND (2) APPROVING TRUST BOARD COMPENSATION; DECLARATIONS OF SCOTT JARUS AND MATTHEW PLISKIN IN SUPPORT THEREOF** |
| Debtor and Debtor in Possession. | |
| In re: | |
| ICPW Liquidation Corporation, a Nevada corporation,[2] | |
| Debtor and Debtor in Possession. | |
| Affects: | **Hearing:** |
| | DATE:        February 12, 2018 |
| ☒  Both Debtors | TIME:        1:30 p.m. |
| | PLACE:      Courtroom "303" |
| ☐  ICPW Liquidation Corporation, a California corporation | 21041 Burbank Blvd. |
| | Woodland Hills, CA 91367 |
| ☐  ICPW Liquidation Corporation, a Nevada corporation. | |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

**PLEASE TAKE NOTICE THAT** ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors"), and the Official Committee of Equity Security Holders (the "Equity Committee") seek the entry of an order: (i) approving that certain agreement with Matthew Pliskin for trustee services (the "Trustee") in connection with the *Debtors' and the Equity Committee's Joint Plan of Liquidated Dated January 12, 2018* (the "Plan"); and (2) approving certain compensation to the initial members of the trust board (the "Trust Board") created pursuant to the Plan and the related trust agreement. The members of the Trust Board are the current members of the Equity Committee: Ronald Chez, Scott Jarus and Patrick O'Brien. The Motion requests that the Court approve proposed compensation (i) to the Trustee of $300 per hour, plus expenses, and (ii) to each member of the Trust Board of $40,000 per year, plus expenses, paid quarterly in arrears. The relief sought is solely in the event the Court approves confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion and all pleadings filed in support of the Motion, the entire record of these cases, the statements, arguments and representations of counsel to be made at the hearing on the Motion, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f), any party opposing or responding to the Motion must, not later than fourteen (14) days before the hearing, file a written objection and serve such objection on counsel for the Debtors and the Equity Committee whose name and address appear at the top, left-hand corner of the first page of this Notice.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to

2

file and serve a timely objection to the Motion may be deemed by the Court to be consent to the

3

relief requested herein.

4

Dated:  January 22, 2018                           LEVENE, NEALE, BENDER, YOO & BRILL

5

                                                                        L.L.P.
                                                                        RON BENDER

6

                                                                        KRIKOR J. MESHEFEJIAN

7

                                                                        By:____/s/ Ron Bender_____

8

                                                                             KRIKOR J. MESHEFEJIAN
                                                                        Attorneys for Debtors and Debtors in Possession

9

10

Dated:  January 22, 2018                           DENTONS US LLP

11

                                                                        SAMUEL R. MAIZEL
                                                                        TANIA M. MOYRON

12

                                                                        By:_____

13

                                                                             TANIA M. MOYRON

14

                                                                        Attorneys for the Official Committee of
                                                                        Equity Holders

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## RELIEF REQUESTED

Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors"), and the Official Committee of Equity Security Holders (the "Equity Committee") seek the entry of an order: (i) approving that certain agreement with Matthew Pliskin for trustee services (the "Trustee Agreement") in connection with the *Debtors and Official Committee And Official Committee Of Equity Security Holders Joint Plan Of Liquidation Dated January 12, 2018* [Docket No. 383] (the "Plan") and the related trust agreement (the "Trust Agreement"); and (2) approving certain compensation to each initial member of the trust board (the "Trust Board") created pursuant to the Plan and the Trust Agreement. The relief sought herein is solely in the event the Court approves confirmation of the Plan.

## II.

## JURISDICTION AND VENUE

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The venue of the Debtors' two chapter 11 cases (the "Cases") is proper pursuant to 28 U.S.C. §§1408 and 1409.

## III.

## BACKGROUND

A.    **General Background.**

1.    On September 8, 2017, the Debtors each filed a voluntary petition under chapter

4

11 of the Bankruptcy Code (the "Petition Date"). Since the Petition Date, the Debtors have operated their business and managed their affairs as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.  With the Court's approval, the Cases are being jointly administered.  Other than owning all of the shares in the California entity, the Nevada entity had no business.  All operations of the Debtors effectively functioned through the California entity.

2.    On September 11, 2017, the Debtors filed their *Ex Parte Motion For Entry Of An Order For Joint Administration Of Cases*.  Docket No. 5.

3.    On September 12, 2017, the Court entered an *Order Approving Joint Administration of Cases Authorizing Joint Administration Pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 1015(b)*.  Docket No. 25.

4.    On September 20, 2017, the Office of the United States Trustee filed its *Notice of Appointment of Official Committee of Equity Holders* (the "Notice of Appointment").  Docket No. 59.  The Notice of Appointment provides for the appointment of the Equity Committee in ICPW Nevada.

5.    On September 22, 2017, *the Office of the United States Trustee filed its Notice of Appointment of Creditors' Committee*.  Docket No. 62.

**B.    Relevant Facts.**

6.    The Debtors filed the Cases to consummate a sale of substantially all of their assets (excluding cash, causes of action and certain property) for the most money possible.  Just prior to their chapter 11 bankruptcy filings, the Debtors entered into an asset purchase agreement (the "Radians APA") with the Debtors' then pre-petition secured creditor, Radians Wareham Holdings, Inc. ("Radians"), for a cash purchase price of between $15 and $20 million, subject to an overbid process.

7.    Pursuant to the Bidding Procedures Order [Docket No. 71], the Auction was held

before the Court on October 30, 2017.  Two prospective overbidders, Brighton-Best International, Inc. ("BBI") and Protective Industrial Products, Inc. ("PIP"), along with Radians participated in the Auction, and BBI was determined to be the winning bidder at the Auction with a purchase price of $25,250,000.  The sale to BBI closed on November 14, 2017. In connection with the sale closing, after taking into account various deposits and pro rations, BBI wire transferred a closing payment of $25,328,919, which is in addition to the $1,000,000 deposit that BBI had provided to the Debtors in advance of the Auction (the "BBI Deposit") and is inclusive of the $820,000 "Supplemental Payment" which, pursuant to the Sale Order, is to be maintained by the Escrow Agent in segregated trust account separate from the balance of the sale proceeds pending further order of the Court.

8.    On January 12, 2018, the Debtors and the Equity Committee (the "Plan Proponents") filed and served the Plan and related notice of hearing on confirmation of the Plan. Docket Nos. 383 & 383.  A liquidating trust (the "Trust") is being established under the Plan. *See* Plan, at 45, 53. The Debtors and the proposed trustee (the "Trustee") will execute the Trust Agreement pursuant to the terms of the Plan. A copy of the Trust Agreement is attached as an exhibit to the Plan.  A slightly revised version of the Trust Agreement (which remains subject to further revisions) is attached hereto as Exhibit "1."  The Trust shall become effective upon the Effective Date of the Plan.

9.    The Plan provides that the Trustee of the Trust will be proposed by the Equity Committee and is subject to approval by the Court.  The Trust Agreement appoints a Trustee for the Trust and creates the Trust Board. The Trust Board is comprised of the same members of the Equity Committee: Ronald Chez, Scott Jarus, and Patrick O'Brien.

## C.    The Proposed Trustee and Compensation.

10.    Matthew Pliskin was employed by the Debtors shortly before their bankruptcy

6

filings to serve as the Debtors' Chief Financial Officer (the "CFO"), a position he has held throughout the Cases. During the Cases, Mr. Pliskin has been getting paid compensation of $18,000 per month plus expenses. During his service to the Debtors, both pre- and post-petition, Mr. Pliskin has accumulated a vast amount of institutional knowledge concerning the Debtors' business, including the Debtors' corporate matters, assets, books and records, accounting and cash management systems, creditors, employees, vendors, customers and contract parties, historic financial performance, and pre-bankruptcy operations. Mr. Pliskin has also acquired critical knowledge regarding various pre-petition events related to the Debtors' former officers and various acts that led to, among other things, their resignation.

11.     Since the Petition Date, Mr. Pliskin has played a central role in the management-led liquidation of the Debtors' estates. The Debtors and the Equity Committee are confident that Mr. Pliskin will continue his effective service to these estates' creditors and shareholders as Trustee. The Debtors and the Equity Committee believe that it is critical that someone knowledgeable about the Debtors' corporate affairs, historic operations, liquidation efforts, and these chapter 11 cases be designated as Trustee in order to ensure a smooth transition to the Trust. Anyone new to the Debtors and these Cases would need to spend a significant amount of time—at great expense to these estates—familiarizing himself or herself with the Debtors' assets, books and records, and these Cases. Thus, engagement of an "outsider" would likely delay the conclusion of these Cases by at least several months if not longer.  Employment of Mr. Pliskin as Trustee, on the other hand, will ensure a smooth, efficient and cost-effective transition into the next phase of the Debtors' liquidation through the Trust and also ensure that the Trust is capably and efficiently administered. The Debtors and the Equity Committee therefore believe that employing Mr. Pliskin as Trustee is in the best interests of the Debtors, their estates, their creditors and shareholders.

12.    Additionally, the terms related to Mr. Pliskin's proposed services are reasonable, as set forth in the Trustee Agreement and below. A copy of the Trustee Agreement (which is in draft form) is attached hereto as Exhibit "2." The sole purpose of the Trustee Agreement is to ensure that Mr. Pliskin is able and willing to serve as Trustee upon confirmation of the Plan. Under the Trustee Agreement, Mr. Pliskin shall be paid $300 per hour plus expenses.

13.    The Trustee Agreement includes, *inter alia*, the following relevant terms:

- Mr. Pliskin, as Trustee, will administer the Trust, and his duties shall include, among other things, overseeing the wind up of the Debtors' businesses, the pursuit of claims against certain parties and organizations, the distribution to shareholders, and the dissolution of the Debtors, as well as any other services reasonably requested by the Trust Board from time to time.

- The initial term (the "Initial Term") of Mr. Pliskin's employment as Trustee will commence upon the effective date of the Plan (the "Effective Date"), and continue through the date that is twelve months after the Effective Date,  which shall be extended on the anniversary of the Effective Date for a further twelve (12) months unless the Trust Board provides Mr. Pliskin 30 days of notice in advance of the extension date that the Trust Agreement shall terminate.

- Mr. Pliskin's compensation for his services to the Trust will consist of a fee of $300 per hour plus expenses, which shall be paid within five business days following the completion of each monthly period, and which shall constitute the sole compensation Mr. Pliskin receives for his services to the Trust.

14.    The Debtors request that the Court approve the Trustee Agreement as being reasonable and in the best interest of the Debtors' estates, creditors and shareholders.

**D.**     **The Proposed Compensation to the Trust Board.**

15.     As set forth above, the Trust Agreement creates a Trust Board and provides that the initial members of the Trust Board are Messrs. Chez, Jarus and O'Brien. *See* Trust Agreement, Exhibit 1, Section 4.1. The resumes of each of the members of the Trust Board are attached hereto as Exhibit "3."

16.     The Trust Board has the responsibility of making certain determinations in accordance with the Trust Agreement and the Plan and serves an advisory role to the Trustee. *Id.* Among other things, the Trust Agreement provides that the Trustee shall submit to the Trust Board for its review and prior approval certain matters as set forth therein and any other matters that the Trust Board may direct the Trustee to submit for its approval or that expressly require the approval of the Trust Board pursuant to the terms of the Trust Agreement. For example, the Trust Agreement provides that, in the event of (a) compromises of pending litigation, (b) sales, transfers or abandonment of property with a value of more than $50,000, or (c) claim settlements in which the amount conceded to be due and owing by the Trustee exceeds $100,000, the Trustee shall obtain the approval of the Trust Board of the intended action. *See* Trust Agreement, Exhibit 1, Section 5.4.

17.     The Trust Agreement also provides that "[e]ach of the Trust Board Members shall be entitled to reasonable compensation for their activities on behalf of the Trust as costs of administration as provided by Section 4.4 of this Agreement." *See* Trust Agreement, Exhibit 1, Section 9.8.

18.     The Debtors and the Equity Committee propose that each member of the Trust Board shall receive $40,000 per year, plus expenses per year, paid quarterly in arrears, for their Trust related Activities.

19.     The Debtors and the Equity Committee request that the Court approve the

compensation to each member of the Trust Board as being reasonable and in the best interest of the Debtors' estates, creditors and shareholders.

## IV.

## ARGUMENT

Section 105(a) of the Bankruptcy Code[3] provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." Section 363(b) provides in pertinent part that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." The use, sale or lease of property of the estate, other than in the ordinary course of business, is authorized when a "sound business purpose" justifies such action. *See, e.g., In re Del. & Hudson Ry.*, 124 B.R. 169, 176 (D. Del. 1991) (explaining that the Third Circuit has adopted the "sound business purpose" test to evaluate motions brought pursuant to § 363(b)); *see also Stephen Indus., Inc. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986) (adopting the "sound business purpose" standard for sales proposed pursuant to § 363(b)); *Titusville Country Club v. Pennbank* (*In re Titusville Country Club*), 128 B.R. 396, 399 (Bankr. W.D. Pa. 1991) (same). Pertinent factors include:  (i) whether the proposed use is in the best interests of creditors; (ii) whether the debtor has other options available to it; and (iii) whether the proposed use will facilitate a plan of reorganization. *See In re Am. Dev. Corp.*, 95 B.R. 735, 739 (Bankr. C.D. Cal. 1989).

The Debtors and the Equity Committee believe that both securing Mr. Pliskin's commitment to serve as Trustee and compensating the Trust Board will accomplish a "sound business purpose" and further the process of successfully completing the liquidation of the

---

[3] All references to "sections" of the Bankruptcy Code herein are to sections of 11 U.S.C. § 101 et. seq., as amended.

Debtors' estates. As to Mr. Pliskin, it is critical that his commitment to serve as Trustee is secured in order to ensure an efficient and cost-effective conclusion to these Cases.  Through his service to the Debtors, Mr. Pliskin has accumulated a vast amount of institutional knowledge concerning the Debtors' businesses, their assets, creditors, etc. and is therefore uniquely positioned to serve as the Trustee. Similarly, the members of the Equity Committee have accumulated a vast amount of institutional knowledge concerning the Debtors' business as shareholders and through their service as members of the Equity Committee throughout these Cases. Moreover, both Messrs. Jarus and O'Brien have acquired institutional knowledge of the Debtors' operations and background through their service as, among other things, former directors. Securing Mr. Pliskin's commitment to serve as Trustee and the commitment of the three members of the Equity Committee to serve on the Trust Board will ensure that a knowledgeable Trustee and Trust Board is available to these estates once the Plan is confirmed, while also ensuring that the Trust is capably and efficiently administered.

The Debtors and the Equity Committee believe that the terms of the Trustee Agreement and the compensation to the members of the Trust Board are reasonable and will provide a significant benefit to these estates by ensuring their willingness and availability to serve as Trustee and members of the Trust Board.  Moreover, the total proposed compensation is materially less than a chapter 7 trustee's statutory fee under § 326 of the Bankruptcy Code, which would be approximately $448,620 if the chapter 7 trustee distributed the cash on hand in the total sum of $14,179,001.  *See* Plan, at 67.

Additionally, this Motion and the relief sought herein is in furtherance of the Debtors' and the Equity Committee's filing of the Plan.  Upon approval of the relief requested herein, the Debtors and the Equity Committee will have secured the services of individuals that can assume the responsibilities of Trustee and the Trust Board immediately upon confirmation of the Debtors'

Plan. Without this commitment, the Debtors and the Equity Committee would be required to search for others to serve as trustee and potentially members of the Trust Board.  Such a search would result in increased administrative costs for these estates and likely delay confirmation and implementation of the Plan. The Debtors and the Equity Committee believe that securing Mr. Pliskin's and the members of the Trust Board's commitment is the most cost-effective means of ensuring a smooth and efficient liquidation and distribution of estate assets and conclusion to these Cases.  Thus, approval of the Trustee Agreement and the compensation to the members of the Trust Board is in the best interest of these estates, creditors and shareholders.

**V.**

**CONCLUSION**

WHEREFORE, the Debtors and the Equity Committee request that this Court enter an order (i) approving the Trustee Agreement, (ii) making any payments payable to Mr. Pliskin and the Trust Board members an administrative expense of these estates and binding on any successor in interest to these estates, including, without limitation, any chapter 7 trustee, and (iii) granting such further and other relief as is proper.

Dated:  January 22, 2018          LEVENE, NEALE, BENDER, YOO & BRILL
                                  L.L.P.
                                  RON BENDER
                                  KRIKOR J. MESHEFEJIAN

                                  By:_____*/s/ Ron Bender*_____
                                        KRIKOR J. MESHEFEJIAN
                                  Attorneys for Debtors and Debtors in Possession

Dated:  January 22, 2018          DENTONS US LLP
                                  SAMUEL R. MAIZEL
                                  TANIA M. MOYRON

                                  By:_____
                                        TANIA M. MOYRON
                                  Attorneys for the Official Committee of
                                  Equity Holders

## DECLARATION OF SCOTT JARUS

I, Scott Jarus, hereby declare as follows:

1.     I am a member and the chairman of the Official Committee of Equity Security Holders (the "Equity Committee") in the pending chapter 11 bankruptcy cases of ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors").

2.     The Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 8, 2017 ("Petition Date"), and the Equity Committee was formed by the Office of the United States Trustee shortly thereafter.  The three members of the Equity Committee are Ronald Chez, Patrick O'Brien, and me.

3.     In that capacity, I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently with respect thereto.

4.     I submit this Declaration in support of the *Motion For Entry Of Order: (1) Approving Agreement With Matthew Pliskin For Trustee Services; And (2) Approving Trust Board Compensation* (the "Motion"). The relief sought in the Motion is solely in the event the Court approves confirmation of the Plan (as defined below).

5.     The Debtors and the Equity Committee filed the *Debtors' and the Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated January 12, 2018* (the "Plan"), which I understand the Debtors and the Equity Committee filed with the Court on January 12, 2018, as Docket Number 383.

6.     The Plan and the related trust agreement (the "Trust Agreement") create a trust (the "Trust") for the sole benefit of the shareholders of ICPW. The Trust Agreement is attached to

the Motion as Exhibit "1." The three members of the Equity Committee (Ronald Chez, Patrick O'Brien, and me) will serve as the initial members of the Trust Board (the "Trust Board Members"). A copy of the resume of each of the Trust Board Members is attached to the Motion as Exhibit "3."

7.    Subject to the approval of the Court and finalization of an agreement acceptable to all parties (the "Trust Agreement"), the Debtors' current Chief Financial Officer, Matthew Pliskin, has been selected by the Equity Committee to serve as the trustee (the "Trustee") of the Trust.  Under the Trustee Agreement, Mr. Pliskin will be paid $300 per hour plus expenses.

8.    Additionally, the Debtors and the Equity Committee in the Motion propose that each of the Trust Board Members will be paid $40,000 per year, plus expenses, paid quarterly in arrears, for their Trust related activities.

9.    I believe that the proposed compensation to Mr. Pliskin as Trustee and to the Trust Board Members is reasonable and commensurate with their experience and the value they will add to effectively and efficiently administer the Trust.

10.    Thus, I believe approval of the Motion is in the best interest of these estates, creditors and shareholders.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 22nd day of January, 2018, at Dunedin, New Zealand

_____

SCOTT JARUS

### DECLARATION OF MATTHEW PLISKIN

I, MATTHEW PLISKIN, declare:

1.      I am the Chief Financial Officer (the "CFO") of the Debtors.  I was hired as the Debtors' CFO shortly prior to the filing of the Debtors' chapter 11 bankruptcy cases.  I was requested by the Equity Committee to serve as the trustee ("Trustee") of a trust established pursuant to the joint plan of liquidation (the "Plan") that has been jointly proposed by the Debtors and the Equity Committee.  I have agreed to serve as the Trustee in accordance with the terms of the Trustee Agreement.

2.      I make this Declaration in support of the motion to which this Declaration is attached (the "Motion").  All of the facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by other employees of the Debtors or their professional advisors, upon my review of relevant documents, or upon my opinion based upon my experience and knowledge of the Debtors, their businesses, financial affairs and books and records.  If called upon to testify with respect to the facts set forth herein, I could and would testify competently thereto, except for matters stated to be on information and belief, and as to such matters, I believe them to be true and correct.

3.      I am currently being paid $18,000 per month plus expenses for serving as the Debtors' CFO.

4.      During my service to the Debtors, both pre- and post-petition, I have become very familiar with the Debtors' businesses, including the Debtors' corporate affairs, assets, books and records, accounting and cash management systems, creditors, including employees, vendors, customers and contract parties, historical financial performance and pre-bankruptcy operations.

5.      The Debtors and the Equity Committee filed the *Debtors' and the Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated January 12, 2018* (the

"Plan"), which I understand the Debtors and the Equity Committee filed with the Court on January 12, 2018, as Docket Number 383.  I understand that the Plan and the related trust agreement (the "Trust Agreement") create a trust (the "Trust") for the sole benefit of shareholders.

6.    I have reviewed and agreed to that certain agreement related to my proposed services as trustee (the "Trustee Agreement") in connection with the Plan and the Trust Agreement.  I am willing to serve as Trustee of the Trust on the terms set forth in the Trustee Agreement, the Trust Agreement and the Plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of January 2018, at Tampa, Florida.

Matthew Pliskin

# EXHIBIT "1"

# DRAFT

### TRUST AGREEMENT

This Trust Agreement (the "Agreement"), dated as of _____ __, 2018, is by and among ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors"), as settlors, and Mathew Pliskin, as the trustee of the Trust referred to herein (the "Trustee"), and is executed in connection with and pursuant to the terms of the Joint Plan of Liquidation Dated January 12, 2018 ("Plan") that was jointly proposed by the Debtors and the Official Committee of Equity Security Holders (the "OCEH"), which provides for, among other things, the establishment of a trust evidenced hereby (the "Trust").

### W I T N E S S E T H

WHEREAS, on September 8, 2017, the Debtors filed voluntary petitions pursuant to Chapter 11 of the Bankruptcy Code with the Bankruptcy Court;

WHEREAS, on February _____, 2018, the Bankruptcy Court entered its order confirming the Plan (the "Confirmation Order");

WHEREAS, the Trust is created pursuant to the Plan;

WHEREAS, the Trust is created on behalf, and for the sole benefit, of the shareholders of ICPW Nevada (the "Shareholders" or the "Trust Beneficiaries"), as set forth in the Plan and provided herein;

WHEREAS, the Trust is established for the purpose of collecting, distributing and liquidating all of the funds and property assigned to the Trust and pursuing claims and causes of action assigned to the Trust under the Plan (the "Trust Corpus") for the benefit of the Trust Beneficiaries in accordance with the terms of this Agreement and the Plan;

WHEREAS, the Trust shall have no objective or authority to continue or to engage in the conduct of any trade or business;

WHEREAS, the Plan provides that the Trust Beneficiaries are entitled to their applicable share of the Trust Corpus, all as described generally in the Plan;

WHEREAS, concurrently with the effectiveness of this Agreement, the Effective Date under the Plan has occurred, the Plan has become effective, and the Debtors have been conclusively deemed to have conveyed the assets of the Debtors' estates (the "Trust Property")

1

to the Trust (except as specifically set forth in the Plan), and the Trustee will cause the Debtors to be dissolved pursuant to the terms of the Plan;

WHEREAS, pursuant to the Plan, the Debtors, the Trustee, and the Trust Beneficiaries are required to treat, for all federal income tax purposes, the transfer of the Trust Property to the Trust as a transfer of the Trust Property by the Debtors to the Trust Beneficiaries in satisfaction of their class 2 interests under the Plan, followed by a transfer of the Trust Property by the Trust Beneficiaries to the Trust in exchange for the beneficial interest herein, and to treat the Trust Beneficiaries as the grantors and owners of the Trust for federal income tax purposes;

WHEREAS, the Trust is intended to qualify as a liquidating trust for federal income tax purposes pursuant to Treasury Regulation Section 301.7701-4(d), and to be treated as a grantor trust for federal income tax purposes pursuant to Sections 671 through 679 of the Internal Revenue Code;

WHEREAS, pursuant to the Plan and the Plan Confirmation Order, the Bankruptcy Court has approved Mathew Pliskin to serve as the Trustee of the Trust;

WHEREAS, pursuant to the Plan and the Plan Confirmation Order, the Bankruptcy Court has approved Scott Jarus, Ron Chez, and Patrick O'Brien to serve as the members of the Trust Board;

WHEREAS, the Bankruptcy Court shall have jurisdiction over the Trust, the Trustee, the Trust Property, including, without limitation, any claims and causes of action, as provided herein and in the Plan; and

NOW, THEREFORE, in consideration of the promises and the mutual covenants contained herein and in the Plan, the Debtors and the Trustee agree as follows:

## ARTICLE I
## DEFINITIONS AND INTERPRETATIONS

1.1    Definitions.

1.1.1    "Agreement" shall have the meaning set forth in the introductory paragraph to this Agreement.

1.1.2    "Bankruptcy Court" shall have the meaning set forth in the introductory paragraph to this Agreement.

1.1.3    "Debtors" shall have the meaning set forth in the introductory paragraph to this Agreement.

1.1.4    "Effective Date" shall have the meaning set forth in the Plan.

