**BRYAN CAVE LLP**
Sharon Z. Weiss (State Bar No. 169446)
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:  sharon.weiss@bryancave.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
E. Franklin Childress, Jr., (Pro Hac Vice)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:    (901) 511-2147
Facsimile:    (901) 577-0845
Email:  fchildress@bakerdonelson.com

Attorneys for Radians Wareham Holding, Inc., Radians, Inc.
and Safety Supply Corporation

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION, a California corporation, and ICPW LIQUIDATION CORPORATION, a Nevada corporation,<br><br>      Debtors and Debtors in Possession. | Lead Case No. 1:17-bk-12408-MB<br>Jointly Administered with 1:17-bk-12409-MB<br><br>Chapter 11<br><br>**OBJECTION TO CONFIRMATION OF DEBTORS' AND OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' JOINT PLAN OF LIQUIDATION DATED JANUARY 12, 2018**<br><br>Date:    February 12, 2018<br>Time:   1:30 p.m.<br>Place:   Courtroom 303<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA  91367 |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

USA01\11412328.1

1  Creditor Radians Wareham Holding, Inc. ("Radians") respectfully submits its Objection to

2  the Motion in Support of Confirmation of Debtors' and Official Committee of Equity Security

3  Holders' Joint Plan of Liquidation Dated January 12, 2018 [ECF 408] ("Objection" and

4  "Confirmation Motion", respectively), as follows.

5  **I.      INTRODUCTION**

6  Radian's objects to the Confirmation Motion because the Plan does not properly classify or

7  provide for treatment of the Radians secured claim.  The Plan states that the Remaining Estates

8  Funds are unencumbered. However, that statement is contrary to this Court's Sale Order which

9  specifically preserves Radian's secured claim until 1) the lookback period expires without an

10  objection, or 2) until any objections asserted during the lookback period are finally resolved.

11  Since the Equity Committee commenced litigation against Radians, Radians may be entitled to

12  recover additional fees and expenses from the estate as a secured creditor.   The Plan does not

13  provide for this possibility and therefore, it violates Sections 1129 and 1122 of the Bankruptcy

14  Code. The Court should not confirm the Plan unless the moving parties properly provide for

15  Radian's secured claim.

16  **II.     RELEVANT FACTS AND PLAN PROVISIONS**

17  The Debtors and Official Committee of Equity Security Holders set forth a lengthy

18  recitation of asserted facts, including the statements set forth below, in the Joint Plan of

19  Liquidation.

20  Just prior to their chapter 11 bankruptcy filings, the Debtors entered into an asset purchase

21  agreement (the "Radians APA") with the Debtors' then pre-petition secured creditor, Radians, for

22  a cash purchase price of $20 million or $15 million, subject to an overbid process. (Confirmation

23  Motion, p. 10).[1]  The Debtors' business was actively marketed for sale for a number of months

24  prior to the Debtors' bankruptcy filings by the Debtors' financial advisor/investment banker –

25  Craig Hallum Capital Group LLC ("C-H"). (Confirmation Motion, p. 10).  Prospective buyers

26  were provided with the opportunity to purchase assets or equity. According to the movants, while

27  ────────────────

28  [1]      The page numbers are referenced as the court stamped page numbers.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1  a number of prospective buyers expressed pre-petition interest in possibly purchasing the Debtors'

2  assets or stock, the Debtors ran out of time to continue with their pre-bankruptcy marketing

3  process because (i) the Debtors were out of funds, (ii) the Debtors could not continue to operate

4  without both access to their own cash receipts as well as receipt of additional financing, and (iii)

5  Radians (which was also the Debtors' secured creditor having purchased the Debtors' pre-

6  bankruptcy secured bank debt) had exercised its secured creditor rights and was sweeping all of

7  the Debtors' cash on a daily basis and was no longer willing to continue to forbear or advance

8  additional needed financing to the Debtors absent a global resolution with the Debtors which was

9  accomplished with the Radians APA and the DIP financing agreement the Debtors entered into

10 with Radians (discussed more below). (Confirmation Motion, p. 11). The Radians APA was the

11 result of extensive pre-bankruptcy negotiations and documentation between the Debtors and

12 Radians. (Confirmation Motion, p. 13).  In accordance with the Sale Order[2], the full amount of the

13 Radians' secured debt plus the $500,000 breakup fee owing to Radians under the Radians APA

14 has already been paid in full.

15         As noted above, the Debtors also negotiated with Radians a post-petition DIP facility and

16 cash collateral agreement.  An important component to the Final DIP Order[3] negotiated between

17 the OCUC and the OCEH, on the one hand, and Radians, on the other hand, is the "Challenge

18 Rights of Official Committee of Unsecured Creditors and the Official Committee of Equity

19 Security Holders" (the "Challenge Rights"). Per paragraph kk of the Final DIP Order, the parties

20 agreed that on or before the date that is sixty days from the date of entry of the Final DIP Order

21 (i.e., December 5, 2017 – the "Lookback Period"), the OCUC and the OCEH have standing

---

[2]     "Sale Order" refers to *Order: (1) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (2) Approving the Debtors' Assumption and Assignment of Certain Unexpired Leases And Executory Contracts and Determining Cure Amounts and Approving the Debtors' Rejection of Unexpired Leases and Executory Contracts Which Are Not Assumed; (3) Waiving the 14-Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d); And (4) Granting Related Relief* [ECF 177].

[3]     The "Final DIP Order" refers to the *Final Order: (I) Authorizing The Debtors To (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105,361, 362 and 364, and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 361, 362, 363 and 364; (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364; And (III) Granting Related Relief* [ECF 87].

