RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300; Facsimile:  (213) 623-9924
Email: samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

**FILED & ENTERED**

**FEB 15 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gasparia  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>        Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>        Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐  Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐  Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>Chapter 11 Cases<br><br>**ORDER APPROVING AGREEMENT WITH MATTHEW PLISKIN FOR TRUSTEE SERVICES AND APPROVING TRUST BOARD COMPENSATION**<br><br><u>Plan Confirmation Hearing</u>:<br>Date:       February 12, 2018<br>Time:       1:30 p.m.<br>Place:      Courtroom "303"<br>                21041 Burbank Blvd.<br>                Woodland Hills, CA |

_____

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was held on February 12, 2018, at the above-referenced time and location for the Court to consider the motion jointly filed as Docket Number 417 (the "Motion") by ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors") and the Official Committee of Equity Security Holders (the "OCEH") for an order: (1) approving that certain agreement with Matthew Pliskin (the "Trustee") for trustee services in accordance with a confirmed plan in these cases, and (2) approving certain compensation to the initial members of the trust board (the "Trust Board") created pursuant to a confirmed plan in these cases. A draft of the agreement with the Trustee (the "Trustee Agreement") is attached as Exhibit "2" to the Motion. Appearances were made at the hearing on the Motion as set forth on the record of the Court.

As set forth in the Motion, the initial members of the Trust Board will be the current members of the OCEH: Ronald Chez, Scott Jarus and Patrick O'Brien (the "Trust Board Members"). In the Motion, the Debtors and the OCEH (collectively, the "Plan Proponents") jointly request that the Court (1) approve the Trustee Agreement, (2) approve Matthew Pliskin to serve as the Trustee, (3) approve the proposed compensation to be paid to Matthew Pliskin for serving as the Trustee, and (4) approve the proposed compensation to be paid to the Trust Board Members.

The Court, having considered the Motion along with all of the statements, arguments and representations of counsel that were made at the hearing on the Motion and the entire record of the Debtors' chapter 11 cases, no objection to the Motion having been filed, and other good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Motion is granted.

2. The proposed compensation to the Trustee of $300 per hour plus expenses is approved. The Debtors and the OCEH are authorized to modify the Trustee Agreement in any manner agreed to by the Debtors and the OCEH, provided that the basic substance and purpose of the Trustee Agreement are unchanged and further provided that the Plan Proponents shall promptly file the final executed version of the Trustee Agreement with the Court.

3. The proposed compensation to each of the Trust Board Members of $40,000 per year plus expenses, paid quarterly in arrears, is approved.

4. The compensation to be paid to the Trustee and to the Trust Board Members shall constitute administrative claims of these chapter 11 estates and shall be binding on any successor in interest to these chapter 11 estates, including upon any subsequently appointed chapter 11 or chapter 7 trustee.

###

Date: February 15, 2018

Martin R Barash
United States Bankruptcy Judge