SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com
Attorneys for Official Committee of Equity Security Holders

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com
Attorneys for Chapter 11 Debtors and Debtors in Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>       Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases |
| In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>       Debtor and Debtor in Possession. | **WITHDRAWAL OF OPPOSITION TO MOTION OF JEFFREY CORDES AND WILLIAM M. AISENBERG FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 IN NONBANKRUPTCY FORUM [DOCKET NO. 169], JOINDER [DOCKET NO. 168] AND SUPPLEMENT THERETO [DOCKET NO. 422]** |
| Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation. | DATE:     February 27, 2018<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom "303"<br>             21041 Burbank Boulevard<br>             Woodland Hills, California 91367 |

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES , CALIFORNIA 90017-5704
(213) 623-9300

ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors"), and the Official Committee of Equity Security Holders (the "Equity Committee"), respectfully submit this Notice (the "Notice"), and respectfully represent as follows.

## <u>WITHDRAWAL OF OPPOSITION AND RELATED DOCUMENTS</u>

1. By this Notice, (i) the Debtors withdraw their opposition [Dkt. 169] to the motion of Jeffrey Cordes and William M. Aisenberg (the "Former Officers") for relief from the automatic stay under 11 U.S.C. § 362 (the "Relief From Stay Motion") [Docket No. 132-136]; and (ii) the Equity Committee hereby withdraws its joinder in the opposition to the Relief from Stay Motion and the supplement thereto.  [Dkt. Nos. 168 & 422].

2. The day before the petition date, on September 7, 2017, the Former Officers initiated a proceeding before the American Arbitration Association (the "AAA Proceeding").  In the AAA Proceeding, the Former Officers sought to recover from the Debtors certain severance payments in the amounts of $150,000 and $112,500, respectively, plus certain attorneys' fees.

3. On October 3, 2017, the Former Officers filed proofs of claims against ICPW Liquidation Corporation, a California corporation (Claims Nos. 7 and 8) (the "Proofs of Claims"). In their Proofs of Claims, the Former Officers asserted claims to recovery the severance payments sought in the AAA Proceeding.

4. On October 20, 2017, the Former Officers filed the Relief From Stay Motion (the "Motion") [Dkt. Nos. 132-136]. In seeking to compel arbitration, the Former Officers emphasized the strong federal policy in favor of arbitration and argued that this policy trumped the interests of the Bankruptcy Code.

5. The Debtors and the Equity Committee opposed the Motion at that time [Dkt Nos. 168-169].  On December 7, 2017, the Court temporarily denied the Relief From Stay Motion and set related deadlines, including for the Debtors' estates and/or the Equity Committee to file an adversary proceeding and claim objections against the Former Officers [Docket No. 302].

1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6.     On November 21, 2017, the Debtors filed the *Joint Motion For Order Granting Standing To Pursue Claims For The Benefit Of The Debtors' Estates; And Approving Stipulation Between Debtors And Equity Committee Granting Standing* (the "Assignment Motion"). [Docket No. 243]. On December 19, 2017, the Court granted the Assignment Motion [Docket No. 357].

7.     On January 26, 2018, the Equity Committee also commenced an adversary proceeding [Adversary Proceeding No. 18-01011] against the Former and Officers based on their breaches of fiduciary duty and other violations of law while employed by the Debtor(s) (the "Adversary Complaint").

8.     On February 2, 2018, the Former Officers filed an objection to the Plan [Dkt. No. 425]. In their objection, they continue to "reserve their rights to assert that the underlying disputes should proceed in arbitration, as was contractually agreed among the parties."

9.     On February 12, 2018, the Former Officers filed Claims No. 7 and 8 (the "Amended Proofs of Claim"). In the Amended Proofs of Claims, the Former Officers asserted, among other things, a new indemnity claim against ICPW Liquidation Corporation, a California corporation, and continued to maintain their objections to the Bankruptcy Court's jurisdiction.

10.    As set forth above, by this Notice, the Debtors and the Equity Committee hereby withdraw the opposition [Docket No. 168], the joinder [Docket No. 169] and supplement thereto [Docket No. 422] to the Relief From Stay Motion. Additionally, the Debtors and the Equity Committee consent to arbitration of the Former Officer's severance claims and the Debtors' counterclaims and defenses based on the Former Officers' various breaches of fiduciary duty and violation of law while employed by the Debtor(s).

11.    At the upcoming status conference, the Equity Committee will request that the Court enter an order staying the claims asserted in the Adversary Complaint pending the resolution of the AAA Proceeding pursuant to 9 U.S.C. § 3. Those claims in the Adversary Complaint will be re-filed as Counterclaims in the AAA Proceeding to be adjudicated by the arbitration panel.

106625418\V-1

1

2  ICPW LIQUIDATION CORPORATION, *et*    OFFICIAL COMMITTEE OF EQUITY
   *al.*                                 HOLDERS

3

4

5  By: _____   By:_____
       RON BENDER                            TANIA M. MOYRON
6      KRIKOR J. MESHEFEJIAN                 SAMUEL R. MAIZEL
   LEVENE, NEALE, BENDER, YOO & BRILL    DENTONS US LLP
7  L.L.P.                                Attorneys for the Official Committee of Equity
   Attorneys for Chapter 11 Debtors and Debtors  Holders
8  in Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

ICPW LIQUIDATION CORPORATION, *et al.*

By: _____
    RON BENDER
    KRIKOR J. MESHEFEJIAN
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
Attorneys for Chapter 11 Debtors and Debtors in Possession

OFFICIAL COMMITTEE OF EQUITY HOLDERS

By: */s/ Tania M. Moyron*
    TANIA M. MOYRON
    SAMUEL R. MAIZEL
DENTONS US LLP
Attorneys for the Official Committee of Equity Holders

