Shiva Delrahim Beck (SBN 228841)
Email: sbeck@gardere.com
Todd A. Murray (*Pro Hac Vice*)
Email: tmurray@gardere.com
Thomas C. Scannell (*Pro Hac Vice*)
Email: tscannell@gardere.com
GARDERE WYNNE SEWELL LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
(214) 999-3000
(214) 999-4667 (fax)

Attorneys for William M. Aisenberg and Jeffrey Cordes

**FILED & ENTERED**

**MAR 01 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br>ICPW Liquidation Corporation, a California corporation,[1]<br>    Debtor and Debtor in Possession. | Lead Case No. 1:17-bk-12408-MB<br>Jointly administered with: 1:17-bk-12409-MB<br>Chapter 11 Cases |
| In re:<br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br>    Debtor and Debtor in Possession. | **ORDER APPROVING AMENDED JOINT STIPULATION RELATING TO DIRECTORS & OFFICERS INSURANCE POLICIES** |
| [x] Affects both Debtors<br>[ ] Affects ICPW Liquidation Corporation, a California corporation only<br>[ ] Affects ICPW Liquidation Corporation, a Nevada corporation only | |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

The Court, having read and considered that certain *Amended Joint Stipulation Relating to Directors & Officers Insurance Policy* (the "Amended Stipulation") entered into by and among Jeffrey Cordes and William M. Aisenberg (collectively, "Insureds"), ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation (collectively, the "Debtors") and the Official Committee of Equity Holders ("OCEH") [Docket No. 462], and it appearing that the Court has jurisdiction over this matter, and based upon all of the proceedings had before the Court; after due deliberation, and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that the Amended Stipulation is approved by the Court.

###

Gardere01 - 11157818v.2

Date: March 1, 2018

Martin R Barash
United States Bankruptcy Judge

2