OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ICPW Liquidation Corporation,<br>a California corporation<br><br>Debtor(s). | **CHAPTER 11 (BUSINESS)**<br><br>Case Number:   1:17-bk-12408-MB<br>Operating Report Number:   5<br>For the Month Ending:   January 2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 4,486,871.21

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 4,439,346.96

3. BEGINNING BALANCE:  150,041.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)   BBI Receipts   1,271,797.68

   TOTAL RECEIPTS THIS PERIOD:   1,271,797.68

5. BALANCE:   1,421,838.68

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)   (1,266,279.74)
   Disbursements (from page 2)   (5,558.94)

   TOTAL DISBURSEMENTS THIS PERIOD:***   (1,271,838.68)

7. ENDING BALANCE:   150,000.00

8. General Account Number(s):   ███████567

   Depository Name & Location:   Capital One

---

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

Note: BBI Receipts represents the amounts receivied into ICPW bank accounts post-close, payments remitted to BBI

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 1/2/2018 | Xfer | DIP Account | Maintain Balance | (41,836.60) | | (41,836.60) |
| 1/3/2018 | Xfer | DIP Account | Maintain Balance | (3,963.52) | | (3,963.52) |
| 1/4/2018 | Xfer | DIP Account | Maintain Balance | (20,389.12) | | (20,389.12) |
| 1/5/2018 | Xfer | DIP Account | Maintain Balance | (53,868.03) | | (53,868.03) |
| 1/8/2018 | Xfer | DIP Account | Maintain Balance | (3,939.98) | | (3,939.98) |
| 1/9/2018 | Xfer | DIP Account | Maintain Balance | (37,576.61) | | (37,576.61) |
| 1/9/2018 | ACH | Capital One | Bank Fees | | (4,115.39) | (4,115.39) |
| 1/9/2018 | ACH | Capital One | Bank Fees | | (29.95) | (29.95) |
| 1/10/2018 | Xfer | DIP Account | Maintain Balance | (115,241.66) | | (115,241.66) |
| 1/11/2018 | Xfer | DIP Account | Maintain Balance | (6,922.10) | | (6,922.10) |
| 1/12/2018 | Xfer | DIP Account | Maintain Balance | (10,168.16) | | (10,168.16) |
| 1/16/2018 | Xfer | DIP Account | Maintain Balance | (48,365.99) | | (48,365.99) |
| 1/17/2018 | Xfer | DIP Account | Maintain Balance | (393,007.67) | | (393,007.67) |
| 1/18/2018 | Xfer | DIP Account | Maintain Balance | (70,490.42) | | (70,490.42) |
| 1/18/2018 | Bank | Capital One | Bank Fees | | (1,413.60) | (1,413.60) |
| 1/19/2018 | Xfer | DIP Account | Maintain Balance | (10,620.54) | | (10,620.54) |
| 1/22/2018 | Xfer | DIP Account | Maintain Balance | (91,109.84) | | (91,109.84) |
| 1/23/2018 | Xfer | DIP Account | Maintain Balance | (2,953.51) | | (2,953.51) |
| 1/24/2018 | Xfer | DIP Account | Maintain Balance | (114,348.68) | | (114,348.68) |
| 1/25/2018 | Xfer | DIP Account | Maintain Balance | (6,106.16) | | (6,106.16) |
| 1/26/2018 | Xfer | DIP Account | Maintain Balance | (3,810.26) | | (3,810.26) |
| 1/29/2018 | Xfer | DIP Account | Maintain Balance | (89,467.80) | | (89,467.80) |
| 1/30/2018 | Xfer | DIP Account | Maintain Balance | (1,069.31) | | (1,069.31) |
| 1/31/2018 | Xfer | DIP Account | Maintain Balance | (141,023.78) | | (141,023.78) |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | (1,266,279.74) | (5,558.94) | ($1,271,838.68) |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___1/31/2018___    Balance on Statement: ___$150,000.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

[                                                                  ]

ADJUSTED BANK BALANCE:    | $150,000.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
B. (Disbursements)

1.  TOTAL RECEIPTS PER ALL PRIOR DISBURSEMENT ACCOUNT REPORT _____ 5,172,099.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR DISBURSEMENT _____ 5,106,004.68
ACCOUNT REPORTS

3.  BEGINNING BALANCE: | 179,095.44 |

4.  RECEIPTS DURING CURRENT PERIOD: _____ 726,637.39
    (Transferred from General & DIP Account)

5.  BALANCE: | 905,732.83 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:*** | (798,819.36) |

7.  ENDING BALANCE: | 106,913.47 |

8.  DISBURSEMENT Account Number(s):     ████575 _____

    Depository Name & Location:     Capital One _____

TOTAL DISBURSEMENTS FROM DISBURSEMENT ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/2/2018 | ACH | Fedex | Freight - To be repaid | (1,185.45) |
| 1/2/2018 | 5790 | Shur-Sales & Marketing | Commission | (5,082.54) |
| 1/2/2018 | 5781 | BNSF LOGISTICS INTERI | Freight | (19,690.08) |
| 1/3/2018 | ACH | Fedex | Freight - To be repaid | (400.30) |
| 1/3/2018 | 5785 | Universty of Cincinnati | Testing | (225.00) |
| 1/5/2018 | 5796 | Mike Fowler | Commission | (52.14) |
| 1/8/2018 | ACH | Fedex | Freight - To be repaid | (1,424.99) |
| 1/9/2018 | ACH | Fedex | Freight - To be repaid | (43.39) |
| 1/9/2018 | 5789 | Russ MacDonald | Commission | (112.90) |
| 1/10/2018 | ACH | Fedex | Freight - To be repaid | (448.15) |
| 1/10/2018 | 5787 | Leigh Bennett | Commission | (197.67) |
| 1/10/2018 | 5716 | CIS Custom Information | IT | (3,241.20) |
| 1/11/2018 | ACH | Fedex | Freight - To be repaid | (31.25) |
| 1/16/2018 | ACH | Fedex | Freight - To be repaid | (5,018.49) |
| 1/16/2018 | ACH | Fedex | Freight - To be repaid | (1,645.06) |
| 1/16/2018 | 5797 | Lisa Patterson | Commission | (169.61) |
| 1/18/2018 | Wire | Brighton Best | Transfer Receipts | (726,637.39) |
| 1/19/2018 | ACH | Fedex | Freight - To be repaid | (248.99) |
| 1/22/2018 | ACH | Fedex | Freight - To be repaid | (3,888.34) |
| 1/23/2018 | ACH | Fedex | Freight - To be repaid | (1,892.92) |
| 1/24/2018 | ACH | IPFS | Insurance | (6,589.04) |
| 1/24/2018 | Cashiers | US Trustee | Quarterly Fees | (13,325.00) |
| 1/25/2018 | 5788 | Pestilli & Associates | Commission | (157.46) |
| 1/29/2018 | ACH | IPFS | Insurance | (6,275.51) |
| 1/31/2018 | 5799 | Jason Merchant | Commission | (836.49) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | (798,819.36) |

