UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Ironclad Performance Wear Corporation,<br>a Nevada corporation,<br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  1:17-bk-12409-MB<br>Operating Report Number:  1<br>For the Month Ending:  Dec-17 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS        N/A

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL           N/A
ACCOUNT REPORTS

3.  BEGINNING BALANCE:

4.  RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing        N/A
   Accounts Receivable - Pre-filing         N/A
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:              N/A

5.  BALANCE:                                N/A

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)    N/A
   Disbursements (from page 2)                      N/A

   TOTAL DISBURSEMENTS THIS PERIOD:***      N/A

7.  ENDING BALANCE:                         N/A

8.  General Account Number(s):        None - all operations conducted by Ironclad California

   Depository Name & Location:        N/A

*   All receipts must be deposited into the general account.
**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                                       | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS

N/A

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          N/A

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL          N/A
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          N/A

4.  RECEIPTS DURING CURRENT PERIOD:          N/A
(Transferred from General Account)

5.  BALANCE:          N/A

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***          N/A

7.  ENDING BALANCE:          N/A

8.  Disbursements Account Number(s):          N/A

Depository Name & Location:          N/A

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                         | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | N/A |
| Disburesments Account: | N/A |
| Tax Account: | |
| *Other Accounts: | |
| | |
| | |
| *Other Monies: | |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                              0.00

## Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | None | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                              0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: See Ironclad California's monthly operating report. | | | |
| TOTAL: | | | |

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

See Ironclad California's monthly operating report

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: |  |  |  |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | See Schedule of Insurance |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: _____ |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2017 | 0.00 | 325.00 | 29-Nov-2017 | 325.00 | 0.00 |
| 31-Dec-2017 |  | 325.00 | 31-Jan-2018 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 650.00 |  | 650.00 |  |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Matthew Pliskin | 9/25/2017 | $18,000 per month plus travel exp | 18,000.00 |
| Louis Geoffrey Greulich | 9/25/2017 | $35,000 per month plus travel exp | 12,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# IX. PROFIT AND LOSS STATEMENT

(ACCRUAL BASIS ONLY) (Reflects Ironclad California's operations)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 3,280,710.04 |
| Less: Returns/Discounts | 0.00 | 583,862.89 |
| Net Sales/Revenue | 0.00 | 2,696,847.15 |
| **Cost of Goods Sold:** | | |
| Cost of Goods Sold | 266,889.86 | 1,906,294.75 |
| Cost of Goods Sold - Freight | 242.19 | 67,713.47 |
| Cost of Goods Sold (COGS) | 267,132.05 | 1,974,008.22 |
| **Gross Profit** | (267,132.05) | 722,838.94 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 30,500.00 | 396,352.47 |
| Payroll - Other Employees | 7,472.21 | 934,158.23 |
| Payroll Taxes | 195.61 | 51,196.36 |
| Other Taxes (Itemize) | | 0.00 |
| Depreciation and Amortization | | 44,346.16 |
| Rent Expense - Real Property | | 26,748.73 |
| Lease Expense - Personal Property | | 1,124.90 |
| Insurance | 5,765.16 | 28,563.18 |
| Real Property Taxes | | 1,200.00 |
| Telephone and Utilities | | 20,337.66 |
| Repairs and Maintenance | | 879.90 |
| Travel and Entertainment (Itemize) | 1,440.49 | 122,186.94 |
| Miscellaneous Operating Expenses (Itemize) | 23,491.84 | 699,065.03 |
| Total Operating Expenses | 68,865.31 | 2,326,419.56 |
| Net Gain/(Loss) from Operations | (335,997.36) | (1,603,580.63) |
| **Non-Operating Income:** | | |
| Interest Income | 3,261.51 | 3,243.91 |
| Net Gain on Sale of Assets (Itemize) | (221,450.53) | 13,149,908.06 |
| Other (Itemize) | | |
| Total Non-Operating income | (218,189.02) | 13,153,151.97 |
| **Non-Operating Expenses:** | | |
| Interest Expense | 9,917.79 | 761,520.06 |
| Legal and Professional (Itemize) | 490,000.21 | 2,558,073.09 |
| Other (Itemize) - Income Tax Expense | | |
| Total Non-Operating Expenses | 499,918.00 | 3,319,593.15 |
| **NET INCOME/(LOSS)** | (1,054,104.38) | 8,229,978.19 |

(Attach exhibit listing all itemizations required above)

# X. BALANCE SHEET
(ACCRUAL BASIS ONLY) (Reflects Ironclad California's operations)

| | Current Month End | |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Unrestricted Cash | 14,765,944.63 | |
| Restricted Cash | | |
| Accounts Receivable | 47,470.88 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 14,813,415.51 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| **TOTAL ASSETS** | | 14,813,415.51 |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 566,188.40 | |
| Taxes Payable | 187,083.37 | |
| Notes Payable | | |
| Professional fees | 904,702.38 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 1,657,974.15 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 0.00 |
| **TOTAL LIABILITIES** | | 1,657,974.15 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | 4,925,463.17 | |
| Post-petition Profit/(Loss) | 8,229,978.19 | |
| Direct Charges to Equity | | |
| **TOTAL EQUITY** | | 13,155,441.36 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | 14,813,415.51 |

|  |  | No | Yes |
|---|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below:

    x

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below:

          No   Yes

    x

3. State what progress was made during the reporting period toward filing a plan of reorganization
During the month of December the plan was drafted and presented to court in January

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below.

          No   Yes

    x

I,   Matthew Pliskin, CFO,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.