Samuel R. Maizel (SBN 189301)
samuel.maizel@dentons.com
Tania M. Moyron (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:    (213) 623-9924

Attorneys for Official Committee
of Equity Security Holders

**FILED & ENTERED**

**MAR 13 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>   Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>   Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation. | Case No. 1:17-bk-12408-MB<br>Jointly administered with:<br>Case No. 1:17-bk-12409-MB<br><br>Adversary Proceeding No. 1:18-ap-01011-MB<br><br>Chapter 11<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION, DIRECTING MEDIATION, AND OTHER RELIEF**<br><br><u>Status Conference and Hearing:</u><br><br>Date: February 27, 2018<br>Time: 1:30 P.M.<br>Ctrm: 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On February 27, 2018, at 1:30 p.m., the Court held a continued hearing and status conference on *Jeffrey Cordes And William M. Aisenberg's Motion for Relief from Automatic Stay Under 11 U.S.C. § 362* (the "Motion") [Docket No. 132]. Appearances were made as set forth on the Court's record.

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

106714724\V-1

Gardere01 - 11178624v.2

The Court, having read and considered, *Jeffrey Cordes and William M. Aisenberg's Partial Withdrawal of Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 and Waiver of Arbitration* (the "Partial Withdrawal") [Docket No. 453], the underlying Motion, and all related papers, and good cause appearing, orders as follows:

1. The Partial Withdrawal is granted and the Motion is deemed withdrawn;

2. The Debtors, the Equity Committee, and/or the trustee under the *Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated February 9, 2018* [Docket No. 438], Jeffrey Cordes, William M. Aisenberg, and the issuer of the directors' and officers' insurance coverage policy, QBE Insurance Company (the "Carrier"), are hereby ordered to engage in mediation under the Court supervised mediation program;

3. All parties, including the Carrier, shall be permitted to participate in the selection of the mediator;

4. All discovery in Adversary Proceeding No. 1:18-ap-01011-MB is stayed pending further order of the Court, but the parties may engage in voluntary discovery as part of the mediation process.

5. All pleadings and motions in Adversary Proceeding No. 1:18-ap-01011-MB are stayed, and all applicable deadlines are tolled, pending further order of the Court.

6. The next status conference shall be on May 31, 2018. The parties are to complete mediation by that date. The parties may apply to extend the date if they are actively engaged in settlement discussions.

**IT IS SO ORDERED.**

\###
Date: March 13, 2018

Martin R Barash
United States Bankruptcy Judge
DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

106714724\V-1
Gardere01 - 11178624v.2