United States Bankruptcy Court
Central District of California

In re:                                                                                           Case No. 17-12408-MB
ICPW Liquidation Corporation, a Californ                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1         User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2018
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db             +ICPW Liquidation Corporation, a California corpora,    15260 Ventura Blvd.,   20th Floor,
                Sherman Oaks, CA 91403-5303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Aaron S Craig    on behalf of Interested Party   Big Time Products, LLC acraig@kslaw.com,
               lperry@kslaw.com
              Andrew T Solomon    on behalf of Special Counsel   Solomon & Cramer LLP asolomon@solomoncramer.com
              Andrew T Solomon    on behalf of Stockholder   Official Committee of Equity Security Holders
               asolomon@solomoncramer.com
              Cathrine M Castaldi    on behalf of Financial Advisor   Province Inc. ccastaldi@brownrudnick.com
              Cathrine M Castaldi    on behalf of Creditor Committee   Offical Committee of Unsecured Creditors
               ccastaldi@brownrudnick.com
              Douglas  Wolfe    on behalf of Creditor   ASM Capital V, L.P. dwolfe@asmcapital.com
              Jeffrey A Krieger    on behalf of Interested Party   Brighton-Best International, Inc.
               jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              John M Stern    on behalf of Creditor   Texas Comptroller of Public Accounts
               john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
              Krikor J Meshefejian    on behalf of Debtor   ICPW Liquidation Corporation, a California
               corporation kjm@lnbrb.com
              Krikor J Meshefejian    on behalf of Debtor   ICPW Liquidation Corporation, a Nevada corporation
               kjm@lnbrb.com
              Matthew A Gold    on behalf of Creditor   Argo Partners courts@argopartners.net
              Monica Y Kim    on behalf of Debtor   ICPW Liquidation Corporation, a California corporation
               myk@lnbrb.com, myk@ecf.inforuptcy.com
              Ron  Bender    on behalf of Debtor   ICPW Liquidation Corporation, a Nevada corporation
               rb@lnbyb.com
              Ron  Bender    on behalf of Attorney   Levene, Neale, Bender, Yoo & Brill LLP rb@lnbyb.com
              Ron  Bender    on behalf of Debtor   ICPW Liquidation Corporation, a California corporation
               rb@lnbyb.com
              Russell  Clementson    on behalf of U.S. Trustee   United States Trustee (SV)
               russell.clementson@usdoj.gov
              S Margaux Ross    on behalf of U.S. Trustee   United States Trustee (SV) margaux.ross@usdoj.gov
              Samuel R Maizel    on behalf of Stockholder   Official Committee of Equity Security Holders
               samuel.maizel@dentons.com,
               alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.ho
               ward@dentons.com
              Samuel R Maizel    on behalf of Creditor Committee   Offical Committee of Unsecured Creditors
               samuel.maizel@dentons.com,
               alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.ho
               ward@dentons.com
              Sharon Z. Weiss    on behalf of Defendant c/o Sharon Z. Weiss  Radians Wareham Holding, Inc.
