UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Ironclad Performance Wear Corporation,<br>a Nevada corporation,<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:  1:17-bk-12409-MB<br>Operating Report Number:  6<br>For the Month Ending:  Feb-18 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    N/A

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    N/A

3. BEGINNING BALANCE:

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing    N/A
   Accounts Receivable - Pre-filing    N/A
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD:    N/A

5. BALANCE:    N/A

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)    N/A
   Disbursements (from page 2)    N/A

   TOTAL DISBURSEMENTS THIS PERIOD:***    N/A

7. ENDING BALANCE:    N/A

8. General Account Number(s):    None - all operations conducted by Ironclad California

   Depository Name & Location:    N/A

---

\*   All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

### TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____   Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                          | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-

|  |
|---|

ADJUSTED BANK BALANCE:                          | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### N/A

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     N/A

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS     N/A

3. BEGINNING BALANCE:     N/A

4. RECEIPTS DURING CURRENT PERIOD:     N/A
   (Transferred from General Account)

5. BALANCE:     N/A

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***     N/A

7. ENDING BALANCE:     N/A

8. Disbursements Account Number(s):     N/A

    Depository Name & Location:     N/A

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## PAYROLL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $0.00 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

|                              |        |
|------------------------------|--------|
| General Account:             | N/A    |
| Disburesments Account:       | N/A    |
| Tax Account:                 |        |

*Other Accounts:

*Other Monies:

**Petty Cash (from below):      0.00

TOTAL CASH AVAILABLE:             0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      | None    |        |

TOTAL PETTY CASH TRANSACTIONS:         0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: See Ironclad California's monthly operating report. |  |  |  |
| TOTAL: |  |  |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE
### See Ironclad California's monthly operating report

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: |  |  |  |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | See Schedule of Insurance |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 30-Sep-2017 | 0.00 | 325.00 | 29-Nov-2017 | 325.00 | 0.00 |
| 31-Dec-2017 |  | 325.00 | 31-Jan-2018 | 325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 650.00 |  |  | 650.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| Matthew Pliskin | 9/25/2017 | $18,000 per month plus travel exp | 18,000.00 |
| Louis Geoffrey Greulich | 9/25/2017 | $35,000 per month plus travel exp | 12,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY) (Reflects Ironclad California's operations)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 0.00 | 3,280,710.04 |
| Less: Returns/Discounts | 0.00 | 583,862.89 |
| Net Sales/Revenue | 0.00 | 2,696,847.15 |
| | | |
| **Cost of Goods Sold:** | | |
| Cost of Goods Sold | | 1,912,731.53 |
| Cost of Goods Sold - Freight | | 67,713.47 |
| | | |
| Cost of Goods Sold (COGS) | 0.00 | 1,980,445.00 |
| | | |
| **Gross Profit** | 0.00 | 716,402.16 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | 30,500.00 | 457,352.47 |
| Payroll - Other Employees | | 934,158.23 |
| Payroll Taxes | | 51,196.36 |
| Other Taxes (Itemize) | | 0.00 |
| Depreciation and Amortization | | 44,346.16 |
| Rent Expense - Real Property | | 26,748.73 |
| Lease Expense - Personal Property | | 1,124.90 |
| Insurance | 5,765.16 | 40,093.50 |
| Real Property Taxes | | 1,200.00 |
| Telephone and Utilities | | 20,337.66 |
| Repairs and Maintenance | | 879.90 |
| Travel and Entertainment (Itemize) | | 122,186.94 |
| Miscellaneous Operating Expenses (Itemize) | 962.85 | 722,286.48 |
| Total Operating Expenses | 37,228.01 | 2,421,911.33 |
| | | |
| Net Gain/(Loss) from Operations | (37,228.01) | (1,705,509.18) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 2,785.83 | 9,479.71 |
| Net Gain on Sale of Assets (Itemize) | | 13,137,278.41 |
| Other (Itemize) | | |
| Total Non-Operating income | 2,785.83 | 13,146,758.12 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | | 761,520.06 |
| Legal and Professional (Itemize) | | 3,069,193.09 |
| Other (Itemize) - Income Tax Expense | | |
| Total Non-Operating Expenses | 0.00 | 3,830,713.15 |
| | | |
| **NET INCOME/(LOSS)** | (34,442.18) | 7,610,535.79 |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY) (Reflects Ironclad California's operations)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 15,364,714.87 | |
| Restricted Cash | | |
| Accounts Receivable | 39,743.79 | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 15,404,458.66 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 0.00 | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| TOTAL ASSETS | | 15,404,458.66 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 1,227,553.95 | |
| Taxes Payable | 187,083.37 | |
| Notes Payable | | |
| Professional fees | 1,415,822.38 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 2,830,459.70 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities | | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 0.00 |
| TOTAL LIABILITIES | | 2,830,459.70 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | 4,925,463.17 | |
| Post-petition Profit/(Loss) | 7,610,535.79 | |
| Direct Charges to Equity | 38,000.00 | |
| TOTAL EQUITY | | 12,573,998.96 |
| TOTAL LIABILITIES & EQUITY | | 15,404,458.66 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

| | | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
   Plan went effective on Feb 28 2018.

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

| | | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

I,    Matthew Pliskin, CFO,
      declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

3/27/18
Date

Page 16 of 16

Principal for debtor-in-possession