1
2
3
4
5
6

BROWN RUDNICK LLP
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
FOUAD KURDI (*pro hac vice*)
fkurdi@brownrudnick.com
SAM MONIZ, #313274
smoniz@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

7
8

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

9
10

UNITED STATES BANKRUPTCY COURT

11

CENTRAL DISTRICT OF CALIFORNIA

12

SAN FERNANDO VALLEY DIVISION

13
14
15
16

In re:

ICPW Liquidation Corporation, a California
corporation[1],

        Debtor and Debtor in Possession.

17
18
19
20

In re:

ICPW Liquidation Corporation, a Nevada
corporation[2],

        Debtor and Debtor in Possession.

21
22
23
24
25

☐  Affects both Debtors

☒  Affects ICPW Liquidation Corporation, a
California corporation only

☐  Affects ICPW Liquidation Corporation, a
Nevada corporation only

Lead Case No.: 1:17-bk-12408-MB

Jointly administered with: 1:17-bk-12409-MB

Chapter 11 Cases

***AMENDED* SECOND AND FINAL
APPLICATION FOR ALLOWANCE OF
FEES AND COSTS FILED BY BROWN
RUDNICK LLP [NOVEMBER 10, 2017 TO
FEBRUARY 5, 2018]; DECLARATION OF
CATHRINE M. CASTALDI AND REQUEST
FOR JUDICIAL NOTICE IN SUPPORT**

DATE:    April 24, 2018
TIME:    2:30 p.m.
CTRM:    303
        21041 Burbank Blvd.
        Woodland Hills, CA 91367

26
27
28

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1249443 v1-iManDB-034260/0001

## TABLE OF CONTENTS

Page

1.  PROCEDURAL BACKGROUND .................................................................................. 2
    A.  The Bankruptcy Filing ................................................................................ 2
    B.  Committee Formation and Applicant's Employment ................................. 2
    C.  Sale Of Debtors' Business .......................................................................... 4
    D.  Confirmation of Chapter 11 Plan ............................................................... 4
    E.  Applicant's First Interim Fee Application ................................................. 4
    F.  No Agreement Regarding Sharing of Compensation .................................. 5
2.  PAYMENT AND REIMBURSEMENT REQUESTED ....................................... 5
3.  DESCRIPTION OF REASONABLE AND NECESSARY SERVICES
    RENDERED ............................................................................................................ 5
    A.  Case Administration ................................................................................... 5
    B.  Asset Analysis, Recovery and Disposition ................................................ 6
    C.  Asset Disposition ....................................................................................... 6
    D.  Meetings of and Communications with Creditors...................................... 6
    E.  Fee/Employment Applications ................................................................... 7
    F.  Fee/Employment Objections ...................................................................... 7
    G.  Other Contested Matters ............................................................................ 7
    H.  Business Operations ................................................................................... 8
    I.  Claims Administration and Objections ...................................................... 8
    J.  Plan and Disclosure Statement .................................................................. 8
4.  DESCRIPTIVE AND DETAILED STATEMENT OF COSTS INCURRED ..................... 9
    A.  Meals/Taxi/Hotel ....................................................................................... 9
    B.  Court Reporting.......................................................................................... 9
    C.  Messenger Services/Delivery .................................................................... 9
    D.  Document Copies ....................................................................................... 10
    E.  Postage ....................................................................................................... 10
    F.  Court Call ................................................................................................... 10

i

    G.    Computer Research .................................................................... 10

5.    THE COURT HAS THE AUTHORITY TO, AND SHOULD, APPROVE THE
      APPLICATION IN ITS ENTIRETY ................................................. 11

    A.    Amount of Current Request For Compensation And Reimbursement ........ 11

    B.    Legal Points And Authorities ................................................. 11

6.    ESTIMATE OF ADDITIONAL FEES INCURRED AFTER THE SECOND
      REPORTING PERIOD ................................................................. 12

7.    COMPLIANCE WITH LOCAL BANKRPUTCY RULE 2016-1 ................... 12

8.    RELIEF REQUESTED ................................................................. 12

DECLARATION OF CATHRINE M. CASTALDI ...................................... 13

REQUEST FOR JUDICIAL NOTICE ................................................... 15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii

## <u>TABLE OF AUTHORITIES</u>

Page(s)

**Federal Cases**

*In re Powerine Oil Co.,*
   71 B.R. 767 (9th Cir. BAP 1986) .................................................................9

*In re Yermakov,*
   718 F.2d 1465 (9th Cir. 1983) ..................................................................9

**Federal Statutes**

11 U.S.C.
   § 330 ...............................................................................................6, 9
   § 331 ...............................................................................................6, 9
   § 341(a) ...............................................................................................5

1249443 v1-iManDB-034260/0001

1  TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,

2  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3       Brown Rudnick LLP ("Brown Rudnick" or "Applicant"), counsel to the Official

4  Committee of Unsecured Creditors (the "Committee") for the bankruptcy estate of Ironclad

5  Performance Wear Corporation, a California corporation ("Ironclad California"), which is being

6  jointly administered with the bankruptcy estate of Ironclad Performance Wear Corporation, a

7  Nevada corporation ("Ironclad Nevada," and, collectively with Ironclad California, the

8  "Debtors"), hereby submits this Application seeking approval of Brown Rudnick's final attorneys'

9  fees in the amount of $30,037.50, and final costs in the amount of $2,733.74, for the period of

10  November 10, 2017, through February 5, 2018 ("Second Reporting Period"). Applicant also seeks

11  final allowance of interim awards of $157,319.60 in fees, and $3,526.84 in costs for the period of

12  September 22, 2017, to November 9, 2017 ("First Reporting Period"), made in connection with

13  that certain Order Granting Applications for Approval of Fees and Reimbursement of Expenses of

14  Professionals Employed in these Chapter 11 Cases [Docket No. 337] ("First Interim Fee Order").

15       In total, Brown Rudnick seeks approval on a final basis of attorneys' fees in the amount of

16  $187,357.10 and costs in the amount of $6,260.58 for the period of September 22, 2017, to

17  February 5, 2018 ("Final Application Period"), plus fees and costs incurred in bringing this

18  Application, which will be the subject of a Supplemental Declaration.

19       In support of this Application, Brown Rudnick respectfully states as follows:

20  1.   PROCEDURAL BACKGROUND

21      A.   The Bankruptcy Filing

22       On September 8, 2017, Ironclad California filed a voluntary petition for relief under

23  Chapter 11 of Title 11 of the United States Code. [Docket No. 1.]

24      B.   Committee Formation and Applicant's Employment

25       On September 22, 2017, the Office of the United States Trustee for the Central District of

26  California formed the Committee and appointed the following parties as its members: (i)

27  Resources Global Professionals; (ii) Winspeed Sports (Shanghai) Co., Ltd.; and (iii) PT Sport

28  Glove Indonesia. [Docket No. 62.] On September 22, 2017, the Committee selected Brown

1249443 v1-iManDB-034260/0001

Rudnick as its proposed counsel, subject to the Court's approval. On November 19, 2017, this

Court approved the retention of Brown Rudnick as attorneys for the Committee. [Docket No.

197.] A true and correct copy of the Employment Order is included with the attached Declaration

of Cathrine M. Castaldi ("Castaldi Decl.") at Exhibit "1."

Brown Rudnick was retained to provide the following professional services for the

Committee:

- assisting and advising the Committee in its discussions with the Debtors and other parties-in-interest regarding the overall administration of these cases;

- representing the Committee at hearings to be held before this Court and communicating with the Committee regarding the matters heard and the issues raised as well as the decisions and considerations of this Court;

- assisting and advising the Committee in its examination and analysis of the conduct of the Debtors' affairs;

- assessing the sale process and developing, evaluating, structuring and negotiating the terms and conditions of a sale transaction;

- reviewing and analyzing pleadings, orders, schedules, and other documents filed and to be filed with this Court by parties-in-interest in these cases; advising the Committee as to the necessity, propriety, and impact of the foregoing upon the Debtors' Chapter 11 cases, and consenting or objecting to pleadings or orders on behalf of the Committee, as appropriate;

- assisting the Committee in preparing such applications, motions, memoranda, proposed orders, and other pleadings as may be required in support of positions taken by the Committee, including all trial preparation as may be necessary;

- conferring with the professionals retained by the Debtors and other parties-in-interest, as well as with such other professionals as may be selected and employed by the Committee;

- coordinating the receipt and dissemination of information prepared by and received from the Debtors' professionals, as well as such information as may be received from professionals engaged by the Committee or other parties-in-interest in these cases;

- participating in such examinations of the Debtors and other witnesses as may be necessary in order to analyze and determine, among other things, the Debtors' assets and financial condition, whether the Debtors have made any avoidable transfers of property, or whether causes of action exist on behalf of the Debtors' estates;

3

- negotiating and formulating a plan of reorganization for the Debtors or other resolution of these Chapter 11 cases; and
- assisting the Committee generally in performing such other services as may be desirable or required for the discharge of the Committee's duties pursuant to Bankruptcy Code Section 1103.

*See* Application Authorizing Retention of Brown Rudnick LLP as Counsel For the Official Committee of Unsecured Creditors of Ironclad Performance Wear Corporation, *et al.*, *nunc pro tunc* to September 22, 2017 [Docket No. 100.]

C.    Sale Of Debtors' Business

On November 3, 2017, this Court approved the sale of Debtors' business to Brighton-Best International, Inc., which sale closed on November 14, 2017 [Docket No. 177.]  Accordingly, these bankruptcy cases are now liquidating cases, with the Debtors no longer operating.

D.    Confirmation of Chapter 11 Plan

On February 9, 2018, the Debtors and the Equity Committee jointly filed a Chapter 11 Plan [Docket No. 438] ("Plan").  On February 13, 2018, the Court entered an order confirming the Plan.  [Docket No. 442.]

E.    Applicant's First Interim Fee Application

On November 21, 2017, Applicant filed its First Interim Application For Fees and Costs [Docket No. 231] seeking $174,319.50 in fees and $3,526.84 in costs, for services provided during the First Reporting Period.

Pursuant to a Stipulation by and between Brown Rudnick, the Debtors, and the Equity Committee [Docket No. 271], as approved by this Court on December 6, 2017 [Docket No. 298], Applicant agreed to reduce the fees requested in the First Interim Application by $17,000.00, to $157,319.50.

