# EXHIBIT A

## FEE APPLICATION SUMMARY

## EXHIBIT "A"

## FEE APPLICATION SUMMARY

| | |
|---|---|
| Name of Applicant(s): | Dentons US LLP |
| Authorized to Provide Professional Services to: | Official Committee of Equity Security Holders |
| Date of Retention | Effective as of September 22, 2017 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2017 through February 28, 2018 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$614,656.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$25,045.35** |
| Subtotal for Fees and Costs | **$639,701.35** |
| Fees and Expenses Previously Awarded for Which Final Approval is Sought: | $0.00 |
| **Grand Total for Fees and Costs:** | **$639,701.35** |

## EXHIBIT "A"

## SUMMARY OF FEES BY PROJECT CATEGORIES

| Project Category | Matter No. | Hours | Fees |
|---|---|---|---|
| Administration | 15744288-000003 | 41.8 | $12,759.50 |
| Asset Disposition | 15744288-000005 | 35.0 | $20,092.50 |
| Assumption and Rejection of Leases and Contracts | 15744288-000006 | 1.4 | $333.90 |
| Business Operation | 15744288-000008 | .8 | $360.05 |
| Claims Administration and Objections | 15744288-000009 | 65.8 | $29,900.10 |
| Corporate Governance and Board Matters | 15744288-000010 | 2.7 | $1,013.15 |
| Employee Benefits and Pensions | 15744288-000011 | .7 | $490.00 |
| Employment and Fee Applications | 15744288-000012 | 101.1 | $37,831.15 |
| Employment and Fee Application Objections | 15744288-000013 | 43.3 | $21,805.75 |
| Litigation Contested Matters and Adversary Proceedings | 15744288-000015 | 279.4 | $137,792.45 |
| Meetings and Communications with Creditors | 15744288-000016 | .2 | $140.00 |
| Plan and Disclosure Statement | 15744288-000018 | 322.0 | $180,029.35 |
| Stay and Adequate Protection | 15744288-000020 | 7.6 | $3,058.05 |
| Radians Wareham Holdings | 15744288-000024 | 280.6 | $169,050.05 |
| **TOTAL** | | **1,182.5** | **$614,656.00** |