# EXHIBIT B

## SUMMARY OF HOURLY RATES, HOURS BILLED AND TOTAL FEES FOR DENTONS PROFESSIONALS AND PARAPROGESSIONALS

# EXHIBIT "B"

## SUMMARY OF HOURLY RATES, HOURS BILLED AND TOTAL FEES OF DENTONS' PROFESSIONALS AND PARAPROFESSIONALS

| Dentons' Professional | Title | Hourly Rate | Hours Billed | Fees |
|---|---|---|---|---|
| Samuel R. Maizel | Partner | $700.00 | 45.1 | $31,570.00 |
| Peter D. Wolfson | Partner | $700.00 | 29.1 | $20,370.00 |
| Arthur H. Ruegger | Partner | $700.00 | 271.1 | $189,770.00 |
| Robert E. Richards | Partner | $700.00 | 3.4 | $2,380.00 |
| Claude D. Montgomery | Partner | $700.00 | 85.2 | $59,640.00 |
| Jeffrey A. Baumel | Partner | $700.00 | 19.3 | $13,510.00 |
| Andrea Sharetta | Partner | $700.00 | 5.4 | $3,780.00 |
| George B. Newhouse, Jr. | Partner | $700.00 | 10.8 | $7,560.00 |
| Rachel M. Cannon | Partner | $700.00 | .5 | $350.00 |
| Iian Katz | Partner | $700.00 | 1 | $700.00 |
| Mark W. Wege | Partner | $700.00 | 1 | $700.00 |
| Tania M. Moyron | Counsel | $495.00 | 407.5 | $204,138.00 |
| Malka S. Zeefe | Counsel | $454.50 | 19.4 | $8,817.30 |
| Geoffrey M. Miller | Associate | $409.50 | 43.7 | $17,895.15 |
| Sarah M. Schrag | Associate | $310.50 | 143.6 | $44,587.80 |
| Caryn E. Wang | Associate | $306.00 | 9.7 | $2,968.20 |
| Danial Pina | Paralegal | $328.50 | 1.3 | $427.05 |
| Nina Khalatova | Paralegal | $306.00 | .4 | $398.32 |
| George L. Medina | Paralegal | $306.00 | 1.5 | $459.00 |
| Teresa M. Ryan | Paralegal | $306.00 | 1.8 | $550.80 |
| Kathryn Howard | Paralegal | $238.50 | 73.8 | $17,601.30 |
| Eugene M. Giudice | Researcher | $153.00 | 3 | $459.00 |
| **TOTAL** | | | 1,182.5 | $628,631.92 |