# EXHIBIT C

# DENTONS' BILLING STATEMENTS

# DENTONS

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963387**

Client/Matter: 15744288-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                $        9,034.40

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963387**

Client/Matter:  15744288-000003

Administration

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 10/30/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez regarding sale, E. Jaeger compensation request and related issues. |
| 11/01/17 | K.M. Howard | 0.60 | 143.10 | Reviewed docket including incoming orders and revised Critical Dates Memorandum. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Chez regarding Debtors' MOR and M. Schwarzmann review of amount of Radians' claim. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze MOR. |
| 11/02/17 | K.M. Howard | 0.10 | 23.85 | Analysis of communication from Arthur Ruegger regarding the order for the Rule 2004 Motion. |
| 11/02/17 | K.M. Howard | 0.20 | 47.70 | Reviewed and culled Rule 2004 Order (.1) and prepared communication to Arthur Ruegger regarding same (.1). |
| 11/02/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum. |
| 11/02/17 | T. Moyron | 1.10 | 544.50 | Analyze BBI APA and Dentons' comments and issues related thereto. |
| 11/02/17 | T. Moyron | 0.30 | 148.50 | Conference call with M. Ross re Dentons' Employment Application and other issues. |
| 11/02/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender with respect to joining call and attached document setting forth BBI APA issues. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Finalize supplemental declaration in support of employment application. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to K. Meshefejian regarding order re Stubbs, Alderton. |
| 11/03/17 | T. Moyron | 0.30 | 148.50 | Conference calls with M. Schwarzmann regarding issues related to proposal to put funds in FRB and other institutions re interest rates. |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding outcome of issues at hearing and approval of sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding issues related to board of directors. |
| 11/03/17 | K.M. Howard | 0.20 | 47.70 | Reviewed incoming orders (.1) and prepared communications regarding upcoming hearing dates (.1). |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Jarus regarding issues related to board, equity committee, plan and related issues. |
| 11/06/17 | T. Moyron | 0.40 | 198.00 | Analyze issues related to record date re distributions to equity. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding timing of conference call on Nov. 7. |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Conference call with shareholder regarding auction and other case background. |
| 11/06/17 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Critical Dates Memorandum to include new deadlines set by the court and notice requirements regarding fee applications. |
| 11/06/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Continued Case Management Conference and culled information regarding new deadlines and hearing date. |
| 11/06/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice from the Court setting hearing on Debtor's Emergency Motion Authorizing the Continued Use of Cash Management System and culled hearing date for inclusion into Critical Dates Memorandum. |
| 11/06/17 | K.M. Howard | 0.30 | 71.55 | Prepared communications regarding pending deadlines and upcoming hearings. |
| 11/07/17 | S. Maizel | 0.10 | 70.00 | Review and respond to email re Ironclad management being tasked by Equity Committee. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding Skadden, board and disclosure statement and plan. |

3

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding MOR and estimate of fees. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Correspond with D. Blood regarding resignation of board member and other issues related to board. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton regarding Form 8-K. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding Form 8-K. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding Form 8-K. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding calls with Board and request for information. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus with respect to request for information and Radians. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarzmann regarding request for information related to amount of Radians' claim. |
| 11/07/17 | T. Moyron | 0.40 | 198.00 | Prepare agenda for conference call with Equity Committee on November 7, 2017. |
| 11/07/17 | T. Moyron | 0.50 | 247.50 | Conference call with Equity Committee (Stubbs, Skadden's proposed engagement, Joint Disclosure Statement and Plan, etc). |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching agenda for conference call |
| 11/07/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum. |
| 11/07/17 | K.M. Howard | 0.20 | 47.70 | Prepared communications regarding the deposition of Mike Tutor and the pending document production by Radians. |
| 11/08/17 | T. Moyron | 1.20 | 594.00 | Analyze cases cited in objection and reply. |
| 11/08/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with the Equity Committee regarding Radian's investigation and agenda related thereto. |
| 11/08/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with Ron Bender re pending issues. |

4

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/08/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding litigation and contested matters versus adversary proceedings. |
| 11/08/17 | K.M. Howard | 0.20 | 47.70 | Analysis of pleadings pertaining to the deposition of Mike Tutor of Radians and the pending production of Radians and culled key deadlines for each. |
| 11/08/17 | K.M. Howard | 0.20 | 47.70 | Prepared communications regarding the deadline to depose Mike Tutor and for Radians to produce documents. |
| 11/08/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Court's Notice regarding the continued hearing on Debtor's Emergency Motion and culled new hearing date. |
| 11/08/17 | K.M. Howard | 0.20 | 47.70 | Reviewed and revised Critical Dates Memorandum. |
| 11/09/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Court Notice regarding Debtor's pending Emergency Motion to Change the Name of the Debtor and culled information pertaining to the assigned hearing date. |
| 11/09/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding the hearing on Debtor's Emergency Motion to Change its Name. |
| 11/09/17 | K.M. Howard | 0.20 | 47.70 | Reviewed and revised Critical Dates Memorandum. |
| 11/09/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from Equity Committee regarding arguments made in reply to opposition re Province. |
| 11/09/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with T. Moyron re pending issues. |
| 11/09/17 | S. Maizel | 0.30 | 210.00 | Office conference with T. Moyron re pending issues (x2). |
| 11/09/17 | G. Medina | 1.10 | 336.60 | Work on preparation of subpoenas for Radians Wareham Holdings, Inc., Radians, Inc., Safety Supply and Mike Tutor (1.0); send to T. Moyron and A. Ruegger (0.1). |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding members not trading while on Committee. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding employee bonuses. |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | T. Moyron | 0.40 | 198.00 | Research regarding rules that prohibit trading while on Committees. |
| 11/10/17 | K.M. Howard | 0.70 | 166.95 | Reviewed docket and newly issued orders and notices and culled data reflecting new deadlines and continued hearings and revised Critical Dates Memorandum (.6) and prepared communication regarding same (.1). |
| 11/13/17 | G. Medina | 0.40 | 122.40 | Revised subpoenas at the request of T. Moyron and call with T. Moyron re: case numbers. |
| 11/13/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Debtors' Emergency Motion For An Order: (1) Authorizing Debtors To Honor Pre-Petition Cash Bonus Incentive Agreements And Pay Cash Bonuses; (2) Approving Post-Petition Cash Bonus Agreements And Authorizing Debtors To Pay Cash Bonuses; And (3) Authorizing The Debtors To Pay Any Remaining Accrued Vacation Pay; Memorandum Of Points And Authorities; Declarations Of L. Geoffrey Greulich And Benjamin L. Padnos and culled for hearing binders. |
| 11/13/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Debtors' Notice Of Emergency Motion And Emergency Motion For An Order Authorizing Debtors To Effectuate Name Change, And Related Relief; Memorandum Of Points And Authorities; Declaration Of L. Geoffrey Greulich In Support and culled for inclusion into hearing binders. |
| 11/13/17 | K.M. Howard | 0.20 | 47.70 | Reviewed Critical Dates Memo and prepared communications regarding upcoming hearings and deadlines. |
| 11/13/17 | K.M. Howard | 0.40 | 95.40 | Reviewed and organized pleadings for inclusion into November 15, 2017 hearing binder. |
| 11/13/17 | K.M. Howard | 1.40 | 333.90 | Reviewed pleadings and drafted index to November 15, 2017 hearing binders. |
| 11/13/17 | K.M. Howard | 0.40 | 95.40 | Prepared and finalized November 15, 2017 hearing binders. |
| 11/13/17 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Critical Dates Memo. |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/13/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice of Buyer's Election to Treat Certain Contracts as Subsequently Identified Designated Contracts under the Sale Order and culled key dates for inclusion into Critical Date Memo. |
| 11/13/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum. |
| 11/13/17 | T. Moyron | 0.40 | 198.00 | Research and analyze issues related to trading during bankruptcy cases. |
| 11/13/17 | T. Moyron | 0.20 | 99.00 | Prepare correspondence to equity committee concerning filed emergency motions to pay bonuses and effectuate name change. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding other requests from Debtors and what may be needed. |
| 11/14/17 | T. Moyron | 0.20 | 99.00 | Prepare email to R. Chez, et al., regarding cooperation from Debtors post-closing with respect to various issues. |
| 11/14/17 | K.M. Howard | 0.10 | 23.85 | Analysis of court's notice setting emergency motion for hearing and culled information for inclusion into critical dates memo. |
| 11/14/17 | K.M. Howard | 0.20 | 47.70 | Reviewed and revised Critical Dates Memorandum. |
| 11/14/17 | K.M. Howard | 0.20 | 47.70 | Received and analysis of Supplement to Emergency Motion for an Order Authorizing Debtors to Effectuate Name Change and culled same for inclusion into hearing binder (.1) and incorporated (.1). |
| 11/14/17 | K.M. Howard | 0.10 | 23.85 | Received and incorporation of Brown Rudnick's Notice of Non-Opposition (Docket 211) to Debtor's Name Change. |
| 11/14/17 | K.M. Howard | 0.10 | 23.85 | Received and incorporation of Brown Rudnick's Notice of Non-Opposition (Docket 210) to Debtor's Name Change. |
| 11/14/17 | K.M. Howard | 0.40 | 95.40 | Drafted Notice of Non-Opposition to Debtors' Motion to Effectuate Name Change. |
| 11/14/17 | K.M. Howard | 0.30 | 71.55 | Drafted Notice of Non-Opposition to Debtors' Motion to Pay Vacation Pay and Bonuses. |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | K.M. Howard | 0.70 | 166.95 | Reviewed and organized newly received pleadings (.2) and reviewed and revised index to November 15, 2017 hearing binders (.5). |
| 11/15/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Authorizing Debtors to Effectuate Name Change and incorporated same. |
| 11/15/17 | K.M. Howard | 0.30 | 71.55 | Briefly reviewed communication regarding outcome of November 15, 2017 hearing and culled key information regarding deadlines and pending requirements for inclusion into critical dates memorandum. |
| 11/15/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Approving Increased Designated Cure Amount Payments and incorporated same. |
| 11/15/17 | K.M. Howard | 0.40 | 95.40 | Reviewed docket and reviewed latest filings to determine additional deadlines and culled same. |
| 11/16/17 | K.M. Howard | 0.10 | 23.85 | Reviewed communication regarding the court's rulings on the Motions heard on November 15, 2017. |
| 11/16/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Debtor's Second Supplement to Emergency Motion for an Order Authorizing Name Change and culled same. |
| 11/16/17 | K.M. Howard | 0.70 | 166.95 | Reviewed memorandum and critical dates memorandum and prepared numerous communications regarding upcoming deadlines and hearings. |
| 11/16/17 | K.M. Howard | 1.20 | 286.20 | Reviewed and revised Critical Dates Memorandum. |
| 11/16/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with T. Moyron re post-closing issues. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding Equity Committee's request to add FKA language re Second Amendment to APA. |
| 11/16/17 | T. Moyron | 0.20 | 99.00 | Analyze D&O policy declarations and related excel sheet. |
| 11/17/17 | T. Moyron | 0.10 | 49.50 | Analyze letter from S. Jarus regarding press release. |
| 11/17/17 | P. Wolfson | 0.30 | 210.00 | Address post-closing issues. |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/17/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Judge Barash's Order Approving the Form of Caption to be used in Debtors' Bankruptcy cases to determine deadlines or additional requirements. |
| 11/17/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Court Order Granting Emergency Motion for an Order to Pay Bonuses and Accrued Vacation Pay to determine deadlines or other requirements. |
| 11/17/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised List of Equity Security Holders. |
| 11/17/17 | K.M. Howard | 0.90 | 214.65 | Further analysis of orders (.2) and reviewed and revised Critical Dates Memorandum (.7). |
| 11/17/17 | K.M. Howard | 0.20 | 47.70 | Analysis of the new case caption per court order (.1) and prepared communication regarding same (.1). |
| 11/20/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised List of Equity Security Holders. |
| 11/20/17 | K.M. Howard | 0.60 | 143.10 | Reviewed and revised Critical Dates Memo. |
| 11/22/17 | P. Wolfson | 1.00 | 700.00 | Review Skadden reports. |
| 11/28/17 | T. Moyron | 0.10 | 49.50 | Analyze Debtors' status report. |
| 11/28/17 | K.M. Howard | 0.20 | 47.70 | Reviewed notice from the Court (.1) and prepared communications regarding the deadline for any party to file objections to Debtors' and Equity Committee's Joint Motion for Order Granting Standing to Pursue Claims (.1). |
| 11/30/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 29.40 | | |
| Fee Amount | | | | $10,534.40 |
| Less Discount to Client | | | | ($1,500.00) |
| Fee Total | | | | $9,034.40 |

Administration

January 25, 2018

Matter: 15744288-000003
Invoice No.: 1963387

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 1.30 | $910.00 |
| S. Maizel | $700.00 | 1.00 | $700.00 |
| T. Moyron | $495.00 | 9.20 | $4,554.00 |
| G. Medina | $306.00 | 1.50 | $459.00 |
| K.M. Howard | $238.50 | 16.40 | $3,911.40 |
| Totals | | 29.40 | $10,534.40 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 9,034.40 |
|  |  |  |
| Invoice Total | $ | 9,034.40 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963390**

Client/Matter: 15744288-000005

Asset Disposition

**Payment Due Upon Receipt**

_____

Total This Invoice                                    $          20,092.50

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963390**

Client/Matter:  15744288-000005

Asset Disposition

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|----------|
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Analyze proposed sale order. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding APA and Form 8-k. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze further email from R. Bender regarding form 8-k. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from R. Chez regarding Radians' claim and Ironclad's amount of cash on hand. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching revised order incorporating Equity Committee's comments. |
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Analyzed revised order incorporating Equity Committee's comments. |
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and further attached revised sale order. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding issues related to APA attached as sale order. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding funds in trust account and UST. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from G. Walter attaching PIP comments to sale order. |
| 11/01/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to funds being transferred into LNBYB account or DIP account. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze issues related to PIP's comments to sale order. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Ross regarding requirements of section 345 re deposits into accounts. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim attaching further revised redlined sale order. |

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | T. Moyron | 1.10 | 544.50 | Analyze BBI APA and prepare comments thereto. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim attaching sale order and notice of sale to be filed with Court. |
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Correspond with P. Wolfson regarding issues related to Debtors' filing notice of sale order and redline not incorporating all of the comments from Equity Committee. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarzmann regarding comments on APA. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Kim regarding revised BBI APA and Equity Committee comments that BBI did not incorporate into APA. |
| 11/01/17 | T. Moyron | 0.30 | 148.50 | Analyze revised BBI APA and issues related to BBI not incorporating certain comments made by the Equity Committee. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to M. Kim and R. Bender regarding issues related to BBI not incorporating certain comments made by Equity Committee. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding BBI and Equity Committee working together to resolve remaining issues. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding funds in LNBYB trust account. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding deletion of reference to "Excess Granger Amount" in paragraph 15. |
| 11/01/17 | T. Moyron | 2.60 | 1,287.00 | Attend continued hearing re sale order. |
| 11/01/17 | P. Wolfson | 4.60 | 3,220.00 | Comment on draft 2004 Motion (1.0), sale order (1.0) and review of related sale documents (2.6). |
| 11/02/17 | P. Wolfson | 5.10 | 3,570.00 | Prepare for and participate on call with BBI (1.6); continued work on sale documents (2.6); status conference with Dentons team and consider next steps (.9). |
| 11/02/17 | T. Moyron | 0.80 | 396.00 | Conference call with J. Krieger, P. Wolfson, et al., regarding APA and analyze APA in connection therewith. |

3

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 11/02/17 | T. Moyron | 0.50 | 247.50 | Conference call with R. Bender regarding BBI and Equity Committee's further changes to APA. |
| 11/02/17 | T. Moyron | 0.40 | 198.00 | Conference calls with R. Bender regarding sale order and Radians' language agreed to therein. |
| 11/02/17 | T. Moyron | 0.20 | 99.00 | Conference calls with M. Schwarzman regarding sale and Radians. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding revised sale order and status of discussions with UST regarding where net sale proceeds will be held. |
| 11/02/17 | T. Moyron | 1.20 | 594.00 | Prepare document setting forth Dentons' responses to BBI's comments and why language is needed in APA. |
| 11/02/17 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee regarding status of APA discussions, and summary of joinder in Debtors' opposition to Cordes and Aisenberg motion for relief from stay. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Correspond with P. Wolfson regarding APA, and Retained Assets including NV's equity interest and claims against CA company. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding additional edits to sale order. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching revised APA. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching sale order. |
| 11/02/17 | T. Moyron | 0.70 | 346.50 | Review of further revised order and APA. |
| 11/03/17 | T. Moyron | 4.30 | 2,128.50 | Attend continued hearing re sale order. |
| 11/03/17 | T. Moyron | 1.10 | 544.50 | Final review of sale order and prepare final comments thereto. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender and S. Weiss regarding Radian's change of language in paragraph 12. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding issues to be addressed at hearing regarding funds in FRB account or DIP account, issues related to former officers and Stubbs Alderston. |

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress regarding draft re Creditors' Committee change. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching draft 7 of sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching final draft of APA. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender and attached letter from FRB. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding funds being placed in account with highest interest rate possible. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching version 8 of the sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Weiss regarding Radians' issue with language. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi agreeing to Equity Committee changes. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from A. Feld regarding request to strike paragraph 17 and amount of back-up bid. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding A. Feld requested changes to the sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from R. Bender regarding PIP's requested changes to sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze further emails from A. Feld requesting that Court be informed as to PIP's lack of consent to sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze P. Wolfson, C. Castaldi, etc. emails regarding PIP's back-up bid and deposit. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding FRB re high interest rate, need for fully collateralized account, etc. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding funds to be placed in account and ability to move funds into other account. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching executed employment order by Stubbs, Alderton. |

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding Grainger reserve. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus regarding certain mechanics of liquidation trust, outline and resignation of board members. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee concerning transfer of sale proceeds into Debtors' segregated trust account at FRB. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender, at al, attaching final changes to sale order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching sale order. |
| 11/03/17 | P. Wolfson | 2.60 | 1,820.00 | Communications regarding sale order (1.0); participate in teleconference regarding objections to employment applications (1.6). |
| 11/04/17 | P. Wolfson | 0.20 | 140.00 | Further communications regarding sale order |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding inquiry related to $820,000 reserve for rejection damage claim. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from R. Bender regarding closing and inquiries as to Radians' claim. |
| 11/10/17 | P. Wolfson | 0.10 | 70.00 | Communications regarding bonus payouts. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Conference call with C. Castaldi regarding nonoppositions to motion re emergency motions to change names and pay bonuses. |
| 11/14/17 | P. Wolfson | 0.60 | 420.00 | Review and comment on amendment to APA. |
| 11/14/17 | P. Wolfson | 0.10 | 70.00 | Update on sale. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian regarding First Amendment to APA. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze First Amendment to APA and incorporate P. O'Brien's change with respect to mutual obligations. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed First Amendment to APA. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus and P. O'Brien regarding Debtors' change to First Amendment to APA to include mutual obligations language. |

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel, et al., regarding suggested language to First Amendment to APA. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Exhange emails with R. Chez regarding inquiry as to UST regarding trading. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding closing of sale. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding closing of sale. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian attaching Second Amendment to APA. |
| 11/16/17 | T. Moyron | 0.20 | 99.00 | Analyze Second Amendment to APA and prepare comment thereto. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding issues related to CEDE & Co. holding shares and voting. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus and attached Second Amendment to APA and proposed change. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian and attached proposed order re Form of Caption. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed order and approval thereof obviating need for hearing. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding post-closing questions. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding post-closing questions. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed second amendment to APA. |
| 11/21/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails from Mike Andrews re distributions to shareholders. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Analyze joint common interest and confidentiality agreement and prior version as to issue raised by Debtors' counsel (.3); finalize and execute the same (.2). |

Total Hours                    35.00

7

Asset Disposition

January 25, 2018

Matter: 15744288-000005
Invoice No.: 1963390

Fee Amount                                                                         $20,092.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 13.30 | $9,310.00 |
| S. Maizel | $700.00 | 0.20 | $140.00 |
| T. Moyron | $495.00 | 21.50 | $10,642.50 |
| Totals | | 35.00 | $20,092.50 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 20,092.50 |
| Invoice Total | $ | 20,092.50 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963391**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

**Payment Due Upon Receipt**

Total This Invoice                                $           47.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP                    Salans FMC SNR Denton
601 S. Figueroa Street            McKenna Long
Suite 2500                        dentons.com
Los Angeles, California  90017-5704

Ironclad - Official Committee of Equity Holders                    January 25, 2018
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue                                        **Invoice No. 1963391**
Manhattan Beach, CA 90266
USA

Client/Matter:  15744288-000006

Assumption and Rejection of Leases and Contracts

---

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|-----------|
| 11/06/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Order on Motion to Assume Lease or Executory Contracts and culled dates for inclusion into Critical Dates Memorandum. |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $47.70 |

### <u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|------------|------|-------|------|
| K.M. Howard | $238.50 | <u>0.20</u> | <u>$47.70</u> |
| Totals | | 0.20 | $47.70 |
| Fee Total | $ | 47.70 | |
| Invoice Total | $ | <u>47.70</u> | |

2

# DENTONS

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963392**

Client/Matter: 15744288-000008

Business Operation

**Payment Due Upon Receipt**

Total This Invoice                                      $            288.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



|  |  |
|---|---|
| Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California  90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Ironclad - Official Committee of Equity Holders                     January 25, 2018
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue                                          **Invoice No. 1963392**
Manhattan Beach, CA 90266
USA

Client/Matter:  15744288-000008

Business Operation

---

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus, et al., regarding Debtors' approval of his proposed change to Second Amendment APA re name change. |
| 11/19/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarmann regarding Radians' calculation and fee application. |
| 11/21/17 | S. Maizel | 0.20 | 140.00 | Review and respond to email from Pat O'Brien re cash on hand. |
| Total Hours |  | 0.50 |  |  |
| Fee Amount |  |  |  | $288.50 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| S. Maizel | $700.00 | 0.20 | $140.00 |
| T. Moyron | $495.00 | <u>0.30</u> | <u>$148.50</u> |
| Totals |  | 0.50 | $288.50 |
| Fee Total | $ | 288.50 |  |
| Invoice Total | $ | <u>288.50</u> |  |

2

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963393**

Client/Matter: 15744288-000009

Claims Administration and Objections

**Payment Due Upon Receipt**

Total This Invoice                                    $        13,394.60

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963393**

Client/Matter: 15744288-000009

Claims Administration and Objections

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | Narrative |
|---|---|---|---|---|
| 11/01/17 | K.M. Howard | 0.10 | 23.85 | Analysis of communication from T. Moyron regarding the Proof of Claim filed by Radians. |
| 11/01/17 | K.M. Howard | 0.20 | 47.70 | Assembled information requested by Arthur Ruegger (.1) and prepared communication to Mr. Ruegger regarding same (.1). |
| 11/01/17 | S. Maizel | 0.50 | 350.00 | Revising joinder to objection to former officers claims and arbitration. |
| 11/01/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with T. Moyron re pending issues on joinder to objection (.2); telephone conference with Malka Z. re same (.1). |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding Radians' legal fees. |
| 11/01/17 | T. Moyron | 0.30 | 148.50 | Correspond with M. Schwarzmann regarding analysis of Radian's claims and documents related thereto. |
| 11/02/17 | K.M. Howard | 0.90 | 214.65 | Reviewed docket and assembled all documents and pleadings pertaining to the upcoming hearing regarding the Employment Application of Province, Inc. as Financial Advisor to the Creditors Committee. |
| 11/02/17 | T. Moyron | 0.30 | 148.50 | Analyze and prepare comments to draft waterfall analysis. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Analyze issues related to filed general unsecured claims and scheduled unsecured claims. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Prepare email attaching redline of proposed changes to R. Bender, J. Krieger, et al. |
| 11/02/17 | S. Schrag | 0.30 | 93.15 | Confer with A. Ruegger regarding lender liability (.2); begin research and analysis regarding the same (.1). |

Claims Administration and Objections

January 25, 2018

Matter: 15744288-000009
Invoice No.: 1963393

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/03/17 | S. Schrag | 5.00 | 1,552.50 | Begin legal research and analysis regarding lender liability claims. |
| 11/04/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee re material terms of order. |
| 11/06/17 | S. Schrag | 3.40 | 1,055.70 | Continue legal research and analysis regarding lender liability claims (3.3); confer with A. Ruegger regarding the same (.1). |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to the amount of Radians' claim. |
| 11/07/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Stipulation Directing Examination of and Production of Documents by Radians Wareham Holding, Inc. |
| 11/08/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarmann and attached schedule of remaining unsecured claims after payment of cure cost related claims upon closing. |
| 11/08/17 | P. Wolfson | 0.70 | 490.00 | Review claim objections and actions to be taken against third parties. |
| 11/10/17 | T. Moyron | 0.20 | 99.00 | Conference calls with R. Bender regarding filing of emergency motion to pay bonuses. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding proposed employee bonuses. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Analyze schedule of employee bonuses. |
| 11/10/17 | T. Moyron | 0.80 | 396.00 | Analyze case law and issues with respect to payment of bonuses. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien and schedule of payments posted in data room. |
| 11/10/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to Equity Committee regarding employee bonuses and case law regarding same. |
| 11/10/17 | T. Moyron | 0.20 | 99.00 | Analyze notices of setting insider compensation. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding payment of employee bonuses. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding notice of insider compensation. |

Claims Administration and Objections

January 25, 2018

Matter: 15744288-000009
Invoice No.: 1963393

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender inquiring as to whether motion to pay employee bonuses will be filed. |
| 11/11/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with Debtors' counsel regarding Equity Committee's nonopposition to emergency motion to pay employees bonuses. |
| 11/13/17 | T. Moyron | 1.10 | 544.50 | Analyze emergency motions to effectuate name change and to pay employee bonuses. |
| 11/14/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding UST's position with respect to motion to approve bonuses. |
| 11/14/17 | T. Moyron | 0.40 | 198.00 | Conference call with M. Ross regarding various issues, including motion to approve bonus and notice thereof. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez inquiring as to bonus of individuals and approval thereof. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Bender regarding filing of non-oppositions to bonus motion and name change motion. |
| 11/14/17 | T. Moyron | 0.30 | 148.50 | Prepare notices of non-opposition to Debtors' emergency motions re bonus motion and motion to effectuate name change. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding filing of notices of non-opposition. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Conference call with C. Castaldi regarding emergency motion and her filing of notices of non-opposition. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding UST's position with respect to bonus motion and additional notice required. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from S. Jarus and R. Chez regarding UST's position with respect to bonus motion. |
| 11/16/17 | T. Moyron | 1.30 | 643.50 | Prepare letter to Equity Committee regarding fees incurred and analyze invoices in connection therewith. |
| 11/17/17 | P. Wolfson | 0.70 | 490.00 | Review current claims and potential future claims and consider next steps with regard to same. |

4

Claims Administration and Objections

January 25, 2018

Matter: 15744288-000009
Invoice No.: 1963393

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Richards regarding policies. |
| 11/20/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached claims chart. |
| 11/21/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Hearing on Joint Motion for Order Granting Standing to Pursue Claims for the Benefit of the Debtors' Estates and Approving Stipulation between Debtors and Equity Committee and culled information regarding opposition deadlines. |
| 11/22/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee re status re sent final version of joint common interest and confidentiality agreement. |
| 11/27/17 | S. Maizel | 0.40 | 280.00 | Review and revise proposal re objections to fees, including Craig-Hallum. |
| 11/27/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Committee regarding Skadden's scheduled claims versus filed claim. |
| 11/28/17 | T. Moyron | 0.40 | 198.00 | Analyze objection filed by movants to pay undisputed claims (.2); analyze Creditors' Committee joinder in same (.2). |
| 11/28/17 | T. Moyron | 3.70 | 1,831.50 | Prepare and finalize joint motion. |
| 11/28/17 | T. Moyron | 0.20 | 99.00 | Analyze C. Castaldi comments on stipulation and finalize same. |
| 11/29/17 | T. Moyron | 3.20 | 1,584.00 | Analyze Province time entries and filed exhibits. |
| Total Hours | | 28.20 | | |
| Fee Amount | | | | $12,502.10 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 1.40 | $980.00 |
| S. Maizel | $700.00 | 1.20 | $840.00 |
| T. Moyron | $495.00 | 15.40 | $7,623.00 |
| S. Schrag | $310.50 | 8.70 | $2,701.35 |
| K.M. Howard | $238.50 | 1.50 | $357.75 |

Claims Administration and Objections

January 25, 2018

Matter: 15744288-000009
Invoice No.: 1963393

| Totals | 28.20 | $12,502.10 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|
| 10/30/2017 | WESTLAW SCHRAG\SARAH | 109.50 |
| 10/31/2017 | WESTLAW SCHRAG\SARAH | 259.50 |
| 11/4/2017 | WESTLAW SCHRAG\SARAH | 34.50 |
| 11/7/2017 | WESTLAW SCHRAG\SARAH | 34.50 |
| 11/9/2017 | WESTLAW SCHRAG\SARAH | 345.00 |
| 11/13/2017 | WESTLAW SCHRAG\SARAH | 34.50 |
| 11/14/2017 | WESTLAW SCHRAG\SARAH | 75.00 |
| | SUBTOTAL | 892.50 |

| Total Disbursements | | $892.50 |

| Fee Total | $ | 12,502.10 |

| Disbursement Total | $ | 892.50 |

| Invoice Total | $ | 13,394.60 |

6

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963395**

Client/Matter: 15744288-000010

Corporate Governance and Board Matters

**Payment Due Upon Receipt**

Total This Invoice                                        $           1,013.15

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP                Salans FMC SNR Denton
601 S. Figueroa Street        McKenna Long
Suite 2500                    dentons.com
Los Angeles, California  90017-5704

Ironclad - Official Committee of Equity Holders            January 25, 2018
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue                                          **Invoice No. 1963395**
Manhattan Beach, CA 90266
USA

Client/Matter:  15744288-000010

Corporate Governance and Board Matters

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/06/17 | S. Maizel | 0.50 | 350.00 | Telephone conference with T. Moyron re changing board of directors (X2). |
| 11/07/17 | P. Wolfson | 0.30 | 210.00 | Communications regarding board resignation (.2); attention to requests being made to Ironclad management (.1). |
| 11/17/17 | K.M. Howard | 1.50 | 357.75 | Further researched Ironclad Nevada's corporate history and incorporation in the State of Nevada and reviewed documents pertaining to same. |
| 11/17/17 | K.M. Howard | 0.40 | 95.40 | Numerous communications with attorney service regarding additional information that the Nevada Secretary of State may have regarding Ironclad Nevada's incorporation. |

Total Hours          2.70

Fee Amount                                                                $1,013.15

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| P. Wolfson | $700.00 | 0.30 | $210.00 |
| S. Maizel | $700.00 | 0.50 | $350.00 |
| K.M. Howard | $238.50 | 1.90 | $453.15 |
| Totals | | 2.70 | $1,013.15 |

Fee Total                    $     1,013.15

Invoice Total                $     1,013.15

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963396**

Client/Matter: 15744288-000011

Employee Benefits and Pensions

Payment Due Upon Receipt

---

Total This Invoice                                   $              350.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963396**

Client/Matter:  15744288-000011

Employee Benefits and Pensions

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re employee payment. |
| 11/13/17 | P. Wolfson | 0.20 | 140.00 | Communications regarding process for paying out cash bonuses. |
| Total Hours | | 0.50 | | |
| Fee Amount | | | | $350.00 |

Fee Total              $        350.00

Invoice Total          $        350.00

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963399**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                     $        23,929.25

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

January 25, 2018

**Invoice No. 1963399**

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

Client/Matter:  15744288-000012

Employment and Fee Applications

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Ross regarding minor change to supplemental declaration and withdrawal of UST objection thereafter. |
| 11/01/17 | T. Moyron | 0.40 | 198.00 | Prepare supplemental declaration in support of employment application. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Prepare email to M. Ross re supplemental declaration and proposed order on employment. |
| 11/02/17 | T. Moyron | 0.30 | 148.50 | Prepare additional language in proposed order re Stubbs, Alderton. |
| 11/03/17 | K.M. Howard | 0.30 | 71.55 | Reviewed docket and assembled additional pleadings regarding the employment of Province for inclusion into hearing binders. |
| 11/03/17 | K.M. Howard | 1.30 | 310.05 | Organized pleadings and drafted index to hearing binder for November 9, 2017 hearing on the employment application of Province, Inc. |
| 11/03/17 | K.M. Howard | 0.40 | 95.40 | Incorporated additional documents into hearing binders and finalized. |
| 11/04/17 | S. Maizel | 0.40 | 280.00 | Telephone conference with T. Moyron re Skadden Arps report A(.1); telephone conference with T. Moyron and Van Durer re Skadden Arps employment issues (.3). |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding issues related to Skadden. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarmann regarding employment application. |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Conference call with P. Wolfson regarding issues related to Skadden. |
| 11/06/17 | T. Moyron | 2.80 | 1,386.00 | Prepare employment application for M. Schwarzmann. |

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/06/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice from the Court setting hearing on Application to Employ Province Inc. as Financial Advisor and culled hearing data for inclusion into Critical Dates Memorandum. |
| 11/06/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Declaration That No Party Requested a Hearing on Application to Employ Brown Rudnick to determine dates and/or deadlines. |
| 11/06/17 | K.M. Howard | 0.90 | 214.65 | Reviewed revised Employment Application of Michael Schwarzmann (.2) and revised Declaration of Michael Schwarzmann in support of his employment application as financial advisor. |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding fee application and notice regarding same. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Prepare declaration of M. Schwarzmann. |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Ross regarding submission of order. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to Skadden's proposed engagement and advice with respect to reports. |
| 11/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to V. Durrer regarding inquiries as to Skadden's proposed engagement (hours, services performed to date, SEC investigation) and reports. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to M. Schwarzmann with respect to employment application. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with N. Moghaddam regarding scheduling of conference call to discuss issues related to Skadden's proposed employment and reports. |
| 11/07/17 | T. Moyron | 1.40 | 693.00 | Prepare declaration of M. Schwarzmann. |
| 11/07/17 | K.M. Howard | 0.30 | 71.55 | Analysis of U.S. Trustee's Guidelines regarding the employment of professionals and the timely submission of employment applications. |
| 11/07/17 | K.M. Howard | 0.70 | 166.95 | Drafted Declaration that no Party Requested a Hearing on Application to Employ Dentons as Counsel to the Committee of Equity Security Holders. |

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | K.M. Howard | 0.20 | 47.70 | Assembled and organized Exhibits to the Declaration that No Party Requested a Hearing on Application to Employ Dentons as Counsel to the Committee of Equity Security Holders. |
| 11/08/17 | K.M. Howard | 0.60 | 143.10 | Analysis of Equity Committee's Opposition to Employment Application of Province as Financial Advisor and culled and organized cited case law. |
| 11/08/17 | K.M. Howard | 0.40 | 95.40 | Analysis of Creditors Committee's Reply to Opposition to Application to Employ Province and culled and organized cited cases. |
| 11/08/17 | K.M. Howard | 0.70 | 166.95 | Reviewed culled cases and drafted index of cases for use at November 9, 2017 hearing. |
| 11/08/17 | T. Moyron | 0.20 | 99.00 | Correspond with M. Schwarzmann regarding employment application and declaration in support thereof. |
| 11/08/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Skadden and email to Debtors' counsel regarding same. |
| 11/08/17 | K.M. Howard | 0.30 | 71.55 | Organized culled cases and finalized hearing binder of cited cases. |
| 11/08/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Stipulated Order Granting Debtor's Application to Employ Stubbs Alderton to determine additional conditions and/or deadlines. |
| 11/08/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Granting Debtor's Application to Employ Craig-Hallum as Financial Advisor to determine any additional conditions and/or deadlines. |
| 11/08/17 | K.M. Howard | 0.60 | 143.10 | Researched and culled cases cited by the Equity Committee and the Creditors Committee in their Oppositions to Employ Province. |
| 11/08/17 | S. Schrag | 0.20 | 62.10 | Confer with T. Moyron regarding drafting Dentons' fee application. |
| 11/08/17 | T. Moyron | 1.00 | 495.00 | Prepare M. Schwarzmann employment application. |
| 11/08/17 | T. Moyron | 1.20 | 594.00 | Prepare M. Schwarzmann declaration. |
| 11/08/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding Skadden. |

