# EXHIBIT D

## SUMMARY OF EXPENSES

## EXHIBIT "D"

### SUMMARY OF EXPENSES
November 1, 2017 through February 28, 2018

| Description | Amount |
| --- | ---: |
| Litigation Support (PACER, document production, postage and delivery) | $7,004.60 |
| Research (Westlaw and Lexis) | $17,264.85 |
| Filing Fees | $775.90 |
| **TOTAL** | **$25,045.35** |

106973951\V-1