# EXHIBIT E

# FIRM RESUMES

大成 **DENTONS**

# Dentons

## Fact sheet

Dentons is the world's largest law firm, delivering quality and value to clients around the globe. Dentons is a leader on the Acritas Global Elite Brand Index, a BTI Client Service 30 Award winner and recognized by prominent business and legal publications for its innovations in client service, including founding Nextlaw Labs and the Nextlaw Global Referral Network. Dentons' polycentric approach and world-class talent challenge the status quo to advance client interests in the communities in which we live and work.

### What makes Dentons different?

- **We're polycentric**. Dentons has no headquarters and no dominant national culture. We proudly offer clients talent from diverse backgrounds and countries, with deep experience in every legal tradition in the world.

- **We offer effective business solutions**. Rather than focus on theoretical legal analysis, we provide specific, dynamic advice that gets a deal done or a dispute resolved.

- **We measure our success by the service we provide**. Regardless of the scale and scope of your business needs, you get the individual attention you need and deserve. Whether the matter is big or small, if it is important to you, then it is important to us.



Countries
**66**

Locations
**158**

Total number of lawyers
**8,500+**

All timekeepers
**11,000+**

Total number of people
**15,000+**

\* Figures reflect combinations that were announced in 2017.

# Dentons fact sheet

大成 DENTONS



**Offices**
**Associate firms, offices, and special alliances**
**Location in green represents a proposed combination that is not yet formalized.**
**Locations in gray represent strategic alliances.**

| | | | | | |
|---|---|---|---|---|---|
| Abu Dhabi | Cairo | Hohhot | Mexico City | Port Moresby | Taiyuan |
| Accra | Calgary | Hong Kong | Miami | Prague | Tashkent |
| Adelaide | Cape Town | Honolulu | Milan | Praia | Tbilisi |
| Albany | Casablanca | Houston | Milton Keynes | Qingdao | Tehran |
| Algiers | Changchun | Huangshi | Minsk | Riyadh | Tianjin |
| Almaty | Changsha | Istanbul | Montréal | Rome | Toronto |
| Amman | Changzhou | Jeddah | Monterrey | Sacramento | Tripoli |
| Amsterdam | Chengdu | Jilin | Moscow | San Diego | Tysons Corner |
| Ashgabat | Chengdu | Jinan | Munich | San Francisco/ | Ulaanbaatar |
| Astana | Chongqing | Johannesburg | Muscat | Oakland | Urumqi |
| Atlanta | Dalian | Kampala | Nairobi | São Paulo | Vancouver |
| Baku | Dallas | Kansas City | Nanchang | São Tomé | Warsaw |
| Barbados | Denver | Kigali | Nanjing | San José | Washington, DC |
| Barcelona | Doha | Krasnodar | Nanning | Seoul | Watford |
| Beijing | Dubai | Kunming | Nantong | Shanghai | Wenzhou |
| Beirut | Edmonton | Kyiv | New Orleans | Shenyang | Wuhan |
| Berlin | Frankfurt | Lagos | New York | Shenzhen | Wuxi |
| Bissau | Fuzhou | Lhasa | Ningbo | Shijiangzhuang | Xiamen |
| Bogotá | Guanacaste | Lima | Nouakchott | Short Hills | Xi'an |
| Boston | Guangzhou | London | Orange County | Silicon Valley | Xining |
| Brasília | Guatemala City | Los Angeles | Ottawa | Singapore | Yangon |
| Bratislava | Haikou | Luanda | Panama City | St. Louis | Yinchuan |
| Brisbane | Hangzhou | Lusaka | Paris | St. Petersburg | Zhengzhou |
| Brussels | Harbin | Luxembourg City | Perth | Suzhou | Zhoushan |
| Bucharest | Hefei | Madrid | Phoenix | Sydney | Zhuhai |
| Budapest | Hilo | Maputo | Port Louis | Taipei | |

© 2017 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This publication is not designed to provide legal or other advice and you should not take, or refrain from taking, action based on its content. Please see dentons.com for Legal Notices.

# Restructuring, Insolvency and Bankruptcy

大成 **DENTONS**

# Overview

When bankruptcy, restructuring, or insolvency appears and financial distress threatens a business, all parties desire a rapid resolution. Whether the challenge appears at headquarters or in a foreign jurisdiction, today's global marketplace presents the decision-maker with a complex web of possible outcomes and legal strategies. Protecting your interests can be a daunting task when faced with conflicting economic interests, emotions and sometimes multiple legal systems and cultural norms. And it has never been more critical to be adroitly advised and flexibly responsive when considering which jurisdictions, laws and industry practices will result in the most ideal outcome.

Whether you're managing a real estate portfolio, a distressed manufacturer or health care service provider; purchasing a weakened retail operation or struggling transportation business; or simply a trader of heavily discounted sovereign and institutional debt and other securities, you can rely on us to take the edge off your anxiety. Dentons' lawyers in offices around the world possess a deep understanding of your markets, wherever you trade and invest.

We grasp the complexities of your industry, whether natural resources or technology-based; dependent upon the value of real estate or branded retail goods; manufacturing, transportation or service dependent; or a regulated monopoly. Side by side, we navigate intricate legal challenges and discover the best possible opportunities. Whether you need creative litigation or arbitration strategies, innovative negotiating tactics born from real-world experience or practical guidance in cross-border restructuring, we deliver the latest insights and known solutions so you can act with speed and confidence.

With a passion for identifying effective advocacy and representation, we become a dynamic force on your side. Together, we discover the best course of action in a high-stakes situation.

Areas of focus include:

- Credit Risk Management
- Credit Support, Swaps, Eligible Financial Contracts, and Safe Harbor Transactions
- Creditor and Equity Committee Representation
- Creditor Composition and Assignment Agreements, Schemes of Arrangement and Voluntary Arrangements
- Cross-Border Restructuring Matters
- Debtor Representation
- Debtor-in-Possession Financing
- Distressed M&A, Investing and Debt Trading
- Financial Institution Insolvency
- Independent Advice to Directors of

Distressed Companies

- Insolvency Administrators, Monitors, Receivers, Trustees and Other Officeholders
- Insolvency, Litigation and Enforcement
- Insurance Related Insolvencies
- Mediation
- Out-of-Court Restructurings and Work-outs
- Pensions and Benefits in Transactions and Reorganizations
- Protective Shield Proceedings
- Representation of Government and Quasi-Government Organizations
- Safeguard Proceedings
- Supplier and Customer Representation in Restructurings
- Tax Related Insolvency Transactions and Reorganizations

# Representative Experience

- **Ad Hoc Creditors' Committee (AHC), which comprises Franklin Advisers, Inc., BTG Pactual Europe LLP, TCW Investment Management Company, and T. Rowe Price Associates, Inc:** Advising on Ukrainian law matters in relation to the ground-breaking restructuring of Ukraine's sovereign debt. Ukraine successfully launched exchange offers in relation to 14 sovereign and sovereign-guaranteed Eurobonds with outstanding principal amounts of approximately US$18 billion. The deal was innovative due to successful investor-state coordination and the latest application of equity principles in sovereign finance.

- **ALPINE Bau GmbH:** Advising Singapore Branch in its provisional liquidation, and subsequently, liquidation in Singapore, following the parent company's liquidation. ALPINE Bau GmbH was a major European construction company which was one of the main contractors for the downtown underground line in Singapore. Its collapse in Europe led to the termination of the contracts, including that with the Land Transport Authority of Singapore valued at more than S$600 million.

- **China National Erzhong Group Co.:** Representing as court-appointed insolvency administrators. Dentons achieved a framework of an out-of-court plan absorbed by the court and financial creditors. One of the merits of the "Erzhong Cases" is the characteristic of pre-packaged that step from out-of-court into in-court process.

- **ERP Compliant Fuels, LLC:** Representing this natural resources company focused on the acquisition of assets within the coal, iron ore and steel making cycles in multiple transactions. The book value of assets involved in each of these representations range from hundreds of millions to billions of dollars. Dentons has been awarded The Global M&A Network's 2017 "Turnaround Atlas Award" for Cross-Border Turnaround of the Year in connection with the representation of Conuma Coal Resources Limited in its acquisition of Walter Energy Canada assets and the "Turnaround Atlas Award" for Community Impact for ERP Iron Ore, LLC's acquisition of Magnetation. Both purchasers are members of the ERP Compliant group.

- **Hatfield Colliery Partnership Limited:** Acting for this deep coal mine operator on a series of financial restructurings including bilateral loans with the National Union of Mineworkers, and the Department for Business, Innovation & Skills (DBIS); sale and lease back arrangements with a key stakeholder; and a £20 million reimbursable grant from DBIS by way of Closure Aid (a form of State aid).

- **Lehman Bankhaus German (affiliate of Lehman Brothers Holdings, Inc.):** Representing in its complex claims against, and transactions with, other Lehman entities. We also represent numerous other clients in a wide variety of matters worldwide arising out of the Lehman collapse, including hedge funds and other financial institutions in connection with the administration of the English Lehman companies. This is especially true in relation to prime brokerage issues and International Swaps and Derivatives Association close-out positions.

- **Montréal, Maine & Atlantic:** Acting as counsel to directors, officers and certain related companies of US and Canadian cross border debtors Montréal Maine & Atlantic Railway, Ltd. and Montréal Maine & Atlantic Canada Co.

in simultaneous cross-border insolvency proceedings arising from the derailment of 72 tanker cars carrying Bakken crude oil through eastern Quebec, resulting in 47 casualties and hundreds of millions of dollars of property and environment claims. A mass tort case that achieved an unprecedented CA$450 million settlement fund to be administered jointly between the debtors' US and Canadian estates.

- **Nortel Networks Inc:** Serving as Canadian counsel for the Official Committee of Unsecured Creditors and certain of its direct and indirect subsidiaries in the cross-border CCAA/Chapter 11 proceedings.

- **Official Committee of Retirees for the City of Detroit:** Representing the Official Committee of Retirees in the largest Chapter 9 bankruptcy case in US history. The Committee represented the interests of approximately 23,500 public safety and general City retirees, as well as the interests of approximately 9,000 dependents, who were owed approximately US$9 billion in pension and retirement health care benefits. With the assistance of Dentons, almost all pension benefits were protected and health care benefits payments continued. Dentons was awarded *The M&A Advisor*'s 2014 "Restructuring of the Year Award" and Global M&A Network's 2015 "Turnaround Atlas Award" for this representation.

- **Official Committee of Unsecured Creditors of Hovensa LLC:** Representing the Official Committee of Unsecured Creditors of Hovensa LLC in the Chapter 11 proceedings of Hovensa, a joint venture owned by a subsidiary of Hess Oil and Venezuela-owned PDVSA. The case achieved a sale in less than four months, which had previously had failed to be accomplished over a period of a year pre-bankruptcy, allowing unsecured creditors to receive a substantial recovery.

- **PricewaterhouseCoopers:** Advising the administrators of LB Holdings International 2 Limited, the main holding company of Lehman Brothers International (Europe) (LBIE), on all legal matters relating to the insolvency of that company, including advice in relation to the ranking of claims in the insolvency of LBIE (the Waterfall Application) which has been heard at the Court of Appeal.

- **PROKON (Dietmar Penzlin as insolvency administrator of Prokon and after termination of insolvency proceeding Prokon eG):** Dentons has conducted the annual audits since the opening of the insolvency proceedings and we were appointed as security trustee and joint representative for the new secured bond and the new secured loan. We also advised in connection with the design of the insolvency plan procedure (dual track with cooperative model and third party investor EnBW). The concept of two separate insolvency plans as dual track regarding the bondholders' debt-to-equity swap option and the mark to market third party offer of EnBW was used for the first time in Germany. The main creditors in the proceedings are the holders of the participation rights with claims exceeding €1.5 billion.

- **St George Bank and KordaMentha:** Acting for the bank and receivers and managers in connection with the recovery of approximately AUD$35 million of financial accommodation provided by the bank to a nationally operating building and construction group, including: sale of assets provided as security to the bank; recovery of book debts and other amounts due under construction contracts; advising on certain voidable transactions; advising on matters concerning the enforcement of the bank's security and its rights and the obligations of the receivers and managers.

- **Solarwatt AG:** Advising on a successful restructuring in the context of a protective shield proceeding as a debtor-in-possession within a three month period from the filing for insolvency until the termination of the insolvency proceeding. Work involved drafting and proposing a restructuring plan including the reorganization of the company's performance and finances; implementing the restructuring concept via a capital reduction to zero with a subsequent cash and capital increase; and applying the new provisions to the insolvency plan procedure. In addition, we recently advised the company on the successful acquisition of the distribution units of the Centrosolar brand in Europe, which reflects the sustainability of this restructuring and is an opportunity for Solarwatt to extend further its market position in Europe and its portfolio.

- **Veris Gold Group of Companies:** Acting as counsel for the Monitor in connection with the Group's CCAA proceedings in Canada as well as Chapter 15 proceedings in the U.S. and with respect to the disposition of the Veris Gold USA Inc. operating and real estate assets to Whitebox Advisors LLC. Advising on all aspects of the restructuring and sale which involved properties on both sides of the border including, notably, the operating gold and milling project in Nevada with annual revenue in the range of US$200 million. This deal has won Mining Deal of the Year, Cross Border Restructuring Deal (up to US$100M) and Real Estate Deal of the Year by *Teh M&A Advisor* and Judicial Restructuring of the Year award for Small Markets by Global M&A Network.

