# EXHIBIT A

## Ironclad Performance Wear Corporation
## A Nevada Corporation

| Date | Category | Time | Discription |
|---|---|---|---|
| 12/12/17 | Fee App | 2 | Travel to hearing on interim fee application |
| 12/12/17 | Fee App | 2.4 | Participate in hearing on interim fee application |
| 12/12/17 | Fee App | 3 | Travel from hearing on interim fee application |
| 04/03/18 | Fee App | 2 | Prepare final fee application |
|  |  | 9.4 |  |

$425    $3,995