# EXHIBIT B

## Ironclad Performance Wear Corporation
### A Nevada Corporation

| Date | Category | Time | | Discription |
|---|---|---|---|---|
| 12/12/2017 | Mileage | | 124.8 | Mileage to / from Hearing on Interim Fee Application |
| | | $0.535 | $66.77 | |