# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA  90017:

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND AND FINAL APPLICATION OF MICHAEL D. SCHWARZMANN FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF MICHAEL D. SCHWARZMANN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 3, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shiva D Beck    sbeck@gardere.com, jcharrison@gardere.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck    sgluck@juno.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Thomas C Scannell    tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin    sseflin@brutzkusgubner.com
- Andrew T Solomon    asolomon@solomoncramer.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Douglas Wolfe    dwolfe@asmcapital.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **April 3, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

105437348\V-1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 3, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2018 | Alicia Aguilar | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

F 9013-3.1.PROOF.SERVICE

105437348\V-1

**SERVED BY U.S. MAIL:**

| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn:  Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
|---|---|---|
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | |
| **Trust Board - SERVED BY EMAIL**<br>Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |
| **Trustee - SERVED BY EMAIL**<br>Matthew Pliskin<br>2718 West Terrace Drive<br>Tampa, Florida 33609<br>**Email: matthew@icpwliquidation.com** | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

105437348\V-1