# EXHIBIT 1

**Summary of Fees and Disbursements by Matter Category**

| Engagement Matter | Total Fees and Disbursements | Fees | Disbursements |
|---|---|---|---|
| Internal Review (Matter No. 1) | $259,531.32 | $251,240.00 | $8,291.32 |
| **Totals** | **$259,531.32** | **$251,240.00** | **$8,291.32** |