# EXHIBIT 2

## Summary of Professional and Paraprofessional Activity

| ATTORNEY | HOURS | RATE | BILL AMOUNT |
|---|---|---|---|
| B.V. Breheny | 6.70 | $975.00 | $6,532.50 |
| M.E. Sloan | 63.10 | $975.00 | $61,522.50 |
| **Total Partner** | **69.80** | | **$68,055.00** |
| | | | |
| N.T. Moghaddam | 115.80 | $975.00 | $112,905.00 |
| **Total Counsel** | **115.80** | | **$112,905.00** |
| | | | |
| R. Schiffman | 15.30 | $595.00 | $9,103.50 |
| M.J. Tako | 89.30 | $595.00 | $53,133.50 |
| J. Goldenhersh | 6.00 | $595.00 | $3,570.00 |
| J.C. Hamlett | 3.70 | $595.00 | $2,201.50 |
| **Total Associate/Law Clerk** | **114.30** | | **$68,008.50** |

| LEGAL ASSISTANT | HOURS | RATE | BILL AMOUNT |
|---|---|---|---|
| J.K. Leung | 5.90 | $385.00 | $2,271.50 |
| **Total Legal Assistant** | **5.90** | | **$2,271.50** |
| | | | |
| **TOTAL TIME** | **305.80** | | **$251,240.00** |