# EXHIBIT 3

## TIME SUMMARY

MATTER #1 Internal review

Bill No.: 1686171
Bill Date: 11/08/17

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| BRIAN V. BREHENY | $975.00 | 6.70 | $6,532.50 |
| MATTHEW E. SLOAN | $975.00 | 62.40 | 60,840.00 |
| TOTAL PARTNERS | | 69.10 | $67,372.50 |
| **COUNSEL** | | | |
| NILI T. MOGHADDAM | $975.00 | 113.90 | $111,052.50 |
| TOTAL COUNSEL | | 113.90 | $111,052.50 |
| **ASSOCIATES** | | | |
| JEFFREY GOLDENHERSH | $595.00 | 6.00 | $3,570.00 |
| JOHN C. HAMLETT | $595.00 | 3.70 | 2,201.50 |
| RACHAEL SCHIFFMAN | $595.00 | 7.90 | 4,700.50 |
| MATTHEW J. TAKO | $595.00 | 89.20 | 53,074.00 |
| TOTAL ASSOCIATES | | 106.80 | $63,546.00 |
| **LEGAL ASSISTANT SPECIALISTS** | | | |
| JOSEPH K. LEUNG | $385.00 | 5.90 | $  2,271.50 |
| TOTAL LEGAL ASSISTANT SPECIALIST | | 5.90 | $2,271.50 |
| MATTER TOTAL | | 295.70 | $244,242.50 |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Ironclad Performance Wear Corporation                    Bill Date: 11/08/17
Internal review                                          Bill Number: 1686171

