# EXHIBIT 4

# Brian V. Breheny



**Partner, Washington, D.C.**

SEC Reporting and Compliance, Mergers and Acquisitions,
Capital Markets and Corporate Governance



T: 202.371.7180
F: 202.661.9010
brian.breheny@skadden.com

### Bar Admissions
New York
District of Columbia

### Education
J.D., St. John's University School of Law, 1996 (*cum laude*; Editor, *St. John's Journal of Legal Commentary*; Member, *New York International Law Review*)

B.S., St. John's University, 1990 (highest honors)

### Government Service
Deputy Director, Division of Corporation Finance, U.S. Securities and Exchange Commission (2007-2010)

Chief, Office of Mergers and Acquisitions, Division of Corporation Finance, U.S. Securities and Exchange Commission (2003-2007)

### Certifications
Certified Public Accountant

Brian V. Breheny heads the firm's SEC Reporting and Compliance practice. He concentrates his practice in the areas of mergers and acquisitions, corporate governance, and general corporate and securities matters and advises numerous clients on a full range of SEC reporting, compliance and corporate governance matters, including advising clients on compliance with the provisions of the Dodd-Frank Act, the SEC's tender offer rules and regulations, and the federal proxy rules.

Prior to joining Skadden in 2010, Mr. Breheny held a number of leadership positions in the Division of Corporation Finance at the U.S. Securities and Exchange Commission. He began as chief of the SEC's Office of Mergers and Acquisitions in July 2003, and in November 2007 he became deputy director, legal and regulatory policy.

In his position as chief of the Office of Mergers and Acquisitions, Mr. Breheny oversaw the legal and technical aspects of the administration of the Securities Act of 1933 as it related to tender offers and mergers; the proxy, beneficial ownership reporting, tender offer and going-private provisions of the Securities Exchange Act of 1934; and the rules, regulations, forms and procedures promulgated to implement these statutory provisions. As deputy director, he was a member of the senior staff of the commission with responsibility for the division's legal and regulatory policy support offices (chief counsel, chief accountant, mergers and acquisitions, international corporate finance, rulemaking, small business policy and enforcement liaison).

During his tenure at the SEC, Mr. Breheny assisted the commission with its consideration of significant rule amendments in a number of areas including shareholder director nominations, tender offers, beneficial ownership reporting, electronic delivery of proxy materials, electronic shareholder forums, short sale disclosure, and proxy voting and shareholder communications.

Before joining the SEC, Mr. Breheny worked at another international law firm in its New York and London offices. During his previous seven years in private practice, he advised clients engaged in a broad range of merger and acquisition transactions, securities issuances, private equity investments, banking and public financings, fund formations and corporate reorganizations. Mr. Breheny began his career as a certified public accountant with KPMG LLP.

Mr. Breheny serves as a member of the board of directors of the Society for Corporate Governance and repeatedly has been recognized by the National Association of Corporate Directors as part of its *Directorship 100*, an annual list that identifies the most influential people in the boardroom community. He has lectured extensively on topics such as mergers and acquisitions, corporate governance and the federal proxy rules, and shareholder voting. Mr. Breheny also has served as an adjunct securities law faculty member at the Georgetown University Law Center and Howard University School of Law. Currently he serves as co-chair of Skadden's global Diversity Committee.

In 2017, Mr. Breheny was named as a BTI Client Service All-Star by BTI Consulting Group. He also has been selected for inclusion in *Best Lawyers in America*, *The International Who's Who of Corporate Governance Lawyers* and *Chambers USA: America's Leading Lawyers for Business*, where he is described as bringing "a practical spin to the analysis of securities laws" and offering "an important perspective about how the SEC can be involved in the various components of a public company."

# Brian V. Breheny

Continued

## Associations

Chairman (2012-2015) and Vice Chairman (2010-2011; 2016-current), Proxy Statements and Business Combinations, Subcommittee, Federal Regulation of Securities Committee, American Bar Association

Member, Board of Directors, Society for Corporate Governance (formerly, the Society of Corporate Secretaries and Governance Professionals)

Member, Board of Directors, and President, Association of Securities and Exchange Commission Alumni, Inc.

Member, Advisory Board, Annual Institute on Securities Regulation and The SEC Institute, Practising Law Institute

Member, Executive Committee, Securities Regulation Institute, Northwestern University School of Law

Member, Board of Advisors, TheCorporateCounsel.net

Member, Washington, D.C. Steering Committee, Williams Institute, UCLA Law School

Member, Washington, D.C. Leadership Committee, Lambda Legal

Member, Board of Directors, Treasurer, and Finance Committee, The National LGBT Bar Association (2012-2015)

Member, St. John's University Board of Governors

Member, Board of Advisors, Fair Chance DC

# Matthew E. Sloan



**Partner, Los Angeles**
Litigation; Securities Enforcement;
Government Enforcement and White Collar Crime



T: 213.687.5276
F: 213.621.5276
matthew.sloan@skadden.com

**Education**
J.D., Harvard Law School, 1991
(*cum laude*)

B.A., Yale University, 1987
(*magna cum laude*, distinction in major),
Winner of the Katherine K. Walker
Senior Essay Prize

**Bar Admissions**
California

**Experience**
Assistant U.S. Attorney for the Central District of California, Major Frauds Section (2002-2007)

Assistant U.S. Attorney for the District of Columbia (1998-2002)

Judicial Law Clerk, Hon. David V. Kenyon, United States District Court for the Central District of California

Matt Sloan's practice focuses on white collar criminal defense, SEC enforcement actions and complex commercial litigation. He has extensive trial experience and has handled a variety of civil and criminal matters.

