# EXHIBIT 5

**skadden, arps, slate, meagher & flom llp and affiliates**

Ironclad Performance Wear Corporation                          Bill Date: 11/08/17
Internal review                                                Bill Number: 1686171

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Word Processing Time | 09/24/17 | Padilla P | 15.00 |
| Word Processing Time | 09/27/17 | Padilla P | 60.00 |
| Word Processing Time | 10/14/17 | Wolfe M | 330.00 |
| Word Processing Time | 10/15/17 | Wolfe M | 45.00 |
| Word Processing Time | 10/16/17 | Franco MA | 40.00 |
| Word Processing Time | 10/18/17 | Montanez HH | 55.00 |
| Word Processing Time | 10/23/17 | Tuck KM | 75.00 |
| Word Processing Time | 10/23/17 | De La Paz JF | 10.00 |
| Word Processing Time | 10/27/17 | Montanez HH | 45.00 |
| Word Processing Time | 10/27/17 | Padilla P | 35.00 |
| Word Processing Time | 10/30/17 | Wolfe M | 15.00 |
| Word Processing Time | 10/31/17 | Franco MA | 70.00 |
| Word Processing Time | 11/01/17 | Tuck KM | 25.00 |
| | | **TOTAL WORD PROCESSING TIME** | **$820.00** |
| Postage | 10/20/17 | Office Admin, D | 0.46 |
| Postage | 10/31/17 | Office Admin, D | 2.24 |
| Postage | 10/31/17 | Office Admin, D | 1.19 |
| | | **TOTAL POSTAGE** | **$3.89** |
| Westlaw | 09/19/17 | Schwartz RA | 429.75 |
| Westlaw | 09/20/17 | Schwartz RA | 66.60 |
| Westlaw | 10/19/17 | Tako MJ | 74.25 |
| | | **TOTAL WESTLAW** | **$570.60** |
| In-house repro -color (network) | 11/03/17 | Network, D | 3.20 |
| | | **TOTAL IN-HOUSE REPRO -COLOR (NETWORK)** | **$3.20** |
| Reproduction - color | 09/27/17 | Copy Center, D | 0.80 |
| Reproduction - color | 10/01/17 | Copy Center, D | 157.60 |
| Reproduction - color | 10/18/17 | Copy Center, D | 128.80 |
| Reproduction - color | 10/22/17 | Copy Center, D | 3.20 |
| Reproduction - color | 10/22/17 | Copy Center, D | 99.20 |

DD01

**skadden, arps, slate, meagher & flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 10/25/17 | Copy Center, D | 4.80 |
| | | **TOTAL REPRODUCTION - COLOR** | **$394.40** |
| Vendor Hosted Teleconferencing | 09/14/17 | Teleconferencing Services, LLC | 1.99 |
| Vendor Hosted Teleconferencing | 09/19/17 | Teleconferencing Services, LLC | 8.09 |
| Vendor Hosted Teleconferencing | 09/19/17 | Teleconferencing Services, LLC | 8.19 |
| Vendor Hosted Teleconferencing | 09/23/17 | Teleconferencing Services, LLC | 19.69 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$37.96** |
| Business Meals | 10/16/17 | GrubHub - Seamless | 38.39 |
| Business Meals | 10/18/17 | GrubHub - Seamless | 45.70 |
| Business Meals | 10/19/17 | GrubHub - Seamless | 45.70 |
| Business Meals | 10/23/17 | GrubHub - Seamless | 29.58 |
| | | **TOTAL BUSINESS MEALS** | **$159.37** |
| Messengers/ Courier | 09/25/17 | Federal Express Corp. | 16.66 |
| Messengers/ Courier | 09/25/17 | Federal Express Corp. | 16.66 |
| Messengers/ Courier | 09/28/17 | Federal Express Corp. | 24.44 |
| Messengers/ Courier | 09/28/17 | Federal Express Corp. | 12.16 |
| Messengers/ Courier | 10/20/17 | Federal Express Corp. | 16.57 |
| Messengers/ Courier | 10/31/17 | Federal Express Corp. | 11.37 |
| Messengers/ Courier | 10/31/17 | Federal Express Corp. | 11.37 |
| | | **TOTAL MESSENGERS/ COURIER** | **$109.23** |
| Print Images to Paper (from Electronic Media) | 09/27/17 | Copy Center, D | 14.40 |
| Print Images to Paper (from Electronic Media) | 10/01/17 | Copy Center, D | 37.76 |
| Print Images to Paper (from Electronic Media) | 10/15/17 | Copy Center, D | 5.68 |
| Print Images to Paper (from Electronic Media) | 10/18/17 | Copy Center, D | 18.40 |
| Print Images to Paper (from Electronic Media) | 10/22/17 | Copy Center, D | 3.12 |
| Print Images to Paper (from Electronic Media) | 10/25/17 | Copy Center, D | 1.92 |

## skadden, arps, slate, meagher & flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 10/29/17 | Copy Center, D | 26.00 |
| Print Images to Paper (from Electronic Media) | 11/01/17 | Copy Center, D | 311.76 |
| Print Images to Paper (from Electronic Media) | 11/05/17 | Copy Center, D | 72.64 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$491.68** |
| | | **TOTAL MATTER** | **$2,590.33** |

DD01

**skadden, arps, slate, meagher & flom llp and affiliates**

```
Ironclad Performance Wear Corporation          Bill Date: 12/14/17
Internal review                                Bill Number: 1695334
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Outside eDiscovery Services | 09/07/17 | OmniVere | 5,509.00 |
| | | **TOTAL OUTSIDE EDISCOVERY SERVICES** | **$5,509.00** |
| Vendor Hosted Teleconferencing | 10/09/17 | Teleconferencing Services, LLC | 4.34 |
| Vendor Hosted Teleconferencing | 10/12/17 | Teleconferencing Services, LLC | 5.68 |
| Vendor Hosted Teleconferencing | 10/24/17 | Teleconferencing Services, LLC | 5.19 |
| Vendor Hosted Teleconferencing | 10/31/17 | Teleconferencing Services, LLC | 18.90 |
| Vendor Hosted Teleconferencing | 11/02/17 | Teleconferencing Services, LLC | 8.64 |
| Vendor Hosted Teleconferencing | 11/05/17 | Teleconferencing Services, LLC | 6.00 |
| Vendor Hosted Teleconferencing | 11/06/17 | Teleconferencing Services, LLC | 18.37 |
| Vendor Hosted Teleconferencing | 11/08/17 | Teleconferencing Services, LLC | 2.25 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$69.37** |
| Messengers/ Courier | 10/18/17 | Legal Support Network / Express Network | 122.62 |
| | | **TOTAL MESSENGERS/ COURIER** | **$122.62** |
| | | **TOTAL MATTER** | **$5,700.99** |

DD01