VAN C. DURRER II (State Bar No. 226693)
DESTINY N. ALMOGUE (State Bar No. 316495)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5900
van.durrer@skadden.com
destiny.almogue@skadden.com

Proposed Special Counsel for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>ICPW LIQUIDATION CORPORATION[1], a California corporation,<br><br>  Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW LIQUIDATION CORPORATION[2], a Nevada corporation,<br><br>  Debtor and Debtor in Possession.<br><br>☒  Affects both Debtors<br><br>☐  Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐  Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with:<br>1:17-bk-12409-MB<br><br>(ICPW Liquidation Corporation, a Nevada corporation)<br><br>Chapter 11 Cases<br><br>**PROOF OF SERVICE**<br><br>DATE: May 1, 2018<br>TIME: 2:30 p.m.<br>PLACE: Courtroom "303"<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

VAN C. DURRER II (State Bar No. 226693)
DESTINY N. ALMOGUE (State Bar No. 316495)
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5900
van.durrer@skadden.com
destiny.almogue@skadden.com

Proposed Special Counsel for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>ICPW LIQUIDATION CORPORATION[1], a California corporation,<br>    Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB<br>(ICPW Liquidation Corporation, a Nevada corporation) |
| In re:<br>ICPW LIQUIDATION CORPORATION[2], a Nevada corporation,<br>    Debtor and Debtor in Possession. | Chapter 11 Cases<br>**PROOF OF SERVICE**<br>DATE:    May 1, 2018<br>TIME:    2:30 p.m.<br>PLACE:   Courtroom "303"<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA |
| ☒  Affects both Debtors<br>☐  Affects ICPW Liquidation Corporation, a California corporation only<br>☐  Affects ICPW Liquidation Corporation, a Nevada corporation only | |

---

[1]  Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2]  Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

| In re:<br>ICPW Liquidation Corporation, a California corporation, Debtor and Debtor in Possession | CHAPTER 11<br>CASE NUMBER: 1:17-bk-12408-MB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):

- Final Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Fees and Expenses Incurred as Special Counsel for the Debtors from September 8, 2017 through November 3, 2017;
- Declaration of Van C. Durrer II in Support of Final Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Fees and Expenses Incurred as Special Counsel for the Debtors from September 8, 2017 through November 3, 2017; and
- Proof of Service.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 3, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 3, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 3, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**
The Honorable Martin R. Barash
United States Bankruptcy Court for the Central District of California
Edward R. Roybal Federal Building and Courthouse
21041 Burbank Blvd., Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2018 | Destiny N. Almogue | */s/ Destiny N. Almogue* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| In re:<br>ICPW Liquidation Corporation, a California corporation, Debtor and Debtor in Possession r | CHAPTER 11<br><br>CASE NUMBER:  1:17-bk-12408-MB |
|---|---|

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Shiva D Beck    sbeck@foley.com, jcharrison@foley.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck    sgluck@juno.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Thomas C Scannell    tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin    sseflin@brutzkusgubner.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Andrew T Solomon    asolomon@solomoncramer.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Douglas Wolfe    dwolfe@asmcapital.com
- 

**2. TO BE SERVED BY UNITED STATES MAIL**

| Ironclad Performance Wear (8300)<br>OUST, Secured, Committees,<br>Grainger Parties | United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, California 90017 | *RSN*<br>John Stern, Asst Attorney General<br>Attorney General's Office Bankruptcy<br>& Collections Division P.O. Box<br>12548<br>Austin, TX 78711-2548 |
|---|---|---|
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | Dentons US LLP<br>Successor by merger to McKenna Long etc<br>2030 Main Street #1000<br>Irvine, CA 92614 | |
| **Creditors Committee:**<br><br>*Committee Counsel*<br>Brown Rudnick LLP<br>Attn: Cathrine M Castaldi<br>2211 Michelson Dr 7th Fl<br>Irvine, CA 92612 | Resources Global Professionals<br>c/o Brent Waters<br>17101 Armstrong Ave.<br>Irvine, CA  92614 | Winspeed Sports (Shanghai) co., LTD<br>c/o Brian Mitteldorf<br>Creditors adjustment Bureau<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| In re:<br>ICPW Liquidation Corporation, a California corporation, Debtor and Debtor in Possession r | | CHAPTER 11<br><br>CASE NUMBER:  1:17-bk-12408-MB |
|---|---|---|

| | | |
|---|---|---|
| PT Sport Glove Indonesia<br>c/o Mark c. Robba<br>Kranoon Desa pandowoharjo<br>Sleman Yogyakarta 55512<br>Indonesia | | |
| **Equity Committee:** | | |
| *Equity Committee Counsel*<br>Attn:  Samuel Maizel & Tania Moyron<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA  90017-5704 | Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forrest, IL  60045-4707 | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610 |
| Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266 | | |
| W.W. Grainger, Inc.<br>Attn:  Leah Wardak<br>100 Grainger Parkway<br>Lake Forest, IL  60045 | Grainger Global Sourcing<br>A division of Grainger International, Inc.<br>Attn:  D.G. Macpherson, CEO<br>100 Grainger Parkway<br>Lake Forest, IL  60045 | Glenn Kurosaki<br>Kurosaki & Parker, P.C.<br>Petroleum Building<br>714 West Olympic Blvd., Suite 1011<br>Los Angeles, CA  90015 |
| Jeffrey A. Krieger<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA  90067 | | |
| **Secured Creditor**<br>Radians Wareham Holding, Inc. Attn: Mike Tutor, CEO 5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | **Counsel to Radians Wareham Holdings**<br>Sharon Z. Weiss<br>Bryan Cave<br>120 Broadway, Suite 300<br>Santa Monica, CA  90401 |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| Employment Development<br>Dept. Bankruptcy Group MIC 92E P.O. Box 826880<br>Sacramento, CA 94280-0001 | Office of Unemployment Compensation Tax Services Department of Labor and Industry Commonwealth of Pennsylvania 651 Boas Street, Room 702 Harrisburg, PA 17121 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**