BROWN RUDNICK LLP
CATHRINE M. CASTALDI, #156089
ccastaldi@brownrudnick.com
FOUAD KURDI (*pro hac vice*)
fkurdi@brownrudnick.com
SAM MONIZ, #313274
smoniz@brownrudnick.com
2211 Michelson Drive, 7th Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

Attorneys for OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation[1],<br><br>  Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation[2],<br><br>  Debtor and Debtor in Possession.<br><br>☐ Affects both Debtors<br><br>☒ Affects ICPW Liquidation Corporation, a California corporation only<br><br>☐ Affects ICPW Liquidation Corporation, a Nevada corporation only | Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with: 1:17-bk-12409-MB<br><br>Chapter 11 Cases<br><br>**DECLARATION OF ARJUN SIVAKUMAR IN SUPPORT OF SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY BROWN RUDNICK LLP**<br><br>DATE:  May 1, 2018<br>TIME:  2:30 p.m.<br>CTRM:  303<br>  21041 Burbank Blvd.<br>  Woodland Hills, CA 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1256178 v1-iManDB-034260/0001

I, ARJUN SIVAKUMAR, declare as follows:

1. I am an attorney at law duly licensed to practice before the above-entitled Court, and am an associate at the law firm of Brown Rudnick LLP, attorneys of record for the Official Committee of Unsecured Creditors for the Bankruptcy Estate of Ironclad Performance Wear Corporation, a California corporation.

2. I have first-hand personal knowledge of the matters set forth herein, and if called upon as a witness, would and could competently testify thereto.

3. This declaration is submitted in support of the Second and Final Application for Allowance of Fees and Costs Filed by Brown Rudnick LLP [November 9, 2017 through February 5, 2018] [Docket No. 515] ("Application"). Unless otherwise stated herein, capitalized terms shall have the same meaning as in the Application.

4. In preparing the Application, I incurred 5.7 hours of time, for which Brown Rudnick requests approval of fees for 4.0 hours at my ordinary billing rate of $435.00 per hour, totaling $1,740.00. Additionally, I estimate that Ms. Cathrine Castaldi of my office will incur 3.0 hours of time in attending the hearing on the Application, for which Brown Rudnick requests approval of fees for 3.0 hours at her ordinary billing rate of $675.00 per hour, totaling $2,025.00. Therefore, Brown Rudnick respectfully requests approval of an additional $3,765.00 in fees incurred after the reporting period covered by the Application. Notice of this additional request was provided in the Notice of Hearing on Final Applications for Approval of Fees and Reimbursement of Expenses of all Professionals Employed in these Chapter 11 Cases [Docket No. 527.]

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 17, 2018, at Irvine, California.

ARJUN SIVAKUMAR

2

1256178 v1-iManDB-034260/0001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2211 Michelson Drive, Suite 700, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ARJUN SIVAKUMAR IN SUPPORT OF SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND COSTS FILED BY BROWN RUDNICK LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 17, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 17, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ICPW Liquidation Corporation,
a California corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

ICPW Liquidation Corporation,
a Nevada corporation
15260 Ventura Blvd., 20th Floor
Sherman Oaks, CA 91403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 17, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2018 | Caryn S. Wolchuck, PP, PLS, CPS/CAP | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**
1236338 v1-034260/0001

## ADDITIONAL SERVICE INFORMATION (if needed):

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [con't]:

| | |
|---|---|
| Destiny N Almogue | destiny.almogue@skadden.com, candice.spoon@skadden.com |
| Shiva D Beck | sbeck@foley.com, jcharrison@foley.com |
| Ron Bender | rb@lnbyb.com |
| Cathrine M Castaldi | ccastaldi@brownrudnick.com |
| Lisa R Chandler | lisa.chandler@ipfs.com |
| Russell Clementson | russell.clementson@usdoj.gov |
| Aaron S Craig | acraig@kslaw.com, lperry@kslaw.com |
| Natalie B. Daghbandan | natalie.daghbandan@bryancave.com, raul.morales@bryancave.com; theresa.macaulay@bryancave.com |
| Steven M Gluck | sgluck@juno.com |
| Matthew A Gold | courts@argopartners.net |
| Monica Y Kim | myk@lnbrb.com, myk@ecf.inforuptcy.com |
| Jeffrey A Krieger | jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Samuel R Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com; tania.moyron@dentons.com; kathryn.howard@dentons.com |
| Krikor J Meshefejian | kjm@lnbrb.com |
| Tania M Moyron | tania.moyron@dentons.com, chris.omeara@dentons.com |
| S Margaux Ross | margaux.ross@usdoj.gov |
| Thomas C Scannell | tscannell@gardere.com, acordero@gardere.com |
| Susan K Seflin | sseflin@brutzkusgubner.com |
| Arjun Sivakumar | asivakumar@brownrudnick.com |
| Andrew T Solomon | asolomon@solomoncramer.com |
| John M Stern | john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Sharon Z. Weiss | sharon.weiss@bclplaw.com, raul.morales@bclplaw.com |
| Douglas Wolfe | dwolfe@asmcapital.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1236338 v1-034260/0001

**F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**
**VIA U.S. MAIL**

EQUITY COMMITTEE HOLDERS:

Patrick W. O'Brien
301 Whitmore Lane
Lake Forest, IL 60045-4707

Ronald Chez
1524 N. Astor Street
Chicago, IL 60610

Scott Jarus
938 Duncan Avenue
Manhattan Beach, CA 90266


CREDITORS COMMITTEE:

Resources Global Professionals
Attn: Brent Waters
17101 Armstrong Avenue
Irvine, CA 92614

Windspeed Sports (Shanghai) Co., Ltd.
c/o Brian Mitteldorf / Sam Mitteldorf
Creditors Adjustment Bureau
14226 Ventura Blvd.
Sherman Oaks, CA 91423

PT Sport Glove Indonesia
Attn: Mark Robba
Krandon Desa Pandowojarjo
Sleman Yogyakarta 55512
INDONESIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1236338 v1-034260/0001

F 9013-3.1.PROOF.SERVICE