Case 1:17-bk-12408-MB    Doc 553    Filed 04/23/18    Entered 04/23/18 09:01:31    Desc
Main Document    Page 1 of 2

SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
ARTHUR H. RUEGGER (Admitted Pro Hac Vice)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com

ANDREW T. SOLOMON (Admitted Pro Hac Vice)
SOLOMON & CRAMER LLP
1441 Broadway, Ste. 6026
New York, NY 10018
Tel: (212) 884-9102
Email: asolomon@solomoncramer.com

Attorneys for Trustee and Trust Board

**FILED & ENTERED**

**APR 23 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br>      Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br>      Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION ON MOTION TO ESTIMATE CLAIMS NOS. 7 AND 8 FILED BY JEFFREY CORDES AND WILLIAM AISENBERG PURSUANT TO 11 U.S.C. § 502(c)**<br><br>DATE:    April 8̶ 10, 2018<br>TIME:    1:30 p.m.<br>PLACE:  Courtroom "303"<br>            21041 Burbank Boulevard<br>            Woodland Hills, California 91367 |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

107173393

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

The Court, having read and considered that certain *Stipulation On Motion To Estimate Claims Nos. 7 And 8 Filed By Jeffrey Cordes And William Aisenberg Pursuant To 11 U.S.C. § 502(C)* (the "Stipulation") [Docket No. 551] between Matthew Pliskin, the trustee under the trust created pursuant to the *Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Plan"), and that certain trust agreement dated as of February 28, 2018, QBE Insurance Corporation, Jeffrey Cordes and William M. Aisenberg, with good cause appearing, orders as follows:

1. The Stipulation is approved;[3]

2. The Trustee shall reserve $546,313.50 in accordance with the Plan; and

3. The Motion is denied as moot.

**IT IS SO ORDERED.**

###

Date: April 23, 2018

Martin R Barash
United States Bankruptcy Judge

---

[3] The Court notes that the terms of the Stipulation were stated on the record at the scheduled hearing on April 10, 2018, at 1:30 p.m. (the Stipulation erroneously lists a hearing date of "April 8" in the caption and "August 8" in paragraph 7).

- 2 -

107173393