RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: rb@lnbyb.com; myk@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtors
and Debtors in Possession

**FILED & ENTERED**

MAY 02 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Ogier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

In re:

ICPW Liquidation Corporation, a California corporation[1],

    Debtor and Debtor in Possession.

In re:

ICPW Liquidation Corporation, a Nevada corporation[2],

    Debtor and Debtor in Possession.

☒ Affects both Debtors

☐ Affects ICPW Liquidation Corporation, a California corporation only

☐ Affects ICPW Liquidation Corporation, a Nevada corporation only

Lead Case No.: 1:17-bk-12408-MB
Jointly administered with:
1:17-bk-12409-MB

Chapter 11 Cases

**ORDER GRANTING FINAL APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES OF ALL PROFESSIONALS EMPLOYED IN THESE CHAPTER 11 CASES**

DATE:    May 1, 2018
TIME:    2:30 p.m.
PLACE:    Courtroom "303"
            21041 Burbank Blvd.
            Woodland Hills, CA

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

A hearing was held on May 1, 2018, at 2:30 p.m., at the above-referenced location for the Court to consider the final applications for approval of fees and reimbursement of expenses (the "Applications") of the professionals who have been employed in the chapter 11 bankruptcy cases of ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW California"), and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW Nevada" and collectively with ICPW California, the "Debtors"). Appearances were made at the hearing on the Applications as set forth on the record of the Court, recognizing that the Court waived the requirement for parties to appear at the hearing.

The Court, having considered the Applications and all of the pleadings filed in support of and in opposition to the Applications, and the oral statements made by the respective professionals on the record of the Court, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. **Levene, Neale, Bender, Yoo & Bill L.L.P. ("LNBYB").** LNBYB, bankruptcy counsel for the Debtors, is allowed on a final basis fees in the amount of $332,819.50 and expenses in the amount of $25,587.69 for total fees and expenses in the amount of $358,407.19 incurred during the period of November 21, 2017 through May 1, 2018. LNBYB is authorized to be paid this sum of $358,407.19 by these bankruptcy estates. In addition, all fees and expenses that the Court previously allowed LNBYB on an interim basis are hereby allowed on a final basis.

2. **Stubbs Alderton & Markiles, LLP ("SAM").** SAM, special corporate and securities, special trademark, and special litigation counsel for the Debtors, is allowed on a final basis fees in the amount of $62,889.50 and expenses in the amount of $6,106.03 for total fees and expenses of $68,995.53 incurred during the period of November 21, 2017 through May 1, 2018. SAM is authorized to be paid this sum of $68,995.53 by these bankruptcy estates. In addition, all fees and expenses that the Court previously allowed SAM on an interim basis are hereby allowed on a final basis.

3. **Dentons US LLP ("Dentons")**.  Dentons, counsel to the Official Committee of Equity Holders, is allowed on a final basis fees in the amount of $614,656.00 and expenses in the amount of $25,045.35 for total fees and expenses of $639,701.35 incurred during the period of November 1, 2017 through February 28, 2018.  Dentons is authorized to be paid this sum of $639,701.35 by these bankruptcy estates.  In addition, all fees and expenses that the Court previously allowed Dentons on an interim basis are hereby allowed on a final basis.

4. **Michael D. Schwarzmann ("MDS")**.  MDS, financial advisor to the Official Committee of Equity Holders, is allowed on a final basis fees in the amount of $6,545.00 and expenses in the amount of $134.78 for total fees and expenses of $6,679.78 incurred during the period of November 4, 2017 through February 28, 2018.  MDS is authorized to be paid this sum of $6,679.78 by these bankruptcy estates.  In addition, all fees and expenses that the Court previously allowed MDS on an interim basis are hereby allowed on a final basis.

5. **Solomon & Cramer LLP ("SC")**.  SC, special litigation counsel to the Official Committee of Equity Holders, is allowed on a final basis fees in the amount of $63,583.75 and expenses in the amount of $1,437.05 for total fees and expenses of $65,020.80 incurred during the period of November 29, 2017 through February 28, 2018. SC is authorized to be paid this sum of $65,020.80 by these bankruptcy estates.

6. **Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")**.  Skadden, special counsel to the Debtors, is allowed on a final basis fees in the fixed amount of $107,858.21 in accordance with an agreement reached between the Debtors, the Official Committee of Equity Security Holders and Skadden. Skadden is authorized to be paid this sum of $107,858.21 by these bankruptcy estates.

7. **Brown Rudnick LLP ("BR")**.  BR, counsel to the Official Committee of Unsecured Creditors, is allowed on a final basis fees in the amount of $30,037.50 and expenses in the amount of $2,733.74 for total fees and expenses of $32,771.24 incurred during the period of November 10, 2017 through February 5, 2018.  BR is authorized to be paid this sum of $32,771.24 by these bankruptcy estates.  In addition, all fees and expenses that the Court previously allowed BR on an interim basis are hereby allowed on a final basis.

8. LNBYB, which is serving as the Escrow Agent in these cases, is hereby authorized and directed to pay all of the allowed fees and expenses set forth in this Order out of the approximately $13,820,930.53 that LNBYB is currently holding in a segregated trust account for the benefit of these estates.

###

Date: May 2, 2018

Martin R Barash
United States Bankruptcy Judge