1.1.5    "Trust Property" shall mean the Trust Corpus (as defined in the Recitals to this Agreement) and shall include all of the assets assigned to the Trust under the Plan.

1.1.6    "Trust" shall have the meaning set forth in the introductory paragraph to this Agreement.

1.1.7    "Trustee" shall mean (x) initially, the person named in the introductory paragraph to this Agreement as the Trustee, and (y) any successors or replacements duly appointed under the terms of this Agreement.

1.1.8    "Trust Beneficiaries" shall have the meaning set forth in the Recitals to this Agreement, or any successors to such Trust Beneficiaries pursuant to Section 7.6 of this Agreement.

1.1.9    "Plan" shall have the meaning set forth in the introductory paragraph to this Agreement.

1.2    <u>Use of Plan Definitions</u>.  All capitalized terms which are used in this Agreement and not otherwise defined herein shall have the same meaning set forth in the Plan.  In the case of any inconsistency between the terms of this Agreement and the terms of the Plan, the terms of the Plan shall govern and control.

1.3    <u>Certain References</u>.  Reference in this Agreement to any Section or Article is, unless otherwise specified, to such section or article under this Agreement.  The words "hereof," "herein," and similar terms shall refer to this Agreement and not to any particular section or article of this Agreement.

**ARTICLE II**
**ESTABLISHMENT, PURPOSE AND FUNDING OF TRUST**

2.1    <u>Creation and Name</u>.  There is hereby created the Trust, referred to in the Plan. The Trustee may conduct the affairs of the Trust under the name of the "<u>ICPW Nevada Trust</u>."

2.2    <u>Purpose of the Trust</u>.  The Debtors and the Trustee, pursuant to the Plan and in accordance with Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), hereby create the Trust for the purpose of (i) collecting, distributing, liquidating and otherwise disposing of all of the funds and property in the Trust for the benefit of the Trust Beneficiaries in accordance with the terms of this Agreement and the Plan, (ii) causing all proceeds of Trust Property to be deposited into the Trust in accordance with the Plan and this Agreement, (iii) controlling, defending, prosecuting settling, and/or pursuing the resolution or litigation of all claims, rights, Transferred Claims and Causes of Action included in the Trust Property, in each such case, in accordance with the Plan and this Agreement, (iv) overseeing and, where appropriate, directly initiating actions to resolve any remaining issues regarding the allowance and payment of Disputed Claims or any other claims that require resolution, including, as necessary, initiation and/or participation in proceedings before the Bankruptcy Court, and (v) taking such actions permitted hereunder that are necessary or useful to maximize the value of the Trust including, without limitation, the borrowing of funds and the retention of employees. The activities of the Trust shall be limited to those activities set forth herein and as otherwise contemplated by the Plan.  The Trustee understands and agrees that the Trust has no objective to continue or engage in the conduct of any trade or business, except to the extent reasonably necessary to, and consistent with, the liquidating purpose of the Trust.

3

2.2     Transfer of Trust Property.

2.2.1     The Debtors hereby grant, release, assign, convey, transfer and deliver, for the benefit of the Trust Beneficiaries, pursuant to Sections 1123(a)(5)(B) and 1123(b)(3)(B) of the Bankruptcy Code and in accordance with the Plan and the Plan Confirmation Order, the Trust Property to the Trust for the uses and purposes as specified in this Agreement and the Plan, free and clear of any and all liens, claims, encumbrances and interests (legal, beneficial or otherwise) of all other entities to the maximum extent contemplated by and permissible under Section 1141(c) of the Bankruptcy Code. The Debtors or the Liquidating Debtor shall from time to time as and when reasonably requested by the Trustee execute and deliver or cause to be executed and delivered all such documents (in recordable form where necessary or appropriate), and the Debtors or the Liquidating Debtor shall take or cause to be taken such further action as the Trustee may reasonably deem necessary or appropriate, to vest or perfect in or confirm to the Trustee title to and possession of the Trust Property.

2.2.2     Except as expressly provided herein or as provided in the Plan Confirmation Order, in no event shall any part of the Trust Property revert to or be distributed to any of the Debtors.

2.2.3     For all federal, state and local income tax purposes, the Debtors, the Trust Beneficiaries, and the Trustee shall treat the transfer of the Trust Property to the Trust as a transfer of the Trust Property by the Debtors to the Trust Beneficiaries in satisfaction of their class 2 interests under the Plan, followed by a transfer of the Trust Property by the Trust Beneficiaries to the Trust in exchange for their beneficial interests in the Trust.  Thus, the Trust Beneficiaries shall be treated as the grantors and owners of the Trust.

2.3     Securities Law.  Under Section 1145 of the Bankruptcy Code, the issuance of beneficial interests in the Trust to the Trust Beneficiaries under the Plan, to the extent such interests are deemed to be "securities," shall be exempt from registration under the Securities Act of 1933, as amended, and all applicable state and local laws requiring registration of securities. If the Trustee determines, with the advice of counsel, that the Trust is required to comply with the registration and reporting requirements of the Securities and Exchange Act of 1934, as amended, or the Investment Company Act of 1940, as amended, then the Trustee shall take any and all actions to comply with such reporting requirements and file necessary periodic reports with the Securities and Exchange Commission.

## ARTICLE III
## APPOINTMENT, DUTIES, AND POWERS OF THE TRUSTEE.

3.1     Appointment. Mathew Pliskin hereby acknowledges his acceptance of his appointment as the Trustee, to serve pursuant to the terms of the Plan and this Agreement, until such time as he resigns, is removed or discharged, or this Agreement and the Trust terminate as hereinafter set forth.

3.2     Trustee's Duties. The duties, obligations, and responsibilities of the Trustee shall include, but not be limited to, the following: (a) oversee the preservation, holding, management and maximization of all Trust Property and distribute them to the Trust Beneficiaries; (b) take or not take those actions which the Trustee in his business discretion believes to be in accordance

4

with the best interests of the Trust Beneficiaries and which actions or inactions are consistent with the Plan.

The Trustee's responsibilities, duties and obligations are solely to the Trust Beneficiaries. The Trustee shall have an independent right and standing to request relief from the Bankruptcy Court which the Trustee believes to be in accordance with the best interests of the Trust Beneficiaries. For purposes of performing his duties and fulfilling his obligations under the Plan, this Agreement, and the Plan Confirmation Order, the Trustee shall be deemed to be a "party in interest" within the meaning of Section 1109(b) of the Bankruptcy Code and a representative of the Debtors' bankruptcy estates under Bankruptcy Code section 1123(b)(3) and 1129(a)(5).

Within thirty (30) days following the end of each calendar quarter, the Trustee shall provide each member of the Trust Board with the actual Trust expenses paid or incurred during the preceding calendar quarter, from time to time, such other financial information the Trust Board may reasonably request.

The Trustee shall be available from time to time on reasonable notice to report to the Trust Board regarding the status of (i) the administration of the Trust, (ii) the collection and distribution of the Trust Property, and (iii) the status of all litigation. Upon reasonable request by the Trust Board, the Trustee shall promptly prepare, or cause to be prepared, such statistical data and written and oral reports as are reasonably necessary to keep the Trust Board or the Trust Beneficiaries, as the case may be, fully apprised of the condition and status of the Trust Property and any other activities of the Trust hereunder

    3.3    <u>Trustee's Rights, Powers and Privileges and Limitations Thereto.</u>

The Trustee's rights, powers and privileges and the limitations thereto are set forth below in Sections 5.1 and 5.4, respectively.

**ARTICLE IV**
**TRUST BOARD**

    4.1    <u>Trust Board</u>. The initial members of the board of the Trust (the "<u>Trust Board</u>") shall be Scott Jarus, Ron Chez and Patrick O'Brien (the "<u>Trust Board Members</u>"). The Trust Board shall make certain determinations, in accordance with this Agreement and the Plan. Approval of a majority of the Trust Board Members shall be required for the Trust Board to act, provided that the Trust Board may delegate responsibility for discrete issues or decisions to one or more of the Trust Board Members. The Trust Board shall have the rights and powers set forth herein. In the event that a Trust Board shall not continue to exist under this Agreement, all references herein to required approval or other action of such Trust Board shall be of no force or effect. The Trust Board Members, by a majority vote, shall have the right to increase or to decrease the number of the Trust Board Members.

    4.2    <u>Approval of the Trust Board</u>. Notwithstanding anything in this Agreement to the contrary, the Trustee shall submit to the Trust Board for its review and prior approval the matters set forth in Section 5.4 and any other matters that the Trust Board may direct the Trustee to submit for its approval or that expressly require the approval of the Trust Board pursuant to the terms of this Agreement.

4.3    Resignation/Replacement of a Trust Board Member.  In the event that a Trust Board Member resigns, the remaining Trust Board Members, along with the Trustee, shall by majority vote select a replacement to serve on the Trust Board, if they deem it advisable and practicable.

4.4    Compensation and Indemnification.  Each of the Trust Board Members shall be entitled to reasonable compensation for their activities on behalf of the Trust. The terms of such compensation shall be subject to the approval of the Court on or prior to the Effective Date after notice and hearing upon the joint motion of the Plan Proponents, but shall not be subject to the limitations of § 326 of the Bankruptcy Code. Each of the Trust Board Members shall be indemnified as set forth below in Section 8.3.

4.5    Confidentiality.  Each of the Trust Board Members shall, while serving as a Trust Board Member under this Agreement and for a period of twelve (12) months following the termination of this Agreement or following his removal or resignation from the Trust Board, hold strictly confidential and not use for personal gain any material, non-public information of or pertaining to any entity to which any of the Trust Property relate or of which he/she has become aware in his capacity as a Trust Board Member.

## ARTICLE V
## ADMINISTRATION OF THE TRUST

5.1    Rights, Powers and Privileges.  The Trustee shall have only the rights, powers and privileges expressly provided in this Agreement and the Plan.  Subject to the Trust Board's right of advice and comment discussed herein, the Trustee shall have the power to take the actions granted in the subsections below and any powers reasonably incidental thereto, which the Trustee, in his reasonable discretion, deems necessary or appropriate to fulfill the purpose of the Trust, unless otherwise specifically limited or restricted by the Plan or this Agreement:

5.1.1    make continuing efforts to collect on, sell, or otherwise liquidate or dispose of Trust Property, and take any of the actions set forth in this Agreement without the approval of the Bankruptcy Court and free of the restrictions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, other than restrictions expressly imposed by the Plan, the Plan Confirmation Order or this Agreement;

5.1.2    file, initiate, analyze, investigate, compromise and settle all causes of action that are Trust Property, including all Transferred Claims and Causes of Action, which could be brought by a trustee or debtor-in-possession under the Bankruptcy Code, and prosecute or defend all appeals on behalf of any of the Debtors, as representative of the Debtors within the meaning of section 1123(b)(3)(B) of the Bankruptcy Code; provided, however, that the Trust Board must unanimously take any decision to initiate, settle or compromise any litigation in the name of the Trust or the Debtors against any former officer or director of the Debtors;

5.1.3    subject to the proviso contained in Section 5.1.2, commence and/or pursue any and all actions involving Trust Property that could arise or be asserted at any time, unless otherwise waived or relinquished in the Plan, including all Transferred Claims and Causes of Action;

5.1.4    hold legal title to any and all rights of the Debtors and the Trust Beneficiaries in or arising from the Trust Property;

5.1.5    subject to the proviso contained in Section 5.1.2, protect and enforce the rights to the Trust Property (including, without limitation, any and all causes of action, including the Transferred Claims and Causes of Action, that are Trust Property) vested in the Trustee by this Agreement and the Plan by any method deemed appropriate including, without limitation, by judicial proceedings or otherwise;

5.1.6    subject to the proviso contained in Section 5.1.2, compromise, adjust, arbitrate, sue on or defend, abandon, or otherwise deal with and settle, in accordance with the terms of this Agreement, claims in favor of or against the Trust;

5.1.7    exercise any and all powers granted to the Trustee by any agreements or by common law or any statute which serves to increase the extent of the powers granted to the Trustee hereunder;

5.1.8    subject to the proviso contained in Section 5.1.2, manage all litigation instituted by or against the Trust or the Trustee, and administer the Trust expenses related thereto;

5.1.9    determine and satisfy any and all liabilities created or incurred by the Trust;

5.1.10    administer the Stock Incentive Plan;

5.1.11    effectuate the wind down and ultimate dissolution of the Debtors as legal entities;

5.1.12    address any outstanding issues with the SEC;

5.1.13    file, if necessary, any and all tax and information returns with respect to the Trust and pay taxes properly payable by the Trust, if any;

5.1.14    request any appropriate tax determination with respect to the Trust;

5.1.15    in reliance upon the official claims register maintained in the Debtors' chapter 11 cases, maintain on the Trustee's books and records a schedule evidencing the beneficial interest herein held by each of the Trust Beneficiaries;

5.1.16    make timely distributions to the Trust Beneficiaries of Trust Property in accordance with this Agreement;

5.1.17    open and maintain bank accounts on behalf of or in the name of the Trust;

5.1.18    make all tax withholdings, file tax information returns, make tax elections by and on behalf of the Trust and file returns for the Trust;

7

5.1.19    establish such reserves for, among other things, payment of taxes, assessments, Trustee's fees and professional fees and other expenses of administration of the Trust as the Trustee deems to be necessary and appropriate for the proper operation of matters incident to the Trust;

5.1.20    pay all expenses and make all other payments relating to the Trust Property and the administration of the Trust;

5.1.21    retain and pay third parties pursuant to Section 5.2 hereof;

5.1.22    obtain insurance coverage or a bond with respect to the liabilities and obligations of the Trustee and the Trust Board Members under this Agreement (in the form of an errors and omissions policy or otherwise) and use Trust Property to obtain and maintain the same;

5.1.23    employ and compensate professionals as the Trustee deems necessary and appropriate;

5.1.24    pay post-Effective Date quarterly fees to the U.S. Trustee;

5.1.25    prepare and file post-confirmation quarterly reports with the U.S. Trustee and post-confirmation status reports with the Bankruptcy Court as required;

5.1.26    all powers provided under the Plan to the Trustee;

5.1.27    invest any moneys held as part of the Trust Property in accordance with the terms of Section 5.3 hereof; and

5.1.28    terminate the Trust consistent with the terms of this Agreement and the Plan and not unduly prolong the duration of the Trust.

5.2    <u>Agents and Professionals</u>.  The Trustee may, but shall not be required to, consult with and retain attorneys, accountants, appraisers, or other parties deemed by the Trustee to have qualifications necessary to assist in the proper administration of the Trust.  The Trustee may pay the reasonable salaries, fees and expenses of such persons (including himself), including contingency fees, out of the Trust Property in the ordinary course to the extent permitted herein.

5.3    <u>Investment and Safekeeping of Trust Property</u>.  All monies and other Trust Property received by the Trustee shall, until distributed or paid over as herein provided, be held in the Trust for the benefit of the Trust Beneficiaries, but need not be segregated from other Trust Property, unless and to the extent required by law or the Plan.  The Trustee shall be under no liability for interest or producing income on any moneys received by the Trust and held for distribution or payment to the Trust Beneficiaries, except as such interest shall actually be received by the Trustee.  Investments of any moneys held by the Trustee shall be administered in view of the manner in which individuals of ordinary prudence, discretion and judgment would act in the management of their own affairs. For the removal of doubt, the investment powers of the Trustee, other than those reasonably necessary to maintain the value of the Trust Property and to further the liquidating purpose of the Trust, are limited to powers to invest in demand and

8

time deposits, such as short-term certificates of deposits, in banks or other savings institutions, or other temporary, liquid investments, such as treasury bills.

5.4    Limitations on Trustee and Payment of Fees.  The Trustee shall not at any time, on behalf of the Trust or Trust Beneficiaries: (i) enter into or engage in any trade or business, and no part of the Trust Property or the proceeds, revenue or income therefrom shall be used or disposed of by the Trust in furtherance of any trade or business, or (ii) except as provided below, reinvest any Trust Property.

In the event of (a) compromises of pending litigation, (b) sales, transfers or abandonment of property with a value of more than $50,000, or (c) claim settlements in which the amount conceded to be due and owing by the Trustee exceeds $100,000, the Trustee shall (i) obtain the approval of the Trust Board of the intended action, and (ii) file with the Bankruptcy Court and serve upon the Office of the United States Trustee and any other party filing a request for special notice after the Plan's Effective Date a notice of intended action describing the Trustee's intended course of action and the justifications therefor, and providing a 10-day period from the date of such notice for the filing of an objection and request for hearing on the same.  In the absence of any objection and request for hearing, the Trustee shall be free to take the action described in the notice without further order of the Bankruptcy Court.  If an objection and request for hearing is filed, the Trustee will give at least 7 days' notice of the hearing date obtained from the Bankruptcy Court.  Additionally, in all such matters the Trustee shall look to the Trust Board for advice and comment prior to filing any notice of intended action.

5.4.1    Trustee's Fees.  The Trustee and any of his professionals shall prepare monthly an invoice detailing hours, rate, employee and tasks performed and submit a copy of the monthly invoice via email to the Trust Board in order to consult with them and obtain their comments, if any.  A majority of the Trust Board shall have ten days from the receipt of the invoice to object in writing to the payment of the Trustee's fees/expenses and the fees/expenses of any professionals retained by the Trustee stating in writing the reason for the objection in detail.  If there is no timely objection to any such fees and expenses, the Trustee can pay the monthly invoice immediately out of the Trust Property.  If there is a timely objection, the Trustee has five days to consult with the Trust Board and if they cannot resolve the objection, the Trustee can file a notice with the Bankruptcy Court setting a hearing for the Bankruptcy Court to determine whether to allow any such disputed fees/expenses.  Any such hearing shall not be on less than seven days' notice.

5.4.2    The Trustee may invest funds held in the Trust consistent with the requirements of this Agreement and the prudent person standard of care, provided that the Trustee shall have no liability in the event of insolvency of any financial institution in which he/she has invested any funds of the Trust to the extent such institution, is on the list of approved depositories by the United States Trustee.

5.4.3    The Trustee shall hold, collect, conserve, protect and administer the Trust in accordance with the provisions of this Agreement and the Plan, and pay and distribute amounts as set forth herein for the purposes set forth in this Agreement.  Any determination by the Trustee as to what actions are in the best interests of the Trust shall be determinative, except

to the extent this Agreement requires Trustee to obtain the prior approval of, or to consult with, the Trust Board.

5.5    Bankruptcy Court Approval of Trustee Actions.  Except as provided in the Plan or otherwise specified in this Agreement, the Trustee need not obtain the approval of the Bankruptcy Court in the exercise of any power, rights, or discretion conferred hereunder or account to the Bankruptcy Court.  The Trustee shall exercise his business judgment for the benefit of the Trust Beneficiaries in order to maximize the value of the Trust Property and distributions, giving due regard to the cost, risk, and delay of any course of action. Notwithstanding the foregoing, the Trustee shall have the right to submit to the Bankruptcy Court any question or questions regarding which the Trustee may desire to have explicit direction and/or approval of the Bankruptcy Court with respect to the Trust Property, the Trust, this Agreement, the Plan, or the Debtors.  The Trustee also shall have the authority, but not the obligation, to seek Bankruptcy Court approval to sell any Trust Property free and clear of any and all liens, claims and encumbrances.

5.6    Valuation of Trust Property.  The Trustee shall make best efforts to understand and apprise the Trust Beneficiaries of the fair market value of the Trust Property.  The valuation shall be used consistently by all parties (including the Trustee and Trust Beneficiaries) for all federal income tax purposes.  Any dispute regarding the valuation of Trust Property shall be resolved by the Bankruptcy Court.

## ARTICLE VI
## DISTRIBUTIONS FROM THE TRUST

6.1    Distributions.    The Trustee shall distribute at least annually to the Trust Beneficiaries all net cash income plus all net cash proceeds from the liquidation of Trust Property; provided, however, that the Trustee shall maintain at all times adequate cash or marketable securities as reserves as may be  reasonably necessary to maintain the value of the Trust Property, satisfy projected expenses and to meet claims and contingent liabilities of the Trust.  .  The Trustee shall consult with the Trust Board as to the amounts of any reserve, and subject to Section 5.5 of this Agreement may request the Bankruptcy Court to to resolve any dispute regarding the adequacy of reserves.

6.2    Pro Rata Share of Distributions.  Each of the Trust Beneficiaries shall receive its share or pro rata share (as applicable) of any and all distributions made by the Trustee.  The Trustee may withhold from amounts distributable to any Trust Beneficiary any and all amounts, determined in the Trustee's reasonable sole discretion to be required by any law, regulation, rule, ruling, directive or other governmental requirement.

6.3    Delivery of Distributions.  All distributions to be made to the Trust Beneficiaries shall be made by the Trustee to the best known address of the Trust Beneficiaries.

6.4    Undelivered Property. Any Shareholder which fails to claim any cash within 180 days from the date upon which a distribution is first made to such entity shall forfeit all rights to any distribution under the Plan, and shall not be subject to the unclaimed property or escheat laws of any governmental unit. Upon forfeiture, such cash (including interest thereon) shall be

made available for re-distribution to all Shareholders. Shareholders or holders of Allowed Claims under the Plan who fail to claim cash shall forfeit their rights thereto and shall have no claim whatsoever against the Liquidating Debtor and/or the Trustee, as applicable, or any holder of an Allowed Claim or interest to whom distributions are made under the Plan, provided, however, that the Trustee may, but is not required to undertake reasonable efforts, in its business judgment, to locate Shareholders whose distributions are returned as undeliverable or whose checks are not timely cashed.

6.5 <u>De Minimis Distributions</u>. No distribution shall be required to be made hereunder to any Trust Beneficiary unless such distribution will amount to at least $25.00. Any Trust Beneficiary on account of which the amount of cash to be distributed pursuant to any distribution from the Trust is less than $25.00 shall be deemed to have no claim for such distribution against the Debtors, the Trust, the Trustee or the Trust Property. Subject to Section 6.4 of this Agreement, any cash not distributed pursuant to this Section 6.5 shall be the property of the Trust free of any restrictions thereon.

6.6 <u>Payments Limited to Trust Property</u>. All payments to be made by the Trustee to or for the benefit of any Trust Beneficiary shall be made only to the extent that the Trustee has sufficient reserves to make such payments in accordance with this Agreement and the Plan. Each Trust Beneficiary shall have recourse only to the Trust Property for distribution under this Agreement and the Plan.

6.7 <u>Fees and Expenses</u>.

6.7.1 Subject to the limitations set forth herein and in the Plan, the Trustee shall pay and/or reserve for the operating and administrative expenses of the Trust before approving distributions to or for the benefit of the Trust Beneficiaries.

6.7.2 The Trustee shall satisfy any fees and expenses of the Trust with Trust Property.

6.8 <u>Priority of Distributions</u>. Any recovery by the Trust on account of the Trust Property shall be applied in the following order:

(i) first, to pay and/or reserve for any unpaid or reasonably anticipated costs and expenses of the Trust, including, without limitation, reasonable professional fees and expenses and court costs;

(ii) second, distributed to the Trust Beneficiaries in accordance with this Agreement and the Plan.

6.9 <u>Compliance with Laws</u>. Any and all distributions of Trust Property shall be in compliance with applicable laws, including, but not limited to, applicable federal and state securities laws.

## ARTICLE VII
## TRUST BENEFICIARIES

7.1    Identification of the Trust Beneficiaries.  Each of the Trust Beneficiaries shall be recorded and set forth in a schedule (the "Schedule") maintained by the Trustee expressly for such purpose based upon the record holders of stock of ICPW Nevada on the later of (i) the date on which the Plan confirmation hearing is held (which is expected to be on February 12, 2018 – the "Plan Confirmation Hearing"), (ii) the date on which the Court enters an order confirming the Plan, and (iii) such other date not less than two days after FINRA has agreed to halt trading in shares of ICPW Nevada (the "Record Date").  As set forth in the Plan, the Debtors, with the full support of OECH, will advise FINRA of the proposed Record Date not less than ten (10) days in advance of such date.  As set forth in the Plan, all of the outstanding shares of common stock of ICPW Nevada (the "Common Stock") existing on the Effective Date will be cancelled, and the record holders who owned shares of Common Stock on the Record Date will become holders of non-transferable beneficial interests in the Trust in exchange for those shares. In order to determine the actual names and addresses of the Trust Beneficiaries, the Trustee may either (i) rely upon the Schedule, or (ii) deliver a notice to the Trust Beneficiaries.  Such notice will include a form for each Trust Beneficiary to complete in order to be properly registered as a Trust Beneficiary and be eligible for distributions under the Trust.

7.2    Beneficial Interest Only.  The ownership of a beneficial interest in the Trust shall not entitle any Trust Beneficiary or the Debtors to any title in or to the Trust Property or to any right to call for a partition or division of such Trust Property or to require an accounting, except as specifically provided herein.

7.3    Ownership of Beneficial Interests Hereunder.   Subject to the requirements and limitations of this Agreement, each Trust Beneficiary shall own a beneficial interest in the Trust equal in proportion to such Trust Beneficiary's pro rata share of the stock of ICPW Nevada owned by such Trust Beneficiary.

7.4    Evidence of Beneficial Interest.  Ownership of a beneficial interest in the Trust shall not be evidenced by any certificate, security, or receipt or in any other form or manner whatsoever, except as maintained on the books and records of the Trust by the Trustee, including the Schedule.