1  individually and on behalf of the Estates to object to, challenge, or seek to avoid the amount,

2  validity, or enforceability of Radians' pre-bankruptcy secured debt (or any portion thereof) or any

3  of the liens and security interests created under the Radians' pre-bankruptcy secured debt and to

4  bring any other claim that they have against Radians, individually or on behalf of the Estates

5  (separately and collectively, a "Challenge"). If no such action, objection or other Challenge is

6  commenced by either the OCUC or the OCEH within the Lookback Period, then the Radians' pre-

7  bankruptcy secured debt will be deemed and adjudicated finally and indefeasibly as valid and

8  enforceable, the liens and security interests created under the Radians' pre-bankruptcy secured

9  debt will be deemed and adjudicated finally and indefeasibly as valid, enforceable and perfected

10  liens and security interests in that collateral, and any affirmative claim(s) or cause(s) of action of

11  any kind against Radians with respect to the Radians' pre-bankruptcy secured debt, or otherwise,

12  and the liens and security interests securing the Radians' pre-bankruptcy secured debt, or any

13  payment received by Radians will be forever barred. As provided in the Final DIP Order, the

14  Debtors have waived and released, and shall be forever barred from asserting, any right to object

15  to, challenge or seek to avoid, the amount, validity, or enforceability of the Radians' pre-

16  bankruptcy secured debt or the liens and security interests in the collateral securing the Radians'

17  pre-bankruptcy secured debt.  Since it is now clear that all Allowed Claims will be paid in full, it

18  is only the Shareholders that would be affected by any recovery obtained from Radians. As a

19  result, the OCEH has not waived its Challenge Rights and is handling the investigation.  (Joint

20  Liquidation Plan, p. 20-21).[4]

21       The final form of the Sale Order and the final form of the APA with BBI were heavily

22  negotiated and agreed to by the Debtors, BBI, the OCUC and the OCEH, and the Court entered

23  the Sale Order on November 3, 2017 after conducting two follow-up hearings on the Sale Order

24  on November 1, 2017, and then again on November 3, 2017. (Joint Liquidation Plan, p. 22.)  Also

25  in accordance with the Sale Order, the Escrow Agent paid out of the Trust Account to Radians the

26  

27  [4]    "Joint Liquidate Plan" refers to *Debtors' and Official Committee of Equity Security Holders' Joint Plant of Liquidation Dated January 12, 2018* [ECF 383].

28  

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1    full amount of Radians' outstanding debt plus a breakup fee of $500,000 and an early termination

2    fee of $120,000, which amounted to a total payment of $5,343,988.19. (Joint Liquidation Plan, p.

3    25.)  The Remaining Estate Funds will continue to be maintained in the Trust Account by

4    LNBYB, as Escrow Agent, pending further order of the Court. According to the moving parties,

5    all of the Remaining Estate Funds are unencumbered. (Joint Liquidation Plan, p. 25-26.).  The

6    entire Radians secured debt was paid in full in connection with the Sale Closing. (Joint

7    Liquidation Plan, p. 27).

8         The moving parties' statement that the Remaining Estate Funds are unencumbered conflict

9    with the terms of the Sale Order.  The Sale Order provides:

10   > Until such time that the deadline for any claims to be asserted
     > against Radians set forth in the Final DIP Order passes with no such
11   > claims asserted, or claims are asserted and are resolved to final order
     > of the Court, <u>[RWHI] valid and perfected Encumbrances in the</u>
12   > <u>Purchased Assets for any additional fees and expenses as referenced</u>
     > <u>above shall attach to the net Purchase Price proceeds attributable to</u>
13   > <u>the Purchased Assets immediately upon receipt of such Purchase</u>
     > <u>Price proceeds by the Debtors</u> in the same order of priority, and with
14   > the same validity, force and effect, which such Encumbrances had
     > against such Purchased Assets as of the filing of the Bankruptcy
15   > Cases, subject to any rights, claims and defenses the Debtors and
     > their estates and/or the OCEH and OCUC may possess with respect
16   > thereto.

17   [emphasis added].  (Sale Order, p. 11, ¶ 11.)

18        On December 5, 2017, the OCEH completed its Challenge analysis and timely filed an

19   objection to Radians' claim and a lawsuit against Radians for (1) Duress, (2) Breach of the

20   Covenant of Good Faith and Fair Dealing, (3) Unjust Enrichment, and (4) avoidance and recovery

21   of property transfer (the "Radians Claim Objection and Lawsuit"). (Joint Liquidation Plan, p. 31).

22   As a result of the filing of the Radians Claim Objection and Lawsuit, Radians, in defense of the

23   action filed, has incurred and will continue to incur substantial legal fees and expenses.  Because

24   there is a challenge to Radians claims, Radians is entitled to assert a lien against the Remaining

25   Estate Funds in accordance with its rights under the Loan Documents and in conformity with the

26   Sale Order.  This includes Radian's right to indemnity under Section 6.11 of the Loan Agreement.[5]

27   _____

28   [5]    The Loan Documents are lengthy and were attached to the Declaration of E. Franklin Childress, Jr. in support
     of Radian's Motion to Dismiss which is set for hearing the same day as the hearing on the Confirmation Motion.  In

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## III.    OBJECTION BY RADIANS WAREHAM HOLDING, INC.

As noted above, the Sale Order specifically reserves all of Radian's rights and remedies as granted to it under the pre-petition Loan Documents and the DIP Agreement.  This reservation enables Radians to assert possible claims for additional fees and expenses incurred by Radians against the Debtors' bankruptcy estates to the extent Radians is entitled to them under the Loan Documents and the Final DIP Order resulting from an action, threatened action or discovery brought against Radians with all parties reserving all rights.

Radians' right to recover the additional fees and expenses is a component of its secured debt and attaches to the Remaining Estate Funds and "**shall attach to the net Purchase Price proceeds attributable to the Purchased Assets immediately upon receipt of such Purchase Price proceeds by the Debtors in the same order of priority, and with the same validity, force and effect, which such Encumbrances had against such Purchased Assets as of the filing of the Bankruptcy Cases, ...**" (Sale Order, p. 11-12, ¶11).

Although the Sale Order recognizes Radian's continuing secured status in the Remaining Estate Funds in the event that the Committee objected to Radian's claim, the Plan does not provide for Radian's secured lien.

---

order to preserve cost, Radians respectfully refers the Court to the Childress Declaration, Exhibit 1.  Radians will reproduce the Loan Documents upon the Court's request.  The relevant portion of the Loan Document is reprinted here for the Court's convenience.