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): WITHDRAWAL OF OPPOSITION TO MOTION OF JEFFREY CORDES AND WILLIAM M. AISENBERG FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 IN NONBANKRUPTCY FORUM [DOCKET NO. 169], JOINDER [DOCKET NO. 168] AND SUPPLEMENT THERETO [DOCKET NO. 422] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shiva D. Beck
Gardere Wynne Sewell LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201

Counsel for William Aisenberg & Jeffrey Cordes (Creditors)
T: 214 999 3000 / F: 214 999 4667
E: sbeck@gardere.com

Douglas Wolfe
ASM Capital
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

ASM Capital V, L.P. (Creditor)
T: 516 422 7100 / F: 516 422 7118
E: dwolfe@asmcapital.com

Matthew Gold
Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

Counsel for Argo Partners (Creditor)
T: 212 643 5444 / F: 212 643 6401
E: courts@argopartners.net

Aaron B. Craig
King & Spalding LLP
633 West 5th Street, Suite 2300
Los Angeles, CA 90071-2049

Counsel for Big Time Products, LLC (Interested Party)
T: 213 443 4300 / F: 213 443 4310
E: acraig/lperry@kslaw.com

Ron Bender
Krikor J. Meshefejian
Monica Y. Kim
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

Counsel for ICPW Liquidation Corporation, a
   California/Nevada corporation
T: 310 229 1234 / F: 310 229 1244
E: rb/kjm/myk@lnbyb.com

Cathrine M. Castaldi
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612

Counsel for Official Cmte. of Unsecured Creditors &
   Province Inc.
T: 949 752 7100 / F: 949 252 1514
E: ccastaldi@brownrudnick.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

106626690\V-1

| | |
|---|---|
| Susan K. Seflin<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | Counsel for Province Inc.<br>T: 818 827 9210 / F: 818 827 9099<br>E: sseflin@bg.law |
| John M. Stern<br>Office of the Attorney General<br>300 West 15th Street<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Counsel for Texas Comptroller of Public Accounts<br>T: 512 463 2100 / F: 512 475 2994<br>E: john.stern/bk-mbecker@oag.texas.gov |
| Sharon Z. Weiss<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386 | Counsel for Radians Wareham Holdings, Inc., Radians, Inc.<br>  & Safety Supply Corporation<br>T: 310 576 2100 / F: 310 576 2200<br>E: sharon.weiss/raul.morales/geri.anderson<br>    @bryancave.com |
| Russell S. Clementson<br>S. Margaux Ross<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | United States Trustee (SV)<br>T: 213 894 4494 / F: 213 894 0276<br>E: russell.clementson/margaux.ross/<br>    ustpregion16.wh.ecf@usdoj.gov |

**2.  SERVED BY UNITED STATES MAIL:**  On (*date*) February 20, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| BPE&H, An Accountancy Corporation<br>21300 Victory Boulevard, Suite 520<br>Woodland Hills, CA  91367-8047 | T: 818 914 7100 / F: 818 914 7101<br>E: https://bpehcpas.com/contact/ |
| Ronald Chez<br>1524 North Astor Street<br>Chicago, IL  60610-2057 | Equity Holder<br>E: rlchez@rcn.com |
| E. Franklin Childress, Jr.<br>Baker Donelson Bearman Caldwell & Berkowitz PC<br>First Tennessee Building, Suite 2000<br>165 Madison Avenue<br>Memphis, TN  38103-2752 | Counsel to Radians Wareham Holdings<br>T: 901 526 2000 / F: 901 577 2303<br>E: fchildress@bakerdonelson.com |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ  07626-2141 | T: 800 211 9656 / F:<br>E: https://www.crgfinancial.com/ |
| Craig-Hallum Capital Group LLC<br>222 South 9th Street, Suite 350<br>Minneapolis, MN  55402-3380 | T: 612 334 6300 / F: 612 334 6399<br>E: http://www.craig-hallum.com/contact-us/ |
| Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266-6626 | Equity Holder<br>E: scott.jarus@verizon.net |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

106626690\V-1

| | |
|---|---|
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707 | Equity Holder<br>E: obrien.pat@me.com |
| Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121-0751 | T: 717          / F: 717 214 5463<br>E: http://www.uc.pa.gov/employers-uc-services-uc-<br>tax/Pages/default.aspx |
| Andrew T Solomon<br>Solomon & Cramer LLP<br>1441 Broadway, Suite 6026<br>New York, NY  10018-1905 | Counsel for Official Committee of Equity Security Holders<br>T: 212 884 9102 / F: 516 368 3896<br>E: asolomon@solomoncramer.com |
| Stubbs Alderton & Markiles, LLP<br>15260 Ventura Boulevard, 20th Floor<br>Sherman Oaks, CA  91403-5351 | T: 818 444 4500 / F: 818 444 4520<br>E: https://stubbsalderton.com/contact/ |

\*   \*   \*

| | |
|---|---|
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms Drive<br>Memphis, TN  38141-8231 |
| State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 20, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than the next business day after the document is filed.

| | |
|---|---|
| Honorable Martin R. Barash<br>U.S. Bankruptcy Court, Central District of California<br>21041 Burbank Boulevard, Suite 342 / Courtroom 303<br>Woodland Hills, CA  91367-6603 | ☒ To the Judge's Dropbox w/ NEF behind<br>☐ By Next Business Day [Trkg#_____]<br>☐ By Facsimile to _____<br>☐ Proposed Order by Email to<br>_____@cacd.uscourts.gov |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2018 | Frederick Kalve | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.