DISBURSEMENT ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 1/31/2018 | Balance on Statement: | $106,913.47 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 5596 | 10/6/2017 | 575.38 |
| 5634 | 10/13/2017 | 125.00 |
| 5692 | 11/7/2017 | 150.00 |
| 5697 | 11/7/2017 | 2,400.33 |
| 5712 | 11/14/2017 | 246.08 |
| 5720 | 11/14/2017 | 4,044.22 |
| 5773 | 12/14/2017 | 1,856.84 |
| 5779 | 12/14/2017 | 800.00 |
| 5780 | 12/14/2017 | 58.14 |
| 5798 | 1/30/2018 | 3,555.21 |
| 5800 | 1/30/2018 | 394.67 |
| 5801 | 1/30/2018 | 149.18 |
| 5802 | 1/30/2018 | 1,440.49 |
| 5803 | 1/30/2018 | 12,500.00 |
| 5804 | 1/30/2018 | 18,000.00 |
| 5806 | 1/30/2018 | 695.00 |
| 5807 | 1/30/2018 | 815.28 |
| 5808 | 1/30/2018 | 359.00 |
| 5809 | 1/30/2018 | 31,690.24 |
| 5810 | 1/30/2018 | 140.12 |
| 5811 | 1/30/2018 | 923.87 |
| 5812 | 1/30/2018 | 923.87 |
| 5813 | 1/30/2018 | 923.87 |
| 5814 | 1/30/2018 | 2,771.60 |

| TOTAL OUTSTANDING CHECKS: | | 85,538.39 |
|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | $21,375.08 |
|---|---|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (DIP Account)

1.  TOTAL RECEIPTS PER ALL PRIOR DIP ACCOUNT REPORTS                          3,234,633.42

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR DIP                             2,906,098.51
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                         328,534.91

4.  RECEIPTS DURING CURRENT PERIOD:                                          1,266,279.74
    (Transferred from General Account)

5.  BALANCE:                                                                 1,594,814.65

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                      (726,637.39)

7.  ENDING BALANCE:                                                            868,177.26

8.  DIP Account Number(s):                              ███████806

    Depository Name & Location:            Capital One

1. CASH RECEIPTS AND DISBURSEMENTS
C. (Trust Account)

1.  TOTAL RECEIPTS PER ALL PRIOR DIP ACCOUNT REPORTS                       25,515,689.67

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR DIP                           11,683,686.73
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                     13,832,002.94

4.  RECEIPTS DURING CURRENT PERIOD:                                             3,449.97

5.  BALANCE:                                                               13,835,452.91

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                       (6,696.78)

7.  ENDING BALANCE:                                                        13,828,756.13

8.  Trust Account Number(s): _____

    Depository Name & Location:      First Republic Bank
                                 _____

TOTAL DISBURSEMENTS FROM DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/18/2018 | xfer | Disbursement Account | For payment to BBI | (726,637.39) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | (726,637.39) |

TOTAL DISBURSEMENTS FROM TRUST ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 1/11/2018 | 311 | Chang Bang Gloves | Pre-petition payment | (6,436.78) |
| 1/26/2018 | ACH | First Republic Bank | Bank Fee | (260.00) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | (6,696.78) |

DIP ACCOUNT

## BANK RECONCILIATION

| Bank statement Date: | 1/31/2018 | Balance on Statement: | $868,177.26 |

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | | 0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
| --- | --- | --- |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: | _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | $868,177.26

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

TRUST ACCOUNT
## BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 12/31/2017 | Balance on Statement: $13,828,756.13 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:      0.00

Bank statement Adjustments:      0.00

Explanation of Adjustments-     Statement from escrow agent includes all in-transit checks

ADJUSTED BANK BALANCE:      $13,828,756.13

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | | |
|---|---|---|
| General Account: | | 150,000.00 |
| Disbursements Account: | | 106,913.47 |
| DIP Account: | | 868,177.26 |
| Trust Account: | | 13,828,756.13 |
| *Other Accounts: | Schwab | 276,270.34 |
| | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                    15,230,117.20

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                    0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: 30,500.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | N/A | | |
| State Withholding | N/A | | |
| FICA- Employer's Share | N/A | | |
| FICA- Employee's Share | N/A | | |
| Federal Unemployment | N/A | | |
| Sales and Use | 540.12 | | |
| Real Property | 8,153.00 | | |
| Other: | | | |
| TOTAL: | 8,693.12 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 1,095,756.88 | 0.00 | 38,986.57 |
| 31 - 60 days |  | 0.00 |  |
| 61 - 90 days |  | 0.00 |  |
| 91 - 120 days |  | 0.00 |  |
| Over 120 days |  | 0.00 |  |
| TOTAL: | 1,095,756.88 | 0.00 | 38,986.57 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | See Schedule of Insurance |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2017 | 762,044.40 | 4,875.00 | 14-Nov-2017 | 4,875.00 | 0.00 |
| 30-Sep-2017 | 0.00 | 325.00 | 29-Nov-2017 | 325.00 | 0.00 |
| 31-Dec-2017 | 16,779,843.22 | 20,000.00 | 31-Jan-2017 | 13,000.00 | 7,000.00 |
| 31-Dec-2017 |  | 7,000.00 | 1-Mar-2018 | 7,000.00 | 0.00 |
| 31-Dec-2017 | 0.00 | 325.00 | 31-Jan-2017 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 32,525.00 |  | 25,525.00 | 7,000.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Disbursements | |
|---|---|
| October | 10,300.63 |
| | 1,149,849.53 |
| November | 3,852.86 |
| | 1,623,842.34 |
| | 9,157,418.18 |
| December | 5,558.94 |
| | 798,819.36 |
| | 6,696.78 |
| | 12,756,338.62 |
| | (1,400,098.51) |
| | 11,356,240.11 |
| Return of Deposits | 2,000,000.00 |
| | 13,356,240.11 |