               sharon.weiss@bryancave.com, raul.morales@bryancave.com
              Sharon Z. Weiss    on behalf of Defendant   Safety Supply Corporation sharon.weiss@bryancave.com,
               raul.morales@bryancave.com

```
District/off: 0973-1           User: admin                Page 2 of 2                  Date Rcvd: Mar 13, 2018
                               Form ID: pdf042            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Sharon Z. Weiss    on behalf of Creditor    Radians Wareham Holdings, Inc. sharon.weiss@bryancave.com, raul.morales@bryancave.com
          Sharon Z. Weiss    on behalf of Defendant    Radians, Inc. sharon.weiss@bryancave.com, raul.morales@bryancave.com
          Shiva D Beck    on behalf of Creditor William    Aisenberg sbeck@gardere.com, jcharrison@gardere.com
          Shiva D Beck    on behalf of Defendant Jeffrey    Cordes sbeck@gardere.com, jcharrison@gardere.com
          Shiva D Beck    on behalf of Creditor Jeffrey    Cordes sbeck@gardere.com, jcharrison@gardere.com
          Shiva D Beck    on behalf of Defendant William    Aisenberg sbeck@gardere.com, jcharrison@gardere.com
          Susan K Seflin    on behalf of Financial Advisor    Province Inc. sseflin@brutzkusgubner.com
          Tania M Moyron    on behalf of Interested Party Samuel R. Maizel tania.moyron@dentons.com, chris.omeara@dentons.com
          Tania M Moyron    on behalf of Plaintiff c/o Tania Moyron    Official Committee of Equity Holders of ICPW Liquidation Corporation, a Nevada corporation tania.moyron@dentons.com, chris.omeara@dentons.com
          Tania M Moyron    on behalf of Trustee Matthew    Pliskin tania.moyron@dentons.com, chris.omeara@dentons.com
          Tania M Moyron    on behalf of Stockholder    Official Committee of Equity Security Holders tania.moyron@dentons.com, chris.omeara@dentons.com
          Tania M Moyron    on behalf of Debtor    ICPW Liquidation Corporation, a California corporation tania.moyron@dentons.com, chris.omeara@dentons.com
          Thomas C Scannell    on behalf of Creditor Jeffrey    Cordes tscannell@gardere.com, acordero@gardere.com
          Thomas C Scannell    on behalf of Creditor William    Aisenberg tscannell@gardere.com, acordero@gardere.com
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

                                                                                TOTAL: 36

Samuel R. Maizel (SBN 189301)
samuel.maizel@dentons.com
Tania M. Moyron (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    (213) 623-9300
Facsimile:     (213) 623-9924

Attorneys for Official Committee
of Equity Security Holders

**FILED & ENTERED**

MAR 13 2018

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>    Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation. | Case No. 1:17-bk-12408-MB<br>Jointly administered with:<br>Case No. 1:17-bk-12409-MB<br><br>Adversary Proceeding No. 1:18-ap-01011-MB<br><br>Chapter 11<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION, DIRECTING MEDIATION, AND OTHER RELIEF**<br><br><u>Status Conference and Hearing:</u><br><br>Date: February 27, 2018<br>Time: 1:30 P.M.<br>Ctrm:  303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On February 27, 2018, at 1:30 p.m., the Court held a continued hearing and status conference on *Jeffrey Cordes And William M. Aisenberg's Motion for Relief from Automatic Stay Under 11 U.S.C. § 362* (the "Motion") [Docket No. 132]. Appearances were made as set forth on the Court's record.

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

106714724\V-1
Gardere01 - 11178624v.2

The Court, having read and considered, *Jeffrey Cordes and William M. Aisenberg's Partial Withdrawal of Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 and Waiver of Arbitration* (the "Partial Withdrawal") [Docket No. 453], the underlying Motion, and all related papers, and good cause appearing, orders as follows:

1. The Partial Withdrawal is granted and the Motion is deemed withdrawn;

2. The Debtors, the Equity Committee, and/or the trustee under the *Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated February 9, 2018* [Docket No. 438], Jeffrey Cordes, William M. Aisenberg, and the issuer of the directors' and officers' insurance coverage policy, QBE Insurance Company (the "Carrier"), are hereby ordered to engage in mediation under the Court supervised mediation program;

3. All parties, including the Carrier, shall be permitted to participate in the selection of the mediator;

4. All discovery in Adversary Proceeding No. 1:18-ap-01011-MB is stayed pending further order of the Court, but the parties may engage in voluntary discovery as part of the mediation process.

5. All pleadings and motions in Adversary Proceeding No. 1:18-ap-01011-MB are stayed, and all applicable deadlines are tolled, pending further order of the Court.

6. The next status conference shall be on May 31, 2018. The parties are to complete mediation by that date. The parties may apply to extend the date if they are actively engaged in settlement discussions.

**IT IS SO ORDERED.**

\###
Date: March 13, 2018

Martin R Barash
United States Bankruptcy Judge

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300