On December 13, 2017, this Court entered its Order Granting Applications for Approval of Fees and Reimbursement of Expenses of Professionals Employed in these Chapter 11 Cases [Docket No. 337], approving Brown Rudnick's First Interim Application in the amount of $157,319.60 in fees and $3,526.84 in costs, and authorizing Applicant to be paid the sum of $160,846.44 from the Ironclad California Bankruptcy Estate, which amount has been received.

4

1249443 v1-iManDB-034260/0001

F.    No Agreement Regarding Sharing of Compensation

No understanding exists for the sharing of compensation received or to be received by Applicant for services rendered in this case, except that the compensation received herein will be shared among the partners and employees of Applicant.

2.    PAYMENT AND REIMBURSEMENT REQUESTED

Brown Rudnick submits this Application (a) for payment of reasonable compensation for actual, reasonable, and necessary professional services performed by it as counsel for the Committee during the Second Reporting Period, and (b) for reimbursement of actual, reasonable, and necessary disbursements made to pay expenses incurred in representing the Committee during the Second Reporting Period. This Application is made pursuant to applicable provisions of the Bankruptcy Code and Bankruptcy Rules as well as applicable local, Court and United States Trustee rules and guidelines. This is Brown Rudnick's second and final fee application.

During the Second Reporting Period, the Committee incurred fees of $30,037.50 for legal services rendered by Brown Rudnick, calculated at Brown Rudnick's usual and customary hourly rates as more specifically set forth herein, comprising 47.4 hours of professional time at a blended hourly rate of $633.70. In addition, Brown Rudnick made disbursements to pay expenses in the amount of $2,733.74 during the Second Reporting Period. All of the fees and disbursements sought to be paid or reimbursed in connection with this Application were actual, necessary, and reasonable, and benefited the Debtors' estates and creditors.

3.    DESCRIPTION OF REASONABLE AND NECESSARY SERVICES RENDERED

The following provides a summary of the services rendered by Brown Rudnick during the Second Reporting Period. A full description of services performed during the Application Period is reflected in the time records attached to the Castaldi Declaration as Exhibit "2."

A.    Case Administration

During the Second Reporting Period, Applicant spent 6.5 hours performing services related to Case Administration. Applicant charged fees for these services in the amount of $4,185.00, which represents approximately 13.9% of the total fees charged for the Second Reporting Period. The blended hourly rate for services performed in this category is approximately $643.85 per hour.

5

The services provided by Brown Rudnick in this category included review and analysis of emergency motions affecting name changes and employee compensation, review of and attendance at a hearing on a motion for relief from stay, review of case documents to determine the impact on unsecured creditors, handling tasks relating to the dissolution of the Committee, and correspondence with counsel for the Debtors and the Official Committee of Equity Security Holders ("Equity Committee") regarding each of the above issues to coordinate so as to minimize duplication of effort.

B.    Asset Analysis, Recovery and Disposition

During the Reporting Period, Applicant spent 0.1 hours performing services in connection with asset analysis, recovery and disposition. Applicant's fees charged for services related to asset analysis and recovery are $67.50, which represents approximately 0.2% of the total fees sought by this Application. The blended hourly rate for services performed in this category is $675.00 per hour.

The services provided by Brown Rudnick in this category consisted of email correspondence with counsel for the Equity Committee relating to a Rule 2004 examination.

C.    Asset Disposition

During the Second Reporting Period, Applicant spent 1.4 hours performing services related to Asset Disposition. Applicant charged fees for these services in the amount of $945.00, which represents approximately 3.1% of the total fees charged for the Second Reporting Period.   The blended hourly rate for services performed in this category is $675.00 per hour.

The services provided by Brown Rudnick in this category included review of language affecting unsecured creditors in the paperwork relating to the sale of Debtors' assets, and correspondence relating to the same.

D.    Meetings of and Communications with Creditors

During the Second Reporting Period, Applicant spent 0.9 hours performing services related to Case Administration. Applicant charged fees for these services in the amount of $607.50, which represents approximately 2% of the total fees charged for the Second Reporting Period. The blended hourly rate for services performed in this category is $675.00 per hour.

6

1249443 v1-iManDB-034260/0001

1    The services provided by Brown Rudnick in this category included status updates and

2    related communications with members of the Committee.

3    E.    Fee/Employment Applications

4    During the Second Reporting Period, Applicant spent 21.7 hours performing services

5    related to Fee/Employment Applications. Applicant charged fees for these services in the amount

6    of $13,162.50, which represents approximately 43.8% of the total fees charged for the Second

7    Reporting Period. The blended hourly rate for services performed in this category is

8    approximately $606.57 per hour.

9    The services provided by Brown Rudnick in this category included preparing and filing

10    Brown Rudnick's first interim fee application, preparing and filing the first interim fee application

11    for the Committee's financial advisor, Province, Inc., and correspondence with the Committee

12    relating to the same. Applicant's services also included appearance and supporting declaration at

13    the hearing on the first interim applications of all professionals.

14    F.    Fee/Employment Objections

15    During the Second Reporting Period, Applicant spent 2.3 hours performing services related

16    to Fee/Employment Objections. Applicant charged fees for these services in the amount of

17    $1,552.50, which represents approximately 5.2% of the total fees charged for the Second

18    Reporting Period. The blended hourly rate for services performed in this category is $675.00 per

19    hour.

20    The services performed by Brown Rudnick in this category included reviewing fee

21    applications filed by Equity Committee professionals, and correspondence with counsel for the

22    Equity Committee to informally resolve any potential objections without the need for costly

23    litigation.

24    G.    Other Contested Matters

25    During the Second Reporting Period, Applicant spent 0.1 hours performing services related

26    to Other Contested Matters. Applicant charged fees for these services in the amount of $67.50,

27    which represents approximately 0.2% of the total fees charged for the Second Reporting Period.

28    The blended hourly rate for services performed in this category is $675.00 per hour.

7

The services performed by Brown Rudnick in this category consisted of email correspondence with Equity Committee counsel on relevant contested matters.

H.   Business Operations

During the Second Reporting Period, Applicant spent 0.6 hours performing services related to Business Operations. Applicant charged fees for these services in the amount of $405.00, which represents approximately 1.3% of the total fees charged for the Second Reporting Period. The blended hourly rate for services performed in this category is $675.00 per hour.

The services performed by Brown Rudnick in this category consisted of reviewing notices regarding insider compensation and preparation of a notice of non-opposition to payment of certain employee bonuses and severance.

I.   Claims Administration and Objections

During the Second Reporting Period, Applicant spent 11.8 hours performing services related to Business Operations. Applicant charged fees for these services in the amount of $7,695.00, which represents approximately 25.6% of the total fees charged for the Second Reporting Period.  The blended hourly rate for services performed in this category is approximately $652.12 per hour.

The services performed by Brown Rudnick in this category included review of motions relating to payment of claims and use of upstream cash, preparing and filing joinders on behalf of the Committee, attendance at hearings on the motions, providing comments on the proposed orders on behalf of the Committee, reviewing objections to proofs of claim, and correspondence relating to the same.

J.   Plan and Disclosure Statement

During the Second Reporting Period, Applicant spent 2 hours performing services related to Business Operations. Applicant charged fees for these services in the amount of $1,350.00, which represents approximately 4.5% of the total fees charged for the Second Reporting Period. The blended hourly rate for services performed in this category is $675.00 per hour.

///

///

8

1249443 v1-iManDB-034260/0001

1    The services performed by Brown Rudnick in this category included reviewing Debtors'

2    Chapter 11 Plan and related documents, and correspondence relating to plan provisions affecting

3    unsecured creditors.

4    4.    DESCRIPTIVE AND DETAILED STATEMENT OF COSTS INCURRED

5    Attached and incorporated as Exhibit "5" is a schedule of costs and expenses incurred or

6    paid by Applicant during the Second Reporting Period but not yet reimbursed. Exhibit "6" is a

7    summary schedule recommended by the United States Trustee's Office. Applicant believes and

8    represents that the costs and expenses are reasonable under the circumstances of this case and the

9    various pleadings filed by the Committee. During the Second Reporting Period, Applicant

10    incurred unreimbursed expenses of $2,733.74 on behalf of the Committee for which Applicant

11    seeks reimbursement. These expenses were actual expenses incurred in connection with the

12    services rendered on behalf of the Committee. Expenses of this type are billed to and paid by

13    Applicant's clients who pay monthly without contingency as to payment. Applicant has not

14    included such expenses in its overhead and such expenses are not encompassed by its billing rates.

15    A.    Meals/Taxi/Hotel

16    Applicant incurred $380.47 in expenses in this category during the Second Reporting

17    Period, primarily in connection with attendance at Court hearings.

18    B.    Court Reporting

19    Applicant incurred the sum of $58.97 in standard Court reporting expenses during the

20    Second Reporting Period.

21    C.    Messenger Services/Delivery

22    Applicant incurred the sum of $1,030.14 in document delivery charges during the Second

23    Reporting Period. Applicant has used document delivery services only when next-day or same-

24    day delivery of documents and filing of pleadings was required. The charges are billed by the

25    businesses which Applicant contracts to perform delivery services. In each instance when such

26    expedited delivery of documents is required, a three-part delivery invoice is completed stating the

27    name of the recipient of the document, the recipient's address and the client to be charged for the

28    delivery. At the end of the month, the delivery services bill Applicant with copies of such

9

1  invoices. The invoices are then charged to the client's account. The delivery services do not

2  charge Applicant a set fee for their services; rather they charge Applicant fees according to the

3  distance they are required to travel in order to deliver the documents. Whenever possible,

4  Applicant uses Federal Express for deliveries in the Orange County and Los Angeles areas, since

5  it is generally less expensive than a messenger service.

6       D.    <u>Document Copies</u>

7       Applicant incurred the sum of $879.40 for in-house document reproduction expenses

8  during the Second Reporting Period. All in-house document copies are made after the case name

9  and attorney or law clerk's code number are keyed into a computer system which calculates the

10  number of copies by page. All of the Applicant's Committee and Trustee clients are charged

11  $0.10 per page for in-house document reproduction expenses.

12       E.    <u>Postage</u>

13       Applicant incurred the sum of $45.76 in postage for mailing during the Second Reporting

14  Period. Postage is usually charged to clients when multiple envelopes are being mailed at a single

15  time. A cost recovery system in the mail room records the client and amount to be charged.

16       F.    <u>Court Call</u>

17       Applicant incurred $255.00 in charges during the Second Reporting Period for telephonic

18  appearances at Court hearings.