4

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/09/17 | T. Moyron | 3.10 | 1,534.50 | Attend hearing on Province employment application. |
| 11/10/17 | T. Moyron | 0.10 | 49.50 | Conference call with V. Durrer regarding issues related to filing of employment application and other case issues. |
| 11/10/17 | T. Moyron | 0.40 | 198.00 | Prepare order granting Dentons employment application and review docket in connection therewith. |
| 11/11/17 | S. Schrag | 0.20 | 62.10 | Begin drafting fee application for Dentons. |
| 11/14/17 | S. Schrag | 0.10 | 31.05 | Continue drafting fee application for Dentons. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze order granting application to employ Dentons. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding discussions with Debtors with respect to bonuses. |
| 11/14/17 | M. Zeefe | 0.40 | 181.80 | Calls with T. Moyron re motion to upstream funds between debtors for committee fees. |
| 11/14/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Approving Employment of Dentons and culled and incorporated same. |
| 11/15/17 | K.M. Howard | 0.10 | 23.85 | Received and analysis of Order Granting Application to Employ Province and incorporated same. |
| 11/15/17 | S. Schrag | 5.90 | 1,831.95 | Continue drafting fee application for Dentons. |
| 11/16/17 | S. Schrag | 0.70 | 217.35 | Draft declaration of T. Moyron in support of fee application for Dentons (.5); draft declaration of J. Scott in support of fee application for Dentons (.2). |
| 11/16/17 | T. Moyron | 0.60 | 297.00 | Analyze and prepare fee application. |
| 11/16/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Court Order Granting Equity Committee's Application to Employ Dentons and culled same. |
| 11/16/17 | S. Schrag | 3.40 | 1,055.70 | Continue drafting fee application for Dentons. |
| 11/17/17 | S. Schrag | 4.90 | 1,521.45 | Continue drafting fee application for Dentons. |
| 11/17/17 | S. Schrag | 0.20 | 62.10 | Confer with T. Moyron regarding fee application for Dentons. |
| 11/17/17 | T. Moyron | 0.20 | 99.00 | Analyze fee application. |

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/18/17 | S. Schrag | 2.50 | 776.25 | Continue drafting fee application for Dentons. |
| 11/20/17 | K.M. Howard | 1.30 | 310.05 | Reviewed Dentons' Fee Application and cross-referenced designated amounts to actual amounts referenced in Dentons' billing statements to determine differences. |
| 11/20/17 | S. Schrag | 0.20 | 62.10 | Confer with T. Moyron and K. Howard regarding fee application finalization. |
| 11/20/17 | K.M. Howard | 0.90 | 214.65 | Reviewed Dentons' Fee Application and assembled and organized exhibits thereto including preparation of cover pages for each exhibit. |
| 11/20/17 | K.M. Howard | 2.30 | 548.55 | Analysis of Dentons' billing statements to determine hours billed and fees and costs incurred. |
| 11/20/17 | K.M. Howard | 0.20 | 47.70 | Reviewed notes and prepared communication regarding correct amount of Dentons' fees. |
| 11/20/17 | K.M. Howard | 0.20 | 47.70 | Received and reviewed numerous communications regarding status of Dentons' Fee Application. |
| 11/20/17 | T. Moyron | 4.10 | 2,029.50 | Prepare fee application and documents in support thereof. |
| 11/21/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez regarding Radians, unsecured claims, fee applications, etc. |
| 11/21/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding Dentons' billing statements and exhibit designation. |
| 11/21/17 | K.M. Howard | 0.30 | 71.55 | Reviewed Dentons' Fee Application (.1), calculated blended rates (.1) and prepared communication regarding same (.1). |
| 11/21/17 | K.M. Howard | 0.60 | 143.10 | Reviewed new facts (.2) and revised Michael Schwarzmann's Fee Application (.4). |
| 11/21/17 | K.M. Howard | 0.30 | 71.55 | Assembled, organized and prepared cover pages to exhibits to Michael Schwarzmann's Fee Application. |
| 11/21/17 | K.M. Howard | 0.20 | 47.70 | Received and reviewed numerous communications from Michael Schwarzmann regarding his feel application and exhibits thereto. |

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/21/17 | K.M. Howard | 1.10 | 262.35 | Further work on assembling and finalizing Exhibits to Dentons' Fee Application. |
| 11/21/17 | K.M. Howard | 0.40 | 95.40 | Prepared initial draft of Declaration of Michael Schwarzmann in support of Fee Application. |
| 11/21/17 | K.M. Howard | 0.10 | 23.85 | Reviewed communication regarding insertion of new facts into Fee Application received from Michael Schwarzmann. |
| 11/21/17 | S. Maizel | 0.50 | 350.00 | Review and revise first interim fee application. |
| 11/21/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails from R. Bender re fee notices. |
| 11/21/17 | T. Moyron | 5.50 | 2,722.50 | Prepare and finalize fee application and all documents in support thereof. |
| 11/21/17 | T. Moyron | 0.90 | 445.50 | Analyze, prepare and finalize Schwarzmann fee application and declaration in support thereof. |
| 11/27/17 | T. Moyron | 0.70 | 346.50 | Analyze LNBYB's fee application and time entries. |
| 11/27/17 | T. Moyron | 1.70 | 841.50 | Analyze Brownn Rudnick's fee application, analyze billing entries and calculate certain time on Sept. 22, and for DIP and claim related issues. |
| 11/27/17 | T. Moyron | 0.80 | 396.00 | Analyze fee application filed by Craig-Hallum, requested fees, and terms of employment agreement and definitions therein. |
| 11/27/17 | T. Moyron | 0.40 | 198.00 | Analyze Stubbs, Alderton fee application and time entries related thereto. |
| 11/27/17 | T. Moyron | 0.50 | 247.50 | Prepare correspondence to Committee regarding all fee applications and recommendations related to each for various reasons. |
| 11/27/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from S. Jarus, P. O'Brien and R. Chez regarding fee applications, recommendations and related issues. |
| 11/27/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to motion to upstream funds. |

| | | | | |
|------|------|------|------|------|
| Total Hours | | 64.40 | | |
| Fee Amount | | | | $24,740.35 |
| Less Discount to Client | | | | ($1,500.00) |

Employment and Fee Applications

January 25, 2018

Matter: 15744288-000012
Invoice No.: 1963399

Fee Total                                                                                              $23,240.35

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| S. Maizel | $700.00 | 1.00 | $700.00 |
| M. Zeefe | $454.50 | 0.40 | $181.80 |
| T. Moyron | $495.00 | 29.30 | $14,503.50 |
| S. Schrag | $310.50 | 18.30 | $5,682.15 |
| K.M. Howard | $238.50 | 15.40 | $3,672.90 |
| Totals | | 64.40 | $24,740.35 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Color Copies | | 79.20 |
| | | SUBTOTAL | 79.20 |
| 10/10/2017 | USA LEGAL, INC. | | 42.00 |
| | | SUBTOTAL | 42.00 |
| | Document reproduction | | 267.70 |
| | | SUBTOTAL | 267.70 |
| 11/1/2017 | WESTLAW ZEEFE\MALKA | | 150.00 |
| 11/8/2017 | WESTLAW HOWARD\CATHRYN M | | 150.00 |
| | | SUBTOTAL | 300.00 |
| | Total Disbursements | | $688.90 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 23,240.35 | |
| Disbursement Total | $ | 688.90 | |
| Invoice Total | $ | 23,929.25 | |

8

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963401**

Client/Matter: 15744288-000013

Employment and Fee Application Objections

**Payment Due Upon Receipt**

Total This Invoice                                           $          17,053.15

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963401**

Client/Matter:  15744288-000013

Employment and Fee Application Objections

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian regarding proposed order on employment application of Stubbs, Alderton. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding language in Stubbs, Alderston employment. |
| 11/03/17 | T. Moyron | 0.30 | 148.50 | Analyze reply filed by Creditors' Committee to opposition to application to employ Province. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding Stubbs, Alderton agreement to latest version of employment order. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with K. Meshefejian regarding resolution of issue related to Dentons employment application. |
| 11/08/17 | T. Moyron | 2.70 | 1,336.50 | Prepare for hearing on objection to Province application. |
| 11/09/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding hearing on Province application. |
| 11/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding outcome of hearing on Province application. |
| 11/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding outcome of hearing on Province application. |
| 11/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding hearing on Province application. |
| 11/09/17 | T. Moyron | 1.10 | 544.50 | Prepare for hearing on Province employment application. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender and K. Meshefejian regarding motion to assign claims to Equity Committee re Cordes and Aisenberg. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding filing of objection to Province fee application. |

Employment and Fee Application Objections

January 25, 2018

Matter: 15744288-000013
Invoice No.: 1963401

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/22/17 | T. Moyron | 0.30 | 148.50 | Prepare order incorporating comments re Cordes and Aisenberg. |
| 11/25/17 | T. Moyron | 1.60 | 792.00 | Prepare objection to Province fee application. |
| 11/25/17 | T. Moyron | 1.80 | 891.00 | Analyze Province's billing invoices and identify objectionable entries. |
| 11/26/17 | T. Moyron | 6.50 | 3,217.50 | Prepare objection to Province's fee application, including legal discussion and objection to entries in 10 task categories. |
| 11/26/17 | T. Moyron | 2.80 | 1,386.00 | Further analysis of Proving billing invoices, identify entries as objectionable and prepare documents regarding same. |
| 11/27/17 | M. Zeefe | 4.10 | 1,863.45 | Review Stubbs fee application (0.8); calls with T. Moyron re same (0.4); identify problematic entries (1.9); draft limited objection and reservation of rights (1.0). |
| 11/27/17 | T. Moyron | 0.40 | 198.00 | Analyze comments from Debtors' counsel on joint objection to Province fee application. |
| 11/27/17 | T. Moyron | 1.70 | 841.50 | Further preparation of joint objection to Province fee application. |
| 11/27/17 | T. Moyron | 0.30 | 148.50 | Analyze transcript from hearing on objection to Province employment application. |
| 11/27/17 | S. Maizel | 1.00 | 700.00 | Review and respond to emails re objections to various fee applications 9.8); office conference with T. Moyron re same (.2). |
| 11/28/17 | S. Maizel | 0.20 | 140.00 | Review and revise fee objection. |
| 11/28/17 | S. Maizel | 0.30 | 210.00 | Review and revise stipulation re OCC counsel fees. |
| 11/28/17 | S. Maizel | 0.50 | 350.00 | Review and revise objection to Province fee application. |
| 11/28/17 | M. Zeefe | 0.60 | 272.70 | Revise limited objection and reservation of rights to Stubbs fee application. |
| 11/28/17 | T. Moyron | 1.80 | 891.00 | Prepare exhibits to joint objection. |
| 11/28/17 | T. Moyron | 0.50 | 247.50 | Prepare stipulation re reduction of fees of Creditors' Committee. |
| 11/28/17 | T. Moyron | 0.40 | 198.00 | Prepare and finalize limited objection and reservation of rights re Stubbs, Alderton Fee Application. |

Employment and Fee Application Objections

January 25, 2018

Matter: 15744288-000013
Invoice No.: 1963401

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding proposed changes to stipulation (.1); follow up call inquiring as to signature and notifying C. Castaldi of Debtors' signature to stipulation. |
| 11/28/17 | T. Moyron | 0.40 | 198.00 | Conference calls with R. Bender regarding joint objection (.3); conference call with R. Bender regarding stipulation (.1). |
| 11/30/17 | T. Moyron | 2.60 | 1,287.00 | Analyze exhibits in support of objection and compare to billing invoices. |
| 11/30/17 | S. Maizel | 0.50 | 350.00 | Review and respond to emails re settlement with Brown Rudnick (.4); telephone conference with T. Moyron re same (.1). |

Total Hours                      33.80

Fee Amount                                                        $17,053.15

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $700.00 | 2.50 | $1,750.00 |
| M. Zeefe | $454.50 | 4.70 | $2,136.15 |
| T. Moyron | $495.00 | 26.60 | $13,167.00 |
| Totals | | 33.80 | $17,053.15 |

Fee Total            $      17,053.15

Invoice Total        $      17,053.15

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963388**

Client/Matter: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

---

Total This Invoice                                                   $        96,412.71

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California 90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963388**

Client/Matter:  15744288-000015

Litigation Contested Matters and Adversary Proceedings

---

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/01/17 | A. Ruegger | 3.10 | 2,170.00 | Communications with T. Moyron regarding revisions to draft Rule 2004 Motion (.4); review T. Moyron communications with debtor counsel regarding sharing reports (.2); review Radians proof of claim (.3); revise draft Rule 2004 Motion to reference proof of claim and other issues (1.5); forward draft Rule 2004 Motion to Radians counsel with comment and invitation to confer (.7). |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze Final DIP/Cash Collateral Order in connection with issues related to "lookback period" re Radians. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Analyze issues related to Radians' 2004 motion. |
| 11/02/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with S. Alderton regarding memorandum and joint privilege agreement. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | A. Ruegger | 5.20 | 3,640.00 | Further review of Radians two proofs of claim and certain exhibits to same (.6); further drafting and revising Rule 2004 Motion and related declaration (1.2); communications with T. Moyron and K. Howard regarding form of proposed order to accompany Rule 2004 Motion (.3); review S. Schrag memorandum and certain cited caselaw regarding disallowances and assignment legal research (.6); communication with T. Moyron regarding information from Craig-Hallum (.3); communication with debtors counsel regarding Craig-Hallum information (.3); communications with Radian's counsel regarding Rule 2004 examination (.7); review SA&M memorandum regarding BDO (.2); communications with T. Moyron regarding stipulation and order for Rule 2004 exams and legal research on lender liability-type claims (.5); communications with S. Schrag regarding legal research on lender-liability-type claims (.5). |
| 11/03/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Rickman at Craig-Hallum regarding documents re Radians. |
| 11/03/17 | A. Ruegger | 5.00 | 3,500.00 | Continued review of SA&M memorandum regarding BDO actions (.4); communications with Radians' local counsel regarding Rule 2004 stipulation and order (.3); communications with T. Moyron regarding SA&M memorandum regarding BDO (.5); communications with T. Moyron regarding SA&M engagement terms (.2); review case law on contractual implied covenant of good faith and fair dealing (1.0); review proposed stipulated order approving employment of Stubbs Alderton (.3); continued review of case law on equitable disallowance (.5); start outline of Tutor deposition topics and exhibits (.3); communication with T. Moyron regarding potential claims against Cordes & Aisenberg (.2); conference call with T. Moyron and S. Rickman (Craig-Hallum) regarding prepetition potential transactions (.3); review background materials regarding Craig Hallum marketing efforts (1.0). |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/06/17 | A. Ruegger | 6.20 | 4,340.00 | Communications with Radians' counsel regarding terms of proposed Rule 2004 stipulated order and Tutor deposition (.4); draft stipulated order for Rule 2004 examination of Radians' (1.2); communications with S. Schrag regarding status of legal research on lender liability claims and related issues (.3); review M. Schwartzmann communications with debtors regarding Radians' claim (.4); communications with T. Moyron regarding draft Rule 2004 stipulation (.4); revise Rule 2004 stipulation and forward to Radians' counsel with comment (.5); continue Tutor deposition outline (1.3); communications with T. Moyron regarding dealings with Skadden regarding employment and reports (.5); prepare status report for Committee regarding Radians' investigation (.5); pull and review California Jolley case cited by S. Schrag (.7). |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Analyze stipulation with Radians. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Castaldi regarding potential standing issue and preconfirmation litigation, if any. |
| 11/06/17 | P. Wolfson | 1.70 | 1,190.00 | Review and comment on revisions to draft Rule 2004 stipulation; consider potential objections to Radians' investigation. |
| 11/07/17 | P. Wolfson | 0.40 | 280.00 | Further revisions to Rule 2004 stipulation. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | A. Ruegger | 7.00 | 4,900.00 | Revise Rule 2004 motion to forward to Brown Rudnick for use with Capital One (.6); communications with Brown Rudnick regarding discovery from Capital One (.5); assemble exhibits for 11/20 Tutor deposition (1.5); continued drafting of Tutor deposition outline, including review of Radians' proof of claim and exhibits (1.0); communications with Radians' counsel regarding status of draft Rule 2004 stipulation (.8); review Baker Donelson edits to draft Rule 2004 stipulation (.6); review T. Moyron communications with Skadden (.3); communications with T. Moyron regarding Skadden communications and possible inquiry with SEC (.4); review public records for references to SEC investigation (.5); review additional edits from Baker Donelson to draft Rule 2004 order (.4); review timeline from Craig Hallum (.4). |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from F. Childress regarding proposed changes to stipulation with respect to Radians. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Analyze Rule 2004 stipulation and issue with respect to timing of document production. |
| 11/07/17 | T. Moyron | 0.30 | 148.50 | Prepare Rule 2004 stipulation between the Equity Committee and Radians. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Analyze follow up email from F. Childress and attached redline reflecting changes to stipulated order. |
| 11/07/17 | T. Moyron | 0.30 | 148.50 | Prepare order approving Rule 2004 stipulation. |
| 11/07/17 | T. Moyron | 0.20 | 99.00 | Analyze email from M. Schwarzmann regarding recalculating of Radians' claim and related issues. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from F. Childress attaching executed stipulation. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress regarding preparation of Rule 2004 stipulation and separate order thereon in lieu of stipulated order and attaching same. |
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress attaching order approving Rule 2004 stipulation. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/07/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to Equity Committee regarding requests related to Radians. |
| 11/07/17 | S. Schrag | 6.80 | 2,111.40 | Conduct research and analysis regarding lender liability under California law. |
| 11/08/17 | S. Schrag | 0.10 | 31.05 | Confer with A. Ruegger regarding California lender liability. |
| 11/08/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to Cordes and Aisenberg and filing of Rule 2004 motion. |
| 11/08/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding procedure related to adversary proceeding and contested matters. |
| 11/08/17 | A. Ruegger | 5.70 | 3,990.00 | Confirm 11/20 court reporting (.3); further drafting of outline questions/topics for 11/20 Tutor deposition (2.7); continue assembling exhibits for 11/20 Tutor deposition (1.7); review T. Moyron update to Committee (.2); communications with T. Moyron and G. Medina regarding subpoenas to be issued per 11/08 order (.3); review/revise draft subpoenas to Radians' and Tutor (.3); communication with Brown Rudnick regarding Capital One contact (.2). |
| 11/08/17 | P. Wolfson | 0.60 | 420.00 | Review Order on 2004 Stipulation entered by Court and consider next actions in light of same. |
| 11/08/17 | P. Wolfson | 0.20 | 140.00 | Communications with committee members. |
| 11/09/17 | A. Ruegger | 3.30 | 2,310.00 | Further drafting/revising Tutor deposition outline (.8); continue to assemble exhibits for Tutor deposition (1.1); communications with Radians' counsel regarding possible schedule change for Tutor deposition (.4); review S. Schrag memo regarding legal research on lender-liability issues (.5); communication with T. Moyron regarding stipulation finalization (.5). |
| 11/09/17 | T. Moyron | 0.30 | 148.50 | Analyze reply filed by Cordes and Aisenberg. |
| 11/09/17 | S. Schrag | 2.80 | 869.40 | Conduct research and analysis regarding the use of 2004 Examination material in other litigation. |
| 11/09/17 | S. Schrag | 1.90 | 589.95 | Finalize research and analysis regarding lender liability in California. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/10/17 | S. Schrag | 8.70 | 2,701.35 | Conduct research and analysis regarding lender liability claims in relation to California choice-of-law analysis (8.0); draft analysis of the same (.7). |
| 11/10/17 | A. Ruegger | 1.20 | 840.00 | Review Committee member's communications regarding Radians' discovery (.2); communications with Committee members, P. Wolfson and T. Moyron regarding potential legal claims versus former management (.3); communications with Committee members, P. Wolfson, and T. Moyron regarding discovery priorities (.5); review S. Schrag legal research regarding lender identify claims (.2). |
| 11/10/17 | P. Wolfson | 0.80 | 560.00 | Consider legal theory on "Honest Services" doctrine and communications regarding same. |
| 11/10/17 | T. Moyron | 0.40 | 198.00 | Analyze issues related to arbitration proceeding and Cordes and Aisenberg. |
| 11/10/17 | T. Moyron | 0.30 | 148.50 | Analyze reply filed by Cordes and Aisenberg. |
| 11/11/17 | A. Ruegger | 1.30 | 910.00 | Review S. Schrag research regarding choice of law issues (.3); review Cordes & Aisenberg motion papers regarding relief from stay for arbitration of employment issues (.8); outline arguments for hearing regarding Cordes/Aisenberg relief from stay motion (.2). |
| 11/13/17 | T. Moyron | 0.80 | 396.00 | Conference call with A. Ruegger regarding Radians, Cordes and Aisenberg and other litigation. |
| 11/13/17 | A. Ruegger | 4.20 | 2,940.00 | Communications with S. Schrag regarding possible civil tort claim for honest services (.3); continued review of Cordes & Aisenberg relief-from-stay motion papers and outline opposition arguments for same (.9); review several cases regarding creditor relief-from-stay motions and arbitration clauses (.5); communications with T. Moyron regarding issues expected at 11/15 hearing on relief-from-stay motion (.4); assemble and direct delivery to Memphis of Tutor deposition exhibits (.3); communication with Houston and Dallas attorneys regarding possible lender-liability experience (.7); communications with T. Moyron and G. Medina regarding subpoena details (.5); assemble outlines and materials for Tutor deposition (.6). |

7

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/13/17 | T. Moyron | 0.60 | 297.00 | Attend to issues related to subpoenas to Radians. |
| 11/13/17 | S. Schrag | 5.10 | 1,583.55 | Conduct research and analysis regarding lender liability claims under Texas law. |
| 11/13/17 | T. Moyron | 1.20 | 594.00 | Analyze pleadings for hearing on 7/15 and begin analysis of law regarding arbitration clauses. |
| 11/13/17 | T. Moyron | 0.30 | 148.50 | Analyze of employment application in connection with Radians' litigation. |
| 11/14/17 | S. Schrag | 4.00 | 1,242.00 | Conduct research and analysis regarding lender liability claims in relation to Texas law. |
| 11/14/17 | A. Ruegger | 0.50 | 350.00 | Communications with Radians' counsel regarding NDA, confidentiality, logistics and other issues of Radians' document production. |
| 11/14/17 | T. Moyron | 0.40 | 198.00 | Conference call with H. Janis and B. Richards to discuss potential litigation and related issues. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel regarding subpoenas served on Radians. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Prepare email to C. Castaldi regarding subpoenas served on Radians. |
| 11/14/17 | T. Moyron | 2.70 | 1,336.50 | Analyze cases discussing enforcement of arbitration proceedings and inquiry with respect to bankruptcy cases. |
| 11/14/17 | T. Moyron | 1.80 | 891.00 | Analyze motion for relief from stay and papers in support thereof, opposition thereto and reply in preparation for upcoming hearing. |
| 11/15/17 | T. Moyron | 4.10 | 2,029.50 | Attend hearing on motion for relief from stay and emergency motion to approve sale bonuses and effectuate name change. |
| 11/15/17 | T. Moyron | 1.70 | 841.50 | Analyze further Ninth cases discussing enforcement of arbitration clauses in bankruptcy cases. |
| 11/15/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding outcome of hearing. |
| 11/15/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding outcome of hearing. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/15/17 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee regarding detailed summary of outcome of hearing, dates and hearings scheduled by Court and related issues. |
| 11/15/17 | T. Moyron | 0.20 | 99.00 | Analyze issues regarding D&O policies and conference call with R. Richards regarding same. |
| 11/15/17 | A. Ruegger | 0.90 | 630.00 | Communications with T. Moyron and P. Wolfson regarding responses to court inquiry regarding litigation against Cordes et al. (.6); communications with F. Childress regarding 11/20 Tutor deposition and document production (.3). |
| 11/15/17 | P. Wolfson | 0.20 | 140.00 | Communication with committee members regarding Cordes and Aisenberg (.2). |
| 11/15/17 | P. Wolfson | 0.20 | 140.00 | Respond to T. Moyron regarding court inquiry about timing of filing adversary against forner officers (.20). |
| 11/16/17 | A. Ruegger | 0.70 | 490.00 | Review NDA proposed by Radians' counsel (.4); communications with Radians' counsel regarding proposed NDA (.3). |
| 11/16/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding logistics related to motion to assigning estates' rights against Cordes and Aisenberg. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Analyze email from C. Castaldi and comments on attached APA. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus regarding logistics related to motion to approve assignment of litigation rights to Equity Committee. |
| 11/16/17 | T. Moyron | 0.20 | 99.00 | Prepare stipulation assigning Debtors' rights to Equity Committee re Cordes and Aisenberg. |
| 11/17/17 | R. Richards | 2.30 | 1,610.00 | Review primary D and O policy (0.5), review Nevada corporation documents (0.8), review California company bylaws (0.2), review officers declaration (0.2), call w/Moyron re additional facts and documents (0.1), review 8K excerpt (0.1), review background fact memo (0.1); prepare initial analysis email (0.3) |
| 11/17/17 | T. Moyron | 0.20 | 99.00 | Analyze notes from hearing in connection with preparation of order. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/17/17 | T. Moyron | 0.70 | 346.50 | Analyze issues related to bylaws and incorporation, including merger of Ironclad and in connection with indemnification and D&O policies re Cordes and Aisenberg. |
| 11/17/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarzmann regarding information needed to evaluate Radians' claim. |
| 11/18/17 | A. Ruegger | 5.60 | 3,920.00 | Review Radians' document production for Tutor deposition exhibits. |
| 11/19/17 | A. Ruegger | 3.10 | 2,170.00 | Assemble and review exhibits for Tutor deposition (2.7); review newly-produced documents from Radians (.4). |
| 11/19/17 | T. Moyron | 0.70 | 346.50 | Conference call with M. Barr, etc. |
| 11/19/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to D&O policies and annotated language. |
| 11/19/17 | T. Moyron | 0.10 | 49.50 | Correspond with S. Jarus regarding D&O policies. |
| 11/19/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Jarus regarding conference call to discuss record date with Debtors' counsel. |
| 11/19/17 | T. Moyron | 0.20 | 99.00 | Conference call with A. Rueger regarding Radians' documents and deposition. |
| 11/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to counsel for Cordes and Aisenberg attaching proposed order. |
| 11/20/17 | A. Ruegger | 6.70 | 4,690.00 | Take M. Tutor deposition in Memphis (6.0); communications with Radians' counsel regarding case status (.4); communications with T. Moyron regarding Tutor deposition (.3). |
| 11/20/17 | T. Moyron | 0.60 | 297.00 | Prepare stipulation. |
| 11/20/17 | R. Richards | 0.60 | 420.00 | Review and annotate excess policy (0.4); email and call w/Moyron re same (0.2) |
| 11/20/17 | S. Maizel | 1.40 | 980.00 | Telephone conference with T. Moyron re pending issues including litigation (.4); telephone conference with Ron Bender and Scott Jarus re pending issues, including post-sale bank account, delegation of rights, etc. |
| 11/20/17 | S. Maizel | 0.50 | 350.00 | Review and revise motion to confer standing. |
| 11/20/17 | S. Maizel | 0.20 | 140.00 | Review and comment on stipulation between debtors and equity committee. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/20/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to D&O policies. |
| 11/20/17 | T. Moyron | 1.30 | 643.50 | Prepare stipulation granting equity committee standing to pursue claims against former officers. |
| 11/20/17 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Beck and attached comments to order. |
| 11/20/17 | T. Moyron | 0.20 | 99.00 | Analyze joint privilege and common interest agreement sent by Debtors. |
| 11/20/17 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Jarus and attached policies. |
| 11/20/17 | T. Moyron | 0.40 | 198.00 | Analyze deposition transcript re M. Tutor. |
| 11/20/17 | G. Newhouse | 1.50 | 1,050.00 | Office conference with Tania Moyron and review documents submitted in connection with internal investigation of executive's fraud. |
| 11/21/17 | G. Newhouse | 2.00 | 1,400.00 | Review internal investigation report of Skadden Arps and analyze same; meeting with Tania Moyron to discuss possible causes of action and analysis of same. |
| 11/21/17 | A. Ruegger | 6.70 | 4,690.00 | Review and revise proposed Joint Privilege Agreement (.8); communications with T. Moyron, S. Maizel and G. Newhouse regarding joint privilege agreement (1.3); review draft stipulation granting Committee right to bring estate claims (.2); communications with T. Moyron regarding debtors edits to stipulation regarding estate claims (.3); draft update on Tutor deposition for Committee, including review and references to rough transcript (2.3); send Committee update on Tutor deposition (.3); review S. Schrag legal memo and treatise article reordering Texas Lender Liability law (1.2); communications with S. Schrag regarding legal research results (.3). |
| 11/21/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with Ron Chaz re pending issues, including litigation. |
| 11/21/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re standing stipulation. |
| 11/21/17 | T. Moyron | 1.60 | 792.00 | Analyze and prepare joint motion and stipulation; correspond regarding same. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/21/17 | T. Moyron | 0.50 | 247.50 | Analyze upstream motion and statement of closing. |
| 11/21/17 | T. Moyron | 0.20 | 99.00 | Conference call with A. Ruegger regarding joint privilege agreement. |
| 11/21/17 | R. Richards | 0.50 | 350.00 | Review two existing claim notice letters; emails re policy status |
| 11/22/17 | S. Schrag | 0.50 | 155.25 | Continue research regarding lender liability for breach of duty of care (.2); confer with A. Ruegger regarding the same (.3). |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Correspond with Debtors' counsel regarding finalizing of joint privilege and common interest agreement. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached proposed order re Aisenberg and Cordes. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from K. Meshefejian regarding retroactive approval and M. Sloan approving final agreement. |
| 11/22/17 | T. Moyron | 0.10 | 49.50 | Conference call with K. Meshefejian regarding issues as to retroactive effect re joint common interest and confidentiality agreement. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Correspond with G. Newhouse regarding issues as to retroactive effect re joint common interest and confidentiality agreement. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from M. Sloan and K. Meshefejian attaching executed joint common interest and confidentiality agreement. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from M. Sloan attaching SEC presentations and Ironclad reports. |
| 11/22/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Jarus regarding reports from forensic accountants and internal reports from Stubbs, Alderton. |
| 11/22/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors and movants' counsel attaching proposed order re Cordes and Aisenberg. |
| 11/22/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to G. Newhouse regarding reports and Equity Committee. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/22/17 | A. Ruegger | 3.90 | 2,730.00 | Further analysis of legal research from S. Schrag, including review of Texas and California case law (2.2); teleconference with S. Schrag regarding further legal research regarding lender liability misconduct (.4); communications with debtor's counsel, Skadden, G. Newhouse and T. Moyron regarding draft common interest agreement (.4); review Final DIP Order regarding deadline and action related to Radians' claims (.2); begin review of Skadden reports (.7). |
| 11/23/17 | A. Ruegger | 0.60 | 420.00 | Outline recommendation to Committee regarding Radians, including review of caselaw. |
| 11/24/17 | S. Maizel | 1.50 | 1,050.00 | Review Tutor deposition, Skadden investigation reports, RGP and SAM investigation reports, re potential litigation. |
| 11/25/17 | S. Schrag | 0.30 | 93.15 | Conduct legal research regarding lender liability and duty of care. |
| 11/25/17 | A. Ruegger | 0.80 | 560.00 | Communication with T. Moyron regarding proposed recommendation to Committee regarding Radians. |
| 11/25/17 | T. Moyron | 0.60 | 297.00 | Conference call with A. Ruegger regarding Radians' fact, applicable law, recommendation and proposed call with Committee. |
| 11/26/17 | A. Ruegger | 2.30 | 1,610.00 | Communications with T. Moyron regarding Radian's recommendation (.8); communications with Committee, T. Moyron and S. Maizel regarding 11/27 call regarding recommendation (.7); communication with S. Maizel regarding Radians recommendation (.8). |
| 11/27/17 | A. Ruegger | 2.40 | 1,680.00 | Draft and forward to Committee bullet points regarding claim vs. Radians (.5); review source materials in preparation for Committee call regarding Radians (1.0); attend Committee call regarding Radians' claim (.6); communications with T. Moyron regarding alternative legal theories (.3). |
| 11/27/17 | S. Maizel | 0.50 | 350.00 | Telephone conference with Equity Committee and Art Ruegger re Radians claims. |
| 11/28/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re Radians possible litigation. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/28/17 | S. Schrag | 1.30 | 403.65 | Continue research regarding lender liability claims specific to assignor's course of conduct. |
| 11/28/17 | A. Ruegger | 2.20 | 1,540.00 | Communications with T. Moyron regarding staffing for drafting, finalizing and filing Radians complaint (.2); communications with G. Ballard regarding preparation and filing of complaint vs. Radians (.4); review Tutor deposition exhibits for use in potential settlement negotiations (.4); check subsequent treatment of Farah decision under Texas law (.5); review Greulich declaration to confirm Radians pre-petition actions (.3); review form of complaint from G. Ballard (.4). |
| 11/29/17 | A. Ruegger | 3.80 | 2,660.00 | Communications with D. Pina regarding local Dallas court rules (.3); check DIP order filing deadline (.1); begin draft complaint vs. Radians, including reference to source documents, document production and case law (2.7); communications with Radians counsel regarding prospective litigation (.4); communications with Committee, S. Maizel and T. Moyron regarding Radians' position (.3). |
| 11/29/17 | S. Schrag | 16.30 | 5,061.15 | Continue researching lender liability claims, including negligence (6.1), duress (4.8), and breach of good faith (4.6); draft analysis of findings (.8). |
| 11/29/17 | T. Moyron | 0.60 | 297.00 | Prepare and finalize order and analyze S. Beck comments in connection therewith. |
| 11/29/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to K. Meshefejian and S. Beck regarding order re Cordes and Aisenberg. |
| 11/29/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with R. Childress re Redians issues. |
| 11/29/17 | E. Giudice | 3.00 | 459.00 | Obtain case law supporting lender liability claims of duress, bad faith, and/or breach of duty of care for S. Schrag |
| 11/30/17 | S. Schrag | 1.20 | 372.60 | Confer with A. Ruegger regarding caselaw supporting theory of economic duress (.1); continue conducting research and analysis regarding support of claim of economic duress (1.1). |
| 11/30/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re Radians litigation. |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/30/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with R. Chaz re litigation. |
| 11/30/17 | A. Ruegger | 7.00 | 4,900.00 | Communications with T. Moyron and S. Maizel regarding Radians action standing (.3); communications with S. Schrag regarding additional legal research regarding lender liability case law (.4); continued drafting of petition against Radians (4.6); communications with S. Maizel, T. Moyron and G. Ballard regarding draft Radians petition (.5); communications with S. Maizel, T. Moyron and G. Ballard regarding Radians response to settlement talk invite (.4); communications with Radians counsel confirming no settlement talks (.2); review additional lender liability case law from S. Schrag (.6). |
| 11/30/17 | T. Moyron | 0.90 | 445.50 | Conference call with A. Solomon regarding background, all filings related to Cordes and Aisenberg in bankruptcy court, D&O policies and issues to be addressed. |
| 11/30/17 | T. Moyron | 0.30 | 148.50 | Prepare notice of errata. |
| 11/30/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Jarus regarding Cordes and Aisenberg, logistics with A. Solomon, and related issues. |
| 11/30/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to Radians' complaint and standing; correspond regarding same. |
| 11/30/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Beck regarding D&O policies request for reimbursement. |
| 11/30/17 | T. Moyron | 0.20 | 99.00 | Conference call with M. Schwarzmann regarding Radians' conclusions. |
| 11/30/17 | T. Moyron | 0.10 | 49.50 | Analyze email from M. Schwarmann regarding Radian's conclusions. |
| 11/30/17 | T. Moyron | 0.60 | 297.00 | Analyze issues related to Radians' complaint and related DIP order. |
| 11/30/17 | T. Moyron | 0.10 | 49.50 | Prepare correspondence to Committee regarding discussion and documents to A. Solomon. |