# Your Key Contacts

Canada



**David W. Mann**
Partner, Calgary
D +1 403 268 7097
david.mann@dentons.com

## United States



**Gary W. Marsh**
Partner, Atlanta
D +1 404 527 4150
gary.marsh@dentons.com



**Robert E. Richards**
Partner, Chicago
D +1 312 876 7396
M +1 630 235 2470
robert.richards@dentons.com

## Latin America and the Caribbean



**Diego Campa**
Partner, Mexico City
D +52 55 3685 3333
diego.campa@dentons.com



**Bernardo Cárdenas**
Colombia Managing Partner,
Bogotá
D +57 1 746 7000 ext. 219
bernardo.cardenas@dentons.com



**Eduardo Cárdenas**
Partner, Bogotá
D +57 1 746 7000 ext. 217
eduardo.cardenas@dentons.com

## Europe



**Nicolas Theys**
Partner, Paris
D +33 1 42 68 47 12
nicolas.theys@dentons.com



**Andreas Ziegenhagen**
Germany Managing Partner,
Frankfurt
D +49 69 45 00 12 144
andreas.ziegenhagen@dentons.com

**Jesús Varela**
Partner, Madrid
D +34 91 43 63 325
jesus.varela@dentons.com

## United Kingdom



**Nigel Barnett**
Partner, London
D +44 20 7320 5530
nigel.barnett@dentons.com

## Central and Eastern Europe



**Anna Maria Pukszto**
Partner, Warsaw
D +48 22 242 56 99
anna.pukszto@dentons.com

## Russia, CIS and the Caucasus

4


**Mikhail Ivanov**
Partner, St. Petersburg
D +7 812 325 8444
mikhail.ivanov@dentons.com


**Kamal Mammadzada**
Partner, Baku
D +994 12 4 90 75 65
kamal.mammadzada@dentons.com


**Natalia Selyakova**
Partner, Kyiv
D +380 44 494 4774
natalia.selyakova@dentons.com


**Abai B. Shaikenov**
Partner, Almaty
D +7 727 258 2380
abai.shaikenov@dentons.com


**Timothy Stubbs**
Partner, Moscow
D +7 495 644 0500
timothy.stubbs@dentons.com


**Roman Zaitsev**
Partner, Moscow
D +7 495 644 0500
roman.zaitsev@dentons.com


**Birzhan Zharasbayev**
Office Managing Partner,
Astana
D +7 7172 55 2151
birzhan.zharasbayev@dentons.com

## Africa


**Nigel Barnett**
Partner, London
D +44 20 7320 5530
nigel.barnett@dentons.com

## Middle East


**Qasim Aslam**
Partner, Dubai
D +971 4 4020 901
qasim.aslam@dentons.com


**Neil Cuthbert**
Partner, Dubai
D +971 4 402 0900
neil.cuthbert@dentons.com


**Paul Jarvis**
Middle East Managing
Partner, Abu Dhabi
D +971 2 613 1519
M +971 56 683 0800
paul.jarvis@dentons.com


**Udayan Mukherjee**
Partner, Dubai
D +971 4 402 0892
M +971 56 683 0801
udayan.mukherjee@dentons.com

## Central Asia


**Abai B. Shaikenov**
Partner, Almaty
D +7 727 258 2380
abai.shaikenov@dentons.com


**Birzhan Zharasbayev**
Office Managing Partner,
Astana
D +7 7172 55 2151
birzhan.zharasbayev@dentons.com

## China


**Weihong Chi**
Senior Counsel, Guangzhou
D +86 20 8527 7000
M +86 138 2313 2952


**Xiuchao Yin**
Senior Partner, Beijing
D +86 10 5813 7044
M +86 137 0116 3012

5

weihong.chi@dentons.cn                                    xiuchao.yin@dentons.cn

## Singapore



**Maw Shen Foo**
Senior Partner, Singapore
D +65 6885 3607
mawshen.foo@dentons.com



**Herman Jeremiah**
Senior Partner, Singapore
D +65 6885 3614
herman.jeremiah@dentons.com

## Asia Pacific



**Erik Andersen**
Partner, Port Moresby
D +675 308 4603
erik.andersen@dentons.com



**Stephen Massa**
Partner and Head of PNG
Office, Sydney
D +61 2 9035 7807
stephen.massa@dentons.com

## Australia



**Justin Bates**
Partner, Sydney
D +61 2 9931 4763
justin.bates@dentons.com



**David McIntosh**
Partner, Sydney
D +61 2 9035 7439
david.mcintosh@dentons.com

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Samuel R. Maizel
Partner



Partner

Los Angeles
D +1 213 892 2910

samuel.maizel@dentons.com

# Overview

Samuel Maizel is a partner in Dentons' Restructuring, Insolvency and Bankruptcy group. His practice includes bankruptcy matters and financial restructuring in- and out-of-court in all industries, but he leads the firm's healthcare industry restructuring efforts nationwide. In chapter 11 cases, he has served as lead counsel to debtors, trustees, and creditors' committees, as well as serving as a trustee, examiner, patient care ombudsman, and consumer privacy ombudsman. He has represented many buyers and sellers of assets in chapter 11 cases. In chapter 9 cases, Sam has represented local hospital districts and other governmental units, as debtor's counsel and as counsel to creditors' committees.

Before joining Dentons, Sam was a partner in a national bankruptcy firm, and previous to that he represented the federal government in bankruptcy, district, and appellate courts nationwide as a trial attorney in the US Department of Justice's Commercial Litigation Branch. He has also served in US Army's The Judge Advocate General's Corps, including service in Operation Desert Shield/Desert Storm, for which he was awarded the Bronze Star Medal. Previously he served as an Infantry Officer in the 101st Airborne Division and the 3rd US Infantry Regiment (The Old Guard).

Sam has lectured extensively, is widely published, and been interviewed on television and radio on bankruptcy topics. Every year since 2007, he has been named a "Super Lawyer" in an annual region-wide peer survey, an honor bestowed on only 5% of Southern California attorneys; holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability; and was named a "Best Lawyer in America" for Healthcare in the 21st edition of Best Lawyers in America. He is based in Los Angeles.

# Experience

## Significant Recent Cases

- Gardens Regional Medical Center & Hospital, Inc. (Chapter 11 - Central District of California, June 2016-present): Sam leads the representation of this 137 bed not-for-profit hospital in Hawaiian Gardens, California in a liquidating bankruptcy case. The hospital was initially sold under section 363 of the Bankruptcy Code in a very successful auction (the purchase price went from $8.5 million to $19.5 million). The California Attorney

1

General approval made but imposed such onerous economic conditions on the buyer that the sale failed and the hospital was closed. It was sold again, now a shut closed hospital, for approximately $7 million, over the objection of the Attorney General.

- Sam served as Chapter 11 Trustee in the bankruptcy case of Carefree Willows, Inc. in Las Vegas, Nevada (Chapter 11 - District of Nevada, 2015-2016). Sam was appointed after five years had failed to produce a resolution of a hotly contested single asset real estate case. In less than six months Sam was able to negotiate a settlement between the parties, and confirm a plan of reorganization which paid the general unsecured creditors in full, allowed equity to retain ownership and to pay the secured debt over $50 million pursuant to a settlement.

- San Diego Hospice & Palliative Care (Chapter 11 – Southern District of California, 2013 -2015): Sam led the representation of the official committee representing unsecured creditors in the bankruptcy of a large hospice and home health provider in San Diego, California. The hospice filed for bankruptcy protection as a result of ongoing operational losses and disputes with Medicare & Medicaid over payments under the Medicare program. The committee counsel wrote and was the co-proponent under the liquidating Chapter 11 plan. Sam led the negotiations with the federal government over its $112 million claim, which resulted in a 100% distribution to non-governmental unsecured creditors.

- Gordian Medical, Inc., dba American Medical Technologies (Chapter 11 – Central District of California, 2012-2015 ): Sam led the representation of a privately owned, durable medical supplier in Irvine, California, which provides wound-care dressings and supplies to more than 4,000 nursing homes, hospices, and other facilities in 49 states. Gordian filed bankruptcy after a complete suspension of Medicare payments. The bankruptcy court confirmed a successful restructuring led by a new value contribution from the owners and leaving equity in control of the company. The plan provided for 100% distribution to non-governmental creditors, and resolved over $100 million in claims asserted by the Centers for Medicare & Medicaid Services, the IRS and the California Franchise Tax Board.

- Victor Valley Community Hospital (Chapter 11 – Central District of California, 2010 - 2013): Sam led the representation of this not-for-profit hospital in Riverside, California. The hospital was initially sold under section 363 of the Bankruptcy Code in a very successful auction. However, the California Attorney General denied the sale. After two years in Chapter 11, and multiple efforts to sell the hospital were stymied, including by government agencies, the hospital was successfully sold, resulting in a confirmed liquidating plan, a significant distribution to unsecured creditors and the hospital continuing to provide services to its community.

- S&B Surgery Center (Chapter 11 – Central District of California, 2009 - 2010): Sam led the representation of an ambulatory surgery center in Beverly Hills, California, that was forced into bankruptcy by the collapse and closure of Century City Doctor's Hospital. The bankruptcy court confirmed a plan that was a "true" reorganization in less than eight months, resulting in equity remaining in control of the company, and a significant distribution to trade creditors.

## Additional Debtor Representations

- Sam represented the Chapter 11 debtors in American Hospice, Inc. and related entities, Health Plan of the Redwoods, Health Source Medical Group, Inacom, Pacific Eyenet, and Delta Entertainment.

- Sam represents the Chapter 9 debtor in West Contra Costa Healthcare District.

## Additional Trustee Roles

- Sam served as the Chapter 11 Trustee in the cases of Agesong Genesis, LLC, dba Agesong University, and Mayacamas Holdings, LLC, both in San Francisco, California.

## Additional Creditors' Committee Counsel Representations

- Sam represented the Creditors' Committees in Adair County Hospital District, Hawaii Medical Center,

Pacifica Hospital of the Valley, Pleasant Care Corporation, Meriter, Brotman West, Brookside Contra Costa Healthcare District, Valley Health System, Palm Drive Healthcare District, and Associated Physicians of St. Johns.

## Additional Miscellaneous Representations and Roles

- Sam represented individual creditors in Sun Healthcare Group, NewCare Health Corporation, Integrated Health Services, Assisted Living Concepts, Alpha Healthcare Foundation, FPA Medical Management, MedPartners Provider Network.

- Sam served as counsel to hospital purchasers in Karykeion and Santa Paula Memorial Hospital.

- Sam served as patient care ombudsman and consumer privacy ombudsman in Upland Surgical Institute.

- Sam served as an Examiner in Metropolitan Mortgage & Securities.

- Sam acted as special counsel to the Chapter 11 debtors in Intrepid USA and Fairmont General Hospital, and to the SEC Receiver in Comprehensive Care of Oakland, LLC.

- Sam led the representation of the National Association of Attorneys General (46 states and six territories that were parties to the master settlement agreement with the tobacco industry) since 2000 and as part of that engagement served as counsel to governmental entities in Alliance Tobacco and Carolina Tobacco.

- Sam led the out-of-court restructuring of Health Line Clinical Laboratories.

- Sam served as counsel to the Chapter 7 trustee in Rodeo Canon and Chapter 11 trustee in Estate Financial.

# Recognition

## Honors and Awards

- Ranked for Healthcare in California by *Chambers USA* (2015-2017)

- Recommended for Healthcare - Service Providers by *The Legal 500 US* (2016)

- Listed in *Los Angeles Magazine's* Best Lawyers list for Bankruptcy and Health Care Law (2016)

- Recognized by *Best Lawyers in America* (2015-2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, Health Care Law and Litigation - Bankruptcy

- Recognized for Bankruptcy in Southern California in *Super Lawyers* magazine (2007-present)

- Recognized with the Martindale-Hubbell AV Preeminent Rating, Martindale-Hubbell's highest ranking in both legal ability and ethical standards

## In the Media

- "Freestanding emergency room operator Adeptus may soon emerge from bankruptcy," *The Dallas Morning News*, September 28, 2017

- "With 238 bankruptcies in 18 months, does Texas have an ailing health industry?" *The Dallas Morning News*, September 2017

- "Judge rejects attorney general's bid to block sale of closed hospital," *Daily Journal*, June 9, 2017

- "Maizel '77 Elected to CSHA Board of Directors,"  *West Point Grad News*, March 9, 2017

- "Healthcare Law 2016: Virtual Round Table,"  *Corporate LiveWire*, December 2016

3

- "Judge clears Gardens Regional sale," *The Deal*, August 3, 2016

- "DIP dimensions: Loan transplant," *The Deal*, June 23, 2016

- "ABA Says 9th Circ. Decision Disrupts Bankruptcy Appeals," *Law360*, June 14, 2016

- "Rural hospitals, LTACs tagged for distress amid physician retention, reimbursement risk," *Debtwire*, October 7, 2015

- "PARTNER MOVES - Dentons Adds Health Care Bankruptcy Lawyer Samuel R. Maizel in Los Angeles," *Legal Monitor*, June 29, 2015

- "Dentons Adds Health Care Expert and Bankruptcy Partner," *Law360*, June 25, 2015

- "Sam Maizel Profiled," *California Health Law News*, June 2015

- "Lab Files for Bankruptcy After Settlement of Probe," *The Wall Street Journal*, June 8, 2015

- "Millions remain to be disbursed in SD Hospice," *The San Diego Union-Tribune*, September 16, 2014

- "High Desert Hospitals Fighting for Financial Solvency," *California Healthline*, December 3, 2012

- "Reform, pay cuts likely to widen gap between rich and poor hospitals," *American Medical News*, August 15, 2011

- "New Bill Would Force Bankrupt Providers To Pay Fines, Overpayments," *BNA Health Care Fraud Report*, June 30, 1999

- "Lessons Learned From Health Care Fraud/Bankruptcy Cases," *BNA Health Care Fraud Report*, September 24, 1997

# Insights

## Books and Treatises

- Chapter author, "Unique Issues That Arise in Healthcare Business Bankruptcies," *Reorganizing Failing Businesses*, American Bar Association, July 2017.

- Contributing author, Health Care Insolvency Manual, American Bankruptcy Institute 1997; revised 2005 and 2012.

- Co-author, "Winning Your Bankruptcy Appeal," ABI's Bankruptcy Appeals Manual, June 2007; 2nd ed. 2010.

- Contributing author, Collier on Bankruptcy, Matthew Bender, 2005 - present (on sections 333 and 351).

- Contributing Author, "Workout Issues in the Healthcare Industry," Business Workouts Manual, November 26, 2006.

## Law Review Articles

- Co-Author, "The Medicare Provider Agreement: Is It a Contract or Not? And Why Does Anyone Care?" *The Business Lawyer* (Vol. 71), Fall 2016.

- Co-Author, "Killing the Patient to Cure the Disease: Medicare's Jurisdictional Bar Does Not Apply to Bankruptcy Courts," *Emory Bankruptcy Developments Journal* (Vol. 32), February 2016.

- Co-author, "Injunctive Relief in Health Care Insolvencies," 24 *California Bankruptcy Journal* 215, 1998.

- Co-author, "The Government's Contractual Rights and Bankruptcy's Automatic Stay," 25 *Public Contract Law Journal* 711, 1996.