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BREHENY BV | 09/19/17 | 1.00 | TELEPHONE CONFERENCE WITH N. MOGHADDAM AND M. SLOAN. |
| BREHENY BV | 09/20/17 | 0.50 | TELEPHONE CONFERENCE WITH N. MOGHADDAM AND M. SLOAN. |
| BREHENY BV | 09/21/17 | 1.10 | TELEPHONE CONFERENCE WITH N. MOGHADDAM AND M. SLOAN (0.5); TELEPHONE CONFERENCE RE: BDO LETTER (0.6). |
| BREHENY BV | 09/24/17 | 1.60 | CONSIDER 10A REPORTING. |
| BREHENY BV | 09/25/17 | 1.50 | REVIEW 10A LETTER AND CONSIDER QUESTIONS RE: SEC FILING. |
| BREHENY BV | 10/13/17 | 1.00 | CONSIDER FORM 8-K. |
| | | 6.70 | |
| SLOAN ME | 09/11/17 | 0.50 | REVIEW FORM 8-K AND PRESS RELEASE REGARDING BANKRUPTCY (0.2); CONFERENCE CALL WITH J. DICANIO AND N. MOGHADDAM REGARDING DEALING WITH SEC (0.3). |
| SLOAN ME | 09/12/17 | 2.50 | CONFERENCE CALL WITH S. ALDERTON AND N. MOGHADDAM REGARDING RESPONSE TO SEC (0.4); ▮▮▮▮▮ (1.0); ▮▮▮▮▮ (.7); ▮▮▮▮▮ AND TO SEC (0.4). |
| SLOAN ME | 09/13/17 | 0.50 | EMAIL COMMUNICATIONS WITH SEC REGARDING PHONE CALL (0.1); EMAIL TO B. STECKLER REGARDING BANKRUPTCY ISSUES (0.1); PREPARE FOR SEC CALL (0.3). |
| SLOAN ME | 09/14/17 | 1.80 | REVIEW RESULTS OF INVESTIGATION AND BOARD PRESENTATION IN PREPARATION FOR CALL WITH SEC (1.0); CONFERENCE CALL WITH J. TURNER AND L. BENNETT (SEC) AND N. MOGHADDAM (0.5); DISCUSS CASE WITH N. MOGHADDAM (0.2); EMAILS TO BOARD (0.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SLOAN ME | 09/16/17 | 0.30 | REVIEW MATERIAL (0.1); DRAFT EMAIL TO BOARD REGARDING SEPTEMBER 14 CALL WITH SEC (0.2). |
| SLOAN ME | 09/18/17 | 3.00 | REVIEW SEPTEMBER 12 BDO LETTER (1.0); CONFERENCE CALL WITH S. ALDERTON REGARDING LETTER AND OTHER OUTSTANDING ISSUES (0.3); CASE COMMUNICATIONS WITH SKADDEN TEAM (1.0); LEGAL RESEARCH (0.7). |
| SLOAN ME | 09/19/17 | 1.50 | REVIEW BDO LETTER AND ANALYZE RESPONSES (0.3); CONFERENCE CALL WITH M. DIGREGORIO, S. ALDERTON. AND N. MOGHADDAM REGARDING BDO LETTER (0.9); DRAFT RESPONSE EMAIL TO BOARD (0.3). |
| SLOAN ME | 09/20/17 | 2.00 | REVIEW MEMO REGARDING SECTION 10A ISSUES (0.4); CONFERENCE CALL WITH BDO, M. DIGREGORIO, S. ALDERTON, AND N. MOGHADDAM  REGARDING SEPTEMBER 12 BDO LETTER (1.0); FOLLOW UP CONFERENCE CALL WITH M. DIGREGORIO AND N. MOGHADDAM (0.4); ANALYZE 10A AND RESTATEMENT ISSUES (0.2). |
| SLOAN ME | 09/21/17 | 0.60 | TELEPHONE CALL WITH B. BREHENY REGARDING BDO ISSUES (0.2); REVIEW BDO MATERIALS (0.4). |
| SLOAN ME | 09/22/17 | 1.30 | REVIEW BDO SEPTEMBER 22 SECTION 10A REPORT AND RESIGNATION LETTERS (1.0); EMAILS WITH BOARD AND S. ALDERTON REGARDING SAME (0.3). |
| SLOAN ME | 09/23/17 | 1.80 | REVIEW BDO SECTION 10A AND RESIGNATION LETTERS AND BACKGROUND MATERIAL (0.8); CONFERENCE CALL WITH BOARD REGARDING BDO LETTERS AND RESPONSE TO SEC (0.8); CALL WITH N. MOGHADDAM REGARDING WORK PLAN AND DRAFTING LETTER TO SEC (0.2). |