In his more than 20 years of experience, both in private practice and as a federal prosecutor, Mr. Sloan has successfully defended and prosecuted individuals and corporations in all phases of complex criminal, civil and regulatory matters, including those involving alleged securities fraud, stock option backdating, health care fraud, defense contractor fraud and whistleblower matters involving the False Claims Act (FCA). He has also conducted several internal investigations for large domestic and foreign companies, involving allegations of insider trading, securities fraud and violations of the Foreign Corrupt Practices Act (FCPA).

Mr. Sloan played a lead role in Skadden's successful defense of William J. Ruehle, the former CFO of Broadcom Corporation, against criminal and civil charges stemming from Broadcom's $2.2 billion restatement for allegedly backdating employee stock options. Mr. Sloan drafted the motion that led to Mr. Ruehle's acquittal on all charges and the ultimate dismissal of the SEC's civil enforcement action against Mr. Ruehle and three other defendants.

Mr. Sloan also is one of the lead partners representing Agility Logistics, a Kuwait logistics company that was the prime vendor for all food supplied to the U.S. military in Iraq during the Iraq War (2003-2010), in one of the largest government fraud prosecutions in U.S. history. The criminal and civil FCA cases, brought by the U.S. Attorney's Office in Atlanta, allege that Agility defrauded and overcharged the government in connection with its nearly $9 billion prime vendor contract.

Mr. Sloan also has played a major role in several other significant matters during his career, including:

- defending the former CEO of Brocade Communications in the first-ever federal criminal trial charging a corporate executive with securities fraud for improperly backdating stock options;

- representing MGA Entertainment and cross-examining Mattel's lead expert in the "*Bratz v. Barbie* doll war" litigation over ownership of the Bratz doll franchise;

- representing Kinetic Concepts, Inc. (KCI), a provider of cutting-edge wound care products, in an FCA case brought by former employees in which Skadden successfully moved to dismiss all charges on jurisdictional grounds and to disqualify and remove relators' counsel for wrongfully using KCI's privileged information; and

- serving as the co-lead trial counsel in a criminal prosecution charging the owners of a large pharmacy in Beverly Hills, Calif., with illegally overcharging Medi-Cal for anti-rejection drugs prescribed to patients in UCLA's liver transplant program.

# Matthew E. Sloan
Continued

Some of Mr. Sloan's current representations include:

- a "Big Four" accounting firm in mediations and potential arbitrations involving disputes with former clients alleging breach of contract and alleged malpractice claims; and

- a multinational European supplier of medical devices and operator of medical clinics in an FCPA investigation into operations in Thailand and Taiwan.

Prior to joining Skadden, Mr. Sloan served as an assistant U.S. attorney in the Major Frauds Section of the U.S. Attorney's Office in Los Angeles from 2002 through 2007, and as an assistant U.S. attorney for the District of Columbia from 1998 through 2002.

During his tenure in the U.S. Department of Justice, Mr. Sloan conducted numerous grand jury investigations and was the lead or co-lead counsel in more than 30 trials, including the successful prosecution of defendants for health care fraud, bank fraud, wire fraud, money laundering, and various narcotics and firearms offenses. Mr. Sloan also has briefed and successfully argued numerous appellate cases before the Ninth Circuit, the D.C. Circuit and the Court of Appeals for the District of Columbia.

In recognition of his accomplishments as a federal prosecutor, Mr. Sloan won awards from the Federal Bureau of Investigation, the U.S. Postal Inspection Service, the Defense Criminal Investigative Service, the California Department of Justice and the U.S. Department of Justice. He also has spoken on and moderated panels sponsored by the Los Angeles County Bar Association, the American Bar Association's White Collar Crime Committee in Los Angeles, and the American Bar Association's National Institute on White Collar Crime. Mr. Sloan repeatedly has been selected for inclusion in *The Best Lawyers in America* for Criminal Defense: White-Collar and was named one of the top 25 Most Influential Lawyers in White Collar & Cyber Crimes Law by the *Los Angeles Business Journal* in 2015.