7.5    Conflicting Claims. If any conflicting claims or demands are made or asserted with respect to a beneficial interest, the Trustee shall be entitled, at its sole election, to refuse to comply with any such conflicting claims or demands. In so refusing, the Trustee may elect to make no payment or distribution with respect to the beneficial interest represented by the claims or demands involved, or any part thereof, and the Trustee shall refer such conflicting claims or demands to the Bankruptcy Court, which shall have exclusive jurisdiction over resolution of such conflicting claims or demands.  In so doing, the Trustee shall not be or become liable to any party for his refusal to comply with any of such conflicting claims or demands. The Trustee shall be entitled to refuse to act until either (a) the rights of the adverse claimants have been adjudicated by a final order or (b) all differences have been resolved by a written agreement among all of such parties and the Trustee, which agreement shall include a complete release of the Trust and the Trustee (the occurrence of either (a) or (b) being referred to as a "Dispute

Resolution" in this Section 7.5). Until a Dispute Resolution is reached with respect to such conflicting claims or demands, the Trustee shall hold in a segregated interest-bearing account with a United States financial institution any payments or distributions from the Trust to be made with respect to the Beneficial Interest at issue. Promptly after a Dispute Resolution is reached, the Trustee shall transfer the payments and distributions, if any, held in the segregated account, together with any interest and income generated thereon, in accordance with the terms of such Dispute Resolution.

   7.6 <u>Limitation on Transferability</u>. It is understood and agreed that the beneficial interests in the Trust shall not be assignable, other than by operation of law.

# ARTICLE VIII
# THIRD PARTY RIGHTS, LIMITATION OF LIABILITY AND INDEMNITY

   8.1 <u>Parties Dealing With the Trustee</u>. In the absence of actual knowledge to the contrary, any person dealing with the Trust or the Trustee shall be entitled to rely on the authority of the Trustee or any of the Trustee's agents to act in connection with the Trust Property. No person or entity dealing with the Trustee shall have any obligation to inquire into the validity or expediency or propriety of any transaction by the Trustee or any agent of the Trustee.

   8.2 <u>Trustee's Liability</u>. In exercising the rights granted herein, the Trustee shall exercise his best judgment to the end that the affairs of the Trust shall be properly managed and the interests of all the Trust Beneficiaries and the Debtors are safeguarded.

   8.3 <u>Indemnity</u>. The Trustee, the members of the Trust Board (other than with respect to expenses of counsel for the individual members), and each of their respective agents, employees, officers, directors, professionals, attorneys, accountants, advisors, representatives and principals (collectively, the "<u>Indemnified Parties</u>") shall be indemnified and held harmless by the Trust, to the fullest extent permitted by law, solely from the Trust Property for any losses, claims, damages, liabilities and expenses, including, without limitation, reasonable attorneys' fees, disbursements and related expenses which the Indemnified Parties may, incur or to which the Indemnified Parties may become subject in connection with any action, suit, proceeding or investigation brought or threatened against one or more of the Indemnified Parties on account of the acts or omissions of an Indemnified Party solely in its capacity as such; provided, however, that the Trust shall not be liable to indemnify any Indemnified Party for any act or omission constituting bad faith, fraud or willful misconduct by such Indemnified Party. Notwithstanding any provision herein to the contrary, the Indemnified Parties shall be entitled to obtain advances from the Trust to cover their reasonable expenses of defending themselves in any action brought against them as a result of the acts or omissions, actual or alleged, of an Indemnified Party in its capacity as such; provided, however that the Indemnified Parties receiving such advances shall repay the amounts so advanced to the Trust upon the entry of a Final Order finding that such Indemnified Parties were not entitled to any indemnity under the provisions of this Section 8.3. The foregoing indemnity in respect of any Indemnified Party shall survive the termination of such Indemnified Party from the capacity for which it is indemnified.

## ARTICLE IX
## SELECTION, REMOVAL AND COMPENSATION OF TRUSTEE

9.1    <u>Initial Trustee</u>.  The Trustee shall be Mathew Pliskin.

9.2    <u>Term of Service</u>.  The Trustee shall serve until (a) the completion of all the Trustee's duties, responsibilities and obligations under this Agreement and the Plan; (b) termination of the Trustee in accordance with this Agreement; or (c) the Trustee's death, resignation or removal.

9.3    <u>Removal of a Trustee</u>.  Any person serving as the Trustee may be removed, with or without cause, by the Trust Board.  The removal shall be effective on the date specified in such action by the Trust Board, subject to the payment of all amounts owing to the Trustee as of such date.  Additionally, any person serving as Trustee may be removed at any time by an order of the Bankruptcy Court on notice to the Trustee and the Trust Board, and a determination by the Bankruptcy Court that such removal is appropriate upon a showing of good cause.  The removal shall be effective on the date specified in the order.  In the event of any removal, the Trustee shall render to the Trust Board a full and complete accounting of monies and Trust Property received, disbursed, and held during the term of office of that Trustee.

9.4    <u>Resignation of Trustee</u>.  The Trustee may resign at any time by giving the Trust Board at least ninety (90) days written notice of his intention to do so.  In the event of a resignation, the resigning Trustee shall render to the Trust Board a full and complete accounting of monies and Trust Property received, disbursed, and held during the term of office of that Trustee.  The resignation shall be effective on the later to occur of:  (i) the date specified in the notice; or (ii) the appointment of a successor Trustee by the Trust Board and the acceptance by such successor of such appointment; <u>*provided*</u>, that if a successor Trustee is not appointed or does not accept his/her appointment within ninety (90) days following delivery of notice of resignation, the resigning Trustee may petition the Bankruptcy Court for the appointment of a successor Trustee.

9.5    <u>Appointment of Successor Trustee</u>.  Upon the resignation, death, incapacity, or removal of the Trustee, the Trust Board shall nominate a successor Trustee to fill the vacancy so created, which successor Trustee appointment shall be subject to the approval by the Bankruptcy Court.  Any successor Trustee so appointed shall consent to and accept in writing the terms of this Agreement and agrees that the provisions of this Agreement and the Plan shall be binding upon and inure to the benefit of the successor Trustee.

9.6    <u>Powers and Duties of Successor Trustee</u>.  A successor Trustee shall have all the rights, privileges, powers, and duties of his/her predecessor under this Agreement and the Plan.  Notwithstanding anything to the contrary herein, a removed or resigning Trustee shall, when requested in writing by the successor Trustee, execute and deliver an instrument or instruments conveying and transferring to such successor Trustee under the Trust Agreement all the estates, properties, rights, powers, and trusts of such predecessor Trustee.

9.7    <u>Trust Continuance</u>.  The death, resignation or removal of the Trustee shall not terminate the Trust or revoke any existing agency created pursuant to this Agreement or

14

invalidate any action theretofore taken by the Trustee.  In the event that a successor Trustee is not appointed within thirty (30) days of when required under this Agreement, any Trust Beneficiary may apply to the Bankruptcy Court for appointment of a successor Trustee upon notice to the Trust Board.

9.8    Compensation and Costs of Administration.  The Trustee shall be entitled to receive fair and reasonable compensation for his services, subject to Section 5.4 of this Agreement and the limitations of any order of the Bankruptcy Court setting forth the terms and conditions of Trustee compensation. Each of the Trust Board Members shall be entitled to reasonable compensation for their activities on behalf of the Trust as costs of administration as provided by Section 4.4 of this Agreement.

9.9    Annual Reporting and Filing Requirements.

9.9.1    Within 60 days after the end of each calendar year, the Trustee shall furnish a report to the Trust Board of all Trust Property received by the Trust, all Trust Property disbursed to Trust Beneficiaries, all Trust Property disbursed for professional fees and costs of administering the Trust (including compensation paid to the Trustee), and all Trust Property held by the Trust during the preceding calendar year.  The Trustee's report will be available and provided to any Trust Beneficiary upon written request.

9.9.2    The Trustee shall file tax returns for the Trust as a grantor trust pursuant to Treasury Regulation Section 1.671-4(a) and any other applicable laws or regulations, and shall furnish information statements to the Trust Beneficiaries setting forth their allocable share of the income, loss, deduction or credit of the Trust and instruct them to report such items on their federal income tax returns.  The Trustee may withhold from amounts distributable to any Trust Beneficiary any and all amounts, determined in the Trustee's reasonable sole discretion, to be required by any law, regulation, rule, ruling, directive or other governmental requirement.  The Trustee shall have the right to employ an accountant and any other professionals needed to assist the Trustee for this purpose.

9.9.3    The tax returns filed by the Trustee shall report all Trust earnings for the taxable year being reported.

9.9.4    All of the Trust's income shall be treated as subject to tax on a current basis.  For federal income tax purposes, items of income, gain, loss, and deduction of the Trust will be allocated to the Trust Beneficiaries in a manner, to be determined by the Trustee, that is consistent with applicable Treasury Regulations and that reflects the Trust Beneficiaries' respective contributions and their respective interests in the interim and final distributions to be made by the Trust, and such Trust Beneficiaries shall be responsible for the payment of taxes on a current basis that result from such allocations.

9.10    Confidentiality.  The Trustee shall, while serving as Trustee under this Agreement and for a period of twelve (12) months following the termination of this Agreement or following his removal or resignation hereunder, hold strictly confidential and not use for personal gain any material, non-public information of or pertaining to any entity to which any of the Trust Property relate or of which he/she has become aware in his capacity as Trustee.

15

## ARTICLE X
## MAINTENANCE OF RECORDS

10.1    The Trustee shall maintain books and records containing a description of all property from time to time constituting the Trust Property and an accounting of all receipts and disbursements.  Upon 60 days' prior written notice delivered to the Trustee, said books and records shall be open to inspection by any Trust Beneficiary at any reasonable time during normal business hours; *provided* that, if so requested, such Trust Beneficiary shall have entered into a confidentiality agreement satisfactory in form and substance to the Trustee.  The Trustee shall furnish to any Trust Beneficiary upon written request an annual statement of receipts and disbursements of the Trust.  Such books and records may be destroyed without further notice to parties or approval of the Bankruptcy Court five (5) years after the final report to the Bankruptcy Court has been rendered by the Trustee (unless such records and documents are necessary to fulfill the Trustee's obligations pursuant to this Agreement).

## ARTICLE XI
## DURATION OF TRUST

11.1    Duration.  The Trust shall become effective upon the Effective Date of the Plan. Thereupon, this Agreement shall remain and continue in full force and effect until the Trust is terminated in accordance with the provisions of this Agreement and the Plan.

11.2    Termination of the Trust.  The Trust (and the duties, responsibilities and powers of the Trustee) shall terminate on the later of (a) the date which is 5 years after the Effective Date; and (b) the date when full resolution of all Trust Property transferred to the Trust have occurred, including distribution of the Trust Property and the net proceeds thereof, in accordance with the Plan and this Agreement, provided however, that for cause the Trustee may seek earlier termination of the Trust upon application to the Bankruptcy Court.  The Trustee shall not unduly prolong the duration of the Trust and, subject to the proviso contained in Section 5.1.2 of this Agreement, shall at all times endeavor to resolve, settle, or otherwise dispose of all claims that constitute Trust Property and to effect the distribution of the Trust Property to the Trust Beneficiaries in accordance with the Plan and terminate the Trust as soon as practicable.  Upon such termination, except as set forth in Section 11.3 below, the Trustee shall be discharged from his position as Trustee and from all further duties, obligations and responsibilities under the Plan.

11.3    Continuance of Trust for Winding Up.  After the termination of the Trust and for the purpose of liquidating and winding up the affairs of the Trust, the Trustee shall continue to act as such until his duties have been fully performed, including, without limitation, such post-distribution tasks as necessary to windup the affairs of the Trust.  After the termination of the Trust, the Trustee shall retain for a period of five (5) years the books, records, Beneficiary lists, and certificates and other documents and files which shall have been delivered to or created by the Trustee.  At the Trustee's discretion, all of such records and documents may, but need not, be destroyed at any time after five (5) years from the completion and winding up of the affairs of the Trust.  Except as otherwise specifically provided herein, upon the discharge of all liabilities of the Trust and final distribution of the Trust, the Trustee shall have no further duties or obligations hereunder.  The Trustee may pay in advance from the Trust Property all costs of document management.

16

## ARTICLE XII
## MISCELLANEOUS

12.1    <u>Preservation of Privilege</u>.  In connection with the rights, claims, and causes of action that constitute the Trust Property, any attorney-client privilege, work product privilege, or other privilege or immunity attaching to any documents or communications (whether written or oral) transferred to the Trust pursuant to the terms of the Plan or otherwise shall vest in the Trustee and his representatives, and the Debtors, the Liquidating Debtor, and the Trustee are authorized to take all necessary actions to effectuate the transfer of such privileges, as necessary.

12.2    <u>Notices</u>.  Any notice or other communication which may be or is required to be given, served, or sent to the Trustee or the Trust Board, as applicable, shall be in writing and shall be sent by Federal Express and email, or transmitted by hand delivery, addressed as follows:

If to the Trustee:

Matthew Pliskin
2718 West Terrace Drive
Tampa, Florida 33609
Or e-mail: matthewpliskin@gmail.com

With a copy to:

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300; Facsimile:  (213) 623-9924
Attn:   Samuel R. Maizel/Tania M. Moyron
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com

If to the Trust Board:

Attn: Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266
Email: scott.jarus@verizon.net

With a copy to:

Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300; Facsimile:  (213) 623-9924
Attn:   Samuel R. Maizel/Tania Moyron
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com

17

12.3    <u>No Bond</u>.  Notwithstanding any state law to the contrary, the Trustee (including any successor) shall be exempt from giving any bond or other security in any jurisdiction.

12.4    <u>Governing Law</u>.    This Agreement shall be governed by and construed in accordance with the laws of the State of California without regard to principles of conflicts of law.

12.5    <u>Successors and Assigns</u>.  This Agreement shall inure to the benefit of and shall be binding upon the parties hereto and their respective successors and assigns.

12.6    <u>Headings</u>.  The various headings of this Agreement are inserted for convenience only and shall not affect the meaning or understanding of this Agreement or any provision hereof.

12.7    <u>No Execution</u>.  All Trust Property shall be deemed *in custodia legis* until such times as the Trust Property has actually been paid to or for the benefit of a Beneficiary, and no Beneficiary or any other Person can execute upon, garnish or attach the Trust Property or the Trust in any manner or compel payment from the Trust except by an order of the Bankruptcy Court that becomes a final order.  Payment will be solely governed by this Agreement and the Plan.

12.8    <u>Intention of Parties to Establish Grantor Trust</u>.  This Agreement is intended to create a grantor trust for United States federal income tax purposes and, to the extent provided by law, shall be governed and construed in all respects as such a grantor trust.

12.9    <u>Amendment</u>.  This Agreement may be amended at any time by written agreement of the majority of the Trust Board Members, or by order of the Bankruptcy Court after motion by the Trustee.

12.10    <u>Severability</u>.  If any term, provision covenant or restriction contained in this Agreement is held by a court of competent jurisdiction or other authority to be invalid, void, unenforceable or against its regulatory policy, the remainder of the terms, provisions, covenants and restrictions contained in this Agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

12.11    <u>Counterparts and Facsimile Signatures</u>.  This Agreement (or any amendment thereto) may be executed in counterparts and a facsimile or other electronic form of signature shall be of the same force and effect as an original.

18

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year written above.

ICPW NEVADA, INC.


By:_____
Name: L. Geoffrey Greulich
Title: President and Chief Executive Officer


TRUSTEE


By:_____
Name: Mathew Pliskin

# EXHIBIT "2"

<u>AGREEMENT FOR TRUSTEE SERVICES - DRAFT</u>

This Agreement for Trustee Services ("Agreement"), dated as of February _____, 2018, is made by and between the Trust Board (defined below)  and Matthew Pliskin ("Mr. Pliskin" or the  "Trustee").

WHEREAS, Mr. Pliskin served as the Chief Financial Officer of ICPW Liquidation Corporation, Inc., a California corporation ("ICPW CA"), and ICPW Liquidation Corporation, a Nevada corporation ("ICPW NV" and, together with ICPW CA, "ICPW"), during their chapter 11 bankruptcy cases (the "Cases");

WHEREAS, an Official Committee of Equity Security Holders (the "Equity Committee") was formed in the Cases to represent the interests of the shareholders of ICPW NV;

WHEREAS, ICPW and the Equity Committee filed the Debtors And Official Committee Of Equity Security Holders Joint Plan Of Liquidation Dated January 12, 2018 (the "Plan"), which was confirmed by the Bankruptcy Court at a hearing held on February 12, 2018 pursuant to an order entered on February __, 2018 as Docket Number __;

WHEREAS, a Trust was created pursuant to the confirmed Plan.  A copy of  the related trust agreement (the "Trust Agreement") is attached hereto as Exhibit "1";

WHEREAS, the Trust Agreement contains specific terms regarding, among other things, the services to be performed by the Trustee and his indemnification related thereto;

WHEREAS, a Trust Board has been created to assist in the administration of the Trust.  The members of the Trust Board (the "Trust Board Members") consist of the three men who served as the members of the Equity Committee;

WHEREAS, the Trust Board Members have requested Mr. Pliskin to serve as the Trustee of the Trust in accordance with the terms of this Agreement, with such services to commence concurrently with the Effective Date of the confirmed Plan;

WHEREAS, Mr. Pliskin is willing to serve as the Trustee in accordance with the terms of this Agreement, and to perform the services fully set forth in the Trust Agreement, including, but not limited to, winding up and dissolving ICPW, pursuing certain claims against third parties, and making distributions to shareholders; and

WHEREAS, the Trust Board and Mr. Pliskin wish to enter into this Agreement which, subject to the confirmation of the Plan and approval of this Agreement by the Bankrupcy Court, sets forth Mr. Pliskin's compensation and other terms and conditions related to his engagement as the Trustee.

NOW, THEREFORE, subject to the confirmation of the Plan and approval of this

Agreement by the Bankruptcy Court, the Trust Board and Mr. Pliskin  hereby agree as follows:

1.      Engagement. Upon the entry of an order of the Bankruptcy Court granting the motion to approve this Agreement and the occurrence of the Effective Date of the confirmed Plan, Mr. Pliskin hereby agrees to serve as the Trustee and to provide services to the Trust (the "Trustee Services") in accordance with the terms and conditions set forth herein and in the Trust Agreement, and as the Trust Board may reasonably request from time to time.

2.      Extent of Services. Mr. Pliskin agrees to perform such services to the best of his ability and in a diligent and conscientious manner and to devote the appropriate time, energy and skill to those duties called for hereunder during the term of this Agreement and in connection with the performance of such duties and to act in a manner consistent with the primary objectives of the Plan and the Trust Agreement. Mr. Pliskin agrees to devote such time as is reasonably required to fulfill his duties hereunder.

3.      Term of Service. The engagement of Mr. Pliskin hereunder shall commence on the Effective Date of the Plan and shall continue until: (a) the completion of all of the Trustee's duties, responsibilities and obligations under this Agreement and the Plan; (b) termination of the Trustee in accordance with the Trust Agreement; or (c) the Trustee's death, resignation or removal.

4.      Removal. As fully set forth in the Trust Agreement, the Trustee may be removed, with or without cause, by the Trust Board.  The removal shall be effective on the date specified in such action by the Trust Board, subject to the payment of all amounts owing to the Trustee as of such date.

5.      Compensation.

(a) As compensation for the services contemplated herein and for performance rendered by Mr. Pliskin of his duties and obligations hereunder, Mr. Pliskin shall be paid by the Trust $300 per hour plus expenses incurred by Mr. Pliskin in connection with serving as the Trustee, with payment to be made by the Trust on a monthly basis, with each such monthly payment to be made within the later of (i) five business days following the completion of each monthly period, and (ii) five business days following Mr. Pliskin's submission to the Trust Board of his monthly invoice.

(b)   The fees and expenses described in Section 5(a) will be the sole compensation to which Mr. Pliskin will be entitled for the performance of the services set forth in this Agreement.

6.      Reimbursement for Expenses. Mr. Pliskin shall be reimbursed by the Trust for all expenses reasonably incurred by him in furtherance of his duties hereunder, including, without limitation, expenses for traveling, meals, hotel accommodations, telephone charges and the like. Mr. Pliskin shall not be entitled to

reimbursement for individual expenses in excess of $750 or expenses collectively in any one-month period in excess of $2,000, unless those expenses are approved, in advance and in writing, by the Trust Board (with any one Trust Board Member having the power to bind the Trust Board). Mr. Pliskin will be reimbursed by the Trust for all such expenses on a monthly basis, with each such monthly expense reimbursement to be made by the Trust on a monthly basis, with each such monthly reimbursement payment to be made within the later of (i) five business days following the completion of each monthly period, and (ii) five business days following Mr. Pliskin's submission of his proposed expense reimbursement to the Trust Board.

7.    <u>Independent Contractor.</u>    Mr. Pliskin is and will at all times be an independent contractor of the Trust and not an employee of the Trust.  The Trust will not be obligated to withhold any compensation from Mr. Pliskin for income taxes, employment taxes and other amounts that an employer is required to withhold or pay on behalf of employees.   Mr. Pliskin understands and agrees that he will be responsible for the payment of all income taxes, social security, Medicare and other payment obligations incurred based on receipt of the fees.

8. <u>Termination.</u>   This Agreement shall be terminated as follows:

(a) written notice of termination is given by either party in accordance with the Trust Agreement;

(b) On such date as is mutually agreed by the parties in writing; or

(c) Upon expiration of the Term as set forth in Section 3.

Upon termination of this Agreement, pursuant to this Section 8, the Trustee shall be entitled to payment of only that portion of the fees earned and expenses incurred through the effective date of such termination.

9.    <u>Confidential Information</u>. Mr. Pliskin shall not, at any time during or following the expiration or termination of his engagement hereunder (regardless of the manner, reason, time or cause thereof), directly or indirectly, disclose or furnish to any person not entitled to receive the same any trade secrets or confidential information including, without limitation, information as to any litigation and the business methods, operations and affairs of the Trust. All such trade secrets and confidential information shall be the exclusive property of the Trust.  Mr. Pliskin shall have the right, in his discretion, in general consultation with the Trust Board, to communicate with, and share information with or deliver information to, the Trust Beneficiaries (i.e., the former Shareholders of ICPW NV) as Mr. Pliskin deems appropriate.

10.    <u>Covenants</u>. Mr. Pliskin agrees to (a) faithfully and diligently do and perform the acts and duties required in connection with his engagement hereunder, and (b) not engage in any activity which is or likely is contrary to the welfare, interest or benefit of the business now or hereafter conducted by the Trust.

11.    <u>Binding Effect</u>. This Agreement will inure to the benefit of and shall be

3

binding upon the parties hereto and their respective successors or assigns.

12.    Entire Agreement. This Agreement contains the entire agreement and understanding of the parties with respect to the subject matter hereof, and supersedes all prior agreements and understandings with respect thereto and cannot be modified, amended, waived or terminated, in whole or in part, except in writing signed by the party to be charged.

13.    Construction. While the parties hereto believe that the terms hereof are, subject to the approval of the Bankruptcy Court, fair, reasonable and enforceable in all respects, it is agreed that any provision of this Agreement which is held to be prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction. In addition to any other remedy, which the Trust may have at law or in equity, the Trust shall be entitled to injunctive relief for a breach of Section  and 9  of this Agreement by the Trustee.

14.    Legal Fees and Dispute Resolution.   Any disputes relating to this Agreement or the Trust involving the Trustee shall be resolved exclusively by the Bankruptcy Court with no right to appeal, including any dispute regarding the fees or expenses requested by Mr. Pliskin.  In the event that any dispute arises between Mr. Pliskin and the Trust regarding any fees or expenses requested by Mr. Pliskin and Mr. Pliskin elects to employ counsel to assist him in resolving such dispute, Mr. Pliskin shall be entitled to be reimbursed by the Trust for all attorneys' fees and expenses incurred by counsel employed by Mr. Pliskin if Mr. Pliskin is determined by the Bankruptcy Court to be the prevailing party in any such dispute.

15.    Notices. All notices required to be given under the terms of this Agreement or which any of the parties desire to give hereunder shall be in writing and personally delivered or sent by registered or certified mail, return receipt requested, or sent by e-mail transmission, addressed as follows (with any such transmission to be by email in addition to any other means of transmission utilized):

(a) If to the Trustee, addressed to:

Matthew Pliskin
2718 West Terrace Drive
Tampa, Florida 33609
Or e-mail: matthewpliskin@gmail.com

(b) If to the Trust Board, addressed to:

ICPW Liquidation Trust
Scott Jarus, Chairman of the Board
938 Duncan Avenue
Manhattan Beach, CA 90266

4

Or e-mail: scott.jarus@verizon.net

Any party may designate a change of address at any time by giving written notice thereof to the other parties.