In Section 6.11, the ICPW Entities agreed as follows:

> to "indemnify, defend, and hold harmless [RWHI] and its directors, officers, agents, attorneys, and employees (individually, an "Indemnitee" and collectively, the "Indemnitees") from and against any and all loss, liability, obligation, damage, penalty, judgment, claim, deficiency, and expense (including interest, penalties, attorneys' fees, and amounts paid in settlement) to which the Indemnitees may become subject arising out of this Agreement and the other Security Documents, other than those which arise by reason of the gross negligence or willful misconduct of [RWHI], BUT SPECIFICALLY INCLUDING ANY LOSS, LIABILITY, OBLIGATION, DAMAGE, PENALTY, JUDGMENT, CLAIM, DEFICIENCY, OR EXPENSE ARISING OUT OF THE SOLE OR CONCURRENT NEGLIGENCE OF [RWHI]. …The provisions of and undertakings and indemnifications set forth in this Section 6.11 shall survive (a) the satisfaction and payment of the Indebtedness and termination of this Agreement, and (b) the Release of any Liens held by [RWHI] on real property or the extinguishment of such Liens by foreclosure or action in lieu thereof.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1    Section 1129(a)(1) of the Bankruptcy Code provides that a court may confirm a plan of

2    reorganization only if "the plan complies with the applicable provisions of this title." The phrase

3    "applicable provisions" has been interpreted to mean §§ 1122 and 1123 of the Bankruptcy Code

4    which govern the classification of claims and interests and the contents of a plan of reorganization.

5    Here the Plan fails to "classify" and make provision the remaining secured claim of Radians.

6    Moreover, 11 U.S.C. 1122 governs the classification of claims and interests.  Section

7    1122(a) requires that a plan "place a claim or an interest in a particular class only if such claim or

8    interest is substantially similar to the other claims or interests in such class."  Again, the Plan does

9    not classify the secured claim of Radians on the Remaining Estates Funds which can only be

10   finally determined as provided in the Sale Order when claims are asserted and are resolved to final

11   order of the Court.

## IV.    CONCLUSION

13   The Court should not approve the current form of the Joint Liquidation Plan since it fails to

14   properly classify the Radians claim.

Dated:  February 5, 2018                    BRYAN CAVE LLP


By: _/s/ Sharon Z. Weiss_____
         Sharon Z. Weiss
Attorneys for Radians Wareham Holding, Inc.,
Radians, Inc. and Safety Supply Corporation

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401-2386

A true and correct copy of the foregoing document entitled: **OBJECTION TO CONFIRMATION OF DEBTORS' AND
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' JOINT PLAN OF LIQUIDATION DATED JANUARY 12,
2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and
**(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February
5, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 5, 2018 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
USA01\11412255.1

**F 9013-3.1.PROOF.SERVICE**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Shiva D Beck on behalf of Creditor Jeffrey Cordes
sbeck@gardere.com, jcharrison@gardere.com

Shiva D Beck on behalf of Creditor William Aisenberg
sbeck@gardere.com, jcharrison@gardere.com

Ron Bender on behalf of Attorney Levene, Neale, Bender, Yoo & Brill LLP
rb@lnbyb.com

Ron Bender on behalf of Debtor ICPW Liquidation Corporation, a California corporation
rb@lnbyb.com

Ron Bender on behalf of Debtor ICPW Liquidation Corporation, a Nevada corporation
rb@lnbyb.com

Cathrine M Castaldi on behalf of Creditor Committee Offical Committee of Unsecured Creditors
ccastaldi@brownrudnick.com

Cathrine M Castaldi on behalf of Financial Advisor Province Inc.
ccastaldi@brownrudnick.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Aaron S Craig on behalf of Interested Party Big Time Products, LLC
acraig@kslaw.com, lperry@kslaw.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Monica Y Kim on behalf of Debtor ICPW Liquidation Corporation, a California corporation
myk@lnbrb.com, myk@ecf.inforuptcy.com

Jeffrey A Krieger on behalf of Interested Party Brighton-Best International, Inc.
jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Samuel R Maizel on behalf of Creditor Committee Offical Committee of Unsecured Creditors
samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com;
tania.moyron@dentons.com; kathryn.howard@dentons.com

Samuel R Maizel on behalf of Stockholder Official Committee of Equity Security Holders
samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com;
tania.moyron@dentons.com; kathryn.howard@dentons.com

Krikor J Meshefejian on behalf of Debtor ICPW Liquidation Corporation, a California corporation
kjm@lnbrb.com

Krikor J Meshefejian on behalf of Debtor ICPW Liquidation Corporation, a Nevada corporation
kjm@lnbrb.com

Tania M Moyron on behalf of Interested Party Samuel R. Maizel
tania.moyron@dentons.com, chris.omeara@dentons.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
USA01\11412255.1

**F 9013-3.1.PROOF.SERVICE**

Tania M Moyron on behalf of Plaintiff c/o Tania Moyron Official Committee of Equity Holders of ICPW Liquidation Corporation, a Nevada corporation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Stockholder Official Committee of Equity Security Holders
tania.moyron@dentons.com, chris.omeara@dentons.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Susan K Seflin on behalf of Financial Advisor Province Inc.
sseflin@brutzkusgubner.com

John M Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov

Douglas Wolfe on behalf of Creditor ASM Capital V, L.P.
dwolfe@asmcapital.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:

PLEASE SEE NEXT PAGE

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ASM Capital V, .P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

CRG Financial LLC
100 Union Avenue
Cresskill, NJ 07626-2141

Dentons US LLP
Successor by merger to McKenna Long etc
2030 Main Street #1000
Irvine, CA 92614-7239

ICPW Liquidation Corporation, a California c
15260 Ventura Blvd.
20th Floor
Sherman Oaks, CA 91403-5303

Office of Unemployment Compensation Tax Serv
Department of Labor and Industry
Commonwealth of Pennsylvania
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Official Committee of Equity Security Holder
DENTONS US LLP
601 S. Figueroa Street
25th Floor
Los Angeles, CA 90017-5704

Texas Comptroller of Public Accounts
John Stern
c/o Megan Becker, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

1920 Hutton Court Inwood National Bank
P O Box 857
Richardson, TX 75085

ALL IN THE BEHL FAMILY RLLP
37271 S STONEY CLIFF DR
TUCSON , AZ 85739-1406

AMERICAN ALTERNATIVE INSURANCE CORPORATION
1475 E WOODFIELD RD SUITE 500
SSCHAUMBURG, IL 60173-4903

AML UNITED LIMITED
29TH FLOOR, NANYANG PLAZA
57 HUNG TO ROAD, KWUN TONG
KOWLOON, HONG KONG, CHINA

ANNALOUISE JAEGER & KEITH VERWOEST
532 PAUMAKUA PL
KAILUS , HI 96734-3157

ANTHONY KEATS
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS , CA 91403-5303

ARTHUR GERRICK
172 WILD LILAC
IRVINE , CA 92620

ASM Capital V, .P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Aaron Zhang
Room 1202 Building 12 ,Biguiyuan
Renming Middle Road NO.527, Qidong
County Nantong City, China 226200