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Matthew Pliskin | 9/25/2017 | $18,000 per month plus travel exp | 18,000.00 |
| Louis Geoffrey Greulich | 9/25/2017 | $35,000 per month plus travel exp | 12,500.00 |
| | | - reduced to 12.5k /mth post asset sale | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 3,280,710.04 |
| Less: Returns/Discounts | 0.00 | 583,862.89 |
| Net Sales/Revenue | 0.00 | 2,696,847.15 |
| **Cost of Goods Sold:** | | |
| Cost of Goods Sold | 6,436.78 | 1,912,731.53 |
| Cost of Goods Sold - Freight | | 67,713.47 |
| Cost of Goods Sold (COGS) | 6,436.78 | 1,980,445.00 |
| **Gross Profit** | (6,436.78) | 716,402.16 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 30,500.00 | 426,852.47 |
| Payroll - Other Employees | | 934,158.23 |
| Payroll Taxes | | 51,196.36 |
| Other Taxes (Itemize) | | 0.00 |
| Depreciation and Amortization | | 44,346.16 |
| Rent Expense - Real Property | | 26,748.73 |
| Lease Expense - Personal Property | | 1,124.90 |
| Insurance | 5,765.16 | 34,328.34 |
| Real Property Taxes | | 1,200.00 |
| Telephone and Utilities | | 20,337.66 |
| Repairs and Maintenance | | 879.90 |
| Travel and Entertainment (Itemize) | | 122,186.94 |
| Miscellaneous Operating Expenses (Itemize) | 21,998.60 | 721,323.63 |
| Total Operating Expenses | 58,263.76 | 2,384,683.32 |
| Net Gain/(Loss) from Operations | (64,700.54) | (1,668,281.17) |
| **Non-Operating Income:** | | |
| Interest Income | 3,449.97 | 6,693.88 |
| Net Gain on Sale of Assets (Itemize) | (12,629.65) | 13,137,278.41 |
| Other (Itemize) | | |
| Total Non-Operating income | (9,179.68) | 13,143,972.29 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | 761,520.06 |
| Legal and Professional (Itemize) | 511,120.00 | 3,069,193.09 |
| Other (Itemize) - Income Tax Expense | | |
| Total Non-Operating Expenses | 511,120.00 | 3,830,713.15 |
| **NET INCOME/(LOSS)** | (585,000.22) | 7,644,977.97 |

(Attach exhibit listing all itemizations required above)

(ACCRUAL BASIS ONLY)

| | Current Month End |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Unrestricted Cash | 15,230,117.20 |
| Restricted Cash | |
| Accounts Receivable | 38,986.57 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Itemize) | |
| Total Current Assets | 15,269,103.77 |
| | |
| Property, Plant, and Equipment | |
| Accumulated Depreciation/Depletion | |
| Net Property, Plant, and Equipment | 0.00 |
| | |
| Other Assets (Net of Amortization): | |
| Due from Insiders | 0.00 |
| Other (Itemize) | |
| Total Other Assets | 0.00 |
| **TOTAL ASSETS** | 15,269,103.77 |
| | |
| **LIABILITIES** | |
| Post-petition Liabilities: | |
| Accounts Payable | 1,095,756.88 |
| Taxes Payable | 187,083.37 |
| Notes Payable | |
| Professional fees | 1,415,822.38 |
| Secured Debt | |
| Other (Itemize) | |
| Total Post-petition Liabilities | 2,698,662.63 |
| | |
| Pre-petition Liabilities: | |
| Secured Liabilities | |
| Priority Liabilities | |
| Unsecured Liabilities | |
| Other (Itemize) | |
| Total Pre-petition Liabilities | 0.00 |
| **TOTAL LIABILITIES** | 2,698,662.63 |
| | |
| **EQUITY:** | |
| Pre-petition Owners' Equity | 4,925,463.17 |
| Post-petition Profit/(Loss) | 7,644,977.97 |
| Direct Charges to Equity | |
| **TOTAL EQUITY** | 12,570,441.14 |
| **TOTAL LIABILITIES & EQUITY** | 15,269,103.77 |

QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   During the month of December the plan was drafted and presented to court in January

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,    Matthew Pliskin, CFO,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

| 3/6/18 | | *Matthew Pliskin* |
|---|---|---|
| Date | Page 16 of 16 | Principal for debtor-in-possession |

# Capital One Bank
### Commercial Banking Group

## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
OPERATING ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX  75234-9017

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD   JANUARY 01, 2018  -  JANUARY 31, 2018

ICPW LIQUIDATION
CORPORATION

567

| | | | |
|---|---|---|---|
| Previous Balance  12/31/17 | $150,041.00 | Number of Days in Cycle | 31 |
| 138 Deposits/Credits | $1,271,797.68 | Minimum Balance This Cycle | $150,000.00 |
| 24 Checks/Debits | ($1,271,838.68) | Average Collected Balance | $123,337.35 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/18 | $150,000.00 | | |

## ACCOUNT DETAIL   FOR  PERIOD  JANUARY 01, 2018  -  JANUARY 31, 2018

ICPW LIQUIDATION
CORPORATION

567

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/02 | ACH deposit AMAZON.COM991238 EDI PYMNTS 010218 IRONCLAD PERFORMANCE W OFA000107250722 | $27,507.52 | | $177,548.52 |
| 01/02 | ACH deposit ACE HARDWARE EPOSPYMNTS 010218 IRONCLAD PERFORMANCE W ***********3719 | $4,905.62 | | $182,454.14 |
| 01/02 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 010218 0019IRONCLAD PERFORM   0000974593 | $2,985.58 | | $185,439.72 |
| 01/02 | ACH deposit AMAZON.COM990812 EDI PYMNTS 010218 IRONCLAD PERFORMANCE W OFA000107177526 | $2,517.20 | | $187,956.92 |
| 01/02 | Lockbox deposit | $2,337.43 | | $190,294.35 |
| 01/02 | ACH deposit ACE HARDWARE EPOSPYMNTS 010218 IRONCLAD PERFORMANCE W ***********5417 | $1,907.59 | | $192,201.94 |
| 01/02 | ACH deposit COF MERCHNT SET  COMB. DEP. 010218 IRONCLAD PERFORMANCE 7700038769 | $653.85 | | $192,855.79 |
| 01/02 | Foreign Check Collection INTERNATIONAL INTERNATL 010218 CAD60010787-00 | $525.43 | | $193,381.22 |