19       G.    <u>Computer Research</u>

20       Applicant incurred $84.00 in charges related to online computer research including

21  Westlaw, Pacer, and other online research. These costs were incurred during the Second

22  Reporting Period, with the exception of $33.60 in Pacer charges which were billed on a delay and

23  thus not sought in the First Interim Application. Applicant does not use online services without

24  first utilizing its own library and other resources.

25  ///

26  ///

27  ///

28  ///

10

5.    THE COURT HAS THE AUTHORITY TO, AND SHOULD, APPROVE THE

APPLICATION IN ITS ENTIRETY

    A.    Amount of Current Request For Compensation And Reimbursement

      As set forth above and in the attached exhibits, during the Second Reporting Period,

Applicant incurred fees in the amount of $30,037.50 and incurred expenses in the amount of

$2,733.74 on behalf of the Committee, for which Applicant seeks approval in the total sum of

$32,771.24.  Additionally, Applicant seeks approval on a final basis of total fees of $187,317.10

and total costs of $6,260.58 incurred collectively during the First Reporting Period and Second

Reporting Period.

    B.    Legal Points And Authorities

      The Bankruptcy Code provides that the Court can authorize payment of reasonable and

necessary compensation and reimbursement of expenses.

> (a) (1) After notice to the parties in interest and the United States
> Trustee and a hearing, and subject to sections 326, 328, and 329, the
> court may award to a trustee, an examiner, a professional person
> employed under section 327 or 1103
>
> > (A) reasonable compensation for actual, necessary
> > services rendered by the trustee, examiner,
> > professional person, or attorney and by any
> > paraprofessional person employed by any such
> > person; and
> >
> > (B) reimbursement for actual, necessary expenses.

Bankruptcy Code § 330.

      The primary Ninth Circuit case discussing the test for determining a reasonable attorney's

fee under Bankruptcy Code § 330 is *In re Yermakov*, 718 F.2d 1465 (9th Cir. 1983), which states:

"The primary method used to determine a reasonable attorney fee in a bankruptcy case is to

multiply the number of hours expended by an hourly rate." Id. at 1471. Elsewhere, this has been

referred to as the "lodestar" or basic fee, which, if warranted, can be adjusted upward or

downward. *In re Powerine Oil Co.*, 71 B.R. 767 (9th Cir. BAP 1986).  Applicant believes, based

upon the foregoing and upon the supporting declaration and exhibits attached hereto, that the fees

11

and costs requested are entirely reasonable given the benefit conferred on the Estate's creditors as contemplated under Bankruptcy Code §§ 330 and 331.

6. **ESTIMATE OF ADDITIONAL FEES INCURRED AFTER THE SECOND REPORTING PERIOD**

Applicant estimates that approximately $3,850 in additional fees and costs will be incurred in preparing and filing this Application. Applicant will submit a supplemental declaration providing the exact fees and costs incurred once tabulated.

7. **COMPLIANCE WITH LOCAL BANKRPUTCY RULE 2016-1**

Applicant has reviewed the requirements of Local Bankruptcy Rule 2016-1, and confirmed that this Application is in compliance therewith.

8. **RELIEF REQUESTED**

WHEREFORE, Brown Rudnick respectfully requests the following relief:

1. Approval on a final basis of $187,357.10 in fees and $6,260.58 in costs for the Final Application Period, consisting of:

   a. $157,319.60 in fees, and $3,526.84 in costs, previously awarded to Brown Rudnick in the First Interim Fee Order; and

   b. $30,037.50 in fees, $2,733.74 in costs in final compensation to Applicant;

2. Approval on a final basis and the fees and costs incurred in bringing this Application; and

3. Such other and further relief as the Court deems just and proper.

DATED: March 30, 2018            Respectfully submitted,

BROWN RUDNICK LLP

By: _Cathrine M. Castaldi_ _____
CATHRINE M. CASTALDI
Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

12

1249443 v1-iManDB-034260/0001

## DECLARATION OF CATHRINE M. CASTALDI

I, CATHRINE M. CASTALDI, declare as follows:

1.      I am an attorney at law duly licensed to practice before the above-entitled Court, and am member of the law firm of Brown Rudnick LLP, attorneys of record for the Official Committee of Unsecured Creditors for the Bankruptcy Estate of Ironclad Performance Wear Corporation, a California corporation.

2.      I have first-hand personal knowledge of the matters set forth herein, and if called upon as a witness, would and could competently testify thereto.

3.      This declaration is submitted in support of the attached *Amended* Second and Final Application for Allowance of Fees and Costs Filed by Brown Rudnick LLP [November 9, 2017 through February 5, 2018] ("Application").  Unless otherwise stated herein, capitalized terms shall have the same meaning as in the Application.

4.      I am one of the designated professional responsible for overseeing the billing in this matter and for assuring compliance with the United States Trustee's Guidelines relating to billing.

5.      With the exception of the general sharing of compensation between members and employees of the firm, no agreement or understanding exists between Applicant and any other individual or entity for the sharing of compensation to be received for services rendered or the reimbursement of costs incurred in or in connection with this case.

6.      A true and correct copy of the Employment Order is attached hereto as Exhibit "1."

7.      Attached as Exhibit "2" is a true and correct copy of attorney time records for services rendered by professionals in this firm on behalf of the Trustee in the above entitled matter, together with a record of all costs incurred during Second Reporting Period.

8.      Attached as Exhibit "3" are certain summary schedules as recommended in the United States Trustee's Guidelines.

9.      A brief biographical description of the attorneys who rendered services for which compensation is sought by this Application is attached as Exhibit "4."

10.     Attached as Exhibit "5" is a schedule of costs and expenses incurred or paid by Applicant during the Reporting Period.

13

11.     Attached hereto as Exhibit "6" is a summary schedule of costs as recommended by the U.S. Trustee Guidelines.

12.     I believe that the fee application submitted herein covering the Second Reporting Period complies with the United States Trustee Guide for Applications for Professional Fee Compensation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 30, 2018, at Irvine, California.

CATHRINE M. CASTALDI

14

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, Applicant Brown Rudnick LLP respectfully requests that this Court take judicial notice of the following documents filed in the above-captioned bankruptcy case of Ironclad Performance Wear Corporation, a California corporation ("Ironclad California"):

1.    Voluntary petition for relief under Chapter 11 of Title 11 of the United States Code [Docket No. 1.]

2.    Order Granting Applications for Approval of Fees and Reimbursement of Expenses of Professionals Employed in these Chapter 11 Cases [Docket No. 337.]

3.    Notice of Appointment of Official Committee of Unsecured Creditors [Docket No. 62.]

4.    Application Authorizing Retention of Brown Rudnick LLP as Counsel For the Official Committee of Unsecured Creditors of Ironclad Performance Wear Corporation, *et al.*, *nunc pro tunc* to September 22, 2017 [Docket No. 100.]

5.    Order: (1) Approving Sale of Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (2) Approving the Debtors' Assumption and Assignment of Certain Unexpired Leases and Executory Contracts and Determining Cure Amounts and Approving the Debtors' Rejection of Unexpired Leases and Executory Contracts which are not Assumed; (3) Waiving the 14-day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d); and (4) Granting Related Relief [Docket No. 177.]

6.    Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dates February 9, 2018 [Docket No. 438].

7.    Order Confirming Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dates February 9, 2018 [Docket No. 442.]

8.    First Interim Application For Fees and Costs filed by Brown Rudnick LLP (September 22, 2017 to November 9, 2017) [Docket No. 231.]

9.    Stipulation on First Interim Application For Fees and Costs filed by Brown Rudnick LLP (September 22, 2017 to November 9, 2017) [Docket No. 271.]

15

10.    Order Approving Stipulation on First Interim Application For Fees and Costs filed by Brown Rudnick LLP (September 22, 2017 to November 9, 2017) [Docket No. 298.]

DATED:  March 30, 2018                      Respectfully submitted,

BROWN RUDNICK LLP


By: _____
CATHRINE M. CASTALDI
Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

16

1249443 v1-iManDB-034260/0001

# EXHIBIT 1

1  BROWN RUDNICK LLP
   CATHRINE M. CASTALDI, #156089
2  ccastaldi@brownrudnick.com
   Fouad Kurdi (*pro hac vice*)
3  fkurdi@brownrudnick.com
   SAM MONIZ, #313274
4  smoniz@brownrudnick.com
   2211 Michelson Drive, 7th Floor
5  Irvine, California  92612
   Telephone:    (949) 752-7100
6  Facsimile:    (949) 252-1514

7  Proposed Attorneys for OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

8

9

10             UNITED STATES BANKRUPTCY COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12             SAN FERNANDO VALLEY DIVISION

13

14  In re:                                    Lead Case No.: 1:17-bk-12408-MB

15  IRONCLAD PERFORMANCE WEAR                 Jointly administered with: 1:17-bk-12409-MB
    CORPORATION, a California corporation,
                                              Chapter 11 Cases
16       Debtor and Debtor in Possession.
                                              **ORDER AUTHORIZING THE RETENTION**
17  _____       **OF BROWN RUDNICK LLP AS COUNSEL**
                                              **FOR THE OFFICIAL COMMITTEE OF**
18  In re:                                    **UNSECURED CREDITORS OF IRONCLAD**
                                              **PERFORMANCE WEAR CORPORATION,**
19  IRONCLAD PERFORMANCE WEAR                 **A CALIFORNIA CORPORATION., NUNC**
    CORPORATION, a Nevada corporation,        **PRO TUNC TO SEPTEMBER 22, 2017**

20       Debtor and Debtor in Possession.     **[NO HEARING REQUIRED PURSUANT**
                                              **TO LOCAL RULE 2014-1(b)(1)]**
21  _____

22  ☐  Affects both Debtors

23  ☒  Affects Ironclad Performance Wear
    Corporation, a California corporation only

24  ☐  Affects Ironclad Performance Wear
    Corporation, a Nevada corporation only

25  _____

26

27

28

1239341 v1-iManDB-000003/4003

1    The Court read and considered the Application For Order Authorizing The Retention Of

2    Brown Rudnick LLP ("BR") As Counsel For The Official Committee Of Unsecured Creditors Of

3    Ironclad Performance Wear Corporation, a California corporation (the "Application") (Dkt 100),

4    filed by The Official Committee of Unsecured Creditors (the "Committee") for the bankruptcy

5    estate of Ironclad Performance Wear Corporation, a California corporation, which is being jointly

6    administered with the bankruptcy estate of Ironclad Performance Wear Corporation, a Nevada

7    corporation (the "Debtors"), the Notice of Application (Dkt. 102) and Statement Of

8    Disinterestedness For Employment Of Professional Person Under FRBP 2014 (Dkt. 101) and

9    Supplemental Declaration of Cathrine M. Castaldi in support of the Application (Dkt. 146), the

10    Office of the United States Trustee's Objection, which was subsequently withdrawn (Dkt. 124 and

11    173), and noting no other objection to the application pending, and it further appearing that proper

12    notice of the Application has been given; and good cause having been shown:

13    IT IS HEREBY ORDERED that the Application is granted.

14    IT IS FURTHER ORDERED that the Committee is authorized to employ the law firm of

15    Brown Rudnick LLP, as general counsel, effective as of September 22, 2017, with any

16    compensation or cost reimbursement to be paid in such amounts as may be allowed by the Court

17    upon proper application or applications filed pursuant to 11 U.S.C. § 330 and 331.