Total Hours                190.70

Fee Amount                                                    $95,998.50

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 4.10 | $2,870.00 |
| S. Maizel | $700.00 | 5.30 | $3,710.00 |
| G. Newhouse | $700.00 | 3.50 | $2,450.00 |
| R. Richards | $700.00 | 3.40 | $2,380.00 |
| A. Ruegger | $700.00 | 89.40 | $62,580.00 |
| T. Moyron | $495.00 | 33.00 | $16,335.00 |
| S. Schrag | $310.50 | 49.00 | $15,214.50 |
| E. Giudice | $153.00 | 3.00 | $459.00 |
| Totals | | 190.70 | $105,998.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 10/4/2017 | USA LEGAL, INC. | | 46.20 |
| 11/13/2017 | FedEx Airbill #788444307423 11/13/17 Delivery to  165 MADISON AVE STE 2000, MEMPHIS, TN | | 37.17 |
| | | SUBTOTAL | 83.37 |
| | Document reproduction | | 1.50 |
| | | SUBTOTAL | 1.50 |
| 11/9/2017 | BEN HYATT CERTIFIED DEPOSITION REPORTERS BALANCE DUE ON TRANSCRIPT FOR 11/09/17 HEARING | | 50.55 |
| 11/20/2017 | BEN HYATT CERTIFIED DEPOSITION REPORTERS TRANSCRIPT OF 11/19/17 HEARING | | 263.00 |

Litigation Contested Matters and Adversary Proceedings

January 25, 2018

Matter: 15744288-000015
Invoice No.: 1963388

| Date | Description | | Amount |
|------|-------------|---|--------|
| | | SUBTOTAL | 313.55 |
| 11/13/2017 | WESTLAW RUEGGER\ARTHUR | | 15.79 |
| | | SUBTOTAL | 15.79 |
| | Total Disbursements | | $414.21 |
| | Fee Total | $ | 95,998.50 |
| | Disbursement Total | $ | 414.21 |
| | Invoice Total | $ | 96,412.71 |

17

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad – Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963402**

Client/Matter: 15744288-000016

Meetings and Communications with Creditors

**Payment Due Upon Receipt**

Total This Invoice                                              $           140.00

Please return this page with your payment

| Payments by check should be sent to:<br>Dentons US LLP<br>Dept. 894579<br>Los Angeles, CA 90189-4579 | OR | Payment by wire transfer should be sent to:<br>Citi Private Bank<br>227 West Monroe, Chicago, IL 60606<br>ABA Transit # 271070801<br>Account #: 0801051693<br>Account Name: Dentons US LLP<br>Swift Code: CITIUS33<br>Reference: Invoice # and/or client matter # |
|---|---|---|

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963402**

Client/Matter:  15744288-000016

Meetings and Communications with Creditors

For Professional Services Rendered through November 30, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|------|-----------|-------|--------|-----------|
| 11/08/17 | S. Maizel | 0.10 | 70.00 | Review and respond to email from Eric Furey re proceedings in Court. |
| 11/28/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with Capital Management re sale results. |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $140.00 |

<u>TIME AND FEE SUMMARY</u>

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| S. Maizel | $700.00 | <u>0.20</u> | <u>$140.00</u> |
| Totals | | 0.20 | $140.00 |

| | | |
|---|---|---|
| Fee Total | $ | 140.00 |
| Invoice Total | <u>$</u> | <u>140.00</u> |

2

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963404**

Client/Matter: 15744288-000017

Non-Working Travel

Payment Due Upon Receipt

Total This Invoice                    $            0.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963404**

Client/Matter:  15744288-000017

Non-Working Travel

---

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/12/17 | S. Maizel | 2.00 | 1,400.00 | Travel to and from meeting with Scott Jarus. |
| 11/19/17 | A. Ruegger | 5.40 | 3,780.00 | Travel from New York City to Memphis for Tutor deposition. |
| 11/20/17 | A. Ruegger | 6.40 | 4,480.00 | Travel from Memphis to New York City after Tutor deposition. |
| Total Hours | | 13.80 | | |

| | |
|---|---|
| Fee Amount | $9,660.00 |
| Less Discount to Client | ($9,660.00) |
| Fee Total | $0.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $700.00 | 2.00 | $1,400.00 |
| A. Ruegger | $700.00 | 11.80 | $8,260.00 |
| Totals | | 13.80 | $9,660.00 |

| | | |
|---|---|---|
| Invoice Total | $ | 0.00 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963405**

Client/Matter: 15744288-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                    $        4,126.75

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963405**

Client/Matter:  15744288-000018

Plan and Disclosure Statement

___

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding next steps, board, plan, etc. |
| 11/03/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Chez regarding timing of conference call and outline. |
| 11/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding coordination of joint disclosure statement and plan. |
| 11/06/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to timing of disclosure statement and plan. |
| 11/09/17 | S. Maizel | 0.10 | 70.00 | Review and respond to email re potential liquidating trustee from Eisner Amper. |
| 11/12/17 | S. Maizel | 1.00 | 700.00 | Meeting with Scott Jarus re confirmation standards for plan. (No Charge) |
| 11/13/17 | S. Maizel | 0.10 | 70.00 | Review and respond to email re voting requirements on confirmation of plan for equity holders. |
| 11/13/17 | T. Moyron | 0.40 | 198.00 | Research regarding requirements for shareholders to accept plan and requirements related to amounts versus distinction of amount in claims. |
| 11/16/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien regarding questions related to CEDE & Co. and voting. |
| 11/18/17 | M. Zeefe | 1.10 | 499.95 | Correspondence and calls with T. Moyron re motion to upstream funds (0.6); research re setting a record date for equity security holders (0.5). |
| 11/18/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with T. Moyron re confirmation issues (.1); email to Pat O'Brian re same (.1). |
| 11/19/17 | S. Maizel | 0.50 | 350.00 | Telephone conference with Pat O'Brian re post-confirmation trustee. |

Plan and Disclosure Statement

January 25, 2018

Matter: 15744288-000018
Invoice No.: 1963405

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/19/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding record date and conference call to discuss same. |
| 11/20/17 | T. Moyron | 1.00 | 495.00 | Conference call with S. Jarus, R. Bender and S. Maizel regarding record date, issues related to plan and disclosure statement, First Republic Account and inventory issues. |
| 11/20/17 | M. Zeefe | 0.40 | 181.80 | Calls and emails with T. Moyron re equity security record date. |
| 11/20/17 | T. Moyron | 0.50 | 247.50 | Prepare for and attend conference call with R. Bender, S. Jarus, et al., regarding record date and related issues. |
| 11/25/17 | P. Wolfson | 0.40 | 280.00 | Communications regarding draft of plan and disclosure statement. |
| 11/30/17 | T. Moyron | 0.40 | 198.00 | Analyze email from R. Bender and attached memorandum and related to shareholder class. |
| 11/30/17 | T. Moyron | 0.80 | 396.00 | Analyze issues related to plan and shareholder class options. |

| | | | |
|---|---|---|---|
| Total Hours | 8.00 | | |
| Fee Amount | | | $4,370.75 |
| Less No Charge Item | | | ($700.00) |
| Fee Total | | | $3,670.75 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| P. Wolfson | $700.00 | 0.40 | $280.00 |
| S. Maizel | $700.00 | 1.90 | $1,330.00 |
| M. Zeefe | $454.50 | 1.50 | $681.75 |
| T. Moyron | $495.00 | 4.20 | $2,079.00 |
| Totals | | 8.00 | $4,370.75 |

3

Plan and Disclosure Statement

January 25, 2018

Matter: 15744288-000018
Invoice No.: 1963405

### DISBURSEMENT DETAIL

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|-------------|--------|
| 11/7/2017 | Lexis MOYRON\ TANIA | 39.50 |
| 11/7/2017 | Lexis MOYRON\ TANIA | 90.00 |
| 11/14/2017 | Lexis MOYRON\ TANIA | 90.00 |
| 11/15/2017 | Lexis MOYRON\ TANIA | 3.00 |
| 11/15/2017 | Lexis MOYRON\ TANIA | 25.00 |
| 11/15/2017 | Lexis MOYRON\ TANIA | 90.00 |
| 11/15/2017 | Lexis MOYRON\ TANIA | 118.50 |
|  | SUBTOTAL | 456.00 |
| Total Disbursements |  | $456.00 |

| Fee Total | $ | 3,670.75 |
|------|------|------|
| Disbursement Total | $ | 456.00 |
| Invoice Total | $ | 4,126.75 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963406**

Client/Matter: 15744288-000020

Relief From Stay and Adequate Protection

**Payment Due Upon Receipt**

Total This Invoice                                        $          2,186.85

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



| | |
|---|---|
| Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, California 90017-5704 | Salans FMC SNR Denton<br>McKenna Long<br>dentons.com |

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 25, 2018

**Invoice No. 1963406**

Client/Matter:  15744288-000020

Relief From Stay and Adequate Protection

---

For Professional Services Rendered through November 30, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached opposition to relief from stay motion filed by Cordes and Aisenberg. |
| 11/01/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to opposition to relief from stay motion filed by Cordes and Aisenberg. |
| 11/01/17 | T. Moyron | 0.10 | 49.50 | Prepare email to K. Meshefejian regarding Debtors' opposition to relief from stay motion. |
| 11/01/17 | T. Moyron | 0.20 | 99.00 | Analyze joinder in Debtors' opposition to motion for relief from stay filed by Cordes and Aisenberg. |
| 11/01/17 | M. Zeefe | 1.80 | 818.10 | Draft joinder to debtor's opposition to D&O motion for relief from stay. |
| 11/10/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re arbitration clauses. |
| 11/14/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Debtors' counsel regarding hearing on relief from stay motion and analysis of issues with respect to arbitration proceedings in In re Thorpe, In re Eber and In re Gurga. |
| 11/14/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian re hearing on automatic stay motion. |
| 11/16/17 | K.M. Howard | 0.10 | 23.85 | Analysis of the Court's notice regarding the continued hearing on Motion for Relief from Stay and culled key information for inclusion into the critical dates memorandum |
| 11/17/17 | T. Moyron | 1.00 | 495.00 | Prepare order on motion for relief from stay re Cordes and Aisenberg. |
| 11/29/17 | K.M. Howard | 0.40 | 95.40 | Drafted Notice of Lodgment of Order Temporarily Denying and Continuing Motion of Jeffrey Cordes and William Aisenberg for Relief from Automatic Stay. |

Relief From Stay and Adequate Protection

January 25, 2018

Matter: 15744288-000020
Invoice No.: 1963406

Total Hours                          4.70

Fee Amount                                                         $2,186.85

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| S. Maizel | $700.00 | 0.30 | $210.00 |
| M. Zeefe | $454.50 | 1.80 | $818.10 |
| T. Moyron | $495.00 | 2.10 | $1,039.50 |
| K.M. Howard | $238.50 | 0.50 | $119.25 |
| Totals | | 4.70 | $2,186.85 |

Fee Total            $      2,186.85

Invoice Total        $      2,186.85

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975673**

Client/Matter: 15744288-000003

Administration

Payment Due Upon Receipt

---

Total This Invoice                                    $          3,787.31

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975673**

Client/Matter:   15744288-000003

Administration

For Professional Services Rendered through December 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 12/08/17 | K.M. Howard | 0.20 | 47.70 | Prepared communication regarding upcoming hearings and pending deadlines. |
| 12/09/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding issues related to SEC. |
| 12/09/17 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Jarus and attachments regarding SEC issues. |
| 12/11/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Approving Joint Stipulation Relating to Directors and Officers Insurance Policies to determine any deadlines and further requirements. |
| 12/12/17 | K.M. Howard | 1.40 | 333.90 | Attention to case management including assemble of and organization of voluminous pleadings for incorporation including returned service mail. |
| 12/13/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Certificate of Notice re Order Approving Joint Stipulation Relating to Directors and Officers Insurance Policies and incorporated same. |
| 12/14/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Court's notice regarding the continued status conference and culled information for inclusion into critical dates memorandum. |
| 12/15/17 | K.M. Howard | 0.60 | 143.10 | Reviewed notes and prepared communications regarding upcoming hearings and pending deadlines. |
| 12/19/17 | K.M. Howard | 0.40 | 95.40 | Reviewed docket and culled various key pleadings and incorporated each into case database. |
| 12/20/17 | K.M. Howard | 0.30 | 71.55 | Reviewed and organized returned mailings and coordinated incorporation into case files. |

Administration

January 26, 2018

Matter: 15744288-000003
Invoice No.: 1975673

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/21/17 | K.M. Howard | 1.60 | 381.60 | Reviewed docket, cross-referenced to pleadings in case database, and culled and organized additional pleadings for incorporation into hard files. |
| 12/22/17 | K.M. Howard | 0.20 | 47.70 | Prepared communication regarding the critical dates memorandum and assembled attachments thereto. |
| 12/22/17 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon regarding Skadden's fees and issues related to D&O. |
| 12/27/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to Equity Committee's inquiry regarding compensation. |
| 12/27/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached proposed joint notice regarding payment of Skadden's claim. |
| 12/28/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding objections to Greulich insider compensation. |

Total Hours                                6.30

Fee Amount                                                                          $1,759.05


## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Moyron | $495.00 | 1.00 | $495.00 |
| K.M. Howard | $238.50 | 5.30 | $1,264.05 |
| Totals | | 6.30 | $1,759.05 |

Administration

January 26, 2018

Matter: 15744288-000003
Invoice No.: 1975673

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/27/2017 | USA LEGAL, INC. | | 205.50 |
| 11/15/2017 | USA LEGAL, INC. | | 269.00 |
| 11/15/2017 | USA LEGAL, INC. | | 134.50 |
| 11/15/2017 | USA LEGAL, INC. | | 134.50 |
| 11/15/2017 | USA LEGAL, INC. | | 134.50 |
| | | SUBTOTAL | 878.00 |
| 11/2/2017 | Filing Fees - USA LEGAL, INC. | | 75.90 |
| | | SUBTOTAL | 75.90 |
| 11/26/2017 | Lexis MOYRON\ TANIA | | 1.00 |
| 11/26/2017 | Lexis MOYRON\ TANIA | | 180.00 |
| | | SUBTOTAL | 181.00 |
| 10/30/2017 | Samuel R. Maizel, Business meal. | | 893.36 |
| | | SUBTOTAL | 893.36 |
| | Total Disbursements | | $2,028.26 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 1,759.05 | |
| Disbursement Total | $ | 2,028.26 | |
| Invoice Total | $ | 3,787.31 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974926**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

Payment Due Upon Receipt

---

Total This Invoice                                                    $            47.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974926**

Client/Matter:  15744288-000006

Assumption and Rejection of Leases and Contracts

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/29/17 | K.M. Howard | 0.10 | 23.85 | Reviewed and analyzed Notice Of Omnibus Motion And Omnibus Motion For An Order Authorizing Debtors To Reject Contracts Between Debtors And Grainger International, Inc., And Between Debtors And W.W. Grainger, Inc. to determine additional requirements. |
| 12/29/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding pending deadlines regarding the Omnibus Motion for Order regarding the Rejection of Contracts. |

| | | |
|---|---|---|
| Total Hours | 0.20 | |
| Fee Amount | | $47.70 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $238.50 | 0.20 | $47.70 |
| Totals | | 0.20 | $47.70 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 47.70 |
| Invoice Total | $ | 47.70 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974931**

Client/Matter: 15744288-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                                      $        6,675.30

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974931**

Client/Matter:  15744288-000009

Claims Administration and Objections

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding best case scenario re claims chart. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Analyze Debtors' claim chart. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Correspond with Debtors' counsel regarding claims chart and issues related to claims. |
| 12/08/17 | K.M. Howard | 0.40 | 95.40 | Assembled and organized pleadings pertaining to the Equity Committee pursuit of estate based claims, joint motion granting standing to pursue claims and supporting notices. |
| 12/10/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from S. Jarus and A. Solomon regarding Stubbs proposal and S. Alderton email. |
| 12/10/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding claim objections. |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Analyze order granting claims protocol motion. |
| 12/14/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Granting Debtors' Motion to Authority to Pay Undisputed Pre-petition Claims to determine deadlines and further requirements. |
| 12/18/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Certificate of Notice and Order Granting Debtors' Motion for Authority to Pay Undisputed Prepetition Claims of Solvent Estate and Establishing Protocol. |
| 12/18/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Seflin to law clerk attaching spreadsheets re Province. |
| 12/19/17 | T. Moyron | 0.40 | 198.00 | Analyze claims chart and claim amounts to be paid and emails in connection therewith. |
| 12/19/17 | T. Moyron | 0.30 | 148.50 | Exchange emails with Equity Committee regarding claims chart, proposed claim amounts to be paid by Debtors and issues with respect to certain claims proposed to be paid. |

Claims Administration and Objections

January 24, 2018

Matter: 15744288-000009
Invoice No.: 1974931

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | T. Moyron | 0.30 | 148.50 | Compile and prepare certain exhibits to A. Solomon employment application and correspond with A. Solomon regarding same. |
| 12/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from A. Solomon regarding Skadden. |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez regarding claims chart and other case issues. |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to K. Meshefejian regarding claim amounts that Equity Committee does not agree to be paid. |
| 12/19/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding payment of claims and disbanding creditors' committee. |
| 12/20/17 | T. Moyron | 0.50 | 247.50 | Conference call with Andrew Solomon and R. Bender regarding potential settlement with Stubbs. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference calls with P. O'Brien regarding Skadden and background. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Analyze and prepare order on stipulation re Province. |
| 12/20/17 | T. Moyron | 0.30 | 148.50 | Conference call with S. Seflin regarding Province's settlement offer, Equity Committee's response and issues related thereto. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference calls with P. O'Brien and issues related to potential settlement re Province. |
| 12/20/17 | T. Moyron | 0.30 | 148.50 | Correspond with the Equity Committee regarding list of claim amounts to be paid and claims that should not be paid at this time pursuant to protocol and notice and claim chart to be filed with Court. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding issues related to Skadden. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Correspond with S. Jarus and A. Solomon regarding Skadden, potential settlement and distinction between ability to pay prepetition and postpetition claims. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Analyze email from K. Meshefejian and attached notice and claims chart. |

Claims Administration and Objections

January 24, 2018

Matter: 15744288-000009
Invoice No.: 1974931

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from G. Greulich and M. Pliskin regarding certain director claims. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Prepare emails to Debtors' counsel regarding change to notice and various issues with certain claims listed in chart. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian attaching revised notice, pursuant to claims protocol. |
| 12/21/17 | T. Moyron | 0.10 | 49.50 | Conference call with law clerk regarding stipulation and lodging of an order thereon re Province. |
| 12/21/17 | T. Moyron | 0.10 | 49.50 | Analyze R. Bender email and V. Durrer email regarding fees and related issues re Skadden. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Conference call with V. Durrer regarding Skadden's fees, postpetition services and background of issues, and related issues. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Finalize notice of lodgment and finalize order re Province. |
| 12/21/17 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian and attached revised notice re claims protocol. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with A. Solomon regarding Stubbs, Alderton and analyze claims chart in connection therewith. |
| 12/21/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Bender regarding lodgment of order re Province. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding revised claims chart not including various claims. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender regarding SAM's agreement to various settlement terms. |
| 12/21/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Joint Notice Regarding Allowed Claims And Payment Of Allowed Claims Pursuant To Order Granting Debtors' Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol to determine deadlines and additional requirements. |
| 12/22/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding proposed SAM stipulation. |
| 12/22/17 | T. Moyron | 0.40 | 198.00 | Analyze proposed SAM stipulation. |

Claims Administration and Objections

January 24, 2018

Matter: 15744288-000009
Invoice No.: 1974931

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/22/17 | T. Moyron | 0.30 | 148.50 | Conference calls with A. Solomon and S. Maizel regarding proposed SAM stipulation and issue as to waiver of future claims and broad release. |
| 12/22/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding SAM limitation, issue with timing and waiver of future claims. |
| 12/22/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Bender regarding SAM stipulation and inquiry as to 9019 motion. |
| 12/22/17 | T. Moyron | 0.10 | 49.50 | Analyze email from A. Solomon and attached comments to proposed SAM stipulation. |
| 12/23/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and revised attached stipulation with SAM. |
| 12/26/17 | T. Moyron | 0.30 | 148.50 | Correspond with K. Meshefejian regarding Chang Bang claim (.1); correspond with Equity Committee regarding same (.2). |
| 12/26/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender, et al., regarding SAM joint notice and stipulation. |
| 12/26/17 | T. Moyron | 0.10 | 49.50 | Analyze Greulich's notice of reduction of insider compensation. |
| 12/26/17 | T. Moyron | 0.30 | 148.50 | Prepare changes to SAM stipulation and correspond with S. Maizel and A. Solomon regarding same. |
| 12/26/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding issues related to D&O, Skadden, and other issues. |
| 12/27/17 | T. Moyron | 0.30 | 148.50 | Conference call with V. Durrer regarding Skadden's settlement offer (.1); conference call with V. Durrer regarding Equity Committee's position regarding proposed settlement amount (.1); conference call with V. Durrer regarding agreement to settle at $450,000. |
| 12/27/17 | T. Moyron | 0.30 | 148.50 | Conference calls with R. Chez regarding Skadden's settlement proposal and issues related thereto (x3). |
| 12/27/17 | T. Moyron | 0.20 | 99.00 | Conference calls with S. Jarus regarding Skadden (x2). |
| 12/27/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding issues related to Skadden and proposed settlement amount. |

Claims Administration and Objections

January 24, 2018

Matter: 15744288-000009
Invoice No.: 1974931

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/27/17 | T. Moyron | 1.00 | 495.00 | Correspond with A. Solomon regarding issues related to proposed joint notice on resolution of SAM claim and Skadden (.4); incorporate comments into joint notice and finalize same with A. Solomon (.6). |
| 12/27/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding potential settlement with Skadden (.1); correspond with R. Bender regarding settlement with Skadden (.1). |
| 12/27/17 | T. Moyron | 0.60 | 297.00 | Analyze Skadden's proof of claim (.2); analyze prior communications regarding Skadden and amounts incurred postpetition (.2); analyze claims chart re Skadden (.1); strategize with S. Maizel regarding proposed settlement with Skadden (.1). |
| 12/27/17 | T. Moyron | 0.30 | 148.50 | Analyze case law with respect to res judicata effect of final fee order rand correspond with A. Solomon regaring same re SAM. |
| 12/28/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached revised notice re Skadden. |
| 12/28/17 | T. Moyron | 0.10 | 49.50 | Analyze email from V. Durrer regarding proposed notice and wiring instructions. |
| 12/28/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding details related to settlement with Skadden and correspond regarding same. |
| 12/28/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender, et al., attaching signatures to stipulation. |
| 12/28/17 | T. Moyron | 0.10 | 49.50 | Correspond with K. Meshefejian regarding Greulich insider compensation form re reduction. |

Total Hours                                        13.90

Fee Amount                                                                      $6,675.30

Claims Administration and Objections

January 24, 2018

Matter: 15744288-000009
Invoice No.: 1974931

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| T. Moyron | $495.00 | 13.10 | $6,484.50 |
| K.M. Howard | $238.50 | 0.80 | $190.80 |
| Totals | | 13.90 | $6,675.30 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 6,675.30 | |
| Invoice Total | $ | 6,675.30 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974983**

Client/Matter: 15744288-000011

Employee Benefits and Pensions

Payment Due Upon Receipt

---

Total This Invoice                                     $              140.00

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

 **DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974983**

Client/Matter:  15744288-000011

Employee Benefits and Pensions

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/11/17 | P. Wolfson | 0.20 | 140.00 | Review note regarding employee bonuses (.2). |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $140.00 |

| | | | |
|---|---|---|---|
| Fee Total | | $ | 140.00 |
| Invoice Total | | $ | 140.00 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975677**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

---

Total This Invoice                                      $        11,484.10

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975677**

Client/Matter:  15744288-000012

Employment and Fee Applications

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/04/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Jarus attaching declarations re fee applications. |
| 12/04/17 | T. Moyron | 0.40 | 198.00 | Prepare and finalize S. Jarus declaration in support of Dentons' fee application. |
| 12/04/17 | T. Moyron | 0.30 | 148.50 | Prepare and finalize declaration of S. Jarus in support of M. Schwarzmann fee application. |
| 12/04/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding issues related to retention of accounting firm. |
| 12/05/17 | T. Moyron | 0.10 | 49.50 | Analyze order granting application to hear application to employ accountant on shortened time. |
| 12/05/17 | T. Moyron | 0.20 | 99.00 | Correspond with P. O'Brien regarding BPE&H. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Prepare order granting Schwarzmann employment. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding issues related to Debtors application to employ accountant and related issues. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Correspond with Debtors' counsel regarding issues related to proposed accountant. |
| 12/06/17 | K.M. Howard | 0.20 | 47.70 | Reviewed communication regarding a declaration of non-opposition to application to employ Michael Schwarzmann (.1) and prepared reply thereto (.1). |
| 12/06/17 | K.M. Howard | 0.40 | 95.40 | Reviewed underlying employment application to employment Michael Schwarzmann (.1) and drafted Declaration That No Party Requested a Hearing on the Equity Committee's Application to Employ Michael Schwarzmann including revisions thereto (.3). |

Employment and Fee Applications

January 26, 2018

Matter: 15744288-000012
Invoice No.: 1975677

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/07/17 | S. Schrag | 0.10 | 31.05 | Confer with T. Moyron regarding the Solomon & Cramer Employment Application as special litigation counsel to Equity Committee. |
| 12/07/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender and change needed to firm to employ accountant. |
| 12/07/17 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon regarding issues related to employment application. |
| 12/07/17 | T. Moyron | 0.30 | 148.50 | Correspond with Debtors' counsel regarding accountants amended application (.2); correspond with Equity Committee regarding accountant (.1). |
| 12/08/17 | S. Schrag | 3.40 | 1,055.70 | Draft the Solomon & Cramer Employment Application as special litigation counsel to Equity Committee. |
| 12/08/17 | K.M. Howard | 1.00 | 238.50 | Assembled and organized all pleadings pertaining to matters on for hearing for incorporation into the December 12, 2017 hearing binders. |
| 12/10/17 | T. Moyron | 1.70 | 841.50 | Prepare Solomon employment application. |
| 12/11/17 | T. Moyron | 0.60 | 297.00 | Analyze and prepare application to employ Solomon & Cramer and related documents in support thereof. |
| 12/11/17 | T. Moyron | 1.60 | 792.00 | Analyze cases cited by Province in reply to joint objection to fee application. |
| 12/11/17 | S. Schrag | 0.60 | 186.30 | Revise the Solomon & Cramer Employment Application as special litigation counsel to Equity Committee. |
| 12/11/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Granting Application to Employ Michael Scharzmann as Financial Advisor to determine deadlines and/or further requirements. |
| 12/13/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Lodgment of Order Granting Fee Applications (.1) and incorporated same into database (.1). |
| 12/13/17 | K.M. Howard | 0.20 | 47.70 | Analysis of updated order granting fee applications and incorporated same. |
| 12/13/17 | T. Moyron | 0.50 | 247.50 | Analyze order granting motion to upstream funds (.1); analyze fee order (.2); correspond with R. Bender regarding fee order (.2). |

3

Employment and Fee Applications

January 26, 2018

Matter: 15744288-000012
Invoice No.: 1975677

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | S. Schrag | 2.00 | 621.00 | Revise Declaration and Application for Solomon & Cramer LLP as special litigation counsel. |
| 12/15/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Authorizing California Entity to Upstream Funds to Nevada Entity to enable payment of professionals to determine additional requirements or deadlines. |
| 12/15/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Order Granting Applications for Approval of Fees and Reimbursement of Expenses of Professionals to determine any deadlines. |
| 12/18/17 | T. Moyron | 1.40 | 693.00 | Analyze and prepare application to employ Solomon & Cramer, declaration and notice thereon. |
| 12/19/17 | T. Moyron | 2.80 | 1,386.00 | Finalize Solomon & Cramer's employment application, declaration and notice thereon for filing. |
| 12/19/17 | T. Moyron | 0.30 | 148.50 | Correspond with A. Solomon in connection with finalizing employment application and related filings. |
| 12/19/17 | S. Schrag | 2.60 | 807.30 | Draft exhibits for Application to Employ Solomon & Cramer LLP as special litigation counsel (1.8); continue revising Declaration, Application, and Notice regarding the same (.6); confer with T. Moyron regarding the same (.2). |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Analyze emails from K. Meshefejian regarding issues related to claims chart and payments to be made on allowed claims. |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Further preparation of A. Solomon declaration in connection with disclosures regarding prior cases involving R. Chez and P. O'Brien. |
| 12/20/17 | S. Maizel | 0.10 | 70.00 | Office conference with Tania Moyron re pending issues including Province fees, Skadden fees, etc... |
| 12/20/17 | S. Schrag | 4.00 | 1,242.00 | Draft Application to Expand the Scope of Dentons' Retention as Counsel. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference calls with R. Bender regarding potential settlement with Stubbs, Alderston and Skadden. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender and changes to order re Province. |

4

Employment and Fee Applications

January 26, 2018

Matter: 15744288-000012
Invoice No.: 1975677

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/20/17 | T. Moyron | 0.40 | 198.00 | Analyze application to expand scope of services. |
| 12/21/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender and attached change to order re Province. |
| 12/21/17 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien regarding issues related to Skadden. |
| 12/22/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Order on 1) stipulation resolving objection to first and final application for compensation and reimbursement of expenses for Province, Inc., as financial advisor to the official committee of unsecured creditors for the period September 22, 2017 through November 10, 2017, and 2) first and final application for compensation and reimbursement of expenses for Province, Inc. to determine additional requirements or deadlines. |
| 12/28/17 | K.M. Howard | 0.10 | 23.85 | Received and analyzed Joint Stipulation Allowing Pre-Petition Claim of Stubbs Alderton to determine additional requirements. |
| 12/28/17 | K.M. Howard | 0.10 | 23.85 | Received and analyzed Joint Notice Regarding Allowance And Payment Of Filed Claim Of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant To Order Granting Debtors Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol to determine additional requirements. |

| | | | |
|---|---|---|---|
| Total Hours | | 28.30 | |
| Fee Amount | | | $10,993.30 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $700.00 | 0.10 | $70.00 |
| T. Moyron | $495.00 | 12.80 | $6,336.00 |
| S. Schrag | $310.50 | 12.70 | $3,943.35 |
| K.M. Howard | $238.50 | 2.70 | $643.95 |
| Totals | | 28.30 | $10,993.30 |

Employment and Fee Applications

January 26, 2018

Matter: 15744288-000012
Invoice No.: 1975677

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|------|--------|
| 10/18/2017 | Delivery & Postage -  USA LEGAL, INC. | | 49.50 |
| 10/20/2017 | Delivery & Postage - USA LEGAL, INC. | | 64.90 |
| 11/8/2017 | Delivery & Postage - USA LEGAL, INC. | | 97.90 |
| 11/22/2017 | Delivery & Postage - USA LEGAL, INC. | | 64.90 |
| 11/22/2017 | Delivery & Postage -  USA LEGAL, INC. | | 64.90 |
| 11/9/2017 | Delivery & Postage - USA LEGAL, INC. | | 97.90 |
| | | SUBTOTAL | 440.00 |
| | Document reproduction | | 45.10 |
| | | SUBTOTAL | 45.10 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 5.70 |
| | | SUBTOTAL | 5.70 |
| | Total Disbursements | | $490.80 |

| | | | |
|------|------|------|------|
| Fee Total | $ | 10,993.30 | |
| Disbursement Total | $ | 490.80 | |
| Invoice Total | $ | 11,484.10 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1975025**

Client/Matter: 15744288-000013

Employment and Fee Application Objections

Payment Due Upon Receipt

Total This Invoice                    $          5,130.80

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

# DENTONS

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1975025**

Client/Matter:  15744288-000013

Employment and Fee Application Objections

For Professional Services Rendered through December 31, 2017:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 11/01/17 | P. Wolfson | 0.20 | 140.00 | Communications regarding SAM employment order. |
| 11/02/17 | P. Wolfson | 0.20 | 140.00 | Communication with Margaux Ross re employment issues. |
| 11/03/17 | P. Wolfson | 1.00 | 700.00 | Participate in teleconference regarding objections to employment applications and resolutions of same. |
| 11/06/17 | P. Wolfson | 0.20 | 140.00 | Communications regarding standing issue in response to Creditor's Committee counsel and US Trustee. |
| 12/05/17 | T. Moyron | 0.20 | 99.00 | Analyze reply filed by Province. |
| 12/05/17 | T. Moyron | 0.20 | 99.00 | Analyze stipulation and incorporate comments from A. Solomon. |
| 12/12/17 | T. Moyron | 1.80 | 891.00 | Prepare for hearing on Province fee application. |
| 12/18/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with S. Gubner re Province fees. |
| 12/18/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails with S. Gubner re Province fees. |
| 12/18/17 | S. Schrag | 1.70 | 527.85 | Draft Notice of Declaration and Application for Solomon & Cramer LLP as special litigation counsel (1.2); continue revising Declaration and Application regarding the same (.5). |
| 12/18/17 | T. Moyron | 0.10 | 49.50 | Prepare email to law clerk attaching electronic spreadsheets per Court's request re Province. |
| 12/19/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with S. Seflin inquiring as to Province's most recent offer. |
| 12/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding Province's offer. |
| 12/19/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re Province fees. |

Employment and Fee Application Objections

January 24, 2018

Matter: 15744288-000013
Invoice No.: 1975025

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/20/17 | S. Maizel | 0.30 | 210.00 | Review and comment on Province stipulation. |
| 12/20/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re Province settlement. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding communication with law clerk regarding Province stipulation. |
| 12/20/17 | T. Moyron | 0.30 | 148.50 | Conference calls with S. Seflin regarding order on stipulation re Province (3x). |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding Province. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding Province. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding response from Province's lawyer. |
| 12/20/17 | T. Moyron | 0.40 | 198.00 | Draft stipulation on Province fee application. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez regarding Province and potential settlement. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Analyze S. Seflin comments on proposed stipulation re Province. |
| 12/20/17 | T. Moyron | 0.30 | 148.50 | Analyze emails from S. Seflin attaching various version of stipulation and order thereon. |
| 12/20/17 | T. Moyron | 0.30 | 148.50 | Exchange emails with S. Seflin regarding versions of stipulation and order. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Correspond with Debtors' counsel regarding stipulation re Province. |
| 12/21/17 | K.M. Howard | 0.10 | 23.85 | Reviewed communication regarding a Notice of Lodgment of Order pertaining to payment to Province by year-end. |
| 12/21/17 | K.M. Howard | 0.40 | 95.40 | Drafted Notice of Lodgment of Order re Stipulation Resolving Objections to Province's Fees. |

| | | | | |
|------|-----------|-------|--------|-----------|
| Total Hours | | 9.50 | | |
| Fee Amount | | | | $4,752.60 |

Employment and Fee Application Objections

January 24, 2018

Matter: 15744288-000013
Invoice No.: 1975025

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Wolfson | $700.00 | 1.60 | $1,120.00 |
| S. Maizel | $700.00 | 0.80 | $560.00 |
| T. Moyron | $495.00 | 4.90 | $2,425.50 |
| S. Schrag | $310.50 | 1.70 | $527.85 |
| K.M. Howard | $238.50 | 0.50 | $119.25 |
| Totals | | 9.50 | $4,752.60 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 11/29/2017 | Delivery & Postage - - | USA LEGAL, INC. | 97.90 |
| 11/30/2017 | Delivery & Postage - - | USA LEGAL, INC. | 97.00 |
| 12/4/2017 | Delivery & Postage - - | USA LEGAL, INC. | 97.90 |
| 12/6/2017 | Delivery & Postage - - | USA LEGAL, INC. | 75.90 |
| | | SUBTOTAL | 368.70 |
| | Document reproduction | | 9.50 |
| | | SUBTOTAL | 9.50 |
| | Total Disbursements | | $378.20 |

| | | |
|---|---|---|
| Fee Total | $ | 4,752.60 |
| Disbursement Total | $ | 378.20 |
| Invoice Total | $ | 5,130.80 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975674**