- Co-author, "The Medicare Contract in Bankruptcy" in Which Direction Does University Medical Center Lead?" 11 *Bankruptcy Developments Journal* 405, 1995.

- Author, "Intervention in Grenada," 35 Naval L. Rev. 47, Spring 1986.

# Recent Magazine Articles

- Co-Author, "Not So Fast: Bankruptcy Court Reject Attorney General's Review of Sale of Assets of a Closed Hospital," *California Health Law News*, Volume XXXVI, Issue 1, Fall 2017/Winter 2018.

- Co-Author, "Binding the Government in Health Care Restructurings: What Notice Is Required?," *ABI Bankruptcy Litigation Committee*, January 2018.

- Co-Author, "Revising § 351: Dealing with Unwanted Medical Records," Problems in the Code column.  *ABI Journal*, May 2017.

- Co-Author, "Ozenne v. Chase Manhattan Bank (In re Ozenne): Gone for Now, But Not Forgotten," 26 Norton Journal of Bankruptcy Law and Practice, Art. 2, April 2017.

- Co-Author, "Extent of State's Power at Issue in Nonprofit Hospital's Asset Sale,"  *Journal of Corporate Renewal* (Vol. 30), March 2017.

- Author, "Liquidating Healthcare Facilities in California,"  *Receivership News* (Issue 58), Summer 2016.

- Author, "Lending to the Healthcare Industry: What to Expect From Medicare Receivables," *ABF Journal*, September 2015.

- Author, "Does Bankruptcy Avoid Medicare's Exhaustion-of-Administrative-Remedies Requirement?" *California Health Law News*, June 2015.

- Author, "Can Bankruptcy Short-Circuit Medicare's Appeal Process?" Intensive Care column, 34 Amer. Bankr. Inst. J. 48, April 2015.

- Author, "The Poor Get Poorer: The Fate of California's Hospitals Under the Affordable Care Act," 32  *California Health Law News*, Winter 2014.

- Author, "Healthcare Law 2014,"  *Corporate LiveWire*, June 2014.

- Author, "The Poor Get Poorer: The Fate of Distressed Hospitals Under the Affordable Care Act,"  *Norton Bankruptcy Law Adviser* 1, December 2012.

- Co-author, "California's Experiment With Federal Judicial Control Over Its Prison Healthcare System," 29 *California Health Law News* (No. 3), Summer 2011.

- Author, "The Impact of Healthcare Reform on Financing in the Healthcare Industry," 65  *Consumer Finance Law Quarterly Report* 168, Spring/Summer 2011.

- Author, "The Sale of Nonprofit Hospitals Through Bankruptcy: What BAPCPA Wrought," 30 Amer. Bankr. Inst. J. 12, June 2011.

- Author, "A Guide for the Patient Care Ombudsman,"  *American Bar Association*, February 2011.

- Author, "Repercussions of the Collision of Labor Law and Healthcare Industry Bankruptcies," 29 Amer. Bankr. Inst. J. 18, No. 7 September 2010.

- Co-author, "Rejection of CBAs in a Liquidating Chapter 11 of a Healthcare Entity," 4  *ABI Healthcare Committee Newsletter* (No. 4), August 2010.

- Author, "Patient Care Ombudsman: What About Counsel?" 29 Amer. Bankr. Inst. J. 14, Feb. 2010.

- Author, "The Financial Crisis Facing America's Hospital Industry: Part II," 28 Amer. Bankr. Inst. J. 16,

- Author, "The Financial Crisis Facing America's Hospital Industry: Part I," 27 Amer. Bankr. Inst. J. 16, Dec./Jan. 2009.

- Author, "The Patient Care Ombudsman Comes to California," 26 *California Health Law News* 2 (No. 3), Winter 2009.

- Author, "Evolving Standards for Appointment of a Patient Care Ombudsman: Section 333 in 'Operation'," 27 Amer. Bankr. Inst. J. 40, March 2008.

- Author, "The First Year of the Patient Care Ombudsman in Review: Part II," 26 Amer. Bankr. Inst. J. 18, March 2007.

- Author, "The First Year of the Patient Care Ombudsman in Review: Part I," 26 Amer. Bankr. Inst. J. 18, March 2007.

# Activities and Affiliations

## Presentations

- Moderator and Panelist, "Unique Issues That Arise in a Healthcare Restructuring," American Bar Association Business Law Section, December 21, 2017

- Moderator and Panelist, "How Health Care Technology Changes Will Impact Your Practice," American Bankruptcy Institute Winter Leadership Conference, Palm Springs, CA, December 1, 2017

- Panelist, "The Many Commercial Roles of Government - Executory Contracts, Loans, Procurement, 525 Licensing and Grants," National Association of Attorneys General's Bankruptcy From a Government Perspective Seminar, Savannah, GA, November 13, 2017

- Guest Speaker, "Bankruptcy and Restructuring of Health Care Organizations," University of Nevada Las Vegas Boyd School of Law, October 30, 2017

- Panelist, "Debt Restructuring & Asset Sales for Health Care Businesses," Maine Health Care Association Annual Meeting, Rockport, ME, October 5, 2017

- National Webinar, "The Intersection of Healthcare Law and Bankruptcy Law," American Health Lawyers Association's Regulation, Accreditation, and Payment Practice Group, September 6, 2017

- Panelist, "The American Health Care Industry: Facing Financial Uncertainty," Association of Corporate Counsel - Southern California Chapter, Newport Beach, CA, August 2, 2017

- Panelist, "Healthcare Restructuring Issues", Los Angeles County Bar Association, April 27, 2017.

- Panelist, "Has CMS Said Goodbye to the Bankruptcy Court?" American Bar Association Business Law Section, Business Bankruptcy Committee Spring Meeting, New Orleans, LA, April 6, 2017

- Panelist, "Commercial Finance Association Healthcare Asset-based Lending Program," webinar hosted by the Commercial Finance Association, April 4, 2017

- Panelist, "Zika in the Caribbean, and Other Stinging Health Care Insolvency Issues," American Bankruptcy Institute Caribbean Insolvency Symposium, Cayman Islands, February 11, 2017

- Panelist, "Intersection of Healthcare and Bankruptcy," The Bankruptcy Bar Association for the Southern District of Florida, February 7, 2017

- Panelist, "Delivered from Their Distress: Acquisition Challenges and Opportunities of Distressed Hospitals," National CLE Conference, Snowmass, CO, January 7, 2017

- Panelist, "Not Just a PINE or Managing the Margin" Handling Healthcare Disputes," American Bar Association Business Law Section's Business Bankruptcy Committee, San Francisco, CA. October 27, 2016

- Panelist, "Restructuring and Bankruptcy Challenges in the 21st Century World of Not For Profits," Commercial Law League of America, San Francisco, CA, October 27, 2016

- 2016 Visiting Distinguished Professor, Southeastern Bankruptcy Institute (SBLI), Atlanta, GA, September 26-30, 2016

- Featured Guest Speaker, "Bankruptcy by the Bayou: Lessons for Healthcare Insolvencies," SBLI and Bankruptcy Judges for the Northern District of Georgia Luncheon, Atlanta, GA, September 28, 2016

- Featured Guest Speaker, Georgia State University College of Law's The Center for Law, Health & Society Luncheon, Atlanta, GA, September 29, 2016

- Panelist, "Full of Patients But Low on Cash: Managing Conflicts Between Health-Care Needs and Budget Woes," GSU College of Law's Tower to the Trenches CLE, Atlanta, GA, September 30, 2016

- Panelist, "The Life Cycle of Intercreditor Agreements - From Cradle to Grave," American Bar Association Business Law Section, Boston, MA, September 8, 2016

- Speaker, "Healthcare Restructuring Outlook: 2016 and Beyond," Expert Webcast, June 2, 2016

- Panelist, "Can You Believe What Politicians Tell You? A Comparison of the Business of Healthcare Delivery Systems in the United States and Canada," American Bar Association Business Law Section, Montreal, Canada, April 7, 2016

- Panelist, "Introduction to Hypothetical, First Day Orders," and presenter, "Setoff and Recoupment – Hypothetical," Bankruptcy from a Government Perspective Seminar, National Association of Attorneys General/States' Association of Bankruptcy Attorneys, Seattle, WA, October 4-7, 2015

- Panelist, "Hot Topics in Healthcare: Game Show Style!," Turnaround Management Association Annual Meeting, Scottsdale, AZ, October 6, 2015

- "Intercreditor Agreements: Problem-solver or an Invitation to a Fight?" American Bar Association Business Law Section Annual Meeting, Chicago, IL, September 29, 2015

- Panelist, "Ethics Issues in Bankruptcy," and "Leadership Development," American Bar Association Business Law Section Annual Meeting, Chicago, IL, September 17-19, 2015

- Speaker, "Trends and Transactions In Acute and Specialty Healthcare," Expert Webcast, DelMorgan & Co.

- "The Healthcare Industry Post-Affordable Care Act: A Bankruptcy Perspective," Emory Bankruptcy Development Journal Symposium 2015: Corporate Panel, February 26, 2015

- "Pandemic or Panacea? The Financial Impact of the ACA on the Modern Healthcare Industry," California Society for Healthcare Attorneys Annual Meeting, Olympic Valley, CA, April 13, 2014

- "The Fate of the Healthcare Industry After the Affordable Care Act: Where Does It Go From Here and Why?" Georgia State University College of Law Center for Law, Health & Society, Atlanta, October 29, 2013

- "Role of Unions in Healthcare," California Society for Healthcare Attorneys, Newport Beach, CA, April 2013

- "Did Congress Get It Right With the Patient Care Ombudsman?" American Bar Association Business Law Section Spring Meeting: Healthcare and Nonprofits in Bankruptcy Subcommittee Roundtable, Washington DC, April 5, 2013

- "What Healthcare Costs: Bringing Transparency to the Medical Marketplace," University of California San Francisco/University of California Hastings Consortium on Law, Science and Health Policy, January 23, 2013

- "Battling Strategies - Dueling Perspectives," How Debtor and Creditor Lawyers Approach Complex Situations,

7

Costa Mesa, CA, May 24, 2012

- "Financially Distressed Healthcare Facilities: Restructuring and Insolvency Options," Evaluating Bankruptcy and Other Alternatives While Preserving Quality of Care, November 16, 2011

- "Winning Your Bankruptcy Appeal," Beverly Hills Bar Association, October 4, 2011

- "International Insolvencies: Basic Principles and Current Problems," American Bar Association Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011

- "Cross-Border Insolvencies: Basic Principles of US, UK and EU Bankruptcy Law," American Bar Association Business Law Section 2011 Global Business Law Forum, London, UK, September 23, 2011

- "The Strategic Role of Examiners," 27th Annual Bankruptcy & Restructuring Conference, June 9, 2011

- "Examining Examiners and Their Impact on Creditors," American Bar Association Business Law Section, Boston, MA, April 14, 2011

- "The Beneficent Government: Federal and State Regulators in Bankruptcy Cases," Los Angeles Bankruptcy Forum, Los Angeles, CA, April 11, 2011

- "Something in the Way They Move... ": Motion Practice in Bankruptcy Appeals," American Bar Association Business Law Section Business Bankruptcy Committee, New Orleans, LA, October 14, 2010

- "Bankruptcy From a Government Perspective," National Association of Attorneys General, Attorneys General Training Institute, and the States Association of Bankruptcy Attorneys, Santa Fe, CA, September 14, 2010

- "The Impact of Healthcare Reform on Financing the Healthcare Industry," American Bar Association Annual Meeting, San Francisco, CA, August 6, 2010

- "Healing Hospitals on the Brink of Bankruptcy," Georgia State University College of Law Center for Law, Health & Society, Atlanta, GA, April 19, 2010

- "Center for Health & Pharmaceutical Law & Policy Distinguished Guest Practitioner Program," Seton Hall University School of Law, Newark, NJ, March 25, 2010

- "Doing Business With (or as) a Distressed Company," California Society for Healthcare Attorneys Fall Seminar, Los Angeles, CA, November 9, 2009

- "Healthcare Bankruptcy Program," Los Angeles County Bar Association, Los Angeles, April 28, 2009

- "Reality Bites: Representing Nonprofit Organizations in Financial Distress," American Bar Association Business Law Section, Vancouver, Canada, April 17, 2009

- "Distressed Healthcare Facilities: Restructuring and Insolvency Options," Strafford Publications, Teleconference, April 8, 2009

- "Financial Meltdown: Impact on Healthcare Institutions," Healthcare Financial Management Association, Southern California Chapter, Los Angeles, CA March 19, 2009

- "Strategies for Distressed Investing and Turnaround Situations in Healthcare," Healthcare Dealmaking Symposium, New York, NY March 10, 2009

## Memberships

- Fellow, American College of Bankruptcy (2017)

- American Bar Association
  - Co-Chair, Business Law Section Business Bankruptcy Committee, Healthcare and Non-Profit Subcommittee (2017 - present)

8

- Chair, Standing Committee on Armed Forces Law (2013-2017)

  - Member, Standing Committee on Armed Forces Law (2013-2017)

  - Chair, Business Law Section Healthcare Committee (2016-present)

  - Chair, Business Law Section Business Bankruptcy Committee, Programs Subcommittee (2010-2013)

  - Chair and previously Vice-Chair, Judicial Division Bench-Bar Bankruptcy Council (2007-2012)

  - Chair, Business Law Section Business Bankruptcy Committee, Secured Creditor Subcommittee

  - Chair, Business Law Section Business Bankruptcy Committee, Litigation Subcommittee

  - Chair, Business Law Section Business Bankruptcy Committee, Executory Contracts Subcommittee

  - Member, Business Law Section Business Bankruptcy Committee, Special Task Force on Bankruptcy Rule 2019 (2008)

- Member, Board of Directors, California Society for Healthcare Attorneys (2017-present)

- Member, Board of Editors, California Health Law News (2010-present)

- Co-Chair, American Bankruptcy Institute Healthcare Insolvency Committee (2003-2007)

- Board of Directors, Turnaround Management Association Southern California Chapter (2008-2010) and Program Chair (2008)

- Financial Lawyers Conference, Board of Governors (2011)

# Areas of focus

## Practices

- Creditor and Equity Committee Representation
- Cross-Border Restructuring Matters
- Debtor Representation
- Distressed M&A, Investing and Debt Trading
- Insolvency Litigation and Enforcement
- Out-of-Court Restructurings and Work-outs
- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Government
- Life Sciences and Health Care

## Region

- United States
- Los Angeles

# Education

- George Washington University School of Law, 1985, JD

- Georgetown University, 1983, MA

- United States Military Academy, 1977, BS

# Admissions and qualifications

- California

- Pennsylvania

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Peter D. Wolfson
## Global Vice-Chair



Global Vice-Chair

New York
D +1 212 768 6840
M +1 914 673 7648

peter.wolfson@dentons.com

# Overview

Peter Wolfson is a member of the world's largest law firm. He practices in the firm's Restructuring, Insolvency and Bankruptcy practice. He has more than 30 years' experience in representing debtors, creditor and bondholder committees, equity committees, plan sponsors, asset purchasers and other parties in interest in out-of-court restructurings and Chapter 11 cases.