| SLOAN ME | 09/24/17 | 7.20 | REVIEW BACKGROUND MATERIAL ██████ ███████████████ (8-KS, INVESTIGATION REPORTS, INTERVIEW MEMOS, ETC.) (3.0); TELEPHONE CALL WITH M. DIGREGORIO (0.3); EMAIL COMMUNICATIONS WITH B. BREHENY, N. MOGHADDAM AND M. TAKO (0.4); DRAFT LETTER TO SEC IN RESPONSE TO BDO'S SECTION 10A REPORT (3.5). |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SLOAN ME | 09/25/17 | 3.90 | ███ (2.0); REVIEW SUPPORTING MATERIALS REGARDING INVESTIGATION AND BANKRUPTCY (1.2); TELEPHONE CALLS WITH M. DIGREGORIO (0.3); TELEPHONE CALL WITH J. TURNER, SEC - FORT WORTH (0.2); EMAILS WITH SKADDEN TEAM (B. BREHENY, N. MOGHADDAM, M. TAKO) (0.2). |
| SLOAN ME | 09/27/17 | 1.50 | REVIEW AND REVISE FORM 8-K FILING (1.0); REVIEW AND REVISE LETTER TO SEC REGARDING BANKRUPTCY FILING (0.2); ███ (0.3). |
| SLOAN ME | 09/28/17 | 1.00 | REVIEW AND REVISE FORM 8-K FILING (0.5); REVIEW AND REVISE LETTER TO SEC REGARDING BANKRUPTCY FILING (0.2); ███ (0.3). |
| SLOAN ME | 10/05/17 | 1.20 | ███ (1.0); ███ (0.2). |
| SLOAN ME | 10/09/17 | 0.80 | CONFERENCE CALL WITH G. GRUELICH, S. ALDERTON AND N. MOGHADDAM (0.4); ███ (0.4). |
| SLOAN ME | 10/11/17 | 2.80 | ███ (2.8). |
| SLOAN ME | 10/12/17 | 2.80 | ███ (1.4); MEET WITH N. MOGHADDAM AND M. TAKO REGARDING SEC ███ (1.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SLOAN ME | 10/13/17 | 3.20 | CONFERENCE CALL WITH G. GRUELICH AND N. MOGHADDAM REGARDING SEC ████████████████████ AND OTHER ISSUES (0.9); CONFERENCE CALL WITH M. DIGREGORIO REGARDING SEC ████████████████ ISSUE (0.9); REVIEW SEC SUBPOENA AND CALLS AND EMAILS TO M. DIGREGORIO AND BOARD REGARDING SAME (0.7); CONFERENCE CALL WITH J. TURNER (SEC) AND N. MOGHADDAM (0.2); REVIEW BDO LETTER TO SEC REGARDING SEPTEMBER 22 8-K AND RESEARCH REGARDING NECESSARY RESPONSE (0.3); CONFERENCE CALL WITH S. ALDERTON AND N. MOGHADDAM REGARDING BDO LETTER AND RESPONSE (0.2). |
| SLOAN ME | 10/14/17 | 0.20 | EMAILS WITH N. MOGHADDAM AND M. DIGREGORIO REGARDING ████████ ████████ ISSUE AND RESPONSE TO BDO'S LETTER TO SEC DISAGREEING WITH IRONCLAD'S SEPTEMBER 22 8-K. |
| SLOAN ME | 10/15/17 | 0.20 | CASE COMMUNICATIONS REGARDING RESPONSE TO BDO'S LETTER TO SEC REGARDING 8-K AND SEC PRESENTATION. |
| SLOAN ME | 10/16/17 | 0.60 | EMAILS WITH J. TURNER (SEC) REGARDING TIMING OF PRESENTATION (0.2); TELEPHONE CALL AND EMAILS WITH M. DIGREGORIO REGARDING ████████ ISSUES (0.2); ████████████████████ (0.2). |
| SLOAN ME | 10/18/17 | 2.00 | TELEPHONE CALL WITH S. ALDERTON (0.2); ████████████████████ (1.8). |
| SLOAN ME | 10/19/17 | 8.00 | ████████████████████████ ████████████████████████ ████████████████████████ (7.5); REVIEWING SEC SUBPOENA ████ ████████████████ (.5). |
| SLOAN ME | 10/20/17 | 6.50 | PREPARE FOR SEC MEETING (2.0); PRESENTATION TO SEC (J. TURNER AND L. BENNETT) (3.4); POST-PRESENTATION MEETINGS AND COMMUNICATIONS WITH N. MOGHADDAM AND M. TAKO (0.9); EMAIL TO BOARD SUMMARIZING SEC MEETING (0.2). |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SLOAN ME | 10/23/17 | 0.60 | REVIEW MEMO TO CLIENT REGARDING SEC REQUESTS (0.3); REVIEW MEMO/LETTER ON ORR SAFETY LITIGATION (0.1); DISCUSS CASE MATTERS WITH N. MOGHADDAM (0.2). |