### Associations

Member, Executive Committee, Legal Division of The Jewish Federation of Greater Los Angeles

Board Member, Los Angeles County Bar Association Counsel for Justice (Los Angeles County Bar Foundation)

### Publications

"Obtaining Defense Witness Immunity: Lessons From the Broadcom Trial," *Litigation, Vol. 37, No. 3 (American Bar Association)*, Spring 2011

# Nili T. Moghaddam

**Skadden**

Counsel, Los Angeles

Litigation; Cross-Border Investigations;
Government Enforcement and White Collar Crime



T: 213.687.5364
F: 213.621.5364
nili.moghaddam@skadden.com

### Education
J.D., Columbia Law School, 2002
(Kent Scholar, Harlan Fiske
Stone Scholar)

B.A., Brown University, 1999
(Honors, Phi Beta Kappa)

### Bar Admissions
New York
California

### Associations
Member, Patrons' Council, Farhang
Foundation (2016-Present)

Chair of Los Angeles Chapter, Public
Affairs Alliance of Iranian Americans
(2014)

Member, Pacific Council on
International Policy (2013-Present)

New York City Bar Association,
Federal Courts Committee (2002-2003)

Nili Moghaddam represents corporations and individuals in investigations, litigation, and other criminal and civil enforcement matters. Ms. Moghaddam joined Skadden after serving as an Assistant U.S. Attorney in Los Angeles. Prior to joining the firm, she served as an assistant U.S. attorney with the U.S. Attorney's office in Los Angeles from 2008 to 2014. During her tenure with the Department of Justice, Ms. Moghaddam handled numerous cases related to racketeering and financial crimes, including money laundering, bank fraud, mail fraud, wire fraud, structuring and identity theft. Highlights of her experience at the U.S. Attorney's office include:

- prosecuting 17 defendants charged with structuring nearly $9 million in proceeds related to a pharmaceutical diversion scheme;

- prosecuting 43 defendants charged with RICO conspiracy, narcotics conspiracy, money laundering and violent crimes in aid of racketeering;

- obtaining and successfully defending on appeal a conviction for RICO, narcotics conspiracy and violent crimes in aid of racketeering, which resulted in a published decision by the U.S. Court of Appeals for the Ninth Circuit; and

- prosecuting nine defendants for provision of material support to a foreign terrorist organization.

In 2013, Ms. Moghaddam received the "California Lawyer of the Year" award from *California Lawyer* magazine, which annually recognizes attorneys whose work has had a significant impact on the law, an industry or the legal profession. In 2016, she was named one of the "Most Influential Minority Lawyers" by the *Los Angeles Business Journal*.

In addition, in recognition of her achievements as a federal prosecutor, Ms. Moghaddam was nominated for the Attorney General's Award for Distinguished Service, the Executive Office for United States Attorneys Director's Award and the Federal Bureau of Investigation Director's Award for Excellence.

Prior to joining the U.S. Attorney's office, Ms. Moghaddam worked as a litigation associate at a prominent New York law firm from 2003 to 2008, where her practice focused on internal investigations, regulatory enforcement matters and complex commercial litigation. From 2002 to 2003, she clerked for the Honorable John S. Martin, Jr. in the U.S. District Court for the Southern District of New York.

Ms. Moghaddam is fluent in Farsi and proficient in French.

**Name: Rachael Schiffman**

| Legal Experience | Dates Employed |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | 2013 - Present (Law Clerk/Associate) 2012 (Summer Associate) |
| Extern, United States Attorney's Office | 2011 |
| Fasano Law Office | 2008 (Legal Secretary) |
| Admitted: California | December 4, 2013 |

| Education | Dates Attended |
|---|---|
| J.D., Loyola Law School, Los Angeles | 2010 - 2013 |
| B.A., University of California, Berkeley | 2004 - 2008 |

**Name: Matthew J. Tako**

| Legal Experience | Dates Employed |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | 2015 - Present (Law Clerk/Associate) 2014 (Summer Associate) |
| Summer Law Clerk, United States Attorney's Office | 2013 |
| Law Clerk, Tulane University Legal Assistance Program | 2012 – 2013 |
| Admitted: California | December 2, 2015 |

| Education | Dates Attended |
|---|---|
| J.D., Harvard Law School | 2012 - 2015 |
| B.A., University of Southern California | 2005 - 2009 |

**Name: Jeffrey Goldenhersh**

| Legal Experience | Dates Employed |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | 2016 - 2018[1] (Law Clerk/Associate) 2015 (Summer Associate) |
| Sheppard, Mullin, Richter & Hampton LLP | 2014 (Summer Associate) |
| Intern, U.S. Senate Permanent Subcommittee on Investigation | 2010 |
| Admitted: California | December 9, 2016 |

| Education | Dates Attended |
|---|---|
| J.D., Stanford Law School | 2013 - 2016 |
| B.A., Washington University in St. Louis | 2007 - 2011 |

---

[1] Jeffrey Goldenhersh is a former Skadden associate. He is currently employed as an associate at Massumi + Consoli LLP.

**Name: John C. Hamlett**

| Legal Experience | Dates Employed |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | 2016 - Present (Law Clerk/Associate) 2015 (Summer Associate) |
| Intern, Office of the State's Attorney, Special Victims Unit | 2014 |
| Contract Specialist, White House Military Office | 2010 – 2013 |
| Admitted: District of Columbia | November 3, 2017 |

| Education | Dates Attended |
|---|---|
| J.D., Washington University School of Law | 2013 - 2016 |
| B.B.A., James Madison University | 2005 - 2009 |