16.   <u>Miscellaneous</u>. This Agreement:

(a) may not (except as provided in Section 11 hereof) be assigned by either party hereto without the prior written consent of the other party (any purported assignment hereof in violation of this provision being null and void);

(b) may be executed in any number of counterparts, and by any party on separate counterparts, each of which as so executed and delivered shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall not be necessary in making proof of this Agreement as to any party hereto to produce or account for more than one such counterpart executed and delivered by such party;

(c) may be amended, modified or supplemented only by a written instrument executed by all of the parties hereto;

(d) embodies the entire agreement and understanding of the parties hereto in respect of the transactions contemplated hereby and supersedes all prior agreements and understandings among the parties with respect thereto;

(e) shall be governed by and construed in accordance with the laws of the State of California without regard to the conflict of laws principles thereof; and

(f) will have an Effective Date which will be the same date as the Effective Date of the confirmed Plan regardless of the actual date that this Agreement is signed by the parties hereto.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Trust Board

By:
---------------------------------------------------
Patrick O'Brien, Member of the Trust Board

By:

5

---------------------------------------------------
Scott Jarus, Member of the Trust Board


By:
---------------------------------------------------
Ron Chez, Member of the Trust Board

Trustee


By:
---------------------------------------------------
Matthew Pliskin

# EXHIBIT "3"

## Scott M. Jarus

scott.jarus@verizon.net

### Biography



**Scott Jarus** is a serial entrepreneur, transformational leader and the former chief executive of several successful private and public companies.  Over the past sixteen years, he has overseen the rapid growth and financial success of three companies, two public and one private, resulting in very significant increases in shareholder value.

In early-2014, Mr. Jarus became an investor in and joined the Board of EV Connect, a provider of electric vehicle charging station solutions, including the industry's most innovative and robust management platform for the electric vehicle ecosystem – chargers, owners, drivers and electric utilities.  From June 2014 through June 2016, Scott served as CEO for EV Connect to oversee and accelerate its growth, operational success and capital raise.  At the conclusion of this engagement, the CEO role was given back to the founder, with Mr. Jarus continuing as Executive Chairman.

From 2009 until mid-2013, Mr. Jarus was the Chairman and Chief Executive Officer of Ironclad Performance Wear (ICPW.OB), a market-leading company which designs, manufactures, markets and distributes technical, task-specific, performance work gloves for industrial workers, professionals and consumers.  Scott joined the Board of Directors in 2006, and then became CEO in 2009 to orchestrate a turn-around of the company, which was on the verge of liquidation.  During his tenure, the company reported 12 quarters of profitability and quarter-over-quarter revenue growth, and the tripling of its market cap.

Prior to Ironclad, Mr. Jarus was an investor in and Chief Executive Officer of Cognition Technologies, a company which developed the next evolutionary step in Semantic Natural Language Processing (NLP) technology.  This technology, through the creation of the world's largest Semantic Map of English, "taught" the computer the meaning of virtually all of the words and phrases in the English language.  The company was sold to Nuance Communications (NASDAQ: NUAN) resulting in a significant positive return to investors.

Prior to Cognition and Ironclad, Mr. Jarus was Chief Executive and President of j2 Global Communications, Inc. (NASDAQ: JCOM), a provider of outsourced, value-added messaging and communications services to individuals and companies throughout the world.  j2 Global's signature product, eFax[*], served more than 9.5 million customers with a local presence in more than 1,500 cities in 25 countries on 5 continents.  During Scott's tenure, j2 Global had achieved 15 consecutive quarters of revenue growth, 13 consecutive quarters of positive and growing earnings, and a market cap which grew from $27 million to $1 billion.

Preceding j2 Global, Mr. Jarus was President and Chief Operating Officer for OnSite Access, the premier building-centric Integrated Communications Provider (voice, data, Internet and enhanced services) serving businesses in 22 markets throughout North America.  During his tenure, the company grew from a single market in the U.S. to 22 markets throughout North America, and from two served buildings to over 600 fully-served buildings in just under three years.  He successfully raised more than $150MM in private equity & debt capital for the company.

Mr. Jarus has 30 years of management experience in the telecommunications industry, beginning with a company that built one of the world's first public packet-data switching networks.  He served as Senior Vice President of Operations at RCN Telecom, where he was responsible for directing the operations of RCN's telephone, cable TV and Internet networks, and the company's customer service, order administration and order provisioning functions.  He was a co-founder and Vice President of Multimedia Medical Systems, a provider of advanced multimedia applications to the healthcare industry.  Mr. Jarus was with Metromedia Communications for nine

years in various executive positions, ultimately serving as its Vice President of Operations.  He also held senior management positions at Metromedia in Information Systems, Sales and Security.

Mr. Jarus serves on the Boards of Directors of Oversee.net, EV Connect, and Food Forward (a non-profit organization).  He is also on the Board of Advisors for OnRamp Fund, an early-stage business incubator; and Sutton Capital, an investment banking and advisory firm.  He previously served on the Boards of Ironclad Performance Wear, Cognition Technologies, Global Conference Partners (FreeConference.com), NetworkOSS and Forval International (Japan).  Mr. Jarus has been a member of the Tech Coast Angels (TCA), the largest angel investor organization in the country; and is a partner with the LA Chapter of Social Venture Partners (SVP).  He has been a coach, mentor and judge for the TCA Fast Pitch and the SVP Social Innovation Fast Pitch competitions for more than eight years.  He has also been a TEDx coach.  He is a frequent guest lecturer at several university business schools. From 2012 to 2016, Mr. Jarus was named a Senior Fellow with the Graziadio School of Business & Management at Pepperdine University.

In 2005, Mr. Jarus was named National *Entrepreneur of the Year* for Media/Entertainment/Communications by Ernst & Young (and Los Angeles *Entrepreneur of the Year* for Technology in 2004).

Mr. Jarus holds a Bachelor of Arts degree in Psychology and a Master of Business Administration degree from the University of Kansas.  He is married with two children and lives in Manhattan Beach, CA.  In his "free time", he is an AYSO National (Soccer) Referee, Grade 7 USSF Referee, a National Referee Assessor and an AYSO Area Referee Administrator.

T. 847.772.2298
E-mail: obrien_pat@msn.com

# Pat O'Brien

## Senior Business Executive
### Recognized for:
**Leadership • Integrity • Business Recovery • Profit Improvement • Financial Management**

## Executive Summary

Top performing management executive with P & L accountability, successfully delivering outstanding financial results through brand-leading customer service across multiple industries. Over 30 years of multi-unit international management experience in the North & South America, Caribbean, Japan, and the United Kingdom.

## Core Competencies

Strategic Business Planning, Asset Management, Financial Management, Profit Improvement, Capital Planning

## Service in Bankruptcy Matters

# Current Service:

**Ironclad Performance Wear Corp.**                          **September 2017 to Current**
Ironclad filed for voluntary reorganization under U.S. Bankruptcy protection to sell assets to pay its creditors. Upon filing the U. S. Trustee formed an Equity Committee which I agreed to serve on. The Equity Committee selected Dentons' as Bankruptcy Counsel and we proceeded to protect the interest of Equity Holders during the Auction process through counseling with the Debtors investment banker, and Debtors counsel. Auction produced a successful result 26% above the stalking horse bid.
**Member of the Equity Committee**

### Completed Service:

**ISC8 Inc.**                                              **September 2014 to May 2015**
ISC8 filed for voluntary reorganization under U.S. Bankruptcy protection to pay its creditors and emerge from bankruptcy as a company with a narrower business model in a consolidate location and specialized workforce. Secured creditors received certain assets and attracted new investors who formed a newco now known and CyberadAPT, a private IT security firm.
**Chair, Unsecured Creditors Committee**

**American TonerServ, Inc.**                                **May 2012 to November 2012**
American TonerServ files for involuntary reorganization when a dispute arose among the managing partners and key equipment and customer records were seized in a collateral dispute for a defaulted promissory note.
**Chair, Unsecured Creditor Committee**

**Factory Card & Party Outlet   FCPO: NASDAQ**                    **May 2002 to September 2002**
Factory Card operated 175 stores retailing greeting cards, wrapping paper, and seasonal party materials.
Factory Card filed an involuntary bankruptcy petition due to several critical suppliers claiming lack of
timely payments. While company continued to operate, creditors committee worked with certain members
of the executive team, and formed a plan to emerge from bankruptcy with creditors receiving cash and
stock in the newly formed entity. 3 years later, all creditors had received 100% of the debt, plus equity
holding then valued at 50% more than what they initially receive.
**Member of the Creditors Committee**

# Board of Director Experience

## Current Service:

**Cinedigm, Inc.** (CIDM: NASDAQ)                            **July 2015 to Current**

Cinedigm one of the leading independent content distributors in the United States, holding direct
relationships with over 60,000 physical storefronts and digital retailers, including Walmart, Target, iTunes,
Netflix, and Amazon, as well as many of the national cable and satellite TV Video-On-Demand platforms.
Cinedigm will be a leader in the emerging over-the-top (OTT) digital networks business. Cinedigm well
positioned to succeed in this business given the depth of the library, digital assets and track record, non-
traditional releasing expertise, marketing experience and capital base. With the recently completed sale
of 51% of its outstanding shares to Bison Entertainment, Cinedigm intends to become a narrowcast
version of a Hulu or a Netflix or an Amazon. And, from a shareholder's perspective, Cinedigm believes
that at a relatively low level of investment and risk, we can deliver rapid growth and, at scale, significant,
higher margin recurring revenues and profits from these channels, and with Bison's introductions into the
Chinese markets prospects for revenue growth have a great future.
**Lead Independent Director, Chair of the Compensation Committee, member of the Audit and
Nomination & Governance Committees**

**LVI Liquidation Corp.** formerly known as **Livevol, Inc.   (Private)**        **February 2012 to Current**

As Chairman and President, I am leading the execution of the liquidation of assets, paying creditors,
completing tax filings and paying obligations, and making distributions directly to shareholders. LVI
Liquidation Corp. has sold its assets to CBOE Holdings and PTS Lightspeed in 2015 in a structured
transaction which speed payment over two years, and requires maintenance of its broker-dealer records
until September 2018. Livevol, Inc. was a private financial technology company specializing software that
supports options trading, Livevol was also a broker-dealer is conjunction with its options trading platform.
Livevol had offices in San Francisco and Chicago.
**Chairman of the Board and President**

## Completed Service:

**Factory Card & Party Outlet** (FCPO-NASDAQ)                      **2002-2007**
Factory Card was a 175-unit retail operation that specialized in high quality greeting cards, gift-wrap,
party supplies and seasonal merchandise in 25 states. Factory Card emerged from bankruptcy during
which time I served on the Unsecured Creditors Committee, and subsequent served as a Director as it
resumed trading on NASDAQ. Factory Card was headquartered in Naperville, IL where it maintained
offices and a centralized distribution operation. My service ended when Factory Card was sold to AAH
Holdings the owner of Party City in October 2007.
**Member, Audit Committee**

**Ironclad Performance Wear, (ICPW: OTCBB)**                    **April 2014 to May 2016**
Ironclad designs, manufactures and markets task-specific gloves for commercial and industrial workers on a global basis.
**Chair of the Compensation Committee, and member of the Audit and Nominating and Governance Committee**

**CareXtend, Inc.**                                            **February 2014 to Current**
CareXtend is a private, development stage business in the health and lifestyle technology field. CareXtend has contracts in place to market health and lifestyle services to members of co-sponsoring organization with Blue Cross-Blue Shield of Minnesota as their launch partner.
**Lead Independent Director**

**Merriman Holdings, (OTCQX: MERR)**                          **December 2010 to December 2016**
Merriman has ceased operations and is liquidating its assets to satisfy its creditors. Merriman was an institutional broker dealer with an investment banking, corporate servicing practice, and a Digital Capital Platform. Merriman had offices in San Francisco, New York, and Boston
**Agent for shareholders, formerly Chair, Compensation Committee, Member, Audit Committee**

# Career Synopsis

**Managing Director & Principal**                             **2009 –Current**
Granville Wolcott Advisors                                    Lake Forest, IL

**Vice President – Asset Management – Hotels**                **2005 – 2009**
Kennedy Associates Real Estate Counsel                       Seattle, WA

Leads, directs, administers, and performs fiduciary responsibilities on behalf of pension fund investors who are owners of hotel assets including the W San Diego, W Union Square, W Silicon Valley, 70 Park Avenue Hotel, Loews New Orleans, The Madison, A Loews Hotel, Hyatt Regency Mission Bay Spa & Marina, Doubletree San Pedro, Wyndham O'Hare, and The Liberty Hotel. Oversees management companies who operate hotels for the owner's account leading them to achieve financial targets upon which investments were made. Deliver superior leadership through personal communications and maintaining mutually respectful relationships with hotel managers.

**Managing Director & Principal**                             **2002 - 2005**
RMG Capital Partners, LLC                                     Lake Forest, IL

Practice leader in this turnaround management and investment banking firm which facilitated both the purchase and sales of assets under UCC filings. Acted as Chief Financial Officer and Chief Operating Officer assisting troubled companies find equity and debt financing as well as suitable merger partners. Served as a member of the Board of Directors of Factory Card & Party Outlet (FCPO-NASDAQ) and as a member of the Audit Committee for 5 years until Factory Card was sold to AAH Holdings the owner of Party City in October 2007.

**Director of Development & General Manager**                 **2000-2001**
Dolce International                                           City of Industry, CA

General Manager leading the takeover of the Sheraton-City of Industry planned the renovation, expansion and conversion to a Dolce Conference Center. Directed the development responsibilities in the Western United States and also led a due diligence team reviewing the acquisition of a 9 unit conference center company in the United Kingdom.

| | |
|---|---|
| **Area Managing Director & General Manager**<br>Starwood Hotels & Resorts | 1998-2000<br>Chicago, IL |

Supervised the Westin Hotels (3)  in the Chicago area as the Managing Director of the Westin Michigan Avenue and conceptualized and directed the $30 million renovation including bringing in the Grill on the Alley restaurant from Beverly Hills to take over the hotel's retail F & B operation. Later, supervised 9 Westin and Sheraton operations and franchises in Illinois, Wisconsin and Michigan and acted as General Manager of the Westin O'Hare.

| | |
|---|---|
| **Senior Vice President & Managing Director – The Americas**<br>Le Meridien Hotels & Resorts | 1995-1998<br>Chicago, IL |

Led the Americas Division with 18 Le Meridien Hotels in 13 countries from Canada to Brazil. Successfully implemented the brand conversion and growth strategies from traditional Forte brands to Le Meridien until Forte was acquired in a hostile by Granada plc. Granada halted conversions and brand development plans in favor of asset sales and retreated from the Americas to pay down acquisition debt.

| | |
|---|---|
| **Executive Vice President**<br>Sage Enterprises | 1994-1995<br>Des Plaines, IL |

Oversaw daily operations of this $300 million distributor that specialized in customized logistics for the airline industry with eight distribution centers in the US and one in the United Kingdom. Conceptualized and led the sale of the European subsidiary to Pourshins plc and negotiated a five year cross border marketing agreement for US flag carriers for their European needs through Pourshins.

| | |
|---|---|
| **Vice President – Food Service**<br>United Airlines | 1987-1994<br>Chicago, IL |

Operated the United Food & Beverage division which planned menus for United's 2,400 daily flight segments worldwide, hired and supervised catering contractors in 132 cities in 40 countries to execute meal specifications. In addition, operated United's 18 Flight Kitchens in 14 US cities and Tokyo with 6,000 employees with an annual expense of $700 million in 1993. In 1994 led the successful effort with CS First Boston to sell the Flight Kitchen operations to Dobbs International for $125 million and future expense and capital avoidance of $400 million.

| | |
|---|---|
| **Westin Hotels & Resorts** | 1968-1987<br>Seattle, WA |

Progressively more responsible positions at Westin's Olympic Hotel in Seattle, Resident Manager of the Westin St. Francis, San Francisco, General Manager of the Westin's Michigan Inn, Southfield, and General Manager of the Westin Oaks, Houston. Served at Westin's corporate office as President of FORMA, a subsidiary of Westin, which provided interior design, facilities planning and contract purchasing for Westin's hotel real estate development projects in the United States, Canada, South Korea, and Singapore as well as managing all of Westin's capital major expenditure projects and contract purchasing worldwide.

**Education:**
Michigan State University, East Lansing, Michigan
Eli Broad College of Business with Bachelor of Arts - Hotel Management

# RONALD L. CHEZ

Mr. Chez is the President and Sole Owner of Ronald L. Chez, Inc., a corporation that provides financial management consulting, invests in public and private companies and structures new ventures.

He is on the Board of Cinedigm (CIDM), a distributor and producer of content for streaming video and digital media. He was the Chairman of EpiWorks, Inc. (the company was recently sold to a public company), a manufacturer of compound semi-conductors based in Champaign, Illinois. Mr. Chez has been a Director, Officer, and co- founder of several private and public companies.

He is Chairman of the Chez Family Foundation, which has been involved in numerous philanthropic activities, including: the Chicago Youth Success Foundation (CYSF), which provided Chicago's Public High Schools with a broader range of extracurricular activities; The Chez Family Scholarship Fund, based at the

University of Illinois, which assists economically disadvantaged students from the inner city; the Chez Center for Wounded Veterans in Higher Education, which is located at the University of Illinois; the Center for Urological Health at NorthShore University Health Systems.

Mr. Chez is also on the Advisory Board of the Wounded Warriors Foundation.

Mr. Chez is also an Executive Producer of Woody Allen's theatrical releases.

Chez graduated from the University of Illinois, Bronze Plaque with special honors, with a Bachelors of Arts degree in Political Science. He is a member of the Phi Beta Kappa Society.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON MOTION AND MOTION FOR ENTRY OF ORDER: (1) APPROVING AGREEMENT WITH MATTHEW PLISKIN FOR TRUSTEE SERVICES; AND (2) APPROVING TRUST BOARD COMPENSATION; DECLARATIONS OF SCOTT JARUS AND MATTHEW PLISKIN IN SUPPORT THEREOF (WITH EXHIBITS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 22, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck**    sbeck@gardere.com, jcharrison@gardere.com
- **Ron Bender**    rb@lnbyb.com
- **Cathrine M Castaldi**    ccastaldi@brownrudnick.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Aaron S Craig**    acraig@kslaw.com, lperry@kslaw.com
- **Matthew A Gold**    courts@argopartners.net
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Samuel R Maizel**    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **S Margaux Ross**    margaux.ross@usdoj.gov
- **Susan K Seflin**    sseflin@brutzkusgubner.com
- **John M Stern**    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bryancave.com, raul.morales@bryancave.com;geri.anderson@bryancave.com
- **Douglas Wolfe**    dwolfe@asmcapital.com

**2.   SERVED BY UNITED STATES MAIL**: On **January 22, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 22, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Served via Overnight Mail***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 22, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

Ironclad Performance Wear (8300)

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017

*RSN*
John Stern, Asst Attorney General
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548


**Creditors Committee:**


*Committee Counsel*
Brown Rudnick LLP
Attn: Cathrine M Castaldi
2211 Michelson Dr 7th Fl
Irvine, CA 92612

Resources Global Professionals
c/o Brent Waters
17101 Armstrong Ave
Irvine, CA 92614

Winspeed Sports (Shanghai) Co., LTD
c/o Brian Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
c/o Mark C. Robba
Kranoon Desa Pandowoharjo
Sleman Yogyakarta 55512
Indonesia


**Equity Committee:**


*Equity Committee Counsel*
Dentons US LLP
Attn: Samuel Maizel & Tania Moyron
601 South Figueroa St., Suite 2500
Los Angeles, CA 90017-5704

Patrick W O'Brien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266


W.W. Grainger, Inc.
Attn: Leah Wardak
100 Grainger Parkway
Lake Forest, IL 60045

Grainger Global Sourcing
A division of Grainger International, Inc.
Attn: D.G. Macpherson, CEO
100 Grainger Parkway
Lake Forest, IL 60045

Glenn Kurosaki
Kurosaki & Parker, P.C.
Petroleum Building
714 West Olympic Blvd., Suite 1011
Los Angeles, California 90015

Jeffrey A. Krieger
Greenberg Glusker Fields Claman &
Machtinger LLP
1900 Avenue of the Stars, 21st Floor,
Los Angeles, CA 90067

**Secured Creditor**
Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141

**Counsel to Radians Wareham Holdings**
E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Ave, Suite 2000
Memphis, TN  38103

**Counsel to Radians Wareham Holdings**
Sharon Z. Weiss
Bryan Cave
120 Broadway, Suite 300
Santa Monica, CA 90401

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON MOTION AND MOTION FOR ENTRY OF ORDER: (1) APPROVING AGREEMENT WITH MATTHEW PLISKIN FOR TRUSTEE SERVICES; AND (2) APPROVING TRUST BOARD COMPENSATION; DECLARATIONS OF SCOTT JARUS AND MATTHEW PLISKIN IN SUPPORT THEREOF (WITHOUT EXHIBITS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 22, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com**
- **Ron Bender    rb@lnbyb.com**
- **Cathrine M Castaldi    ccastaldi@brownrudnick.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com**
- **Matthew A Gold    courts@argopartners.net**
- **Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com**
- **Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com**
- **Krikor J Meshefejian    kjm@lnbrb.com**
- **Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com**
- **S Margaux Ross    margaux.ross@usdoj.gov**
- **Susan K Seflin    sseflin@brutzkusgubner.com**
- **John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Sharon Z. Weiss    sharon.weiss@bryancave.com,
  raul.morales@bryancave.com;geri.anderson@bryancave.com**
- **Douglas Wolfe    dwolfe@asmcapital.com**

**2.  SERVED BY UNITED STATES MAIL**: On **January 22, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 22, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Overnight Mail***
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 22, 2018 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-1
Case 1:17-bk-12408-MB
Central District of California
San Fernando Valley
Fri Dec 15 13:02:11 PST 2017

CRG Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626-2141

Dentons US LLP
Successor by merger to McKenna Long etc
2030 Main Street #1000
Irvine, CA 92614-7239

ICPW Liquidation Corporation, a California c
15260 Ventura Blvd.
20th Floor
Sherman Oaks, CA 91403-5303

Office of Unemployment Compensation Tax Serv
Department of Labor and Industry
Commonwealth of Pennsylvania
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Official Committee of Equity Security Holder
DENTONS US LLP
601 S. Figueroa Street
25th Floor
Los Angeles, CA 90017-5704

Texas Comptroller of Public Accounts
John Stern
c/o Megan Becker, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

1920 Hutton Court Inwood National Bank
P O Box 857
Richardson, TX 75085

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON , AZ 85739-1406

AMERICAN ALTERNATIVE INSURANCE CORPORATION
1475 E WOODFIELD RD SUITE 500
SSCHAUMBURG, IL 60173-4903

AML UNITED LIMITED
29TH FLOOR, NANYANG PLAZA
57 HUNG TO ROAD, KWUN TONG
KOWLOON, HONG KONG, CHINA

ANNALOUISE JAEGER & KEITH VERWOEST
532 PAUMAKUA PL
KAILUS , HI 96734-3157

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS , CA 91403-5303

ARTHUR GERRICK
172 WILD LILAC
IRVINE , CA 92620

Aaron Zhang
Room 1202 Building 12 ,Biguiyuan
Renming Middle Road NO.527, Qidong
County Nantong City, China 226200

Abel Unlimted Inc. (Ironwear)
2020 Seabird Way
Riviera Beach, FL 33404-5009

Account Temps
P.O. BOX 743295
Los Angeles, CA 90074-3295

Accountemps
Robert Half/Attn: Karen Lima
PO Box 5024
San Ramon, CA 94583-5024

Ace Hardware
2222 Kensington St.
Oak Brook, IL 60523-2108

Acklands Grainger
123 Commerce Valley Dr., Suite 700
Thornhill, Ontario, L3T 7W, Canada

Advantage Media Services Inc
29010 Commerce Center Drive
Valnecia, CA 91355-4188

Advantage Media Services, Inc.
29010 Commerce Center Drive
Valencia, CA 91355-4188

Amazon
410 Terry Ave. North
Seattle, WA 98109-5210

Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016-1463

Argo Partners
12 West 37th St., 9h Fl.
New York, NY 10018-7381

Atmos Energy
Three Lincoln Centre, Suite 1800
5430 LBJ Freeway
Dallas, TX 75240-2601

BDO USA, LLP
P. O. BOX 677973
Dallas, TX 75267-7973

BIC ALLIANCE
P O Box 40166
Baton Rouge, LA 70835-0166

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101-1216

BNSF Logistics International, Inc.
75 Remittance Dr. Ste. 1748
Chicago, IL 60675-1748

BNSF Logistics International, Inc.
1600 Lakeside Parkway #100
Flower Mound, TX 75028-4012

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES , CA 90049-5521

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK , NY 10023-3477

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632-6271

Ben Padnos
PO Box 1993
Manhattan Beach, CA 90267-1993

Big Time Products, LLC (includes Apollo Perf
2 Wilbanks Road SE
Rome, GA 30161-8475

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

Broussard,Ronald Roy
3001 Oak Meadow Drive
Flower Mound, TX 75028-7625

Bunzl USA Holdings, LLC
Cordova Safety Products, John Tillman Co
Once City Place Drive
Suite 200
St. Louis, MO 63141

Burkhard,Kerri
4405 Glenbrook Court
Mansfield, TX 76063-3500

Business Systems Integrators, LLC
P O Box 495
Lawson, MO 64062-0495

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA , MN 55387-4544

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY , NJ 07310-1617

CHARLES E FRISCO JR
12749 Norwalk Blvd . Ste 100
Norwalk , CA 90650-3148

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY , CA 90240-3900

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS , CA 91367-2929

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607-8243

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304-4150

CINDY MATTHEWS
6725 WHALEY DR
BOULDER , CO 80303-4328

CIS Custom Information Services
1201 N. Watson Rd., Ste. 110
Arlington, TX 76006-6122