Abel Unlimted Inc. (Ironwear)
2020 Seabird Way
Riviera Beach, FL 33404-5009

Account Temps
P.O. BOX 743295
Los Angeles, CA 90074-3295

Accountemps
Robert Half/Attn: Karen Lima
PO Box 5024
San Ramon, CA 94583-5024

Ace Hardware
2222 Kensington St.
Oak Brook, IL 60523-2108

Acklands Grainger
123 Commerce Valley Dr., Suite 700
Thornhill, Ontario, L3T 7W, Canada

Advantage Media Services Inc
29010 Commerce Center Drive
Valnecia, CA 91355-4188

Advantage Media Services, Inc.
29010 Commerce Center Drive
Valencia, CA 91355-4188

Amazon
410 Terry Ave. North
Seattle, WA 98109-5210

Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016-1463

Argo Partners
12 West 37th St., 9h Fl.
New York, NY 10018-7381

Atmos Energy
Three Lincoln Centre, Suite 1800
5430 LBJ Freeway
Dallas, TX 75240-2601

BDO USA, LLP
P. O. BOX 677973
Dallas, TX 75267-7973

BDC ALLIANCE
P O Box 40166
Baton Rouge, LA 70835-0166

BIRCH FAMILY TRUST
1435 OLIVE ST
SANTA BARBARA, CA 93101-1216

BNSF
75 Remittance Dr. Ste. 1748
Chicago, IL 60675-1748

BNSF Logistics International, Inc.
1600 Lakeside Parkway #100
Flower Mound, TX 75028-4012

BRIAN SHEENY
11711 DARLINGTON AVE UNIT 7
LOS ANGELES , CA 90049-5521

BROCK GANELES
41 W 72ND ST
APT 14A
NEW YORK , NY 10023-3477

BRUCE G KLASS
447 KENSINGTON DR
CORDILERA, CO 81632-6271

Ben Padnos
PO Box 1993
Manhattan Beach, CA 90267-1993

Big Time Products, LLC (includes Apollo Perf
2 Wilbanks Road SE
Rome, GA 30161-8475

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

Broussard,Ronald Roy
3001 Oak Meadow Drive
Flower Mound, TX 75028-7625

Bunzl USA Holdings, LLC
Cordova Safety Products, John Tillman Co
Once City Place Drive
Suite 200
St. Louis, MO 63141

Burkhard,Kerri
4405 Glenbrook Court
Mansfield, TX 76063-3500

Business Systems Integrators, LLC
P O Box 495
Lawson, MO 64062-0495

CATHERINE A SEAK
1643 OAKPOINT DR
WACONIA , MN 55387-4544

CEDE & CO (FAST)
570 WASHINGTON BLVD
JERSEY CITY , NJ 07310-1617

CHARLES E FRISCO JR
12749 Norwalk Blvd . Ste 100
Norwalk , CA 90650-3148

CHARLES E FRISCO JR
8135 FLORENCE AVENUE
SUITE 101
DOWNEY , CA 90240-3900

CHARLES H GIFFEN
6000 ELBA PLACE
WOODLAND HILLS , CA 91367-2929

CHRIS JUETTEN
2906 NW ENDICOTT ST
CAMAS, WA 98607-8243

CHRISTOPHER M HAZLITT
1063 Mapleton Avenue
Boulder, CO 80304-4150

CINDY MATTHEWS
6725 WHALEY DR
BOULDER , CO 80303-4328

CIS Custom Information Services
1201 N. Watson Rd., Ste. 110
Arlington, TX 76006-6122

CLAYTON WYOMING LLC
1364 NORTHPARK DRIVE
LAFAYETTE, CO 80026-3441

Cabela's
1 Cabela Dr.
Sidney, NE 69160-0001

California Board of Equalization
Acct. Analysis & Control Sec. MIC 2
PO Box 942879
Sacramento, CA 94279-0029

California Dept of Tax and Fee Administratio
PO Box 942879
Sacramento, CA 94279-0055

Capital One Bank
P. O. BOX 1917
Merrifield, VA 22116-1917

Cestusline, Inc.
13818 NE Airport Way
Portland, OR 97230-3440

Chang Bang Gloves (Hong Kong) Co., Limited
c/o W. Steven Bryant
Locke Lord LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701-3055

Charles Giffen
6000 Elba Place
Woodland Hills, CA 91367-2929

Cheryl Washington
3577 Belt Line Rd. #215
Irving, TX 75062-7804

Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Custom Information Services
1201 N Watson Rd #110
Arlington, TX 76006-6122

Custom Leathercraft Mfg. LLC
10240 S. Alameda Street
South Gate, CA 90280-5551

DANIEL THOMAS GIEBER
PO BOX 7298
MENLO PARK, CA 94026-7298

DAVID G HILL
1712 PEARL ST
BOULDER , CO 80302-5517

DAVID J COOK 2163 LIMA LOOP
PMB 071156
LAREDO, TX 78045-6420

DAVID L JACOBS
335 LEE HILL DRIVE
BOULDER , CO 80302-9492

DENNIS TORRES & AVERI TORRES
6779 LAS OLAS WAY
MALIBU, CA 90265-4137

DENNIS TORRES & AVERI TORRES TRUST
6779 LAS OLAS WAY
MAILBU , CA 90265-4137

DESIGN GALLERY  PVT.  LTD.
PLOT #322/B, MEDICAL ROAD
HELAL MARKET, UTTARKHAN
DHAKA-1230, Bangladesh

DESUN GARMENTS, LTD.
89/1, Birulia Road, Savar, Dhaka
Dhaka
Savar-1340, Bangladesh

DNOW
PO Box 40985
Houston, TX 77240-0985

DNOW L.P. (Skatiq Gloves)
7402 N. Eldridge Parkway
Houston, TX 77041-1902

DONALD P ELLIOTT
9400 E ILIFF AVE #361
DENVER , CO 80231-3490

DRG Strategic, LLC - Bob Goldstein
P O BOX 191981
Dallas, TX 75219-8510

DTM Sales
391 Gingercake Road
Fayetteville, GA 30214-1037

DXP Enterprises
P.O. Box 1697
Houston, TX 77251-1697

David Jacobs
335 Lee Hill Drive
Boulder, CO 80302-9492

Daylight Transport
P O Box 93155
Long Beach, CA 90809-3155

Dayup Global Co., Ltd.
Phum Prey Sala, Sangkat Kakap
Khan Posenchey, Phnom Penh
855, Cambodia