*Thank you for banking with us.*

PAGE 1 OF 10

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**

## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2018    - JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|--------------------|-------------------|
| 01/02 | ACH deposit COF MERCHNT SET  COMB. DEP. 010218 IRONCLAD PERFORMANCE 7700038769 | $329.75 | | $193,710.97 |
| 01/02 | ACH deposit HD SUPPLY USD -  CASH CONC 010218 IRONCLAD PERFORMANCE W | $224.38 | | $193,935.35 |
| 01/02 | ACH deposit COF MERCHNT SET  COMB. DEP. 010218 IRONCLAD PERFORMANCE 7700038769 | $153.13 | | $194,088.48 |
| 01/02 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 010218 IRONCLAD PERFORMANCE W 2002281294 | $85.12 | | $194,173.60 |
| 01/02 | Transfer debit Transfer to 4670153806 | | $41,836.60 | $152,337.00 |
| 01/03 | Lockbox deposit | $1,645.46 | | $153,982.46 |
| 01/03 | ACH deposit COF MERCHNT SET  COMB. DEP. 010318 IRONCLAD PERFORMANCE 7700038769 | $782.17 | | $154,764.63 |
| 01/03 | ACH deposit AMAZON.COM991521 EDI PYMNTS 010318 IRONCLAD PERFORMANCE W OFA000107298099 | $508.73 | | $155,273.36 |
| 01/03 | ACH deposit SNAP-ON INC      DAILY_STL 010318 IRONCLAD PERFORMANCE W 600030512 | $335.16 | | $155,608.52 |
| 01/03 | Transfer debit Transfer to 4670153806 | | $3,963.52 | $151,645.00 |
| 01/04 | Lockbox deposit | $51,027.00 | | $202,672.00 |
| 01/04 | ACH deposit COF MERCHNT SET  COMB. DEP. 010418 IRONCLAD PERFORMANCE 7700038769 | $14,481.44 | | $217,153.44 |
| 01/04 | ACH deposit AMAZON.COM992050 EDI PYMNTS 010418 IRONCLAD PERFORMANCE W OFA000107370062 | $2,005.67 | | $219,159.11 |
| 01/04 | ACH deposit FASTENAL COMPANY DIRECT PAY 010418 IRONCLAD PERFORMANCE W 10082444 | $1,220.95 | | $220,380.06 |
| 01/04 | ACH deposit True Value Co    PAYMENT 010418 IRONCLAD PERFORMANCE W 0436271 | $892.99 | | $221,273.05 |
| 01/04 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 010418 IRONCLAD PERFORMANCE W 2002203877 | $142.07 | | $221,415.12 |
| 01/04 | Transfer debit Transfer to 4670153806 | | $20,389.12 | $201,026.00 |
| 01/05 | Lockbox deposit | $2,885.17 | | $203,911.17 |
| 01/05 | ACH deposit COF MERCHNT SET  COMB. DEP. 010518 IRONCLAD PERFORMANCE 7700038769 | $1,064.82 | | $204,975.99 |
| 01/05 | ACH deposit AMAZON.COM992779 EDI PYMNTS 010518 IRONCLAD PERFORMANCE W OFA000107413311 | $991.56 | | $205,967.55 |

PAGE 2 OF 10

PSI: 1 / SHC: 0 / LOB :C



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
OPERATING ACCOUNT

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2018   -   JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 01/05 | ACH deposit True Value Co    PAYMENT 010518 IRONCLAD PERFORMANCE W 0436652 | $476.24 | | $206,443.79 |
| 01/05 | Foreign Check Collection INTERNATIONAL INTERNATL 010518 CAD60010795-00 | $147.38 | | $206,591.17 |
| 01/05 | Foreign Check Collection INTERNATIONAL INTERNATL 010518 CAD60010795-00 | $75.69 | | $206,666.86 |
| 01/05 | Foreign Check Collection INTERNATIONAL INTERNATL 010518 CAD60010795-00 | $64.18 | | $206,731.04 |
| 01/05 | ACH deposit AMAZON.COM993361 EDI PYMNTS 010518 IRONCLAD PERFORMANCE W OFA000107437151 | $20.99 | | $206,752.03 |
| 01/05 | Transfer debit Transfer to 4670153806 | | $53,868.03 | $152,884.00 |
| 01/08 | Lockbox deposit | $41,085.02 | | $193,969.02 |
| 01/08 | ACH deposit True Value Co    PAYMENT 010818 IRONCLAD PERFORMANCE W 0436936 | $316.57 | | $194,285.59 |
| 01/08 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 010818 0009IRONCLAD PERFORM  0000978003 | $274.35 | | $194,559.94 |
| 01/08 | Foreign Check Collection INTERNATIONAL INTERNATL 010818 CAD60010797-00 | $194.43 | | $194,754.37 |
| 01/08 | ACH deposit COF MERCHNT SET  COMB. DEP. 010818 IRONCLAD PERFORMANCE 7700038769 | $192.15 | | $194,946.52 |
| 01/08 | ACH deposit COF MERCHNT SET  COMB. DEP. 010818 IRONCLAD PERFORMANCE 7700038769 | $66.18 | | $195,012.70 |
| 01/08 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 010818 IRONCLAD PERFORMANCE W 2002490081 | $12.28 | | $195,024.98 |
| 01/08 | Transfer debit Transfer to 4670153806 | | $3,939.98 | $191,085.00 |
| 01/09 | Lockbox deposit | $99,306.91 | | $290,391.91 |
| 01/09 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 010918 IRONCLAD PERFORMANCE W 2002206669 | $266.50 | | $290,658.41 |
| 01/09 | ACH deposit ORR SAFETY PAYAB PAYABLES 010918 IRONCLAD PERFORMANCE W 984745 | $198.16 | | $290,856.57 |
| 01/09 | ACH deposit COF MERCHNT SET  COMB. DEP. 010918 IRONCLAD PERFORMANCE 7700038769 | $145.51 | | $291,002.08 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
FDIC