18

19                                    # # #

20

21

22

23    Date: November 9, 2017

                                    _____
24                                    Martin R Barash
                                    United States Bankruptcy Judge

25

26

27

28

1239341 v1-iManDB-000003/4003

Case 1:17-bk-12408-MB    Doc 515    Filed 03/30/18    Entered 03/30/18 13:47:49    Desc
Case 1:17-bk-12408-MB    Main Document    Page 23 of 60    Entered 11/11/17 21:40:55    Desc
Imaged Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-12408-MB
Ironclad Performance Wear Corporation, a                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: agasparia          Page 1 of 1          Date Rcvd: Nov 09, 2017
                             Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db              +Ironclad Performance Wear Corporation, a Californi,   15260 Ventura Blvd.,   20th Floor,
                 Sherman Oaks, CA 91403-5303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017

                                    Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
         Aaron S Craig    on behalf of Interested Party    Big Time Products, LLC acraig@kslaw.com,
             lperry@kslaw.com
         Cathrine M Castaldi    on behalf of Creditor Committee    Offical Committee of Unsecured Creditors
             ccastaldi@brownrudnick.com
         Krikor J Meshefejian    on behalf of Debtor    Ironclad Performance Wear Corporation, a Nevada
             corporation kjm@lnbrb.com
         Krikor J Meshefejian    on behalf of Debtor    Ironclad Performance Wear Corporation, a California
             corporation kjm@lnbrb.com
         Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
         Monica Y Kim    on behalf of Debtor    Ironclad Performance Wear Corporation, a California
             corporation myk@lnbrb.com,  myk@ecf.inforuptcy.com
         Ron Bender    on behalf of Debtor    Ironclad Performance Wear Corporation, a Nevada corporation
             rb@lnbyb.com
         Ron Bender    on behalf of Debtor    Ironclad Performance Wear Corporation, a California
             corporation rb@lnbyb.com
         Russell Clementson    on behalf of U.S. Trustee    United States Trustee (SV)
             russell.clementson@usdoj.gov
         S Margaux Ross    on behalf of U.S. Trustee    United States Trustee (SV) margaux.ross@usdoj.gov
         Samuel R Maizel    on behalf of Creditor Committee    Offical Committee of Unsecured Creditors
             samuel.maizel@dentons.com,
             alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.ho
             ward@dentons.com
         Sharon Z. Weiss    on behalf of Creditor    Radians Wareham Holdings, Inc.
             sharon.weiss@bryancave.com,  raul.morales@bryancave.com
         Shiva D Beck    on behalf of Creditor William Aisenberg sbeck@gardere.com,  jcharrison@gardere.com
         Shiva D Beck    on behalf of Creditor Jeffrey  Cordes sbeck@gardere.com,  jcharrison@gardere.com
         Tania M Moyron    on behalf of Interested Party Samuel R. Maizel tania.moyron@dentons.com,
             chris.omeara@dentons.com
         Tania M Moyron    on behalf of Stockholder    Official Committee of Equity Security Holders
             tania.moyron@dentons.com,  chris.omeara@dentons.com
         United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                              TOTAL: 17

# EXHIBIT 2

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
WINSPEED SPORTS (SHANGHAI) CO., LTD.
CREDITORS ADJUSTMENT BUREAU
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423

| | |
|---|---|
| Invoice | 6850871 |
| Date | Mar 27, 2018 |
| Client | 034260 |

RE: IN RE IRONCLAD

## INVOICE

For professional services rendered in connection with the above captioned matter
through March 22, 2018:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 034260.0001 | IN RE IRONCLAD | 30,037.50 | 0.00 | 30,037.50 |
| | **Total** | **30,037.50** | **0.00** | **30,037.50** |
| | Total Current Fees | | | $30,037.50 |
| | **Total Invoice** | | | **$30,037.50** |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BR**

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                    Invoice 6850871
RE: IN RE IRONCLAD                                                                      Page 2
March 27, 2018

## TASK SUMMARY

| Task | Hours | Value |
|------|-------|-------|
| CASE ADMINISTRATION | 6.50 | 4,185.00 |
| ASSET ANALYSIS AND RECOVERY | 0.10 | 67.50 |
| ASSET DISPOSITION | 1.40 | 945.00 |
| MTGS/COMMUNICATIONS W/CREDITOR | 0.90 | 607.50 |
| FEE/EMPLOYMENT APPLICATIONS | 21.70 | 13,162.50 |
| FEE/EMPLOYMENT OBJECTIONS | 2.30 | 1,552.50 |
| OTHER CONTESTED MATTERS | 0.10 | 67.50 |
| BUSINESS OPERATIONS | 0.60 | 405.00 |
| CLAIMS ADMINISTRATION & OBJECT | 11.80 | 7,695.00 |
| PLAN AND DISCLOSURE STATEMENT | 2.00 | 1,350.00 |

## TIME DETAIL

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| CASE ADMINISTRATION | | | | |
| 11/10/17 | MLA | PREPARE REQUEST FOR HEARING TRANSCRIPT FOR FILING AND SERVICE; | 0.10 | NO CHARGE |
| 11/10/17 | MLA | DRAFT REQUEST FOR HEARING TRANSCRIPT; | 0.20 | NO CHARGE |
| 11/14/17 | CMC | DRAFT NOTICES OF NON-OPPOSITION RE: NAME CHANGE; | 0.20 | 135.00 |
| 11/14/17 | CMC | REVIEW EMERGENCY MOTIONS AND CALL TANIA MOYRON RE: EQUITY COMMITTEE POSITION WITH RESPECT TO EMERGENCY MOTIONS RE: NAME CHANGE AND EMPLOYEE COMPENSATION; | 0.20 | 135.00 |
| 11/14/17 | CMC | REVIEW SUPPLEMENT RE: NAME CHANGE; | 0.20 | 135.00 |
| 11/14/17 | CMC | REVIEW AND RESPOND TO EMAIL FROM CAROL CABELLO; | 0.20 | 135.00 |
| 11/15/17 | CMC | PREPARE FOR AND ATTEND HEARING RE: MOTION FOR RELIEF FROM STAY (AISENBERG AND CORDES); NAME CHANGE AND PAYMENT TO KEY EMPLOYEES; | 3.40 | 2,295.00 |
| 11/15/17 | CMC | CONFERENCE WITH TANIA MOYRON RE: ISSUES CONCERNING PAYMENT TO KEY EMPLOYEES; | 0.10 | 67.50 |
| 11/16/17 | CMC | REVIEW EMAIL FROM KRIKOR RE: HEARING REMOVED FROM CALENDAR; | 0.10 | 67.50 |
| 11/16/17 | CMC | CONFERENCE WITH JEANNIE MENDEZ RE: UPDATED CAPTION; | 0.20 | 135.00 |
| 01/04/18 | CMC | CONFERENCE WITH CLERK RE: ADVISEMENT OF TENTATIVE RULING; | 0.10 | 67.50 |

Brown Rudnick LLP · Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 3

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/08/18 | CMC | REVIEW AND RESPOND TO EMAIL FROM RON BENDER RE: DISSOLUTION OF COMMITTEE; | 0.20 | 135.00 |
| 01/08/18 | CMC | CONFERENCE WITH MARGAUX ROSS RE: POSITION ON POST-PETITION INTEREST; | 0.20 | 135.00 |
| 01/08/18 | CMC | REVIEW PLAN RE: PROVISIONS IMPACTING UNSECURED CREDITORS; | 0.50 | 337.50 |
| 01/08/18 | CMC | REVIEW RESPONSE FROM MARGAUX ROSS TO RON BENDER EMAIL; | 0.10 | 67.50 |
| 01/08/18 | CMC | DRAFT EMAIL TO COMMITTEE MEMBERS CONFIRMING PAYMENT IN FULL. | 0.10 | 67.50 |
| 01/08/18 | CMC | REVIEW EMAIL FROM BRENT WATERS CONFIRMING PAYMENT; | 0.10 | 67.50 |
| 01/08/18 | CMC | REVIEW EMAIL FROM MARK ROBBA CONFIRMING PAYMENT IN FULL; | 0.10 | 67.50 |
| 01/17/18 | CMC | DRAFT EMAIL TO MARGAUX ROSS RE: PAYMENT OF CLAIMS AND DISSOLUTION OF COMMITTEE; | 0.10 | 67.50 |
| 01/19/18 | CMC | REVIEW EMAIL MESSAGE FROM MARGAUX ROSS; | 0.10 | 67.50 |

ASSET ANALYSIS AND RECOVERY

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/13/17 | CMC | DRAFT EMAIL TO ART RUEGGER AND TANIA MOYRON RE: 2004 EXAMINATION; | 0.10 | 67.50 |

ASSET DISPOSITION

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/14/17 | CMC | REVIEW EMAIL FROM KRIKOR MESHEFEJIAN RE: FIRST AMENDMENT TO APA; | 0.30 | 202.50 |
| 11/14/17 | CMC | DRAFT EMAIL RE: SUGGESTED LANGUAGE RE: AMENDED APA RE: DEBTOR'S OBLIGATIONS UNDER 8.7 AND CALL KRIKOR MESHEFEJIAN RE: SAME; | 0.30 | 202.50 |
| 11/14/17 | CMC | REVIEW EMAIL AND LANGUAGE FROM TANIA MOYRON; | 0.10 | 67.50 |
| 11/14/17 | CMC | REVIEW REVISED AMENDMENT WITH LANGUAGE FROM MOYRON AND CASTALDI INCORPORATED; | 0.20 | 135.00 |
| 11/14/17 | CMC | REVIEW AND RESPOND TO EMAILS RE: CLOSING OF SALE; | 0.10 | 67.50 |
| 11/16/17 | CMC | REVIEW AMENDED LANGUAGE AND SUGGEST REVISION; | 0.20 | 135.00 |
| 11/16/17 | CMC | REVIEW PROPOSED CHANGES AND APPROVE SAME RE: SECOND AMENDMENT AND ORDER RE: PURCHASE AGREEMENT; | 0.10 | 67.50 |
| 11/21/17 | CMC | REVIEW SALE CLOSING NOTICE; | 0.10 | 67.50 |