Client/Matter: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                          $        16,549.72

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975674**

Client/Matter:  15744288-000015

Litigation Contested Matters and Adversary Proceedings

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | C. Montgomery | 0.10 | 70.00 | Phone call with S Maizel and T Moyron regarding jurisdiction to object to prepetition lender's claim in the bankruptcy court and combine it with Section 549 recovery |
| 12/01/17 | K.M. Howard | 0.20 | 47.70 | Received and reviewed deposition of Michael Tutor. |
| 12/01/17 | K.M. Howard | 0.20 | 47.70 | Prepared various communications regarding pro hac vice papers for admission of Art Ruegger (.1) and reviewed replies thereto (.1). |
| 12/01/17 | K.M. Howard | 0.40 | 95.40 | Drafted Order in support of Application for Pro Hac Vice Admission of Art Ruegger. |
| 12/01/17 | K.M. Howard | 0.60 | 143.10 | Drafted Application of Non-Resident Attorney (Art Ruegger) to Appear Pro Hac Vice. |
| 12/04/17 | K.M. Howard | 0.10 | 23.85 | Communications regarding cover sheet for adversary case and complaint. |
| 12/04/17 | K.M. Howard | 0.60 | 143.10 | Reviewed adversary complaint and drafted Adversary Proceeding Cover Sheet. |
| 12/04/17 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon regarding issues related to Cordes and Aisenberg, certain reports, and related issues. |
| 12/04/17 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender attaching proposed plan and trust agreement. |
| 12/04/17 | T. Moyron | 0.40 | 198.00 | Correspond with Debtors' counsel regarding various issues related to proposed plan (e.g., board and CFO and CEO after petition date, proposed services by certain professionals, etc). |
| 12/04/17 | T. Moyron | 0.10 | 49.50 | Prepare email to P. O'Brien regarding email sent to Debtors' counsel regarding concerns with proposed plan. |

2

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/04/17 | T. Moyron | 0.20 | 99.00 | Conference call with S. Beck regarding proposed stipulation regarding draws on D&O policies. |
| 12/05/17 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding summons for the adversary complaint. |
| 12/05/17 | K.M. Howard | 0.10 | 23.85 | Analysis of communication clarifying the causes of action in the adversary complaint. |
| 12/05/17 | K.M. Howard | 0.20 | 47.70 | Prepared communication to determine if a Section 548 Fraudulent Transfer Claim was being alleged in the adversary complaint (.1) and reviewed response regarding Section 549 claim (.1). |
| 12/05/17 | K.M. Howard | 0.50 | 119.25 | Reviewed Equity Committee's Adversary Complaint (.2) and drafted summons in an adversary proceeding in support of Equity Committee's Adversary Complaint (.3). |
| 12/05/17 | K.M. Howard | 0.60 | 143.10 | Reviewed and revised Adversary Proceeding Cover Sheet to further describe causes of action and newly acquired data. |
| 12/05/17 | T. Moyron | 0.40 | 198.00 | Conference call with A. Solomon regarding claims against Aisenberg and Cordes, Skadden, complaint, timing and related issues ... |
| 12/06/17 | T. Moyron | 0.60 | 297.00 | Analyze email from S. Beck and attached proposed stipulation (.2); prepare comments to stipulation regarding procedure for additional draws (.1); prepare email to S. Beck attaching revised stipulation (.1); conference call with S. Beck regarding proposed stipulation and procedure for additional draws (.1); conference call with A. Solomon regarding same (.1). |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Beck attaching stipulation and further change. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Alderton regarding QBE. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Analyze emails from Equity Committee regarding agreement to Cordes and Aisenberg stipulation. |
| 12/07/17 | P. Wolfson | 1.00 | 700.00 | Calls with A. Ruegger and J. Goldin regarding expert witness and valuation of damages. |

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/08/17 | A. Sharetta | 0.10 | 70.00 | Correspondence with T. Moyron regarding additional paragraph added to Trust Agreement regarding qualification of liquidating trust (.1). |
| 12/09/17 | A. Sharetta | 0.40 | 280.00 | Correspondence with T. Moyron regarding escrow account for certain creditor claims apart from liquidating trust (.2); review rules (.2). |
| 12/11/17 | T. Moyron | 0.70 | 346.50 | Conference call with Equity Committee and A. Solomon regarding issues related to Stubbs, Alderton. |
| 12/11/17 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon regarding responses to SEC (.1); correspond with A. Solomon regarding reports and materials needed (.1). |
| 12/12/17 | T. Moyron | 5.80 | 2,871.00 | Attend hearings on motion to approve stipulation to assign litigation rights, motion to approve protocol, fee applications, objection to Province fee application, Status Conference, etc. |
| 12/12/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez re outcome of hearings. |
| 12/12/17 | T. Moyron | 0.10 | 49.50 | Conference call with P. O'Brien re outcome of hearings. |
| 12/13/17 | T. Ryan | 0.20 | 61.20 | Conference with T. Moyron and G. Newhouse re organization of documents for SEC production; email Litigation Support team for information on program/platform we can utilize to share access to documents with outside counsel. |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding motion to be filed regarding the joint plan and disclosure statement by Friday, Dec. 15. |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Analyze email from M. Sloan and forwarded subpoena. |
| 12/13/17 | T. Moyron | 2.60 | 1,287.00 | Prepare motion confirming that no disclosure statement is required and setting confirmation hearing. |

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/13/17 | T. Moyron | 0.50 | 247.50 | Analyze email from R. Bender regarding motion related to joint plan and attached joint disclosure statement and plan (.2); prepare email to R. Bender regarding same and relief requested (.2); conference call with R. Bender regarding same (.1). |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Conference call with K. Meshefejian regarding issues related to motion to confirm disclosure statement is not required and requesting other relief. |
| 12/13/17 | A. Sharetta | 0.60 | 420.00 | Draft tax language to Joint Plan of reorganization in connection with Rev. Proc. (0.6). |
| 12/13/17 | G. Newhouse | 0.30 | 210.00 | Email correspondence with Skadden Arps regarding subpoena we received from the SEC in the Ironclad matter and follow-up. |
| 12/14/17 | T. Moyron | 0.30 | 148.50 | Analyze email from K. Meshefejian and proposed order to confer standing on Equity Committee (.2); prepare email to K. Meshefejian regarding same (.1). |
| 12/14/17 | T. Moyron | 0.30 | 148.50 | Conference calls with A. Solomon regarding any asserted indemnity claim and related issues. |
| 12/14/17 | T. Moyron | 0.20 | 99.00 | Conference calls with A. Solomon regarding any indemnity claims asserted by Cordes and Aisenberg. |
| 12/14/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Alderton regarding correspondence received from QBE. |
| 12/15/17 | T. Ryan | 0.20 | 61.20 | Telephone conference with Litigation Support re Firmex and inquire about requirements to set-up share drive. |
| 12/18/17 | T. Moyron | 0.20 | 99.00 | Attend to issues related to setting up server for documents to be shared with A. Solomon re Cordes and Aisenberg. |
| 12/18/17 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon and G. Newhouse regarding documents to be obtained from Skadden. |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with N. Moghaddam and G. Newhouse regarding conference call related to SEC background and documents. |

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | G. Newhouse | 1.00 | 700.00 | Review SEC subpoena and correspondence; telephone conference with SEC counsel regarding compliance with outstanding subpoena (determined to be incomplete) and email correspondence with attorneys from Skadden Arps regarding document request and transfer. |
| 12/19/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Court's Order Granting Joint Motion for Order Granting Standing to Pursue Claims to determine additional deadlines and requirements set by the court. |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Analyze email from N. Moghaddam regarding conference call re Skadden materials. |
| 12/20/17 | G. Newhouse | 0.30 | 210.00 | Email correspondence with Skadden Arps regarding subpoena we received from the SEC in the Ironclad matter and follow-up. |
| 12/21/17 | G. Newhouse | 1.20 | 840.00 | Telephone conference with Nili T. Moghaddam, Esq. Skadden, Arps, Slate, Meagher & Flom regarding cooperation with Skadden and request for documents; follow-up with Tania Moyron. |
| 12/27/17 | T. Moyron | 0.20 | 99.00 | Comment on letter to N. Moghaddamre Skadden documents (.1); correspond with G. Newhouse regarding same (.1). |
| 12/27/17 | G. Newhouse | 1.20 | 840.00 | Draft correspondence to insurance carrier and follow-up teleconference with Tania Moyron regarding same; office conference with bankruptcy counsel John Moe regarding response to SEC subpoena and draft and send email correspondence to Skadden Arps regarding subpoena duces tecum and follow-up. |
| 12/28/17 | G. Newhouse | 0.40 | 280.00 | Review and provide suggested comments to letter from Alicia Garcia regarding bankruptcy status and issues surrounding response to SEC subpoena. |

Total Hours          25.70

Fee Amount                                                                    $13,024.20

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 0.10 | $70.00 |
| P. Wolfson | $700.00 | 1.00 | $700.00 |
| A. Sharetta | $700.00 | 1.10 | $770.00 |
| G. Newhouse | $700.00 | 4.40 | $3,080.00 |
| T. Moyron | $495.00 | 14.90 | $7,375.50 |
| K.M. Howard | $238.50 | 3.80 | $906.30 |
| T. Ryan | $306.00 | 0.40 | $122.40 |
| Totals | | 25.70 | $13,024.20 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 10/30/2017 | Delivery & Postage - -    USA LEGAL, INC. | | 75.90 |
| 11/3/2017 | Delivery & Postage - -    USA LEGAL, INC. | | 49.50 |
| 10/27/2017 | Delivery & Postage - -    USA LEGAL, INC. | | 49.50 |
| 11/8/2017 | Delivery & Postage - -    USA LEGAL, INC. | | 75.90 |
| 11/20/2017 | Delivery & Postage FedEx Airbill #788535792267 11/20/17 Delivery to 17835 Ventura Blvd , Suite ENCINO, CA | | 15.03 |
| 11/15/2017 | USA LEGAL, INC. | | 97.90 |
| | | SUBTOTAL | 363.73 |
| | Document reproduction | | 25.90 |
| | | SUBTOTAL | 25.90 |
| 12/5/2017 | Filing Tania M. Moyron, Filing fee for Ironclad adversary proceeding - Committee of Equity Security Holders v. Radians | | 350.00 |
| | | SUBTOTAL | 350.00 |
| 11/28/2017 | WESTLAW SCHRAG\SARAH | | 75.00 |
| 11/29/2017 | WESTLAW SCHRAG\SARAH | | 892.00 |
| 11/29/2017 | WESTLAW GIUDICE\EUGENE | | 450.00 |

Litigation Contested Matters and Adversary Proceedings

January 26, 2018

Matter: 15744288-000015
Invoice No.: 1975674

| Date | Description | Amount |
|------|-------------|--------|
| 12/1/2017 | WESTLAW SCHRAG\SARAH | 150.00 |
| 12/4/2017 | WESTLAW RUEGGER\ARTHUR | 47.36 |
| 12/5/2017 | WESTLAW RUEGGER\ARTHUR | 422.98 |
| 12/6/2017 | WESTLAW RUEGGER\ARTHUR | 150.24 |
| 12/7/2017 | WESTLAW SCHRAG\SARAH | 75.00 |
| 12/7/2017 | WESTLAW RUEGGER\ARTHUR | 448.19 |
| 12/20/2017 | WESTLAW RUEGGER\ARTHUR | 75.12 |

SUBTOTAL    2,785.89

Total Disbursements    $3,525.52

Fee Total    $    13,024.20

Disbursement Total    $    3,525.52

Invoice Total    $    16,549.72

8

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975679**

Client/Matter: 15744288-000017

Non-Working Travel

Payment Due Upon Receipt

Total This Invoice                                    $          857.96

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975679**

Client/Matter:  15744288-000017

Non-Working Travel

---

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/7/2017 | Airfare Arthur H. Ruegger, Travel Agent service fee re necessary flight change to attend M. Tutor Deposition in Memphis | | 40.00 |
| | | SUBTOTAL | 40.00 |
| 11/20/2017 | Ground Transportation Arthur H. Ruegger, Roundtrip car service from home in CT to LGA. | | 319.30 |
| 10/31/2017 | Ground Transportation JFK TO 1221 6 AV | | 114.03 |
| 11/19/2017 | Ground Transportation Arthur H. Ruegger, Taxi from Memphis Airport to Hotel | | 36.00 |
| 11/20/2017 | Ground Transportation Arthur H. Ruegger, Taxi from Memphis Hotel to Airport | | 37.00 |
| | | SUBTOTAL | 506.33 |
| 11/20/2017 | Lodging Arthur H. Ruegger, Lodging in Memphis for M. Tutor deposition | | 238.15 |
| | | SUBTOTAL | 238.15 |
| 11/20/2017 | Lodging Tax | | 39.62 |
| | | SUBTOTAL | 39.62 |
| 11/20/2017 | Meals Arthur H. Ruegger, Dinner at Charlotte Airport returning from M. Tutor Deposition | | 33.86 |
| | | SUBTOTAL | 33.86 |
| | Total Disbursements | | $857.96 |

|  |  |  |
|--|--|--|
| Disbursement Total | $ | 857.96 |
| Invoice Total | $ | 857.96 |

2

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1975019**

Client/Matter: 15744288-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                               $        61,303.20

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1975019**

Client/Matter:  15744288-000018

Plan and Disclosure Statement

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/01/17 | M. Zeefe | 0.10 | 45.45 | Call with S. Maizel, T. Moyron re plan issues. |
| 12/01/17 | C. Montgomery | 0.10 | 70.00 | Communications with T. Moyron re voting issue |
| 12/01/17 | K.M. Howard | 0.40 | 95.40 | Gathered and assembled plans and motions to confirm plans to assist attorneys in drafting of same (.3) and prepared communication regarding same (.1). |
| 12/04/17 | T. Moyron | 1.10 | 544.50 | Analyze joint plan of reorganization and trust agreement. |
| 12/04/17 | S. Maizel | 0.20 | 140.00 | Telephone conference with P. O'Brien re plan. |
| 12/04/17 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re plan draft. |
| 12/04/17 | S. Maizel | 0.20 | 140.00 | Review and respond to emails from R. Bender re plan. |
| 12/04/17 | T. Moyron | 0.20 | 99.00 | Analyze email from P. O'Brien and attached comments to proposed plan. |
| 12/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding various issues with preliminary draft of joint plan. |
| 12/05/17 | T. Moyron | 0.20 | 99.00 | Analyze motion regarding proposed adequacy of disclosure re plan. |
| 12/05/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with equity committee re plan issues. |
| 12/05/17 | S. Maizel | 1.00 | 700.00 | Revising motion re adequacy of plan. |
| 12/05/17 | T. Moyron | 0.40 | 198.00 | Conference call with S. Jarus, P. O'Brien and S. Maizel regarding proposed joint plan and other issues. |
| 12/06/17 | A. Sharetta | 3.80 | 2,660.00 | Correspondence with T. Moyron regarding tax review of liquidating trust agreement (.1); review and edit Trust Agreement (2); prepare tax comments in accordance with Rev. Proc. 94-45 (1.5); email to T. Moyron (.2). |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 12/06/17 | T. Moyron | 3.20 | 1,584.00 | Analyze and prepare joint plan of reorganization. |
| 12/06/17 | T. Moyron | 0.30 | 148.50 | Analyze trust agreement. |
| 12/06/17 | P. Wolfson | 1.80 | 1,260.00 | Review of Ironclad joint plan and trust agreement. |
| 12/06/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with T. Moyron re plan issues. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Debtors' counsel and Movants' counsel regarding agreement from Equity Committee on stipulation. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed changes from colleague regarding tax issues. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender attaching revised joint plan. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to S. Beck regarding issue with proposed procedure regarding additional draws on policies. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Analyze P. O'Brien's comments on proposed plan draft 2. |
| 12/06/17 | T. Moyron | 0.40 | 198.00 | Analyze issues related to trust agreement and proposed language to address tax issues; correspond regarding same. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Correspond with Debtors' counsel regarding SEC and appropriate counsel to interface with SEC regarding record date and halting trade. |
| 12/07/17 | M. Zeefe | 1.00 | 454.50 | Research equityholder serving as liquidating trustee (0.9); call with T. Moyron re same (0.1). |
| 12/07/17 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re plan issues. |
| 12/07/17 | T. Moyron | 4.60 | 2,277.00 | Analyze joint plan of reorganization and prepare comments thereto. |
| 12/08/17 | S. Maizel | 1.00 | 700.00 | Review plan and provide comments re same. |
| 12/08/17 | T. Moyron | 3.10 | 1,534.50 | Prepare plan of reorganization. |
| 12/08/17 | T. Moyron | 4.70 | 2,326.50 | Analyze plan and prepare comments and redline thereto. |
| 12/09/17 | T. Moyron | 4.80 | 2,376.00 | Analyze and prepare trust agreement. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/09/17 | T. Moyron | 0.30 | 148.50 | Analyze issues related to remaining unsecured claims, transfer of assets to trust for the benefit of Class 2 only, and related issues. |
| 12/09/17 | T. Moyron | 1.20 | 594.00 | Further preparation of trust agreement. |
| 12/09/17 | P. Wolfson | 0.50 | 350.00 | Communications re SEC materials re record and trading dates. |
| 12/10/17 | T. Moyron | 2.00 | 990.00 | Prepare trust agreement. |
| 12/10/17 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding trust agreement. |
| 12/10/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding plan and trust agreement. |
| 12/11/17 | C. Montgomery | 1.80 | 1,260.00 | Communications with T. Moyron regarding record dates for voting and trading limits (.6; ) conference call with T. Moyron re suggested changes and rationales (1.0); review trust agreement draft (.2). |
| 12/11/17 | T. Moyron | 1.30 | 643.50 | Analyze Debtors' revised plan and language regarding halting trade and fixing the record date. |
| 12/11/17 | T. Moyron | 0.80 | 396.00 | Analyze issues related to halting trade and fixing the record date and conference calls with C. Montgomery regarding same. |
| 12/11/17 | T. Moyron | 2.40 | 1,188.00 | Prepare joint plan of liquidation. |
| 12/11/17 | T. Moyron | 0.10 | 49.50 | Conference calls with S. Jarus regarding issues related to plan. |
| 12/11/17 | T. Moyron | 0.40 | 198.00 | Analyze S. Jarus comments to plan of liquidation and prepare comments in response thereto. |
| 12/11/17 | T. Moyron | 0.40 | 198.00 | Conference calls with R. Bender regarding issues related to plan of liquidation. |
| 12/11/17 | T. Moyron | 0.10 | 49.50 | Exchange emails with P. O'Brien regarding trust agreement and authority to hire professionals. |
| 12/11/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding issues related to member serving both as trustee and member of the trust board. |
| 12/11/17 | T. Moyron | 0.60 | 297.00 | Further preparation of joint plan. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/11/17 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender regarding contact from OUST and issues related to payment of postpetition interest on claims and attached case. |
| 12/11/17 | T. Moyron | 0.30 | 148.50 | Correspond with R. Bender regarding issues related to plan (language regarding interest, halting of trade, etc) and exchange draft documents. |
| 12/12/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Filing of Initial Draft of Debtors' and Equity Committee's Joint Plan of Reorganization to determine deadlines. |
| 12/12/17 | K.M. Howard | 0.20 | 47.70 | Gathered and assembled Motion for Contempt filed in Debtor Valley Health System in conjunction with possible pending issues concerning the plan of reorganization. |
| 12/12/17 | T. Moyron | 0.70 | 346.50 | Conference call with R. Bender, Stubbs, Alderton, etc. re fixing record date and halting trade. |
| 12/12/17 | T. Moyron | 0.80 | 396.00 | Analyze amended plan. |
| 12/12/17 | C. Montgomery | 1.70 | 1,190.00 | Review revise draft plan of reorganization (.7); phone call with T. Moyron re share issue and post-petition interest question for unsecured creditors under the plan (.3); phone conference with R Bender and T. Moyron re share trading termination and share cancellation issues under the plan (.6);phone call with T. Moyron re share cancellation and impairment question (.2); phone call with T. Moyron regarding share cancellation issue discussion with R Bender (.1). |
| 12/12/17 | S. Maizel | 0.10 | 70.00 | Review and respond to email from Gary Ribe re halting trading issues. |
| 12/13/17 | S. Maizel | 0.10 | 70.00 | Office conference with T. Moyron re plan issues. |
| 12/13/17 | S. Maizel | 0.50 | 350.00 | Revising motion to confirm plan. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/13/17 | C. Montgomery | 4.30 | 3,010.00 | Communications with T. Moyron re shareholder inquiry on trading dates (.1); confer with J Baumel regarding FINRA and trading halt timing issues (.3); communications with T. Moyron regarding record date and trading issues (1.2); communications with T. Moyron regarding motion to approval distribution of plan without solicitation (.1); communications with J Baumel regarding FINRA questions (.1); review liquidation and discharge issue under plan and connection to disclosure (.2); communications with T. Moyron regarding Chairman's inquiry (.1); phone conference with J Baumel re FINRA consultation timing (.4); draft explanatory note regarding record dates and dissolution for Chairman (1.1); confer with A Ruegger regarding future litigation issues impact on trust operations and reporting (.2); phone conferences with T. Moyron regarding liquidation trust review timing, impairment and share cancellation issues under plan (.5). |
| 12/13/17 | K.M. Howard | 0.20 | 47.70 | Communications regarding the asset purchase agreement. |
| 12/13/17 | K.M. Howard | 0.20 | 47.70 | Further coordinating of obtaining Word version of asset purchase agreement for Ashley McDow. |
| 12/13/17 | J. Baumel | 1.00 | 700.00 | Attend meeting with Claude Montgomery re plan and FINRA; review materials. |
| 12/13/17 | T. Moyron | 0.80 | 396.00 | Analyze issues related to impairment of shareholders under plan liquidation (.6); review C. Montgomery analysis regarding same (.2). |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Analyze email from P. O'Brien attaching compensation proposal and resume. |
| 12/13/17 | T. Moyron | 0.20 | 99.00 | Analyze email from A. Sharetta and issues regarding language that must be in the plan of liquidation per the Revenue Code. |
| 12/13/17 | T. Moyron | 0.30 | 148.50 | Prepare declaration for A. Solomon in support of employment application (.2); prepare email to A. Solomon attaching employment application (.1). |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/13/17 | T. Moyron | 0.60 | 297.00 | Analyze issues in connection with further preparation of plan for filing (with combined disclosure statement), including issues related to fixing the record date/halting of trade (.2); shareholders' non-impairment under the plan (.2); cancelling of stock on effective date (.2). |
| 12/14/17 | T. Moyron | 0.20 | 99.00 | Correspond with Equity Committee inquiring as to amount of funds to be reserved for litigation and distributed to shareholders. |
| 12/14/17 | T. Moyron | 0.30 | 148.50 | Correspond with C. Montgomery regarding issues related to fixing the record date, halting of trade, and communication from shareholder regarding timing related thereto. |
| 12/14/17 | T. Moyron | 0.20 | 99.00 | Exchange emails with Debtors' counsel regarding prepared and attached motion to confirm disclosure statement is not required. |
| 12/14/17 | S. Maizel | 0.10 | 70.00 | Office conference with T. Moyron re trading shares issues vis-à-vis confirmation. |
| 12/14/17 | S. Maizel | 0.70 | 490.00 | Office conference with T. Moyron re plan confirmation issues (.1); telephone conference with Claude Montgomery re same (.6). |
| 12/14/17 | T. Moyron | 4.30 | 2,128.50 | Prepare and finalize motion confirming that no disclosure statement is required and analyze related issues. |
| 12/14/17 | T. Moyron | 0.20 | 99.00 | Conference call with K. Meshefegian regarding issues related to motion re disclosure statement. |
| 12/14/17 | T. Moyron | 0.60 | 297.00 | Conference call with C. Montgomery regarding issues related to shareholders and unimpairment analysis. |
| 12/14/17 | T. Moyron | 1.80 | 891.00 | Research and analyze cases discussing shareholder impairment. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/14/17 | C. Montgomery | 2.80 | 1,960.00 | Communications with T. Moyron regarding trust review and timing (.1); phone calls with T. Moyron regarding shareholder trading issues (.4); draft proposed response to client inquiry on trading halt and share cancellation (.8); phone conference S Maizel and T. Moyron regarding record date and share cancellation issues (.3); revise response on FINRA involvement in share cancellation and trading issue and communications with T. Moyron re same (.4); communications with J Baumel regarding FINRA trading cancellation issue (.1); communications with I Katz regarding language issue in presentation to client on share trading issues (.1); additional revisions to client note on share cancellation  and FINRA issues under the proposed joint plan (.6). |
| 12/14/17 | J. Baumel | 2.00 | 1,400.00 | Review and revise correspondence regarding FINRA issues,; conduct research regarding FINRA rules. |
| 12/14/17 | I. Katz | 1.00 | 700.00 | Discuss FINRA rules and impact on record date for liquidating trust. |
| 12/14/17 | T. Moyron | 0.70 | 346.50 | Analyze email from R. Bender regarding attached notice and draft plan and trust agreement (.1); analyze draft plan and trust agreement for filing and notice thereon (.4); conference calls with K. Meshefejian regarding change to plan (.2). |
| 12/14/17 | T. Moyron | 0.30 | 148.50 | Analyze email from G. Ribe regarding issues related to halting of trade, various date and FINRA (.1); analyze emails from S. Jarus regarding same (.2). |
| 12/15/17 | A. Sharetta | 0.10 | 70.00 | Call with T. Moyron regarding tax language added to Joint Plan of reorganization (0.1). |
| 12/15/17 | S. Schrag | 3.00 | 931.50 | Conduct legal research and analysis solicitation of a plan in relation to a disclosure statement. |
| 12/15/17 | J. Baumel | 2.50 | 1,750.00 | Research FINRA rules; research SEC rules regarding notice and record date; review plan and correspondence; provide comments and correspondence to Debtor's counsel. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | C. Montgomery | 0.40 | 280.00 | Phone calls with T. Moyron re client communications on FINRA trading halt and share cancellation issues (.2); communications with T. Moyron re plan of liquidation issues (.2). |
| 12/15/17 | T. Moyron | 0.30 | 148.50 | Conference call with R. Chez regarding issues related to FINRA, trading etc (.1); conference call with P. O'Brien regarding same (.1); conference call with S. Jarus regarding same (.1). |
| 12/15/17 | T. Moyron | 0.20 | 99.00 | Conference calls with R. Bender regarding issues related to motion. |
| 12/15/17 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Hearing and Motion to Waive Disclosure Statement, Confirmation of No Vote and Setting Plan Confirmation Hearing Date (.1) and culled information for inclusion into Critical Dates Memorandum (.1) |
| 12/15/17 | K.M. Howard | 0.10 | 23.85 | Analysis of Court's notice regarding the hearing on the Motion to Waive Disclosure Statement, Confirmation of No Vote and Setting Plan Confirmation Hearing Date. |
| 12/15/17 | S. Maizel | 1.10 | 770.00 | Telephone conference with R. Bender re disclosure statement issues (.3); review and respond to emails re need for disclosure statement (.8). |
| 12/15/17 | T. Moyron | 2.30 | 1,138.50 | Analyze motion to confirm no disclosure statement is required and requesting additional relief (.6); attend to and analyze research related to motion, including solicitation of votes, impairment, dissemination of disclosure statement not required if no voting is required and conference calls regarding same (1.7). |
| 12/15/17 | T. Moyron | 0.80 | 396.00 | Exchange emails with Debtors' counsel regarding motion to confirm disclosure statement is not required and issues related to additional relief sought (.4); conference calls with R. Bender and S. Maizel regarding same (.4). |
| 12/15/17 | T. Moyron | 0.20 | 99.00 | Conference call with R. Chez regarding issues related to provisions in plan and FINRA. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/15/17 | T. Moyron | 0.50 | 247.50 | Analyze emails from Equity Committee regarding FINRA and the halting of trade and related issues (.2); conference call with Ron Chez (.2) and P. O'Brien (.1) regarding same. |
| 12/15/17 | T. Moyron | 0.40 | 198.00 | Correspond with C. Montgomery regarding plan, proposed record date and halting of trade, FINRA, and related issues. |
| 12/16/17 | S. Maizel | 0.10 | 70.00 | Review and comment on email re plan confirmation. |
| 12/17/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with T. Moyron re plan confirmation issues. |
| 12/17/17 | C. Montgomery | 2.20 | 1,540.00 | Communications with T. Moyron regarding shareholder Ribe's record date communications (.2); phone conference with T. Moyron, J Baumel, Ilan Katz regarding record date and trading halt plans (.4); draft presentation for use in discussions with debtors counsel regarding trading halt and record date issues (.9); communications with T. Moyron regarding comments on discussion draft (.2); revise draft trading halt discussion presentation (.5). |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/18/17 | C. Montgomery | 3.90 | 2,730.00 | Communications with T. Moyron re further adjustments to draft shareholder distribution plan and proposed communications with R Bender (.2); revise draft presentation of shareholder distribution plan (.4); communications with R Bender and S Alderton regarding word version of draft shareholder presentation plan and creation of same (.3); prepare for and participate in conference call with S Alderton, T. Moyron, J Baumel regarding plan of distribution and share trading (.9): conference call with T. Moyron regarding R Bender conference call on record date and distribution issues (.4); phone conference with T. Moyron and S Maizel re confirmation objection time and shareholder turn around timing questions (.4); revise shareholder distribution plan (.5); phone conference with J Baumel regarding ex dividend trading hypothetical situations(.3); phone call with I Katz regarding disclosure history of company and impact on trading goals (.1); exchange of commentary on revised draft of client issues outline regarding trading halt , share cancellation and distribution timing (.4). |
| 12/18/17 | S. Maizel | 0.30 | 210.00 | Telephone conference with C. Montgomery re Ironclad re issues related to plan confirmation. |
| 12/18/17 | T. Moyron | 0.20 | 99.00 | Analyze power point presentation related to the record date, cancelling shares and other issues related to FINRA. |
| 12/18/17 | T. Moyron | 0.20 | 99.00 | Analyze proposals to shareholder distribution plan by C. Montgomery. |
| 12/18/17 | T. Moyron | 0.60 | 297.00 | Analyze and prepare comments to shareholders distribution plan and correspond with C. Montgomery regarding same. |
| 12/18/17 | T. Moyron | 0.30 | 148.50 | Attend to issues related to Trust Agreement and section 6.5 |
| 12/18/17 | T. Moyron | 0.90 | 445.50 | Conference call with Stubbs, Alderton, Ron Bender, et al., regarding halting of trade and record date and related issues. |
| 12/18/17 | T. Moyron | 0.40 | 198.00 | Conference with C. Montgomery regarding presentation, issues related to halting trade and fixing the record date, etc. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Conference call with C. Montgomery regarding scheduled shareholders, approach with respect to FINRA and related issues. |
| 12/19/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender regarding certain language required to be in the plan by the Revenue Code. |
| 12/19/17 | T. Moyron | 0.20 | 99.00 | Analyze issues related to certain language required to be in plan per the Revenue Code. |
| 12/19/17 | C. Montgomery | 2.50 | 1,750.00 | Communications with T. Moyron regarding proposed timing of first distribution (.1): revise presentation on trading halt and share cancellation issues as part of the distribution process ( 1.1); communications with J Baumel regarding record date in absence of trading halt (.1); communications with T. Moyron regarding current presentation on trading (.1); phone conference with T. Moyron re final alterations to distribution and trading plan (.5); phone conference with T. Moyron re SEC issues (.4); communications with R Bender regarding trading and share cancellation plan ( .2). |
| 12/20/17 | C. Montgomery | 0.30 | 210.00 | Communications with T. Moyron and R Bender regarding trading limit disclosure (.1); communications with T. Moyron and L Wharton regarding separation of trading date and effective date (.2). |
| 12/20/17 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender, S. Alderton, et al., regarding outline regarding trading and halting of trade. |
| 12/20/17 | T. Moyron | 0.20 | 99.00 | Analyze email from L. Wharton regarding record date, FINRA, and related issues. |
| 12/20/17 | J. Baumel | 2.00 | 1,400.00 | Review with Ckaude requirements of the FINRA and the SEC  Review correspondence; prepare memo. |
| 12/21/17 | C. Montgomery | 0.40 | 280.00 | Communications with T. Moyron regarding professional claim settlements and continuing shareholder concern over record date issues (.2); review SEC comment letter and communications with S Maizel re same (.2). |
| 12/21/17 | J. Baumel | 2.00 | 1,400.00 | Review emails and telephone conference with team; review and respond to request from counsel for additional advice. |

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/22/17 | C. Montgomery | 0.10 | 70.00 | Communications with T. Moyron re Skadden and insurance issue. |
| 12/26/17 | C. Montgomery | 0.20 | 140.00 | Communications with T. Moyron regarding FINRA communications (.1); communications from L Wharton regarding selection of record date (.1). |
| 12/27/17 | C. Montgomery | 0.40 | 280.00 | Phone call with J Baumel regarding persuading L Wharton to engage with FINRA regarding record date trading halt (.1); communications with R Bender regarding changes to plan regarding trading halt (.1); phone call with T. Moyron regarding timing of plan amendments (.2). |
| 12/28/17 | C. Montgomery | 0.20 | 140.00 | Communications with T. Moyron and r Bender regarding timing of filing amendments (.1); phone call with J Baumel regarding state of communications with L Wharton and FINRA regarding trading date (.1). |
| 12/28/17 | T. Moyron | 0.20 | 99.00 | Correspond with R. Bender regarding issues related to plan and FINRA. |
| 12/28/17 | T. Moyron | 0.30 | 148.50 | Attend to issues related to estimates for plan of liquidation. |
| 12/28/17 | T. Moyron | 1.30 | 643.50 | Attend to issues related to Dentons' estimates for plan of liquidation in Ironclad including correspondence with S. Maizel, K. Smith and others regarding same. WRITE-OFF. |
| 12/29/17 | C. Montgomery | 0.30 | 210.00 | Communications with L Wharton and J Baumel regarding draft letter to FINRA on gap period trading halt (.2); communication from R Bender regarding FINRA and plan language (.1). |

Total Hours                    107.00

Fee Amount                                              $61,125.20

13

Plan and Disclosure Statement

January 24, 2018

Matter: 15744288-000018
Invoice No.: 1975019

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 21.60 | $15,120.00 |
| J. Baumel | $700.00 | 9.50 | $6,650.00 |
| P. Wolfson | $700.00 | 2.30 | $1,610.00 |
| S. Maizel | $700.00 | 6.30 | $4,410.00 |
| A. Sharetta | $700.00 | 3.90 | $2,730.00 |
| I. Katz | $700.00 | 1.00 | $700.00 |
| M. Zeefe | $454.50 | 1.10 | $499.95 |
| T. Moyron | $495.00 | 56.80 | $28,116.00 |
| S. Schrag | $310.50 | 3.00 | $931.50 |
| K.M. Howard | $238.50 | 1.50 | $357.75 |
| Totals | | 107.00 | $61,125.20 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 12/15/2017 | Lexis SCHRAG\ SARAH | | 3.00 |
| | | SUBTOTAL | 3.00 |
| 12/14/2017 | WESTLAW SCHRAG\SARAH | | 75.00 |
| 12/15/2017 | WESTLAW SCHRAG\SARAH | | 100.00 |
| | | SUBTOTAL | 175.00 |
| | Total Disbursements | | $178.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 61,125.20 | |
| Disbursement Total | $ | 178.00 | |
| Invoice Total | $ | 61,303.20 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974923**