Peter lectures on a variety of bankruptcy and reorganization topics before professional organizations and to various creditor and bondholder groups.

Peter is a member of Dentons' Global Board, the Global Advisory Committee. Prior to his current role as a Global Vice Chair, Peter was US Co-Chief Executive Officer of Dentons.

# Experience

As lead counsel for numerous creditor/bondholder/equity committees, Peter has developed a reputation as an aggressive, creative and practical bankruptcy lawyer in complex matters in a wide array of industries, in cross-border cases and in asbestos-related cases. Representative creditor and bondholder committee engagements include Federal Mogul Corporation, WHX Corporation, USG, Gillette Holdings, Hillsborough Holdings, Grand Union, Community Newspapers, General Homes, Wilson Foods, and Global Crossing. Peter was retained as special litigation counsel for committees in Exide and Hayes Lemmerz.

Peter also has significant experience in the representation of equity committees in high-profile cases. Examples include Accuride; Loral Space and Communications, Inc.; Interstate Bakeries Corporation; Baldwin-United; Hancock Fabrics; LTV Steel; Hexcel Corporation; At Home Corporation; ICH Corporation; Hamburger Hamlet; and New Valley Corporation (Western Union).

Peter has represented numerous debtors across the country, including Pulse Electronics, Young Broadcasting; Newcomm; Maxicare Health Plans; American Film Technologies; Gibson Discount Stores; Philip Services; Plan B Communications; Hayes Microcomputer Products; Coltex Loop Central Three; FutureLink; GB Holdings, Inc. (a holding company that owned a significant equity interest in the Sands Casino in Atlantic City, NJ); and ICH Corporation (Sybra). He represented Salton in the restructuring of its bank debt and subsequent exchange

offer. Peter was selected by the Receiver appointed by the State of California to represent Medirancho Provider Network in its Chapter 11 filing, and represented the examiner in the La Toya Jackson bankruptcy proceedings.

He has represented petitioning creditors who then took an active role in cases such as Zale Corporation, Southland Corporation (7-11 Stores) and MLG Properties.  Peter has represented successful plan sponsors and asset purchasers in matters such as Tropicana Casinos, Fontainebleau Las Vegas, TransTexas Gas Corporation and Onsite Communications, an international insurance company in two multihundred-million-dollar Ponzi scheme bankruptcy matters.  And he has represented numerous individual creditors and DIP Lenders in major restructurings such as CIT, Global Gaming, Home Holdings, Tronox, Worldcom and Enron, and numerous hedge funds in connection with their investments in distressed debt.  Peter represented an affiliate of Carl Icahn in the WestPoint Stevens Chapter 11 case that acquired substantially all the assets of WestPoint Stevens, and another affiliate of Icahn and Franklin Mutual Advisors in connection with Union Power, one of the world's largest cogeneration facilities.  He also represented Global Gaming in connection with its acquisition of Legends Casinos.

He also represented a national brokerage firm in connection with its major securities litigation and arbitration proceedings.

# Recognition

## Honors and Awards

- Peter has been recognized by *Chambers USA* as a leading bankruptcy and restructuring lawyer.

- Ranked in *Chambers USA: America's Leading Lawyers for Business*, 2008–2012

- Recognized by *Best Lawyers in America* (2006–2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law.

- Listed in New York editions of *Best Lawyers* and *Super Lawyers*, 2008–2012

# Insights

- Co-Author, "Securities Trading by Bondholders—Restrictions on Trading by Pre-Petition Steering Committee Members and 'Chinese Walls' in High Yield Bonds," *Practising Law Institute*, September 1991

- Author, "Tax Superiority in Bankruptcy—Study of Business Bankruptcy Distribution in the Southern and Western Districts of New York," *Buffalo Law Review*, No. 4, 1977

# Areas of focus

## Practices

- Corporate

- Creditor and Equity Committee Representation

- Debtor-in-Possession Financing

- Debtor Representation

- Litigation and Dispute Resolution

- Out-of-Court Restructurings and Work-outs

- Real Estate

Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Communications
- Energy
- Gaming
- Hotels and Leisure
- Life Sciences and Health Care
- Manufacturing
- Professional Services

# Education

- University at Buffalo, State University of New York, 1977, JD
- SUNY Fredonia, 1974, BA

# Admissions and qualifications

- New York
- Vermont
- US Court of Appeals for the Fifth Circuit
- US Court of Appeals for the Second Circuit
- US Court of Appeals for the Third Circuit
- US District Court for the Eastern District of New York
- US District Court for the Southern District of New York
- US District Court for the Western District of New York

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Arthur H. Ruegger
## Partner



Partner

New York

D +1 212 768 6881

arthur.ruegger@dentons.com

# Overview

Arthur Ruegger is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. He practices in bankruptcy litigation, commercial litigation, securities litigation and arbitration.

Art has extensive experience in bankruptcy court adversary proceedings and other contested matters, securities regulatory proceedings, securities arbitrations, and a wide variety of commercial litigation in the federal and state courts. Art's areas of substantive concentration include avoidance actions; valuation contests; securities fraud; general securities law work, including broker/dealer regulation; and contract and corporate law.

# Experience

## Representative Experience

Art has represented numerous entities and individuals, including debtors, creditors, committees and financial advisors, in a variety of high-profile bankrupcy cases and related litigations, including:

- *City of Detroit, Michigan* (Bankr. E.D. Mich.): as part of the restructuring and litigation teams, represented the Official Committee of Retirees, with contested hearings on eligibility and restructuring.

- *Lehman Brothers v. Saint Louis University* (Bankr. S.D.N.Y.): leader of the team defending Saint Louis University in matters related to the termination of interest rate swaps.

- *In re Federal Mogul* (Bankr. D. Del.): part of the team representing the Official Committee of Unsecured Creditors in this asbestos-related auto parts manufacturer's reorganization.

- *Westpoint Stevens* (Bankr. D. Del.): part of the team defending the asset sale in bankruptcy

- *Wave Division Holdings v. Highland Capital and Trimaran Capital* (Del. Chancery and Supreme Court): leader of the team defending Trimaran Capital Management in this contract and tort claim litigation.

- *Refco* (Bankr. S.D.N.Y.): leader of team representing estate administrator in various litigation and arbitration matters.

1

In addition, Mr. has represented various financial advisors as retention and other expert witnesses, including the related document productions, depositions and hearing testimony, in a number of high-profile restructurings, including:

- Adelphia
- BearingPoint
- Capmark
- Charter Communications
- Chemtura
- Dynegy
- Exide Technologies
- Extended Stay
- Hawaiian Telecom
- Hayes Lemmerz
- Horsehead Holding
- Indianapolis Downs
- Smurfit Stone
- Tribune
- Tropicana

# Activities and Affiliations

## Presentations

- Speaker, "Taking and Defending Depositions," National Association of Chapter Thirteen Trustees Annual Seminar, August 2013

# Areas of focus

## Practices

- Commercial Litigation
- Financial Services Litigation
- Insolvency Litigation and Enforcement
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Global Financial Services Firms

2

# Education

- Fordham University, 1977, JD, *cum laude*

- Georgetown University, 1974, AB, *cum laude*

# Admissions and qualifications

- New York

- US Court of Appeals for the Fourth Circuit

- US Court of Appeals for the Ninth Circuit

- US Court of Appeals for the Second Circuit

- US District Court for the Eastern District of Michigan

- US District Court for the Eastern District of New York

- US District Court for the Southern District of New York

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

3

大成 DENTONS

# Robert E. Richards
Partner



Partner

Chicago
D +1 312 876 7396
M +1 630 235 2470
robert.richards@dentons.com

# Overview

Bob Richards is chair of Dentons' US Restructuring, Insolvency and Bankruptcy practice and practices in the areas of bankruptcy and insolvency-related transactions and litigation. His practice includes Chapter 11 representations, distressed asset acquisitions, distressed loan purchases and foreclosure sales, and out of court transactions and transaction structuring. Bob is recommended by *Chambers USA* (2017), where he is praised as "a superb attorney with great legal skills and a creative mind, someone who gets things done and overcomes hurdles." He is also recommended in *Best Lawyers Illinois* (2018) and *The Legal 500 US* (2014-2015), which notes his "first rate technical skills as well as first rate business skills." BTI Consulting Group surveyed in-house counsel and named Bob as a BTI Client Service All-Star (2015) in recognition of his superior client service.

# Experience

He has been heavily involved in numerous Chapter 11 debtor representations in various industries in numerous jurisdictions, including AmCom General Corporation (radio station, D. Del.), Central Hardware Company (retail hardware, ED Mo.), Custom Shop Corp. (custom clothes, D. Del.), Digital Teleport, Inc. (telecom, ED Mo.), Eddie Haggar, Ltd. (women's apparel manufacturer/wholesaler, ND Tex.), First Merchants Acceptance Corp. (subprime auto lender, D. Del.), Grossman's Inc. (retail hardware, D. Del.), Handy Andy Home Improvement Centers (retail hardware, ND Ill.), Mission Independent Practice Association (managed health care organization, ND Cal.), NewComm Wireless Services (telecom, D. Puerto Rico), Northstar Aerospace (defense subcontractor, D. Del.), Philip Services Corporation (scrap metals, hazardous waste disposal and industrial cleaning, SD Tex.), Preserve at Woodland Harbor (single asset real estate, ND Ill.), Rotec Industries, Inc. (specialized construction equipment leasing and sales, D. Del.), Specialty Equipment Companies (food equipment manufacturer, ND Ill., Rockford Division) and Sonoran Energy, Inc. (oil and gas production, ND Tex.).

Bob has represented Official Committees of Unsecured Creditors in cases such as UAL Corp. (airline), Wickes, Inc. (lumberyards), Xechem, Inc. (pharmaceuticals), and Regal Cinemas, Inc. (theaters).

Bob also regularly represents private equity funds and other acquirers of financially distressed businesses and loans including in enforcement matters.

Industry experience includes energy, financing, health care, manufacturing and distribution, media and telecom,

1

# Recognition

- Ranked in Illinois for Bankruptcy/Restructuring by *Chambers USA* (2015-2017).

- Named in BTI Consulting Group's 2015 BTI Client Service All-Stars in recognition of superior client service.

- Recommended for Corporate Restructuring (including Bankruptcy) by *The Legal 500 US* (2015).

- Recognized by *Best Lawyers in America* (2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law in Illinois.

- Co-recipient, Small/Medium Turnaround of the Year Award, Midwest Chapter of the Turnaround Management Association (TMA) in recognition of the out-of-court restructuring of SourceLink, Inc., a marketing services firm with multiple US locations.

# Insights

- Co-author, "Bankruptcy Ruling Could Affect LIHTC Properties," *Novogradac Journal of Tax Credits*, Vol. 8 Iss. 8 (August 2016)

- Co-author, "Current Trends in Oil and Gas Finance," Dentons Global Energy blog    (February 18, 2016)

- Co-author, "Dancing with the Bear: Challenges for E&P Companies in the Unconventional Oil Market Are Not Quite Over," Dentons' *Game Changers Impacting the US Energy Sector*, 3rd ed. (July 2015)

- Co-author, "Contingency Planning at the Coalface," *Mining Journal*, June 19, 2015

- Author, "Intellectual Property in Bankruptcy and Other Distressed Situations," *ExecSense E-Book* (2013)

- Author, "LIHTC-Related Bankruptcies" Volume II, Issue X, *Novogradac Journal of Tax Credits* 12 (2011)

- Co-author, "Reorganizing or Acquiring Businesses Free and Clear of Environmental Liabilities," Chapter in *Managing Environmental Liabilities in Bankruptcy*, Thomson Reuters/Aspatore (2010)

- Co-author, "Practical Issues in Assignments for the Benefit of Creditors," 17 *ABI Law Review* 5 (2009)

- Co-author, "The Use of Fraud Examiners in the Battle Against Occupational Fraud and Abuse," Volume 5, Number 3, *The Journal of Investment Compliance* 67 (2004)

- Co-author, "Debt Securities" Chapter in *Layman's Guide to the Legal Aspects of Venture Investments*, National Association of Small Business Investment Companies (6th Edition 1999-2000)

# Activities and Affiliations

## Presentations

- Panelist, "Dentons Rodyk Academy Seminars: Implications of the Singapore Insolvency Law reforms for Financial Institutions - the US and English experience and the Australian perspective," Singapore, 20-22 September 2017

- Panelist, "Advanced Bankruptcy Issues," Association of Corporate Counsel, San Francisco, CA (October 18, 2016)

- Co-presenter, "Distressed M&A and Successor Liability," Dentons CLE for In-House Counsel, Chicago, IL (June 8, 2016)

- Panelist, "Roundtable Discussion," Estate Enforcement and Multi-Employer Pension California
Commission, Dallas, Texas, February 12, 2014

- Panelist, "LIHTC Related Bankruptcy Issues" Novogradac Affordable Housing Tax Credit Conference, New Orleans, LA, May 16-17, 2013

## Memberships

- Member, American Bar Association

- Member, American Bankruptcy Institute

- Member, Turnaround Management Association

# Areas of focus

## Practices

- Distressed M&A, Investing and Debt Trading

- Insolvency Litigation and Enforcement

- Out-of-Court Restructurings and Work-outs

- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Energy

- Life Sciences and Health Care

- Manufacturing

- Technology

# Education

- University of Michigan Law School, 1988, JD, *cum laude*

- Johns Hopkins University, 1985, BA, International Studies, Departmental Honors

# Admissions and qualifications

- Illinois

- US Court of Appeals for the Seventh Circuit

- US Court of Appeals for the Tenth Circuit

- US District Court for the Eastern District of Wisconsin

- US District Court for the Northern District of Florida

- US District Court for the Northern District of Illinois

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Claude D. Montgomery
## Partner



**Partner**

**New York**
D +1 212 632 8390

claude.montgomery@dentons.com

# Overview

Claude D. Montgomery is a partner in Dentons' New York office and a member of the Restructuring, Insolvency and Bankruptcy practice group. He has been a member of the Global Executive and Compensation Committees and is the legacy past managing partner of the New York Office. He was also the global head of the Reorganization, Restructuring, and Insolvency practice group at Salans LLP and a member of its Global Banking and Finance group.