| SLOAN ME | 10/24/17 | 1.90 | PREPARE FOR BOARD CALL ON SEC ▮▮▮▮▮▮▮ (0.3); CONFERENCE CALL WITH IRONCLAD BOARD AND G. GRUELICH AND M. PLISKIN REGARDING ▮▮▮▮ SEC ▮▮▮▮▮▮ (0.9); REVIEW LIST OF QUESTIONS FROM SEC AND EMAILS WITH M. DIGREGORIO REGARDING SAME (0.3); REVIEW MEMO FROM N. MOGHADDAM REGARDING CALL WITH SEC REGARDING SUBPOENA AND DISCUSS SUBPOENA AND DISCOVERY ISSUES WITH N. MOGHADDAM (0.4). |
| SLOAN ME | 10/27/17 | 0.40 | DISCUSS RESPONSE TO SEC SUBPOENA AND RELATED CASE QUESTIONS WITH NILI M. (0.3); REVIEW AND REVISE LETTER TO SEC (0.1). |
| SLOAN ME | 10/30/17 | 0.40 | REVIEW AND REVISE LETTERS TO SEC ON ORR SAFETY, SUBPOENA MEET AND CONFER (0.4). |
| SLOAN ME | 10/31/17 | 0.30 | REVIEW SEC'S FORMAL ORDER OF INVESTIGATION (0.2); CASE COMMUNICATIONS (0.1). |
| SLOAN ME | 11/01/17 | 0.50 | DISCUSS EMAIL FROM BDO'S COUNSEL AND OTHER CASE MATTERS WITH NILI M. (0.2); CALL WITH TIM HOEFFNER (BDO'S COUNSEL) AND M. TAKO RE SEC INVESTIGATION (0.2); EMAIL SUMMARY OF BDO ISSUE TO BOARD ET AL. (0.1). |
| SLOAN ME | 11/02/17 | 0.30 | CASE COMMUNICATIONS WITH N. MOGHADDAM AND OTHERS RE PRIVILEGE/WORK PRODUCT ISSUES. |
| SLOAN ME | 11/03/17 | 0.30 | CONFERENCE CALL WITH R. BENDER, K. MESHEFEJIAN (BANKRUPTCY COUNSEL), N. MOGHADDAM, AND V. DURRER REGARDING REQUESTS FROM EQUITY COMMITTEE FOR PRESENTATIONS TO BOARD AND ANALYZE RELATED ISSUES. |
| | | 62.40 | |
| **Total Partner** | | **69.10** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MOGHADDAM NT | 09/09/17 | 1.00 | COMMUNICATIONS REGARDING BANKRUPTCY AND OUTREACH TO SEC (0.5); REVIEW FILINGS (0.5). |
| MOGHADDAM NT | 09/11/17 | 0.70 | ATTENTION TO BANKRUPTCY ISSUES AND OUTREACH TO SEC (0.4); TELEPHONE CALLS WITH M. SLOAN AND J. DICANIO REGARDING SAME (0.3). |
| MOGHADDAM NT | 09/12/17 | 2.20 | COMMUNICATE WITH M. SLOAN AND WITH CLIENT (0.3); TELEPHONE CALL WITH S. ALDERTON AND M. SLOAN (0.4); REVIEW AND REVISE DRAFT COMMUNICATION REGARDING SEC OUTREACH (1.5). |
| MOGHADDAM NT | 09/13/17 | 0.70 | PREPARE FOR CALL WITH SEC. |
| MOGHADDAM NT | 09/14/17 | 1.60 | PREPARE FOR AND CALL WITH SEC (1.3); COMMUNICATE WITH M. SLOAN AND CLIENT REGARDING SAME (0.2); COMMUNICATE WITH G. GRUELICH REGARDING DOCUMENT PRESERVATION NOTICE (0.1). |
| MOGHADDAM NT | 09/15/17 | 1.00 | DRAFT SUMMARY OF SEC CALL (0.9); COMMUNICATE WITH M. SLOAN (0.1). |
| MOGHADDAM NT | 09/16/17 | 0.30 | COMMUNICATE WITH M. SLOAN. |
| MOGHADDAM NT | 09/17/17 | 0.20 | ATTENTION TO MISCELLANEOUS CASE MANAGEMENT MATTERS AND CORRESPONDENCE. |
| MOGHADDAM NT | 09/18/17 | 3.30 | ████████████████████ (1.0); ATTENTION TO RESPONSE TO BDO SECTION 10A CORRESPONDENCE (2.3). |
| MOGHADDAM NT | 09/19/17 | 4.00 | ATTENTION TO RESPONSE TO BDO CORRESPONDENCE AND SEC DISCLOSURE OBLIGATIONS. |
| MOGHADDAM NT | 09/20/17 | 3.70 | ATTENTION TO RESPONSE TO BDO SECTION 10A CORRESPONDENCE (3.0); REVIEW LEGAL RESEARCH REGARDING SEC DISCLOSURE OBLIGATIONS (0.7). |
| MOGHADDAM NT | 09/21/17 | 3.30 | ATTENTION TO RESPONSE CORRESPONDENCE FROM BDO (2.6); REVIEW LEGAL RESEARCH MEMORANDUM REGARDING SEC DISCLOSURE OBLIGATIONS (0.5); TELEPHONE CALL WITH V. DURRER REGARDING UPDATE ON BANKRUPTCY PROCEEDINGS IN RESPONSE TO REQUEST FROM SEC (0.2). |