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026-3441

Cabela's
1 Cabela Dr.
Sidney, NE 69160-0001

California Board of Equalization
Acct. Analysis & Control Sec. MIC 2
PO Box 942879
Sacramento, CA 94279-0029

California Dept of Tax and Fee Administratio
PO Box 942879
Sacramento, CA 94279-0055

Capital One Bank
P. O. BOX 1917
Merrifield, VA 22116-1917

Cestusline, Inc.
13818 NE Airport Way
Portland, OR 97230-3440

Chang Bang Gloves (Hong Kong) Co., Limited
c/o W. Steven Bryant
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701-3055

Charles Giffen
6000 Elba Place
Woodland Hills, CA 91367-2929

Cheryl Washington
3577 Belt Line Rd. #215
Irving, TX 75062-7804

Commerce Technologies, Inc
25736 Network Place
Chicago, IL 60673-1257

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Custom Information Services
1201 N Watson Rd #110
Arlington, TX 76006-6122

Custom Leathercraft Mfg. LLC
10240 S. Alameda Street
South Gate, CA 90280-5551

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026-7298

DAVID G HILL
1712 PEARL ST
BOULDER , CO 80302-5517

DAVID J COOK 2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045-6420

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER , CO 80302-9492

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265-4137

DENNIS TORRES & AVERI TORRES TRUST
6779 LAS OLAS WAY
MAILBU , CA 90265-4137

DESIGN GALLERY  PVT.  LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh

DESUN GARMENTS, LTD.
89/1, Birulia Road, Savar, Dhaka
Dhaka
Savar-1340, Bangladesh

DNOW
PO Box 40985
Houston, TX 77240-0985

DNOW L.P. (Skatiq Gloves)
7402 N. Eldridge Parkway
Houston, TX 77041-1902

DONALD P ELLIOTT
9400 E ILIFF AVE #361
DENVER , CO 80231-3490

DRG Strategic, LLC - Bob Goldstein
P O BOX 191981
Dallas, TX 75219-8510

DTM Sales
391 Gingercake Road
Fayetteville, GA 30214-1037

DXP Enterprises
P.O. Box 1697
Houston, TX 77251-1697

David Jacobs
335 Lee Hill Drive
Boulder, CO 80302-9492

Daylight Transport
P O Box 93155
Long Beach, CA 90809-3155

Dayup Global Co., Ltd.
Phum Prey Sala, Sangkat Kakap
Khan Posenchey, Phnom Penh
855, Cambodia

Dival Safety & Supplies
1721 Niagra Street
Buffalo, NY 14207-3188

Do It Best
6502 Nelson Road
Fort Wayne, IN 46803-1947

Duluth Trading
PO Box 409170
Belleville, WI 53508

ED WETHERBEE
7269 SIENA WAY
BOULDER , CO 80301-3724

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO , CA 90245-3723

EDWIN BALDRIDGE TTEE UA
605 SAN ANTONIA AVE
MANY LA , LA 71449

ENSCO INC
6820 Indiana Avenue
Riverside, CA 92506-7202

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092-7001

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

Emery Waterhouse
7 Rand Rd.
Portland, ME 04102-1433

Emil Iannaccone Ttee ua Dtd 9/16/2010
Emil Iannaccone Seperate Propert Trust
11855 Woodley Ave
Granada Hills , CA 91344-2839

Emmett Murphy
3901 Turtle Creek Blvd.
Dallas, TX 75219-4603

Eshleman,Derek G
3744 Woodshadow Lane
Addison, TX 75001-7985

Essendant  USSCO
1 Parkway North Blvd., Suite 100
Deerfield, IL 60015-2559

Expeditors
5757 W. Century Blvd. Ste. 200
Los Angeles, CA 90045-6405

FAMILY TRUST OF EARL G LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814-7782

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services Inc
3965 Airways Blvd Module G 3rd Floor
Memphis TN 38116-5017

Feld,Abraham Hagen
14700 Marsh Ln. Apt. #926
Addison, TX 75001-8061

Fowler,Michael J
1722 Ashland Ave.
Evanston, IL 60201-3546

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES , CA 90024-6536

GLEN K INGALLS & RENEE PACHECO
TTEES U/A DTD 4-5-05 THE INGALLS PACHECO
747 ROSEMOUNT RD
OAKLAND, CA 94610-2322

GREAT PANDA INVESTMENT CO LLLP
1325 PITKIN AVE
SUPERIOR , CO 80027-8131

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403-5303

GT Graphics
826 Michigan Avenue
Sheboygan, WI 53081-3438

GT Graphics of Sheboygan LLC
826 Michigan Avenue
Sheboygan, WI 53081-3438

Geoff Greulich
3485 Ridgeford Drive
Westlake Village, CA 91361-4819

Ginger Collier
6524 Deseo Apt. 358
Irving, TX 75039-3037

Ginger Hill
6524 Deseo Apt. 358
Irving, TX 75039-3037

Glenfir
General French 1948
Montevideo, Uruguay 11500

Grainger
100 Grainger Parkway
Lake Forest, IL 60045-5202

Greg Akselrud
C/O Stubbs Alderton & Marki
15260 Ventura Blvd 20th Pl.
Sherman Oaks, CA 91403-5303

Guo, Xin
540 Lake Forest Dr.
Coppell, TX 75019-2882

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA , CA 93117-1426

HAROLD SCHAFF & CHERYL SCHAFF TTEES THE
SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA , CA 93114

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBU, CA 90265-4517

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT TEN
7 PENENSULA RD
BELVEDERE, CA 94920-2325

Hewlett Packard
1501 Page Mill Road
Palo Alto, CA 94304-1100

Huizhou Baijia Glove Co., Ltd.
Diakali Mouza, Manigonggjpara
Savar, Dhaka, 1349, Bangladesh

(b)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(b)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865


Impacto Protective Products, Inc.
40 Dussek Street
Belleville, ON K8N 5R8
CANADA

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092-7001

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD , CO 80513-8253


JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD 90046-8412

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH , CA 90266-6626

JARUS FAMILY TRUST TR SCOTT M JARUS TTEE
938 DUCAN AVE
MANHATTAN BEACH , CA 90266-6626


JARUS FAMILY TRUST U/A DTD 10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266-6626

JEFFREY CORDES
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761

JEFFREY F GERSH & ARIE J GERSH LIVING TRUST
DTD 09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS , CA 91302-1279


JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

JOE WORDEN
4335 FOX CIRCLE
MESA , AZ 85205-5104

JOHN E ORCUTT & MARCTA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON , AZ 85715-3023


JOHN MCILVERY
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403-5325

JONATHAN HODES
C/O STUBBS ALDERTON & MARKILES
15620 VENTURA BLVD 20TH FL
SHERMANOAKS, CA 91436-3129

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK , IL 60035-2108


Jaeger,Eric
1408 CAMBRIDGE CROSSING
Southlake, TX 76092-7001

Jeff Carlson
4307 W. 44th Street
Edina, MN 55424-1063

Joanna Waldear-Lucas As Ttee
Fbo The Joanna Waldear-Lucas Living Trus
P .O . Box 101
Malibu , CA 90265


KA HUNG GLOVE INUSTRIAL CO. LTD.
FUJIAN QUANZHOU JIACHENG LEATHER
CHI FENG ROAD, QUANZHOU CITY
FUJIAN, 362000, China

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
24200 ALBERS STREET
WOODLAND HILLS, CA 91367-5704

KEALA STANFILL
12049 SW ASKER TERR
BEAVERTON , OR 97007


KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER , CO 80301-3728

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122-3051

KONRAD GATIEN
15260 VENTURA BLVD
2OTH FLOOR
SHERKAN OAKS , CA 91403-5325


KYLE EDLUND
3893 FAIRWAY DR
WOODBURY , MN 55125-5018

Kevin Debre
C/O Stubbs Alderton & Markiles LLP 15260
Sherman Oaks, CA 91403

Kim Woodworth & Bill Woodworth
101 Valley Hill Rd
Exton , PA 19401

Konica Minolta Business Solutions
100 Williams Drive
Ramsey, NJ 07446-2907

LMB Sales Agency
58 Regis Drive
Winnipeg, MB 1K3 Canada

LF Logistics
230-19 International Airport Ct., S
Springfield Gardens, NY 11413-4116


LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403-5325

Laubert,Matthew Palmer
3201 Pecan Meadow Drive
Garland, TX 75040-2856

Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd Ste. 1700
Los Angeles, CA 90067-6253


Liaison Technologies, Inc.
Attn: Christopher Evans
3157 Royal Drive, Suite 200
Alpharetta, GA 30022-2484

Liberty Glove, Inc.
433 Cheryl Lane
City of Industry, CA 91789-3023

Lien Shun Yang Leather Co., Ltd.
No.48, Mincheng Street, Daliao Dist
Kaosiung City 831, Taiwan (R.O.C.)


MARC S PESTER
278 DALE RD
SHORT HILLS , NJ 07078-1513

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010-2061

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303-4215


MARUSAN - MIMASU TSHUSHO CO. LTD.
NO 1 QUEEN' ROAD CENTRAL
HONG KONG
CHINA

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELL ITE B EA CH , FL 32937-3854

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE WEAR CORP
1920 HUTTON COURT #300
FARMERS BRANCH , TX 75234-9004


MCDERMOTT & BULL
2 VENTURE SUITE 100
IRVINE, CA 92618-7391

MCR Safety
1255 Schilling Blvd. W
Collierville, TN 38017-7190

MELISSA DERBY
393 LAUREL AVENUE
NOVATO , CA 94945-3546


MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
SEmerang, Central Java
50661, Indonesia

MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
Semerang, Central Java
50661, Indonesia

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE , CA 91362-4340


MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605-3713

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA , CA 92627-2817

MICHAEL GRANT
222 ROUND HILL RD
TIBURON , CA 94920-1520


MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG , TX 78624-6074

MIKE SALOMON
1440 E 1st Street Ste . 100
SANTA ANA , CA 92701-6301

MURRAY MARKILES
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERKAN OAKS, CA 91403-5325


Magpul Industries Copr.
8226 Bee Cave Road
Austin, TX 78746-4909

Matt Pliskin
2718 W Terrace Drive
Farmers Branch, TX 75234

Matt Pliskin
2718 W Terrace Drive
Tampa FL 33609-4026

Matthew Trustees
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS , CA 91403-5303

Menards
P.O. Box 29976
New York, NY 10087-9976

Menards
5101 Menard Dr.
Eau Claire, WI 54703-9604

Metzler,Stacy Marie
411 Donnell Drive #A
Arlington, TX 76012-5993

Michael Anthony Digregorio Trustee
The Digregorio Revocable Trust
1420 Kingsboro Ct
Westlake Village, CA 91362-4340

Michael DiGregorio
1420 Kingsboro Court
Thousand Oaks, CA 91362-4340

Morris,Chartrice Holt
7313 Tall Road
Alvarado, TX 76009-7192

Muhammad Deni Indrajaya
Jl.Cilandak KKO, Gg Abbah 3
RT09 RW05 Ragunan Pasar Minggu
Jakarta Selatan, 12550

Murski Breeding Sales Co.
9212 Chancellor Row
Dallas, TX 75247-5325

NANTONG CHANGBANG GLOVES CO.
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Nacion,Markham
503 Hemphill Drive
San Marcos, CA 92069-1875

Nanang Kuriawan
Dsn Jimbaran RT003 RW002
Jimbaran Bandungan
Semarang Jawa Tengah 50651

National Safety Council
P.O. Box 558
Itasca, IL 60143-0558

Net Pack
9629 El Poche St
South El Monte, CA 91733-3030

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Office Depot Acct 31A
P.O. Box 88040
Chicago, IL 60680-1040

Orgill
PO Box 140
Memphis, TN 38101-0140

Orr Safety
11601 Interchange Drive
Louisville, KY 40229-2159

PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE , OR 97402-3694

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449-4447

PATRICK W O 'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045

PETER SEAKANS
1360 WALNUT ST
#205
BOULDER , CO 80302-5190

POH
12 Brennan Way
Belmont, Western Australia 6104

PT Adira Semesta Industry
Bihbul Raya 73, Kopo., Bandung
West Java, 40228, Indonesia

PT JJ GLOVES INDO
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia 57463

PT SEOK HWA INDONESIA
Room 1218, Krantz Techno Bldg.
5442-1 Sang Dae Won-Dong, Sung Nam
Kyung Gi-Do, Indonesia 00046-2819

PT SPORT GLOVE INDONESIA
Krandon Desa Pandowoharjo
Sleman
Yogyakarta, Indonesia 55512

PT. Eagle Glove Indonesia
Desa Bayen Purwomatani Kalasan
Sleman, Yogyakarta, 55571
Indonesia

Pacific Stock Transfer Company
6725 Via Austi Pkwy
Suite 300
Las Vegas, NV 89119-3553

Patrick W OBrien
301 Whitmore Lane
Lake Forrest, IL 60045-4707

Perry HVAC
10000 North Central Expressway
Suite 400
Dallas, TX 75231-4180

Pes8iTni & Associates
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Pitney Bowes Credit Corp.
P.O.Box   371887
Pittsburg, PA 15250-7887


Precision Testing Laboratories
POB 100268
Nashville, TN 37224-0268

Progroup Incorporated
P.O. Box 6585
Englewood, CO 80155-6585

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R D Pete Bloomer
7542 Crestview Drive
Longmont, CO 80504-7301

R3 Safety aka Bunzl
P.O. Box 270417
Saint Louis, MO 63127-0417

REYHEENA EIDARIUS
23436 CAMINITO VALLEY
LAGUNA HILLS , CA 92653-1640


RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH , CA 90277-6724

RICHARD KRONMAN & MAUREEN KRONMAN REVOCABLE
TRUST
30111 HARVESTER RD
MAILBU , CA 90265-3733

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033-5356


ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301-5138

ROBERT H KEELEY & SANDRA KEELEY
JT TEN
17245 ELBERT ROAD
PEYTON, CO 80831-9566

ROBERT MEOTTLE
2 /909 SMYTH DR
VALENCIA , CA 91355


RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA , CA 90402-2722

RPS Solutions
726 Donald Preston Drive
Wolfforth, TX 79382-5402

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91360-2330


Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141-8231

Rebecca D Jarus & Scott M Jarus Ttees
U/A Dtd 10/19/2007
Jarus Family Family Trust
938 Ducan Ave
Manhattan Beach , CA 90266-6626

Refrigiwear, Inc.
54 Breakstone Drive
Dahlongega, GA 30533-7603


Republic Services
4200 East 14th Street
Plano, TX 75074-7102

Resources Global Professionals
17101 Armstrong Ave
Irvine, CA 92614-5742

Resources Global Professionals
P O BOX 740909
LOS ANGELES, CA 90074-0909


Richard Kronman & Ian
30111 Harvester Rd
Malibu , CA 90265-3733

Ringers, Inc.
8846 North Sam Houston Parkway West
Houston, TX 77064-2305

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247


Robert Steckler
3000 Tradewind Drive
Spicewood, TX 78669-5135

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610-2057

Russ MacDonald
23785 110B Avenue
Maple Ridge, BC V2W 1E6
Canada

Russ McDonald
23785 - 110B Avenue
Maple Ridge, B.C. V2W1 E6, Canada

SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311-1935

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD , PA 19317-9007


SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067-4114

SPM CENTER LLC
27909 SMYTH DR
VALENCIA , CA 91355-4034

SPRING HILL INC
9629 El Poche St.
South El Monte, CA 91733-3030


SPS Commerce
333 South Seventh St. Ste. 1000
Minneapolis, MN 55402-2421

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480-4069

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRALIA , 6101
AUSTRAILIA


STEVE FEDEA
2040 W BELMONT, #201
CHICAGO, IL 60618-6464

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY , UT 84098-7765

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE , CO 80111-1459


STUBBS ALDERTON & MARKILES LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS , CA 91403-5307

Saf-T-Glove
1121 Fountain Parkway
Grand Prairie, TX 75050-1514

Safeco Building Maintenance
5013 Brandenburg Lane
The Colony, TX 75056-2043


Safety Supply Corporation (Radians)
880 North Hills Blvd.
Suite 505
Reno, NV 89506-5710

Sam's Club
Attn: General Merchandise Manager
2101 SE Simple Savings Drive
Bentonville, AR 72716-0001

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266-6626


Select  Nantong  Safety Products Co
No. 198 Youyi Road  W
Jueguang, Rudong, Jiangsu
226400, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110-3452

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602-1764


Skadden, Arps, State, Meagher & Flom LLP
300 S Grand Ave Suite 3400
Los Angeles, CA 90071-3137

Snap-On
PO Box 1410
Kenosha, WI 53141-1410

Southern Glove
749 AC Little Drive
Newton, NC 28658-3769


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

State Board of Equalization
Special Operations Bankruptcy Team
MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0029

Stauffer Glove & Safety
361 East Sixth Street
Red Hill, PA 18076-1118


Stubbs, Alderton & Markiles, LLP
15260 Ventura  Blvd
20th Floor
Sherman Oaks, CA 91403-5303

Superior Printing, Inc.
P O Box 844550
Los Angeles, CA 90084-4550

Synetra
1110 E. State Highway 114
Suite 200
Southlake, TX 76092-5252

TAB Sales Solutions
12109-94A Street
Grand Prairie, AB T8V 5C2 Canada

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941-1823

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506-7903

THE ELLEN IDELSON TRUST DATED MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272-3901

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715-3023

THE SASSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA , CA 93117-2477

THOMAS ELLIOTT
115 BROOKS AVE
VENICE , CA 90291

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT , TX 75088-2940

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA , CA 90403-1652

THOMAS MASON & LISA L . MASON
JT TEN
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440

THOMAS W . MASON
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212-3851

TRI/AUSTIN, INC
P O BOX  207097
DALLAS, TX 75320-7097

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

TXU Energy Retail Company LLC
C/O Bankruptcy Department
PO Box 650393
Dallas TX  75265-0393

Tamer Shiha
P.O.Box 117893
300
Carrollton, TX 75011-7893

The William J . & Seemah W . Idelson
Family Trust Dated April 29, 1997
710 Brooktree Road
Pacific Palisades, CA 90272

Three Part Advisors, LLC
P O Box 92698
Southlake, TX 76092-0698

True Value
8600 W. Bryn Mawr Avenue
Chicago, IL 60631-3505

Tyco Integrated Security, LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934

U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017-3560

UPS Freight
7754 Paramount Blvd.
Pico Rivera, CA 90660-4309

Uline
2950 E. Jurupa Street
Ontario, CA 91761-2936

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

University of Milwaukee
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201-0500

Urena,Daniel
13670 Janwood Lane
Farmers Branch, TX 75234-4831

V JOSEPH STUBBS
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERKAN OAKS, CA 91403-5325

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618-5817

VANE CLAYTON
1364 NORTH PARK DRIVE
LAFAYETTE, CO 80026-3441

Vane Clayton
1364 Northpark Drive
Lafayette, CO 80026-3441

Vincent A. Pestilli & Associates, Inc.
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Vohalman,Turner J
5225 Las Colinas Blvd
Apt 2301
Irving, TX 75039-4564


W.W. Grainger. Inc.
Leah Wardak
100 Grainger Parkway
Lake Forest, IL 60045-5202

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

WILLIAM M. AISENBERG
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761


WILLIAM MECK
11027 LIMERICK AVENUE
CRATSWORTH , CA 91311-1617

WILLIAM MECK & TERESA MECK
JT TEN
11027 LIMERICK AVENUE
CHATSWORTH , CA 91311-1617

WINDSPEED SPORTS CO LTD
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423-2715


WINSPEED SPORTS SHANGHAI CO., LTD.
858 MINGZHU ROAD
SHANGHAI
China 00020-1702

WONEEL MIDAS LEATHERS
JL GEMBOR RAYA DESA PASIRJAYA
TANGERANG
BANTEN, INDONESIA 15135

Washington,Cheryl
3577 N. Beltline Rd.
#215
Irving, TX 75062-7804


Weispfenning,Daniel Walton
3333 Harry Hines Blvd., Apt. 9152
Dallas, TX 75201-6032

Werner Logistics
10251 Calabash Avenue
Fontana, CA 92335-5275

Windstream
PAETEC
P O Box 9001013
Louisville, KY 40290-1013


Wonell America, Inc.
Janice Lee, General Manager
1520 Oak Street
South Pasadena, CA 91030-4422

Worldwide
PO Box 88607
Seattle, WA 98138-2607

XIN GUO
540 LAKE FOREST DR
COPPELL , TX 75019


Yellow and Roadway
P. O. Box 100129
Pasadena, CA 91189-0003

nChannel, Inc.
8760 Orion Place, Ste 210
Columbus, OH 43240-2109

Jeffrey Cordes
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761


Samuel R. Maizel
Dentons US LLP
601 South Figueroa St.
Suite 2500
Los Angeles, CA 90017-5709

William Aisenberg
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Ave.
Suite 1600
Dallas, TX 75201-4761

Issuer Services
C/O ADP Proxy Services
51 Mercedes Way
Edgewood NY 11717

JOHN BARRY
1300 THAMES ST
6TH FLOOR
BALTIMORE MD 21231

LUKE HOLLAND
1200 LANDMARK CENTER
SUITE 800
OMAHA NE 68102

ANH MECHALS
9300 UNDERWOOD AVENUE
SUITE 400
OMAHA NE 68114

ISSUER SERVICES
C/O MEDIANT COMMUNICATION
8000 REGENCY PARKWAY
CARY NC 27518

ELIZABETH ROLWES
201 PROGRESS PARKWAY
MARYLAND HEIGHTS MO 63043

BEN BEGUIN
14321 N. NORTHSIGHT BOULEVARD
SCOTTSDALE AZ 85260

KRISTIN KENNEDY
9785 TOWNE CENTRE DRIVE
SAN DIEGO CA 92121-1968

ALAN FERREIRA
P.O. BOX 30014
LOS ANGELES CA 90030

JOSEPH DI BUONO
61 BROADWAY
31ST FLOOR
NEW YORK NY 10006

MATT BUETTNER
2801 MARKET STREET
H0006-09B
ST. LOUIS MO 63103

BRIAN DARBY
ONE DALLAS CENTER
350 M. ST. PAUL SUITE 1300
DALLAS TX 75201

BILIANA STOIMENOVA
1700 PACIFIC AVENUE, SUITE 1400
DALLAS TX 75201

EARL WEEKS
4804 DEAR LAKE DR E
JACKSONVILLE FL 32246

CHRISTINA YOUNG
2423 E LINCOLN DRIVE
PHOENIX AZ 85016-1215

MANDI FOSTER
1005 N. AMERITRADE PLACE
BELLEVUE NE 68005

JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086

PETER CLOSS
499 WASHINGTON BOULEVARD
JERSEY CITY NJ 07310

JOANNE PADARATHSINGH
499 WASHINGTON BLVD
JERSEY CITY NJ 07310

STEVE SCHAFER SR
60 S 6TH ST - P09
MINNEAPOLIS MN 55402-4400

RHONDA JACKSON
1201 ELM STREET
SUITE 3500
DALLAS TX 75270

BILL WALKER
236 SOUTH MAIN STREET
SALT LAKE CITY UT 84101

JANICA BRINK
545 WASHINGTON BLVD.
JERSEY CITY NJ 07310

SCOTT TORTORELLA
150 SOUTH WACKER DRIVE
11TH FLOOR
CHICAGO IL 60606

JOHN FAY
500 STANTON CHRISTIANA ROAD
OPS 4, FLOOR: 03
NEWARK DE 19713-2107

RITA LINSKEY
8 THIRD STREET NORTH
GREAT FALLS MT 59401

Mark F. Gress
c/o Mediant Communications Inc.
200 Regency Forest Drive
Cary NC 27518

JOHN ROSENBACH
1271 AVENUE OF THE AMERICAS
14TH FLOOR
NEW YORK NY 10020

VICTOR LAU
34 EXCHANGE PLACE
PLAZA II
JERSEY CITY NJ 07311

JOSEPH LAVARA
ONE PERSHING PLAZA
JERSEY CITY NJ 07399

DIANE TOBEY
77 SUMMER STREET
BOSTON MA 02110

KARIN MCCARTHY
8 GREENWICH OFFICE PARK
GREENWICH CT 06831

JAN SUDFELD
777 E. WISCONSIN AVENUE
19TH FLOOR
MILWAUKEE WI 53202

ISSUER SERVICES
C/O BROADRIDGE
51 MERCEDES WAY
EDGEWOOD NY 11717

JESSE W. SPROUSE
8006 DISCOVERY DRIVE
SUITE 200
RICHMOND VA 23229

ROBERTA GREEN
880 CARILION PARKWAY
SAIT PETERSBURG FL 33716

ERIN M STIELER
682 AMP FINANCIAL CENTER
MINNEAPOLIS MN 55474

GREG WRAALSTAD
901 3RD AVE SOUTH
MINNEAPOLIS MN 55474

KEVIN MURPHY
660 S. FIGUEROA STREET
SUITE 1450
LOS ANGELES CA 90017

SACHIN GOYAL
500 STANTON CHRISTIANA ROAD
OPS 4, FLOOR 02
NEWARK DE 19713-2107

LANCE WELLS
5001 KINGSLEY DRIVE
MAIL DROP 1MOB2D
CINCINNATI OH 45227

JANIE DOMINGUEZ
208 E. 10TH STREET
ROOM 410
AUSTIN TX 78701

RYAN CHISLETT
801 S CANAL STREET
ATTN: CAPITAL STRUCTURES-C1N
CHICAGO IL 60607

STEPHANIE KAPTA
1555 N RIVERCENTER DRIVE
SUITE 302
MILWAUKEE WI 53212

Earl Weeks
c/o Merrill Lynch Corporate Actions
4804 Deer Lake Dr. E.
Jacksonville FL 32246