Dival Safety & Supplies
1721 Niagra Street
Buffalo, NY 14207-3188

Do It Best
6502 Nelson Road
Fort Wayne, IN 46803-1947

Duluth Trading
PO Box 409170
Belleville, WI 53508

ED WETHERBEE
7269 SIENA WAY
BOULDER , CO 80301-3724

EDUARD ALBERT JAEGER
443 CONCORD ST
EL SEGUNDO , CA 90245-3723

EDWIN BALDRIDGE TTEE UA
605 SAN ANTONIA AVE
MANY LA , LA 71449

ENSCO INC
6820 Indiana Avenue
Riverside, CA 92506-7202

ERIC JAEGER
1408 CAMBRIDGE CROSSING
SOUTHLAKE, TX 76092-7001

ETHAN AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

Emery Waterhouse
7 Rand Rd.
Portland, ME 04102-1433

Emil Iannaccone Ttee Ua Dtd 9/16/2010
Emil Iannaccone Seperate Propert Trust
11855 Woodley Ave
Granada Hills , CA 91344-2839

Emmett Murphy
3901 Turtle Creek Blvd.
Dallas, TX 75219-4603

Eshleman,Derek G
3744 Woodshadow Lane
Addison, TX 75001-7985

Essendant  USSCO
1 Parkway North Blvd., Suite 100
Deerfield, IL 60015-2559

Expeditors
5757 W. Century Blvd. Ste. 200
Los Angeles, CA 90045-6405

FAMILY TRUST OF EARL G LUNCEFORD
8850 E FERNAN LAKE RD
COEUR DALENE, ID 83814-7782

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FedEx Corporate Services Inc
3965 Airways Blvd Module G 3rd Floor
Memphis TN 38116-5017

Feld,Abraham Hagen
14700 Marsh Ln. Apt. #926
Addison, TX 75001-8061

Fowler,Michael J
1722 Ashland Ave.
Evanston, IL 60201-3546

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

GEMINI PARTNERS INC
10900 WILSHIRE BLVD
STE 300
LOS ANGELES , CA 90024-6536

GLEN K INGALLS & RENEE PACHECO
TTEES U/A DTD 4-5-05 THE INGALLS PACHECO
747 ROSEMOUNT RD
OAKLAND, CA 94610-2322

GREAT PANDA INVESTMENT CO LLLP
1325 PITKIN AVE
SUPERIOR , CO 80027-8131

GREGORY AKSELRUD
15260 VENTURA BLVD
20TH FL
SHERMAN OAKS, CA 91403-5303

GT Graphics
826 Michigan Avenue
Sheboygan, WI 53081-3438

GT Graphics of Sheboygan LLC
826 Michigan Avenue
Sheboygan, WI 53081-3438

Geoff Greulich
3485 Ridgeford Drive
Westlake Village, CA 91361-4819

Ginger Collier
6524 Deseo Apt. 358
Irving, TX 75039-3037

Ginger Hill
6524 Deseo Apt. 358
Irving, TX 75039-3037

Glenfir
General French 1948
Montevideo, Uruguay 11500

Grainger
100 Grainger Parkway
Lake Forest, IL 60045-5202

Greg Akselrud
C/O Stubbs Alderton & Marki
15260 Ventura Blvd 20th Fl.
Sherman Oaks, CA 91403-5303

Guo, Xin
540 Lake Forest Dr.
Coppell, TX 75019-2882

HAROLD F SCHAFF
780 GLEN ANNIE RD
GOLETA , CA 93117-1426

HAROLD SCHAFF & CHERYL SCHAFF TTEES THE
SCHAFF TRUST DTD 1-17-03
780 GLEN ANNIE RD
GOLETA , CA 93114

HEIDI JAEGER
26800 PACIFIC COAST HWY
MALIBU, CA 90265-4517

HORACE DUNBAR HOSKINS JR &
ANN REID HOSKINS GT TEN
7 PENENSULA RD
BELVEDERE, CA 94920-2325

Hewlett Packard
1501 Page Mill Road
Palo Alto, CA 94304-1100

Huizhou Baijia Glove Co., Ltd.
Diakali Mouza, Manigonggjpara
Savar, Dhaka, 1349, Bangladesh

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

Impacto Protective Products, Inc.
40 Dussek Street
Belleville, ON K8N 5R8
CANADA

JAEGER FAMILY LLC
1408 CAMBRIDGE CROSSING
SOUTHLAKE , TX 76092-7001

JAMES R YOUNG
2009 RIVERVIEW DR
BERTHOUD , CO 80513-8253

JAMES SEIBEL
1430 N HARPER AVE
#305
W HOLLYWOOD 90046-8412

JARUS FAMILY TRUST
938 DUNCAN AVE
MANHATTAN BEACH , CA 90266-6626

JARUS FAMILY TRUST TR SCOTT M JARUS TTEE
938 DUCAN AVE
MANHATTAN BEACH , CA 90266-6626

JARUS FAMILY TRUST U/A DTD 10/19/2007
938 DUNCAN AVE
MANHATTAN BEACH, CA 90266-6626

JEFFREY CORDES
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761

JEFFREY F GERSH & ARIE J GERSH LIVING TRUST
DTD 09/26/1991
5465 ROUND MEADOW RD
HIDDEN HILLS , CA 91302-1279

JEFFREY ORR
733 21ST ST
MERMOSA BEACH, CA 90254

JOE WORDEN
4335 FOX CIRCLE
MESA , AZ 85205-5104

JOHN E ORCUTT & MARCTA ORCUTT
JT TEN
3221 N SAN SEBASTIAN DRIVE
TUSCON , AZ 85715-3023

JOHN MCILVERY
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 2OTH FL
SHERMAN OAKS, CA 91403-5325

JONATHAN HODES
C/O STUBBS ALDERTON & MARKILES
15620 VENTURA BLVD 2OTH FL
SHERMANOAKS, CA 91436-3129

JOSEPH D RYAN
1986 CLOVERDALE AVE
HIGHLAND PARK , IL 60035-2108

Jaeger,Eric
1408 CAMBRIDGE CROSSING
Southlake, TX 76092-7001

Jeff Carlson
4307 W. 44th Street
Edina, MN 55424-1063

Joanna Waldear-Lucas As Ttee
Fbo The Joanna Waldear-Lucas Living Trus
P .O . Box 101
Malibu , CA 90265