**ACCOUNT DETAIL**    CONTINUED FOR PERIOD JANUARY 01, 2018    -  JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/09 | ACH deposit HD SUPPLY USD -  CASH CONC 010918 IRONCLAD PERFORMANCE W | $25.87 | | $291,027.95 |
| 01/09 | ACH Withdrawal COF MERCHNT BILL COF BILLNG 010918 IRONCLAD PERFORMANCE W 0A351P | | $4,115.39 | $286,912.56 |
| 01/09 | ACH Withdrawal COF MERCHNT BILL COF BILLNG 010918 IRONCLAD PERFORMANCE W 0A261O | | $29.95 | $286,882.61 |
| 01/09 | Transfer debit Transfer to 4670153806 | | $37,576.61 | $249,306.00 |
| 01/10 | Wire transfer deposit UZDAROJI AKCINE BENDROVE 011018 USDF5S1801089442200 | $12,888.39 | | $262,194.39 |
| 01/10 | ACH deposit Dak Rig        AP 011018 IRONCLAD PERFORMANCE W 000075234 | $2,398.88 | | $264,593.27 |
| 01/10 | ACH deposit COF MERCHNT SET  COMB. DEP. 011018 IRONCLAD PERFORMANCE 7700038769 | $460.24 | | $265,053.51 |
| 01/10 | ACH deposit True Value Co    PAYMENT 011018 IRONCLAD PERFORMANCE W 0437531 | $127.35 | | $265,180.86 |
| 01/10 | ACH deposit HD SUPPLY USD -  CASH CONC 011018 IRONCLAD PERFORMANCE W | $60.37 | | $265,241.23 |
| 01/10 | Lockbox deposit | $55.43 | | $265,296.66 |
| 01/10 | Transfer debit Transfer to 4670153806 | | $115,241.66 | $150,055.00 |
| 01/11 | ACH deposit True Value Co    PAYMENT 011118 IRONCLAD PERFORMANCE W 0437839 | $3,311.86 | | $153,366.86 |
| 01/11 | Foreign Check Collection INTERNATIONAL INTERNATL 011118 CAD60010806-00 | $1,683.01 | | $155,049.87 |
| 01/11 | Lockbox deposit | $804.00 | | $155,853.87 |
| 01/11 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 011118 0013IRONCLAD PERFORM   0000979548 | $630.17 | | $156,484.04 |
| 01/11 | Foreign Check Collection INTERNATIONAL INTERNATL 011118 CAD60010807-00 | $597.08 | | $157,081.12 |
| 01/11 | Foreign Check Collection INTERNATIONAL INTERNATL 011118 CAD60010806-00 | $370.77 | | $157,451.89 |
| 01/11 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 011118 IRONCLAD PERFORMANCE W 2001904124 | $225.08 | | $157,676.97 |
| 01/11 | Foreign Check Collection INTERNATIONAL INTERNATL 011118 CAD60010806-00 | $49.13 | | $157,726.10 |
| 01/11 | Transfer debit Transfer to 4670153806 | | $6,922.10 | $150,804.00 |
| 01/12 | ACH deposit ORR SAFETY PAYAB PAYABLES 011218 IRONCLAD PERFORMANCE W 984745 | $3,210.48 | | $154,014.48 |



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
OPERATING ACCOUNT

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JANUARY 01, 2018   -   JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 01/12 | Lockbox deposit | $2,065.54 | | $156,080.02 |
| 01/12 | ACH deposit AMAZON.COM996551 EDI PYMNTS 011218 IRONCLAD PERFORMANCE W OFA000107659430 | $1,861.64 | | $157,941.66 |
| 01/12 | ACH deposit COF MERCHNT SET  COMB. DEP. 011218 IRONCLAD PERFORMANCE 7700038769 | $1,647.51 | | $159,589.17 |
| 01/12 | Wire transfer deposit GLENFIR S A 011218 USD7092700011HF | $1,465.00 | | $161,054.17 |
| 01/12 | ACH deposit FASTENAL COMPANY DIRECT PAY 011218 IRONCLAD PERFORMANCE W 10082444 | $796.77 | | $161,850.94 |
| 01/12 | ACH deposit True Value Co   PAYMENT 011218 IRONCLAD PERFORMANCE W 0438175 | $272.15 | | $162,123.09 |
| 01/12 | ACH deposit FASTENAL COMPANY DIRECT PAY 011218 IRONCLAD PERFORMANCE W 10082444 | $110.07 | | $162,233.16 |
| 01/12 | Transfer debit Transfer to 4670153806 | | $10,168.16 | $152,065.00 |
| 01/16 | Lockbox deposit | $250,262.97 | | $402,327.97 |
| 01/16 | Wire transfer deposit NOW NETHERLANDS  B.V. 011618 USDF7S1801117842500 | $20,477.28 | | $422,805.25 |
| 01/16 | ACH deposit AMAZON.COM997296 EDI PYMNTS 011618 IRONCLAD PERFORMANCE W OFA000107688075 | $10,943.73 | | $433,748.98 |
| 01/16 | ACH deposit ACE HARDWARE EPOSPYMNTS 011618 IRONCLAD PERFORMANCE W ***********5969 | $9,655.67 | | $443,404.65 |
| 01/16 | ACH deposit COF MERCHNT SET  COMB. DEP. 011618 IRONCLAD PERFORMANCE 7700038769 | $1,754.42 | | $445,159.07 |
| 01/16 | ACH deposit ACE HARDWARE EPOSPYMNTS 011618 IRONCLAD PERFORMANCE W ***********3521 | $820.71 | | $445,979.78 |
| 01/16 | ACH deposit ORGILL INC VENDORPYMT 011618 IRONCLAD PERFORMANCE  0090405 | $687.76 | | $446,667.54 |
| 01/16 | ACH deposit HD SUPPLY USD -  CASH CONC 011618 IRONCLAD PERFORMANCE W | $611.52 | | $447,279.06 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**

**ACCOUNT DETAIL**    CONTINUED FOR PERIOD JANUARY 01, 2018    - JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/16 | ACH deposit COF MERCHNT SET  COMB. DEP. 011618 IRONCLAD PERFORMANCE 7700038769 | $447.20 | | $447,726.26 |
| 01/16 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 011618 IRONCLAD PERFORMANCE W 2002367858 | $398.37 | | $448,124.63 |
| 01/16 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 011618 0013IRONCLAD PERFORM   0000980978 | $395.74 | | $448,520.37 |
| 01/16 | ACH deposit COF MERCHNT SET  COMB. DEP. 011618 IRONCLAD PERFORMANCE 7700038769 | $38.63 | | $448,559.00 |
| 01/16 | ACH deposit ORGILL INC VENDORPYMT 011618 IRONCLAD PERFORMANCE   0090405 | $27.00 | | $448,586.00 |
| 01/16 | ACH deposit SNAP-ON INC      DAILY_STL 011618 IRONCLAD PERFORMANCE W 600030512 | $21.74 | | $448,607.74 |
| 01/16 | ACH deposit AMAZON.COM998221 EDI PYMNTS 011618 IRONCLAD PERFORMANCE W OFA000107772005 | $20.25 | | $448,627.99 |
| 01/16 | Transfer debit Transfer to 4670153806 | | $48,365.99 | $400,262.00 |
| 01/17 | ACH deposit GRAINGER INTERNA PAYABLES 011718 0008IRONCLAD PERFORM   IPW100 | $113,410.80 | | $513,672.80 |
| 01/17 | Lockbox deposit | $63,138.02 | | $576,810.82 |
| 01/17 | ACH deposit COF MERCHNT SET  COMB. DEP. 011718 IRONCLAD PERFORMANCE 7700038769 | $19,254.10 | | $596,064.92 |
| 01/17 | ACH deposit AMAZON.COM998804 EDI PYMNTS 011718 IRONCLAD PERFORMANCE W OFA000107805491 | $8,961.19 | | $605,026.11 |
| 01/17 | ACH deposit FASTENAL COMPANY DIRECT PAY 011718 IRONCLAD PERFORMANCE W 10082444 | $690.25 | | $605,716.36 |
| 01/17 | ACH deposit ORR SAFETY PAYAB PAYABLES 011718 IRONCLAD PERFORMANCE W 984745 | $415.86 | | $606,132.22 |
| 01/17 | ACH deposit AMAZON.COM999196 EDI PYMNTS 011718 IRONCLAD PERFORMANCE W OFA000107854121 | $13.45 | | $606,145.67 |
| 01/17 | Transfer debit Transfer to 4670153806 | | $393,007.67 | $213,138.00 |
| 01/18 | ACH deposit AMAZON.COM999363 EDI PYMNTS 011818 IRONCLAD PERFORMANCE W OFA000107862267 | $6,661.11 | | $219,799.11 |
| 01/18 | Lockbox deposit | $4,409.31 | | $224,208.42 |