MTGS/COMMUNICATIONS W/CREDITOR

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/16/17 | CMC | PREPARE COMMITTEE UPDATE; | 0.30 | 202.50 |
| 11/16/17 | CMC | REVIEW AND RESPOND TO EMAILS FROM BRENT WATERS AND MARK ROBBA; | 0.20 | 135.00 |



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 4

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/27/17 | CMC | DRAFT STATUS UPDATE TO COMMITTEE AND REQUEST FOR VOTE ON ACTION ITEMS RE: JOINDER, APPROVAL OF FEES AND NON-OPPOSITION REGARDING MOTION TO UPSTREAM CASH TO IRONCLAD NEVADA TO PAY FEES; | 0.30 | 202.50 |
| 11/27/17 | CMC | REVIEW EMAIL VOTES FROM COMMITTEE MEMBERS; | 0.10 | 67.50 |

**FEE/EMPLOYMENT APPLICATIONS**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/17 | CMC | REVIEW AND CATEGORIZE DETAILED FEE APPLICATIONS; | 1.00 | 675.00 |
| 11/14/17 | CMC | BEGIN DRAFT FEE APPLICATION; | 2.10 | 1,417.50 |
| 11/15/17 | CMC | CONFERENCE WITH NANCY STODDARD RE: FEE APPLICATION AND DETAILED TIME REVIEW AND CATEGORIZATION; | 0.10 | 67.50 |
| 11/16/17 | CMC | CONFERENCE WITH NANCY STODDARD RE: REVIEW OF COSTS AND REDUCTIONS RE: SAME; | 0.30 | 202.50 |
| 11/17/17 | CMC | DRAFT FEE APPLICATION; | 3.40 | 2,295.00 |
| 11/20/17 | CMC | FINALIZE FEE APPLICATION; | 4.20 | 2,835.00 |
| 11/20/17 | CMC | REVIEW AND SUPPLEMENT PROVINCE FEE APPLICATION AND EMAIL TO CAROL CABELLO RE: SAME; | 0.80 | 540.00 |
| 11/20/17 | CMC | DRAFT EMAIL TO CAROL CABELLO AND RON BENDER RE: FINAL NUMBERS FOR FEE APPLICATION NOTICE; | 0.20 | 135.00 |
| 11/20/17 | CMC | CONFERENCE WITH ACCOUNTING RE: REVISED FEE APPLICATION; | 0.20 | 135.00 |
| 11/20/17 | CMC | DRAFT EMAIL TO RON BENDER RE: FINAL PROVINCE FEES; | 0.10 | 67.50 |
| 11/21/17 | CSE | 34260/1 DRAFT BIO FOR FINAL FEE APPLICATION .3 | 0.30 | NO CHARGE |
| 11/21/17 | JM | PREPARE FOR AND FILE FIRST INTERIM APPLICATION FOR FEES AND COSTS OF BROWN RUDNICK | 0.50 | NO CHARGE |
| 11/21/17 | JM | PREPARE FOR AND FILE FIRST AND FINAL APPLICATION FOR FEES AND COSTS OF PROVINCE, INC. | 0.50 | NO CHARGE |
| 11/21/17 | CMC | REVIEW AND COMMENT RE: PROVINCE APPLICATION; | 0.50 | 337.50 |
| 11/21/17 | CMC | FINALIZE BR APPLICATION AND NOTICE; | 0.50 | 337.50 |
| 11/22/17 | JM | DRAFT DECLARATION OF BRIAN MITTELDORF IN SUPPORT OF BROWN RUDNICK'S FIRST INTERIM APPLICATION FOR FEES AND COSTS | 0.40 | NO CHARGE |
| 11/22/17 | CMC | REVIEW APPLICATION OF EQUITY COMMITTEE FINANCIAL ADVISOR; | 0.20 | 135.00 |
| 11/27/17 | CMC | FINALIZE DECLARATIONS OF SAM MITTELDORF RE: PROVINCE AND BR APPLICATIONS; | 0.30 | 202.50 |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 5

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/28/17 | JM | PREPARE FOR AND FILE DECLARATION OF SAM MITTELDORF IN SUPPORT OF PROVINCE'S FEE APPLICATION | 0.20 | NO CHARGE |
| 11/29/17 | CMC | AUTHORIZE FILING OF DECLARATION OF SAM MITTELDORF IN SUPPORT OF APPLICATION; | 0.10 | 67.50 |
| 11/30/17 | CMC | CONFERENCE WITH CAROL CABELLO; | 0.20 | 135.00 |
| 12/04/17 | CMC | DRAFT DECLARATION IN SUPPORT OF PROVINCE FEE APPLICATION; | 3.10 | 2,092.50 |
| 12/05/17 | CMC | REVIEW REPLY AND PROVIDE COMMENTS RE: COMMITTEE PRACTICE; | 0.50 | 337.50 |
| 12/05/17 | JM | FILE AND SERVE DECLARATION OF CATHRINE CASTALDI IN SUPPORT OF PROVINCE'S FIRST AND FINAL FEE APPLICATION | 0.30 | NO CHARGE |
| 12/12/17 | CMC | PREPARE FOR HEARING RE: FEE APPLICATION; | 1.50 | 1,012.50 |
| 12/13/17 | CMC | REVIEW PROPOSED OMNIBUS FEE ORDER; | 0.20 | 135.00 |

FEE/EMPLOYMENT OBJECTIONS

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/22/17 | CMC | REVIEW FEE APPLICATION FOR DENTON'S | 0.50 | 337.50 |
| 11/22/17 | CMC | REVIEW AND ANALYZE DEBTOR'S PROFESSIONAL APPLICATIONS; | 0.70 | 472.50 |
| 11/27/17 | CMC | REVIEW DETAILED EMAIL FROM SAM MAIZELL, REVIEW FILED FEE APPLICATION AND ERRORS RE: SAME AND COMMUNICATE ASSENT TO REDUCTION IN FEES; | 0.30 | 202.50 |
| 11/29/17 | CMC | CONFERENCE WITH CAROL CABELLO RE: EQUITY COMMITTEE ISSUES; | 0.40 | 270.00 |
| 12/01/17 | CMC | CONFERENCE WITH SUSIE SEFLIN RE: STATUS OF CASE; | 0.40 | 270.00 |

OTHER CONTESTED MATTERS

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/17 | CMC | REVIEW EMAILS FROM ARTHUR RUEGGER AND RESPOND TO SAME; | 0.10 | 67.50 |

BUSINESS OPERATIONS

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/17 | CMC | DRAFT NOTICE OF NON-OPPOSITION RE: MOTION TO PAY EMPLOYEE BONUSES AND SEVERANCE PAY; | 0.20 | 135.00 |
| 11/14/17 | CMC | REVIEW NOTICES OF SETTING INCREASING INSIDER COMPENSATION; | 0.40 | 270.00 |

CLAIMS ADMINISTRATION & OBJECT

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/21/17 | CMC | REVIEW MOTION TO PAY CLAIMS; | 0.40 | 270.00 |
| 11/21/17 | CMC | REVIEW MOTION TO UPSTREAM CASH TO IRONCLAD NEVADA RE: PAYMENT OF PROFESSIONALS; | 0.30 | 202.50 |
| 11/22/17 | JM | DRAFT NOTICE OF JOINDER TO DEBTORS' MOTION FOR AUTHORITY TO PAY UNDISPUTED PRE-PETITION CLAIMS OF SOLVENT ESTATE | 0.20 | NO CHARGE |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BR**

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 6

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|------:|------:|
| 11/22/17 | CMC | REVIEW APPLICATION TO PAY UNSECURED CLAIMS; | 0.50 | 337.50 |
| 11/22/17 | CMC | REVIEW MOTION TO UPSTREAM CASH; | 0.30 | 202.50 |
| 11/27/17 | CMC | FINALIZE JOINDER RE: MOTION TO PAY UNSECURED CLAIMS; | 0.20 | 135.00 |
| 11/28/17 | JM | PREPARE FOR AND FILE JOINDER TO DEBTORS' MOTION TO PAY UNDISPUTED PRE-PETITION CLAIMS | 0.20 | NO CHARGE |
| 12/08/17 | CMC | REVIEW OBJECTIONS TO PROOFS OF CLAIM; | 0.50 | 337.50 |
| 12/12/17 | CMC | ATTEND HEARINGS RE: FEE APPLICATIONS, STATUS CONFERENCE, MOTION TO UPSTREAM FUNDS AND MOTION TO PAY UNSECURED CLAIMS AND MOTION FOR STANDING RE: AVOIDANCE ACTIONS; | 8.50 | 5,737.50 |
| 12/13/17 | CMC | REVIEW AND COMMENT ON PROPOSED ORDER RE: PAYMENT OF PRE-PETITION CLAIMS; | 0.30 | 202.50 |
| 12/14/17 | CMC | REVIEW ENTERED ORDER RE: PAYMENT OF CLAIMS; | 0.10 | 67.50 |
| 12/14/17 | CMC | REVIEW EMAILS OF ASSENT FROM VARIOUS PARTIES RE: PAYMENT OF PRE-PETITION CLAIMS; | 0.10 | 67.50 |
| 12/14/17 | CMC | REVIEW EMAIL FROM KRIKOR MESHEFEJIAN RE: REVISED ORDER; | 0.10 | 67.50 |
| 12/18/17 | CMC | REVIEW EMAIL FROM MR. FARAGE AND RESPONSE TO SAME; | 0.10 | 67.50 |