Client/Matter: 15744288-000020

Relief From Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                        $            513.45

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 24, 2018

**Invoice No. 1974923**

Client/Matter:  15744288-000020

Relief From Stay and Adequate Protection

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | T. Moyron | 0.10 | 49.50 | Analyze email from S. Beck regarding proposed stipulation re Cordes and Aisenberg. |
| 12/05/17 | T. Moyron | 0.20 | 99.00 | Analyze proposed stipulation from Cordes and Aisenberg. |
| 12/05/17 | T. Moyron | 0.10 | 49.50 | Prepare comments to proposed stipulation re Cordes and Aisenberg. |
| 12/06/17 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed stipulation with Cordes and Aisenberg. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Prepare stipulation re Cordes and Aisenberg re procedure in paragraph A. |
| 12/07/17 | K.M. Howard | 0.30 | 71.55 | Analysis of Order Temporarily Denying Cordes' and Aisenberg's Motion for Relief from Stay and culled data reflecting deadlines. |
| 12/08/17 | K.M. Howard | 0.40 | 95.40 | Assembled and organized all pleadings pertaining to Cordes' and Aisenberg's Motion for Relief from Stay for incorporation into the December 12, 2017 hearing binder. |

| | | |
|---|---|---|
| Total Hours | 1.40 | |
| Fee Amount | | $513.45 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Moyron | $495.00 | 0.70 | $346.50 |
| K.M. Howard | $238.50 | 0.70 | $166.95 |
| Totals | | 1.40 | $513.45 |

Relief From Stay and Adequate Protection

January 24, 2018

Matter: 15744288-000020
Invoice No.: 1974923

|                | |        |
| -------------- | --- | ------ |
| Fee Total      | $   | 513.45 |
|                |     |        |
| Invoice Total  | $   | 513.45 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975678**

Client/Matter: 15744288-000024

Radians Wareham Holdings

Payment Due Upon Receipt

Total This Invoice                                   $          30,988.10

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

 **DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

January 26, 2018

**Invoice No. 1975678**

Client/Matter:  15744288-000024

Radians Wareham Holdings

---

For Professional Services Rendered through December 31, 2017:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 11/02/17 | P. Wolfson | 0.50 | 350.00 | Review confidential information; potential litigation regarding financial reporting and communications regarding Radian's 2004 exam. |
| 12/01/17 | S. Maizel | 0.60 | 420.00 | Telephone conference with A. Ruegger re Radians litigation (.2); telephone conference with litigation counsel re various litigation issues (.4). |
| 12/01/17 | S. Schrag | 5.50 | 1,707.75 | Finalize research and analysis regarding duress claim under Texas law (5.4); confer with A. Ruegger regarding the same (.1). |
| 12/01/17 | A. Ruegger | 5.90 | 4,130.00 | Revise draft petition against Radians (2.0); communications with S. Maizel and T. Moyron regarding proposed objection to claim and complaint for C.D. California filing (.6); revise objection and complaint (3.3). |
| 12/02/17 | A. Ruegger | 1.00 | 700.00 | Communications with S. Maizel and T. Moyron regarding Radians local counsel position and lender liability case law. |
| 12/04/17 | T. Moyron | 1.80 | 891.00 | Analyze and prepare complaint against Radians, and analyze related issues. |
| 12/04/17 | S. Maizel | 0.10 | 70.00 | Telephone conference with S. Weiss re Radians' claim. |
| 12/04/17 | S. Schrag | 0.10 | 31.05 | Confer with A. Ruegger regarding Complaint. |
| 12/04/17 | A. Ruegger | 5.60 | 3,920.00 | Review lender liability case law for further discussions with S. Maizel and T. Moyron (3.2); communications with T. Moyron regarding lender liability case law (.5); communication with S. Schrag regarding lender liability case law (.4); further edits to draft objection/complaint (1.5). |

Radians Wareham Holdings

January 26, 2018

Matter: 15744288-000024
Invoice No.: 1975678

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/05/17 | A. Ruegger | 5.80 | 4,060.00 | Communications with T. Moyron regarding finalizing and filing objection and complaint to Radians (.5); review prior objections to claims for citations and elements (.8); check Capital One loan agreement for references in objection/complaint (.4); review 09/11/2017 Greulich declaration for complaint consistency (.3); review S. Schrag legal research for prospective dismissal motion (1.3); review secondary-source citations to Farah case (.8); review civil cover sheet (.1); communication with K. Howard regarding civil cover sheet (.3); review additional cases on duress claim (.5); review T. Moyron revisions to objection/complaint (.2); communications with T. Moyron regarding revisions to objection/complaint (.4); communications with T. Moyron regarding possible jury demand (.2). |
| 12/05/17 | T. Moyron | 3.30 | 1,633.50 | Analyze and prepare complaint against Radians. |
| 12/05/17 | T. Moyron | 0.40 | 198.00 | Conference call with Debtors' counsel regarding Radians. |
| 12/05/17 | T. Moyron | 0.10 | 49.50 | Prepare emails to Equity Committee regarding complaint against Radians. |
| 12/05/17 | S. Schrag | 0.60 | 186.30 | Confer with T. Moyron regarding Complaint against Radians (.2); revise final Complaint (.4). |
| 12/05/17 | T. Moyron | 0.60 | 297.00 | Finalize complaint against Radians for filing. |
| 12/06/17 | T. Moyron | 0.20 | 99.00 | Analyze email from M. Schwarmann regarding Radians. |
| 12/06/17 | S. Schrag | 0.10 | 31.05 | Confer with A. Ruegger regarding legal research on jury demand. |
| 12/06/17 | A. Ruegger | 3.90 | 2,730.00 | Communications with S. Schrag regarding legal research into jury demand potential (.4); communications with T. Moyron and Committee regarding aspects of 12/05 objection and complaint vs. Radians (.6); further review of duress case law (2.6); communications with T. Moyron and Committee regarding M. Schwarzmann report on Radians' claim (.3). |

Radians Wareham Holdings

January 26, 2018

Matter: 15744288-000024
Invoice No.: 1975678

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/07/17 | A. Ruegger | 3.30 | 2,310.00 | Review additional caselaw and secondary sources regarding duress claim (1.5) review caselaw regarding duty of good-faith and acceleration clauses (1.8). |
| 12/07/17 | S. Schrag | 2.30 | 714.15 | Continue legal research regarding jury demand. |
| 12/07/17 | K.M. Howard | 0.70 | 166.95 | Prepared communications regarding pending deadlines in conjunction with filing of adversary complaint in Equity Committee vs. Radians, et al., and other deadlines in bankruptcy action. |
| 12/08/17 | S. Schrag | 4.10 | 1,273.05 | Finalize legal research regarding jury demand (2.9); draft analysis regarding the same (1.2. |
| 12/12/17 | A. Ruegger | 0.40 | 280.00 | Review S. Schrag research regarding right to jury trial (0.4). |
| 12/13/17 | A. Ruegger | 0.50 | 350.00 | Communications with S. Schrag regarding research for anticipated motion to dismiss (.5). |
| 12/13/17 | S. Schrag | 0.30 | 93.15 | Confer with A. Ruegger regarding research on acceleration clause (.2); begin conducting research on the same (.1). |
| 12/15/17 | S. Schrag | 1.30 | 403.65 | Conduct legal research and analysis for A. Ruegger regarding Radian's response. |
| 12/15/17 | A. Ruegger | 0.20 | 140.00 | Communications with S. Schrag regarding calendar for Radian's court pleadings. |
| 12/19/17 | A. Ruegger | 0.20 | 140.00 | Communications with S. Schrag regarding legal research status and completion timing. |
| 12/19/17 | S. Schrag | 0.10 | 31.05 | Confer with A. Ruegger regarding legal research (.1). |
| 12/20/17 | S. Schrag | 0.30 | 93.15 | Conduct legal research regarding economic duress and acceleration clauses. |
| 12/20/17 | A. Ruegger | 1.70 | 1,190.00 | Communications with S. Schrag regarding status of legal research on duress and good-faith caselaw (0.3); Review duress cases (1.4). |
| 12/21/17 | S. Schrag | 2.50 | 776.25 | Conduct legal research regarding economic duress, the reasonably prudent standard, and non-payment default related to acceleration clauses relate to claims against Radians. |
| 12/22/17 | A. Ruegger | 0.80 | 560.00 | Communications with S. Schrag regarding update on legal research (0.3).  Review outline of same from S. Schrag (0.5). |

Radians Wareham Holdings

January 26, 2018

Matter: 15744288-000024
Invoice No.: 1975678

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 12/22/17 | S. Schrag | 3.10 | 962.55 | Conduct legal research regarding economic duress, the reasonably prudent standard, and non-payment default related to acceleration clauses (2.0); conduct research regarding Texas Uniform Commercial Code and Radians' obligations (.9); confer with A. Ruegger regarding the same (.2). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 57.90 | | |
| Fee Amount | | | | $30,988.10 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| P. Wolfson | $700.00 | 0.50 | $350.00 |
| S. Maizel | $700.00 | 0.70 | $490.00 |
| A. Ruegger | $700.00 | 29.30 | $20,510.00 |
| T. Moyron | $495.00 | 6.40 | $3,168.00 |
| S. Schrag | $310.50 | 20.30 | $6,303.15 |
| K.M. Howard | $238.50 | 0.70 | $166.95 |
| Totals | | 57.90 | $30,988.10 |

Fee Total                    $    30,988.10

Invoice Total              $      30,988.10

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982410**

Client/Matter: 15744288-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                             $        4,241.19

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982410**

Client/Matter:   15744288-000003

Administration

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/02/18 | T. Moyron | 0.50 | 247.50 | Conference call with C. Montgomery regarding FINRA, plan provisions related to releases and exculpation, and P. O'Brien resume and proposed service as trustee. |
| 01/02/18 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Critical Dates Memorandum. |
| 01/05/18 | K.M. Howard | 0.20 | 47.70 | Reviewed and revised Critical Dates Memorandum. |
| 01/08/18 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender regarding UST disbanding the OCUC (.1); analyze email from C. Castaldi and M. Ross regarding same (.1). |
| 01/08/18 | K.M. Howard | 0.20 | 47.70 | Analysis of communication regarding pro hac vice application of Art Ruegger (.1) and prepared response thereto (.1). |
| 01/09/18 | K.M. Howard | 0.20 | 47.70 | Prepared communications regarding upcoming deadlines pertaining to Radians' Motion to Dismiss. |
| 01/10/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Court's Notice regarding matters set for hearing on February 12, 2018. |
| 01/12/18 | K.M. Howard | 0.20 | 47.70 | Drafted Notice of Lodgment of Order Approving the Pro Hac Vice Admission of Art Ruegger. |
| 01/12/18 | K.M. Howard | 0.30 | 71.55 | Drafted and revised Order Approving the Pro Hac Vice Admission of Art Ruegger. |
| 01/12/18 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum. |
| 01/17/18 | T. Moyron | 0.30 | 148.50 | Analyze Debtors' November MOR (.2); prepare email to Equity Committee regarding same (.1). |
| 01/19/18 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Critical Dates Memorandum. |

Administration

February 28, 2018

Matter: 15744288-000003
Invoice No.: 1982410

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/22/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice of Hearing on Motion for Entry of Order Approving Agreement for Trustee Services and Approving Trust Board Compensation and culled information regarding additional requirement and deadlines. |
| 01/22/18 | K.M. Howard | 0.20 | 47.70 | Prepared communications regarding extended and continued deadlines to file oppositions and replies per continued hearing dates. |
| 01/23/18 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Critical Dates Memorandum to reflect continued hearing dates and newly set deadlines. |
| Total Hours | | 3.90 | | |
| Fee Amount | | | | $1,186.65 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Moyron | $495.00 | 1.00 | $495.00 |
| K.M. Howard | $238.50 | 2.90 | $691.65 |
| Totals | | 3.90 | $1,186.65 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 12/21/2017 | Delivery & Postage - - | USA LEGAL, INC. | | 97.90 |
| | | | SUBTOTAL | 97.90 |
| 1/5/2018 | Lexis MOYRON\ TANIA | | | 95.00 |
| 1/9/2018 | Lexis MOYRON\ TANIA | | | 79.00 |
| 1/22/2018 | Lexis MOYRON\ TANIA | | | 47.50 |
| 1/22/2018 | Lexis MOYRON\ TANIA | | | 79.00 |
| 12/15/2017 | Lexis MOYRON\ TANIA | | | 1.00 |
| 12/15/2017 | Lexis MOYRON\ TANIA | | | 45.00 |
| 12/15/2017 | Lexis MOYRON\ TANIA | | | 118.50 |

Administration

February 28, 2018

Matter: 15744288-000003
Invoice No.: 1982410

| Date | Description | | Amount |
|------|-------------|--|--------|
| | | SUBTOTAL | 465.00 |
| 12/7/2017 | Outside Professional Services PACER, PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; USAGE: 07/01/2017 - 09/30/2017; INV. 2637538-Q32017 | | 7.30 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | 691.90 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | 286.40 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | 22.00 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | 2.80 |
| | | SUBTOTAL | 1,010.40 |
| 1/3/2018 | WESTLAW MOYRON\TANIA | | 0.00 |
| 1/5/2018 | WESTLAW MOYRON\TANIA | | 150.00 |
| 1/11/2018 | WESTLAW ZEEFE\MALKA | | 806.24 |
| 1/13/2018 | WESTLAW ZEEFE\MALKA | | 525.00 |
| | | SUBTOTAL | 1,481.24 |
| | Total Disbursements | | $3,054.54 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 1,186.65 | |
| Disbursement Total | $ | 3,054.54 | |
| | | . | |
| Invoice Total | $ | 4,241.19 | |

4



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000003

Administration

---

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
| Date | Invoice No. | Invoice Amount | Adjustments | Total |
| 01/25/18 | 1963387 | 9,034.40 | 0.00 | 9,034.40 |
| 01/26/18 | 1975673 | 3,787.31 | 0.00 | 3,787.31 |
| 02/28/18 | 1982410 | 4,241.19 | 0.00 | 4,241.19 |

Total Outstanding Invoices                     $17,062.90

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982240**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

Payment Due Upon Receipt

---

Total This Invoice                                               $          47.70

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982240**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/22/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Motions to Assume Leases and Contracts and culled information reflecting additional requirements and deadlines. |
| Total Hours | | 0.20 | | |
| Fee Amount | | | | $47.70 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $238.50 | 0.20 | $47.70 |
| Totals | | 0.20 | $47.70 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 47.70 | |
| Invoice Total | $ | 47.70 | |

2

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000006

Assumption and Rejection of Leases and Contracts

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 01/24/18 | 1974926 | 47.70 | 0.00 | 47.70 |
| 01/25/18 | 1963391 | 47.70 | 0.00 | 47.70 |
| 02/28/18 | 1982240 | 47.70 | 0.00 | 47.70 |
| | | Total Outstanding Invoices | | $143.10 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982241**

Client/Matter: 15744288-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice

$         5,992.16

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982241**

Client/Matter:   15744288-000009

Claims Administration and Objections

---

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/05/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with Equity Committee regarding timing of postpetition payments to Skadden and Stubbs and requirement of Court order. |
| 01/08/18 | T. Moyron | 0.20 | 99.00 | Conference call with G. Miller regarding issues related to A. Solomon research project re Cordes and Aisenberg. |
| 01/08/18 | G. Miller | 2.50 | 1,023.75 | Research re enforceability of arbitration provision. |
| 01/09/18 | G. Miller | 2.70 | 1,105.65 | Continue research re enforceability of arbitration provision. |
| 01/10/18 | G. Miller | 0.90 | 368.55 | Continue research re enforceability of arbitration provision. |
| 01/11/18 | G. Miller | 0.50 | 204.75 | Continue research re enforceability of arbitration provision. |
| 01/25/18 | T. Moyron | 0.50 | 247.50 | Conference call with M. Ross regarding claims chart and remaining claims and plan (.2); exchange emails with R. Bender, et al., regarding same (.2); prepare follow up email to M. Ross confirming that claims will be paid post-petition interest pursuant to plan (.1). |
| 01/26/18 | T. Moyron | 2.90 | 1,435.50 | Analyze, prepare and file complaint against Cordes and Aisenberg (2.6); analyze claims register and claim numbers filed by Cordes and Aisenberg to revise complaint regarding same(.2); analyze redline from A. Solomon reflecting changes to complaint (.1). |
| 01/30/18 | S. Schrag | 0.20 | 62.10 | Review communication regarding legal research project on potential objections. |
| Total Hours | | 10.60 | | |

Fee Amount                                                                        $4,645.80

Claims Administration and Objections

February 28, 2018

Matter: 15744288-000009
Invoice No.: 1982241

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| T. Moyron | $495.00 | 3.80 | $1,881.00 |
| G. Miller | $409.50 | 6.60 | $2,702.70 |
| S. Schrag | $310.50 | 0.20 | $62.10 |
| Totals | | 10.60 | $4,645.80 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | | 18.40 |
| | | | SUBTOTAL | 18.40 |
| 1/8/2018 | WESTLAW MILLER\GEOFFREY | | | 185.30 |
| 1/9/2018 | WESTLAW MILLER\GEOFFREY | | | 1,021.33 |
| 1/10/2018 | WESTLAW MILLER\GEOFFREY | | | 121.33 |
| | | | SUBTOTAL | 1,327.96 |
| | Total Disbursements | | | $1,346.36 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 4,645.80 | |
| Disbursement Total | $ | 1,346.36 | |
| Invoice Total | $ | 5,992.16 | |

3



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000009

Claims Administration and Objections

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-------------|-------|
| 01/24/18 | 1974931 | 6,675.30 | 0.00 | 6,675.30 |
| 01/25/18 | 1963393 | 13,394.60 | 0.00 | 13,394.60 |
| 02/28/18 | 1982241 | 5,992.16 | 0.00 | 5,992.16 |
| | | Total Outstanding Invoices | | $26,062.06 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982242**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                    $        1,448.90

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982242**

Client/Matter:   15744288-000012

Employment and Fee Applications

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/03/18 | K.M. Howard | 0.20 | 47.70 | Received and reviewed pro hac vice application of Art Ruegger (.1) and communications regarding same (.1). |
| 01/03/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding no filing of objections to application to employ Solomon & Cramer (.2). |
| 01/05/18 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding the revised application for admission pro hac vice of Art Ruegger. |
| 01/05/18 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised Application of Non-Resident Attorney to Appear Pro Hac Vice. |
| 01/08/18 | K.M. Howard | 0.10 | 23.85 | Reviewed communication regarding the Application to Employ Solomon. |
| 01/09/18 | K.M. Howard | 0.20 | 47.70 | Drafted Notice of Lodgment of Order Approving the Application to Employ Solomon & Cramer. |
| 01/09/18 | K.M. Howard | 0.40 | 95.40 | Drafted Order Approving Employment of Solomon & Cramer. |
| 01/09/18 | K.M. Howard | 0.20 | 47.70 | Revised and finalized Notice of Lodgment of Order Approving the Employment of Solomon & Cramer. |
| 01/10/18 | K.M. Howard | 0.20 | 47.70 | Reviewed and revised Application of Non-Resident for Pro Hac Vice Admission (.1) and prepared communication regarding same (.1). |
| 01/10/18 | T. Moyron | 0.30 | 148.50 | Analyze case law regarding prepetition releases and email from G. Miller regarding same re Radians (.3). |
| 01/17/18 | S. Schrag | 0.10 | 31.05 | Confer with T. Moyron regarding drafting motion to approve agreement with trustee of trust. |
| 01/18/18 | T. Moyron | 0.10 | 49.50 | Analyze declaration of non-opposition re Solomon & Cramer. |

Employment and Fee Applications

February 28, 2018

Matter: 15744288-000012
Invoice No.: 1982242

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/18/18 | K.M. Howard | 0.40 | 95.40 | Reviewed Notice and Application to Employ Solomon & Cramer and drafted Declaration that no party requested a hearing, and assembled exhibits thereto. |
| 01/21/18 | T. Moyron | 0.10 | 49.50 | Prepare email to A. Solomon attaching employment order. |
| 01/22/18 | K.M. Howard | 0.20 | 47.70 | Subsequent communications with Andrew Solomon regarding courts admitted to practice and reviewed replies thereto. |
| 01/22/18 | K.M. Howard | 0.40 | 95.40 | Drafted Application of Non-Resident Attorney (Andrew Solomon) to Appear Pro Hac Vice including revisions thereto. |
| 01/22/18 | K.M. Howard | 0.20 | 47.70 | Drafted Order to Application for Pro Hac Vice Admission of Andrew Solomon. |
| 01/24/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Order granting pro hac vice admission of Andrew Solomon (.1) and prepared communication to Andrew Solomon regarding same (.1). |

Total Hours                          3.90

Fee Amount                                                                  $1,116.90

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| T. Moyron | $495.00 | 0.70 | $346.50 |
| S. Schrag | $310.50 | 0.10 | $31.05 |
| K.M. Howard | $238.50 | 3.10 | $739.35 |
| Totals | | 3.90 | $1,116.90 |

3

Employment and Fee Applications

February 28, 2018

Matter: 15744288-000012
Invoice No.: 1982242

## DISBURSEMENT DETAIL

| Date | Description | | | | | Amount |
|------|-------------|---|---|---|---|-------:|
| 12/7/2017 | Delivery & Postage - - | USA LEGAL, INC. | | | | 49.50 |
| 12/20/2017 | Delivery & Postage - - | USA LEGAL, INC. | | | | 97.90 |
| | | | | | SUBTOTAL | 147.40 |
| | Document reproduction | | | | | 22.50 |
| | | | | | SUBTOTAL | 22.50 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | | | | 162.10 |
| | | | | | SUBTOTAL | 162.10 |
| | Total Disbursements | | | | | $332.00 |

| | | | |
|---|---|---|---:|
| Fee Total | $ | 1,116.90 | |
| Disbursement Total | $ | 332.00 | |
| Invoice Total | $ | 1,448.90 | |

4

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000012

Employment and Fee Applications

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/25/18 | 1963399 | 23,929.25 | 0.00 | 23,929.25 |
| 01/26/18 | 1975677 | 11,484.10 | 0.00 | 11,484.10 |
| 02/28/18 | 1982242 | 1,448.90 | 0.00 | 1,448.90 |

Total Outstanding Invoices $36,862.25

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982243**

Client/Matter: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                          $        28,721.11

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982243**

Client/Matter:   15744288-000015

Litigation Contested Matters and Adversary Proceedings

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/08/18 | T. Moyron | 0.10 | 49.50 | Analyze email from A. Solomon regarding research with respect to issues related to former offices. |
| 01/10/18 | G. Miller | 3.30 | 1,351.35 | Research re prepetition release preventing Equity Committee from initiating lawsuit. |
| 01/11/18 | T. Ryan | 0.50 | 153.00 | Upload Ironclad files received from Anthony Solomon to Firmex icloud storage. |
| 01/12/18 | T. Ryan | 0.20 | 61.20 | Finalize upload of documents from Andrew Solomon to icloud storage; emails, T. Moyron and C. O'Meara re hard drive. |
| 01/12/18 | G. Newhouse | 0.30 | 210.00 | Email correspondence with Skadden Arps counsel regarding document request and file transfer request to former counsel for company; follow-up. |
| 01/16/18 | S. Maizel | 0.20 | 140.00 | Office conference with T. Moyron re BDO litigation issues. |
| 01/16/18 | T. Moyron | 0.90 | 445.50 | Conference call with R. Chez regarding issues related to arbitration vs. litigation (.2); prepare email to Equity Committee regarding decision to arbitrate vs. litigation and considerations that must be analyzed (.2); analyze issues related to arbitration vs. litigation considerations (.4); analyze email from R. Chez regarding same (.1). |
| 01/18/18 | T. Moyron | 0.50 | 247.50 | Analyze issues regarding arbitration of non-core claims (.4); correspond with G. Miller regarding same (.1). |
| 01/21/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with A. Solomon, et al., regarding issues related to Cordes and Aisenberg (.2). |

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/21/18 | C. Montgomery | 0.10 | 70.00 | Communications with T Moyron regarding RICO issues raised by special litigation counsel (.1). |
| 01/22/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Court's Notice of Hearing on Motion to Dismiss Adversary Proceeding. |
| 01/22/18 | G. Miller | 0.20 | 81.90 | Call with T. Moyron re supplement to not compel arbitration. |
| 01/22/18 | S. Maizel | 0.50 | 350.00 | Telephone conference with Andrew Solomon, OCEH, etc. re litigation issues. |
| 01/22/18 | T. Moyron | 0.70 | 346.50 | Conference call with A. Solomon and Equity Committee concerning issues related to complaint, choice of forum, and actions against former officers and directors. |
| 01/22/18 | T. Moyron | 1.00 | 495.00 | Analyze opposition to motion to dismiss and prepare comments thereto (.6); analyze Court's notice of continuance of hearing on motion to dismiss (.1); correspond with A. Ruegger regarding same (.2); prepare email to Equity Committee regarding same (.1). |
| 01/22/18 | T. Moyron | 0.30 | 148.50 | Correspond with G. Newhouse regarding research for potential RICO claim (.2); prepare email to R. Cannon regarding same (.1). |
| 01/22/18 | T. Moyron | 0.40 | 198.00 | Analyze complaint against Cordes and Aisenberg. |
| 01/22/18 | T. Moyron | 0.40 | 198.00 | Analyze possible fraudulent transfer claim re releases (2); correspond with A. Ruegger regarding same (.2). |
| 01/22/18 | G. Newhouse | 0.60 | 420.00 | Office conference with K. Graf regarding possible use of RICO charges in civil complaint against former officers. |
| 01/23/18 | G. Newhouse | 1.00 | 700.00 | Conference with T. Moyron regarding proposed civil action against the former officers and research regarding civil RICO. |
| 01/23/18 | S. Schrag | 0.20 | 62.10 | Confer with T. Moyron regarding research related to opposition to arbitration (.1); confer with G. Miller regarding the same (.1). |
| 01/23/18 | T. Moyron | 0.50 | 247.50 | Conference calls with R. Cannon regarding potential RICO claim and questions from A. Solomon. |

3

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/23/18 | R. Cannon | 0.50 | 350.00 | Conference regarding RICO matters. |
| 01/23/18 | T. Moyron | 0.50 | 247.50 | Correspond with R. Cannon regarding RICO claim and A. Solomon inquiries and timing of complaint and background. |
| 01/23/18 | T. Moyron | 0.60 | 297.00 | Correspond with S. Schrag regarding additional research for supplement in support of opposition and joinder re Cordes and Aisenberg (.2); analyze related cases (.4) re Cordes and Aisenberg. |
| 01/23/18 | T. Moyron | 0.20 | 99.00 | Conference call with A. Solomon regarding RICO claim, and Dentons capacity to support and timing that would be required. |
| 01/23/18 | T. Moyron | 0.10 | 49.50 | Analyze order continuing hearing on Radians' motion to dismiss. |
| 01/23/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Order continuing the hearing on Defendants' Motion to Dismiss and Status Conference in adversary proceeding to determine additional requirements and deadlines. |
| 01/23/18 | C. Montgomery | 0.30 | 210.00 | Communications with T. Moyron regarding possible BDO litigation (.1); phone conference with T. Moyron regarding best approach to RICO assistance for Special Litigation Counsel (.2). |
| 01/24/18 | T. Moyron | 0.80 | 396.00 | Prepare supplemental papers in support of opposition and joinder. |
| 01/24/18 | S. Schrag | 4.90 | 1,521.45 | Conduct legal research regarding arbitration (3.0); review complaint in preparation for constructing argument (.3); draft analysis (1.6). |
| 01/24/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with A. Solomon regarding Cordes and Aisenberg re hearing and claim (.1); exchange emails with A. Solomon regarding pro hac vice order (.1). |
| 01/24/18 | T. Moyron | 0.30 | 148.50 | Analyze cases regarding arbitration. |
| 01/25/18 | S. Schrag | 3.10 | 962.55 | Conduct legal research on enforcement of arbitration clauses for various core-claims for constructing argument in Complaint against former officers. |

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/25/18 | K.M. Howard | 0.10 | 23.85 | Reviewed communications regarding the Joint Status Report in Radians and prepared responses thereto. |
| 01/25/18 | K.M. Howard | 0.50 | 119.25 | Prepared initial draft on Joint Status Report. |
| 01/25/18 | T. Moyron | 1.60 | 792.00 | Exchange emails with A. Solomon regarding T. Felton (.1); prepare supplement to opposition and joinder re relief from stay motion filed by Cordes and Aisenberg (1.3); correspond with G. Miller and S. Schrag regarding same (.2). |
| 01/25/18 | T. Moyron | 0.40 | 198.00 | Analyze additional cases regarding non enforcement of arbitration provisions re Cordes and Aisenberg. |
| 01/25/18 | G. Miller | 3.50 | 1,433.25 | Draft supplement to not compel arbitration re Cordes and Aisenberg claims. |
| 01/25/18 | G. Miller | 0.40 | 163.80 | Call with T. Moyron re supplement to not compel arbitration re Cordes and Aisenberg claims |
| 01/25/18 | T. Moyron | 0.10 | 49.50 | Correspond with A. Solomon regarding issues related to filing of complaint (.1) re Cordes and Aisenberg. |
| 01/26/18 | T. Moyron | 0.20 | 99.00 | Analyze and prepare adversary cover sheet and complaint in connection therewith re Cordes and Aisenberg. |
| 01/26/18 | T. Moyron | 0.20 | 99.00 | Correspond with A. Solomon and R. Lombardo regarding executed version of complaint for filing (.2) re Cordes and Aisenberg. |
| 01/26/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching complaint against Cordes and Aisenberg and supplement with respect to non-enforcement of arbitration provision. |
| 01/26/18 | C. Montgomery | 0.10 | 70.00 | Phone call with T Moyron re in appropriate subordination allegation for officers compensation dispute (.1). |
| 01/26/18 | G. Miller | 5.60 | 2,293.20 | Continue to draft supplement to not compel arbitration re Cordes and Aisenberg claims. |
| 01/26/18 | G. Miller | 1.10 | 450.45 | Calls with T. Moyron re draft supplement to not compel arbitration. |

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/26/18 | T. Moyron | 2.20 | 1,089.00 | Analyze and prepare supplement re Cordes and Aisenberg (1.8); correspond with G. Miller regarding same (.2); correspond with A. Solomon regarding same (.1); and analyze A. Solomon changes to supplement (.1). |
| 01/26/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Supplement to Opposition and Joinder to Motion of Jeffrey Cordes and William Aisenberg for Relief from Automatic Stay to determine additional requirements and deadlines. |
| 01/29/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with A. Solomon regarding appearance at hearing re Cordes and Aisenberg. |
| 01/31/18 | T. Moyron | 0.20 | 99.00 | Conference call with A. Solomon regarding adversary proceeding against Cordes and Aisenberg, call from bankruptcy court, upcoming hearing to attend and related issues. |
| 01/31/18 | T. Ryan | 0.70 | 214.20 | Download documents received from Skadden Arps; coordinate printing documents; emails re need for password to open files. |

Total Hours                                                41.00

Fee Amount                                                                                    $17,819.10

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Montgomery | $700.00 | 0.50 | $350.00 |
| S. Maizel | $700.00 | 0.70 | $490.00 |
| G. Newhouse | $700.00 | 1.90 | $1,330.00 |
| R. Cannon | $700.00 | 0.50 | $350.00 |
| T. Moyron | $495.00 | 12.80 | $6,336.00 |
| G. Miller | $409.50 | 14.10 | $5,773.95 |
| S. Schrag | $310.50 | 8.20 | $2,546.10 |
| K.M. Howard | $238.50 | 0.90 | $214.65 |
| T. Ryan | $306.00 | 1.40 | $428.40 |

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

Totals                                                         41.00           $17,819.10

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/21/2017 | Delivery & Postage - -     USA LEGAL, INC. | | 49.50 |
| | | SUBTOTAL | 49.50 |
| 12/26/2017 | DEPOSITION TRANSCRIPT - -     TSG REPORTING, INC. M. Tutor Deposition Transcript 11/20/17; Inv No 112017-703552 | | 2,341.15 |
| | | SUBTOTAL | 2,341.15 |
| | Document reproduction | | 24.00 |
| | | SUBTOTAL | 24.00 |
| 1/19/2018 | Lexis MILLER\ GEOFFREY | | 51.17 |
| | | SUBTOTAL | 51.17 |
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | 23.10 |
| | | SUBTOTAL | 23.10 |
| 1/3/2018 | WESTLAW RUEGGER\ARTHUR | | 0.00 |
| 1/16/2018 | WESTLAW RUEGGER\ARTHUR | | 38.11 |
| 1/17/2018 | WESTLAW MILLER\GEOFFREY | | 1,120.60 |
| 1/18/2018 | WESTLAW MILLER\GEOFFREY | | 884.58 |
| 1/18/2018 | WESTLAW RUEGGER\ARTHUR | | 94.06 |
| 1/19/2018 | WESTLAW MILLER\GEOFFREY | | 75.00 |
| 1/8/2018 | WESTLAW RUEGGER\ARTHUR | | 188.11 |
| 1/9/2018 | WESTLAW RUEGGER\ARTHUR | | 95.27 |
| 1/10/2018 | WESTLAW WANG\CARYN E | | 900.00 |
| 1/10/2018 | WESTLAW MILLER\GEOFFREY | | 670.60 |
| 1/10/2018 | WESTLAW RUEGGER\ARTHUR | | 92.54 |
| 1/10/2018 | WESTLAW RUEGGER\ARTHUR | | 702.84 |
| 1/11/2018 | WESTLAW WANG\CARYN E | | 75.00 |
| 1/11/2018 | WESTLAW MILLER\GEOFFREY | | 421.33 |
| 1/11/2018 | WESTLAW RUEGGER\ARTHUR | | 76.22 |

Litigation Contested Matters and Adversary Proceedings

February 28, 2018

Matter: 15744288-000015
Invoice No.: 1982243

| Date | Description | | | Amount |
|------|-------------|--|--|--------|
| 1/12/2018 | WESTLAW MILLER\GEOFFREY | | | 1,687.78 |
| 1/22/2018 | WESTLAW MILLER\GEOFFREY | | | 955.18 |
| 1/22/2018 | WESTLAW RUEGGER\ARTHUR | | | 133.37 |
| 1/24/2018 | WESTLAW SCHRAG\SARAH | | | 85.00 |
| 1/25/2018 | WESTLAW SCHRAG\SARAH | | | 117.50 |
| | | | SUBTOTAL | 8,413.09 |
| | Total Disbursements | | | $10,902.01 |

| | | | |
|--|--|--|--|
| Fee Total | $ | 17,819.10 | |
| Disbursement Total | $ | 10,902.01 | |
| Invoice Total | $ | 28,721.11 | |



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

---

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/25/18 | 1963388 | 96,412.71 | 0.00 | 96,412.71 |
| 01/26/18 | 1975674 | 16,549.72 | 0.00 | 16,549.72 |
| 02/28/18 | 1982243 | 28,721.11 | 0.00 | 28,721.11 |
| | | Total Outstanding Invoices | | $141,683.54 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982244**