Claude is "acclaimed as 'a highly skilled lawyer and a great case manager'" by *The Legal 500 US*. He is an experienced litigator at both the trial and appellate level, and specializes in business reorganizations and municipal restructurings. His business reorganization clients include lenders; debtors; official Chapter 11 and Chapter 9 creditor and retiree committees, and chapter 11 equity committees; indenture trustees; Chapter 7 and 11 trustees; asset buyers; and committees of corporate directors and officers. His hotel industry clients have included owners, operators, leasees and franchisees of hotel properties.

# Experience

- Represented the Official Retiree Committee in Detroit, Michigan's Chapter 9 municipal debt adjustment proceedings. This representation was honored by The M&A Advisor with the 2014 Restructuring of the Year Award.

- Represented the Fiscal Agency and Financial Advisory Authority (AAFAF) for the Commonwealth of Puerto Rico in its restructuring advice prior to Commencement of Title III proceedings under PROMESA by the U.S. President's appointed Financial Oversight and Management Board of Puerto Rico.

- Represented the Official Retiree Committee for Allis-Chalmers Corporation in its ground breaking multi-national Chapter 11 reorganization case.

- Representing Japanese mobile device manufacturer in restructuring Swedish law contract with distressed multinational logistics company with relevant operations in the Czech Republic, Netherlands, Singapore and the United States.

- Representing Hong Kong energy company in Transmeridian Exploration reorganization case as bondholder, disputed creditor and competing Chapter 11 buyer for Kazakhstan assets

- Representing Russian space technology company in Sea Launch LP reorganization cases as investor and technology supplier

- Representing China joint venture fund liquidator in fraud investigation of US manager

- Representing two Scandinavian Banks regarding Lehman Brothers in the US Reorganization and UK and Swiss Administration cases as creditors and OSLA and ISDA counterparties.

- Representing a Scandinavian Bank regarding enforcement of Master Whole Loan Repurchase Agreement from Chapter 11 seller

- Representing a Scandinavian Bank regarding restructuring secured hotel/condominium projects

- Representing the Turkish SDIF in insolvency planning relating to pursuit of assets of shareholders involved in a bank fraud

- Representing Telsim Telekomunikasyon by appointment from Turkish SDIF in Motorola v. Telsim regarding enforcement of Swiss Arbitration Award

- Representing Caribbean hotel and casino developer in debt work and partnership restructuring

- Representing Scandinavian bank in liquidity facility workout and structured finance termination

- Recent reorganization and bankruptcy cases: SunEdison (UK joint venture purchaser of Spanish solar energy generation business) Sea Launch Company (investor and technology supply creditor); Transmeridian Exploration (Bondholder and potential asset purchaser); Lehman Brothers (ISDA and repurchase agreement creditors); Christian Bernard (parent company); Collins & Aikman (Supplier); Atlantic Gulf Communities Corp. (Lender Group); Owens Corning (Lender); Adelphia Communication (Lender); MSCP Holding (Equity Committee); Key3Media (Committee Member); Regal Cinema (Indenture Trustee); Pillowtex (Indenture Trustee); Cellnet (Indenture Trustee)

- Recent appellate experience: Uzan v. Telsim (N.Y. App. Div., 1st Dept); Kassover v. Gibson (2d Cir., 2004, 2002 and 2000); Dunes Hotel Associates v. Hyatt (4th Cir. 1997); Skopbank v. Hyatt (3rd Cir. 1998)

- Recent litigation experience: Uzan v. Vodafone (N.Y. Sup. Ct.); Uzan v. Telsim (N.Y. Sup. Ct.); Oxus Gold v. Barbanel (D. NJ); Hocking v. GECC (D. Del.); Eden Toys v. Miller (B.S.D.N.Y.); Renaissance Cruise Lines v. Flosse (B.M.D. Fla.); Cohen v. Forman (B.S.D.N.Y.); 800 Canal Street v. Sonesta (Arbitration); Dunes Hotel Assoc. v. Hyatt (Arbitration)

- Recent mediation experience: Ames Dept. Stores (B.S.D.N.Y.) (preference cases)

# Recognition

## Honors and Awards

- Recommended by *The Legal 500 US* (2015-2016)

- Co-led team recognized by *The M&A Advisor's* 2014 Restructuring of the Year Award (City of Detroit Chapter 9)

- Recognized with the Martindale-Hubbell AV Preeminent Rating, Martindale-Hubbell's highest ranking in both legal ability and ethical standards (1995-2015)

- Led team recognized by *The M&A Advisor* 2011 Distressed Turnaround Cross Border Transaction of Year (Sea Launch Chapter 11)

- Recognized for Bankruptcy in *Super Lawyers* magazine (2006-2016)

- AV Preeminent rating by Martindale-Hubble (2013-2017)

# Insights

- "Dentons advises Gamma Energy on Stokes Marsh solar PV acquisition," *Dentons Client Alert*, May 19, 2017

- Co-author, "Puerto Rico: Is the Sovereign in or out of the Dollar Zone?," *Eurofenix*, Autumn 2015

- "New Developments: Plan Process - Voting and Conformation," *Current Bankruptcy Developments*, Practicing Law Institute, 2001

- "Solicitation Under Section 1125 of the Bankruptcy Code: Century Glove and the First Amendment," *Seton Hall Law Review*, 1993

- "The Impact of the Collective Bargaining Agreement On The Corporate Reorganization Process in Chapter 11 of the Bankruptcy Code," *Labor Law Development*, 1985

- "Rejection of Collective Bargaining Agreements During Chapter 11 Proceedings Under the U.S. Bankruptcy Code," Practicing Law Institute, ERISA and Bankruptcy, 1983

# Activities and Affiliations

## Presentations

- Panel Moderator, "Creative Solutions for Financially Challenged Municipalities," Municipal Restructuring and Reform Series, Dentons US LLP, Chicago, IL, November 5, 2015

- Panel Moderator, "Hot Topics, Legal Issues and Uncertainties Surrounding the Rights of Parties in a Municipal Insolvency, Including Chapter 9," Municipal Restructuring and Reform Series, Dentons US LLP, New York, NY, October 29, 2015

- ACB Fifth Circuit Panel on Chapter 9 municipal bankruptcy and restructuring, Seminar co-hosted by United States Court of Appeals for the Fifth Circuit and the American College of Bankruptcy, New Orleans, May 2014

- Panelist, "Obamanomics and the Future of Bankruptcy Judges," National Conference of Bankruptcy Judges, Las Vegas, October 2009

- International Society of Hospitality Consultants, Budapest, 2001

- Association of the Bar of the City of New York, New York, 1993

- Pacific Coast Labor Law Symposium, Seattle, 1989

- Practicing Law Institute, New York, 1983; San Francisco, 1986; New York, 1994; New York, 2001

- American Bar Association, Labor Section, Chicago, 1985

- AFL-CIO Lawyers Conference, 1981, 1982, 1986

## Memberships

- American Bankruptcy Institute, Member

- International Society of Hospitality Consultants, Member

- American Bar Foundation, Member

- American Bar Association, Member

3

Committee on Bankruptcy and Corporate Reorganization, Association of the Bar for the City of New York,
Member from 1991–1993

## Prior and Present Employment

Claude joined Salans (now Dentons) from Phillips Lytle Hitchcock Blaine & Huber where he was a member of the Governing Committee. He is currently Vice Chair of the Ethics Subcommittee for the ABA Business Bankruptcy Committee, Business Law Section and was the Vice-Chair and Chair of the European Working Group for the International Bankruptcy Subcommittee 2002-2004. Claude was also Vice-Chair of the Avoiding Power Subcommittee, ABA Business Bankruptcy Committee, Business Law Section from 1997-1999.

# Areas of focus

## Practices

- Banking and Finance
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy
- Cross-Border Restructuring Matters
- Distressed M&A, Investing and Debt Trading
- Financial Institution Insolvency
- Insolvency Litigation and Enforcement

## Industry sectors

- Aviation and Aerospace
- Commercial Banks
- Hotels
- Hotels and Leisure
- Investment Banks and Broker Dealers

# Education

- Stanford University, 1978, JD
- Brown University, 1975, BA, double major in History and Economics

# Admissions and qualifications

- Michigan
- New York
- US Court of Appeals for the District of Columbia Circuit
- US Court of Appeals for the First Circuit

4

- US Court of Appeals for the Sixth Circuit

- US Court of Appeals for the Third Circuit

- US District Court for the District of Connecticut

- US District Court for the Eastern District of Michigan

- US District Court for the Eastern District of New York

- US District Court for the Southern District of New York

- US District Court for the Western District of Michigan

- US Supreme Court

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member
firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Jeffrey A. Baumel
Partner



**Partner**

New York
D +1 212 768 5374

Short Hills
D +1 973 912 7189

jeffrey.baumel@dentons.com

# Overview

Jeffrey Baumel heads the US securities practice and co-leads the Firm's Life Sciences and Health Care industry sector, representing a broad range of companies in the life sciences, biotechnology and technology industries. His deep securities law experience comes from working with issuers, underwriters and venture capital investors on a wide range of transactions. These have included public offerings and private placements of equity and debt securities involving hundreds of millions of US dollars. In addition, Jeffrey has worked extensively with venture capital and investment banking firms specializing in growth-stage ventures.

Jeffrey advises boards of directors on complex corporate governance and compliance matters. He also represents both public and private companies in connection with corporate and commercial transactions, including mergers and acquisitions. A chair of the BioNJ Venture Capital Forum, Jeffrey also speaks regularly on issues relating to finance, corporate governance and securities law.

# Experience

Recent transactions handled by Jeffrey include:

- Represented ADMA Biologics, a biotechnology company, which focuses on the development and commercialization of human plasma and plasma-derived therapeutics, in connection with its US$26.5 million initial public offering, as well as with a US$17.5 million private placement of common stock offering to institutional investors.

- Represented Professional Diversity Network, a leading provider of social networking sites for diverse professionals, in its initial public offering on Nasdaq.

- Represented One Liberty Properties in an underwritten public offering of US$40.8 million in common stock through Deutsche Bank and two shelf registrations totaling US$300 million.

- Represented Topaz Pharmaceuticals, a specialty pharmaceutical company developing and commercializing treatments for the pediatrics and dermatology markets, in its sale to Sanofi Pasteur.

- Represented EUSA Pharma, Inc. a UK-based specialty pharmaceutical company in connection with

1

merger with Cytogen Inc., a wholly traded biotechnology pharmaceutical company.

- Represented Pulse Electronics in securing a debt and equity investment of approximately US$102.7 million with certain affiliates of Oaktree Capital Group, LLC, a leading global investment management firm with approximately US$81 billion under management.

- Represented PharmAthene, a biodefense company, in connection with its underwritten public offering of US$17.3 million in common stock and four registered direct offerings totaling US$17.5 million in common stock and warrants, as well as with a US$100 million shelf registration, a US$50 million shelf registration and two resale shelf registrations totaling US$23.8 million.

- Represented Advancis Pharmaceuticals, Inc. in its US$60 million initial public offering through Lehman Brothers, Pacific Growth Equities and Thomas Weisel Partners.

- Represented American Caresource Holdings, Inc., a Texas-based ancillary health care services management company, in the spinoff, in the form of a registered distribution of common stock, to stockholders of Patient InfoSystems, Inc., its publicly traded parent company.

- Represented Lane Capital Partners as underwriters of a follow-on public offering by Novavax, Inc.

- Represented HealthCare Ventures in connection with investments in early- to late-stage biotechnology companies.

- Represented ADMA Biologics, Inc., in a venture capital investment in preferred stock by Aisling Capital.

- Represented Bear Stearns Health Innoventures in a follow-on venture capital investment transaction.

- Represented Covance Antibody Systems, Inc., a biopharmaceutical development services company, in its acquisition of assets of Signet Laboratories, Inc., a provider of antibody products and services.

- Represented Astralis, Ltd., a publicly traded biotechnology company developing therapeutics for psoriasis, in a strategic alliance with Skypharma PLC, relating to drug development activities.

- Represented FEI Technologies, Inc., a biotechnology company developing proprietary devices for drug delivery in their license of technology to Schering AG.

- Represented Vuesonix, Inc., a venture backed medical device company in the venture capital investment by Eastern Technology Fund and PA Early Stage Fund.

- Represented Elusys Therapeutics, Inc., a biotechnology company developing therapeutics for lupus, in a venture capital investment by Invesco Capital.

- Represented Acorda Therapeutics, Inc., a venture-backed biotechnology company.

# Recognition

## Honors and Awards

- Recommended, *The Legal 500* in the area of Life Sciences, 2013-2016

- Listed, *The Best Lawyers in America* in the practice areas of Corporate Law and Venture Capital Law, 2013-2014

- Listed, *Chambers USA: America's Leading Lawyers for Business* , New Jersey, 2011-2013

# Insights

- "The Bayh-Dole Act: The Technology Revolution Show its Age," *Venture Capital Review*, Winter 2009

2

- "PIPACs, PIPEs, Reverse Mergers and Spin-Offs" *New Jersey Law Journal*, May 2007

- "Supreme Court Clarifies Securities Fraud Claim Burden," *New Jersey Law Journal*, May 2005

- "New Jersey Life Sciences Venture Picture Mixed in Q2 '03," October 2003

- "Year Over Year, New Jersey Life Science VC Deals are Up," April 2003

- "Sarbanes-Oxley and Small Business: Hold On, It's Going to be a Bumpy Ride," November 2002

# Activities and Affiliations

## Presentations

Jeffrey is a frequent speaker on finance, technology and life sciences related topics at industry conferences such as:

- Biotechnology Industry Organization

- Bio CEO & Investor Conference

- Deloitte IPO Intensive Seminar

- Mid-Atlantic Venture Conference

# Areas of focus

## Practices

- Corporate

- Corporate Governance

- Joint Ventures

- Mergers and Acquisitions

- Real Estate Investment Trusts (REITs)

- Securities and Corporate Finance

- Technology Procurement, Development and Licensing

- Venture Technology and Emerging Growth Companies

## Industry sectors

- Biotechnology Companies

- Life Sciences and Health Care

- Pharmaceutical Companies

- Technology

# Education

- Cornell Law School, 1983, JD

3

University of Rochester, 1980, BA, cum laude

# Admissions and qualifications

- New Jersey

- New York

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member
firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Andrea Sharetta
Partner

Partner

New York
D +1 212 768 6710

andrea.sharetta@dentons.com

# Overview

Andrea Sharetta is a member of Dentons' Tax practice. She has expertise in federal income tax matters, including taxable and tax-free mergers, acquisitions, dispositions and other restructurings; bankruptcy and insolvency reorganizations; taxation of consolidated groups of corporations; and corporate joint ventures, with a concentration on cross-border tax planning and taxation of nonresidents.