071A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MOGHADDAM NT | 09/22/17 | 0.60 | ATTENTION TO RESPONSE TO BDO RESIGNATION LETTER. |
| MOGHADDAM NT | 09/23/17 | 3.60 | REVIEW AND ANALYSIS OF BDO RESIGNATION LETTER AND RELATED CORRESPONDENCE (2.0); REVIEW AND ANALYSIS OF FORM 8-K OBLIGATIONS IN RESPONSE TO BDO CORRESPONDENCE (.5); TELEPHONE CALL WITH BOARD (.9); TELEPHONE CALL WITH M. SLOAN (.2). |
| MOGHADDAM NT | 09/24/17 | 1.40 | ANALYSIS OF RESPONSE TO BDO RESIGNATION. |
| MOGHADDAM NT | 09/25/17 | 1.50 | REVIEW AND REVISE DRAFT LETTER TO SEC. |
| MOGHADDAM NT | 09/26/17 | 2.10 | ██████████████████████████ ██████████ (1.10); ATTENTION TO PREPARATION OF UPDATE TO SEC ON BANKRUPTCY MATTER (1.0). |
| MOGHADDAM NT | 09/27/17 | 0.70 | ATTENTION TO FORM 8-K FILING. |
| MOGHADDAM NT | 09/28/17 | 2.00 | REVIEW AND REVISE FORM 8-K FILING (1.0); ATTENTION TO CASE CORRESPONDENCE AND MISCELLANEOUS CASE MANAGEMENT MATTERS (1.0). |
| MOGHADDAM NT | 10/01/17 | 2.70 | ████████████████████████ |
| MOGHADDAM NT | 10/02/17 | 0.10 | ████████████████████ |
| MOGHADDAM NT | 10/05/17 | 1.20 | ██████████████████████████ |
| MOGHADDAM NT | 10/08/17 | 2.30 | CONTINUE REVIEWING BACKGROUND INFORMATION ████████████████ ████ |
| MOGHADDAM NT | 10/09/17 | 4.80 | EMAIL AND CALL WITH CEO G. GREULICH (.8); ████████████████████ ████████ (4.0). |
| MOGHADDAM NT | 10/10/17 | 1.30 | ██████████████████████ |
| MOGHADDAM NT | 10/12/17 | 4.10 | ██████████████████████████ |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| MOGHADDAM NT | 10/13/17 | 5.80 | ATTENTION TO SUBPOENA FROM SEC (2.8); ATTENTION TO RESPONSE TO BDO RESPONSE TO IRONCLAD FORM 8-K (1.0); ███████ (2.0). |
| MOGHADDAM NT | 10/15/17 | 0.20 | ATTENTION TO ███████ AMENDED FORM 8-K. |
| MOGHADDAM NT | 10/16/17 | 7.20 | PREPARE FOR CALL WITH SEC (1.2); ███████ (5.0); REVIEW AMENDED FORM 8-K (1.0). |
| MOGHADDAM NT | 10/17/17 | 1.50 | ███████ |
| MOGHADDAM NT | 10/18/17 | 8.00 | ███████ |
| MOGHADDAM NT | 10/19/17 | 9.10 | ███████ |
| MOGHADDAM NT | 10/20/17 | 7.70 | ███████ (3.0); CONDUCT SEC PRESENTATION (3.5); ATTENTION TO FOLLOW-UP TO SEC PRESENTATION (1.2). |
| MOGHADDAM NT | 10/23/17 | 5.00 | ATTENTION TO FOLLOW-UP TO SEC PRESENTATION AND DOCUMENT PRODUCTION. |
| MOGHADDAM NT | 10/24/17 | 4.70 | PREPARE FOR AND CALL WITH BOARD OF DIRECTORS (.7); PREPARE FOR AND CALL WITH SEC (1.0); ATTENTION TO DOCUMENT PRODUCTION TO SEC (3.0). |
| MOGHADDAM NT | 10/25/17 | 1.10 | ATTENTION TO DOCUMENT COLLECTION AND PRODUCTION TO SEC. |
| MOGHADDAM NT | 10/27/17 | 2.00 | ATTENTION TO DOCUMENT COLLECTION AND PRODUCTION TO SEC. |
| MOGHADDAM NT | 10/29/17 | 0.20 | REVIEW AND RESPOND TO SCHEDULING EMAILS. |
| MOGHADDAM NT | 10/30/17 | 3.20 | ATTENTION TO DOCUMENT AND INFORMATION COLLECTION IN RESPONSE TO SEC REQUESTS. |
| MOGHADDAM NT | 10/31/17 | 2.60 | ATTENTION TO DOCUMENT COLLECTION AND PRODUCTION TO SEC. |
| MOGHADDAM NT | 11/01/17 | 2.70 | ATTENTION DOCUMENT COLLECTION AND PRODUCTION TO SEC. |
| MOGHADDAM NT | 11/02/17 | 2.50 | ATTENTION TO COLLECTING AND PRODUCING DOCUMENTS TO SEC. |