HOLLY NICKERSON
560 MISSION STREET
SUITE 1300
SAN FRANCISCO CA 94105

Adi Kurniawan
Metro Cluster Cendana M.6/40
RT002 RW009 Kebon Dalem Purwakarta
Cilegon Banten 42433

Sony Riyadi
Taman Intan Cimanggis Town House
Block D No.3 Jl. Raya Radar AURI
Cisalak Pasar Cimanggis, Depok Jawa
Barat 16452

River Zheng
29th Hengtand Old Street, Yiting Town,
Shangyu District, Shaoxing Cit, Zhejiang
Province, PRC

Trinet
1100 San Leandro Blvd., Suite 400
San Leandro, CA 94577

Nantong Changbang Gloves Co.
Attn: Eliza Yang
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Kartiko Sri Kuncoro
Komplek Timah H.19 RT001 RW006
Pangkalan Jati Baru Cinere
Depok Jawa Barat 16513

Mercindo Global Manufaktur
Attn: Danny Negara
Jl. Raya Semarang-Bawen Km.29
SEemerang, Central Java
50661, Indonesia

PT SPORT GLOVE INDONESIA
Attn: Mark Robba
Krandon Desa Pandowoharjo Sleman
Yogyakarta, Indonesia, 55512

Advantage Media Services, Inc.
Attn: Steven Helmle
29010 Commerce Center Drive
Valencia, CA 91355

PT JJ GLOVES INDO
Attn: Kwong
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia, 57463

Synetra
Attn: John Calhoun
1110 E. State Highway 114
Suite 200
Southlake, TX 76092

Ka Hung Glove Inustrial Co. Ltd.
Attn: Ms. Vicz Yue
Fujian Quanzhou Jiacheng Leather
Chi Feng Road, Quanzhou City
Fujian, 362000, China

1920 Hutton Court
Attn: Johnny Clark
Inwood National Bank
P O Box 857413
Richardson, TX 75085

Winspeed Sports Shanghai Co., Ltd.
Attn: Bradley J. S. Weiss
858 Mingzhu Road
Shanghai
China, 00020-1702

Marusan - Mimasu Tshusho Co. Ltd.
Attn: Sky Lin
No 1 Queen' Road Central
Hong Kong
China

DESIGN GALLERY (PVT.) LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh,

Sees Global Inc.
#612 Suntec City 307-2
Sandaewon-dong, Jungwon-gu
Seongnam, Kyunggi, KO, 46273-6000

Woneel Midas Leathers
Attn: Janice Lee
Jl Gembor Raya Desa Pasirjaya
Tangerang
Banten, Indonesia, 15135

TXU Energy
Attn: Scott A. Hudson, President
6555 Sierra Drive
Irving, TX 75039

Tyco Integrated Security, LLC
Attn: Joe Oliveri, General Manager
Boca Corporate Center
4700 Exchange Court, Suite 300
Boca Raton, FL 33431

Republic Services
Attn: Donald W. Slager, President & CEO
18500 North Allied Way
Phoenix, AZ 85054

Atmos Energy Corporation
Attn: Kim R. Cocklin, CEO
Three Lincoln Centre, Suite 1800
5430 LBJ Freeway
Dallas, TX 75240

Franchise Tax Board
Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Windstream
Attn: Tony Thomas, President & CEO
4001 North Rodney Parham Road
Little Rock, Arkansas 72212

Hewlett Packard Enterprise
Attn: Meg Whitman, CEO
1501 Page Mill Road
Palo Alto, CA 94304

Hewlett Packard Enterprise
Attn: Nicole Head, Senior Credit Analyst
305 S. Rockrimmon Blvd.
Colorado Springs, CA 80919

Hewlett Packard Enterprise Company
SCA Express
8000 Foothills Blvd NS 5538
Roseville, CA 95747

THE ELLEN IDELSON TRUST DATED
MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010

GREG AKSELRUD
C/O STUBBS ALDERTON &
MARKILES LLP
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403

SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311

ELI ARRIV
4340 COLETA RD
AGOURA, CA 91301

BARBARA ASHTON
2417 LESTER AVENUE
CLOVIS, CA 93619

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91630

B.A.T.B. LLC
5750 SOUTH BEECH CT
GREENWOOD VILLAGE, CO 80121

NATASHA H BEN
104 Saratoga Drive
Belle Chasse, LA 70037

R D PETE BLOOMER
7542 CRESTVIEW DRIVE
LONGMONT, CO 80504

RONALD D BLOOMER
7542 CRESTVIEW DR
NIWOT, CO 80504

WILLIAM L BOETTCHER
727 HAYS CIR
LONGMONT, CO 80501

HUBERT L BROWN III & ANNABELLE
BROWN FOWLKES
H L BROWN JR CHARITABLE LEAD
ANNUITY TRUST
PO BOX 2237
MIDLAND, TX 79702

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506

MCDERMOTT & BULL
2 VENTURE
SUITE 100
IRVINE, CA 92618

CHERYL WASHINGTON
1920 HUTTON CT
STE 300
FARMERS BRANCH, TX 75234

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033

VANE CLAYTON
270 W PEARL
SUITE 103
JACKSON, WY 83001

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026

DAVID J COOK
2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045

JEFFREY D CORDES
1570 BENT CREEK DRIVE
SOUTHLAKE, TX 76092

KEVIN DEBRE
C/O STUBBS ALDERTON &
MARKILES LLP
15260 VENRUA BLVD 20TH FL
SHERMAN OAKS, CA 91403

MELISSA DERBY
393 LAUREL AVENUE
NOVATO, CA 94945

MICHAEL ANTHONY DIGREGORIO
TRUSTEE
THE DIGREGORIO REVOCABLE
TRUST
1420 KINGSBORO CT
WESTLAKE VILLAGE, CA 91362

GLEN K INGALLS & RENEE
PACHECO TTEES
THE INGALLS PACHECO 2005 TRUST
747 ROSEMOUNT RD
OAKLAND, CA 94610

JEFFREY F GERSH & ARIE J GERSH
LIVING TRUST DTD
09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS, CA 91302

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY, UT 84098

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY, MN 55125

REYHEENA EIDARIUS
23436 CAMINITO VALLE
LAGUNA HILLS, CA 92563

DONALD P ELLIOTT
9400 E CLIFF AVE
#361
DENVER, CO 80231

THOMAS ELLIOTT
115 BROOKS AVE
VENICE, CA 90291

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY, NJ 07310

RICHARD KRONMAN & IAN
MATTHEW TRUSTEES FBO
KRONMAN MATTHEW & ASSOC
30111 HARVESTER RD
MALIBU, CA 90265

STEVE FEDEA
2040 W BELMONT
#201
CHICAGO, IL 60618

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT, TX 75088

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303

SCOTT GALER
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK, NY 10023

KONRAD GATIEN
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES, CA 90024

ARTHUR GERRICK
172 WILD LILAC
IRVINE, CA 92620

DANIEL THOMAS GIEBER
763 B LOMA VERDE AVENUE
PALO ALTO, CA94303

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS, CA 91367

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRAILIA,, 6101
AUSTRAILIA

MICHAEL GRANT
222 ROUND HILL RD
TIBURON, CA 94920

MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG, TX 78624

XIN GUO
540 LAKE FOREST DR
COPPELL, TX 75019

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304

DAVID G HILL
1712 PEARL ST
BOULDER, CO 80302

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA, CA 92627

JONATHAN HODES
C/O STUBBS ALDERTON &
MARKILES
15620 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH, CA 90277

EMIL IANNACCONE TTEE
EMIL IANNACCONE SEPERATE
PROPERT TRUST
11855 WOODLEY AVE
GRANADA HILLS, CA 91344

ENSCO INC
3110 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER, CO 80302

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO, CA 90245

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBY, CA 90265

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST TR SCOTT M
JARUS TTEE
938 DUCAN AVE
MANHATTAN BEACH, CA 90266

JARUS FAMILY TRUST U/A DTD
10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266

REBECCA D JARUS & SCOTT M
JARUS TTEES
JARUS FAMILY TRUST
938 DUCAN AVE
MANHATTAN BEACH, CA 90266-6626

JOANNA WALDEAR-LUCAS AS TTEE
FBO THE JOANNA
WALDEAR-LUCAS LIVING TRUST
PO BOX 101
MALIBU, CA 90265

MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605

CHARLES E FRISCO JR
12749 Norwalk Blvd. Ste 100
Norwalk, CA 90650

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY, CA 90240

ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELLITE BEACH, FL 32937

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA, CA 90403

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE
WEAR CORP
1920 HUTTON COURT #300
FARMERS BRANCH, TX 75234

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092

GREAT PANDA INVESTMENT CO
LLLP
1325 PITKIN AVE
SUPERIOR, CO 80027

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD, PA 19317

KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER, CO 80301

FAMILY TRUST OF EARL G
LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814

MURRAY MARKILES
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERMAN OAKS, CA 91403

THOMAS W. MASON
6856 WISH AVENUE
LAKE BALBOA, CA 91406

CINDY MATTHEWS
6725 WHALEY DR
BOULDER, CO 80303

JOHN MCILVERY
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA, CA 90402

WILLIAM MECK
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

ROBERT MEOTTLE
27909 SMYTH DR
VALENCIA, CA 91355

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE, CA 91362

PATRICK W O'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941

MARC S PESTER
278 DALE RD
SHORT HILLS, NJ 07078

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON, AZ 85739

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK, IL 60035

MIKE SALOMON
1440 E 1st Street Ste. 100
SANTA ANA, CA 92701

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA, CA 93114

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA, MN 55387

PETER SEAMANS
1360 WALNUT ST
#205
BOULDER, CO 80302

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD, CA 90046

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES, CA 90049

SPM CENTER LLC
27909 SMYTH DR
VALENCIA, CA 91355

KEALA STANFILL
12049 SWANUKER TERR
BEAVERTON, OR 97007

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618

STUBBS ALDERTON & MARKILES
LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS, CA 91403

V JOSEPH STUBBS
C/O STUBBS ALDERTON &
MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS, CA 91403

PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE, OR 97402

EDWIN BALDRIDGE TTEE UA DTD
10/30/1992 EDWIN T
BALDRIDGE DECLARATION TRUST
605 SAN ANTONIA AVE
MANY LA, LA 71449

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS JT
TEN
7 PENENSULA RD
BELVEDERE, CA 94920

JOHN E ORCUTT & MARCIA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

ROBERT H KEELEY & SANDRA D
KEELEY JT TEN
PO BOX 240
HILLSIDE, CO 81232

THOMAS W. MASON & LISA L.
MASON JT TEN
6856 WISH AVENUE
LAKE BALBOA, CA 91406

WILLIAM MECK & TERESA MECK JT
TEN
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

HAROLD F SCHAFF & CHERYL A
SCHAFF TTEES THE
SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA, CA 93114

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE, CO 80111

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101

DENNIS TORRES & AVERI TORRES
TRUST
6779 LAS OLAS WAY
MAILBU, CA 90265

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
24200 ALBERS STREET
WOODLAND HILLS, CA 91367

RICHARD KRONMAN & MAUREEN
KRONMAN REVOCABLE TRUST
30111 HARVESTER RD
MAILBU, CA 90265

SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715

THE SASSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA, CA 93117

THE WILLIAM J. & SEEMAH W.
IDELSON FAMILY TRUST
DATED APRIL 29 1997
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272

ANNALOUISE JAEGER & KEITH
VERWOEST
532 PAUMAKUA PL
KAILUS, HI 96734

ED WETHERBEE
7269 SIENA WAY
BOULDER, CO 80301

LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403

KIM WOODWORTH & BILL
WOODWORTH
101 VALLEY HILL RD
EXTON, PA 19401

JOE WORDEN
4335 FOX CIRCLE
MESA, AZ 85205

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD, CO 80513

CHARLES SCHWAB & CO INC
2423 E LINCOLN DR
PHOENIX, AZ 85016

MORGAN STANLEY SMITH BARNEY
1 NEW YORK PLAZA - 39TH FL
NEW YORK, NY 10004

Ironclad Performance Wear (8300)
Equity Holders – Supplemental List

AAION PARTNERS INC
PO BOX 3034
MANHATTAN BEACH, CA 90266

AARON K HALE CUST
OWEN S HALE UTMA CA
725 W OAK AVE
EL SEGUNDO, CA 90245

ALAN DEMETER
2560 THUNDERBIRD LN
SAPULPA, OK 74066

ALEX ANTONUK &
MICHAL ANTONUK JTWROS
390 E SEQUOIA ST
REPUBLIC, MO 65738

ALEX KAWAKAMI
2812 KAHAWAI ST
HONOLULU, HI 96822

ALEX ROTONEN
1008 CLEMSON DR
ARLINGTON, TX 76012

AMANDA RAE REGAN
12 COUNTRY PLACE LANE
ROCHESTER, NY 14612

ANDREA JANELLE SIMON
2201 N CALIFORNIA ST. #32
SAN FRANCISCO, CA 94115

ANDREW DARKO
3104 WILSON ROAD
CONROE, TX 77304

ANDREW G BANYAS
ROTH IRA ETRADE CUSTODIAN
10708 SILVER LEAF WAY APT 208
KNOXVILLE, TN 37931

ANDREW J CRYER
2828 LEMMON AVE APT 5131
DALLAS, TX 75204

ANDREW J RAYKOVICS
IRA R/O ETRADE CUSTODIAN
8558 S LAKE CIR
FORT MYERS, FL 33908

ANDREW THUNG &
LISA M THUNG JTWROS
45 E 89TH ST APT 20D
NEW YORK, NY 10128

ANNIE EVANS
CHARLES SCHWAB & CO INC CUST
970 PACIFIC STRAND PL , APT 203
VENTURA, CA 93003

ANTHONY A SHORTT
SEP IRA ETRADE CUSTODIAN
3044 NORWELL COURT
LOCUST GROVE, GA 30248

ANTHONY A SIENKOWSKI IRA
WFCS AS CUSTODIAN
1757 EAGLE DRIVE
LAKE GENEVA, WI 53147

ANTHONY ROBERT HURD
CHARLES SCHWAB & CO INC CUST
425 W TRADE ST APT 704
CHARLOTTE, NC 28202

ANTHONY SIENKOWSKI
1757 EAGLE DR
LAKE GENEVA, WI 53147

ATC AS CUST FOR IRA R/O
WILLIAM P BORDUIN
2406 FALBROOK LN
CROFTON, MD 21114

AUDREY G BEYER
5400 KENRICK PARK DRIVE
SAINT LOUIS, MO 63119

BARBARA ANN CARBERRY
8012 GOODHURST DR
GAITHERSBURG, MD 20882

BARBARA JOAN DEGEORGE &
M DEGEORGE KELLY JT TEN
9304 VILLA RIDGE DR
LAS VEGAS, NV 89134

BARBARA KLEEMANN TTEE
BYPASS TST SUBTST KLEEMANN
526 VIA SINUOSA
SANTA BARBARA, CA 93110

BARBARA LIEB STROUGO
60 E 42ND ST STE 2215
NEW YORK, NY 10165

BARBARA RIEBACK TOD
SUBJECT TO STA TOD RULES
11267 YOLANDA AVE
PORTER RANCH, CA 91326

BEN KING
217 32ND PL
MANHATTAN BEACH, CA 90266

BENJAMIN L PADNOS
221 34TH ST
MANHATTAN BEACH, CA 90266

BEVERLY A SHACTER & BURTON B
SHACTER REVOC TRUST 2/5/98
5800 ARBOUR AVENUE
EDINA, MN 55436

BILL HAUCK
214 STRAWBERRY CIR
CRANBERRY TOWNSHIP, PA 16066

BILL MECK &
TERESA MECK JT TEN
11027 LIMERICK AVENUE
CHATSWORTH, CA 91311

BILL POINTER ROLLOVER IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
22065 LAUREL OAK DR
PARKER, CO 80138

BILL R TAYLOR & (1D1)
DEBRA H TAYLOR JTTEN
186 CEDARWOOD PLACE
MOCKSVILLE, NC 27028

BLAYNE M NAGATA & HEIDI K KIMURA
JTWROS
1874 HOOKUPA ST
PEARL CITY, HI 96782

BRENDA MAE ENGEL ROLLOVER IRA
TD AMERITRADE CLEARING  CUSTODIAN
1004 W 86TH ST
KANSAS CITY, MO 64114

BRENT S MORRISON (ROTH IRA)
WFCS AS CUSTODIAN
1400 KELTON AVE #201
LOS ANGELES, CA 90024

BRIAN L WILLIAMS
6742 CLYBOURN AVENUE
NORTH HOLLYWOOD, CA 91606

BRIAN VANGUNTEN
132 DEVRON CIR
EAST PEORIA, IL 61611

C NEUHAUSER CUST FOR
C NEUHAUSER UNYUTMA
4 STABLE RD
TUXEDO PARK, NY 10987

CALVIN CHENG CHIEN & KAREN KUO
CHIEN
DESIGNATED BENE PLAN/TOD
4905 MARION AVE
TORRANCE, CA 90505

CANACCORD GENUITY INC
IEG TRADING DESK BOOK
1210SP ASIA REGION, 535 MADISON AVE
NEW YORK, NY 10022

CAPITAL ONE INVESTING  LLC.
-OMNIBUS ACCOUNT--
83 SOUTH KING STREET STE 700
SEATTLE, WA 98104

CARL C HSU TTEE
DR CARL C HSU REV LIV TRUST
4559 BAILEY WAY
SACRAMENTO, CA 95864

CAROLE M. ORMISTON
1700 RIVIERE AVE.
METAIRIE, LA 70003

CARRIE LELO
8380 S 36TH ST
FRANKLIN, WI 53132

CATHERINE BEDROS BRUNICK &
RICHARD R BRUNICK JT WROS
1136 THIRD STREET
HERMOSA BEACH, CA 90254

CECILIA BACON ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
1801 N GREENVILLE AVE APT 3132
RICHARDSON, TX 75081

CHARLES ALEXANDER WILLHOIT
246 RACE ST
DENVER, CO 80206

CHARLES ALLAN DAVIS
CHARLES SCHWAB & CO INC CUST
1850 ADOBE CREEK DR
PETALUMA, CA 94954

CHARLES DUFFY
2601 52ND AVE N
ST PETERSBURG, FL 33714

CHARLES H MAHER JR IRA
TD AMERITRADE CLEARING  CUSTODIAN
PO BOX 39
MONUMENT, CO 80132

CHARLES JEFFERSON PIPPIN
CHARLES SCHWAB & CO INC CUST
1948 ELMSBURY RD
WESTLAKE VILLAGE, CA 91361

CHARLES P CUSUMANO 1992 TR
CHARLES P CUSUMANO TTEE
101 S FIRST ST  # 400
BURBANK, CA 91502

CHARLES SCHWAB BANK TTEE
FBO JEFFREY W WESSEL
3222 NW CHAPIN DR
PORTLAND, OR 97229

CHARLES W DIER AND
LISETTE M DIER JTWROS
106 BIRMINGHAM WALK
ALPHARETTA, GA 30004

CHARLES W HUNTER
WFCS CUSTODIAN ROTH IRA
2958 CARRILLO WAY
CARLSBAD, CA 92009

CHARLES WILLIAM NEUHAUSER
CHARLES SCHWAB & CO INC CUST
4 STABLE RD
TUXEDO PARK, NY 10987

CHIEF A DOWNS ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
7322 W 36TH ST
TULSA, OK 74107

CHRIS KRANZLER ROTH IRA TD
AMERITRAD
INC CUSTODIAN
8000 W 32ND ST
SIOUX FALLS, SD 57106

CHRISTIAN M WARREN &
BARBARA A BOIGEGRAIN JT TEN
2524 VIRGINIA LN
NORTHBROOK, IL 60062

CHRISTOPHER D EDWARDS
CHARLES SCHWAB & CO INC CUST
PO BOX 4752
FRISCO, CO 80443

CHRISTOPHER DAY
2112 BUCKSKIN CIR
CARROLLTON, TX 75006

CHRISTOPHER E BARRETT ROTH IRA
JPMS LLC CUST.
426 WHITING ST
EL SEGUNDO, CA 90245

CHRISTOPHER J ADAMSKI
CHRISTINA B ADAMSKI
1571 RED STEM DR
HOLLAND, MI 49424

CHRISTOPHER J CALLAGHAN
949 PALMER ROAD APT 2H
BRONXVILLE, NY 10708

CHUN CHAN ROTH IRA TD AMERITRADE
INC
CUSTODIAN
2519 28TH AVE
SAN FRANCISCO, CA 94116

CRAIG CHLADNY
210 E RIDGE RD
EAST PEORIA, IL 61611

CRAIG EDWARD REED &
SHANNON ELLIOTT REED JT/TIC
4482 PARK PLACE TERRACE
MARIETTA, GA 30066

CRAIG L WHITE
28851 DEODAR PL
SAUGUS, CA 91390

CRAIG WAGNER BENEFICIARY IRA OF
SEBASTIAN WAGNER IRA
17501 72ND PLACE
MAPLE GROVE, MN 55311

CYNTHIA DAVID
4682 WARNER AVE
C113
HUNTINGTON BEACH, CA 92649

DALE H NORFOLK
ANN M NORFOLK JT TEN
5345 BUENA VISTA RD
PRINCE FREDERICK, MD 20678

DALE SCHAEFER & DEBORAH SCHAEFER
JT
TEN
8691 COOKS MILL RD
GEORGETOWN, IN 47122

DAN CHIER
19175 RIOUX GROVE CT
NOBLESVILLE, IN 46062

DAN WILLEY SPALT
4 STONEHENGE LN.
APT. 11B
ALBANY, NY 12203

DANIEL J FLEMING
1531 JACKSON ST
HOLLYWOOD, FL 33020

DANIEL M MARTIN
3112 KISDON HILL DRIVE
WAUKESHA, WI 53188

DANNY L BACON ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
1801 N GREENVILLE AVE APT 3132
RICHARDSON, TX 75081

DANNY L BACON ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
1801 N GREENVILLE AVE APT 3132
RICHARDSON, TX 75081

DANNY LESHIKAR ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
1412 TELFORD DR
LIBERTY, MO 64068