KA HUNG GLOVE INUSTRIAL CO. LTD.
FUJIAN QUANZHOU JIACHENG LEATHER
CHI FENG ROAD, QUANZHOU CITY
FUJIAN, 362000, China

KATHERINE BERCI DEFEVERE
TRUSTEE DEFEVERE TRUST
24200 ALBERS STREET
WOODLAND HILLS, CA 91367-5704

KEALA STANFILL
12049 SW ASKER TERR
BEAVERTON , OR 97007

KLEIN PARTNERS LTD
4973 CLUBHOUSE CT
BOULDER , CO 80301-3728

KNUTE LEE
9109 WILSHIRE COURT NE
ALBUQUERQUE, NM 87122-3051

KONRAD GATIEN
15260 VENTURA BLVD
2OTH FLOOR
SHERKAN OAKS , CA 91403-5325

KYLE EDLUND
3893 FAIRWAY DR
WOODBURY , MN 55125-5018

Kevin Debre
C/O Stubbs Alderton & Markiles LLP 15260
Sherman Oaks, CA 91403

Kim Woodworth & Bill Woodworth
101 Valley Hill Rd
Exton , PA 19401


Konica Minolta Business Solutions
100 Williams Drive
Ramsey, NJ 07446-2907

LAB Sales Agency
58 Regis Drive
Winnipeg, MB 1K3 Canada

LF Logistics
230-19 International Airport Ct., S
Springfield Gardens, NY 11413-4116


LOUIS WHARTON
15260 VENTURA BLVD
20TH FLOOR
SHERMAN OAKS, CA 91403-5325

Laubert,Matthew Palmer
3201 Pecan Meadow Drive
Garland, TX 75040-2856

Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd Ste. 1700
Los Angeles, CA 90067-6253


Liaison Technologies, Inc.
Attn: Christopher Evans
3157 Royal Drive, Suite 200
Alpharetta, GA 30022-2484

Liberty Glove, Inc.
433 Cheryl Lane
City of Industry, CA 91789-3023

Lien Shun Yang Leather Co., Ltd.
No.48, Mincheng Street, Daliao Dist
Kaosiung City 831, Taiwan (R.O.C.)


MARC S PESTER
278 DALE RD
SHORT HILLS , NJ 07078-1513

MARK HAWKING
2278 CAMARILLAR DR
CAMARILLO, CA 93010-2061

MARK W FISCHER
285 IROQUOIS DR
BOULDER, CO 80303-4215


MARUSAN - MIMASU TSHUSHO CO. LTD.
NO 1 QUEEN' ROAD CENTRAL
HONG KONG
CHINA

MATTHEW JUETTEN
633 HAWKSBILL ISLAND DR
SATELL ITE B EA CH , FL 32937-3854

MATTHEW LAUBERT
C/O IRONCLAD PERFORMANCE WEAR CORP
1920 HUTTON COURT #300
FARMERS BRANCH , TX 75234-9004


MCDERMOTT & BULL
2 VENTURE SUITE 100
IRVINE, CA 92618-7391

MCR Safety
1255 Schilling Blvd. W
Collierville, TN 38017-7190

MELISSA DERBY
393 LAUREL AVENUE
NOVATO , CA 94945-3546


MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
SEemerang, Central Java
50661, Indonesia

MERCINDO GLOBAL MANUFAKTUR
JL. RAYA SEMARANG-BAWEN KM.29
Semerang, Central Java
50661, Indonesia

MICHAEL A DIGREGORIO
1420 KINSGBORO COURT
WESTLAKE VILLAGE , CA 91362-4340


MICHAEL B JOHNSON
7255 RADFORD AVE
N HOLLYWOOD, CA 91605-3713

MICHAEL CASEY HOCH
291 BROADWAY
COSTA MESA , CA 92627-2817

MICHAEL GRANT
222 ROUND HILL RD
TIBURON , CA 94920-1520


MICHAEL GROSSMAN
5557 GROEHMANN LN
FREDERICKSBURG , TX 78624-6074

MIKE SALOMON
1440 E 1st Street Ste . 100
SANTA ANA , CA 92701-6301

MURRAY MARKILES
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FLOOR
SHERKAN OAKS, CA 91403-5325

Magpul Industries Copr.
8226 Bee Cave Road
Austin, TX 78746-4909

Matt Pitskin
2718 W Terrace Drive
Farmers Branch, TX 75234

Matt Pitskin
2718 W Terrace Drive
Tampa FL 33609-4026


Matthew Trustees
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERMAN OAKS , CA 91403-5303

Mediant
P.O. Box 29976
New York, NY 10087-9976

Menards
5101 Menard Dr.
Eau Claire, WI 54703-9604


Metzler,Stacy Marie
411 Donnell Drive #A
Arlington, TX 76012-5993

Michael Anthony Digregorio Trustee
The Digregorio Revocable Trust
1420 Kingsboro Ct
Westlake Village, CA 91362-4340

Michael DiGregorio
1420 Kingsboro Court
Thousand Oaks, CA 91362-4340


Morris,Chartrice Holt
7313 Tall Road
Alvarado, TX 76009-7192

Muhammad Deni Indrajaya
Jl.Cilandak KKO, Gg Abbah 3
RT09 RW05 Ragunan Pasar Minggu
Jakarta Selatan, 12550

Murski Breeding Sales Co.
9212 Chancellor Row
Dallas, TX 75247-5325


NANTONG CHANGBANG GLOVES CO.
Flat/RM 1602 Chit Lee Comm
Bldg 30-36, Shau Kei Wan Road
Hong Kong, China

Nacion,Markham
503 Hemphill Drive
San Marcos, CA 92069-1875

Nanang Kuriawan
Dsn Jimbaran RT003 RW002
Jimbaran Bandungan
Semarang Jawa Tengah 50651


National Safety Council
P.O. Box 558
Itasca, IL 60143-0558

Net Pack
9629 El Poche St
South El Monte, CA 91733-3030

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034


Office Depot Acct 31A
P.O. Box 88040
Chicago, IL 60680-1040

Orgill
PO Box 140
Memphis, TN 38101-0140

Orr Safety
11601 Interchange Drive
Louisville, KY 40229-2159


PAMELA SULLIVAN
1682 HAYES STREET APT C
EUGENE , OR 97402-3694

PATRICK JUETTEN
11417 HASTINGS ST NE
BLAINE, MN 55449-4447

PATRICK W O 'BRIEN
301 WHITMORE LANE
LAKE FOREST, IL 60045


PETER SEAKANS
1360 WALNUT ST
#205
BOULDER , CO 80302-5190

POH
12 Brennan Way
Belmont, Western Australia 6104

PT Adira Semesta Industry
Bihbul Raya 73, Kopo., Bandung
West Java, 40228, Indonesia