**CapitalOne Bank**
Commercial Banking Group

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
OPERATING ACCOUNT

## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2018    -    JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/18 | ACH deposit COF MERCHNT SET  COMB. DEP. 011818 IRONCLAD PERFORMANCE 7700038769 | $1,611.67 | | $225,820.09 |
| 01/18 | ACH deposit FASTENAL COMPANY DIRECT PAY 011818 IRONCLAD PERFORMANCE W 10082444 | $286.26 | | $226,106.35 |
| 01/18 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 011818 IRONCLAD PERFORMANCE W 2002489947 | $206.67 | | $226,313.02 |
| 01/18 | Analysis service charge debit ANALYSIS CHRG | | $1,413.60 | $224,899.42 |
| 01/18 | Transfer debit Transfer to 4670153806 | | $70,490.42 | $154,409.00 |
| 01/19 | ACH deposit AMAZON.CO1000029 EDI PYMNTS 011918 IRONCLAD PERFORMANCE W OFA000107899026 | $5,981.90 | | $160,390.90 |
| 01/19 | Lockbox deposit | $3,434.51 | | $163,825.41 |
| 01/19 | ACH deposit COF MERCHNT SET  COMB. DEP. 011918 IRONCLAD PERFORMANCE 7700038769 | $135.88 | | $163,961.29 |
| 01/19 | ACH deposit ORGILL INC VENDORPYMT 011918 IRONCLAD PERFORMANCE  0090405 | $72.85 | | $164,034.14 |
| 01/19 | ACH deposit AMAZON.CO1000535 EDI PYMNTS 011918 IRONCLAD PERFORMANCE W OFA000107920459 | $20.40 | | $164,054.54 |
| 01/19 | Transfer debit Transfer to 4670153806 | | $10,620.54 | $153,434.00 |
| 01/22 | Wire transfer deposit SAFAR ONSHORE AN D OFFSHORE 012218 USD***********0909 | $38,510.54 | | $191,944.54 |
| 01/22 | ACH deposit AMAZON.CO1000742 EDI PYMNTS 012218 IRONCLAD PERFORMANCE W OFA000107935698 | $22,556.08 | | $214,500.62 |
| 01/22 | ACH deposit ACE HARDWARE EPOSPYMNTS 012218 IRONCLAD PERFORMANCE W **********0149 | $8,806.34 | | $223,306.96 |
| 01/22 | ACH deposit COF MERCHNT SET  COMB. DEP. 012218 IRONCLAD PERFORMANCE 7700038769 | $6,090.83 | | $229,397.79 |
| 01/22 | ACH deposit ACE HARDWARE EPOSPYMNTS 012218 IRONCLAD PERFORMANCE W **********8786 | $5,314.77 | | $234,712.56 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

**ACCOUNT DETAIL**    CONTINUED FOR PERIOD JANUARY 01, 2018    - JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/22 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 012218 0021IRONCLAD PERFORM  0000983514 | $2,993.06 | | $237,705.62 |
| 01/22 | ACH deposit COF MERCHNT SET  COMB. DEP. 012218 IRONCLAD PERFORMANCE 7700038769 | $1,987.50 | | $239,693.12 |
| 01/22 | Lockbox deposit | $1,681.20 | | $241,374.32 |
| 01/22 | ACH deposit FASTENAL COMPANY DIRECT PAY 012218 IRONCLAD PERFORMANCE W 10082444 | $1,209.75 | | $242,584.07 |
| 01/22 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 012218 IRONCLAD PERFORMANCE W 2002062316 | $135.13 | | $242,719.20 |
| 01/22 | ACH deposit COF MERCHNT SET  COMB. DEP. 012218 IRONCLAD PERFORMANCE 7700038769 | $71.64 | | $242,790.84 |
| 01/22 | Transfer debit Transfer to 4670153806 | | $91,109.84 | $151,681.00 |
| 01/23 | Lockbox deposit | $112,496.94 | | $264,177.94 |
| 01/23 | ACH deposit ACE HARDWARE EPOSPYMNTS 012318 IRONCLAD PERFORMANCE W **********1923 | $1,160.83 | | $265,338.77 |
| 01/23 | ACH deposit ORGILL INC VENDORPYMT 012318 IRONCLAD PERFORMANCE  0090405 | $101.82 | | $265,440.59 |
| 01/23 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 012318 IRONCLAD PERFORMANCE W 2001769919 | $8.92 | | $265,449.51 |
| 01/23 | Transfer debit Transfer to 4670153806 | | $2,953.51 | $262,496.00 |
| 01/24 | ACH deposit COF MERCHNT SET  COMB. DEP. 012418 IRONCLAD PERFORMANCE 7700038769 | $1,018.44 | | $263,514.44 |
| 01/24 | Lockbox deposit | $918.36 | | $264,432.80 |
| 01/24 | ACH deposit AMAZON.CO1002517 EDI PYMNTS 012418 IRONCLAD PERFORMANCE W OFA000108792940 | $626.90 | | $265,059.70 |
| 01/24 | ACH deposit FASTENAL COMPANY DIRECT PAY 012418 IRONCLAD PERFORMANCE W 10082444 | $206.98 | | $265,266.68 |
| 01/24 | Transfer debit Transfer to 4670153806 | | $114,348.68 | $150,918.00 |
| 01/25 | ACH deposit AMAZON.CO1003173 EDI PYMNTS 012518 IRONCLAD PERFORMANCE W OFA000108855586 | $4,527.47 | | $155,445.47 |
| 01/25 | Lockbox deposit | $1,337.86 | | $156,783.33 |
| 01/25 | ACH deposit FASTENAL COMPANY DIRECT PAY 012518 IRONCLAD PERFORMANCE W 10082444 | $650.91 | | $157,434.24 |



# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
OPERATING ACCOUNT

## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2018    -    JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 01/25 | ACH deposit HOME DEPOT 0537 EDI PAYMNT 012518 IRONCLAD PERFORMANCE W 2002242140 | $8.92 | | $157,443.16 |
| 01/25 | Transfer debit Transfer to 4670153806 | | $6,106.16 | $151,337.00 |
| 01/26 | Lockbox deposit | $4,174.48 | | $155,511.48 |
| 01/26 | ACH deposit AMAZON.CO1003913 EDI PYMNTS 012618 IRONCLAD PERFORMANCE W OFA000108893742 | $1,530.25 | | $157,041.73 |
| 01/26 | ACH deposit COF MERCHNT SET COMB. DEP. 012618 IRONCLAD PERFORMANCE 7700038769 | $482.84 | | $157,524.57 |
| 01/26 | ACH deposit FASTENAL COMPANY DIRECT PAY 012618 IRONCLAD PERFORMANCE W 10082444 | $445.59 | | $157,970.16 |
| 01/26 | ACH deposit VALLEN DISTRIBUT EDI PYMNTS 012618 0008IRONCLAD PERFORM 0000985931 | $14.10 | | $157,984.26 |
| 01/26 | Transfer debit Transfer to 4670153806 | | $3,810.26 | $154,174.00 |
| 01/29 | ACH deposit ACE HARDWARE EPOSPYMNTS 012918 IRONCLAD PERFORMANCE W **********3937 | $58,497.19 | | $212,671.19 |
| 01/29 | ACH deposit COF MERCHNT SET COMB. DEP. 012918 IRONCLAD PERFORMANCE 7700038769 | $24,100.25 | | $236,771.44 |
| 01/29 | ACH deposit AMAZON.CO1004656 EDI PYMNTS 012918 IRONCLAD PERFORMANCE W OFA000108939298 | $1,529.74 | | $238,301.18 |
| 01/29 | ACH deposit ACE HARDWARE EPOSPYMNTS 012918 IRONCLAD PERFORMANCE W **********1940 | $623.98 | | $238,925.16 |
| 01/29 | Lockbox deposit | $247.51 | | $239,172.67 |
| 01/29 | ACH deposit ACE HARDWARE EPOSPYMNTS 012918 IRONCLAD PERFORMANCE W **********5465 | $239.28 | | $239,411.95 |
| 01/29 | ACH deposit HOME DEPOT 0537 EDI PAYMNT 012918 IRONCLAD PERFORMANCE W 2002388461 | $55.85 | | $239,467.80 |
| 01/29 | Transfer debit Transfer to 4670153806 | | $89,467.80 | $150,000.00 |
| 01/30 | Lockbox deposit | $85,100.75 | | $235,100.75 |
| 01/30 | ACH deposit COF MERCHNT SET COMB. DEP. 013018 IRONCLAD PERFORMANCE 7700038769 | $572.74 | | $235,673.49 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER
FDIC


## ACCOUNT DETAIL CONTINUED FOR PERIOD JANUARY 01, 2018    -   JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 01/30 | ACH deposit ORGILL INC VENDORPYMT 013018 IRONCLAD PERFORMANCE   0090405 | $486.77 | | $236,160.26 |
| 01/30 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 013018 IRONCLAD PERFORMANCE W 2000050110 | $9.05 | | $236,169.31 |
| 01/30 | Transfer debit Transfer to 4670153806 | | $1,069.31 | $235,100.00 |
| 01/31 | Wire transfer deposit GLENFIR S A 013118 USD5075100030GW | $29,945.00 | | $265,045.00 |
| 01/31 | Wire transfer deposit K.M.S.T. SDN BHD .,UNIT B11 013118 USD***********3344 | $24,195.52 | | $289,240.52 |
| 01/31 | ACH deposit COF MERCHNT SET  COMB. DEP. 013118 IRONCLAD PERFORMANCE 7700038769 | $1,783.26 | | $291,023.78 |
| 01/31 | Transfer debit Transfer to 4670153806 | | $141,023.78 | $150,000.00 |
| *Total* | | $1,271,797.68 | $1,271,838.68 | |

**CapitalOne Bank**
Commercial Banking Group

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
"DIP" CENTRAL DISTRICT OF CALIFORNIA
CASE # 1:17-BK-12408-MB
1920 HUTTON CT, SUITE 300
DALLAS TX 75234-9017

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD   JANUARY 01, 2018  -  JANUARY 31, 2018

**ICPW LIQUIDATION CORPORATION**

██████████████ 806

| | | | |
|---|---|---|---|
| Previous Balance  12/31/17 | $328,534.91 | Number of Days in Cycle | 31 |
| 21 Deposits/Credits | $1,266,279.74 | Minimum Balance This Cycle | $328,534.91 |
| 1 Checks/Debits | ($726,637.39) | Average Collected Balance | $560,433.55 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/18 | $868,177.26 | | |

## ACCOUNT DETAIL    FOR PERIOD   JANUARY 01, 2018  -  JANUARY 31, 2018

**ICPW LIQUIDATION CORPORATION**

██████████████ 806

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/02 | Funding Transfer Credit Transfer from 4670100567 | $41,836.60 | | $370,371.51 |
| 01/03 | Funding Transfer Credit Transfer from 4670100567 | $3,963.52 | | $374,335.03 |
| 01/04 | Funding Transfer Credit Transfer from 4670100567 | $20,389.12 | | $394,724.15 |
| 01/05 | Funding Transfer Credit Transfer from 4670100567 | $53,868.03 | | $448,592.18 |
| 01/08 | Funding Transfer Credit Transfer from 4670100567 | $3,939.98 | | $452,532.16 |
| 01/09 | Funding Transfer Credit Transfer from 4670100567 | $37,576.61 | | $490,108.77 |
| 01/10 | Funding Transfer Credit Transfer from 4670100567 | $115,241.66 | | $605,350.43 |
| 01/11 | Funding Transfer Credit Transfer from 4670100567 | $6,922.10 | | $612,272.53 |
| 01/12 | Funding Transfer Credit Transfer from 4670100567 | $10,168.16 | | $622,440.69 |
| 01/16 | Funding Transfer Credit Transfer from 4670100567 | $48,365.99 | | $670,806.68 |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING
LENDER