PLAN AND DISCLOSURE STATEMENT

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|------:|------:|
| 12/13/17 | CMC | REVIEW PROPOSED PLAN ATTACHED TO JOINT MOTION; | 0.80 | 540.00 |
| 01/04/18 | CMC | REVIEW PLAN DOCUMENTS IN PREPARATION FOR HEARING; | 0.50 | 337.50 |
| 01/12/18 | CMC | REVIEW NOTICE OF HEARING ON CONFIRMATION; | 0.10 | 67.50 |
| 01/16/18 | CMC | REVIEW AND RESPOND TO EMAIL FROM SAM MITTELDORF RE: POST-PETITION INTEREST RATE AS PROVIDED FOR IN PLAN AND LAW; | 0.20 | 135.00 |
| 01/22/18 | CMC | REVIEW PLAN PLEADINGS AND COMPENSATION REQUEST FOR TRUST BOARD AND TRUSTEE; | 0.40 | 270.00 |
| **Total Hours and Fees** | | | **47.40** | **30,037.50** |

## TIME SUMMARY

| Professional | Hours | | Rate | Value |
|---|---|---|---|---|
| CAROL S. ENNIS | 0.30 | hours at | 0.00 | 0.00 |
| JEANNIE MENDEZ | 2.30 | hours at | 0.00 | 0.00 |
| CATHRINE M. CASTALDI | 44.50 | hours at | 675.00 | 30,037.50 |
| MICHELLE L. AREVALO | 0.30 | hours at | 0.00 | 0.00 |
| **Total Fees** | | | | **30,037.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice       6850871
WINSPEED SPORTS (SHANGHAI) CO., LTD.                  Date    Mar 27, 2018
CREDITORS ADJUSTMENT BUREAU                           Client        034260
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423

RE: IN RE IRONCLAD

**Balance Due:  $30,037.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

# EXHIBIT 3

**Brown Rudnick LLP**
**Professional Fee Statement**
**Ironclad: Official Committee of Unsecured Creditors**

| Activity Category | Nov 2018 | Dec 2018 | Jan 2018 | Total |
|---|---:|---:|---:|---:|
| Case Administration | 3,105.00 | 0.00 | 1,080.00 | 4,185.00 |
| Asset Analysis and Recovery | 67.50 | 0.00 | 0.00 | 67.50 |
| Asset Disposition | 945.00 | 0.00 | 0.00 | 945.00 |
| Meetings of and Communications with Creditors | 607.50 | 0.00 | 0.00 | 607.50 |
| Fee/Employment Applications | 9,585.00 | 3,577.50 | 0.00 | 13,162.50 |
| Fee/Employment Objections | 1,282.50 | 270.00 | 0.00 | 1,552.50 |
| Other Contested Matters | 67.50 | 0.00 | 0.00 | 67.50 |
| Business Operations | 405.00 | 0.00 | 0.00 | 405.00 |
| Claims Administration and Objections | 1,147.50 | 6,547.50 | 0.00 | 7,695.00 |
| Plan and Disclosure Statement | 0.00 | 540.00 | 810.00 | 1,350.00 |
| **Total** | **17,212.50** | **10,935.00** | **1,890.00** | **30,037.50** |

Brown Rudnick LLP
Professional Fee Summary
**Ironclad: Official Committe of Unsecured Creditors**

### Case Administration

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 6.20 | 4,185.00 |
| Michelle Arevalo | CA | 0.00 | 0.30 | 0.00 |
| **Total** | | | **6.50** | **4,185.00** |

### Asset Analysis and Recovery

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 0.10 | 67.50 |
| **Total** | | | **0.10** | **67.50** |

### Asset Disposition

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 1.40 | 945.00 |
| **Total** | | | **1.40** | **945.00** |

### Meetings of and Communications with Creditors

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 0.90 | 607.50 |
| **Total** | | | **0.90** | **607.50** |

### Fee/Employment Applications

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 19.50 | 13,162.50 |
| Carol S. Ennis | PL | 0.00 | 0.30 | 0.00 |
| Jeannie Mendez | CA | 0.00 | 1.90 | 0.00 |
| **Total** | | | **21.70** | **13,162.50** |

### Fee/Employment Objections

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 2.30 | 1,552.50 |
| **Total** | | | **2.30** | **1,552.50** |

Brown Rudnick LLP
Professional Fee Summary
**Ironclad: Official Committe of Unsecured Creditors**

**Other Contested Matters**

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 0.10 | 67.50 |
| Total | | | **0.10** | **67.50** |

**Business Operations**

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 0.60 | 405.00 |
| Total | | | **0.60** | **405.00** |

**Claims Administration and Objections**

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 11.40 | 7,695.00 |
| Jeannie Mendez | CA | 0.00 | 0.40 | 0.00 |
| Total | | | **11.80** | **7,695.00** |

**Plan and Disclosure Statement**

| | Type | Rate | Hours | Amount |
|---|---|---|---|---|
| Cathrine M. Castaldi | P | 675.00 | 2.00 | 1,350.00 |
| Total | | | **2.00** | **1,350.00** |

# EXHIBIT 4



**BROWN**RUDNICK
an international law firm

# Cathrine M. Castaldi

Orange County
P: +1.949.752.7100
F: +1.949.252.1514
ccastaldi@brownrudnick.com

## Bankruptcy & Corporate Restructuring

## Biography

Cathrine Castaldi is a partner in Brown Rudnick's Bankruptcy & Corporate Restructuring group in California. Cathrine concentrates her practice in the areas of bankruptcy, insolvency, reorganization and commercial litigation. She has represented Chapter 11 debtors, equity security holders, secured and unsecured creditors, trustees and committees in connection with bankruptcy cases, foreclosure actions, adversary proceedings and related commercial litigation.

Her experience in Chapter 11 cases involves representation of debtors from the inception of the case to matters involving plan confirmation and related issues, DIP financing arrangements, cash collateral disputes, valuation issues and litigation.

Cathrine also represents individuals and middle market businesses in litigation matters incident to bankruptcy or out-of-court restructuring, including fraudulent conveyance and preference litigation.

## Representation

- Representation of CEP Liquidation Trustee Peter S. Kravitz.

- Representation of the Official Committee of Unsecured Creditors of ClearEdge Power, a venture capital-funded fuel cell company, in its Chapter 11 case in the Northern District of California.

- Representation of trustee in Chapter 11 proceeding pending in the Central District of California, resulting in a substantive consolidation of a non-debtor entity and the negotiation and execution of an asset sale involving an operating oil company.

- Representation of Chapter 11 debtor in reorganization of oil and gas company and related real property interests in the Central District of California.

http://www.brownrudnick.com/people/cathrine-m-castaldi/                3/29/2018

○

   Representation of Official Committee of Equity Security Holders in confirming plan of reorganization for debt collection agency and replacing existing board of directors with elected equity committee representatives.

○

   Representation of Chapter 7 trustees as general and special counsel.

○

   Representation of real estate developers and other high net worth individuals in connection with defense of guarantee claims.

○

   Representation of publicly traded companies as creditors in multiple Chapter 11 and Chapter 7 proceedings.


## Education

○

   University of San Diego, School of Law, 1991
   J.D.

○

   University of California, Los Angeles, 1987
   B.A., Political Science

   Minor, Women's Studies

## Bar Admissions

○

   California

○

   Various United States District Courts and Bankruptcy Courts in California

○

   Ninth Circuit Court of Appeals


## Publications

○

   Cathrine M. Castaldi, (2014) *Planning Strategies For Corporations Filing Chapter 11 Bankruptcies in, Inside The Minds, Chapter 11 Bankruptcy and Restructuring Strategies, Leading Lawyers on Navigating Recent Trends, Cases, and Strategies Affecting Chapter 11 Clients,* Thompson Reuters/Aspatore Books, U.S.A.


## Speaking Engagements

○

   Panelist, California Bankruptcy Forum, 29th Annual Insolvency Conference – New Developments Regarding 363 Sales, 2017

○

   Lecturer, UCI School of Law, Saturday Academy of Law, 2017

http://www.brownrudnick.com/people/cathrine-m-castaldi/                                    3/29/2018

- Panelist, The Knowledge Group – "Distressed Debt Investing In The Oil & Gas Industry: Opportunity And Challenges," 2017

- Panelist, Chief Bankruptcy Judge's Meeting, Ninth Circuit

- Panelist, Orange County Bankruptcy Forum

- Panelist, Orange County Bar Association

- Panelist, Federal Bar Association of Los Angeles

- Panelist, Chapman University School of Law

- Panelist, Western State School of Law

## Professional Affiliations

- Board of Directors, Brown Rudnick Charitable Foundation Corporation

## Community Involvement

- Past President and Member, Orange County Charitable Fund

- Past President, Orange County Bar Association

- Past Board Member, Orange County Bar Association

- Past Chair, Commercial Law & Bankruptcy Section, Orange County Bar Association

- Ninth Circuit Judicial Conference, Lawyer Representative

- Bench Bar Coalition, State Bar of California

- Volunteer, Public Law Center

- Member, Federal Bar Association

- Member, California Bankruptcy Forum

http://www.brownrudnick.com/people/cathrine-m-castaldi/                                    3/29/2018

Cathrine M Castaldi - Brown Rudnick

- Member, Orange County Bankruptcy Forum

- Impact Giving, Grant Committee Member

© 2018 Brown Rudnick LLP. Attorney Advertising

## JEANNIE MENDEZ

Jeannie Mendez has been a legal executive assistant and case administrator since 1984. Ms. Mendez has experience working in civil and bankruptcy matters and has substantial knowledge in all aspects of state and federal court litigation and bankruptcy practices. Ms. Mendez performs substantial legal work under the direction and supervision of an active member of the State Bar of California. Ms. Mendez obtained her Associates of Arts in Paralegal Studies in 2014 from Santa Ana College. Mr. Mendez is also a long-standing member of NALS of Orange County, as well as its parent corporation, NALS…the Association for Legal Professionals, acting as Chapter President.

## MICHELLE AREVALO

Michelle Arevalo is a legal executive assistant with the Firm and has experience working in civil and bankruptcy matters and has extensive knowledge in all aspects of state and federal court litigation and bankruptcy practices. Ms. Arevalo performs substantial legal work under the direction and supervision of an active member of the State Bar of California. Ms. Arevalo obtained her Bachelor's Degree in Business in 2016 from the University of Redlands and her Associates of Arts in Paralegal Studies in 2004 from Western College.