Client/Matter: 15744288-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice

$       63,398.10

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982244**

Client/Matter:   15744288-000018

Plan and Disclosure Statement

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/01/18 | C. Montgomery | 0.30 | 210.00 | Communications with R Bender regarding revise plan and trust estimates (.3). |
| 01/02/18 | T. Moyron | 0.10 | 49.50 | Conference call with S. Jarus regarding P. O'Brien with respect to timeline and serving as trustee. |
| 01/02/18 | T. Moyron | 0.20 | 99.00 | Conference call with P. O'Brien as to resume and timing as director and member of audit committee. |
| 01/02/18 | C. Montgomery | 6.70 | 4,690.00 | Communications with J Baumel re inquiry from FINRA (.1) ; review and suggest revisions to amended plan ( 5.1); communications  with J Baumel regarding anticipated FINRA call (.1) phone conference with L Wharton and J Baumel with FINRA (.2);phone conferences with T Moyron regarding results of conversation with FINRA and revisions to plan (.5); communications with T Moyron and R Bender regarding current shareholder list and rationale for restricted stock concentration of holdings (.2); communications with T Moyron regarding possible SEC claim discussion in plan (.2); communications with L Wharton regarding additional impressions from conversation with FINRA representatives (.3). |
| 01/02/18 | T. Moyron | 0.10 | 49.50 | Analyze shareholder report. |
| 01/02/18 | T. Moyron | 3.20 | 1,584.00 | Analyze and prepare plan, and analyze related issues. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/02/18 | T. Moyron | 0.80 | 396.00 | Analyze email from L. Wharton to discuss call with FINRA and related issues (.1); prepare email to R. Bender attaching revised plan (.1); correspond with C. Montgomery regarding various provisions in plan and trust agreement (.3); analyze comment letter from SEC (.2); analyze bar date order in connection with deadline for plan (.1). |
| 01/02/18 | T. Moyron | 0.20 | 99.00 | Finalize chang bang stipulation (.1), and correspond with Debtor's counsel regarding same (.1). |
| 01/02/18 | J. Baumel | 2.40 | 1,680.00 | Review memoranda; teleconference with Claude Montgomery regarding FINRA and trading halt; review FINRA rules; review correspondence; review Plan of Liquidation. |
| 01/02/18 | S. Maizel | 0.20 | 140.00 | Office conference with T. Moyron re hearing on motion re disclosure statement. |
| 01/03/18 | S. Maizel | 0.40 | 280.00 | Telephone conference with T. Moyron re pending issues on plan confirmation (x3). |
| 01/03/18 | S. Maizel | 0.40 | 280.00 | Review draft of plan motion and comment by email on same. |
| 01/03/18 | A. Sharetta | 0.40 | 280.00 | Correspondence with T. Moyron regarding trust valuation of assets (.1); review Trust Agreement (.1); review new language in Plan (.1); emails regarding valuation at fair market value for US tax purposes (.1). |
| 01/03/18 | T. Moyron | 0.60 | 297.00 | Analyze issues related to Debtors' proposed motion with C. Montgomery and S. Maizel. |
| 01/03/18 | T. Moyron | 0.30 | 148.50 | Calls with R. Bender with respect to filing of draft plan and strategy related thereto. |
| 01/03/18 | T. Moyron | 0.20 | 99.00 | Analyze emails from R. Bender attaching revised plan (.2). |
| 01/03/18 | T. Moyron | 0.20 | 99.00 | Analyze S. Maizel. A. Hayman and J. Michaels, et al., emails regarding attendance at board meeting. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/03/18 | C. Montgomery | 3.60 | 2,520.00 | Communications with R Bender and T Moyron regarding plan revisions and transfer fee issue (.2); communications with T Moyron and R Bender re motion to approve plan (.1); phone conference with T Moyron re Debtors request to file draft motion for plan confirmation (.3); review and revise notice of motion for confirmation of plan (2.6); phone conference with T Moyron and S Maizel regarding proposal not to file Debtors motion in support of confirmation without material changes (.4). |
| 01/03/18 | K.M. Howard | 0.30 | 71.55 | Drafted index of contents of hearing binder regarding the Plan and Disclosure Statement. |
| 01/03/18 | J. Baumel | 2.40 | 1,680.00 | Review memoranda; teleconference with Louis Wharton regarding FINRA and trading halt; review FINRA rules; teleconference with FINRA representative; review correspondence. |
| 01/03/18 | T. Moyron | 1.60 | 792.00 | Prepare trust agreement. |
| 01/03/18 | T. Moyron | 0.60 | 297.00 | Analyze most recent version of plan of liquidation for filing and most recent comments. |
| 01/03/18 | T. Moyron | 1.10 | 544.50 | Analyze motion circulated by Debtors' counsel(.5); analyze C. Montgomery comments to motion (.3); analyze revised trust agreement (.2); analyze email from R. Bender regarding trust agreement (.1). |
| 01/04/18 | C. Montgomery | 2.80 | 1,960.00 | Review and revise draft trust Agreement (2.1); conference calls with S Maizel and T Moyron regarding Trust Agreement changes (.3); communications with R Bender and T Moyron regarding possible plan summary (.3); communications with T Moyron regarding court grant of motion to seek confirmation without solicitation of votes (.1). |
| 01/04/18 | T. Moyron | 0.40 | 198.00 | Analyze C. Montgomery comments to trust agreement and conference calls regarding same. |
| 01/04/18 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re trustee issues. |
| 01/05/18 | S. Maizel | 0.70 | 490.00 | Telephone conference with R. Bender re draft order re disclosures statement (.3); review and respond to emails re same (.4). |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/05/18 | S. Maizel | 0.30 | 210.00 | Review draft order on disclosure statement motion with M. Zeefe and T. Moyron. |
| 01/05/18 | J. Baumel | 1.50 | 1,050.00 | Review revised materials; check status of FINRA deliberations; review correspondence. |
| 01/05/18 | C. Montgomery | 0.90 | 630.00 | Plan/disclosure communications with T Moyron and J Baumel re shareholder list and returned check issue raised by shareholder (.4); communications with J Baumel re shareholder list details(.2); Review outline of Recent PWC auditor liability decision and communications with T Moyron regarding implications for auditor investigation and trust duration (.3). |
| 01/05/18 | T. Moyron | 0.30 | 148.50 | Analyze Rule 2002 and Rule 3017 in connection with service of notice of plan and related information and service of other documents. |
| 01/05/18 | T. Moyron | 0.50 | 247.50 | Analyze order circulated by Debtor's counsel and prepare same re Order Granting Motion Confirming No Disclosure Statement is Required. |
| 01/05/18 | T. Moyron | 0.30 | 148.50 | Conference call with R. Bender and S. Maizel regarding order granting motion confirming no disclosure statement is required and logistics related to plan. |
| 01/05/18 | T. Moyron | 0.30 | 148.50 | Conference call with R. Chez regarding details related to order granting motion confirming no disclosure statement is required and next steps (.1); follow up conference call with R. Chez regarding numbers in plan and proposed transfer to trust and distribution to shareholders and fees (.2). |
| 01/05/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding next steps related to order, preparation of notice, logistics related to timing of service of notice, plan, etc. |
| 01/05/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching Debtors' projections related to plan. |
| 01/05/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with R. Bender regarding projections in plan. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/05/18 | T. Moyron | 0.30 | 148.50 | Exchange emails with Equity Committee regarding notice of plan and potential methods of obtaining plan, including a website link and creation of a website related thereto. |
| 01/05/18 | M. Zeefe | 1.30 | 590.85 | Research BR 2002 and 3017 re service of plan related documents (0.9); revise proposed order re same (0.2); call and correspondence with T. Moyron re same (0.2). |
| 01/08/18 | P. Wolfson | 0.20 | 140.00 | Communications re compensation of trustee and advisors. |
| 01/08/18 | T. Moyron | 1.70 | 841.50 | Analyze notice of hearing on plan confirmation and provide comments thereto (1.2); final review of order and prepare comments thereto (.3); exchange emails with R. Bender regarding notice and order (.2). |
| 01/08/18 | T. Moyron | 0.30 | 148.50 | Conference calls with Sonia from the SEC regarding provisions in the plan and in the trust agreement. |
| 01/08/18 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding issues related to person to serve as the trustee of the trust. |
| 01/08/18 | T. Moyron | 0.30 | 148.50 | Exchange emails with Equity Committee regarding conference call to discuss issues related to trustee of the trust. |
| 01/08/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding changes to plan related to SEC. |
| 01/08/18 | T. Moyron | 0.90 | 445.50 | Conference call with Equity Committee regarding issues related to selection of trustee, trust board and compensation. |
| 01/08/18 | T. Moyron | 1.20 | 594.00 | Analyze issues related to 1129, liquidation analysis and proposed amount to be paid to trustee and trust board (.8); correspond with S. Maizel and C. Montgomery regarding recommendation (.4). |
| 01/08/18 | T. Moyron | 0.20 | 99.00 | Exchange emails emails with P. O'Brien regarding issues related to trustee and compensation to trustee and trustee board. |
| 01/08/18 | S. Maizel | 0.30 | 210.00 | Review and edit draft notice of hearing on plan confirmation. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/08/18 | S. Maizel | 0.50 | 350.00 | Telephone conference with OCEH re possible trustee issues (.3); review and respond to emails re same (.2). |
| 01/08/18 | T. Moyron | 0.40 | 198.00 | Further edits to trust agreement including deletion of language per SEC's request and analyze same (.3); prepare email to R. Bender regarding same (.1). |
| 01/08/18 | T. Moyron | 0.10 | 49.50 | Prepare email to A. Solomon regarding research project and request from EC that Cordes and Aisenberg do not receive distributions under the plan (.1). |
| 01/08/18 | T. Moyron | 0.20 | 99.00 | Analyze email from P. O'Brien requesting updated shareholder list from Debtors (.1); prepare email to P. O'Brien attaching updated shareholders list (.1). |
| 01/08/18 | C. Montgomery | 0.60 | 420.00 | Communications with T Moyron re recent position of SEC (.2); communications with T Moyron regarding proposed order revisions on solicitation (.3); communications with Moyron regarding removal of language regarding shell preservation and related SEC comments (.1). |
| 01/09/18 | C. Montgomery | 1.50 | 1,050.00 | Communications with T Moyron regarding comparative cost of Chapter 7 versus Trustee expense (.2); phone conferences with T Moyron regarding option termination issues (.9); phone call with R Bender and T Moyron re option termination issues (.1); communications with T Moyron re shareholder list and share restrictions (.2): communications with J Baumel re stock option issues (.1). |
| 01/09/18 | T. Moyron | 0.30 | 148.50 | Prepare email to R. Bender regarding lodging of order and filing of plan on Friday and related inquiry (.1); analyze email from R. Bender regarding same (.1); analyze email from R. Bender regarding revised notice and order incorporating Jan. 12 date (.1). |
| 01/09/18 | S. Maizel | 0.30 | 210.00 | Review and respond to emails re plan issues vis-à-vis trustee fees. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/09/18 | T. Moyron | 1.00 | 495.00 | Conference call with C. Montgomery regarding issues related stock options (.2); conference call with R. Bender regarding issues related to plan (.3); conference call with F. Gordon regarding issues related to website and KCC (.1); conference call with P. O'Brien regarding trustee and trustee board compensation (.2); conference call with R. Chez regarding trustee and trustee board compensation (.2). |
| 01/09/18 | T. Moyron | 0.20 | 99.00 | Analyze issues related to section 1129(a)(7). |
| 01/09/18 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding deadlines associated with the plan confirmation hearing and upcoming status conference. |
| 01/09/18 | T. Moyron | 1.70 | 841.50 | Analyze email from P. O'Brien regarding stock certificate and related issues (.1); analyze issues related to transfer restrictions and mootness since record shares converted into non-transferable units (.2); correspond with C. Montgomery regarding same (.1); analyze email from L. Wharton regarding outstanding options for ICPW Liquidation Corp. (.1); analyze email from R.Bender regarding mailing of notice on all shareholders and separate notice regarding the options (.1); analyze issues related to stock options and approach related thereto (.3); correspond with C. Montgomery regarding same (.1); analyze email from M. Ross regarding discussion with SEC counsel (.1); conference call with R. Bender and C. Montgomery regarding issues stock options (.2); correspond with F. Francine regarding services agreement and website, and review attachments (.3); prepare email to M. Ross regarding discussion with Sonia at SEC (.1). |
| 01/10/18 | K.M. Howard | 0.40 | 95.40 | Prepared numerous communications regarding upcoming deadlines regarding the Confirmation of the Plan. |
| 01/10/18 | T. Moyron | 1.30 | 643.50 | Analyze order entered by the Court confirming no disclosure statement is required (.1); prepare email to Equity Committee regarding order (.1); analyze issues related to stock incentive plan and approach with respect to plan and notice (.7); analyze impairment issue, if any (.4). |

8

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/10/18 | S. Maizel | 0.10 | 70.00 | Office conference with T Moyron re plan confirmation issues. |
| 01/10/18 | C. Montgomery | 0.80 | 560.00 | Communications with R Bender re meeting on stock option terminations (.1); phone call with T Moyron regarding option issues (.2); phone conference R Bender, L Wharton, T Moyron and J Baumel re option issues and treatment under plan (.5). |
| 01/11/18 | C. Montgomery | 3.10 | 2,170.00 | Phone conferences with T Moyron regarding trustee compensation issues(.2); communications with T Moyron re stock option treatment alternative s (.3);  communications with T Moyron re sale of corporate shell and Trust Agreement issues (.1) ; communications with L Wharton regarding revisions to proposed notice of stock option cancellation (.3); phone call with L Wharton re stock option cancellation (.2); communications with J Baumel re notice of stock option cancellation (.1); communications with T Moyron re FINRA trading cancellation (.1); revise Trust Agreement and Joint plan with new language regarding stock option termination (.8); review Incentive Plan provisions re stock options and communications with T Moyron re identified alternative actions (1.3). |
| 01/11/18 | M. Zeefe | 3.70 | 1,681.65 | Research issues related to stock options and treatment thereof  (3.0); call with T. Moyron re same (0.3); email analysis to T. Moyron and C. Montgomery re same (0.4). |
| 01/11/18 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding sending plan to SEC. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/11/18 | T. Moyron | 1.10 | 544.50 | Conference call w/ M. Zeefe regarding issues related to stock options (.2); analyze stock incentive plan and correspond from C. Montgomery (.3); analyze email from L. Wharton regarding outstanding options (.1); conference call with L. Wharton and C. Montgomery regarding notice to be sent to holders of option and language to be included in notice and plan (.2); conference call with R. Bender regarding filing of notice and plan and website (.2); prepare email to R. Bender regarding Stubbs' preparation of notice to option holders and language in plan (.1). |
| 01/11/18 | T. Moyron | 0.30 | 148.50 | Conference call with S. Jarus and P. O'Brien regarding status of plan and recent language added thereto and trust compensation. |
| 01/11/18 | T. Moyron | 0.10 | 49.50 | Analyze SEC comment letter. |
| 01/11/18 | T. Moyron | 0.40 | 198.00 | Analyze revised versions of plan and language regarding stock options. |
| 01/11/18 | T. Moyron | 0.60 | 297.00 | Analyze language in plan addressing SEC concerns and other changes since the prior version. |
| 01/11/18 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee regarding most current version of plan and certain changes reflected in redline (2); review prior version of plan circulated in connection therewith (.1). |
| 01/11/18 | T. Moyron | 0.20 | 99.00 | Analyze email from L. Wharton and attached notice to ICPW Optionees. |
| 01/12/18 | T. Moyron | 0.80 | 396.00 | Finalize plan of liquidation. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/12/18 | C. Montgomery | 2.50 | 1,750.00 | Communications with L Wharton re changes to notice to stock option holders (.1); review latest changes to Joint Plan (.4); communications with T Moyron regarding further modifications of trustee appointment language (.1); phone calls with T Moyron regarding trustee compensation (.3); communications with S Maizel re his identified issues with Trustee compensation proposal from members (.2); communications with T Moyron re analysis of most recent trustee compensation proposal (.2); communications with T Moyron re new suggestion for trust board member and trustee compensation (.2); draft proposed analysis of compensation proposal for committee member review (.8); communications with L Wharton regarding need for Board of Director resolution for Incentive Plan stock option cancellation (.2). |
| 01/12/18 | T. Moyron | 1.20 | 594.00 | Conference calls with R. Bender and K. Meshefejian regarding plan of liquidation and notice (.4); analyze email from R. Bender regarding revised plan of liquidation (.1); analyze plan of liquidation version 5 (.4); exchange emails with R. Bender regarding trust agreement (.1); analyze notice of hearing on plan confirmation and execute the same (.2). |
| 01/12/18 | T. Moyron | 0.20 | 99.00 | Conference call with M. Ross regarding releases and injunctions in plan (.1); conference call with R. Bender regarding same (.1). |
| 01/12/18 | T. Moyron | 1.20 | 594.00 | Analyze various versions of shadow website (.4); conference calls with H. Montgomery regarding shadow website and suggested revisions and documents (.5); prepare emails to H. Montgomery regarding website site and filing of documents (.2); prepare email to Equity Committee regarding live website (.1). |
| 01/12/18 | T. Moyron | 0.40 | 198.00 | Conference call with S. Chae at SEC regarding provisions related to releases and exculpation and possible suggested language. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 01/12/18 | T. Moyron | 1.00 | 495.00 | Correspond with S. Jarus regarding inquiry related to proposed trust compensation (.1); correspond with C. Montgomery regarding proposed trustee and trust compensation and issues related thereto (.4); analyze recommendation regarding same (.2); conference call with K. Meshefejian regarding Pliskin salary (.1); analyze proposals in other chapter 11 cases (.2). |
| 01/12/18 | T. Moyron | 0.40 | 198.00 | Conference call with P. O'Brien regarding various issues related to plan, trustee and trust compensation and Radians. |
| 01/12/18 | T. Moyron | 0.50 | 247.50 | Analyze issues related to governmental claims deadline and language requested by SEC and OUST (.3); correspond with C. Montgomery regarding same (.2). |
| 01/16/18 | S. Maizel | 0.30 | 210.00 | Office conference with T. Moyron re confirmation issue vis-à-vis UST. |
| 01/16/18 | C. Montgomery | 0.10 | 70.00 | Communications with T Moyron re committee reaction to Trustee compensation advice |
| 01/16/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with P. O'Brien regarding M. Pliskin (.1). |
| 01/16/18 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton and attached option data re stock options. |
| 01/16/18 | T. Moyron | 0.30 | 148.50 | Analyze bankruptcy cases regarding release and exculpation provisions. |
| 01/17/18 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding conference call with Pliskin (.1). |
| 01/17/18 | S. Maizel | 0.10 | 70.00 | Telephone conference with T. Moyron re trustee issues vis-à-vis plan confirmation. |
| 01/18/18 | T. Moyron | 0.70 | 346.50 | Analyze email from L. Wharton regarding details related to communications from FINRA and other emails in chain (.2); discuss with L. Wharton regarding same (.1); analyze committee's bylaws in connection therewith (.1); correspond with C. Montgomery and J. Baumel regarding same (.2); prepare email to Equity Committee regarding communications from FINRA and confidentiality (.1). |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/18/18 | C. Montgomery | 0.20 | 140.00 | Communications with L Wharton and T Moyron regarding FINRA provisional decision to halt trading |
| 01/18/18 | J. Baumel | 2.00 | 1,400.00 | Review issues relating to FINRA trading; teleconference with FINRA |
| 01/18/18 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton regarding 8-Ks and issues related to FINRA. |
| 01/18/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with P. O'Brien regarding M. Pliskin. |
| 01/19/18 | C. Montgomery | 1.30 | 910.00 | Communications with S Jarus and T Moyron re plan language on trading halt (.4); communications with T Moyron re United States Trustee concerns re the plan injunction and bar date (.9) |
| 01/19/18 | T. Moyron | 1.70 | 841.50 | Conference call with R. Bender regarding agreement with Pliskin re trustee (.2); conference call with P. O'Brien regarding same (.2); prepare motion to approve trustee and trustee board (1.2). exchange emails with P. O'Brien regarding agreement with Pliskin (.1). |
| 01/19/18 | T. Moyron | 0.30 | 148.50 | Analyze issues related request from OUST as to injunction and releases and possible notice to act as a bar to possible claims against shareholders. |
| 01/19/18 | S. Schrag | 1.30 | 403.65 | Begin drafting motion to approve agreement with trustee of trust. |
| 01/20/18 | S. Schrag | 1.60 | 496.80 | Continue drafting motion to approve agreement with trustee of trust. |
| 01/21/18 | S. Maizel | 1.00 | 700.00 | Review and revise confirmation motion. |
| 01/21/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Debtors' counsel attaching motion re trustee and trust board compensation (.1); prepare email to Debtors' counsel attaching trustee services agreement (.1). |
| 01/21/18 | T. Moyron | 2.10 | 1,039.50 | Analyze and prepare motion in support of plan confirmation (1.8); research issue related to section 1129 in connection therewith (.2); prepare email to R. Bender regarding same (.1). |
| 01/21/18 | C. Montgomery | 0.30 | 210.00 | Review and comment upon draft motion for trustee and trust board compensation (.3). |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/21/18 | T. Moyron | 3.80 | 1,881.00 | Prepare motion to approve trustee agreement and compensation to trust board and declaration in support thereof. |
| 01/21/18 | T. Moyron | 2.10 | 1,039.50 | Prepare agreement for trustee services (1.8); analyze trust agreement in connection therewith (.3). |
| 01/22/18 | T. Moyron | 0.10 | 49.50 | Analyze email from E. Chez and attached R. Chez resume (.1) re motion to approve trustee and trust compensation. |
| 01/22/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender regarding issues related motion to approve trustee and trustee compensation re joint motion. |
| 01/22/18 | T. Moyron | 0.30 | 148.50 | Exchange further emails with R. Bender regarding motion to approve trustee and trust compensation and declarations and exhibits in support thereof. |
| 01/22/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee attaching redline of trustee services agreement reflecting changes requested by M. Pliskin (.1); analyze email from R. Chez regarding same and reply thereto (.1). |
| 01/22/18 | K.M. Howard | 0.10 | 23.85 | Analysis of court's notice setting the hearing on the motion for an order to confirm the debtors' Chapter 11 plan. |
| 01/22/18 | S. Maizel | 0.70 | 490.00 | Review and revise trustee motion. |
| 01/22/18 | S. Maizel | 0.80 | 560.00 | Review and revise confirmation motion. |
| 01/22/18 | T. Moyron | 2.80 | 1,386.00 | Prepare motion to confirm plan and analyze various versions regarding same and plan in connection therewith. |
| 01/22/18 | T. Moyron | 2.70 | 1,336.50 | Prepare and finalize motion related to trustee and trustee compensation and declarations in support thereof and review comments to the same. |
| 01/22/18 | T. Moyron | 0.20 | 99.00 | Confer with R. Bender regarding trustee agreement. |
| 01/22/18 | T. Moyron | 0.40 | 198.00 | Conference calls with R. Bender regarding motion in support of plan confirmation. |
| 01/22/18 | T. Moyron | 0.60 | 297.00 | Analyze various versions of trustee agreement and comments thereto. |

14

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/22/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with S. Jarus regarding declaration in support of plan confirmation. |
| 01/22/18 | T. Moyron | 0.30 | 148.50 | Exchange emails with S. Jarus in connection with motion to approve trustee and trust board compensation and declaration in support thereof (.2); conference call with S. Jarus regarding same (.1). |
| 01/23/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee attaching filed versions of plan confirmation motion and motion to approve Pliskin and compensation to trustee board. |
| 01/23/18 | T. Moyron | 0.10 | 49.50 | Analyze plan of liquidation as it relates to escrow agent and timing of decision to use different escrow agent. |
| 01/23/18 | T. Moyron | 0.10 | 49.50 | Conference call with R. Chez regarding status of cases, litigation and timing of any strategical decision. |
| 01/24/18 | C. Montgomery | 0.70 | 490.00 | Analysis of release and discharge issues for governmental entities (.7). |
| 01/24/18 | T. Moyron | 0.30 | 148.50 | Analyze issues related to injunction and discharge and emails from OUST regarding same. |
| 01/24/18 | T. Moyron | 0.80 | 396.00 | Analyze issues related to request from OUST related to releases and injunction, ramifications thereof with respect to governmental claims bar date, and protection of shareholders and trustee. |
| 01/25/18 | T. Moyron | 0.40 | 198.00 | Analyze email from L. Wharton regarding revised release (.1); analyze release and prepare comments regarding same (.2).; analyze C. Montgomery comments regarding same (.1). |
| 01/25/18 | T. Moyron | 0.50 | 247.50 | Conference call with R. Bender regarding changes proposed by OUST and the SEC and review plan in connection therewith (.3); analyze revised plan circulated by R. Bender (.2). |
| 01/25/18 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton regarding the record date (.1). |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/25/18 | C. Montgomery | 0.10 | 70.00 | Review and comment upon L Wharton draft disclosure release on option terminations (.9); communications with T Moyron regarding US Trustee concerns on injunction issues (.1). |
| 01/26/18 | C. Montgomery | 0.10 | 70.00 | Phone call with T Moyron re US Trustee office extension and Debtors' option termination release (.1). |
| 01/26/18 | J. Baumel | 1.00 | 700.00 | Attention to conference call with FINRA, Louis Wharton and DTCC regarding trading |
| 01/26/18 | T. Moyron | 0.20 | 99.00 | Analyze email from S. Jarus regarding inquiries related to proposed release (.1); prepare email in response thereto (.1). |
| 01/26/18 | K.M. Howard | 0.20 | 47.70 | Communications regarding the Joint Plan Confirmation Motion (.1) and received and incorporated same (.1). |
| 01/26/18 | T. Moyron | 0.40 | 198.00 | IRONCLAD - Analyze email from L. Wharton regarding record date and FINRA (.1); prepare email to L. Wharton et al., regarding same (.1); analyze email from M. Ross regarding potential objection and stipulation to extend time and respond to same (.1); prepare email to equity committee attaching press release (.1). |
| 01/26/18 | T. Moyron | 0.40 | 198.00 | IRONCLAD - Attend to issues related to logistics of complaint and correspond with A. Solomon regarding same. |
| 01/27/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with S. Jarus regarding trustee services agreement. |
| 01/27/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding status of discussions with SEC. |
| 01/28/18 | T. Moyron | 0.30 | 148.50 | Confer with R. Bender regarding SEC proposed changes, other changes already incorporated into plan and analyze emails regarding same. |
| 01/29/18 | J. Baumel | 0.50 | 350.00 | Tel Call Claude Montgomery re trading and SRS; review emails re same |
| 01/29/18 | C. Montgomery | 0.10 | 70.00 | Review communications T Moyron re SEC resolution of potential objection (.1). |
| 01/29/18 | T. Moyron | 0.20 | 99.00 | Call with R. Bender regarding SEC, email from shareholder to address issue related to wiring of funds in addition to checks, OUST, etc. |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/29/18 | T. Moyron | 0.70 | 346.50 | Conference call with P. O'Brien to discuss Pliskin, Trustee Agreement, Trust Services Agreement and indemnity provisions therein, and issues related to escrow agent. |
| 01/30/18 | T. Moyron | 0.50 | 247.50 | Analyze plan of liquidation in connection with issues related to releases and injunctions (.2); confer with S. Maizel and C. Montgomery regarding same (.3). |
| 01/30/18 | M. Zeefe | 1.50 | 681.75 | Research effect of company dissolution on stockholder liability (1.2); calls and correspondence with T. Moyron re same (0.3). |
| 01/30/18 | S. Maizel | 0.10 | 70.00 | Review and respond to emails re IPCW letter to Scott Jarus. |
| 01/30/18 | C. Montgomery | 0.40 | 280.00 | Phone call with T Moyron regarding discharge and injunction issues raise by US Trustee office(.4). |
| 01/31/18 | T. Moyron | 0.70 | 346.50 | Analyze and revise plan of reorganization. |
| 01/31/18 | T. Moyron | 0.20 | 99.00 | Correspond with C. Montgomery regarding FINRA/DTC call and update regarding same. |
| 01/31/18 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton regarding DTCC having its brokers provide contact information for beneficial owners as of the record date to the Company/Trust. |
| 01/31/18 | T. Moyron | 0.20 | 99.00 | Prepare email to R. Bender attaching revised plan to address OUST issues (.1); analyze email from R. Bender regarding same (.2). |
| 01/31/18 | C. Montgomery | 1.40 | 980.00 | Phone call with J Baumel re FINRA and DTC conversation with Debtors counsel and use of SRS as transfer agent to replace DTC (.1); communications with T Moyron re Trustee use of transfer agent to replace DTC (.2); communications with T Moyron and J Baumel re client update (.4); communications with T Moyron regarding SEC investigation (.2 ); review and respond to proposed changes in plan to respond to US Trustee concerns (.5). |
| 01/31/18 | M. Zeefe | 0.10 | 45.45 | Call with T. Moyron re dissolution notice. |
| Total Hours | | 111.80 | | |
| Fee Amount | | | | $63,358.50 |

Plan and Disclosure Statement

February 28, 2018

Matter: 15744288-000018
Invoice No.: 1982244

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 27.50 | $19,250.00 |
| J. Baumel | $700.00 | 9.80 | $6,860.00 |
| P. Wolfson | $700.00 | 0.20 | $140.00 |
| S. Maizel | $700.00 | 6.50 | $4,550.00 |
| A. Sharetta | $700.00 | 0.40 | $280.00 |
| M. Zeefe | $454.50 | 6.60 | $2,999.70 |
| T. Moyron | $495.00 | 56.80 | $28,116.00 |
| S. Schrag | $310.50 | 2.90 | $900.45 |
| K.M. Howard | $238.50 | 1.10 | $262.35 |
| Totals | | 111.80 | $63,358.50 |

## DISBURSEMENT DETAIL

| Date | Description | | | Amount |
|---|---|---|---|---|
| 1/30/2018 | Outside Professional Services INVOICE # 2637538-Q42017 - DATE 01/08/18 | | | 39.60 |
| | | | SUBTOTAL | 39.60 |
| | Total Disbursements | | | $39.60 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 63,358.50 | |
| Disbursement Total | $ | 39.60 | |
| Invoice Total | $ | 63,398.10 | |

18

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000018

Plan and Disclosure Statement

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------|-------|
| 01/24/18 | 1975019 | 61,303.20 | 0.00 | 61,303.20 |
| 01/25/18 | 1963405 | 4,126.75 | 0.00 | 4,126.75 |
| 02/28/18 | 1982244 | 63,398.10 | 0.00 | 63,398.10 |
| | | Total Outstanding Invoices | | $128,828.05 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