Andrea has experience in a broad range of US tax issues for multinational corporations and regularly provides advice on international tax matters, including business structuring, sourcing, the subpart F provisions, the foreign tax credit provisions, tax treaties, and the tax treatment of both inbound and outbound investments.

Andrea actively participates in the firm's pro bono program and has helped a variety of nonprofit groups obtain federal and state tax exemptions. She is also a regular contributor to Dentons' Tax practice E-Alerts.

# Insights

- Co-author, "Global Employment Lawyer - Summer 2015," Summer 2015
- Co-author, "Income tax consequences of US visas," June 24, 2015

# Activities and Affiliations

## Memberships

- Member, Tax Section, New York State Bar Association
- Member, USA Branch of the International Fiscal Association
- Member, International Tax Institute, Inc.

# Areas of focus

## Practices

- Corporate Taxation
- Individual Taxation
- Tax

# Education

- New York University, 1998, LL.M., Taxation
- University of Notre Dame, 1997, JD, *Notre Dame Law Review*
- Binghamton University, 1994, BA, *summa cum laude*

# Admissions and qualifications

- Illinois
- New York

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# George B. Newhouse, Jr.
## Partner



Partner

Los Angeles
D +1 213 892 2846

george.newhouse@dentons.com

# Overview

George is a member of Dentons' Litigation and Dispute Resolution practice with a focus on white collar defense and government investigations along with complex civil litigation. George has tried 40 criminal, civil and arbitration cases to verdict and handled more than 40 appellate cases in federal and state courts. He represents clients in a range of cases involving antitrust, environment, health care, public corruption, securities, fraud and tax issues.

George has broad and deep experience in government prior to entering private practice, including having served as an assistant United States attorney for the Criminal Division of the United States Attorney's Office, Central District of California.

# Experience

## Government fraud/corruption investigations

- Represented a defense government contractor in a false billing claims and related qui tam action brought by a civil plaintiff.

- Negotiated the resolution of an investigation involving self-disclosures in connection with Stark Act and potential anti-kickback issues on behalf of Ventura County Hospital.

- Defended and prosecuted numerous government fraud cases involving a major defense contractor and their employees.

## Internal investigations

- Conducted internal investigation on behalf of a Fortune 500 corporation involving inquiries to the audit committee and in response to an investigation of labor fraud by the US attorney in Los Angeles.

- Directed internal investigations related to health care fraud, health care compliance issues and general corporate governance issues.

- Directed internal investigation of multinational corporations involved in potential Foreign Corrupt Practices Act

violations:

# Competition and antitrust

- Represented a company in an international cartel investigation of the dynamic random access memory (DRAM) industry, and handled plea negotiations with the US Department of Justice (DOJ) Antitrust Division.

- Represented individual executives involved in a DOJ investigation of price fixing in the airline industry.

- Represented individual executives involved in a DOJ investigation of aftermarket car lights.

# Securities fraud

- Represented officers of publicly traded companies against allegations of securities fraud, insider trading and financial statement fraud.

- Successfully defended businessman Courtney Smith against accusations of violations of section 17(a) of the Securities Act, and obtained acquittal after a criminal trial in a US district court in Los Angeles, as well as in a civil case which followed involving the Securities and Exchange Commission, with the client being fully exonerated.

- Defending former National Football League star and Olympian Willie Gault against accusations of violations of 10(b) of the Securities Act arising from his employment by a publicly traded company.

- Defended an executive of GenesisIntermedia, Inc., against allegations of securities fraud and stock irregularities in cause, leading to largest Securities Investor Protection Corporation bailout in history. Obtained a "declination" letter from the DOJ, which was followed by the reversal of a US$57 million fraud judgment on appeal in Eighth Circuit.

# Environmental and maritime

- Successfully defended both individual executives and corporations in various Clean Water Act, Clean Air Act and Resource Conservation and Recovery Act prosecutions for unlawful disposal of hazardous waste.

- Responded on numerous occasions to maritime incidents involving claims of pollution of the high seas.

# Tax

- Represented numerous individuals and corporations in federal and state tax investigations and prosecutions involving tax evasion, US Internal Revenue Service seizures, criminal tax defense and failure to file.

# Regulatory fraud and other white collar violations

- Represented a top-ranking executive at Space Systems Loral in an investigation of potential Export Act violations involving the exchange of technical data relating to a Chinese missile launch.

- Represented individual executives and corporations involved in Foreign Corrupt Practices Act investigations and prosecutions.

# Public corruption

- Defended a Fortune 50 waste disposal company involving corruption investigation by the DOJ.

- Successfully defended elected city officials involving charges of waste spill by a municipal treatment facility.

- Participated in a federal criminal investigation involving several members of law enforcement and pertaining to public corruption in the performance of duties.

- Represented an executive at a large international conglomerate shipping company involved in a "pay to play"

prosecution by the Los Angeles County District Attorney's Office

## Other/civil litigation

- Prosecuted and defended theft of intellectual property and patent cases.

# Recognition

## Honors and Awards

- Martindale-Hubbell® AV Rating, 2017

- Selected to *Los Angeles Business Journal* "Most Influential Lawyers: White Collar and Cyber Crime" list, July 2015

- Department of Justice Director's Award for Superior Performance, 1988

## In the Media

- Guest, Bloomberg Law Radio, "Bloomberg Law Brief: Cellphone Privacy at High Court (Audio)," August 17, 2017

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: ACLU Sues D.C. Police Over Inauguration Day Arrests (Audio)," June 22, 2017

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: Police Search High School, Pat Down 900 Students (Audio)," April 26, 2017

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: FBI Settles Eavesdropping Lawsuit (Audio)," January 5, 2017

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: Boston Police Invests in Social Media Spy Software," December 7, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: Judge Speaks Out Against CA Court," August 1, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: 4th Freddie Gray Officer Acquitted," July 20, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law: Fourth Freddie Gray Officer Acquitted," July 19, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law Brief: Rights of Apartment Tenants," April 15, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law: Is University Free Speech Threatened?," April 14, 2016

- Guest, Bloomberg Business Radio, "Bloomberg Law: Baltimore Officer Made to Testify," March 8, 2016

# Insights

- Co-author, "DOJ FCPA pilot program pushes self-disclosures," *Dentons Client Alert,* April 12, 2016

- Author, "Is DOJ violating its own policy?," *Los Angeles Daily Journal,* September 24, 2015

# Activities and Affiliations

## Presentations

Criminal (George Frost v. Employment Development Judge Sides (Criminal Record Expungion: *Bloomberg Law*
broadcast, June 24, 2015

## Memberships

- Adjunct professor, University of Southern California, Department of Political Science, 2007–present; 1998–2003

- Member, American Bar Association, Criminal Justice Section

- Director, White Collar Criminal Committee

- Member, Federal Bar Association

- Member, Los Angeles County Bar Association

## Prior and Present Employment

Prior to joining Dentons, George was a partner at Brown White & Newhouse. From 2000 to 2007, he was a partner at Thelen Reid & Priest and chair of the White Collar Criminal Defense practice. He was an associate at Davis, Polk & Wardwell, handling primarily civil and white collar criminal matters from 1983 to 1986. After law school, George served as a law clerk to the Honorable Judge Thomas P. Griesa in the United States District Court for the Southern District of New York.

George has held a wide range of positions with public organizations, including:

- Deputy General Counsel, Los Angeles Police Commission's Rampart Independent Review Panel, 2000

- Advisory counsel, independent counsels for *In re Whitewater*, 1997–1998 and *In re Espy*, 1996–1997

- Assistant Division Chief, Public Corruption and Government Fraud Section, 1991–1998

- Assistant United States attorney, Criminal Division of the United States Attorney's Office, Central District of California, 1986–1998

- Chairman, Southern California Defense Procurement Fraud Task Force

- Attorney General's Advisory Committee on Health Care Fraud

- Federal Emergency Fraud Task Force (following the Northridge Earthquake)

- Los Angeles Campaign Finance Fraud Task Force

- Coordinator for terrorism and foreign counter-intelligence matters with the Federal Bureau of Investigation in Los Angeles

# Areas of focus

## Practices

- Appellate Advocacy

- Competition and Antitrust Litigation

- Corporate Fraud

- Fraud, Corruption and Asset Recovery

- Global Anti-Corruption

- Health Care
- Internal Investigations
- Litigation and Dispute Resolution
- White Collar and Government Investigations

## Industry sectors

- Defense and Space
- Government Agencies

## Region

- United States

# Education

- Oxford University, 1983, MA, Politics, Philosophy and Economics, Rhodes Scholar, California & Queen's College, Oxford, 1976
- University of California, Berkeley, School of Law, 1982, JD, Order of the Coif
- Harvard University, 1976, AB, *cum laude*, Psychology

# Admissions and qualifications

- California
- New York
- US Court of Appeals for the Eighth Circuit
- US Court of Appeals for the Ninth Circuit
- US Court of Appeals for the Second Circuit
- US District Court for the Central District of California
- US District Court for the Northern District of California
- US District Court for the Southern District of New York

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Rachel M. Cannon
Partner



Partner

Chicago
D +1 312 876 2474
M +1 312-307-3228
rachel.cannon@dentons.com

# Overview

Rachel Cannon is a member of Dentons' Litigation and Dispute Resolution practice focusing on trial work, investigations, complex civil litigation and white collar criminal defense. A seasoned trial lawyer, she was part of the trial team that successfully prevented the US Commodity Futures Trading Commission (CFTC) from enjoining a Chicago trader in a recent high-profile "spoofing" case. An experienced investigator, she regularly conducts investigations at the request of senior management or boards of directors on matters ranging from sexual misconduct to financial fraud and bribery.

Prior to joining Dentons, Rachel served as an assistant United States attorney (AUSA) in Chicago, where she supervised the bankruptcy fraud program and worked in the Securities and Commodities Fraud Section. She also prosecuted a wide variety of fraud cases involving more than US$100 million in losses, and has indicted corporations, executives, doctors, investment advisors, consultants, real estate developers and public officials, among others. Rachel received a number of awards during her time as an AUSA. She also served as a periodic trial advocacy instructor for the CFTC, the Department of Justice and the Securities and Exchange Commission. She has tried 19 jury trials and dozens of bench trials, and has briefed and argued numerous cases in the US Court of Appeals.

# Experience

- **Igor B. Oystacher** and **3Red Trading:** Successfully prevented the CFTC from enjoining a Chicago trader and his trading firm in a "spoofing" and market manipulation case. ( *CFTC v. Igor B. Oystacher and 3Red Trading, LLC,* No. 15-c-9196, Northern District of Illinois)

- **Criminal defendant:** Representing, in a federal criminal case, a former managing partner of an AmLaw 100 law firm accused of embezzling US$2 million from a client. (16 CR 99, Northern District of Georgia)

- **Talent agency:** Representing in a DOJ criminal antitrust probe.

- **Compass Lexecon** and **FTI Consulting, Inc.:** Successfully represented in a dispute with the state of Illinois over the disclosure of expert income in an antitrust case. (*Illinois v. AU Optronics Corp. et al.,* 10-CH-34472)

- **Numerous global and local companies:** At the request of senior management or the board of directors,

1

led internal investigations into a wide variety of allegedly improper activities committed by employees and other affiliates.

# Recognition

## In the Media

- Quoted in "Federal Health-Care Fraud Unit Launched in Illinois," *Bloomberg BNA Health Care Daily Report and Bloomberg BNA Daily Report for Executives*, July 20, 2017

- Quoted in "Volkswagen Under Siege: Unprecedented Search, Unanswered Questions," *Forbes*, April 17, 2017

- Quoted in "The Feds Move On VW: Does Fiat Chrysler Get The Message?," *Forbes*, January 14, 2017

- Profiled in, "How Chicago Became The Center Of A Spoofing Test Case," *Law360*, July 21, 2016

- Quoted in, "US Attorney Takes Lead in Chicago Corruption Case," *Law360*, January 12, 2016

- Profiled in, "Dentons Nabs Prosecutor For White Collar Work In Chicago," *Law360*, October 20, 2015

# Insights

- Co-author, "Mistrial in bribery case against US Senator Robert Menendez highlights the challenges of proving bribery with circumstantial evidence," *Dentons Client Alert*, November 22, 2017

- Co-author, "Potential disaster relief fraud cases loom in Hurricanes Harvey, Irma and Maria's wake," *Dentons Client Alert*, September 25, 2017

- Co-author, "Why The CFTC's New Use Of NPAs Is Significant ," *Law360*, July 31, 2017

# Activities and Affiliations

## Community Involvement and Pro Bono

- Rachel has counseled both governmental and non-governmental organizations in various Eastern European emerging democracies. She has taught judges, prosecutors, investigators, and independent agencies about U.S. constitutional and criminal procedure, and provided training on how to investigate and prosecute corruption.

- Pro Bono Advisory Committee for the Northern District of Illinois

## Presentations

- Presenter, "Grand Jury 101: From the *Magna Carta* to the Present in 60 Minutes," Dentons CLE Seminars for In-House Counsel, St. Louis, June 3, 2016, and Chicago, June 8, 2016

- Panelist, "Aligning Your Investigation Strategy Across a Complex, Global Landscape," Association of Corporate Counsel, Chicago, March 2016

- Presenter, "Corporate Grand Jury Investigations," Dentons CLE Seminar for In-House Counsel, San Francisco, January 14, 2016

## Prior and Present Employment

Prior to joining Dentons, Rachel was an assistant United States attorney at the United States Attorney's Office in

Chicago. She also served as an assistant state's attorney for the Cook County State's Attorney's Office, during which time she was profiled by Jerry Crimmins in the article "Following Her Dream," in the *Chicago Daily Law Bulletin* (January 22, 2002).