B71A

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

|  |  | 113.90 |  |
|---|---|---|---|
| **Total Counsel** |  | **113.90** |  |
| GOLDENHERSH J | 09/26/17 | 2.00 | DRAFT IRONCLAD SEC LETTER AND PULL RELEVANT DOCKET ITEMS FOR ATTACHMENTS AND ENCLOSURES. |
| GOLDENHERSH J | 09/27/17 | 2.10 | REVISE SEC LETTER (1.2); ASSIGN LEGAL ASSISTANT TO DOCKET TRACK BIDDING PROCEDURES ORDER (.2); REVIEW AND RESPOND TO COMMENTS OF M. SLOAN AND N. MOGHADDAM ON SEC LETTER (.7). |
| GOLDENHERSH J | 09/28/17 | 1.40 | REVISE IRONCLAD SEC LETTER (.8); REVIEW INSTRUCTIONS AND COMMENTS FROM N. MOGHADDAM AND M. SLOAN (.4); CONNECT R. BENDER AND N. MOGHADDAM FOR CALL (.2). |
| GOLDENHERSH J | 09/29/17 | 0.50 | FOLLOW UP WITH R. BENDER TO ORGANIZE CALL WITH N. MOGHADDAM (.1); REVIEW INSIDER COMP PLEADINGS (.3); DISCUSS POTENTIAL ISSUES WITH M. SLOAN (.1). |
|  |  | 6.00 |  |
| HAMLETT JC | 09/19/17 | 2.00 | SECTION 10A RESEARCH. |
| HAMLETT JC | 09/20/17 | 0.40 | RESEARCH RELATED TO SECTION 10A. |
| HAMLETT JC | 09/25/17 | 1.30 | RESEARCHING PRECEDENT 8-KS FOR SECTION 10A LETTERS. |
|  |  | 3.70 |  |
| SCHIFFMAN R | 10/31/17 | 3.10 | CALL WITH CLIENT AND N. MOGHADDAM TO DISCUSS SEC DOCUMENT AND INFORMATION REQUESTS (.5); CONFER WITH N. MOGHADDAM RE: NEXT STEPS (1.0); REVIEW M. PLISKIN NOTES RE: SEC REQUESTS (.1); DRAFT AND ORGANIZE TASK LIST TO COORDINATE COLLECTION AND PRODUCTION OF DOCUMENTS (1.2); CORRESPONDENCE (.3). |
| SCHIFFMAN R | 11/01/17 | 4.80 | REVIEW CLIENT PROVIDED DOCUMENTS FOR PRODUCTION TO THE SEC (2.0); UPDATE RESPONSES TO SEC REQUESTS FOR INFORMATION (1.0); REVIEW HOGAN TAYLOR REPORT (.5); COMPILE LIST OF SOURCES CITED BY HOGAN TAYLOR (.8); CORRESPONDENCE (.5). |
|  |  | 7.90 |  |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| TAKO MJ | 09/13/17 | 0.70 | ASSIST IN PREPARATION FOR CALL WITH SEC. |
| TAKO MJ | 09/15/17 | 1.40 | RESEARCH REPORTING OBLIGATIONS FOR BOARD OF DIRECTORS. |
| TAKO MJ | 09/22/17 | 0.80 | RESEARCH AND ANALYZE REQUIREMENTS UNDER BDO LETTER. |
| TAKO MJ | 09/24/17 | 0.80 | RESEARCH EXEMPLAR 10A LETTERS (0.8). |
| TAKO MJ | 09/25/17 | 3.20 | ASSIST IN PREPARING CORRESPONDENCE TO SEC RE: BDO 10A LETTER (3.2). |
| TAKO MJ | 09/27/17 | 0.50 | DRAFT AND EDIT LETTERS RE: FOIA AND UPDATE TO SEC. |
| TAKO MJ | 09/28/17 | 1.30 | FINALIZE COMMUNICATIONS AND EXHIBITS TO SEND TO THE SEC (1.3). |
| TAKO MJ | 10/05/17 | 0.90 | PREPARE FOR AND MEET WITH TEAM TO DISCUSS ███████████ SEC. |
| TAKO MJ | 10/06/17 | 1.10 | BEGIN DRAFTING HIGH LEVEL OUTLINE ██ ███████████ (1.1). |
| TAKO MJ | 10/08/17 | 2.00 | CONTINUE DRAFTING HIGH LEVEL OUTLINE ███████████ (2.0). |
| TAKO MJ | 10/09/17 | 3.60 | FINALIZE HIGH LEVEL OUTLINE ██████ (1.8); ███████████ (1.8). |
| TAKO MJ | 10/10/17 | 7.90 | ███████████ (7.9). |
| TAKO MJ | 10/11/17 | 0.60 | ███████████ (0.6). |