DAVE PONCIA
6819 ABBOTTSWOOD DR
RANCHO PALOS VERDES, CA 90275

DAVID CARUSO
4442 S 5TH ST
MILWAUKEE, WI 53207

DAVID CHICHESTER
PO BOX 27
LOWELL, OH 45744

DAVID E LAMONTAGNE
3901 WHOOPING CRANE CR
VIRGINIA BEACH, VA 23455

DAVID HAMMOND SOYSTER
18525 NE MARINE DR
APT A7
PORTLAND, OR 97230

DAVID KENNETH KELCHLIN
13237 COLONIAL WOODS DR
ALDEN, NY 14004

DAVID L JACOBS
335 LEE HILL DR.
BOULDER, CO 80302

DAVID W. NORFOLK
289 FIBICH LN
WEST RIVER, MD 20778

DAVID WAYNE THOMAS & JOANNE
LEIGH
JAKUB THOMAS JT TEN
223 N GUADALUPE ST
SANTA FE, NM 87501

DEBRA BETH STROUGO
1755 YORK AVE APT 36B
NEW YORK, NY 10128

DELFONDO HERRON &
MELINDA CHENAULT-HERRON JTWROS
10425 S. MANSFIELD
OAK LAWN, IL 60453

DELIA V LAZZARI
96 SCENIC DRIVE
SOUTHINGTON, CT 06489

DENISE M COLLINASH ROTH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
1700 GALLUP RD
CHAPEL HILL, NC 27517

DEREK WOODWORTH
5728 SILVERTON AVE
MCKINNEY, TX 75070

DIANE K CARTER TR FBO
DIANE K CARTER LIVING TRUST
3519 MALIBU COUNTRY DR
MALIBU, CA 90265

DIANE MATTHEW
PO BOX 470
LAGUNITAS, CA 94938

DMITRI PECHERSKI &
LIUDMILA PECHERSKI JT TEN
5136 W TROTTER TRL
PHOENIX, AZ 85083

DOROTHY ZIMMERMAN BENSON TTEE
WILLIAM W&DOROTHY Z BENSON TRT
101 EVERGREEN LN APT 145
GLEN CARBON, IL 62034

DOROTHY ZIMMERMAN BENSON TTEE
WM/DOROTHY BENSON REV TRUST
101 EVERGREEN LN APT 145
MERIDIAN VILLAGE, IL 62034

DOUG KUHN & MARLAINA N KUHN
PO BOX 103
606 LINCOLN
VICTORIA, KS 67671

DOUGLAS RICHARD LALLY
MARGARET SUSAN LALLY JT TEN
PO BOX 216
CAMAS VALLEY, OR 97416

EDEN J. MACKNIN TRUST
C/O: ELIZABETH A. CHEZ  TRUSTEE
2039 BURR OAK LANE
HIGHLAND PARK, IL 60035

EDMUND R T FLANIGAN
60 S GARFIELD ST
DENVER, CO 80209

EDUARD JAEGER
443 CONCORD ST
EL SEGUNDO, CA 90245

EDWIN VANCE ROGERS ROLLOVER IRA
TD
AMERITRADE CLEARING  CUSTODIAN
130 WEST RD
BELTON, SC 29627

ELIEZER S C  AKERMAN
1020 DITMAS AVE
BROOKLYN, NY 11218

ELIZABETH CHEZ
2039 BURR OAKS LANE
HIGHLAND PARK, IL 60035

ELIZABETH ROSNER SILBER
1138 PORTNER RD
ALEXANDRIA, VA 22314

ELIZABETH ROSNER SILBER
578 LORNA LANE
LOS ANGELES, CA 90049

ELIZABETH SIENKOWSKI IRA
WFCS AS CUSTODIAN
1757 EAGLE DRIVE
LAKE GENEVA, WI 53147

ELLEN DENISE MABRY
CHARLES SCHWAB & CO INC CUST
5203 WHITAKER CIR
LONGVIEW, TX 75605

ELMER M WALLACE ROTH IRA
303 ELM
VIDALIA, LA 71373

ERIC CARL HANSEN &
TRACY LYNN HANSEN JT TEN
7620 2ND AVE W
BRADENTON, FL 34209

ERIC FREY
320 RENWOOD CIRCLE
LAFAYETTE, LA 70503

ERIC J. CHEZ
1758 N. HONORE STREET
CHICAGO, IL 60622

ERIN O HALLISSY
IRA ETRADE CUSTODIAN
20924 ARCANA RD
WOODLAND HILLS, CA 91364

ERIN PLASTERAS
28 KIRKHAM PL
STAMFORD, CT 06906

ETHAN CRANE
123 W WARNIMONT AVE
MILWAUKEE, WI 53207

FAISAL M ALMUTLAQ
OLAYA ST
RIYADH 11565
SAUDI ARABIA, SAUDI ARABIA

FERNANDO JAUREGUI FBO
LUCAS JAUREGUI BENE
504 LARKHALL AVE
DUARTE, CA 91010

FERNANDO JAUREGUI FBO
NATHAN JAUREGUI BENE
504 LARKHALL AVE
DUARTE, CA 91010

FMT CO CUST IRA
FBO JAMES A BREEN
167 STOCKADE RD
S GLASTONBURY, CT 06073

FMT CO CUST IRA
FBO CRAIG STEPHEN WAGNER
10690 ZIEGLERS DR N
MINNEAPOLIS, MN 55443

FMT CO CUST IRA
FBO KIMIKO ANN SNYDER
6118 BRAEMAR CT
AGOURA HILLS, CA 91301

FMT CO CUST IRA
FBO THOMAS R MCELROY
30950 MINUTE MAN WAY
WESTLAKE VILLAGE, CA 91361

FMT CO CUST IRA
FBO SACHIKO FARRELL
191 S WOODROSE CT
ANAHEIM, CA 92807

FMT CO CUST IRA
FBO SANFORD ROBERT PRICE
911 AUGUSTA DR
BRENTWOOD, CA 94513

FMT CO CUST IRA ROLLOVER
FBO DAVID WESSEL
36 GREGORY TER
BLOOMFIELD, NJ 07003

FMT CO CUST IRA ROLLOVER
FBO MARK PUETZER
49 VIOLA DR
GLEN COVE, NY 11542

FMT CO CUST IRA ROLLOVER
FBO RONALD J SCHUETTE
3209 HUNTER PATH
MCHENRY, IL 60050

FMT CO CUST IRA ROLLOVER
FBO SUSAN R QUANTE
3849 LOWER SAXTOWN ROAD
WATERLOO, IL 62298

FMT CO CUST IRA ROLLOVER
FBO KENNETH LAIBLE
10973 SOUTHBURY LN
FRISCO, TX 75033

FMT CO CUST IRA ROLLOVER
FBO PAUL C KENDALL
1250 NE LOOP 410 STE 203
SAN ANTONIO, TX 78209

FMT CO CUST IRA ROLLOVER
FBO JAMES R PEARSON
3726 W WHITEHAWK LN
ANTHEM, AZ 85086

FMT CO CUST IRA ROLLOVER
FBO GASPAR C MIRANDA JR
23529 CARLOW RD
TORRANCE, CA 90505

FMT CO CUST IRA ROLLOVER
FBO JUSTIN D WALKER
107 ESPLANADE AVE APT 78
PACIFICA, CA 94044

FMT CO CUST IRA ROLLOVER
FBO GREGORY CURHAN
7 VERONA PL
CORTE MADERA, CA 94925

FMT CO CUST IRA ROLLOVER FBO ALEX
JIN
NO 1030 WST YAN'AN ROAD
APARTMENT 36# 802
SHANGHAI 200050, CHINA 29414

FMT CO CUST IRA SEPP
FBO DOUGLAS S ROSE
161 CHADWICK RD
TEANECK, NJ 07666

FMT CO CUST SEPP IRA
FBO WILLIAM J LITWIN
PO BOX 146
HINGHAM, MA 02043

FMTC CUSTODIAN - ROTH IRA
FBO LESLIE C SCHUETTE
3209 W HUNTER PATH
MCHENRY, IL 60050

FMTC CUSTODIAN - ROTH IRA
FBO RONALD J SCHUETTE
3209 HUNTER PATH
MCHENRY, IL 60050

FMTC CUSTODIAN - ROTH IRA
FBO DOROTHY ZIMMERMAN BENSON
101 EVERGREEN LN APT 145
GLEN CARBON, IL 62034

FMTC CUSTODIAN - ROTH IRA
FBO JOSEPH POVERELLI JR
2669 CHADWICK DR
FORT WORTH, TX 76131

FMTC CUSTODIAN - ROTH IRA
FBO JAMES P BENSON
6553 BIG SKY TRL
CHEYENNE, WY 82009

FMTC CUSTODIAN - ROTH IRA
FBO JAMES P BENSON
6553 BIG SKY TRL
CHEYENNE, WY 82009

FMTC CUSTODIAN - ROTH IRA
FBO KIMBERLY D BENSON
6553 BIG SKY TRL
CHEYENNE, WY 82009

FMTC CUSTODIAN - ROTH IRA
FBO MARK WILLIAM BENSON
6553 BIG SKY TRL
CHEYENNE, WY 82009

FMTC CUSTODIAN - ROTH IRA
FBO JOSHUA LOUIS CAIN
900 S FIGUEROA ST APT 1201
LOS ANGELES, CA 90015

FMTC CUSTODIAN - ROTH IRA
FBO ROBERT C MICHLIN
5846 NORWICH AVE
SHERMAN OAKS, CA 91411

FMTC CUSTODIAN - SIMPLE
FBO LISA CAROL DUDLEY
117 MARQUIS CT
MATTHEWS, NC 28104

FORREST S FULFORD AND
MARTHA FULFORD JTWROS
2202 58TH ST E
PALMETTO, FL 34221

FRANCESCA A MORAN
100 DEER RUN
PLANTSVILLE, CT 06479

FRANCIS J SKALECKI &
STEVEN A SKALECKI JT TEN
3151 S LENOX ST
MILWAUKEE, WI 53207

FRED CATALANO
4 LLOYD HAVEN DRIVE
LLOYD HARBOR, NY 11743

G1 EXECUTION SERVICES  LLC
FIRM TRADING ACCOUNT
175 W. JACKSON BLVD, SUITE 1700
CHICAGO, IL 60604

GAIL MAHAFFEY
MIKE MAHAFFEY JT TEN
116 DOGWOOD TERRACE LN
CLEMSON, SC 29631

GARY BURTZLAFF
HELEN BURTZLAFF
823 TURNBERRY DR
MANSFIELD, TX 76063

GARY GIBBS
16610 CARROLL RD
MORRISON, IL 61270

GARY MICHAEL MANUSE
5975 PEASE RD
WILLIAMSON, NY 14589

GARY W RADA
904 LUSTED LN
BATAVIA, IL 60510

GEMINI PARTNERS INC
1100 GLENDON AVE STE 905
LOS ANGELES, CA 90024

GEORGE F GOTHOT
CHARLES SCHWAB & CO INC CUST
31111 PLANTERS GROVE LN
WESTLAKE, OH 44145

GEORGE F GOTHOT
CHARLES SCHWAB & CO INC CUST
31111 PLANTERS GROVE LN
WESTLAKE, OH 44145

GEORGE F GOTHOT
CHARLES SCHWAB & CO INC CUST
31111 PLANTERS GROVE LANE
WESTLAKE, OH 44145

GEORGE F GOTHOT
31111 PLANTERS GROVE LN
WESTLAKE, OH 44145

GEORGE K CROCKETT
VIRGINIA C CROCKETT
137 BRANTON DR
LAFAYETTE, LA 70508

GEORGE KARUTZ
SEPERATE PROPERTY
329 E SUNSET RD
SAN ANTONIO, TX 78209

GLENN D BOLLINGER
3025 N GREAT SOUTHWEST PKWY
GRAND PRAIRIE, TX 75050

GLENN R OAKES
4204 CYPRESS GROVE LANE
GREENSBORO, NC 27455

GREG CULLEN
6641 ESPLANADE
PLAYA DEL REY, CA 90293

GREGORY CURHAN TTEE
GREGORY & RANDI CURHAN REV TRU
U/A 6/2/98
7 VERONA PL
CORTE MADERA, CA 94925

GREGORY J OHARA & SUSAN M OHARA
JTWROS
4727 OAK ROAD
SHADY SIDE, MD 20764

GREGORY W BATEMAN
9094 MANDARIN LANE
RIVERSIDE, CA 92508

GUY W KEEFER
7416 OGELSBY AVE
LOS ANGELES, CA 90045

HAMMAM ALSHAGRA
5500 OWENSMOUTH AVE APT 126
WOODLAND HILLS, CA 91367

HARVEY E GREEN TTEE
HM GREEN FAMILY TRUST
11550 LAURELCREST DR
STUDIO CITY, CA 91604

HEIDI JAEGER
CHARLES SCHWAB & CO INC CUST
26800 PACIFIC COAST HWY
MALIBU, CA 90265

HEIDI JAEGER INH IRA
BENE OF PEGGY JAEGER
26800 PACIFIC COAST HWY
MALIBU, CA 90265

HEIDI JAEGER TTEE
HEIDI JAEGER LIVING TRUST
26800 PACIFIC COAST HWY
MALIBU, CA 90265

HUNTINGTON SMITH
1052 HANCOCK MILL LN.
HEPHZIBAH, GA 30815

IAN LANDGRAF
19 E HULLWOOD CIR
THE WOODLANDS, TX 77389

ILYSE R. MARKRACK TRUST
C/O: ELIZABETH A. CHEZ  TRUSTEE
2039 BURR OAK LANE
HIGHLAND PARK, IL 60035

IQBAL SINGH
3098 CLOVER ST
PITTSFORD, NY 14534

J ROSNER & N ROSNER TTEE
J ROSNER & ROSNER FAMILY TRUST
578 LORNA LANE
LOS ANGELES, CA 90049

JACK JACOB ROSNER
578 LORNA LANE
LOS ANGELES, CA 90049

JACOB YOUNG
3008 S 45TH ST APT D
TACOMA, WA 98409

JAKE R MEOTTEL
30183 VALLEY GLEN ST
CASTAIC, CA 91384

JAMES CHADWICK ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
942 NW SCENIC LAKE DR
LAKE CITY, FL 32055

JAMES D DARLING CUST
CARA D DARLING UNDER THE AZ
2311 FLAT ROCK CT
NAPERVILLE, IL 60564

JAMES E COLLINS
27 BEAVER DAM RD
COLTS NECK, NJ 07722

JAMES F RAFFERTY
1665 FAIRFAX AVE
WEST ISLIP, NY 11795

JAMES HUANG
120 E MAIN ST APT 1912
LEXINGTON, KY 40507

JAMES M HALLISSY
R/O IRA E*TRADE CUSTODIAN
20924 ARCANA ROAD
WOODLAND HILLS, CA 91364

JAMES P BENSON TR UA 04-05-2001
JAMES P BENSON LIVING TRUST
6553 BIG SKY TRL
CHEYENNE, WY 82009

JAMES P BENSON TTEE
MARK BENSON QUALIFIED MINOR TR
U/A 12/13/10
6553 BIG SKY TRL
CHEYENNE, WY 82009

JAMES P BENSON TTEE
STEPHEN BENSON QUAL MINORS TR U/A
12/13/10
6553 BIG SKY TRL
CHEYENNE, WY 82009

JAMES P FRISCHE
702 VIA PALO LINDA
FAIRFIELD, CA 94534

JANE SCHWARTZ
TOD
29 GRAND BAY CIR
JUNO BEACH, FL 33408

JANET HAEFEMEYER
3711 W. GRANGE
GREENFIELD, WI 53221

JASON G BARRETT
IRA R/O ETRADE CUSTODIAN
3613 REGENCY
DEER PARK, TX 77536

JASON H HO
5 WHITTEMORE TER
BILLERICA, MA 01821

JASON M GIRARDIN
1830 S CALUMET PKWY UNIT A
CHICAGO, IL 60616

JEANETTE A SWAN
143 W TRIPOLI AVE
MILWAUKEE, WI 53207

JEFF BURKEY
22 SANDPIPER LN
PITTSFORD, NY 14534

JEFF T HUBBARD
369 E  CHERRY COVE
ROUND LAKE BEACH, IL 60073

JEFFREY D CORDES
1570 BENT CREEK DRIVE
SOUTHLAKE, TX 76092

JEFFREY D CORDES AND
VALORIE LYNN CORDES JTWROS
1570 BENT CREEK DR
SOUTHLAKE, TX 76092

JEFFREY ROBERT JONASEN &
SHELLY LEA JONASEN JT TEN
3836 SERAMONTE DR
HIGHLANDS RANCH, CO 80129

JEFFREY STEIN PSP
JEFFREY STEIN TTEE
4243 GREENWOOD
SKOKIE, IL 60076

JEFFREY WARREN WESSEL
3222 NW CHAPIN DR
PORTLAND, OR 97229

JENNIFER COOPER & CARYL COOPER JT
TEN
1867 SPRUCE ST.
HIGHLAND PARK, IL 60035

JERRY D CRAWFORD
5692 VESTAL LN
HONOLULU, HI 96818

JERRY W WILEY
102 W ALLEN ST
IRVINGTON, NJ 07111

JERRY WILEY TR FBO 133 MONTICELLO
AV
LIMITED LIABILITY IND 401K FBO JERRY
WILEY
2 RIVER RUN
LAWNSIDE, NJ 08045

JILL CHRISTINE BRUNNER
1007 LINCOLN BLVD APT 2
SANTA MONICA, CA 90403

JIMMY E ALLEN
1849 EAST 5775 SOUTH
SOUTH OGDEN, UT 84403

JOAN HOOD JONES TR UA 11-30-2012]
JOAN HOOD JONES LIVING TRUST
853 3RD ST
MANHATTAN BEACH, CA 90266

JOAN M TRIEFF
778 BRANDENBURG DRIVE
CHASKA, MN 55318

JOEL CAVNESS
2509 SUTHERLAND ST
AUSTIN, TX 78746

JOHN CHRISTOPHER ZOTT
CHARLES SCHWAB & CO INC CUST
211 DARWIN ST
SANTA CRUZ, CA 95062

JOHN COLLINASH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
1700 GALLUP RD
CHAPEL HILL, NC 27517

JOHN D & MARGARET A ROGERS TTEE
J D AND M A ROGERS REVOC TRUST U/A
4/26/00
5660 ROLLING OAK DR
SACRAMENTO, CA 95841

JOHN E WHITSETT
203 HASKIN DRIVE
SAN ANTONIO, TX 78209

JOHN H FREEMAN
CHAIA K FREEMAN COMM PROP
20520 BLAIRMOORE ST
CHATSWORTH, CA 91311

JOHN HOPPE
740 W. FULTON ST.  APT 809
CHICAGO, IL 60661

JOHN JAMES DARNELL
500 NORTH CROFT AVE
W HOLLYWOOD, CA 90048

JOHN L EGGERS
216 39 ST E
BRADENTON, FL 34208

JOHN LERCH
409 IVY CHURCH RD
TIMONIUM, MD 21093

JOHN MARSHALL
SHIRLEY MARSHALL JT TEN
2826 WOODSPRING ACRES DR
KINGWOOD, TX 77345

JOHN PATRICK MCGOWAN
170 SISKIYOU CT
SAN BRUNO, CA 94066

JOHN R FAIRTY JR
617 RIVERSVILLE RD
GREENWICH, CT 06831

JOHN RICHARD BOLTON II
NANCY ELAINE BOLTON JT TEN
21069 GERTRUDE AVE
PORT CHARLOTTE, FL 33952

JOHN THOLLON
300 E 40TH ST APT 29A
NEW YORK, NY 10016

JONATHAN CASTILLO ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
9807 VENICE BLVD
LOS ANGELES, CA 90034

JORGE L NICHO
9611 HOLLOW BND
SAN ANTONIO, TX 78250

JOSE BERNAL
40 LION LN
WESTBURY, NY 11590

JOSEPH BEIERLE TTEE
THE BEIERLE FAMILY TRUST U/A 03/26/93
423 NEWCASTLE ST
THOUSAND OAKS, CA 91361

JOSEPH C MAZZOCHI
10 CANDLEWOOD LANE
FARMINGTON, CT 06032

JOSEPH ROSNER AND NANCY BETH
ROSNER TTEES
THE ROSNER FAMILY TRUST DTD 02-07-
90
578 LORNA LANE
LOS ANGELES, CA 90049

JOSHUA CRINKLAW
736 F AVE UNIT 4
CORONADO, CA 92118

JOSHUA S LOWER C/F
JACOB C LOWER UTMA/IL
39W359 W HALADAY LANE
GENEVA, IL 60134

JUDY FRANK TTEE
FRANK FAMILY TRUST DTD 06-08-09
641 POR LA MAR CIRCLE, UNIT A
SANTA BARBARA, CA 93103

JUSTIN W BALDWIN
796 COURT ST
UNIT C
KEENE, NH 03431

KAREN BURKE
6 MILFORD LN
GLEN COVE, NY 11542

KATHLEEN BRENNAN &
MICHAEL H STEINBERGER JTWROS
14 ARTHUR DRIVE
HOCKESSIN, DE 19707

KATHLEEN DEFRONZO
4800 WOODLEY AVE APT 8
ENCINO, CA 91436

KATHY PETROHILOS ROTH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
497 SPRINGS DR
COLUMBUS, OH 43214

KEITH C VERWOEST &
ANNALOUISE JAEGER JTWROS
532 PAUMAKUA PL
KAILUA, HI 96734

KEITH COLIN VERWOEST
532 PAUMAKUA PL
KAILUA, HI 96734

KELLY J PORRAS
5080 WOODLAND AVE
YORBA LINDA, CA 92887

KENNETH JOSEPH LAIBLE CUST FOR
DYLAN WAYNE LAIBLE UTXUTMA
10973 SOUTHBURY LANE
FRISCO, TX 75033

KENNETH O HAACK
330 E TOWNSHIP ROAD 150
TIFFIN, OH 44883

KENT ASTLE
5098 ROBERTS DR
THE COLONY, TX 75056

KENT D MILLER
IRA ETRADE CUSTODIAN
705 ILLNI DRIVE
EAST PEORIA, IL 61611

KENT M ROBINS
ALLISON A ROBINS
17207 103RD ST SE
YELM, WA 98597

KENT SIMON
576 E 48TH ST
BROOKLYN, NY 11203

KEVIN BOJONNY ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
314 JOHN DUKE TYLER BLVD.
CLARKSVILLE, TN 37043

KEVIN COOPER
ROTH IRA ETRADE CUSTODIAN
2106 FLAMINGO
SAN ANTONIO, TX 78209

KEVIN DELIMAT
4829 RIVERSIDE DR
WATERFORD, WI 53185

KEVIN R THIER
2817 KENSINGTON RD
MELBOURNE, FL 32935

KEVIN W MARSH
DESIGNATED BENE PLAN/TOD
1207 MARBLE FALLS CT
ALLEN, CT 75013

KIMBERLY D BENSON TTEE
KIMBERLY D BENSON TRUST U/A 4/5/01
6553 BIG SKY TRL
CHEYENNE, WY 82009

KIMBERLY D BENSON TTEE
KIMBERLY DROSTEN BENSON EXE TR
U/A 8/22/83
6553 BIG SKY TRL
CHEYENNE, WY 82009

KIRK B MOORE
7614 MACON DR.
BILOXI, MS 39532

KLEANTHI XENOPOULOS
1265 15TH ST APT 9C
FORT LEE, NJ 07024

KRIS PAOLINO
IRA R/O ETRADE CUSTODIAN
2591 RED HAWK RIDGE DR
CASTLE ROCK, CO 80109

KRISTI L DELAGE &
GEORGE A DELAGE JTWROS
25856 185TH AVENUE SW
CROOKSTON, MN 56716

KURT MATTHEW RIEBACK
19237 ITASCA ST
NORTHRIDGE, CA 91324

KYLE J WALKER
7 ALEXANDER DR
BROOKFIELD, CT 06804

KYLE S MCDORMAN
8155 CIRCLE DR
DAYTON, OH 45415

LARRY BARTHEN
218 N CHARLES ST
WAUKESHA, WI 53186

LARRY D MARTIN
TOD
18249 N 39TH AVE
GLENDALE, AZ 85308

LAURA B PANNIER
629 WOODBOURNE TRAIL
DAYTON, OH 45459

LAWRENCE ORNE
DIANE L ORNE JT TEN
161 UNION ST
LEOMINSTER, MA 01453

LEON BEDROS
1120 SUN FLARE CT
LINCOLN, CA 95648

LEONARD JEAN-PAUL
69333 E PALM CANYON DR SPC 130
CATHEDRAL CITY, CA 92234

LEONIE M BRITTON
2543 BEDFORD AVE
BROOKLYN, NY 11226

LIANE LUNNY NEUHAUSER
4 STABLE RD
TUXEDO PARK, NY 10987

LLOYD F KAWAKAMI
IRA CONTRIBUTORY DTD 02/10/91
2812 KAHAWAI ST
HONOLULU, HI 96822

LOIS B MAY TTEE
LOIS B. MAY REVOCABLE TRUST
3919 WESTFALL DR
ENCINO, CA 91436

LONNIE & BARBARA A MURRAY TTEE
THE MURRAY FAMILY REVOCABLE TR
214 WESTWIND HARBOUR DR
ANDERSON, SC 29626

LORENA GUENY
3141 S LENOX ST
MILWAUKEE, WI 53207

LYNN T RINDERLE
3148 S PINE AVE
MILWAUKEE, WI 53207

M DIGREGORIO & A DIGREGORIO TT
DIGREGORIO REVOCABLE TRUST
1420 KINGSBORO CT
THOUSAND OAKS, CA 91362

MARA ROSNER KEDEM CUST FOR
GABRIEL EITAN KEDEM UNYUTMA
70 E 10TH ST APT 5E
NEW YORK, NY 10003

MARCIA A. ORCUTT
3221 N  SAN SEBASTIAN PL
TUCSON, AZ 85715

MARCIA TSABARY ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
NACHAL SOREK 12/11
BEIT SHEMESH, ISRAEL 99091

MARCUS M WRIGHT
NDAZIONA E NDAFOOKA JT TEN
704 W BADGER RD 21
MADISON, WI 53713

MARK A AARDSMA & JENNIFER F
AARDSMA
JT TEN
2107 EMERALD DR
CHAMPAIGN, IL 61822

MARK D STOKES JR &
DIANE P STOKES
1033 SUNNYSIDE DR
SOUTH SAN FRANCISCO, CA 94080

MARK JUETTEN
JANE E JUETTEN JT TEN
628 WATERS EDGE TER
MENDOTA HEIGHTS, MN 55120

MARK PUETZER
6 MILFORD LN
GLEN COVE, NY 11542

MARK PUETZER CUST
MICHAEL PUETZER
49 VIOLA DR
GLEN COVE, NY 11542

MARK R GOSMAN
DONNA GOSMAN JTTEN
7483 KORBEL DR
GURNEE, IL 60031

MARK S PUETZER
49 VIOLA DRIVE
GLEN COVE, NY 11542

MARK V MULLER
VICTORIA MULLER
9723 DOVE SHADOW
SAN ANTONIO, TX 78230

MARK VAYDA RICKABAUGH
CHARLES SCHWAB & CO INC CUST
PO BOX 1668
BOCA GRANDE, FL 33921

MARSHA K GRANT
158 STRATFORD N
ROSLYN HEIGHTS, NY 11577

MARTIN H. SZUCS
220 E.HOLT AVE.
MILWAUKEE, WI 53207

MARY C COURTNEY TTEE
U/A DTD 05/02/2017
30W023 JUNIPER COURT
WARRENVILLE, IL 60555

MARY PAULETTE SMYTH
34 CHERRY ST
GLEN HEAD, NY 11545

MATRIX TRUST COMPANY
FBO SCOTT ALDERTON
19687 LOS ALIMOS STREET
CHATSWORTH, CA 91311

MATTHEW D GILES
1916 BUNDT ST
NORTON SHORES, MI 49441

MATTHEW DAVID VAN AHN TOD
SUBJECT TO STA TOD RULES
6308 LOGAN AVE S
RICHFIELD, MN 55423

MATTHEW J ROTTINO
152 SAINT ANDREWS LN
GLEN COVE, NY 11542

MATTHEW JOSEPH ROTTINO ROTH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
152 SAINT ANDREWS LN
GLEN COVE, NY 11542