PT JJ GLOVES INDO
JL Ronggowarsito, Mlese, Ceper
Bonded Zone, Klaten
Central Java, Indonesia 57463

PT SEOK HWA INDONESIA
Room 1218, Krantz Techno Bldg.
5442-1 Sang Dae Won-Dong, Sung Nam
Kyung Gi-Do, Indonesia 00046-2819

PT SPORT GLOVE INDONESIA
Krandon Desa Pandowoharjo
Sleman
Yogyakarta, Indonesia 55512

PT. Eagle Glove Indonesia
Desa Bayen Purwomatani Kalasan
Sleman, Yogyakarta, 55571
Indonesia

Pacific Stock Transfer Company
6725 Via Austi Pkwy
Suite 300
Las Vegas, NV 89119-3553

Patrick W OBrien
301 Whitmore Lane
Lake Forrest, IL 60045-4707


Perry HVAC
10000 North Central Expressway
Suite 400
Dallas, TX 75231-4180

Pestilli & Associates
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Pitney Bowes Credit Corp.
P.O.Box   371887
Pittsburg, PA 15250-7887


Precision Testing Laboratories
POB 100268
Nashville, TN 37224-0268

Progroup Incorporated
P.O. Box 6585
Englewood, CO 80155-6585

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


R D Pete Bloomer
7542 Crestview Drive
Longmont, CO 80504-7301

R3 Safety aka Bunzl
P.O. Box 270417
Saint Louis, MO 63127-0417

REYHEENA EIDARIUS
23436 CAMINITO VALLEY
LAGUNA HILLS , CA 92653-1640


RHONDA HOFFARTH
462 CALLE DE ARAGON
REDONDO BEACH , CA 90277-6724

RICHARD KRONMAN & MAUREEN KRONMAN REVOCABLE
TRUST
30111 HARVESTER RD
MAILBU , CA 90265-3733

ROBERT C CLARK
12151 WEST 32ND DR
WHEEATRIDGE, CO 80033-5356


ROBERT F CHARLES JR
2955 PARK LAKE DR
BOULDER, CO 80301-5138

ROBERT H KEELEY & SANDRA KEELEY
JT TEN
17245 ELBERT ROAD
PEYTON, CO 80831-9566

ROBERT MEOTTLE
2 /909 SMYTH DR
VALENCIA , CA 91355


RONALD S WEAVER MD
536 PALISADES AVENUE
SANTA MONICA , CA 90402-2722

RPS Solutions
726 Donald Preston Drive
Wolfforth, TX 79382-5402

RYAN AZLEIN
1137 Calle Elaina
Thousand Oaks, CA 91360-2330


Radians Wareham Holding, Inc.
Attn: Mike Tutor, CEO
5305 Distriplex Farms
Memphis, TN 38141-8231

Rebecca D Jarus & Scott M Jarus Ttees
U/A Dtd 10/19/2007
Jarus Family Family Trust
938 Ducan Ave
Manhattan Beach , CA 90266-6626

Refrigiwear, Inc.
54 Breakstone Drive
Dahlongega, GA 30533-7603


Republic Services
4200 East 14th Street
Plano, TX 75074-7102

Resources Global Professionals
17101 Armstrong Ave
Irvine, CA 92614-5742

Resources Global Professionals
P O BOX 740909
LOS ANGELES, CA 90074-0909


Richard Kronman & Ian
30111 Harvester Rd
Malibu , CA 90265-3733

Ringers, Inc.
8846 North Sam Houston Parkway West
Houston, TX 77064-2305

Risk Consulting Partners
24722 Network Place
Chicago, IL 60673-1247

Robert Steckler
3000 Tradewind Drive
Spicewood, TX 78669-5135

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610-2057

Russ MacDonald
23785 110B Avenue
Maple Ridge, BC V2W 1E6
Canada


Russ McDonald
23785 - 110B Avenue
Maple Ridge, B.C. V2W1 E6, Canada

SCOTT ALDERTON
19687 LOS ALIMOS ST
CHATSWORTH, CA 91311-1935

SEAMARK FUND LP
223 WILMINGTON W CHESTER PIKE
#115
CHADDS FORD , PA 19317-9007


SEGAL FAMILY TRUST
10100 SANTA MONICA BLVD #1300
LOS ANGELES, CA 90067-4114

SPM CENTER LLC
27909 SMYTH DR
VALENCIA , CA 91355-4034

SPRING HILL INC
9629 El Poche St.
South El Monte, CA 91733-3030


SPS Commerce
333 South Seventh St. Ste. 1000
Minneapolis, MN 55402-2421

STANLEY M RUMBOUGH JR
44 COCOANUT ROW STE B103
PALM BEACH, FL 33480-4069

STEPHEN GOODHUE
203 STAR CARLISLE
W AUSTRALIA , 6101
AUSTRAILIA


STEVE FEDEA
2040 W BELMONT, #201
CHICAGO, IL 60618-6464

STEVEN C EARNSHAW
5679 POLAR WAY
PARK CITY , UT 84098-7765

STEVEN W TOWN
6301 E CRESTLINE AVE
GREENWOOD VILLAGE , CO 80111-1459


STUBBS ALDERTON & MARKILES LLP
15260 VENTURA BLVD
26TH FL
SHERMAN OAKS , CA 91403-5307

Saf-T-Glove
1121 Fountain Parkway
Grand Prairie, TX 75050-1514

Safeco Building Maintenance
5013 Brandenburg Lane
The Colony, TX 75056-2043


Safety Supply Corporation (Radians)
880 North Hills Blvd.
Suite 505
Reno, NV 89506-5710

Sam's Club
Attn: General Merchandise Manager
2101 SE Simple Savings Drive
Bentonville, AR 72716-0001

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266-6626


Select  Nantong  Safety Products Co
No. 198 Youyi Road  W
Jueguang, Rudong, Jiangsu
226400, China