ACCOUNT DETAIL   CONTINUED FOR PERIOD  JANUARY 01, 2018    -  JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/17 | Funding Transfer Credit Transfer from 4670100567 | $393,007.67 | | $1,063,814.35 |
| 01/18 | Funding Transfer Credit Transfer from 4670100567 | $70,490.42 | | $1,134,304.77 |
| 01/18 | Book transfer debit TO ...0575 | | $726,637.39 | $407,667.38 |
| 01/19 | Funding Transfer Credit Transfer from 4670100567 | $10,620.54 | | $418,287.92 |
| 01/22 | Funding Transfer Credit Transfer from 4670100567 | $91,109.84 | | $509,397.76 |
| 01/23 | Funding Transfer Credit Transfer from 4670100567 | $2,953.51 | | $512,351.27 |
| 01/24 | Funding Transfer Credit Transfer from 4670100567 | $114,348.68 | | $626,699.95 |
| 01/25 | Funding Transfer Credit Transfer from 4670100567 | $6,106.16 | | $632,806.11 |
| 01/26 | Funding Transfer Credit Transfer from 4670100567 | $3,810.26 | | $636,616.37 |
| 01/29 | Funding Transfer Credit Transfer from 4670100567 | $89,467.80 | | $726,084.17 |
| 01/30 | Funding Transfer Credit Transfer from 4670100567 | $1,069.31 | | $727,153.48 |
| 01/31 | Funding Transfer Credit Transfer from 4670100567 | $141,023.78 | | $868,177.26 |
| *Total* | | $1,266,279.74 | $726,637.39 | |

PAGE 2 OF 2

PSI: 0 / SHC: 0 / LOB :C

**CapitalOne Bank**
Commercial Banking Group

# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

ICPW LIQUIDATION CORPORATION
DISBURSEMENT ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX  75234-9017

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD    JANUARY 01, 2018  -  JANUARY 31, 2018

|  |  |  | ICPW LIQUIDATION CORPORATION |
|---|---|---|---|
| ▰▰▰▰▰575 |  |  |  |
| Previous Balance  12/31/17 | $179,095.44 | Number of Days in Cycle | 31 |
| 1 Deposits/Credits | $726,637.39 | Minimum Balance This Cycle | $106,913.47 |
| 25 Checks/Debits | ($798,819.36) | Average Collected Balance | $138,101.46 |
| Service Charges | $0.00 |  |  |
| Ending Balance 01/31/18 | $106,913.47 |  |  |

## ACCOUNT DETAIL    FOR PERIOD    JANUARY 01, 2018  -  JANUARY 31, 2018

▰▰▰▰▰575                                                                        ICPW LIQUIDATION CORPORATION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/02 | ACH Withdrawal FEDERAL EXPRESS DEBIT 010218 IRONCLAD PERFORMANCE W MMA26726645 |  | $1,185.45 | $177,909.99 |
| 01/02 | Check    5781 |  | $19,690.08 | $158,219.91 |
| 01/02 | Check    5790 |  | $5,082.54 | $153,137.37 |
| 01/03 | ACH Withdrawal FEDERAL EXPRESS DEBIT 010318 IRONCLAD PERFORMANCE W MMA26743223 |  | $400.30 | $152,737.07 |
| 01/03 | Check    5785 |  | $225.00 | $152,512.07 |
| 01/05 | Check    5796 |  | $52.14 | $152,459.93 |
| 01/08 | ACH Withdrawal FEDERAL EXPRESS DEBIT 010818 IRONCLAD PERFORMANCE W MMA26812267 |  | $1,424.99 | $151,034.94 |
| 01/09 | ACH Withdrawal FEDERAL EXPRESS DEBIT 010918 IRONCLAD PERFORMANCE W MMA26829337 |  | $43.39 | $150,991.55 |
| 01/09 | Check    5789 |  | $112.90 | $150,878.65 |
| 01/10 | ACH Withdrawal FEDERAL EXPRESS DEBIT 011018 IRONCLAD PERFORMANCE W MMA26843132 |  | $448.15 | $150,430.50 |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING
LENDER

## ACCOUNT DETAIL    CONTINUED FOR PERIOD JANUARY 01, 2018    - JANUARY 31, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 01/10 | Check    5716 | | $3,241.20 | $147,189.30 |
| 01/10 | Check    5787 | | $197.67 | $146,991.63 |
| 01/11 | ACH Withdrawal FEDERAL EXPRESS DEBIT 011118 IRONCLAD PERFORMANCE W MMA26848459 | | $31.25 | $146,960.38 |
| 01/16 | ACH Withdrawal FEDERAL EXPRESS DEBIT 011618 IRONCLAD PERFORMANCE W MMA26881907 | | $5,018.49 | $141,941.89 |
| 01/16 | ACH Withdrawal FEDERAL EXPRESS DEBIT 011618 IRONCLAD PERFORMANCE W MMA26896774 | | $1,645.06 | $140,296.83 |
| 01/16 | Check    5797 | | $169.61 | $140,127.22 |
| 01/18 | Book transfer credit FROM ...3806 | $726,637.39 | | $866,764.61 |
| 01/18 | Wire transfer withdrawal BRIGHTON-BEST IN TERNATIONA 011818 USD0002800849 | | $726,637.39 | $140,127.22 |
| 01/19 | ACH Withdrawal FEDERAL EXPRESS DEBIT 011918 IRONCLAD PERFORMANCE W MMA26938133 | | $248.99 | $139,878.23 |
| 01/22 | ACH Withdrawal FEDERAL EXPRESS DEBIT 012218 IRONCLAD PERFORMANCE W MMA26953644 | | $3,888.34 | $135,989.89 |
| 01/23 | ACH Withdrawal FEDERAL EXPRESS DEBIT 012318 EPA97036698 | | $1,892.92 | $134,096.97 |
| 01/24 | Check    0 | | $13,325.00 | $120,771.97 |
| 01/24 | ACH Withdrawal IPFS866-412-2561 IPFSPMTMOK 012418 IRONCLAD PERFORMANCE W 688330 | | $6,589.04 | $114,182.93 |
| 01/25 | Check    5788 | | $157.46 | $114,025.47 |
| 01/29 | ACH Withdrawal IPFS866-412-2561 IPFSPMTMOK 012918 IRONCLAD PERFORMANCE W 688330 | | $6,275.51 | $107,749.96 |
| 01/31 | Check    5799 | | $836.49 | $106,913.47 |
| *Total* | | $726,637.39 | $798,819.36 | |

██████████████████████ )575

**ICPW LIQUIDATION CORPORATION**

### Checks * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 01/24 | $13,325.00 | 5787* | 01/10 | $197.67 | 5796* | 01/05 | $52.14 |
| 5716* | 01/10 | $3,241.20 | 5788 | 01/25 | $157.46 | 5797 | 01/16 | $169.61 |
| 5781* | 01/02 | $19,690.08 | 5789 | 01/09 | $112.90 | 5799* | 01/31 | $836.49 |
| 5785* | 01/03 | $225.00 | 5790 | 01/02 | $5,082.54 | | | |

PSI: 1 / SHC: 0 / LOB :C