CAROL S. ENNIS

Carol S. Ennis is a senior paralegal at Brown Rudnick LLP with over 33 years experience as a bankruptcy paralegal.  She received a Bachelor of Arts from the State University College at Oswego, New York in political science and Spanish in 1977 and began her career as a law librarian, moving on in 1980 to become a legal assistant at a major corporate service company.  In 1984 she received a paralegal certificate from Manhattanville College in Purchase, New York and commenced working as a paralegal in the nation's largest computer leasing company, which was in Chapter 11 proceedings, operating under the direction of a court appointed trustee.  She continued to work for that same chapter 11 trustee over the course of 14 years, managing the legal department in a subsequent significant case.  In 1998 Ms. Ennis came to Brown Rudnick and generally works on large cases in which the firm represents official and unofficial creditor and equity committees.  She also has considerable experience assisting with the preparation and filing of bankruptcy petitions and schedules and ongoing support in substantial chapter 11 debtor proceedings.

# EXHIBIT 5

# BROWNRUDNICK

One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice    6850871
WINSPEED SPORTS (SHANGHAI) CO., LTD.    Date    Mar 27, 2018
CREDITORS ADJUSTMENT BUREAU    Client    034260
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423

RE: IN RE IRONCLAD

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through March 22, 2018:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 034260.0001 | IN RE IRONCLAD | 0.00 | 2,733.74 | 2,733.74 |
| | **Total** | **0.00** | **2,733.74** | **2,733.74** |

| | |
|---|---|
| Total Current Costs | $2,733.74 |
| **Total Invoice** | **$2,733.74** |

Brown Rudnick LLP   Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.

**BR**

## COST DETAIL

| Date | Description | Value |
|------|-------------|-------|
| 11/01/17 | PACER - ORANGE COUNTY - OCTOBER 2017 | 0.90 |
| 11/01/17 | PACER - ORANGE COUNTY - OCTOBER 2017 | 2.90 |
| 11/01/17 | PACER - ORANGE COUNTY - OCTOBER 2017 | 2.20 |
| 11/01/17 | PACER - ORANGE COUNTY - OCTOBER 2017 | 0.90 |
| 11/01/17 | PACER - ORANGE COUNTY - OCTOBER 2017 | 17.10 |
| 11/01/17 | PACER - BOSTON - OCTOBER 2017 | 4.70 |
| 11/01/17 | PACER - BOSTON - OCTOBER 2017 | 4.90 |
| 11/10/17 | COPIES | 3.20 |
| 11/10/17 | COPIES | 2.20 |
| 11/10/17 | COPIES | 0.20 |
| 11/13/17 | COPIES | 0.40 |
| 11/14/17 | COPIES | 0.40 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 9.20 |
| 11/14/17 | COPIES | 4.20 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 0.40 |
| 11/14/17 | COPIES | 0.40 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 1.20 |
| 11/14/17 | COPIES | 0.80 |
| 11/14/17 | COPIES | 0.20 |
| 11/14/17 | COPIES | 2.20 |
| 11/14/17 | COPIES | 2.20 |
| 11/14/17 | POSTAGE-IN HOUSE | 0.46 |
| 11/15/17 | COPIES | 0.80 |
| 11/15/17 | COPIES | 0.80 |
| 11/15/17 | COPIES | 0.20 |
| 11/15/17 | COPIES | 0.40 |
| 11/15/17 | COPIES | 0.20 |
| 11/16/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 10/25/17 | 108.00 |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 3

| Date | Description | Value |
|------|-------------|-------|
| 11/16/17 | COPIES | 0.40 |
| 11/16/17 | COPIES | 0.20 |
| 11/16/17 | COPIES | 0.60 |
| 11/17/17 | MEALS - VENDOR: FOUAD KURDI 10/22/17 | 8.01 |
| 11/17/17 | COPIES | 0.40 |
| 11/17/17 | COPIES | 0.60 |
| 11/17/17 | COPIES | 0.20 |
| 11/20/17 | COPIES | 4.40 |
| 11/20/17 | COPIES | 4.60 |
| 11/20/17 | COPIES | 4.60 |
| 11/20/17 | COPIES | 3.00 |
| 11/21/17 | COPIES | 62.40 |
| 11/21/17 | COPIES | 1.40 |
| 11/21/17 | COPIES | 0.60 |
| 11/21/17 | COPIES | 51.80 |
| 11/21/17 | COPIES | 9.60 |
| 11/21/17 | COPIES | 51.80 |
| 11/21/17 | COPIES | 2.80 |
| 11/21/17 | COPIES | 13.20 |
| 11/21/17 | COPIES | 7.20 |
| 11/21/17 | COPIES | 0.60 |
| 11/21/17 | COPIES | 0.20 |
| 11/21/17 | COPIES | 4.40 |
| 11/21/17 | COPIES | 149.40 |
| 11/21/17 | POSTAGE-IN HOUSE | 30.08 |
| 11/21/17 | COPIES | 1.40 |
| 11/21/17 | COPIES | 2.40 |
| 11/21/17 | COPIES | 2.20 |
| 11/21/17 | COPIES | 9.60 |
| 11/21/17 | COPIES | 3.00 |
| 11/21/17 | COPIES | 5.00 |
| 11/21/17 | COPIES | 8.80 |
| 11/21/17 | COPIES | 2.80 |
| 11/21/17 | COPIES | 1.20 |
| 11/21/17 | COPIES | 2.00 |
| 11/21/17 | COPIES | 5.20 |
| 11/21/17 | COPIES | 3.20 |



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS                     Invoice 6850871
RE: IN RE IRONCLAD                                                              Page 4
March 27, 2018

| Date | Description | Value |
|---|---|---|
| 11/21/17 | COPIES | 2.00 |
| 11/21/17 | COPIES | 1.60 |
| 11/21/17 | COPIES | 5.20 |
| 11/21/17 | OVERNIGHT DELIVERY UPS TRACKING NO: 1Z89EA350196086891 FROM: JEANNIE MENDEZ TO: CLERK TO THE HON. MA AT UNITED STATES BANKRUPTCY COURT | 30.00 |
| 11/22/17 | COPIES | 0.20 |
| 11/22/17 | COPIES | 0.40 |
| 11/22/17 | COPIES | 0.40 |
| 11/22/17 | COPIES | 14.80 |
| 11/22/17 | POSTAGE-IN HOUSE | 3.22 |
| 11/27/17 | COPIES | 2.00 |
| 11/27/17 | COPIES | 4.20 |
| 11/27/17 | COPIES | 2.60 |
| 11/27/17 | COPIES | 0.20 |
| 11/27/17 | COPIES | 0.20 |
| 11/27/17 | COPIES | 0.20 |
| 11/27/17 | COPIES | 0.40 |
| 11/27/17 | COPIES | 3.00 |
| 11/27/17 | COPIES | 0.40 |
| 11/27/17 | COPIES | 1.40 |
| 11/27/17 | COPIES | 1.40 |
| 11/27/17 | COPIES | 0.60 |
| 11/27/17 | COPIES | 0.60 |
| 11/28/17 | COPIES | 0.20 |
| 11/28/17 | COPIES | 14.00 |
| 11/28/17 | COPIES | 0.20 |
| 11/28/17 | COPIES | 0.60 |
| 11/28/17 | COPIES | 1.40 |
| 11/28/17 | COPIES | 1.40 |
| 11/28/17 | COPIES | 1.00 |
| 11/28/17 | COPIES | 0.40 |
| 11/28/17 | COPIES | 0.60 |
| 11/28/17 | COPIES | 7.00 |
| 11/28/17 | COPIES | 1.40 |
| 11/28/17 | COPIES | 0.60 |
| 11/28/17 | COPIES | 1.80 |
| 11/28/17 | POSTAGE-IN HOUSE | 3.22 |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 5

| Date | Description | Value |
|---|---|---|
| 11/28/17 | POSTAGE-IN HOUSE | 3.22 |
| 11/28/17 | COPIES | 8.40 |
| 11/28/17 | COPIES | 5.60 |
| 11/28/17 | COPIES | 1.40 |
| 11/28/17 | COPIES | 4.40 |
| 11/29/17 | COPIES | 1.40 |
| 11/29/17 | COPIES | 1.60 |
| 11/29/17 | POSTAGE-IN HOUSE | 3.91 |
| 11/29/17 | COPIES | 1.60 |
| 11/30/17 | COPIES | 0.80 |
| 11/30/17 | COPIES | 0.20 |
| 12/01/17 | COPIES | 2.80 |
| 12/01/17 | COPIES | 1.00 |
| 12/01/17 | COPIES | 0.20 |
| 12/01/17 | COPIES | 1.60 |
| 12/01/17 | COPIES | 1.20 |
| 12/04/17 | HOTEL - VENDOR: CATHRINE CASTALDI 11/09/17 | 311.26 |
| 12/04/17 | COPIES | 1.40 |
| 12/04/17 | COPIES | 4.20 |
| 12/04/17 | COPIES | 4.60 |
| 12/05/17 | COPIES | 0.80 |
| 12/05/17 | COPIES | 0.20 |
| 12/05/17 | COPIES | 1.00 |
| 12/05/17 | COPIES | 1.20 |
| 12/05/17 | COPIES | 0.60 |
| 12/05/17 | COPIES | 0.20 |
| 12/05/17 | COPIES | 2.40 |
| 12/05/17 | COPIES | 0.40 |
| 12/05/17 | COPIES | 1.60 |
| 12/05/17 | POSTAGE-IN HOUSE | 0.46 |
| 12/05/17 | COPIES | 1.40 |
| 12/05/17 | COPIES | 2.00 |
| 12/06/17 | COPIES | 1.00 |
| 12/06/17 | COPIES | 1.00 |
| 12/06/17 | COPIES | 6.00 |
| 12/06/17 | COPIES | 8.20 |
| 12/06/17 | COPIES | 0.40 |