**Invoice No. 1982245**

Client/Matter: 15744288-000024

Radians Wareham Holdings

Payment Due Upon Receipt

Total This Invoice                                          $        86,671.75

---

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

February 28, 2018

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

**Invoice No. 1982245**

Client/Matter: 15744288-000024

Radians Wareham Holdings

For Professional Services Rendered through January 31, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/03/18 | A. Ruegger | 2.00 | 1,400.00 | Review S. Schrag 12/23 legal research memorandum on duress and good faith caselaw (0.3); review cases from same (1.5); edit pro hac vice application and forward to K. Howard (0.2). |
| 01/06/18 | A. Ruegger | 1.10 | 770.00 | Review Radians memorandum in support of dismissal motion (0.8); communications with T. Moyron regarding Radians motion (0.3). |
| 01/07/18 | A. Ruegger | 2.50 | 1,750.00 | Review Radians dismissal memorandum with attention to detail (0.7); review caselaw on duress and bad faith claims (1.6); communications with T. Moyron regarding motion (0.2). |
| 01/07/18 | C. Montgomery | 0.70 | 490.00 | Review Radians motion to dismiss (.4); communications with T Moyron re same (.1); communications with T Moyron regarding equitable relief against former officers (.2). |
| 01/08/18 | A. Ruegger | 4.40 | 3,080.00 | Collect and forward to C. Montgomery research on Texas lender liability law (0.8); communication with P. Wolfson regarding arguments in Radians motion (0.4); communications with T. Moyron regarding legal research for opposition to Radians dismissal motion (0.2); review source materials cited/quoted in Radians motion papers (1.0); review caselaw on equity committee standing (1.5); communication with C. Montgomery regarding Radians arguments (0.5). |
| 01/08/18 | C. Montgomery | 0.80 | 560.00 | Communications with T Moyron re Radians dispute research (.1): communications with A Ruegger re prior research on Radians dispute (.4); phone conference with A Ruegger re avoidance of release question for Radians (.3). |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/08/18 | P. Wolfson | 1.50 | 1,050.00 | Review and comment on Radian's motion to dismiss complaint. |
| 01/09/18 | G. Miller | 0.70 | 286.65 | Calls with A. Ruegger re research addressing arguments in motion to dismiss. |
| 01/09/18 | G. Miller | 0.90 | 368.55 | Review complaint and motion to dismiss. |
| 01/09/18 | C. Wang | 2.40 | 734.40 | Review adversary proceeding pleadings (1.2); telephone conference with A. Ruegger and G. Miller regarding response to motion to dismiss (0.5); research standing issue for response to motion to dismiss (0.7). |
| 01/09/18 | A. Ruegger | 5.20 | 3,640.00 | Review cases cited in Radians dismissal memorandum (4.0); communications with T. Moyron regarding assigning legal research work for opposition memo (0.2); communications with G. Miller, C. Wang and T. Moyron regarding legal research issues (0.4); teleconference with G. Miller and C. Wang regarding respective legal research assignments (0.6). |
| 01/10/18 | A. Ruegger | 6.10 | 4,270.00 | Review additional caselaw regarding duress claim (0.9); review Code and rules related to releases of prepetition conduct (1.8); communications with T. Moyron regarding Radians dismissal motion (0.4); review cases related to prepetition releases (3.0). |
| 01/10/18 | C. Wang | 2.50 | 765.00 | Continue researching standing issue for response to motion to dismiss (1.5); draft memorandum regarding same (1.0). |
| 01/10/18 | C. Wang | 2.60 | 795.60 | Research lender waiver issue for response to motion to dismiss (2.4); messages with A. Ruegger regarding same (0.2). |
| 01/11/18 | C. Wang | 1.70 | 520.20 | Research motion to dismiss standards for response to motion to dismiss (0.8); draft e-mail regarding motion to dismiss standards research (0.9). |
| 01/11/18 | C. Wang | 0.50 | 153.00 | Telephone conference with A. Ruegger, T. Moyron, and G. Miller regarding response to motion to dismiss. |
| 01/11/18 | T. Moyron | 0.50 | 247.50 | Analysis regarding issues related to Radians' motion to dismiss. |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/11/18 | T. Moyron | 0.20 | 99.00 | Conference call with A. Solomon regarding Cordes and Aisenberg. |
| 01/11/18 | T. Moyron | 0.50 | 247.50 | Conference call with A. Ruegger, G. Miller, et al., regarding Radians' motion to dismiss, prepetition releases and arguments to be made in opposition. |
| 01/11/18 | T. Moyron | 0.40 | 198.00 | Analyze C. Montgomery analysis regarding 2006 plan and amendments in connection with approach and language in plan (.2); analyze stock incentive plan regarding same (.2). |
| 01/11/18 | A. Ruegger | 6.90 | 4,830.00 | Communications with T. Moyron and G. Miller regarding legal research on prepetition releases (0.5); review additional caselaw regarding prepetition releases (5.8); teleconference with T. Moyron, G. Miller and C. Wang regarding various legal research issues (0.6). |
| 01/11/18 | G. Miller | 2.80 | 1,146.60 | Follow up research re prepetition release preventing Equity Committee from initiating lawsuit. |
| 01/11/18 | G. Miller | 0.70 | 286.65 | Call with T. Moyron and A. Ruegger re prepetition release research. |
| 01/12/18 | G. Miller | 0.20 | 81.90 | Call with T. Moyron re argument against prepetition release. |
| 01/12/18 | G. Miller | 0.90 | 368.55 | Continue follow up research re prepetition release preventing Equity Committee from initiating lawsuit. |
| 01/12/18 | G. Miller | 3.50 | 1,433.25 | Research re when duress claim arises and voidability of release. |
| 01/12/18 | T. Moyron | 0.30 | 148.50 | Prepare email to R. Bender regarding language to be added to exculpation clause following discussion with S. Chae at the SEC and no sign-off yet from the SEC (.1); analyze email from S. Chae regarding suggested revised language that would satisfy staff's comments (.1); analyze email from M. Ross regarding requested language in plan (.1). |
| 01/12/18 | M. Wege | 1.00 | 700.00 | Call with A. Rugger (.2); review materials on good faith and rights of committees (.6); correspond with A. Rugger and forward various materials (.2) |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/12/18 | C. Montgomery | 0.30 | 210.00 | Communications with T Moyron regarding duress claim accrual question and implications of prepetition waiver (.3). |
| 01/12/18 | T. Moyron | 0.30 | 148.50 | Analyze issues related to prepetition releases and duress claim (.3). |
| 01/12/18 | A. Ruegger | 4.20 | 2,940.00 | Begin drafting opposition to Radians motion to dismiss (0.4); continued analysis of prepetition release caselaw (1.5); review supplemental legal memo from G. Miller on prepetition releases (1.2); communication with M. Wege regarding Texas and 5th Circuit law regarding release principles (0.6); communications with T. Moyron regarding dismissal motion issues (0.5). |
| 01/13/18 | A. Ruegger | 1.80 | 1,260.00 | Draft and send to client, T. Moyron, S. Maizel and G. Miller a summary of dismissal motion arguments. |
| 01/15/18 | A. Ruegger | 2.80 | 1,960.00 | Continued drafting of opposition to Radians dismissal motion. |
| 01/16/18 | A. Ruegger | 6.60 | 4,620.00 | Continued drafting opposition to Radians dismissal motion (4.4); check legal citations in course of drafting opposition (0.7); review memo and cases from G. Miller on accrual of duress claims (0.8); communications with T. Moyron and G. Miller regarding next strategy call on Radians issues (0.3); review void-release cases from G. Miller (0.4). |
| 01/16/18 | C. Montgomery | 1.20 | 840.00 | Phone call from T Moyron re choice of forum for post-confirmation litigation (.7); phone call from T Moyron re jurisdictional issues and arbitration (.3); phone call with T Moyron re bankruptcy court jurisdiction over trustee claims (.2). |
| 01/16/18 | C. Montgomery | 0.10 | 70.00 | Communications with T Moyron regarding A Ruegger note to committee members. |
| 01/16/18 | D. Pina | 0.30 | 98.55 | Communications with A. Ruegger and assist with copies of DIP related filings and exhibits thereto. |
| 01/17/18 | A. Ruegger | 7.30 | 5,110.00 | Continued drafting of opposition to Radians' dismissal motion (6.6); communications with G. Miller regarding various legal research issues for the opposition to Radians' motion (.4); communications with P. Wolfson regarding dismissal motion issues (.3). |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/17/18 | G. Miller | 0.30 | 122.85 | Call with A. Ruegger re prepetition research. |
| 01/17/18 | G. Miller | 1.50 | 614.25 | Follow up research re prepetition release and duress claim. |
| 01/17/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice of Hearing on the Motion to Dismiss the Adversary Case in Equity Committee vs. Radians to determine additional requirements. |
| 01/17/18 | S. Schrag | 0.70 | 217.35 | Confer with A. Ruegger regarding additional legal research related to Radians' affiliates' liability. |
| 01/18/18 | S. Schrag | 0.70 | 217.35 | Confer with A. Ruegger regarding liability research (.1); begin legal research related to Radians' affiliates' liability (.6). |
| 01/18/18 | A. Ruegger | 7.60 | 5,320.00 | Continued drafting and editing of opposition to Radians' dismissal motion (7.0); review G. Miller research and cases on blocked account issues (.6). |
| 01/18/18 | G. Miller | 1.60 | 655.20 | Research bankruptcy court exercise discretion to not enforce arbitration provision in non-core action. |
| 01/18/18 | G. Miller | 0.10 | 40.95 | Call with A. Ruegger re fraudulent transfer research. |
| 01/18/18 | G. Miller | 3.70 | 1,515.15 | Continue follow up research re prepetition release and duress claim. |
| 01/18/18 | C. Montgomery | 0.10 | 70.00 | Communications with T Moyron regarding insolvency impact on release issue and "good faith" impact on cash sweep issue |
| 01/18/18 | T. Moyron | 0.60 | 297.00 | Analyze issues related to possible fraudulent transfer claim (.2); analyze issues related to opposition to Radians' motion to dismiss (.4). |
| 01/19/18 | C. Montgomery | 0.10 | 70.00 | Communications with A Ruegger re response to motion to dismiss |
| 01/19/18 | S. Schrag | 2.30 | 714.15 | Continue legal research related to Radians' affiliates' liability. |
| 01/19/18 | G. Miller | 1.70 | 696.15 | Research re meaning of insolvency with respect to fraudulent transfers. |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/19/18 | A. Ruegger | 1.60 | 1,120.00 | Review and edit draft opposition to Radians' motion (.8); review G. Miller research regarding fraudulent transfer claim (.3); communications with R. Chez and S. Schrag regarding potential additional claims (.3); forward draft opposition to client, S. Maisel, T. Moyron, P. Wolfson and C. Montgomery with comment (.2). |
| 01/20/18 | A. Ruegger | 0.80 | 560.00 | Review P. Wolfson edits and questions regarding 01/19 draft opposition (.6); communications with P. Wolfson, S. Maisel and T. Moyron regarding same (.2). |
| 01/20/18 | P. Wolfson | 0.80 | 560.00 | Edits to draft opposition and communications with Dentons' team regarding same. |
| 01/22/18 | S. Schrag | 3.40 | 1,055.70 | Continue legal research related to Radians' affiliates' liability. |
| 01/22/18 | A. Ruegger | 8.50 | 5,950.00 | Communications with S. Schrag regarding status and timing of joint liability legal research (.3); review proposed allegations in special counsels draft complaint (.4); communications with C. Montgomery, T. Moyron and S. Maizel regarding draft complaint language (.7); review S. Jarus' edits to opposition (.3); incorporate Jarus and Wolfson comments into opposition (1.4); review G. Miller research regarding fraudulent transfer (.8); review draft complaint versus former managers (.5); communications with P. Wolfson and C. Montgomery regarding edits to the draft opposition (.9); review Radians' cases for additional discussion in opposition (2.6); communications with T. Moyron regarding hearing rescheduling (.4); communications with S. Schrag regarding Texas tort law issue (.2). |
| 01/22/18 | G. Miller | 2.00 | 819.00 | Follow up research re fraudulent transfers of release. |
| 01/22/18 | C. Montgomery | 1.30 | 910.00 | Review and comment upon client suggestions for memorandum (.3); review draft memorandum in response (.8); communications with T. Moyron regarding G. Miller insolvency and release as transfer research (.2). |
| 01/23/18 | C. Montgomery | 0.50 | 350.00 | Phone conference with T Moyron re discussion sequence of arguments for Radians motion to dismiss response (.5). |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/23/18 | T. Moyron | 0.10 | 49.50 | Prepare email to F. Childress and S. Weiss regarding continuance and new filing dates for opposition and reply. |
| 01/23/18 | T. Moyron | 0.40 | 198.00 | Analyze most recent version of motion to dismiss (.2); correspond with C. Montgomery regarding same (.2). |
| 01/23/18 | A. Ruegger | 2.10 | 1,470.00 | Communications with T. Moyron regarding consolidated 02/12 hearing and briefing schedule (.3); further review/analysis of Radians' cases (1.6); communications with T. Moyron regarding revisions to draft opposition (.2). |
| 01/24/18 | T. Moyron | 0.20 | 99.00 | Analyze issues related to motion to dismiss. |
| 01/24/18 | C. Montgomery | 0.80 | 560.00 | Review up dated draft response to motion to dismiss (.8). |
| 01/25/18 | T. Moyron | 0.10 | 49.50 | Analyze and prepare joint status report (.1). |
| 01/25/18 | A. Ruegger | 0.20 | 140.00 | Communications with T. Moyron and K. Howard regarding joint status report. |
| 01/25/18 | S. Schrag | 3.40 | 1,055.70 | Confer with A. Ruegger regarding finalizing Opposition (.1); begin conducting legal research on the same (3.3). |
| 01/26/18 | A. Ruegger | 0.40 | 280.00 | Communications with K. Howard and T. Moyron regarding deadline and process for joint status report. |
| 01/26/18 | C. Montgomery | 0.80 | 560.00 | Suggest revisions to brief in response to motion to dismiss (.8). |
| 01/26/18 | S. Schrag | 0.10 | 31.05 | Begin reviewing Reply to Response to Opposition. |
| 01/27/18 | S. Schrag | 1.00 | 310.50 | Review Reply to Response to Opposition; conduct final legal research regarding the same. |
| 01/28/18 | S. Schrag | 3.00 | 931.50 | Review Reply to Response to Opposition; continue conducting final legal research regarding the same. |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/28/18 | A. Ruegger | 5.00 | 3,500.00 | Incorporate C. Montgomery edits into opposition (1.3); further revisions to opposition (1.6); forward final opposition to T. Moyron, S. Maizel and S. Schrag with comment (.4); draft responses for joint status report (.7); communications with T. Moyron regarding responses in joint status report (.5); communications with T. Moyron and S. Schrag regarding opposition cite-checking (.5). |
| 01/28/18 | T. Moyron | 1.00 | 495.00 | Prepare joint status report (.3); confer with A. Ruegger regarding same (.3); analyze motion to dismiss (.4). |
| 01/29/18 | S. Schrag | 0.10 | 31.05 | Confer with T. Moyron and A. Ruegger regarding Reply to Response to Opposition. |
| 01/29/18 | A. Ruegger | 5.10 | 3,570.00 | Communications from DPS service regarding completed tables (.2); review revised opposition with tables (.7); communications with T. Moyron and S. Schrag regarding further corrections to opposition (.6); communications with DPS service regarding further corrections to opposition (1.5); communications with T. Moyron regarding court status report (.9); review corrected version of opposition following further revisions (.6); communication with T. Moyron confirming final versions of opposition (.3); forward status report to committee with comment (.3). |
| 01/29/18 | K.M. Howard | 0.10 | 23.85 | Prepared communication regarding the revised Application of Non-Resident, Arthur Ruegger, to Appear Pro Hac Vice. |
| 01/29/18 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Joint Status Report in Radians. |
| 01/29/18 | T. Moyron | 1.10 | 544.50 | Analyze and prepare motion to dismiss. |
| 01/29/18 | T. Moyron | 0.20 | 99.00 | Finalize joint status report. |
| 01/29/18 | T. Moyron | 0.10 | 49.50 | Call with F. Childress regarding joint status report. |
| 01/29/18 | S. Maizel | 0.30 | 210.00 | Review final opposition to Radians motion to dismiss. |
| 01/29/18 | T. Moyron | 0.20 | 99.00 | Prepare email to F. Childress regarding joint status report (.1); correspond with S. Weiss regarding same (.1). |

9

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/29/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with the Equity Committee regarding filing of joint status report and opposition to motion to dismiss (.2). |
| 01/31/18 | K.M. Howard | 0.10 | 23.85 | Analysis of various Applications filed by Radians counsel to appear pro hac vice and noted same. |
| 01/31/18 | A. Ruegger | 3.60 | 2,520.00 | Retrieve and organize pleadings and case law for 02/05 Radians' reply analysis and 02/12 oral argument (1.5); further review of cases from briefs in preparation for 02/12 argument (1.8); communications with T. Moyron, S. Maizel and C. Montgomery regarding 02/12 oral argument (.3). |

Total Hours                    148.50

Fee Amount                                                          $86,671.75

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| C. Montgomery | $700.00 | 6.70 | $4,690.00 |
| M. Wege | $700.00 | 1.00 | $700.00 |
| P. Wolfson | $700.00 | 2.30 | $1,610.00 |
| S. Maizel | $700.00 | 0.30 | $210.00 |
| T. Moyron | $495.00 | 6.40 | $3,168.00 |
| A. Ruegger | $700.00 | 85.80 | $60,060.00 |
| G. Miller | $409.50 | 20.60 | $8,435.70 |
| C. Wang | $306.00 | 9.70 | $2,968.20 |
| S. Schrag | $310.50 | 14.70 | $4,564.35 |
| D. Pina | $328.50 | 0.30 | $98.55 |
| K.M. Howard | $238.50 | 0.70 | $166.95 |
| Totals | | 148.50 | $86,671.75 |

Radians Wareham Holdings

February 28, 2018

Matter: 15744288-000024
Invoice No.: 1982245

| | | |
|---|---|---|
| Fee Total | $ | 86,671.75 |
| Invoice Total | $ | 86,671.75 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue
Manhattan Beach, CA 90266
USA

February 28, 2018

Client/Matter #: 15744288-000024

Radians Wareham Holdings

Statement of Account

According to our records, as of February 28, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
| --- | --- | --- | --- | --- |
| Date | Invoice No. | Invoice Amount | Adjustments | Total |
| 01/26/18 | 1975678 | 30,988.10 | 0.00 | 30,988.10 |
| 02/28/18 | 1982245 | 86,671.75 | 0.00 | 86,671.75 |
|  |  | Total Outstanding Invoices |  | $117,659.85 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994142**

Client/Matter: 15744288-000003

Administration

Payment Due Upon Receipt

Total This Invoice                                      $          1,046.90

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994142**

Client/Matter:   15744288-000003

Administration

For Professional Services Rendered through February 28, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/09/18 | K.M. Howard | 0.20 | 47.70 | Reviewed Critical Dates Memorandum and cross-referenced to all hearing binders to confirm that all supportive pleadings were assembled for each hearing. |
| 02/12/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Court's ruling continuing the status conference to the following day. |
| 02/12/18 | K.M. Howard | 0.20 | 47.70 | Reviewed Critical Dates Memorandum and cross-referenced to the Court's ruling regarding the continuation of certain motions and revised same to reflect the court's changes. |
| 02/14/18 | T. Moyron | 0.50 | 247.50 | Prepare email to Equity Committee regarding arbitration re Cordes and Aisenberg (.2); analyze emails from Equity Committee and A. Solomon regarding same (.2); prepare email to A. Solomon regarding same (.1). |
| 02/20/18 | K.M. Howard | 0.10 | 23.85 | Reviewed communications from Mark and Victoria Muller requesting removal from the service list. |
| 02/21/18 | K.M. Howard | 0.20 | 47.70 | Reviewed master contact chart, culled requested information and prepared communication regarding Patrick O'Brien. |
| 02/22/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Appearance and Request for Notice filed by Andrew Solomon (.1) and cross-referenced to service lists (.1) |
| 02/23/18 | K.M. Howard | 0.40 | 95.40 | Reviewed and revised Critical Dates Memorandum to reflect new deadlines and consolidated hearings. |
| 02/28/18 | T. Moyron | 0.40 | 198.00 | Conference call with L. Wharton regarding dissolution certificates to be filed and other documents (.2); analyze email regarding same (.1); prepare email to Equity Committee regarding same (.1). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 2.30 | | |
| Fee Amount | | | | $779.40 |

Administration

March 21, 2018

Matter: 15744288-000003
Invoice No.: 1994142

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| T. Moyron | $495.00 | 0.90 | $445.50 |
| K.M. Howard | $238.50 | 1.40 | $333.90 |
| Totals | | 2.30 | $779.40 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 1/30/2018 | WESTLAW ZEEFE\MALKA | | 150.00 |
| 2/8/2018 | WESTLAW SCHRAG\SARAH | | 117.50 |
| | | SUBTOTAL | 267.50 |
| | Total Disbursements | | $267.50 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 779.40 | |
| Disbursement Total | $ | 267.50 | |
| Invoice Total | $ | 1,046.90 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000003

Administration

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|------------|----------------|-----------------------|-------|
| 01/25/18 | 1963387 | 9,034.40 | 0.00 | 9,034.40 |
| 01/26/18 | 1975673 | 3,787.31 | 0.00 | 3,787.31 |
| 02/28/18 | 1982410 | 4,241.19 | 0.00 | 4,241.19 |
| 03/21/18 | 1994142 | 1,046.90 | 0.00 | 1,046.90 |
| | | Total Outstanding Invoices | | $18,109.80 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993256**

Client/Matter: 15744288-000006

Assumption and Rejection of Leases and Contracts

Payment Due Upon Receipt

Total This Invoice                                      $              190.80

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993256**

Client/Matter:   15744288-000006

Assumption and Rejection of Leases and Contracts

---

For Professional Services Rendered through February 28, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/09/18 | K.M. Howard | 0.40 | 95.40 | Reviewed and culled pleadings pertaining to the February 12, 2018 hearing on Assumption and Assignment of Executory Contracts. |
| 02/09/18 | K.M. Howard | 0.40 | 95.40 | Reviewed culled pleadings and drafted index to the February 12, 2018 hearing binders on Assumption and Assignment of Executory Contracts. |
| Total Hours | | 0.80 | | |
| Fee Amount | | | | $190.80 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $238.50 | 0.80 | $190.80 |
| Totals | | 0.80 | $190.80 |

|  | | | |
|--|--|--|--|
| Fee Total | $ | 190.80 | |
| Invoice Total | $ | 190.80 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Assumption and Rejection of Leases and Contracts

Client/Matter #: 15744288-000006

---

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|----------------------|-------|
| 01/24/18 | 1974926 | 47.70 | 0.00 | 47.70 |
| 01/25/18 | 1963391 | 47.70 | 0.00 | 47.70 |
| 02/28/18 | 1982240 | 47.70 | 0.00 | 47.70 |
| 03/21/18 | 1993256 | 190.80 | 0.00 | 190.80 |
| | | Total Outstanding Invoices | | $333.90 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993257**

Client/Matter: 15744288-000008

Business Operation

Payment Due Upon Receipt

---

Total This Invoice                              $            71.55

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993257**

Client/Matter:  15744288-000008

Business Operation

---

For Professional Services Rendered through February 28, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 02/13/18 | K.M. Howard | 0.10 | 23.85 | Reviewed communication from Patrick O'Brien regarding Trustee Approved Depositories. |
| 02/13/18 | K.M. Howard | 0.20 | 47.70 | Reviewed and culled Trustee's List of Approved Depositories (.1) and prepared communication to Patrick O'Brien regarding same (.1). |
| Total Hours | | 0.30 | | |
| Fee Amount | | | | $71.55 |

TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| K.M. Howard | $238.50 | <u>0.30</u> | <u>$71.55</u> |
| Totals | | 0.30 | $71.55 |
| Fee Total | $ | 71.55 | |
| Invoice Total | $ | 71.55 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Business Operation

Client/Matter #: 15744288-000008

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
| Date | Invoice No. | Invoice Amount | Adjustments | Total |
| 01/25/18 | 1963392 | 288.50 | 0.00 | 288.50 |
| 03/21/18 | 1993257 | 71.55 | 0.00 | 71.55 |
|  |  | Total Outstanding Invoices |  | $360.05 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993258**

Client/Matter: 15744288-000009

Claims Administration and Objections

Payment Due Upon Receipt

Total This Invoice                              $         6,076.90

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993258**

Client/Matter:  15744288-000009

Claims Administration and Objections

For Professional Services Rendered through February 28, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/02/18 | T. Moyron | 0.20 | 99.00 | Analyze OUST's Notice of disbandment (.1); prepare email to Equity Committee regarding same (.1). |
| 02/02/18 | T. Moyron | 0.60 | 297.00 | Analyze email from P. O'Brien regarding remaining unsecured claims (.1); prepare email to P. O'Brien regarding same (.1); exchange emails with Debtors' counsel regarding updated claims chart ASM Capital/Werner Logistics claim(.2); prepare email to Equity Committee regarding same (.1); analyze emails from S. Jarus, R. Chez and P. O'Brien regarding payment of ASM Capital claim and other claim issues (.1); |
| 02/07/18 | S. Schrag | 0.40 | 124.20 | Confer with T. Moyron regarding improper amended proof of claim (.1); begin conducting research on the same (.3). |
| 02/07/18 | T. Moyron | 0.30 | 148.50 | Analyze emails from K. Meshefejian regarding joint notice regarding Werner Logistics claim (.1); analyze attached joint notice (.2). |
| 02/08/18 | S. Schrag | 2.60 | 807.30 | Continue conducting research regarding improper amended proof of claim (2.0); draft analysis of the same (.5); confer with T. Moyron regarding the same (.1). |
| 02/08/18 | M. Zeefe | 0.10 | 45.45 | Quickly search law restricting modification of proofs of claim post-bar date. |
| 02/09/18 | T. Moyron | 0.10 | 49.50 | Conference call with T. Scannell regarding proposed offer re Cordes and Aisenberg. |
| 02/09/18 | T. Moyron | 0.30 | 148.50 | Exchange emails with Equity Committee and A. Solomon regarding counter offer received by Cordes and Aisenberg and response thereto. |
| 02/12/18 | T. Moyron | 0.30 | 148.50 | Analyze amended claims from Cordes and Aisenberg (.2); prepare email to Committee regarding same (.1). |

2

Claims Administration and Objections

March 21, 2018

Matter: 15744288-000009
Invoice No.: 1993258

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/13/18 | T. Moyron | 0.30 | 148.50 | Correspond with A. Solomon regarding indemnification issues related to Cordes and Aisenberg. |
| 02/15/18 | T. Moyron | 1.30 | 643.50 | Analyze cases addressing estimation of claims. |
| 02/16/18 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding administrative claims bar date notice. |
| 02/16/18 | T. Moyron | 0.20 | 99.00 | Analyze administrative claims bar date and discuss same with S. Maizel. |
| 02/16/18 | S. Maizel | 0.30 | 210.00 | Review and revise draft notice re administrative bar dates. |
| 02/16/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Notice of Bar Date for Filing Administrative Expense Priority Claims and Notice of Confirmed Joint Plan of Liquidation and culled key information for inclusion into Critical Dates Memorandum. |
| 02/19/18 | T. Moyron | 0.20 | 99.00 | Conference call with R. Bender regarding discussion with OUST regarding issues related to Skadden (.1); analyze email from R. Bender regarding same (.1). |
| 02/20/18 | T. Moyron | 0.70 | 346.50 | Prepare and finalize withdrawal of documents re Cordes and Aisenberg (.6); prepare email to Committee regarding same (.1). |
| 02/20/18 | S. Maizel | 0.20 | 140.00 | Telephone conference with T. Moyron re withdrawal of objection re former officers arbitration. |
| 02/21/18 | G. Miller | 1.20 | 491.40 | Complete certification of trust document and collected relevant trust documents to forward to JP Morgan to create trust account. |
| 02/21/18 | K.M. Howard | 0.40 | 95.40 | Analysis of court's notice of bar date for filing administrative priority claims and related orders pertaining to the Joint Plan of Liquidation and Expected Plan Effective date and culled key information. |
| 02/23/18 | S. Maizel | 0.40 | 280.00 | Review and respond to emails re opposition to Cordes and Aisenberg motion. |
| 02/26/18 | S. Maizel | 0.30 | 210.00 | Telephone conference with T. Moyron re Radians estimation motion. |

Claims Administration and Objections

March 21, 2018

Matter: 15744288-000009
Invoice No.: 1993258

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/27/18 | T. Moyron | 0.30 | 148.50 | Analyze email from R. Bender regarding research related to issues regarding Skadden's postpetition claim (.1); conference call with V. Durrer regarding stipulation and related issues (.1); correspond with S. Maizel regarding same (.1). |
| 02/27/18 | S. Maizel | 0.70 | 490.00 | Telephone conference with T. Moyron, C. Montgomery, etc... re Motion to estimate Radians claim. |
| 02/27/18 | S. Maizel | 0.30 | 210.00 | Email to T. Moyron and C. Montgomery re fee examiner for Radians estimation motion. |
| 02/27/18 | M. Zeefe | 0.80 | 363.60 | Begin drafting estimation research. |
| 02/28/18 | M. Zeefe | 0.30 | 136.35 | Calls/correspondence with T. Moyron re claims estimation research. |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 13.10 | | |
| Fee Amount | | | | $6,076.90 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| S. Maizel | $700.00 | 2.20 | $1,540.00 |
| M. Zeefe | $454.50 | 1.20 | $545.40 |
| T. Moyron | $495.00 | 4.90 | $2,425.50 |
| G. Miller | $409.50 | 1.20 | $491.40 |
| S. Schrag | $310.50 | 3.00 | $931.50 |
| K.M. Howard | $238.50 | 0.60 | $143.10 |
| Totals | | 13.10 | $6,076.90 |

Fee Total          $      6,076.90

Invoice Total          $      6,076.90

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000009

Claims Administration and Objections

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/24/18 | 1974931 | 6,675.30 | 0.00 | 6,675.30 |
| 01/25/18 | 1963393 | 13,394.60 | 0.00 | 13,394.60 |
| 02/28/18 | 1982241 | 5,992.16 | 0.00 | 5,992.16 |
| 03/21/18 | 1993258 | 6,076.90 | 0.00 | 6,076.90 |
| | | Total Outstanding Invoices | | $32,138.96 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993259**

Client/Matter: 15744288-000012

Employment and Fee Applications

Payment Due Upon Receipt

Total This Invoice                                $          2,545.50

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993259**

Client/Matter:  15744288-000012

Employment and Fee Applications

For Professional Services Rendered through February 28, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 02/05/18 | K.M. Howard | 0.10 | 23.85 | Analysis of several Certificates of Notice regarding pro hac vice admissions. |
| 02/26/18 | C. Montgomery | 0.50 | 350.00 | Review R Bender communications with T Moyron regarding Skadden fee dispute stipulation issues (.1); review fee stipulation (.1); phone call with T Moyron regarding Skadden fee stipulation (.3). |
| 02/26/18 | S. Maizel | 0.40 | 280.00 | Review and revise stipulation re Skadden fees. |
| 02/27/18 | S. Maizel | 0.60 | 420.00 | Review and respond to emails re Skadden employment and fees (.4); telephone conference with C. Montgomery and T. Moyron re same (.2). |
| 02/27/18 | S. Schrag | 0.10 | 31.05 | Confer with T. Moyron regarding drafting Dentons fee application. |
| 02/28/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Application to Employ Skadden Arps as Special Counsel and supportive declarations including Errata thereto. |
| 02/28/18 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re Skadden employment (.1); telephone conference with T. Moyron re same (.1). |
| 02/28/18 | T. Moyron | 2.20 | 1,089.00 | Analyze and prepare comments to application to employ Skadden and declarations thereto (.9); analyze revised versions of application (.3); correspond with Debtors' counsel regarding same (.3); correspond with V. Durrer regarding same (.3); correspond with C. Montgomery regarding same (.2); exchange emails with D. Almogue regarding final versions of application, declaration, etc. (.2). |
| 02/28/18 | T. Moyron | 0.20 | 99.00 | Prepare email regarding Skadden employment application to Committee (.1); conference call with S. Jarus regarding same (.1). |
| Total Hours | | 4.50 | | |
| Fee Amount | | | $2,480.60 | |

Employment and Fee Applications

March 21, 2018

Matter: 15744288-000012
Invoice No.: 1993259

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 0.50 | $350.00 |
| S. Maizel | $700.00 | 1.20 | $840.00 |
| T. Moyron | $495.00 | 2.40 | $1,188.00 |
| S. Schrag | $310.50 | 0.10 | $31.05 |
| K.M. Howard | $238.50 | 0.30 | $71.55 |
| Totals | | 4.50 | $2,480.60 |

### DISBURSEMENT DETAIL

| Date | Description | Amount |
|---|---|---|
| 1/10/2018 | Delivery & Postage DELIVERY - USBC - WOODLAND HILLS  - JUDGE BARASH | 64.90 |
| | SUBTOTAL | 64.90 |
| | Total Disbursements | $64.90 |

| | | |
|---|---|---|
| Fee Total | $ | 2,480.60 |
| Disbursement Total | $ | 64.90 |
| Invoice Total | $ | 2,545.50 |



Salans FMC SNR Denton
McKenna Long
dentons.com

601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000012

Employment and Fee Applications

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/25/18 | 1963399 | 23,929.25 | 0.00 | 23,929.25 |
| 01/26/18 | 1975677 | 11,484.10 | 0.00 | 11,484.10 |
| 02/28/18 | 1982242 | 1,448.90 | 0.00 | 1,448.90 |
| 03/21/18 | 1993259 | 2,545.50 | 0.00 | 2,545.50 |

Total Outstanding Invoices $39,407.75

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994144**

Client/Matter: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Payment Due Upon Receipt

Total This Invoice                                $       11,485.65

Please return this page with your payment

Payments by check should be sent to:
Dentons US LLP
Dept. 894579
Los Angeles, CA 90189-4579

OR

Payment by wire transfer should be sent to:
Citi Private Bank
227 West Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account #: 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33
Reference: Invoice # and/or client matter #

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994144**

Client/Matter:   15744288-000015

Litigation Contested Matters and Adversary Proceedings

For Professional Services Rendered through February 28, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/31/18 | G. Newhouse | 1.00 | 700.00 | Review documents provided by Skadden Arps and analyze same; follow-up. |
| 02/01/18 | G. Miller | 0.50 | 204.75 | Review Palmaz case to determine if relevant to dispute re prepetition release |
| 02/06/18 | S. Maizel | 0.70 | 490.00 | Review and respond to emails re offset against Radians. |
| 02/07/18 | D. Pina | 0.60 | 197.10 | Communications with A. Ruegger regarding request for information (.1);  assist with review of court filings and furnish electronic copies of exhibits to specific declaration filed in adversary proceeding (.5). |
| 02/08/18 | K.M. Howard | 0.60 | 143.10 | Reviewed docket and assembled and organized pleadings pertaining to Motion to Dismiss Adversary Proceeding. |
| 02/08/18 | K.M. Howard | 0.40 | 95.40 | Reviewed culled pleadings and drafted index to hearing binder regarding Motion to Dismiss Adversary Proceeding. |
| 02/09/18 | T. Moyron | 1.20 | 594.00 | Conference calls with C. Montgomery regarding objection to reply (.4); conference call with R. Bender regarding timing of filing of revised plan (.1); prepare reply to objection (.6); prepare emails to Debtors' counsel regarding reply (.1). |
| 02/09/18 | K.M. Howard | 0.30 | 71.55 | Assembled pleadings pertaining to the Status Conference on the Adversary Proceeding and drafted index for hearing binders. |
| 02/09/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with A. Solomon and R. Chez regarding expert. |
| 02/09/18 | T. Moyron | 0.30 | 148.50 | Analyze email from A. Solomon and attached demand letter to BDO (.2); analyze emails from Equity Committee regarding same (.1). |

Litigation Contested Matters and Adversary Proceedings

March 21, 2018

Matter: 15744288-000015
Invoice No.: 1994144

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/09/18 | T. Moyron | 0.30 | 148.50 | Analyze email from T. Scannell regarding counter offer from Cordes and Aisenberg (.1); prepare email to Committee regarding same (.1); analyze emails from Committee and A. Solomon regarding same (.1). |
| 02/12/18 | K.M. Howard | 0.40 | 95.40 | Reviewed claims registry and assembled claims filed by Radians, Cordes and Aisenberg. |
| 02/12/18 | K.M. Howard | 0.30 | 71.55 | Reviewed hearing binders to determine if all last minutes filed oppositions and replies were included. |
| 02/14/18 | C. Montgomery | 0.60 | 420.00 | Communications with T Moyron re Arbitration question re Cordes & Aisenberg (.1); phone call with T Moyron re jurisdictional issues relating to the plan injunction and the arbitration question (.2); communications with T Moyron re response to litigation counsel issues on arbitration (.3). |
| 02/15/18 | K.M. Howard | 0.20 | 47.70 | Analysis of several notices regarding the continuances of hearings pertaining to the motion to dismiss the adversary proceeding and status hearing on the adversary complaint and culled key information. |
| 02/15/18 | S. Maizel | 0.30 | 210.00 | Telephone conference with T. Moyron re estimation motion re Radians and officers. |
| 02/15/18 | D. Pina | 0.40 | 131.40 | Communications with A. Ruegger regarding request for information (.1); assist with review of court filings and furnish electronic copies of court filings related to confirmation (.3). |
| 02/16/18 | K.M. Howard | 0.10 | 23.85 | Analysis of notice from the court continuing the status hearing in Ironclad Nevada and culled key information. |
| 02/16/18 | K.M. Howard | 0.10 | 23.85 | Analysis of the court's notice of continued hearings in the Radians case and culled key information regarding same. |
| 02/16/18 | K.M. Howard | 0.40 | 95.40 | Prepared and finalized binders for the hearing on Committee's Motion to Compel Production from the Debtor. |

Litigation Contested Matters and Adversary Proceedings

March 21, 2018

Matter: 15744288-000015
Invoice No.: 1994144

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/19/18 | T. Moyron | 0.50 | 247.50 | Correspond with counsel for Cordes and Aisenberg regarding stipulation and related issues (.2); correspond with Committee regarding same (.2); prepare email to Debtors' counsel regarding same (.1). |
| 02/20/18 | T. Moyron | 0.20 | 99.00 | Analyze emails from A. Solomon and Equity Committee regarding proposed stipulation from Cordes and Aisenberg. |
| 02/20/18 | T. Moyron | 0.20 | 99.00 | Analyze electronic data and hard copy preservation notice email from T. Murray. |
| 02/20/18 | T. Moyron | 0.10 | 49.50 | Analyze email from K. Meshefejian and attached proposed revisions re Cordes and Aisenberg. |
| 02/20/18 | C. Montgomery | 0.20 | 140.00 | Contested matter: communications with T Moyron regarding the dismissal of the Cordes & Aisenberg adversary proceeding (.2). |
| 02/21/18 | C. Montgomery | 0.10 | 70.00 | Phone call with T Moyron regarding Cordes & Aisenberg effort to abandon arbitration (.1). |
| 02/21/18 | T. Moyron | 0.40 | 198.00 | Analyze partial withdrawal of motion for relief from stay (.3); prepare email to Equity Committee regarding same (.1). |
| 02/21/18 | T. Moyron | 0.20 | 99.00 | Conference call with M. Pliskin re Cordes and Aisenberg. |
| 02/22/18 | T. Moyron | 0.20 | 99.00 | Conference call with A. Solomon regarding issues related to arbitration and Cordes and Aisenberg's filing. |
| 02/23/18 | T. Moyron | 1.70 | 841.50 | Analyze cases and materials regarding estimation re Radians and Cordes and Aisenberg estimation motions. |
| 02/23/18 | T. Moyron | 0.50 | 247.50 | Analyze draft response to Cordes and Aisenberg (.3); correspond with A. Solomon regarding same (.2). |
| 02/23/18 | C. Montgomery | 0.80 | 560.00 | Communications with T Moyron regarding claims estimation pleadings (.2); provide A Ruegger and T Moyron research on evidentiary versus legal issues in contested estimation proceedings (.5); communications with T Moyron regarding forum dispute for Cordes and Aisenberg (.1). |

Litigation Contested Matters and Adversary Proceedings

March 21, 2018

Matter: 15744288-000015
Invoice No.: 1994144

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/23/18 | T. Moyron | 0.30 | 148.50 | Analyze S. Maizel emails regarding withdrawal and explanation to Court regarding same (.2); analyze emails from A. Solomon regarding same (.1). |
| 02/26/18 | C. Montgomery | 1.30 | 910.00 | Review and suggest revisions to arbitration forum reply against Cordes and Aisenberg (1.0); communications with T Moyron re same (.2); phone call with T Moyron regarding Cordes and Eisenberg arbitration dispute (.1). |
| 02/26/18 | T. Moyron | 2.90 | 1,513.80 | Analyze, prepare and finalize statement of response (1.8); analyze Ninth Circuit cases and prepare language regarding same (.8); correspond with A. Solomon regarding same (.3). |
| 02/27/18 | T. Moyron | 1.00 | 522.00 | Attend hearing. |
| 02/27/18 | S. Schrag | 0.20 | 62.10 | Confer with A. Ruegger regarding research on gross negligence and willful misconduct as exceptions to indemnification agreement. |
| 02/28/18 | T. Moyron | 1.60 | 792.00 | Prepare estimation motion re Cordes and Aisenberg. |
| 02/28/18 | T. Moyron | 0.60 | 297.00 | Correspond with A. Solomon regarding order re Cordes and Aisenberg (.2); analyze proposed order and prepare comments thereto (.3); prepare email to A. Solomon regarding same (.1). |
| 02/28/18 | T. Moyron | 0.20 | 99.00 | Conference call with J. Turner at the SEC regarding documents from Skadden and subpoena. |