From 1998 to 2000, Rachel practiced at Winston & Strawn LLP and focused on complex civil litigation and white collar criminal defense. She was the recipient of Winston & Strawn's Commitment to Public Service Award in 2000 for her pro bono representation of indigent defendants through the First Defense Legal Aid Program. Her volunteer work was highlighted by Bonnie McGrath in the article "For Lawyers on the Frontline, a Chance to Trade War Stories," in the *Chicago Daily Law Bulletin* (September 28, 1999).

# Areas of focus

## Practices

- Appellate Advocacy
- Corporate Governance
- Litigation and Dispute Resolution
- Securities and Commodities Enforcement
- Securities and Shareholder Litigation
- White Collar and Government Investigations
- Government Contracts - US

## Industry sectors

- Government
- Financial Institutions
- Professional Services

# Education

- University of Chicago Law School, 1998, JD
- University of Chicago, 1994, BA, English with honors, *Phi Beta Kappa*, Honorary Student Marshall (awarded to the top five percent of students in graduating class)

# Admissions and qualifications

- Illinois
- Seventh Circuit Court of Appeals
- US District Court for the Northern District of Illinois
- US District Court for the Northern District of Illinois, Trial Bar

# Languages

- English

3

- French
- Italian

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Ilan Katz
## Partner



Partner

New York
D +1 212 632 5556

ilan.katz@dentons.com

# Overview

Ilan Katz is a member of Dentons' Corporate and Business Transactions and Venture Technology practices.

His practice encompasses a number of major transactional areas, including mergers and acquisitions, venture capital transactions, joint ventures and strategic alliances, structured and project finance, general contract negotiation, and general corporate advice.

Ilan has extensive experience representing a wide variety of public and private companies in numerous corporate transactions.

# Insights

Recent SEC Actions Further Shift the Paradigm for Director Elections (M&A Lawyer July/August 2009)

# Activities and Affiliations

## Prior and Present Employment

Prior to joining Dentons, Ilan was counsel at Latham & Watkins.

# Areas of focus

## Practices

- Corporate
- Corporate Governance
- Joint Ventures

1

- Mergers and Acquisitions
- Public Company Reporting
- Securities and Corporate Finance
- Venture Capital
- Venture Technology and Emerging Growth Companies

## Industry sectors

- Biotechnology Companies
- Information Technology (IT)
- Life Sciences
- Private Equity
- Technology

# Education

- University of Pennsylvania Law School, 1998, JD, *cum laude*
- Brandeis University, 1995, BA, Economics, *magna cum laude,* Phi Beta Kappa, Sidney S. Cohen Award in Economics

# Admissions and qualifications

- New Jersey
- New York

# Languages

- English

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Mark Wege
## Partner



Partner

Houston

D +1 713 658 4640

mark.wege@dentons.com

# Overview

Mark Wege is a partner in Dentons' Restructuring, Insolvency and Bankruptcy group. Mark's practice focuses on restructuring businesses, both in and out-of-court, with a concentration on energy related companies. His experience includes extensive work with exploration and production companies, as well as oil field service, petrochemical and alternative energy entities.

Mark also represents entities in corporate reorganizations, including out-of-court restructurings and formal bankruptcy proceedings, in a wide variety of industries. In Chapter 11 cases, he has represented debtors, DIP lenders, creditor committees, purchasers and secured and unsecured creditors in bankruptcy courts across the United States.

Mark has practiced in financial restructuring for more than 25 years, representing companies in industries such as oil and gas exploration and production, petrochemicals, refining, electrical generation and transmission, oil field service and supply, alternative energy, transportation, telecommunication, retail grocery, wholesale product production and distribution, retail restaurant, commercial real estate and healthcare.

# Experience

- Representation of debtors as primary or special counsel in various Chapter 11 proceedings including the following entities: Juniper GTL LLC, KiOR, Inc., SpectraWatt, Inc., Bigler, LP, Propex Inc., Cygnus Oil & Gas Corp., Souper Salad Inc., Texas Petrochemicals LP, Calpine Corp., Encompass Services Corp., Alma Energy Corp./Equinox Oil Company, Inc., LifeStream International Inc., Hepatix, Inc., Texas State Optical Inc., Food Barn Stores Inc., 50-Off Stores Inc., and Dow Corning Corporation.

- Representation of creditors, including DIP lenders, secured lenders and unsecured creditors, in the following bankruptcy cases: ERG Intermediate Holdings, MFGlobal, ATP Oil & Gas Corp., Sadler Clinic PLLC, Reddy Ice Holdings, ASARCO, Seahawk Drilling, Lyondell Chemical Company, SemCrude, L.P., Flying J, Scotia/Pacific Lumber Company, Mansions at Hastings Green, Wilshire Homes, BNP Petroleum, Easy Gardener, Yukos Oil Company, Zounds, Inc., Philip Services Corporation, Mirant Corp., Superior Offshore International, Orion Refining, Paracelsus Healthcare Corp., Highland Health Services Inc., Perry Gas Inc., Crescent Machinery Company, Consolidated Equipment Companies Inc., Drypers Corp., Iridium LLC, Sunset

- Representation of plan agents or liquidating trustees in the following bankruptcy cases: SpectraWatt, Inc., Cygnus Oil & Gas Corp., LifeStream International, Inc., WRT Energy Corp., Fruehauf Trailer Corp., and Gasmark Ltd.

- Representation of purchasers or potential purchasers of assets in the following cases: SunEdison, Pacific Lumber Co., VecTour Inc., CoServ, Kaiser Aluminum Corp., and Cajun Electric Power Cooperative Inc.

- Representation of official creditor committees in the following cases: Denali Inc., Agrifos Fertilizer LP, and Pioneer Companies Inc.

- Representation as expert witness: Vitro S.A.B. de C.V.

# Recognition

## Honors and Awards

- *Turnaround Management Association*, winner of the 2017 Transaction of the Year: Small Company for the sale of Juniper GTL LLC

- *M&A Advisor*, 2016 Energy Deal of the Year (US$10 million to US$100 million) for the sale of Juniper GTL LLC

- Recognized by *Best Lawyers in America* (2007-2018), the leading peer-review-based directory of legal practitioners, for Bankruptcy and Creditor Debtor Rights/Insolvency and Litigation - Bankruptcy

- Ranked for Bankruptcy/Restructuring in Texas by *Chambers USA* (2013-2017)

- Recognized for Bankruptcy and Workout Law *Texas Super Lawyers* (2004, 2006-present)

- Recognized with the Martindale-Hubbell AV Preeminent Rating (2012)

# Insights

- Author, "Fifth Circuit Refuses to Adopt 'Artificial Impairment' Standard," *Pratt's Journal of Bankruptcy Law*, June 2013

- Co-author, "Civil Forfeiture and Bankruptcy: The Conflicting Interest of the Debtor, Its Creditors and the Government," 69 Am. Bankr. L.J., Winter 1995

# Activities and Affiliations

## Presentations

- Speaker, "Juniper: A lesson in flexibility, perseverance and communication in the restructure process," Turnaround Management Association - Houston Chapter, January 10, 2018

- Guest lecturer, "Advanced Financial Restructuring," Rice University: Jones Graduate School of Business, March 2017

- Panelist, "Oil and Gas Environmental Concerns and Issues," 35th Annual Jay L. Westbrook Bankruptcy Conference, Austin, TX, November 17-18, 2016

- Panelist, "Everything You've Always Wanted to Know About Energy Issues in Bankruptcy But Were Afraid to Ask," ICLE, Business and Consumer Bankruptcy Program, State Bar of Georgia, November 5-6, 2015

- Panelist, "Non-Standard Plan Confirmation: Combined Plan and Disclosure Statement Hearings, Creditor Plans, and Exclusivity," 32nd Annual Advanced Business Bankruptcy Program, February 19-20, 2015

- Speaker, "The Plight of Renewable Energy and the Story of SpectraWatt, Inc.," Turnaround Management Association, September 12, 2012

- Panelist, "Section 363(k) Credit Bidding Issues," 28th Annual Jay L. Westbrook Bankruptcy Conference, Austin, Texas, November 19-20, 2009

- Speaker, "Use of Deposition Testimony in Direct and Cross-Examination," University of Texas Bankruptcy Litigation, Advanced Pre-Trial and Procedure Workshop, February 6, 2009

## Memberships

- Member, State Bar of Texas

- Member, State Bar of New York

- Member, American Bankruptcy Institute

- Life Fellow, Houston Bar Foundation

- Sustaining Life Fellow, Texas Bar Foundation

- Former Chair, Bankruptcy Section, Houston Bar Association

- Former President, Turnaround Management Association, Houston Chapter

## Prior and Present Employment

Mark began his legal career as a law clerk for the Honorable William Greendyke, former chief bankruptcy judge for the Southern District of Texas in Houston.

Prior to becoming a lawyer, Mark was a commercial loan workout officer and participated in the workout of a numerous syndicated/agented loans in excess of US$100 million in the energy and real estate industries.

# Areas of focus

## Practices

- Creditor and Equity Committee Representation

- Debtor Representation

- Debtor-in-Possession Financing

- Distressed M&A, Investing and Debt Trading

- Energy Litigation

- Insolvency Litigation and Enforcement

- Out-of-Court Restructurings and Work-outs

- Private Equity

- Restructuring, Insolvency and Bankruptcy

## Industry sectors

- Electricity
- Energy
- Financial Institutions
- Health Care
- Oil and Gas
- Real Estate
- Renewable Energy

# Education

- Baylor University School of Law, 1991, JD
- University of Texas at Austin, 1984, BBA, with high honors

# Admissions and qualifications

- New York
- Texas
- US Court of Appeals for the Fifth Circuit
- US District Court for the Eastern District of Texas
- US District Court for the Northern District of Texas
- US District Court for the Southern District of New York
- US District Court for the Southern District of Texas
- US District Court for the Western District of Texas

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

4

大成 DENTONS

# Tania M. Moyron
## Counsel



Counsel

Los Angeles
D +1 213 623 9300

tania.moyron@dentons.com

# Overview

Tania M. Moyron is a member of Dentons' Restructuring, Insolvency and Bankruptcy group. Tania has significant experience in bankruptcy, corporate restructuring and related litigation matters. She has represented mid-market Chapter 11 debtors, creditors' committees, liquidating trustees, principals and secured and unsecured creditors in all aspects of corporate bankruptcy. She also has advised buyers and sellers of assets in bankruptcy and receivership cases, including representation of a publicly traded real estate investment trust (REIT) and restaurant franchise.

Tania's representations span a variety of industries, including retail, entertainment, trucking, commercial and residential real estate, health care and restaurant franchise industries. She also has litigation experience in state and federal courts and appellate experience before the Bankruptcy Appellate Panel for the Ninth Circuit Court of Appeals, District Courts and the Ninth Circuit Court of Appeals.

Prior to joining Dentons, Tania gained experience in complex and challenging Chapter 11 cases at top-ranked national firms for business restructuring and bankruptcy. Tania also served as a judicial and appellate law clerk to the Honorable Christopher M. Klein, Chief Judge for the United States Bankruptcy Court for the Eastern District of California and former member of the Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals.

# Experience

- **Domum Locis, LLC:** Represented a real estate debtor in successfully restructuring its obligations with its secured lender and emerging from Chapter 11.

- **Radio personality:** Represented non-debtor spouse and well-known radio personality in contentious litigation instituted by secured lender.

- **Precision Engineering Industries, Inc., and others:** Defended these entities in breach of contract litigation, and defended their principals with respect to alter-ego liability.

- **Edenhurst Gallery:** Confirmed a Chapter 11 plan of reorganization for an art gallery operator and a purchaser and seller of fine historic paintings and antiques.

- **Heller Erhman, LLP:** Represented the Official Committee of Unsecured Creditors in the administration of

1

estate and claims litigation.

- **South Bay Expressway L.P.:** Represented the California Department of Transportation in the Chapter 11 proceedings of the state's largest public-private partnership, which built a toll road in Southern California.

- **Consolidated Freightways Corp., et al.:** Represented a Chapter 11 liquidating trustee in Consolidated Freightways Corp. and certain affiliates (the former operator of one of the largest less-than-truckload long-haul freight transportation companies in the United States, which generated more than US$2 billion in revenues annually) in connection with the administration of the estates, complex insurance litigation and other matters.

- **Rachel Ashwell Designs, Inc. dba Shabby Chic:** Represented a Chapter 11 debtor (a retailer, manufacturer, licensor and wholesaler of home furnishings, bedding and accessories) in connection with the liquidation of certain retail stores and a structured dismissal.

# Recognition

- Recognized as a "Rising Star" by *Southern California Super Lawyers*, 2013–2015

# Activities and Affiliations

## Community Involvement and Pro Bono

- Cycle for Survival, Team Lead

- LA Beats Cancer, Board Member

## Presentations

- Speaker, "Appellate Ethics and Frivolous Appeals," 4th Annual Bankruptcy Ethics Symposium, Federal Bar Association

- Speaker, "What's up with Attorney Civility?," 5th Annual Bankruptcy Ethics Symposium, Federal Bar Association

- Producer, "Back to the Minefield: (Even More) Ethical Dilemmas Facing Young Insolvency Professionals," California Bankruptcy Forum, Rancho Mirage, California

## Memberships

- Member, American Bankruptcy Institute

- Member, International Women's Insolvency and Restructuring Confederation (IWIRC)

- Los Angeles County Bar Association

# Areas of focus

## Practices

- Restructuring, Insolvency and Bankruptcy

- Creditor and Equity Committee Representation

- Cross-Border Restructuring Matters

- Debtor Representation
- Insolvency Litigation and Enforcement
- Out-of-Court Restructurings and Work-outs

# Education

- University of the Pacific, McGeorge School of Law, 2004, Juris Doctor
- University of California at San Diego, 1999, BA

# Admissions and qualifications

- California
- US Bankruptcy Court for the Central District of California
- US Bankruptcy Court for the Eastern District of California
- US Bankruptcy Court for the Northern District of California
- US Bankruptcy Court of the Southern District of California
- US Court of Appeals for the Ninth Circuit
- US District Court for the Central District of California
- US District Court for the Northern District of Texas

# Languages

- English
- Spanish

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Malka S. Zeefe
## Counsel



Counsel

Washington, DC

malka.zeefe@dentons.com

# Overview

Malka is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. Malka's practice focuses on a broad range of large, complex domestic and international business reorganization and restructuring matters. These include the representation of creditors, debtors, committees, governmental and nongovernmental entities and other parties. Malka also has experience representing lenders and borrowers in complex international financing transactions.