| TAKO MJ | 10/12/17 | 5.80 | REVIEW M. SLOAN'S COMMENTS ███████ ███████ (1.0); PREPARE FOR AND PARTICIPATE IN CLIENT CALL (0.9); PREPARE FOR AND MEET WITH M. SLOAN AND N. MOGHADDAM TO DISCUSS STRATEGY ███ ███████ (3.1); ███████ (0.8). |
| TAKO MJ | 10/13/17 | 6.80 | ███████████ (5.3); PREPARE FOR AND PARTICIPATE IN CLIENT CALLS (1.5). |
| TAKO MJ | 10/14/17 | 1.30 | ███████████ (1.3). |
| TAKO MJ | 10/15/17 | 5.00 | ███████████ |
| TAKO MJ | 10/16/17 | 5.50 | ███████████ |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| TAKO MJ | 10/17/17 | 4.30 | ███████████████ |
| TAKO MJ | 10/18/17 | 8.00 | ███████████████ (7.7); REVIEW SUBPOENA ANALYSIS CHART (0.3). |
| TAKO MJ | 10/19/17 | 11.10 | ██████████████████████ (9.2); RESEARCH PRIVILEGE AND CONFIDENTIALITY ████████████ (1.3); ███████ (0.6). |
| TAKO MJ | 10/20/17 | 5.30 | ████████████████ (2.3); MEET WITH SEC (0.2); COORDINATE LOGISTICS FOR FOIA REQUEST LETTER TO SEC (0.2); REVIEW SEC MEETING NOTES AND DRAFT COMPREHENSIVE LIST OF UNANSWERED QUESTIONS FROM SEC (1.7); DRAFT BRIEF SUMMARY OF SEC MEETING (0.7); EVALUATE AND DISCUSS COMPANY'S INFORMATION TECHNOLOGY STATUS FOR DATA PRESERVATION PURPOSES (0.2). |
| TAKO MJ | 10/23/17 | 3.00 | EDIT LIST OF QUESTIONS ASKED BY SEC (1.1); DRAFT CORRESPONDENCE TO THE SEC (1.7); EDIT NOTES ██████████ (0.2). |
| TAKO MJ | 10/24/17 | 3.10 | FINALIZE ██████████ NOTES (0.6); PREPARE FOR AND PARTICIPATE IN CALL WITH CLIENT (1.0); PREPARE FOR AND PARTICIPATE IN CALL WITH SEC (0.7); DRAFT CORRESPONDENCE TO THE SEC (0.8). |
| TAKO MJ | 10/25/17 | 1.90 | EDIT LETTERS TO SEC (0.4); INQUIRE INTO ADDITIONAL DOCUMENT PRESERVATION REQUIREMENTS (0.6); REVIEW AND COMPILE MATERIALS FOR NEW ASSOCIATE (0.7); UPDATE SEC QUESTION LIST (0.2);. |
| TAKO MJ | 10/27/17 | 1.30 | REVIEW AND COMPILE MATERIALS FOR R. SCHIFFMAN (0.9); UPDATE LETTER TO SEC RE: WITNESS INTERVIEW LISTS (0.2); COMPILE MATERIALS TO BE SENT TO SEC (0.2). |
| TAKO MJ | 10/30/17 | 1.00 | FINALIZE COMMUNICATIONS TO THE SEC (1.0). |
| TAKO MJ | 10/31/17 | 0.50 | DRAFT UPDATE ON CLIENT DATA PRESERVATION STATUS. |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| TAKO MJ | 11/01/17 | 0.30 | COMPILE KEY DOCUMENTS PRODUCED BY CLIENT (0.3). |
| TAKO MJ | 11/03/17 | 0.20 | COMPILE KEY ENGAGEMENT DOCUMENTS (0.2). |
| | | 89.20 | |
| **Total Associate** | | 106.80 | |
| LEUNG JK | 10/20/17 | 1.40 | CONFER WITH CASE TEAM AND VENDOR RE: EDATA PRESERVATION AND BACKUP ISSUES. |
| LEUNG JK | 10/23/17 | 2.20 | CONFER WITH CASE TEAM RE: EDATA PRESERVATION AND BACKUP ISSUES. |
| LEUNG JK | 10/25/17 | 0.60 | CONFER WITH CASE TEAM RE: EDATA PRESERVATION ISSUES. |
| LEUNG JK | 10/27/17 | 1.70 | CONFER WITH CASE TEAM AND VENDOR RE: EDATA PRESERVATION SCOPE AND SEC QUESTIONS. |
| | | 5.90 | |
| **Total Legal Assist Specialist** | | 5.90 | |
| **MATTER TOTAL** | | **295.70** | |