MATTHEW PALMER LAUBERT
CHARLES SCHWAB & CO INC CUST
3201 PECAN MEADOW DR
GARLAND, TX 75040

MATTHEW PALMER LAUBERT
CHARLES SCHWAB & CO INC CUST
3201 PECAN MEADOW DR
GARLAND, TX 75040

MATTHEW T BRUSOE
1118 BRANLEIGH DR
TOLEDO, OH 43612

MELINDA WOOD MICHLIN
DESIGNATED BENE PLAN/TOD
5846 NORWICH AVE
SHERMAN OAKS, CA 91411

MELISSA ANN DOMINIAK
19 WINDEMERE CT NW
FT WALTON BCH, FL 32547

MICHAEL C TAYLOR CONWAY II &
MEGAN RAE CONWAY JT TEN
853 W Blue Ridge Dr.
Queen Creek, AZ 85140

MICHAEL J ANDREWS
135 SHERWOOD LANE
RAYNHAM, MA 02767

MICHAEL J LANDAU
DESIGNATED BENE PLAN/TOD
23662 INGOMAR ST
WEST HILLS, CA 91304

MICHAEL JACEJKO ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
8163 SEHOME RD
BLAINE, WA 98230

MICHAEL L LOYD
STEPHANIE R LOYD
2728 GALAXIE
BARTLETT, TN 38134

MICHAEL LEWIS POCZA
5371 WILDWOODS DR.
ROCK CREEK, OH 44084

MICHAEL M LEW IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
11311 AUDELIA RD, APT 167
DALLAS, TX 75243

MICHAEL R CICERO
WILLIAM M VEAZEY
7 SOUTH ST
YORK, ME 03909

MICHAEL R SUNDLING &
LISA M SUNDLING JTWROS
451 E. 134TH AVENUE
THORNTON, CO 80241

MICHAEL S BORSETI
4 RICHARDS RD
LYNNFIELD, MA 01940

MICHAEL SPOSATO
IRENA SPOSATO JT TEN
950 NE 27TH AVE
POMPANO BEACH, FL 33062

MICHAEL W AZZARELLO
615 BAHNS MILL RD
RED LION, PA 17356

MICHELE A BELTRAN SELL
PO BOX 853
SANTA BARBARA, CA 93102

MIKE J ANDREWS SEP IRA TD
AMERITRADE CLEARING  CUSTODIAN
135 SHERWOOD LN
RAYNHAM, MA 02767

MILES N GREEN AND
GREEN FAMILY REVOCABLE LIVING
TRUST DTD 08-13-97
3218 ROXANNE AVE
LONG BEACH, CA 90808

MILES POTEAT EGGART
4401 WESTWAY AVE
DALLAS, TX 75205

MILLENNIUM TRUST COMPANY  LLC
2001 SPRING ROAD  SUITE 700
OAK BROOK, IL 60523

MILWAUKEE DEF COMP BOARD TTEE
FBO BURNELL YOUNG
2502 W CHAMBERS ST
MILWAUKEE, WI 53206

MILWAUKEE DEF COMP BOARD TTEE
FBO THEOFILOS RAFAELIDYS
2742 N BARTLETT AVE
MILWAUKEE, WI 53211

MILWAUKEE DEF COMP BOARD TTEE
FBO MICHAEL J DORSZYNSKI
2787 S 58TH ST
MILWAUKEE, WI 53219

MILWAUKEE DEF COMP BOARD TTEE
CITY OF MILWAUKEE FBO STEVEN A
SKALECKI
9026 W BURDICK AVE
MILWAUKEE, WI 53227

MIRIAM HERRERA
1621 E EDEN PL
SAINT FRANCIS, WI 53235

MORRIS AKERMAN & SUSAN AKERMAN
TEN
COM
1525 41ST ST
BROOKLYN, NY 11218

MR ROBERTO T VERTHELYI
TOD BENEFICIARIES ON FILE
PO BOX 1922
NEW YORK, NY 10101

NAOMI S BROWAR
425 SAYRE DR.
PRINCETON, NJ 08540

NELSON JOHN ANDERSON
CHARLES SCHWAB & CO INC CUST
260 S ORANGE DR
LOS ANGELES, CA 90036

NELSON JOHN ANDERSON
CHARLES SCHWAB & CO INC CUST
260 S ORANGE DR
LOS ANGELES, CA 90036

NFS/FMTC IRA
FBO PHILIP WERTHMAN
9737 KIRKSIDE RD
LOS ANGELES, CA 90035

NICHOLAS KAWAKAMI
1234 KONA ST.
HONOLULU, HI 96814

NICHOLAS R LASSITER
3375 DONDIS CREEK DR
TRIANGLE, VA 22172

NICHOLAS S EVANS &
MARI E MONTGOMERY & ROBERT L
EVANS JT TEN
PO BOX 440
HEALY, AK 99743

NICHOLAS SCHLEPP
10428 KILCHURN CT
CHARLOTTE, NC 28277

NICK S GUGLIELMETTI
157 WASHINGTON AVE
KINGSTON
NEW YORK, NY 12401

NIMLEY S TABUE ROTH IRA
3207 67TH AVE
BROOKLYN CENTER, MN 55429

OTA MANAGEMENT VBO VFTC AS
TRUSTEE
FBO JOHN P HEFFERNAN JR
64 BETSY BROWN CIR
PORT CHESTER, NY 10573

OWEN BENNETT MULLER
3919 WESTFALL DR
ENCINO, CA 91436

PABLO E QUEZADA
146 SEWARD ST
BUCHANAN, NY 10511

PATRICIA A DUKE
3132 S. TAYLOR AVE
MILWAUKEE, WI 53207

PATRICIA LYNNE JOHNSON
1505 CORINTH AVE APT 105
LOS ANGELES, CA 90025

PATRICK D JUETTEN ROTH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
238 PENINSULA RD
MEDICINE LAKE, MN 55441

PATRICK D WALSH
SEP IRA E*TRADE CUSTODIAN
1623 E HEMINGWAY DR
N PALM BEACH, FL 33408

PATRICK H NELSON TTEE
THE DIANNE NELSON DECEDENT'S
12017 SE MASA LN
HAPPY VALLEY, OR 97086

PATRICK LIN
45 COACHWOOD TER
ORINDA, CA 94563

PATRICK M ROGERS
2119 POST RD
DARIEN, CT 06820

PATRICK W COYLE
602 S CHURCH
APT 4
BOZEMAN, MT 59715

PAUL STRIGLER
IRA VFTC AS CUSTODIAN
35 WELLESLEY ST
WESTON, MA 02493

PETER JAMES BENIGNO
MICHELE BENIGNO JT TEN
22 MANITOBA WAY
MARLBORO, NJ 07746

PHILIP PATON & LESLIE PATON JT TEN
615 THRIFT RD
MALIBU, CA 90265

PHILIP SHAWN NORFOLK
8005 ABBOT CT
MCKINNEY, TX 75070

PHILLIP NUTTER
LYNNE M NUTTER
7017 W BRANHAM LN
LAVEEN, AZ 85339

PRESTON SOECHTING
8103 DOZIER PLACE
BRENTWOOD, TN 37027

PROGUARD GUARDIAN SVCS GUARD
CAROL A HERGET
13160 W BURLEIGH RD STE 206
BROOKFIELD, WI 53005

PTC CUST IRA FBO
ALFRED M VENTURINI
7101 DEL RIO DRIVE
MODESTO, CA 95356

PTC CUST ROLLOVER IRA FBO
MICAHEL A SHERMAN
211 S. SPALDING DR PH4N
BEVERLY HILLS, CA 90212

PUMA CAPITAL LLC
M/M ACCOUNT - KOSSON
287 BOWMAN AVENUE  3RD FLOOR
PURCHASE, NY 10577

RANDY SCHREINER
305 CHERRY BLOSSOM LN
CAREY, OH 43316

RAYMOND CHAVEZ
20954 VANOWEN ST 110
CANOGA PARK, CA 91303

REGINA CARLSON CUST FOR
KAMRYN CARLSON
5301 PINEWOOD TRL
MINNEAPOLIS, MN 55436

REX H LEVI
R/O IRA E*TRADE CUSTODIAN
30446 SIMES LANE
AGOURA, CA 91301

REX H LEVI
30446 SIMES LANE
AGOURA, CA 91301

RF LAFFERTY & CO INC
ATTN EZRA GRAYMAN
40 WALL STREET SUITE 1901
NEW YORK, NY 10005

RICHARD D JOHNSON
26227 COMMUNITY BLVD
BARSTOW, CA 92311

RICHARD DARIN MELTON &
RACHAEL MICHELLE MELTON
197 RAINBOW DR # 9707
LIVINGSTON, TX 77399

RICHARD ERVIN TEN HAKEN TTEE
ESTATE OF RICHARD E TEN HAKEN
4216 DEL MAR VILLAGE DR SW
GRANDVILLE, MI 49418

RICK L MILLER
TD AMERITRADE CLEARING CUSTODIAN
25530 LONGFELLOW PL
STEVENSON RANCH, CA 91381

RITA J GRAYBILL
801 W PINE ST
STILLWATER, MN 55082

ROBB C KRUG JR
SOLE & SEPARATE PROPERTY
1708 FAIRHAVEN LN
MURFREESBORO, TN 37128

ROBERT ANTHONY MACKIE
102 BELCHER RD
WARWICK, NY 10990

ROBERT B GIFFIN & MARY FRANCIS
GIFFIN JT TEN
4608 46TH ST NW
WASHINGTON, DC 20016

ROBERT B KRONMAN
8607 TUSCANY AVE APT 105
PLAYA DEL REY, CA 90293

ROBERT BURKE FORSTER
4144 249TH ST
LITTLE NECK, NY 11363

ROBERT BURKE FORSTER
CHI WANG JT TEN
4144 249TH ST
LITTLE NECK, NY 11363

ROBERT D HERGET
3620 OAK VALLEY LANE
WAUKESHA, WI 53188

ROBERT FORD ERZEN
3160 N LINCOLN AVE
UNIT 207
CHICAGO, IL 60657

ROBERT FORSTER
4144 249TH ST
LITTLE NECK, NY 11363

ROBERT GLENN COULTER
3786 E COUNTY ROAD 100 N
DANVILLE, IN 46122

ROBERT GUILFORD
4916 BALTIC ST NW
GIG HARBOR, WA 98332

ROBERT J KERR
42 PARK
LA GRANGE, IL 60525

ROBERT JAMES STECKLER
3000 TRADEWIND DR
SPICEWOOD, TX 78669

ROBERT T LEVINE
18 NEWPORT DR
PLAINVIEW, NY 11803

ROBERT WILLIAMS
1461 ROBERTSON RD
FRIENDSHIP, TN 38034

ROBYN CROWDER
9155 STERLING ST STE 120
IRVING, TX 75063

RODNEY G WHITE
4364 BITTERROOT DR
WESTERVILLE, OH 43081

RONALD D SMITH
10107 HEATHERWAY DR
PINCKNEY, MI 48169

RONALD J SCHUETTE TTEE
RONALD JAMES SCHUETTE TRUST
3209 W HUNTER PATH
MCHENRY, IL 60050

RONALD L CHEZ
1524 NORTH ASTOR
CHICAGO, IL 60610

RONALD L HANZLICEK &
THERESA MAUREEN HANZLICEK JT TEN
1004 DEVON DRIVE
PAPILLION, NE 68046

RONALD L. CHEZ
1524 N ASTOR PLACE
CHICAGO, IL 60610

RONALD ROBERT BIANCULLI
3541 LONGVIEW DR
SAN BRUNO, CA 94066

RONNIE VAUGHN
5308 GREEN TREE BLVD
MIDLAND, TX 79707

RUSSELL J SILVER
CHARLES SCHWAB & CO INC CUST
1553 DICKINSON DR
ROSEVILLE, CA 95747

RUSSELL P FOGG
521 SUMMIT WAY
MOUNT JULIET, TN 37122

RUSSELL S CAZEAULT
2071 MAIN STREET
BREWSTER, MA 02631

RYAN BROTHERS
14720 SW BEARD RD APT 202
APARTMENT 202
BEAVERTON, OR 97007

RYAN KRAUSE
PO BOX 481112
LOS ANGELES, CA 90048

RYAN RONALD BIANCULLI
3541 LONGVIEW DR
SAN BRUNO, CA 94066

SANDRA M LESHIKAR ROLLOVER IRA TD
AMERITRADE CLEARING  CUSTODIAN
1412 TELFORD DR
LIBERTY, MO 64068

SCOTT ALLEN FAULKNER ROTH IRA TD
AMERITRADE CLEARING  CUSTODIAN
185 SAINT JAMES DR
LEXINGTON, KY 40502

SCOTT BRADLEY SAKAJIAN
26893 BOUQUET CANYON RD
SUITE C456
SANTA CLARITA, CA 91350

SCOTT JARUS &
REBECCA D JARUS TIC
938 DUNCAN AVENUE
MANHATTAN BEACH, CA 90266

SCOTT M LAPOFF
79 MOUNTAIN AVE - TALL AVE
SUMMIT, NJ 07901

SCOTT NICOLICH
14 PROSPECT AVE
GLEN COVE, NY 11542

SCOTT WAYNE IRELAND
CHARLES SCHWAB & CO INC CUST
2007 INDIANA ST
HOUSTON, TX 77019

SCOTT WAYNE IRELAND &
KRISTINA MARIE IRELAND JT TEN
2007 INDIANA ST
HOUSTON, TX 77019

SCOTTRADE INC CUST FBO
RUDOLPH ROSENBERG INHERITED IR
76 TITUS AVE
CARLE PLACE, NY 11514

SCOTTRADE INC CUST FBO
ALIX KATELYNN ROYSTON ROTH IRA
5671 CALEDONIA DRIVE
SALISBURY, MD 21801

SCOTTRADE INC CUST FBO
JOHN E MORDUS IRA
11882 HIAWATHA
SHELBY TOWNSHIP, MI 48315

SCOTTRADE INC CUST FBO
KENNETH KLEIN IRA
126 SIOUX AVE
CARPENTERSVILLE, IL 60110

SCOTTRADE INC CUST FBO
BRIAN KNAPP ROLLOVER IRA
4128 N CLEARBROOK PLACE
MERIDIAN, ID 83642

SCOTTRADE INC CUST FBO
ALECIA M KNAPP ROLLOVER IRA
4128 N CLEARBROOK PL
MERIDIAN, ID 83646

SCOTTRADE INC CUST FBO
JASON PAUL GIL ROTH IRA
5103 MIRADA DR NW
ALBUQUERQUE, NM 87120

SCOTTRADE INC CUST FBO
TROY C ZEITLER ROLLOVER IRA
830 LONG VALLEY RD
GARDNERVILLE, NV 89460

SCOTTRADE INC CUST FBO
DIANE MATTHEW IRA
PO BOX 470
LAGUNITAS, CA 94938

SCOTTRADE INC CUST FBO
THU PHONG PHAN  ROTH IRA
1520 E CAPITOL EXPY SPC 238
SAN JOSE, CA 95121

SEAN CHRISTOPHER BAILEY
4396 HARTER RD
AUBURN, NY 13021

SEAN S MATSUBAYASHI
5723 MISSION ST # B
SAN FRANCISCO, CA 94112

SHAMSHA VELANI DORAN &
KEITH DORAN
2151 SELBY AVENUE
LOS ANGELES, CA 90025

SHAMSHA VELANI DORAN CUST FOR
LAYTH EMANUEL DORAN UCAUTMA
2151 SELBY AVENUE
LOS ANGELES, CA 90025

SHANA A. LARSON
1312 PALM AVE
SAN MATEO, CA 94402

SHARON R TAYSI
608 KIEFER CREEK RD
BALLWIN, MO 63021

SHAWN P RICHARDS
15 CHAPMAN RD
MARLBOROUGH, CT 06447

SIDNEY PENCHANSKY & JUDITH E
PENCHANSKY TTEES
PENCHANSKY FAMILY TR UA DTD
6/23/1997
37 BREEZE AVE
VENICE, CA 90291

SOON FONG RACHAEL YAP
JURONG WEST ST 71 BLK 714
UNIT 04-127
SINGAPORE, SN 64071

SSBT TTEE SUPPLY ONE 401K PLAN\
FBO MARK STEVEN MCARTHUR
215 N EASTERN SLOPE LOOP
TUCSON, AZ 85748

STACY K WYENT
ROTH IRA E*TRADE CUSTODIAN
29 GOLF AVE.
CLARENDON, IL 60514

STEPHAN D. FEDEA & SUZANNE    6836
FEDEA JTWROS
1843 W. SCHOOL ST.
CHICAGO, IL 60657

STEPHANIE L QUANTE
IRA VFTC AS CUSTODIAN
670 W WAYMAN ST APT 1301
CHICAGO, IL 60661

STEPHANIE LANE WHEELER
1400 WILLOW AVE APT 803
LOUSVILLE, KY 40204

STEPHEN  M RAUH &
ROBIN R RAUH JTWROS
1232 LAKE ROAD
WEBSTER, NY 14580

STEPHEN BEREZA
107 ORION WAY
BRANCHBURG, NJ 08853

STEPHEN G BALLARD
40 26TH PL APT 205
SAN MATEO, CA 94403

STEPHEN M FOX &
JENNIFER L FOX JTWROS
305 CAMP HILL RD
FORT WASHINGTON, PA 19034

STEPHEN M RAUH
IRA R/O ETRADE CUSTODIAN
1232 LAKE ROAD
WEBSTER, NY 14580

STEVE WANG IRA
TD AMERITRADE CLEARING  CUSTODIAN
405 N WABASH AVE APT 515
CHICAGO, IL 60611

STEVEN A SKALECKI &
FRANCIS SKALECKI JT TEN
9026 W BURDICK AVE
MILWAUKEE, WI 53227

STEVEN A SKALECKI ROTH IRA
WFCS AS CUSTODIAN
9026 W BURDICK AVE
MILWAUKEE, WI 53227

STEVEN ANTHONY SIENKOWSKI ROTH
IRA
TD AMERITRADE CLEARING  CUSTODIAN
150 S MIDDLE NECK RD APT 1A
GREAT NECK, NY 11021

STEVEN C LEIBIG
359 POPLAR VALLEY RD W
STROUDSBURG, PA 18360

STEVEN CARL STREBEL ROLLOVER IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
1421 PANORAMA ST
UPLAND, CA 91784

STEVEN D CUNNINGHAM
4500 S FOUR MILE RUN #515
ARLINGTON, VA 22204

STEVEN GOLUB TOD
SUBJECT TO STA TOD RULES
10N DORADO DR
MORRISTOWN, NJ 07960

STEVEN W VAJDAK
1714 CONCORD ST
DEER PARK, TX 77536

STUART M MAHAFFEY
11 KENSINGTON BLVD
BLUFFTON, SC 29910

SUE M. GLICK
1565 MEADOW LANE
BURLINGAME, CA 94010

SUE M. GLICK
1565 MEADOW LANE
BURLINGAME, CA 94010

SUSAN C CULLEN
18300 BUCK LAKE CIR
PRIOR LAKE, MN 55372

SUSAN R QUANTE
IRA VFTC AS CUSTODIAN
3849 LOWER SAXTOWN RD
WATERLOO, IL 62298

SUSAN R QUANTE
3849 LOWER SAXTOWN RD
WATERLOO, IL 62298

SUSAN VITTNER
ROTH IRA VFTC AS CUSTODIAN
100 DEERFIELD RD # 1
PORTLAND, ME 04101

TAYLOR F WOOD
2149 WANTAGH PARK DRIVE
WANTAGH, NY 11793

TCR SOLUTIONS INC
CHRIS L COMPTON PRES
4560 E BROADWAY BLVD STE 226
TUCSON, AZ 85711

TERENCE LEE KEMEN ROTH IRA
TD AMERITRADE CLEARING  CUSTODIAN
173 MCKNIGHT RD N, APT 101
SAINT PAUL, MN 55119

TERRY JACKSON
DESIGNATED BENE PLAN/TOD
PO BOX 18077
BEVERLY HILLS, CA 90209

TERRY JACKSON TTEE
REEL ACTION 401(K) PROFIT SHAR
PO BOX 18077
BEVERLY HILLS, CA 90209

TERRY L KIEVIT
JUDITH M KIEVIT JT TEN
4525 S 1ST ST
KALAMAZOO, MI 49009

TESS ELLYN GAYHART
2242 GUTHRIE CIRCLE
LOS ANGELES, CA 90034

THE DORSEY REVOCABLE TRUST
UAD 11/26/2001
P O BOX 284
MURPHYS, CA 95247

THEOFILOS ANDREAS RAFAELIDYS
2742 N BARTLETT AVE
MILWAUKEE, WI 53211

THOMAS C MARTIN IRA
TD AMERITRADE CLEARING CUSTODIAN
3112 KISDON HILL DRIVE
WAUKESHA, WI 53188

THOMAS E KREIG JR
TOD
1751 9TH ST
MANHATTAN BEACH, CA 90266

THOMAS R EDWARDS
1008 S COLLEGE AVE
GREENCASTLE, IN 46135

THREE BROTHERS DBA ALTERNATIVE
EXECUTIONS
MARKET MAKER O'DONNELL
708 3RD AVE 5TH FLOOR STE 110
NEW YORK, NY 10017

TIM C TRACY
CHARLES SCHWAB & CO INC CUST
2250 E RAGUSA LN
MERIDIAN, ID 83642

TIMOTHY ALLEN TALMAGE
713 WILLIAM RD
AZLE, TX 76020

TIMOTHY D RAMEY
532 COLLEGE ST.
ROCKDALE, TX 76567

TIMOTHY DEARMAN IRA TD
AMERITRADE
CLEARING  CUSTODIAN
101 DEARMAN RD
BRANDON, MS 39042

TIMOTHY K STAPLETON
JANIE M STAPLETON
4349 PRIVATE POINT DR
PENSACOLA, FL 32503

TODD J MICK ROLLOVER IRA
TD AMERITRADE CLEARING  CUSTODIAN
312 E 11TH AVE
NAPERVILLE, IL 60563

TODD S BUSSEN &
BRIGITTE E BUSSEN JTWROS
6271 N FORTVILLE PIKE
GREENFIELD, IN 46140

TOMMY P GILLIGAN
62 GROVE ST
GLENWOOD LANDING, NY 11547

TRAPPER W TINKER
57 ACORN RIDGE RD
FREEPORT, ME 04032

TREVER JOHN HOLICK &
PAMELA CHRISTINE HOLICK JT TEN
4 CORNWALL DR
NEW MILFORD, CT 06776

TURNER J VONALMAN
4000 SIGMA ROAD
APT 4403
DALLAS, TX 75244

USAA FEDERAL SAVINGS BANK
TRADITIONAL IRA FBO DONALD M
KENNEDY
136 TIGER LILLY DR
PARRISH, FL 34219

USAA FEDERAL SAVINGS BANK
FBO KEVIN D ROBINSON
PO BOX 5115
LACEY, WA 98509

VUONG TRAN
2001 MARY HELEN LN
SAN JOSE, CA 95136

WARREN O RUSICH JR
204 OAK ALLEY DR
HOUMA, LA 70360

WENDY K MITCHELL
1400 MT PLEASANT CHURCH RD
MANSON, NC 27553

WILLIAM BRUNGER
4 BAYVIEW PLACE
MADISON, CT 06443

WILLIAM G APPLEGATE IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
6301 HEARDS MOUNTAIN RD
COVESVILLE, VA 22931

WILLIAM H JONES III
222 KAREN AVE APT 902
LAS VEGAS, NV 89109

WILLIAM I THURMAN IRA
RAYMOND JAMES & ASSOC INC CSDN
3846 S SALMI RD
HIBBING, MN 55746

WILLIAM J LITWIN TTEE
WILLIAM J LITWIN TRUST U/A 07/25/01
PO BOX 146
HINGHAM, MA 02043

WILLIAM M AISENBERG
FELICE S AISENBERG
PO BOX 112267
CARROLLTON, TX 75011

WILLIAM P NIEDERST CUST
COLTON W NIEDERST UTMA OH
6022 MAPLEWOOD RD
MENTOR ON LK, OH 44060

YI  CHEN
3281 BRAEWOOD DR
CINCINNATI, OH 45241

YI CHEN ROTH IRA
TD AMERITRADE CLEARING INC
CUSTODIAN
3281 BRAEWOOD DR
CINCINNATI, OH 45241

ZACH HIGGINS
7344 DRY CREEK RD
LONGMONT, CO 80503