Shur-Sales & Marketing, Inc.
3830 S Windermere St.
Englewood, CO 80110-3452

Skadden Arps Slate Meagher & Flom LLP
P O Box 1764
White Plains, NY 10602-1764


Skadden, Arps, State, Meagher & Flom LLP
300 S Grand Ave Suite 3400
Los Angeles, CA 90071-3137

Snap-On
PO Box 1410
Kenosha, WI 53141-1410

Southern Glove
749 AC Little Drive
Newton, NC 28658-3769


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

State Board of Equalization
Special Operations Bankruptcy Team
MIC: 74
P.O. Box 942879
Sacramento, CA 94279-0029

Stauffer Glove & Safety
361 East Sixth Street
Red Hill, PA 18076-1118

Stubbs, Alderton & Markiles, LLP
15260 Ventura  Blvd
20th Floor
Sherman Oaks, CA 91403-5303

Superior Printing, Inc.
P O Box 844550
Los Angeles, CA 90084-4550

Synetra
1110 E. State Highway 114
Suite 200
Southlake, TX 76092-5252


TAB Sales Solutions
12109-94A Street
Grand Prairie, AB T8V 5C2 Canada

TAMALPAIS PARTNERS
24 TAMALPAIS AVE
MILL VALLEY, CA 94941-1823

TARBY BRYANT
4 HAWTHORNE CIR
SANTA FE, NM 87506-7903


THE ELLEN IDELSON TRUST DATED MARCH 20 2003
710 BROOKTREE ROAD
PACIFIC PALISADES, CA 90272-3901

THE ORCUTT FAMILY TRUST
3221 N SAN SEBASTIAN DRIVE
TUSCON, AZ 85715-3023

THE SASSOLA III FAMILY TRUST
7771 HERON COURT
GOLETA , CA 93117-2477


THOMAS ELLIOTT
115 BROOKS AVE
VENICE , CA 90291

THOMAS FELTON
2006 TOUCH GOLD COURT
ROWLETT , TX 75088-2940

THOMAS KENDALL
1112 MONTANA AVENUE # 716
SANTA MONICA , CA 90403-1652


THOMAS MASON & LISA L . MASON
JT TEN
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440

THOMAS W . MASON
6856 WISH AVENUE
LAKE BALBOA , CA 91406-4440

TODD GITLIN
269 S BEVERY DR STE 1213
BEVERLY HILLS, CA 90212-3851


TRI/AUSTIN, INC
P O BOX  207097
DALLAS, TX 75320-7097

(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

TXU Energy Retail Company LLC
C/O Bankruptcy Department
PO Box 650393
Dallas TX  75265-0393


Tamer Shiha
P.O.Box 117893
300
Carrollton, TX 75011-7893

The William J . & Seemah W . Idelson
Family Trust Dated April 29, 1997
710 Brooktree Road
Pacific Palisades, CA 90272

Three Part Advisors, LLC
P O Box 92698
Southlake, TX 76092-0698


True Value
8600 W. Bryn Mawr Avenue
Chicago, IL 60631-3505

Tyco Integrated Security, LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-2934


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017-3560

UPS Freight
7754 Paramount Blvd.
Pico Rivera, CA 90660-4309

Uline
2950 E. Jurupa Street
Ontario, CA 91761-2936


United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

University of Milwaukee
P O Box 500
University of Wisconsin - Milwaukee
Milwaukee, WI 53201-0500

Urena,Daniel
13670 Janwood Lane
Farmers Branch, TX 75234-4831

V JOSEPH STUBBS
C/O STUBBS ALDERTON & MARKILES
15260 VENTURA BLVD 20TH FL
SHERKAN OAKS, CA 91403-5325

VALORIE STANSBERRY
3227 N RICHMOND
CHICAGO, IL 60618-5817

VANE CLAYTON
1364 NORTH PARK DRIVE
LAFAYETTE, CO 80026-3441

Vane Clayton
1364 Northpark Drive
Lafayette, CO 80026-3441

Vincent A. Pestilli & Associates, Inc.
193 Sam Brown Hill Road
Brownfield, ME 04010-4435

Vonalman,Turner J
5225 Las Colinas Blvd
Apt 2301
Irving, TX 75039-4564

W.W. Grainger. Inc.
Leah Wardak
100 Grainger Parkway
Lake Forest, IL 60045-5202

WILLIAM AISENBERG
3900 LEGACY TRAIL CIR
CARROLLTON, TX 75010-6458

WILLIAM M. AISENBERG
GARDERE WYNNE SEWELL, LLP
C/O ALAN J. PERKINS
2021 MCKINNEY AVE STE 1600
DALLAS TX 75201-4761

WILLIAM MECK
11027 LIMERICK AVENUE
CRATSWORTH , CA 91311-1617

WILLIAM MECK & TERESA MECK
JT TEN
11027 LIMERICK AVENUE
CHATSWORTH , CA 91311-1617

WINDSPEED SPORTS CO LTD
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423-2715

WINSPEED SPORTS SHANGHAI CO., LTD.
858 MINGZHU ROAD
SHANGHAI
China 00020-1702

WONEEL MIDAS LEATHERS
JL GEMBOR RAYA DESA PASIRJAYA
TANGERANG
BANTEN, INDONESIA 15135

Washington,Cheryl
3577 N. Beltline Rd.
#215
Irving, TX 75062-7804

Weispfenning,Daniel Walton
3333 Harry Hines Blvd., Apt. 9152
Dallas, TX 75201-6032

Werner Logistics
10251 Calabash Avenue
Fontana, CA 92335-5275

Windstream
PAETEC
P O Box 9001013
Louisville, KY 40290-1013

Wonell America, Inc.
Janice Lee, General Manager
1520 Oak Street
South Pasadena, CA 91030-4422

Worldwide
PO Box 88607
Seattle, WA 98138-2607

XIN GUO
540 LAKE FOREST DR
COPPELL , TX 75019

Yellow and Roadway
P. O. Box 100129
Pasadena, CA 91189-0003

nChannel, Inc.
8760 Orion Place, Ste 210
Columbus, OH 43240-2109

Jeffrey Cordes
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761

Krikor J Meshefejian
10250 Constellation Blvd
Ste 1700
Los Angeles, CA 90067-6253

Monica Y Kim
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Samuel R. Maizel
Dentons US LLP
601 South Figueroa St.
Suite 2500
Los Angeles, CA 90017-5709

William Aisenberg
Gardere Wynne Sewell LLP
c/o Shiva Beck
2021 McKinney Ave.
Suite 1600
Dallas, TX 75201-4761