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 6

| Date | Description | Value |
|------|-------------|-------|
| 12/07/17 | COPIES | 1.60 |
| 12/07/17 | COPIES | 0.40 |
| 12/07/17 | COPIES | 2.40 |
| 12/08/17 | COPIES | 4.00 |
| 12/08/17 | COPIES | 3.40 |
| 12/08/17 | COPIES | 1.80 |
| 12/11/17 | COPIES | 5.20 |
| 12/11/17 | COPIES | 2.20 |
| 12/11/17 | COPIES | 4.60 |
| 12/11/17 | COPIES | 0.20 |
| 12/11/17 | COPIES | 3.40 |
| 12/11/17 | COPIES | 4.40 |
| 12/11/17 | COPIES | 0.20 |
| 12/11/17 | COPIES | 10.00 |
| 12/11/17 | COPIES | 4.00 |
| 12/11/17 | COPIES | 0.20 |
| 12/11/17 | COPIES | 4.00 |
| 12/11/17 | COPIES | 3.40 |
| 12/11/17 | COPIES | 0.40 |
| 12/11/17 | COPIES | 1.00 |
| 12/11/17 | COPIES | 1.80 |
| 12/11/17 | COPIES | 2.20 |
| 12/12/17 | TAXI - VENDOR: BEACON LIVERY INC. 10/16/17 | 61.20 |
| 12/12/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/21/17 | 27.75 |
| 12/12/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/22/17 | 232.00 |
| 12/12/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/14/17 | 112.82 |
| 12/12/17 | COPIES | 0.20 |
| 12/13/17 | COURT CALL - VENDOR: DINERS CLUB 11/08/17 | 42.50 |
| 12/13/17 | COURT CALL - VENDOR: DINERS CLUB 11/10/17 | 95.00 |
| 12/13/17 | COPIES | 1.20 |
| 12/13/17 | COPIES | 0.20 |
| 12/13/17 | COPIES | 0.60 |
| 12/13/17 | COPIES | 1.00 |
| 12/14/17 | COPIES | 1.00 |
| 12/14/17 | COPIES | 0.60 |
| 12/14/17 | COPIES | 1.20 |
| 12/15/17 | COPIES | 1.20 |



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 7

| Date | Description | Value |
|------|-------------|-------|
| 12/15/17 | COPIES | 0.60 |
| 12/15/17 | COPIES | 10.40 |
| 12/19/17 | COPIES | 3.00 |
| 12/19/17 | COPIES | 5.80 |
| 12/19/17 | COPIES | 2.60 |
| 12/19/17 | COPIES | 0.60 |
| 12/21/17 | COPIES | 1.60 |
| 12/21/17 | COPIES | 2.00 |
| 12/21/17 | COPIES | 1.60 |
| 12/22/17 | COPIES | 0.60 |
| 12/27/17 | COPIES | 1.00 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 4.00 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 5.80 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 2.80 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 2.70 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 8.40 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 2.40 |
| 12/28/17 | PACER - ORANGE COUNTY - NOVEMBER 2017 | 2.50 |
| 12/28/17 | COPIES | 2.80 |
| 12/28/17 | COPIES | 2.00 |
| 12/31/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/28/17 | 58.00 |
| 12/31/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/28/17 | 108.00 |
| 12/31/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/29/17 | 58.00 |
| 12/31/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 11/29/17 | 108.00 |
| 12/31/17 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 12/05/17 | 108.00 |
| 01/01/18 | PACER - ORANGE COUNTY - DECEMBER 2017 | 3.30 |
| 01/01/18 | PACER - ORANGE COUNTY - DECEMBER 2017 | 0.80 |
| 01/01/18 | PACER - ORANGE COUNTY - DECEMBER 2017 | 11.40 |
| 01/03/18 | MESSENGER SERVICES - VENDOR: FIRST LEGAL NETWORK LLC 09/30/17 | 79.57 |
| 01/03/18 | COPIES | 0.40 |
| 01/03/18 | COPIES | 0.40 |
| 01/03/18 | COPIES | 0.20 |
| 01/03/18 | COPIES | 3.20 |
| 01/03/18 | POSTAGE-IN HOUSE | 1.19 |
| 01/04/18 | COPIES | 0.20 |
| 01/04/18 | COPIES | 0.20 |
| 01/04/18 | COPIES | 21.00 |



IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 8

| Date | Description | Value |
| --- | --- | --- |
| 01/04/18 | COPIES | 1.40 |
| 01/04/18 | COPIES | 22.40 |
| 01/04/18 | COPIES | 0.40 |
| 01/05/18 | COPIES | 2.00 |
| 01/09/18 | COPIES | 4.20 |
| 01/10/18 | COURT CALL - VENDOR: DINERS CLUB 11/22/17 | 117.50 |
| 01/10/18 | COURT REPORTING - VENDOR: DINERS CLUB 11/29/17 | 58.97 |
| 01/10/18 | COPIES | 1.40 |
| 01/10/18 | COPIES | 0.80 |
| 01/11/18 | COPIES | 1.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 0.40 |
| 01/12/18 | COPIES | 21.80 |
| 01/12/18 | COPIES | 0.80 |
| 01/12/18 | COPIES | 21.80 |
| 01/12/18 | COPIES | 0.60 |
| 01/12/18 | COPIES | 3.60 |
| 01/12/18 | COPIES | 2.00 |
| 01/16/18 | COPIES | 0.80 |
| 01/16/18 | COPIES | 3.60 |
| 01/16/18 | COPIES | 1.60 |
| 01/17/18 | COPIES | 9.40 |
| 01/17/18 | COPIES | 0.20 |
| 01/19/18 | COPIES | 0.40 |
| 01/22/18 | COPIES | 1.20 |
| 01/22/18 | COPIES | 1.40 |
| 01/22/18 | COPIES | 6.20 |
| 01/22/18 | COPIES | 6.60 |
| 01/22/18 | COPIES | 1.60 |
| 01/22/18 | COPIES | 1.80 |
| 01/22/18 | COPIES | 1.40 |
| 01/22/18 | COPIES | 7.20 |
| 01/22/18 | COPIES | 18.40 |

**BR**

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: IN RE IRONCLAD
March 27, 2018

Invoice 6850871
Page 9

| Date | Description | Value |
|------|-------------|-------|
| 01/23/18 | COPIES | 1.20 |
| 02/05/18 | COPIES | 1.80 |
| 02/05/18 | COPIES | 4.20 |
| 03/01/18 | PACER - ORANGE COUNTY - JANUARY 2018 | 6.00 |
| 03/01/18 | PACER - ORANGE COUNTY - JANUARY 2018 | 0.30 |
| | **Total Costs** | **2,733.74** |

## COST SUMMARY

| Description | Value |
|-------------|-------|
| MEALS | 8.01 |
| COURT REPORTING | 58.97 |
| MESSENGER SERVICES | 1,000.14 |
| TAXI | 61.20 |
| HOTEL | 311.26 |
| COPIES (4,397 copies @ 0.20 = 879.40) | 879.40 |
| POSTAGE-IN HOUSE | 45.76 |
| OVERNIGHT DELIVERY | 30.00 |
| COURT CALL | 255.00 |
| PACER | 84.00 |
| **Total Costs** | **2,733.74** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP    Boston | Hartford | London | New York | Orange County | Paris | Providence | Washington, D.C.



One
Financial
Center
Boston
Massachusetts
02111
tel 617.856.8200
fax 617.856.8201

IRONCLAD: OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice    6850871
WINSPEED SPORTS (SHANGHAI) CO., LTD.                   Date    Mar 27, 2018
CREDITORS ADJUSTMENT BUREAU                            Client    034260
14226 VENTURA BLVD.
SHERMAN OAKS, CA 91423

RE: IN RE IRONCLAD

**Balance Due: $2,733.74**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 52257
Boston, MA 02205

**Wire Instructions**
Citibank N.A.
153 E 53rd Street, Floor 23
New York, NY 10022
ABA Number:  021000089
SWIFT Code:  CITIUS33

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:  4987322996

# EXHIBIT 6

**Brown Rudnick LLP**
**Expense Report**
**Ironclad: Official Committe of Unsecured Creditors**

| Expense Category | Nov 2018 | Dec 2018 | Jan 2018 | Total |
|---|---|---|---|---|
| Meals/Taxi/Hotel | 8.01 | 372.46 | 0.00 | 380.47 |
| Court Reporting | 0.00 | 0.00 | 58.97 | 58.97 |
| Messenger Services/Delivery | 138.00 | 812.57 | 79.57 | 1,030.14 |
| Document Copies | 549.80 | 148.00 | 181.60 | 879.40 |
| Postage | 44.11 | 0.46 | 1.19 | 45.76 |
| Court Call | 0.00 | 137.50 | 117.50 | 255.00 |
| Computer Research | 33.60 | 44.10 | 6.30 | 84.00 |
| **Total** | **773.52** | **1,515.09** | **445.13** | **2,733.74** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2211 Michelson Drive, Suite 700, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY BROWN RUDNICK LLP [NOVEMBER 10, 2017 TO FEBRUARY 5, 2018]; DECLARATION OF CATHRINE M. CASTALDI AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 30, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 30, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ICPW Liquidation Corporation,
a California corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

ICPW Liquidation Corporation,
a Nevada corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 30, 2018 | Caryn S. Wolchuck, PP, PLS, CPS/CAP | *Welchuck* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1236338 v1-034260/0001

Page 55

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [con't]:**

| | |
|---|---|
| Shiva D Beck | sbeck@gardere.com, jcharrison@gardere.com |
| Ron Bender | rb@lnbyb.com |
| Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Aaron S Craig | acraig@kslaw.com, lperry@kslaw.com |
| Natalie B. Daghbandan | natalie.daghbandan@bryancave.com, raul.morales@bryancave.com; theresa.macaulay@bryancave.com |
| Steven M Gluck | sgluck@juno.com |
| Matthew A Gold | courts@argopartners.net |
| Monica Y Kim | myk@lnbrb.com, myk@ecf.inforuptcy.com |
| Jeffrey A Krieger | jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Samuel R Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com; tania.moyron@dentons.com; kathryn.howard@dentons.com |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Tania M Moyron | tania.moyron@dentons.com, chris.omeara@dentons.com |
| S Margaux Ross | margaux.ross@usdoj.gov |
| Thomas C Scannell | tscannell@gardere.com, acordero@gardere.com |
| Susan K Seflin | sseflin@brutzkusgubner.com |
| Andrew T Solomon | asolomon@solomoncramer.com |
| John M Stern | john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Sharon Z. Weiss | sharon.weiss@bryancave.com, raul.morales@bryancave.com |
| Douglas Wolfe | dwolfe@asmcapital.com |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**
1236338 v1-034260/0001

## ADDITIONAL SERVICE INFORMATION (if needed):
## VIA U.S. MAIL

### EQUITY COMMITTEE HOLDERS:

Patrick W. O'Brien
301 Whitmore Lane
Lake Forest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266

### CREDITORS COMMITTEE:

Resources Global Professionals
Attn: Brent Waters
17101 Armstrong Avenue
Irvine, CA 92614

Windspeed Sports (Shanghai) Co., Ltd.
c/o Brian Mitteldorf / Sam Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
Attn: Mark Robba
Krandon Desa Pandowojarjo
Sleman Yogyakarta 55512
INDONESIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.