Total Hours                    22.00

Fee Amount                                                            $11,055.95

Litigation Contested Matters and Adversary Proceedings

March 21, 2018

Matter: 15744288-000015
Invoice No.: 1994144

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 3.00 | $2,100.00 |
| S. Maizel | $700.00 | 1.00 | $700.00 |
| G. Newhouse | $700.00 | 1.00 | $700.00 |
| T. Moyron | $522.00 | 3.90 | $2,035.80 |
| T. Moyron | $495.00 | 8.60 | $4,257.00 |
| G. Miller | $409.50 | 0.50 | $204.75 |
| S. Schrag | $310.50 | 0.20 | $62.10 |
| D. Pina | $328.50 | 1.00 | $328.50 |
| K.M. Howard | $238.50 | 2.80 | $667.80 |
| Totals | | 22.00 | $11,055.95 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 1/16/2018 | Delivery & Postage USBC - WOODLAND HILLS | | 49.50 |
| | | SUBTOTAL | 49.50 |
| | Document reproduction | | 14.10 |
| | | SUBTOTAL | 14.10 |
| 1/26/2018 | Filing Tania M. Moyron, Filing fee for adversary proceeding in ICPW; Official Committee of Equity Holders v. Jeffrey Cordes and William Aisenberg. | | 350.00 |

6

Litigation Contested Matters and Adversary Proceedings

March 21, 2018

Matter: 15744288-000015
Invoice No.: 1994144

| Date | Description | | Amount |
|------|-------------|---|--------|
| | | | **Amount** |
| | | SUBTOTAL | 350.00 |
| 2/5/2018 | LITIGATION SUPPORT VENDORS Witness Interview Memoranda. | | 16.10 |
| | | SUBTOTAL | 16.10 |
| | Total Disbursements | | $429.70 |

| | | | |
|---|---|---|---|
| | Fee Total | $ | 11,055.95 |
| | Disbursement Total | $ | 429.70 |
| | Invoice Total | $ | 11,485.65 |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000015

Litigation Contested Matters and Adversary Proceedings

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/25/18 | 1963388 | 96,412.71 | 0.00 | 96,412.71 |
| 01/26/18 | 1975674 | 16,549.72 | 0.00 | 16,549.72 |
| 02/28/18 | 1982243 | 28,721.11 | 0.00 | 28,721.11 |
| 03/21/18 | 1994144 | 11,485.65 | 0.00 | 11,485.65 |
| | | Total Outstanding Invoices | | $153,169.19 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994148**

Client/Matter: 15744288-000018

Plan and Disclosure Statement

Payment Due Upon Receipt

Total This Invoice                                      $       51,874.90

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1994148**

Client/Matter:   15744288-000018

Plan and Disclosure Statement

For Professional Services Rendered through February 28, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 02/01/18 | N. Khalatova | 0.20 | 61.20 | Obtain docket, motion, memo of law in support of confirmation and declarations in support and e-mail to C. Montgomery. |
| 02/01/18 | T. Moyron | 1.40 | 693.00 | Analyzed redline and revised version of plan to be circulated to OUST(.3); correspond with R. Bender regarding same (.1); prepare email to M. Ross, et al., regarding revised plan (.1); analyze email from S. Chae regarding issues with revised plan and analyze revised plan in connection therewith (.3); Conference call with S. Chae regarding issues with revised plan (.2); correspond with R. Bender regarding email from S. Chae and proposed further changes to plan to address SEC concerns (.2); analyze email from R. Bender to S. Chae, et al., regarding plan (.1); analyze emails from M. Ross and S. Chae approving revised plan (.1). |
| 02/01/18 | T. Moyron | 0.50 | 247.50 | Prepare email to Equity Committee regarding update on halt trading and FINRA (.1); analyze email from L. Wharton and attached release and request from FINRA (.1); prepare email to Equity Committee regarding same (.1); analyze email from P. O'Brien regarding distributions and issues related thereto (.1); prepare email to P. O'Brien regarding call to discuss the same and prepare email to L. Wharton, M. Pliskin, et al., regarding same (.1). |
| 02/01/18 | C. Montgomery | 0.60 | 420.00 | Communications with T Moyron regarding recent client concern of distribution delays (.1); phone call with T Moyron regarding IPCW, Cede, DTC, broker dealer relationships (.5). |
| 02/02/18 | T. Moyron | 0.10 | 49.50 | Correspond with J. Baumel and C. Montgomery regarding use CRS or other stockholder communication service and DTC (.1). |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/02/18 | T. Moyron | 0.30 | 148.50 | Analyze email from S. Jarus inquiring as to release and lack of specifity as to date (.1); analyze previous emails from L. Wharton regarding same and FINRA (.1); prepare email to S. Jarus regarding same (.1). |
| 02/02/18 | S. Maizel | 0.20 | 140.00 | Reward and respond to emails re SEC objections to plans. |
| 02/05/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Objections to Chapter 11 Plan and culled same. |
| 02/05/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Request for Judicial Notice in support of Objection to Joint Plan of Liquidation. |
| 02/05/18 | S. Maizel | 0.30 | 210.00 | Review objections filed to confirmation (.2); telephone conference with S. Weiss, counsel for Radians, re same (.1). |
| 02/05/18 | S. Schrag | 0.40 | 124.20 | Confer with T. Moyron regarding Objections to Plan. |
| 02/06/18 | T. Moyron | 2.20 | 1,089.00 | Analyze Cordes/Aisenberg and Radians objection to plan and reply to motion to dismiss, and analyze related documents. |
| 02/06/18 | T. Moyron | 1.40 | 693.00 | Prepare omnibus reply to objections (1.2); correspond with R. Bender regarding same (.2). |
| 02/06/18 | C. Montgomery | 0.80 | 560.00 | Communications with N Khalatova re plan objections (.1); review and communications with T Moyron relating to plan objections by Radians and Cordes & Eisenberg (.6);phone call with T Moyron re trustee power (.1). |
| 02/06/18 | K.M. Howard | 0.10 | 23.85 | Analysis of Notice of Errata to Objection of Jeffrey Cordes and William Aisenberg to Joint Plan and culled same. |
| 02/07/18 | C. Montgomery | 2.40 | 1,680.00 | Review and comment upon R Bender proposed changes to Plan to respond to objections to confirmation (1.4); phone conferences with T Moyron regarding responses to objections to confirmation (.7); phone call with T Moyron re R Bender plan communications (.1); communications with T Moyron regarding Radians equitable entitlement issue as confirmation threat (.2). |
| 02/07/18 | S. Maizel | 0.20 | 140.00 | Office conference with T. Moyron re plan confirmation issues. |

3

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/07/18 | T. Moyron | 5.50 | 2,722.50 | Analyze revised plan (.8); prepare the same and analyze C. Montgomery comments (.7); further analysis of objections and research regarding same (1.3); prepare omnibus reply (2.7) |
| 02/07/18 | T. Moyron | 0.60 | 297.00 | Conference call with R. Bender (.2); conference call with R. Bender (.4). |
| 02/07/18 | T. Moyron | 0.30 | 148.50 | Analyze email from R. Bender regarding revised joint plan creating classes for priority claims for Cordes and Aisenberg and secured claim of Radians and analyze attachment thereto (.3). |
| 02/07/18 | T. Moyron | 0.80 | 396.00 | Research regarding non-impairment of secured claims re Radians' objection and treatment of claim and reserve. |
| 02/07/18 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender regarding supplement to be filed to joint plan and review attached supplement. |
| 02/07/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding issues related to revising the plan to address objections by Radians and Cordes and Aisenberg. |
| 02/07/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with R. Bender, et al., regarding conference call on Feb. 8, 2018 to address issues related to objections to plan. |
| 02/07/18 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender attaching research regarding non-impairment and section 1124. |
| 02/07/18 | K.M. Howard | 0.80 | 190.80 | Reviewed documents and culled all filed documents pertaining to the Plan Confirmation Hearing. |
| 02/08/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with Debtors' counsel regarding omnibus reply and comments thereto. |
| 02/08/18 | T. Moyron | 0.70 | 346.50 | Analyze cases discussing amendments to proof of claims versus separate and distinct claims from original claim and relationship test re omnibus reply to objections to Plan. |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/08/18 | T. Moyron | 0.60 | 297.00 | Analyze email from L. Wharton regarding inquiry from FINRA (.1); analyze email from R. Bender regarding same (.1); analyze email from S. Jarus forwarding email from P. O'Brien regarding authority to make decisions at the hearing (.1); exchange emails with R. Bender regarding research related to non-impairment (.1); correspond with K. Meshefejian regarding same (.2). |
| 02/08/18 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee regarding Debtors' counsel's discussion with Radians' counsel with respect to estimation of fees (.1); analyze email from R. Chez regarding same and prepare response thereto (.2). |
| 02/08/18 | T. Moyron | 0.30 | 148.50 | Prepare email to Equity Committee attaching revised plan and explaining objections to plan and changes made to plan to address the same and decisions to be made regarding same on conference call. |
| 02/08/18 | T. Moyron | 0.40 | 198.00 | Prepare email to counsel for Cordes and Aisenberg regarding settlement proposal (.2); conference call with counsel regarding same (.2). |
| 02/08/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding settlement proposal to Cordes and Aisenberg (.1); prepare email to R. Bender and L. Wharton regarding same (.1). |
| 02/08/18 | T. Moyron | 0.10 | 49.50 | Prepare email to R. Bender attaching revised plan and comments thereto. |
| 02/08/18 | S. Maizel | 1.20 | 840.00 | Review cases re indemnification, amending claims, etc... re Radians (.3); telephone conference with R. Bender etc., re objections to plan confirmation 9.6); telephone conference with T. Moyron re same (.3). |
| 02/08/18 | S. Maizel | 1.00 | 700.00 | Telephone conference with Equity Committee re plan confirmation issues. |
| 02/08/18 | C. Montgomery | 0.80 | 560.00 | Phone conference with T Moyron and S Maizel regarding response to plan objections (.6); phone conferences with T Moyron regarding anticipated responses to plan objections by Radians and Cordes & Aisenberg (.2). |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/08/18 | T. Moyron | 1.00 | 495.00 | Conference call with Equity Committee to discuss Radians and Cordes and Aisenberg objections and strategy regarding responses thereto and plan. |
| 02/08/18 | T. Moyron | 0.60 | 297.00 | Conference call with R. Bender, C. Montgomery and S. Maizel regarding objections filed by Radians and Cordes and Aisenberg and responses and plan. |
| 02/08/18 | T. Moyron | 6.20 | 3,069.00 | Prepare omnibus reply and analyze objections and related documents in connection therewith including loan documents, proofs of claim, and attachments thereto. |
| 02/09/18 | T. Moyron | 1.60 | 792.00 | Analyze most recent version of plan of liquidation and correspond regarding same (1.3); analyze motion (.3). |
| 02/09/18 | M. Zeefe | 2.10 | 954.45 | Review and revise response to plan objections (1.1); correspondence with C. Montgomery re DIP order, DIP agreement, and prepetition credit agreement negative covenants (0.5); review Radians objection and response thereto (0.5). |
| 02/09/18 | K.M. Howard | 0.30 | 71.55 | Reviewed and culled pleadings pertaining to the appointment of Pliskin as Trustee and drafted an index to the February 12, 2018 hearing binders for his approval. |
| 02/09/18 | K.M. Howard | 0.90 | 214.65 | Reviewed culled cases cited in the plan and the reply and prepared index of each case and incorporated into binders. |
| 02/09/18 | K.M. Howard | 0.40 | 95.40 | Gathered and assembled additional pleadings for incorporation into plan confirmation hearing binders. |
| 02/09/18 | K.M. Howard | 0.30 | 71.55 | Reviewed and revised index to plan confirmation hearing binders to reflect newly filed pleadings. |
| 02/09/18 | T. Moyron | 0.10 | 49.50 | Analyze email from T. Murray rejecting proposed agreement re Cordes and Aisenberg. |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/09/18 | C. Montgomery | 6.50 | 4,550.00 | Communications with T Moyron re strategy for dealing with Radians plan objections (.2); study Texas law case on secured lender impairment (.5 ); review and comment on draft response to confirmation objections (4.5); review redline changes to plan of reorganization (.2); communications with M Zeefe regarding needed sale order information (.1); communications with L Wharton re DTC information and contacts (.2); conversations with T Moyron regarding confirmation hearing and Radians plan objections (.8). |
| 02/09/18 | K.M. Howard | 1.20 | 286.20 | Reviewed confirmation brief and reply and assembled all cases cited in the confirmation brief and the reply. |
| 02/09/18 | K.M. Howard | 0.40 | 95.40 | Assembled Gruelich's Declaration and voluminous exhibits pertaining to the DIP Agreement and incorporated into binder for February 12, 2018 hearing. |
| 02/09/18 | S. Maizel | 0.40 | 280.00 | Review and revise omnibus response to objections to confirmation. |
| 02/09/18 | S. Maizel | 1.00 | 700.00 | Prepare for hearing on confirmation. |
| 02/09/18 | T. Moyron | 4.70 | 2,326.50 | Prepare and finalize omnibus reply and analyze documents in connection therewith. |
| 02/09/18 | T. Moyron | 0.10 | 49.50 | Conference call with L. Wharton and S. Jarus regarding FINRA and halting of trade. |
| 02/09/18 | T. Moyron | 0.70 | 346.50 | Further correspondence R. Bender regarding final version of plan (.3); analyze the same (.4). |
| 02/09/18 | T. Moyron | 0.20 | 99.00 | Exchange emails with L. Wharton regarding FINRA and DTC and call therewith and requested information. |
| 02/09/18 | T. Moyron | 0.10 | 49.50 | Exchange emails with T. Scannell regarding revised plan. |
| 02/10/18 | T. Moyron | 0.10 | 49.50 | Conference call with R. Bender regarding issues related to plan confirmation hearing. |
| 02/11/18 | T. Moyron | 1.00 | 495.00 | Prepare for confirmation hearing with S. Maizel and C. Montgomery. |

7

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/11/18 | T. Moyron | 1.90 | 940.50 | Analyze pleadings in preparation for confirmation hearing (.6); analyze loan agreements and modifications thereto in connection with indemnification clauses and attorney fee provisions re Radians objections (1.3). |
| 02/11/18 | C. Montgomery | 1.10 | 770.00 | Communications with T Moyron re Radians loan agreement and indemnification language (.3); prepare for and participation in confirmation presentation planning phone conference with S Maizel and T Moyron (.8). |
| 02/12/18 | T. Moyron | 4.50 | 2,227.50 | Attend confirmation hearing and motion to dismiss. |
| 02/12/18 | C. Montgomery | 2.60 | 1,820.00 | Communications with T Moyron regarding Cordes & Aisenberg amended proof of claim (.1); communication with T Moyron re Radians objection to confirmation (.1); communications with R Bender and T Moyron re DTC and confirmation order timing (.2); communications with R Bender and T Moyron regarding amending the release (.2); communications re draft confirmation order with R Bender and T Moyron (.1): review and suggest revisions to draft confirmation order (1.5); phone call with T Moyron and S Maizel regarding 506(d) argument (.1); phone call with T Moyron regarding record date question from court (.1); phone conference with T Moyron re results of hearing (.2). |
| 02/12/18 | S. Maizel | 2.00 | 1,400.00 | Prepare for confirmation hearing. |
| 02/12/18 | S. Maizel | 4.00 | 2,800.00 | Attend confirmation hearing. |
| 02/12/18 | K.M. Howard | 0.10 | 23.85 | Analysis of the Court's ruling continuing the Motion for Order Confirming Chapter 11 Plan to the following day. |
| 02/12/18 | T. Moyron | 1.60 | 792.00 | Prepare for confirmation hearing. |
| 02/12/18 | T. Moyron | 1.70 | 841.50 | Prepare email to Equity Committee regarding amended chapter 11 plan (.1); analyze proposed order and prepare comments thereto (1.3); correspond with R. Bender regarding same (.3). |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/12/18 | T. Moyron | 0.30 | 148.50 | Analyze emails from R. Bender and L. Wharton regarding record date and FINRA and DTC (.2); prepare email regarding same (.1). |
| 02/13/18 | T. Moyron | 0.10 | 49.50 | Prepare email to L. Wharton regarding entered confirmation order and 8-K. |
| 02/13/18 | T. Moyron | 0.20 | 99.00 | Prepare email to Equity Committee regarding confirmation hearing and attached order. |
| 02/13/18 | T. Moyron | 0.40 | 198.00 | Analyze email from S. Weiss and proposed comments from Radians. (.2); analyze emails from T. Scannell and attached comments (.2). |
| 02/13/18 | C. Montgomery | 1.80 | 1,260.00 | Review Cordes & Aisenberg comments to proposed confirmation order (.1); communications with T Moyron re same (.1); extended phone conference with T Moyron while reviewing R Bender and Radians proposed confirmation order changes (.7); communications with R Bender re confirmation order changes (.2); phone call with T Moyron re chambers discussion delays (.1); phone conferences with T Moyron and R Bender regarding agreed changes to confirmation order (.4); phone conference T Moyron and S Weiss and F Childress regarding plan confirmation order (.2). |
| 02/13/18 | S. Maizel | 0.20 | 140.00 | Review draft of confirmation order. |
| 02/13/18 | S. Maizel | 0.20 | 140.00 | Review and respond to emails re plan confirmation issues. |
| 02/13/18 | T. Moyron | 2.40 | 1,188.00 | Analyze various version of confirmation order, comments thereto and prepare comments thereto. |
| 02/13/18 | T. Moyron | 0.60 | 297.00 | Conference calls with R. Bender regarding proposed confirmation order, including issues related to effective date, and comments proposed by Radians and Cordes/Aisenberg. |
| 02/13/18 | T. Moyron | 2.50 | 1,237.50 | Conference with S. Weiss, R. Bender, F. Childress, C. Montgomery, et al., regarding various terms of order and proposed comments. |
| 02/13/18 | T. Moyron | 0.40 | 198.00 | Attend continued hearing on confirmation order. |

9

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/14/18 | N. Khalatova | 0.20 | 61.20 | Obtain updated docket sheet, plan of liquidation and order confirming the plan and e-mail to C. Montgomery. |
| 02/14/18 | C. Montgomery | 0.30 | 210.00 | Draft comments on the proposed Form 8-k ( .3). |
| 02/14/18 | T. Moyron | 0.20 | 99.00 | Analyze email from R. Bender and attached proposed order on M. Pliskin and trust compensation. |
| 02/14/18 | T. Moyron | 0.90 | 445.50 | Analyze email from L. Wharton and attached 8-K and prepare comments thereto (.4); prepare email to Equity Committee regarding same (.1); analyze email from S. Jarus regarding comments on 8-K and prepare email to L. Wharton regarding same (.2); exchange emails with P. O'Brien and M. Pliskin regarding conference call (.2). |
| 02/14/18 | T. Moyron | 0.10 | 49.50 | Prepare email to Equity Committee regarding proposed order re M. Pliskin and Trust Board compensation. |
| 02/15/18 | K.M. Howard | 0.10 | 23.85 | Received and analysis of the docket text from the court regarding granting of the motion approving the plan. |
| 02/15/18 | T. Moyron | 0.60 | 297.00 | Conference call with S. Jarus regarding posting of documents on website, plan , issues related to governmental agencies etc. (.2); exchange emails with S. Jarus regarding same (.2); prepare emails to H. Montgomery at KCC regarding the posting of documents (.2). |
| 02/16/18 | T. Moyron | 1.00 | 495.00 | Conference call with R. Bender, M. Pliskin, and P. O'Brien regarding issues related to account, transfer of funds to different accounts, reserves required in segregated accounts, effective date, and related issues. |
| 02/17/18 | T. Moyron | 0.30 | 148.50 | Analyze email from R. Bender and attached trust agreement. |
| 02/19/18 | T. Moyron | 1.20 | 594.00 | Analyze final version of trustee services agreement and redlined comments thereto and prepare email to Committee regarding same. |
| 02/19/18 | T. Moyron | 0.30 | 148.50 | Finalize comments to agreement for trustee services (.2); Prepare email to R. Bender attaching agreement for trustee services (.1). |

10

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/19/18 | C. Montgomery | 0.60 | 420.00 | Review and edit draft trust agreement (.4); review and edit draft Trustee employment agreement (.2). |
| 02/20/18 | T. Moyron | 0.10 | 49.50 | Analyze email from R. Bender regarding indemnity provision and M. Pliskin email regarding same (.1). |
| 02/20/18 | T. Moyron | 0.30 | 148.50 | Analyze final version of trustee services agreement (.2); analyze C. Montgomery comments to same (.1); prepare email to R. Bender regarding same (.1). |
| 02/20/18 | T. Moyron | 0.30 | 148.50 | Analyze final version of trust agreement and comments thereto (.3). |
| 02/21/18 | C. Montgomery | 1.00 | 700.00 | Communications with T Moyron regarding consummation bank accounts (1.0). |
| 02/21/18 | T. Moyron | 0.80 | 396.00 | Analyze trust certification and attend to issues regarding same re JP Morgan. |
| 02/21/18 | T. Moyron | 0.40 | 198.00 | Analyze final version of trust agreement (.3); prepare email to Equity Committee regarding same (.1). |
| 02/21/18 | T. Moyron | 0.40 | 198.00 | Analyze trust certification and finalize same re JP Morgan (.3); prepare email to M. Pliskin and P. O'Brien regarding same and attaching documents (.1). |
| 02/21/18 | K.M. Howard | 0.20 | 47.70 | Analysis of updated court order regarding confirmation of the joint plan and administrative claims bar date and culled key information for inclusion into critical dates memorandum. |
| 02/26/18 | C. Montgomery | 0.20 | 140.00 | Phone call with T Moyron regarding claim estimation disputes with Radians and Cordes & Eisenberg and role for expert witness in both fee estimations (.2). |
| 02/27/18 | C. Montgomery | 0.10 | 70.00 | Confer with A Ruegger re further development of indemnification and reimbursement limitations (.1). |
| 02/28/18 | T. Moyron | 0.10 | 49.50 | Analyze email from L. Wharton regarding notices from DTC and FINRA and email the Committee regarding same (.1). |

Plan and Disclosure Statement

March 21, 2018

Matter: 15744288-000018
Invoice No.: 1994148

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/28/18 | C. Montgomery | 1.20 | 840.00 | Communications with T Moyron and L Wharton re closing documentation (.2) Ironclad: Employment: communications with T Moyron regarding Skadden stipulation and fee application (.8);communications with K Meshefejian re changes to fee application (.1); review Skadden revisions to proposed fee application (.1). |

Total Hours                                    95.20

Fee Amount                                                              $51,874.90

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| C. Montgomery | $700.00 | 20.00 | $14,000.00 |
| S. Maizel | $700.00 | 10.70 | $7,490.00 |
| M. Zeefe | $454.50 | 2.10 | $954.45 |
| T. Moyron | $495.00 | 56.50 | $27,967.50 |
| S. Schrag | $310.50 | 0.40 | $124.20 |
| K.M. Howard | $238.50 | 5.10 | $1,216.35 |
| N. Khalatova | $306.00 | 0.40 | $122.40 |
| Totals | | 95.20 | $51,874.90 |

Fee Total                        $      51,874.90

Invoice Total                        $      51,874.90

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Plan and Disclosure Statement

Client/Matter #: 15744288-000018

---

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 01/24/18 | 1975019 | 61,303.20 | 0.00 | 61,303.20 |
| 01/25/18 | 1963405 | 4,126.75 | 0.00 | 4,126.75 |
| 02/28/18 | 1982244 | 63,398.10 | 0.00 | 63,398.10 |
| 03/21/18 | 1994148 | 51,874.90 | 0.00 | 51,874.90 |
| | | Total Outstanding Invoices | | $180,702.95 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993260**

Client/Matter: 15744288-000020

Relief From Stay and Adequate Protection

Payment Due Upon Receipt

Total This Invoice                                                   $            357.75

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993260**

Client/Matter:   15744288-000020

Relief From Stay and Adequate Protection

For Professional Services Rendered through February 28, 2018:

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/21/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Cordes' and Aisenberg's Partial Withdrawal of Motion for Relief from Stay and culled same. |
| 02/23/18 | K.M. Howard | 0.70 | 166.95 | Assembled pleadings and supportive documents regarding Aisenberg's and Cordes' Motion for Relief from Stay for inclusion into hearing binders. |
| 02/26/18 | K.M. Howard | 0.20 | 47.70 | Analysis of Aisenberg's and Cordes' Statement of Partial Withdrawal of Motion for Relief from Stay and culled same. |
| 02/26/18 | K.M. Howard | 0.40 | 95.40 | Assembled and organized newly filed pleadings pertaining the Motion for Relief from Stay filed by Aisenberg and Cordes. |

| | | | |
|---|---|---|---|
| Total Hours | | 1.50 | |
| Fee Amount | | | $357.75 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| K.M. Howard | $238.50 | 1.50 | $357.75 |
| Totals | | 1.50 | $357.75 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 357.75 | |
| Invoice Total | $ | 357.75 | |

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

For your Information - Open Invoices

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000020

Relief From Stay and Adequate Protection

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 01/24/18 | 1974923 | 513.45 | 0.00 | 513.45 |
| 01/25/18 | 1963406 | 2,186.85 | 0.00 | 2,186.85 |
| 03/21/18 | 1993260 | 357.75 | 0.00 | 357.75 |
| | | Total Outstanding Invoices | | $3,058.05 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993262**

Client/Matter: 15744288-000024

Radians Wareham Holdings

Payment Due Upon Receipt

Total This Invoice                                        $        53,146.31

Please return this page with your payment

| Payments by check should be sent to: | | Payment by wire transfer should be sent to: |
|---|---|---|
| Dentons US LLP | | Citi Private Bank |
| Dept. 894579 | OR | 227 West Monroe, Chicago, IL 60606 |
| Los Angeles, CA 90189-4579 | | ABA Transit # 271070801 |
| | | Account #: 0801051693 |
| | | Account Name: Dentons US LLP |
| | | Swift Code: CITIUS33 |
| | | Reference: Invoice # and/or client matter # |

Please send payment remittance advice information to cashreceipts@dentons.com
In order to guarantee proper allocation of payments

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
S. Maizel
at 1 213 623 9300

**DENTONS**

Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California 90017-5704

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

**Invoice No. 1993262**

Client/Matter:  15744288-000024

Radians Wareham Holdings

_____

For Professional Services Rendered through February 28, 2018:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Amount</u> | Narrative |
|---|---|---|---|---|
| 02/01/18 | C. Montgomery | 0.30 | 210.00 | Confer with A Ruegger re relative strength of bankruptcy policy argument (.3). |
| 02/01/18 | A. Ruegger | 4.80 | 3,360.00 | Continued review and organization of pleadings, case law and course documents for analysis of Radians 02/05 reply and for 02/12 oral argument (2.5); review cases citing Ninth Circuit's Thorpe decision (2.0); communication with C. Montgomery regarding Radians arguments in dismissal motion (.3). |
| 02/05/18 | A. Ruegger | 4.10 | 2,870.00 | Continued review of cases employing Thrope precedent in 9th Circuit (2.5); review Radians dismissal arguments and outline 02/12 argument (1.2); communications with T. Moyron regarding objections to Plan (.2); communications with T. Moyron regarding Radians reply (.2). |
| 02/05/18 | C. Montgomery | 0.40 | 280.00 | Phone call with T Moyron regarding duress and release arguments (.4). |
| 02/06/18 | A. Ruegger | 5.10 | 3,570.00 | Review Radians reply brief (1.7); communications with C. Montgomery regarding Radians reply arguments (1.0); forward Radians reply to Committee with comment (.8); review cases cited in Radians reply brief (1.6). |
| 02/06/18 | S. Schrag | 0.10 | 31.05 | Review Radians' Motion to Dismiss. |
| 02/06/18 | C. Montgomery | 2.10 | 1,470.00 | Review Radians reply on motions to dismiss (1.2); confer with A Ruegger re Oral argument on motion to dismiss in light of reply (.9). |
| 02/07/18 | C. Montgomery | 0.30 | 210.00 | Confer with A Ruegger re Radians two proofs of claim (.1); review Radians' proofs of claim (.2). |

Radians Wareham Holdings

March 21, 2018

Matter: 15744288-000024
Invoice No.: 1993262

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/07/18 | A. Ruegger | 5.20 | 3,640.00 | Outline argument for 02/12 court hearing (.7); review source documents for references in 02/12 argument (1.0); review cases cited in Radians reply (3.0); communication with T. Moyron regarding Radians indemnity argument (.2); communications with C. Montgomery regarding Radians indemnity argument (.3). |
| 02/08/18 | A. Ruegger | 6.10 | 4,270.00 | Edit outline for 02/12 oral argument including references to cases and source materials (3.0); analysis of various cases cited in Radians reply (2.8); communications with T. Moyron, S. Maizel and debtor's counsel regarding plan treatment for Radians (.3). |
| 02/08/18 | G. Miller | 0.50 | 204.75 | Review Raidans objection to confirmation. |
| 02/08/18 | G. Miller | 0.20 | 81.90 | Call with T. Moyron re Raidans objection and research. |
| 02/09/18 | A. Ruegger | 3.60 | 2,520.00 | Communications with T. Moyron, S. Maizel and Committee regarding modifications to plan for Radians treatment (.4); further drafting of 02/12 argument outline (2.6); organize/assemble papers for 02/12 oral argument (.5). |
| 02/11/18 | A. Ruegger | 0.40 | 280.00 | Review outline of 02/12 oral argument. |
| 02/12/18 | A. Ruegger | 5.30 | 3,710.00 | Communications with T. Moyron, S. Maizel and C. Montgomery regarding Radians indemnity claim (.3): review outlines in preparation for court oral argument (.2); appear in court for confirmation and Radians motion to dismiss (4.8). |
| 02/13/18 | A. Ruegger | 0.40 | 280.00 | Communications with T. Moyron regarding scheduling related estimation motion (.4). |
| 02/14/18 | A. Ruegger | 0.70 | 490.00 | Communications with T. Moyron regarding entry of confirmation order and related measures going forward (.3); organize/file pleadings, sources and notes from 02/12 court argument (.2); communications with T. Moyron regarding settlement issues (.2). |

Radians Wareham Holdings

March 21, 2018

Matter: 15744288-000024
Invoice No.: 1993262

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/15/18 | A. Ruegger | 3.00 | 2,100.00 | Meeting with C. Montgomery to plan discovery, evidence and briefing for estimation motion for Radians (.5); communications with P. O'Brien, T. Moyron, S. Maizel and other Committee members regarding gathering evidence of Radians misconduct (.4); outline projects to discuss with T. Moyron and S. Maizel regarding Radians (.7); review estimation case law (1.1); communication with T. Moyron regarding estimation motion (.3). |
| 02/15/18 | C. Montgomery | 0.50 | 350.00 | Confer with A Ruegger re motion to dismiss argument and claims estimation motion evidence and theory (.5). |
| 02/15/18 | T. Moyron | 0.10 | 49.50 | Analyze email from P. O'Brien regarding G. Greulich information regarding Radians. |
| 02/20/18 | A. Ruegger | 2.60 | 1,820.00 | Review Radians and Committee arguments in confirmation pleadings for inclusion in motion to estimate legal fees (.9); continue outline of alternative results for estimation motion (.7); review prior estimation motions (1.0). |
| 02/22/18 | A. Ruegger | 2.20 | 1,540.00 | Revise procedural outline for estimation motion (1.1); communication with T. Moyron regarding preparation of estimation motion (.3); review local rules for provisions related to estimation motion provision (.8). |
| 02/23/18 | T. Moyron | 0.40 | 198.00 | Conference call with A. Ruegger regarding issues and strategy related to motion to estimate Radians' claim. |
| 02/23/18 | A. Ruegger | 6.10 | 4,270.00 | Draft and revise discovery request to Radians regarding estimation motion (.7); communications with T. Moyron regarding preparation of Estimation motion (.5); review recent case law on willful misconduct (1.0); communications with C. Montgomery regarding strategy and process for estimation motion (.5); forward draft questions for Radians to Dentons team with comment (.4); review prior 9th Circuit estimation motions and decision (1.2); review other circuit precedent and articles on estimation motion procedure (1.5); outline legal issues regarding estimation (.3). |

Radians Wareham Holdings

March 21, 2018

Matter: 15744288-000024
Invoice No.: 1993262

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/23/18 | C. Montgomery | 0.70 | 490.00 | Confer with R Ruegger regarding evidentiary issues in Radians estimation hearing (.2); review and comment upon draft disclosure request to Radian counsel (.4); communications with T Moyron re same (.1). |
| 02/26/18 | A. Ruegger | 5.50 | 3,850.00 | Draft and revise letter to Radians counsel requesting billing information (1.3); communications with T. Moyron regarding elements of estimation motion (.2); research regarding estimation motions (1.4);communications with T. Moyron regarding letter to Radians counsel seeking fee information (.4); finalize and serve letter to Radians counsel regarding legal fees (.5); review willful misconduct case law in preparation for estimation motion (1.5); communications with S. Maizel, T. Moyron and C. Montgomery regarding estimation motion record (.2). |
| 02/27/18 | T. Moyron | 1.00 | 522.00 | Conference call regarding estimation re Radians. |
| 02/27/18 | A. Ruegger | 6.10 | 4,270.00 | Continue review of intentional wrong doing case law (3.0); communications with C. Montgomery regarding estimation motion and hearing (.3); conference call with C. Montgomery, T. Moyron and S. Maizel regarding estimation motion proof (1.0); communication with S. Schrag regarding legal research regarding willful misconduct (.3); outline section of memo in support of estimation motion (1.5). |
| 02/27/18 | C. Montgomery | 1.00 | 700.00 | Phone conference with S Maizel, T Moyron, A Ruegger regarding estimation hearing issues re Radians (1.0). |
| 02/28/18 | A. Ruegger | 5.40 | 3,780.00 | Begin draft of part of memo in support of estimation motion. |

| | | | | |
|------|------|------|------|------|
| Total Hours | | 74.20 | | |
| Fee Amount | | | | $51,417.20 |

5

Radians Wareham Holdings

March 21, 2018

Matter: 15744288-000024
Invoice No.: 1993262

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| C. Montgomery | $700.00 | 5.30 | $3,710.00 |
| T. Moyron | $522.00 | 1.00 | $522.00 |
| T. Moyron | $495.00 | 0.50 | $247.50 |
| A. Ruegger | $700.00 | 66.60 | $46,620.00 |
| G. Miller | $409.50 | 0.70 | $286.65 |
| S. Schrag | $310.50 | 0.10 | $31.05 |
| Totals | | 74.20 | $51,417.20 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| 2/13/2018 | Lodging Arthur H. Ruegger, Expenses incurred to attend Radians Hearing in LA | | 1,050.00 |
| | | SUBTOTAL | 1,050.00 |
| 2/13/2018 | Lodging Tax | | 229.40 |
| | | SUBTOTAL | 229.40 |
| 2/15/2018 | WESTLAW RUEGGER\ARTHUR | | 300.00 |
| 2/1/2018 | WESTLAW RUEGGER\ARTHUR | | 38.11 |
| 2/5/2018 | WESTLAW RUEGGER\ARTHUR | | 92.54 |
| 2/8/2018 | WESTLAW RUEGGER\ARTHUR | | 19.06 |
| | | SUBTOTAL | 449.71 |
| | Total Disbursements | | $1,729.11 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 51,417.20 | |
| Disbursement Total | $ | 1,729.11 | |
| Invoice Total | $ | 53,146.31 | |

6



Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, California  90017-5704

For your Information - Open Invoices

Salans FMC SNR Denton
McKenna Long
dentons.com

Ironclad - Official Committee of Equity Holders
Chairman of the Equity Committee for Ironclad
938 Duncan Avenue

March 21, 2018

Client/Matter #: 15744288-000024

Radians Wareham Holdings

Statement of Account

According to our records, as of March 21, 2018, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|----------------------|-------|
| 01/26/18 | 1975678 | 30,988.10 | 0.00 | 30,988.10 |
| 02/28/18 | 1982245 | 86,671.75 | 0.00 | 86,671.75 |
| 03/21/18 | 1993262 | 53,146.31 | 0.00 | 53,146.31 |
| | | Total Outstanding Invoices | | $170,806.16 |

Questions should be directed to:
S. Maizel
at 1 213 623 9300

Federal Tax I.D. Number 36-1796730

020802/020