# Experience

### Bankruptcy and Restructuring

- **Liquidating trustee of Hovensa LLC**: Representing in Chapter 11 proceedings in Delaware. When in operation, Hovensa was the largest oil refinery and terminal facility in the Western Hemisphere.

- **Puerto Rico**: Represented the Fiscal Agency and Financial Advisory Authority and the Government Development Bank for the Commonwealth of Puerto Rico regarding its restructuring and revitalization efforts prior to commencement of proceedings under the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

- **Doctors Community Hospital Corporation liquidating trustee**: Represented in the Greater Southeast Community Healthcare Corporation bankruptcy cases, one of the largest restructuring matters ever filed in the District of Columbia, involving five failed hospitals and a management company.

- **Natural Products Group, LLC**: Represented the parent and certain of its subsidiaries, including Arbonne International, LLC, and Levlad, LLC, in a Chapter 11 case in Delaware.

- **Global Power Equipment Group and its domestic subsidiaries**: Represented these leading providers of power generation equipment and specialty maintenance services in a Chapter 11 case in Delaware.

- **Ad hoc committee of Arahova Noteholders**: Represented in one of the largest and most contentious US Chapter 11 cases, that of Adelphia Communications Corporation, administered in the Southern District of New York.

1

- **Ad hoc group of senior secured noteholders of Solutia Inc.:** Represented in the contentious Chapter 11 bankruptcy cases for this leading global manufacturer of performance materials and specialty chemicals.

- **Mirant:** Represented one of the world's largest producers, generators and marketers of electricity, along with its affiliates, in one of the largest energy bankruptcy cases filed in the United States.

## Bank Finance

- **Bank syndicate:** Represented a syndicate of 27 national and international banks, led by Deutsche Bank Luxembourg SA as facility agent, on a €1.5 billion refinancing for Evonik Industries AG.

- **Bank consortium:** Represented this consortium, with Deutsche Bank Luxembourg S. A. as facility agent, in connection with the provision of a €500 million revolving credit facility, secured by a comprehensive security package involving various jurisdictions, and a €304 million high-yield bond to Heidelberger Druckmaschinen AG.

- **Bank consortium:** Represented this consortium, with Unicredit Bank AG's London branch as agent, in connection with the refinancing of a portion of Xella International S.A.'s outstanding indebtedness.

- **Bank consortium:** Represented a group of five banks, led by HSH Nordbank AG as facility agent, in Deutsche Beteiligungs AG's acquisition of Spheros Group from financial investors Baird Capital Partners and Capcellence.

- **Deutsche Bank AG:** Represented the bank's New York branch in connection with a US$2.1 billion senior secured credit facility (comprising a US$1.8 billion term facility and a US$300 million revolver facility) for Colfax Corporation. This was one of the first syndicated leverage financings done in compliance with the recently revised UK Takeover Code.

# Insights

- Author of multiple news reports for *The Capitol Forum*

- Co-author, "IRC Section 382 and Restrictive Claims Trading Orders in Bankruptcy," *The Tax Section of The Florida Bar*, Vol. XXVI, No. 6, August 2009 (with David H. Dreier)

- Contributing author, "Winning Over the Client-Partner: Outgrowing the Nervous Newbie," *American Bankruptcy Institute Journal*, March 2009

- Co-author, "Healthcare Cases – Get Thee to a Specialist, Stat," *The Bankruptcy Strategist*, November and December 2008

# Activities and Affiliations

## Prior and Present Employment

Malka began and spent the bulk of her career as an associate in the Financial Restructuring & Insolvency and Bank Finance departments of global law firm White & Case LLP, in its Miami, Washington, and Munich offices. Malka's practice there focused on representing debtors in possession, creditors' committees, equity security holders, trustees and institutional lenders acting in various capacities in Chapter 11 bankruptcy proceedings, as well as in foreign and non-bankruptcy restructurings; as well as banks, investors and companies concerning German domestic and cross-border finance transactions, including secured and unsecured leveraged buy-outs with senior, mezzanine and bank/bond high yield structures, as well as restructuring of existing financing.

Immediately prior to joining Dentons, Malka served as Vice President, Compliance at The Capitol Forum, a news publication where she was originally brought on as Senior Correspondent to help build a bankruptcy product. Before that, while living in Germany, Malka served as the sole US-qualified corporate legal counsel to Treofan Germany GmbH & Co. KG, an international BOPP (biaxially oriented polypropylene film) manufacturing company.

2

Malka began her career in financial restructuring and reorganization as a paralegal at Gibson, Dunn & Crutcher LLP. She then taught legal research and writing while in law school, and spent her first summer working at an Italian boutique firm in Rome. In addition to her US legal credentials, she is qualified as a solicitor (non-practicing) in England and Wales.

# Areas of focus

## Practices

- Banking and Finance
- Corporate
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy
- Securities and Corporate Finance

## Industry sectors

- Energy
- Financial Institutions
- Government
- Infrastructure and PPP
- Life Sciences and Health Care
- Manufacturing
- Luxury, Fashion and Beauty

# Education

- Georgetown University Law Center, 2005, JD
- Harvard College, 2000, AB, Literature, *cum laude*

# Admissions and qualifications

- District of Columbia
- Florida
- Solicitor, England and Wales, non-practicing
- US District Court for the District of Columbia

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Geoffrey Miller
## Managing Associate



Managing Associate

Chicago
D +1 312 876 3175

geoffrey.miller@dentons.com

# Overview

Geoffrey Miller is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. He advises debtors, creditors and other significant stakeholders in chapter 11 cases, out of court restructurings and cross-border insolvency proceedings. Among other things, Geoff regularly represents private equity funds and other acquirers of financially distressed businesses and loans including in enforcement matters. He also represents insurers and insurance related entities in bankruptcy cases, including in bankruptcy cases arising from mass torts such as asbestos exposure.

Outside of bankruptcy, Geoff also has significant experience representing clients in complex litigation with a focus on insurance related litigation.

# Experience

- Represented an insurance carrier in asbestos-related bankruptcies, *In re: Budd Company* and *In re: Oakfabco*, both in the Northern District of Illinois.

- Represented directors & officers and various related entities in the cross-border bankruptcy and insolvency proceedings of *Montreal, Maine & Atlantic Railway, Ltd.*.

- Represented the foreign representative in the chapter 15 insolvency proceedings of *In re: Bluberi Gaming Technologies*.

# Insights

- "*Lyondell* on the Imputation of Fraudulent Intent," *American Bankruptcy Institute Journal*, December 2016

- "*Bullard*: Order Denying Confirmation Is Not Automatically Appealable," *American Bankruptcy Institute Journal*, August 2015

- "Actual-Creditor Requirement Survives § 106(a)'s Abrogation of Sovereign Immunity." *American Bankruptcy Institute Journal*, June 2014

1

- "Statute of Limitations for Avoidance Actions are not Tolled by the Appointment of an Interim Trustee in the Seventh Circuit," *ABI Bankruptcy Litigation Committee Newsletter*, October 2013

- "Severance Payments Made to Executives Pursuant to a Plan Might Avoid 503(c)'s Limitations," *American Bankruptcy Institute Journal*, August 2013

- "Circuits Disagree Regarding Whether Funds in an IRA Inherited by a Nonspouse Debtor Are Property of the Estate," *ABI Consumer Bankruptcy Committee Newsletter*, July 2013

- "Oldco: Does a Failure to Respond Equal Implied Consent?," *American Bankruptcy Institute Journal*, June 2013

- "Two BAP Decisions Consider LIHTCs When Valuing Affordable Housing," *American Bankruptcy Institute Journal*, February 2013

# Activities and Affiliations

## Memberships

- Member, Bankruptcy Court Liaison Committee, U.S. Bankruptcy Court, Northern District of Illinois

- Member, American Bar Association, Business Law Section, Bankruptcy Committee

- Member, American Bankruptcy Institute

- Member, Turnaround Management Association

## Prior and Present Employment

Prior to joining Dentons, Geoff served as a judicial clerk in the United States Bankruptcy Court for the District of Arizona where he worked for the Hon. Charles G. Case II until his retirement, and then for the Hon. Daniel P. Collins (Chief Judge). Geoff also served as an extern for Judge Sean H. Lane in the United States Bankruptcy Court for the Southern District of New York, Judge Arthur B. Federman in the United States Bankruptcy Court for the Western District of Missouri and Magistrate Judge Robert E. Larsen in the United States District Court for the Western District of Missouri.

# Areas of focus

## Practices

- Commercial Litigation

- Restructuring, Insolvency and Bankruptcy

- Insolvency Litigation and Enforcement

- Financial Institution Insolvency

# Education

- St. John's University School of Law, 2012, LL.M., Bankruptcy

- University of Missouri-Kansas City School of Law, 2011, JD, *magna cum laude*; Note & Comment Editor, *UMKC Law Review*

- University of Kansas, 2007, BS, Finance

# Admissions and qualifications

- District of Columbia

- Illinois

- New York

- US District Court for the Northern District of Illinois

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 DENTONS

# Sarah Schrag
## Associate



Associate

Atlanta
D +1 404 527 4988

sarah.schrag@dentons.com

# Overview

Sarah Schrag is an associate in the Atlanta office and a member of Dentons' Restructuring, Insolvency and Bankruptcy practice. Sarah focuses her practice on bankruptcy and commercial litigation. She has experience representing various parties-in-interest in Chapter 7 liquidations (voluntary and involuntary), Chapter 9 debt adjustments, Chapter 11 reorganizations, and Chapter 13 wage-earner's plans. Sarah also has experience in domesticating foreign judgments, discovery disputes, garnishment suits, post-judgment collection actions, and nonjudicial foreclosure proceedings.

Prior to joining Dentons, Sarah served as a legal intern for the United States Senate, focusing on Committee on the Judiciary matters. She also served as a legal intern to the Honorable United States Magistrate Judge Lawrence R. Leonard on the Rocket Docket, the United States District Court for the Eastern District of Virginia.

# Insights

- Co-Author, "Value, Not Face Amount, of Liens Controls in a Battle of Credit Bids," *American Bankruptcy Institute Journal*, July 2017
- Co-Author, "Supreme Court Closes 'Backdoor' Circumvention of Bankruptcy Priority Scheme," *Journal of Corporate Renewal*, July/August 2017

# Activities and Affiliations

- International Women's Insolvency and Restructuring Confederation, Programming Chair
- American Bankruptcy Institute, Member
- Turnaround Management Association, Member (NextGen, Member)
- State Bar of Georgia, Member
- Atlanta Bar Association, Member (Bankruptcy Section, Member)

1

Community Involvement and Pro Bono

- Atlanta Volunteer Lawyers Association, Pro Bono Volunteer, 200+ hours
- University of Virginia School of Law Pro Bono Challenge, 100+ hours
- Habitat for Humanity, Volunteer
- Street Law, Past President for University of Virginia School of Law
- Legal Aid Society of the District of Columbia, Legal Intern
- Bossier City Youth Soccer, Girls Soccer Coach
- Toys for Tots, Volunteer
- American Cancer Society Relay for Life, Volunteer
- Samaritan's Purse Operation Christmas Child, Volunteer
- Mission of Mercy, Volunteer to Honduras, Child Sponsor
- Omega Phi Alpha National Service Sorority, Member and Past Service Committee Co-chair

## Presentations

- Sarah presented her research and analysis on the Georgia Religious Freedom Restoration Act to The Anti-Defamation League during the 2015 Charles Wittenstein Summer Associate Research Program.

# Areas of focus

## Practices

- Commercial Litigation
- Insolvency Litigation and Enforcement
- Litigation and Dispute Resolution
- Restructuring, Insolvency and Bankruptcy

# Education

- University of Virginia School of Law, 2016, JD
- Oklahoma State University, 2009, BS, Nutritional Sciences, *summa cum laude*

# Admissions and qualifications

- Georgia
- US Bankruptcy Court for the Northern District of Georgia
- US District Court for the Northern District of Georgia

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

大成 **DENTONS**

# Caryn Wang
## Associate



Associate

Atlanta
D +1 404 527 8432

caryn.wang@dentons.com

# Overview

Caryn E. Wang is an Associate in the Atlanta office and a member of Dentons' Restructuring Insolvency & Bankruptcy practice. Caryn focuses her practice on bankruptcy and insolvency litigation, representing various parties-in-interest in Chapter 7 liquidations, Chapter 9 debt adjustments, Chapter 11 reorganizations, and state court receiverships.

Prior to joining Dentons, Caryn served as a legal extern to the Honorable Mary Grace Diehl, United States Bankruptcy Judge for the Northern District of Georgia. Caryn attended the Emory University School of Law, where she graduated with high honors and served as the Executive Notes and Comments Editor for the Emory Law Journal. While at Emory, Caryn also received various commendations in Legal Writing, including the Mary Laura "Chee" Davis Award and Scholarship for Writing Excellence.

# Recognition

## Honors and Awards

- American College of Bankruptcy Distinguished Bankruptcy Law Student Award
- Southeastern Bankruptcy Law Institute Distinguished Law Student
- American Bankruptcy Institute Medal of Excellence

# Insights

- Author, "The Last Estop: Why Judicial Estoppel Should be a Court's Last Resort for Undisclosed Lawsuits from Bankruptcy," *Emory Law Journal*, Volume 66, 2017.
- Contributing Author, "Federal Court Receiverships," *Strategic Alternatives For And Against Distressed Businesses*, 2017
- Co-Author, "Insolvencies— An Overview of Chapter 15 of the Bankruptcy Code,"*In-House Georgia*, October

1

2017

# Activities and Affiliations

## Community Involvement and Pro Bono

- Georgia Asylum and Immigration Network, Pro Bono Volunteer

## Memberships

- Member, International Women's Insolvency and Restructuring Confederation

# Areas of focus

## Practices

- Restructuring, Insolvency and Bankruptcy

# Education

- Emory University School of Law, 2017, JD, High Honors, Order of the Coif

- Vanderbilt University, 2009, Bachelor of Science, *magna cum laude*

# Admissions and qualifications

- Georgia

- US District Court for the Northern District of Georgia

# Languages

- English

© 2018 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.