## TIME SUMMARY

MATTER #1 Internal review                                Bill No.: 1695334
                                                         Bill Date: 12/14/17

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| MATTHEW E. SLOAN | $975.00 | 0.70 | $  682.50 |
| **TOTAL PARTNER** | | **0.70** | **$682.50** |
| **COUNSEL** | | | |
| NILI T. MOGHADDAM | $975.00 | 1.90 | $1,852.50 |
| **TOTAL COUNSEL** | | **1.90** | **$1,852.50** |
| **ASSOCIATES** | | | |
| RACHAEL SCHIFFMAN | $595.00 | 7.40 | $4,403.00 |
| MATTHEW J. TAKO | $595.00 | 0.10 | 59.50 |
| **TOTAL ASSOCIATES** | | **7.50** | **$4,462.50** |
| **MATTER TOTAL** | | **10.10** | **$6,997.50** |

802800.01-LACSR02A - MSW

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

Ironclad Performance Wear Corporation                     Bill Date: 12/14/17
Internal review                                           Bill Number: 1695334

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| SLOAN ME | 11/04/17 | 0.20 | CONFERENCE CALL WITH V. DURRER, N. MOGHADDAM AND DENTONS REGARDING PRIVILEGE ISSUES/EQUITY COMMITTEE'S REQUEST FOR INFORMATION REGARDING INVESTIGATION. |
| SLOAN ME | 11/16/17 | 0.30 | REVIEW AND REVISE COMMON INTEREST AGREEMENT AND DISCUSS WITH N. MOGHADDAM. |
| SLOAN ME | 11/21/17 | 0.20 | REVIEW AND REVISE COMMON INTEREST AGREEMENT IN IRONCLAD CASE. |
| | | **0.70** | |
| **Total Partner** | | **0.70** | |
| MOGHADDAM NT | 11/08/17 | 0.50 | PREPARE FOR AND COMMUNICATE WITH SEC. |
| MOGHADDAM NT | 11/15/17 | 0.20 | ATTENTION TO EQUITY COMMITTEE DOCUMENT REQUESTS. |
| MOGHADDAM NT | 11/16/17 | 1.00 | REVIEW AND REVISE COMMON INTEREST AGREEMENT. |
| MOGHADDAM NT | 11/20/17 | 0.20 | REVISE COMMON INTEREST AGREEMENT, EMAIL CORRESPONDENCE REGARDING SAME. |
| | | **1.90** | |
| **Total Counsel** | | **1.90** | |
| SCHIFFMAN R | 11/02/17 | 3.80 | REVISE AND EDIT FOLLOW UP QUESTIONS FOR M. PLISKIN(1.0); BEGIN REVIEW OF INDEX FOR SEC OF DOCUMENTS PROVIDED BY WITNESSES(.9); CALL WITH M. PLISKIN (1.5); CORRESPONDENCE (.4). |
| SCHIFFMAN R | 11/03/17 | 3.60 | REVISE AND UPDATE INDEX OF DOCUMENTS TO PROVIDE TO SEC AND CORRESPONDENCE. |
| | | **7.40** | |
| TAKO MJ | 11/15/17 | 0.10 | COLLECT KEY DOCUMENTS. |

B71A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

|                    |        |
|--------------------|--------|
|                    | 0.10   |
| Total Associate    | 7.50   |
| MATTER TOTAL       | 10.10  |

B71A

802800.01-LACSR02A - MSW