## Office of the United States Trustee

| | |
|---|---|
| In re: ICPW Liquidation Corporation, a California corporation, *et al.* | **Post-Confirmation Status Report** |
| Chapter 11 Case No: Lead Case No.: 1:17-bk-12408-MB | Quarter Ending: 3/31/18 |
| Jointly administered with: 1:17-bk-12409-MB | |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report  - Name, Address, Phone & FAX |
|---|---|
| Samuel R. Maizel & Tania M. Moyron | Matthew Pliskin |
| DENTONS US LLP | 3902 Henderson Blvd., Suite 208-336 |
| 601 South Figueroa Street, Suite 2500 | Tampa, FL 33629 |
| Los Angeles, California 90017-5704 | Telephone: (917) 543-2568 |
| Telephone: (213) 623-9300 | |
| Facsimile: (213) 623-9924 | |

| | |
|---|---|
| Date Order was entered confirming plan | February 13, 2018 |
| Disbursing Agent (if any) (Please print) | Upon entry of an order granting the *Joint Motion By Escrow Agent And The Trustee Of The Trust For Approval Of Stipulation Approving Transfer Of Escrow* [Docket No. 561], KCC LLC will be the disbursing agent. |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $0.00 |
| Other Disbursements | $1,198,202.65 |
| **Total Disbursements** | $1,198,202.65 [1] |

| | |
|---|---|
| Projected date of final decree | TBD based on resolution of litigation. |
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | Resolution of litigation against former officers, Radians Wareham Holding, Inc. ("Radians") and other third parties. |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | The Trustee filed motions to estimate the claims of former officers and Radians [Dkt. Nos. 473 & 474] and obtained orders thereon (the "Estimation Orders") [Dkt. Nos. 553 & 555] in accordance with the confirmation order [Dkt. No. 442]. Now that the Estimation Orders have been entered, the Trustee is preparing to make an initial distribution. |

---

1 For purposes of calculating the UST fees, the disbursement total is $76,206.75 after deducting $1,121.995.90, which is the amount paid to Brighton Best International, Inc. ("BBI"). BBI purchased substantially all of the Debtor's assets including accounts receivable. The amount paid to BBI is comprised of payments received by the Debtor from former customers for which the accounts receivable were sold to BBI.

| Date last U. S. Trustee fee paid | March 1, 2018 |
|---|---|
| Amount Paid | $7,000.00 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

5/3/18

Date

Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered.  This report is for U.S. Trustee purposes only.  You may be required to file additional reports with the Bankruptcy Court.*

MONTHLY OPERATING REPORT –
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES^ | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | x |
| | | | |

^If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO^ |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | x |
| 2. | Are all premium payments current? | N/A | |

^If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.
In process of securing the E&O required coverage.  No other Physical opeartion of the Trust require insurance

| CONFIRMATION OF INSURANCE | | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

MONTHLY OPERATING REPORT –
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | ICPW Liquidation Corporation, a California corporation |
| Case Number: | 17-bk-12408 |
| Date of Plan Confirmation: February 13, 2018 | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly* | Post Confirmation Total |
|---|---|---|---|---|
| 1. | CASH (Beginning of Period) | | $ 15,367,377.27 | $ |
| | | | | |
| 2. | INCOME or RECEIPTS during the Period | | $ 113,359.85 | $ |
| | NOTE : The receipts were payments from BBI customers to be remitted to BBI | | | |
| 3. | DISBURSEMENTS | | | |
| a. | Operating Expenses (Fees/Taxes): | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 7,000.00 | $ |
| | (ii) | Federal Taxes | 0.00 | |
| | (iii) | State Taxes | 8,292.75 | |
| | (iv) | Other Taxes | 0.00 | |
| | | | | |
| b. | All Other Operating Expenses: | | $ 1,182,909.90 | $ |
| | Note: Includes $1,121,995.90 remitted to BBI | | | |
| c. | Plan Payments: | | | |
| | (i) | Administrative Claims | $ 0.00 | $ |
| | (ii) | Class One | 0.00 | |
| | (iii) | Class Two | 0.00 | |
| | (iv) | Class Three | 0.00 | |
| | (v) | Class Four | 0.00 | |
| | | (Attach additional pages as needed) | | |
| | | | | |
| | Total Disbursements (Operating & Plan) | | $ 1,198,202.65 | $ |
| | | | | |
| 1. | CASH (End of Period) | | $ 14,282,534.47 | $ |

* For the post confirmation period from 2/28/18 – 3/31/2018

MONTHLY OPERATING REPORT –
POST CONFIRMATION

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Capital One | Capital One | Capital One | First Republic Bank |
| Account Number: | 0567 | 0575 | 3806 | 0638 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Disbursement | DIP | Escrow |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1.  Balance per Bank Statement | 150,000.00 | 31,030.17 | 290,765.49 | 13,873,748.37 |
| 2.  ADD:  Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.  SUBTRACT:  Outstanding Checks | 0.00 | -16,116.19 | 0.00 | -43,533.86 |
| 4.  Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 |
| 5.  Month End Balance (Must Agree with Books) | 150,000.00 | 14,913.98 | 290,765.49 | 13,830,214.51 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

MONTHLY OPERATING REPORT –
POST CONFIRMATION

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Capital One |
|---|---|
| Account Number | ▬0575 |
| Purpose of Account (Operating/Payroll/Personal) | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| wire | 3/1/2018 | US Trustee | US Bankruptcy Payments | 7,000.00 |
| wire | 3/2/2018 | Geoff Greulich | CEO Salary for February | 12,500.00 |
| wire | 3/2/2018 | Tranfer to BBI | Transfer BBI receipts to BBI | 1,121,995.90 |
| Bank Check | 3/14/2018 | Captial One | Bank Fee | 367.50 |
| wire | 3/16/2018 | Michael DiGregorio (Board Payments) | Post-petition board payments | 14,293.48 |
| wire | 3/16/2018 | Done Ventures (Board Payments) | Post-petition board payments | 14,293.48 |
| wire | 3/19/2018 | Woneel | Vendor past due | 615.40 |
| 5815 | 3/23/2018 | OREGON DEPARTMENT OF REVENUE | Taxes | 150.00 |
| 5816 | 3/23/2018 | Franchise Tax Board | Taxes | 800.00 |
| Bank Check | 3/23/2018 | John R. Ames, CTA | Taxes | 3,912.08 |
| Bank Check | 3/23/2018 | Valwood Improvement Authority | Taxes | 671.05 |
| Bank Check | 3/23/2018 | State Comptroller | Taxes | 2,759.62 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 1,179,358.51 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT --                                          ATTACHMENT NO. 4
POST CONFIRMATION

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Capital One |
|---|---|
| Account Number | ▬0575 |
| Purpose of Account (Operating/Payroll/Personal) | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 5818 | 3/23/2018 | Robert Steckler | Post-petition board payments | 5,543.48 |
| 5819 | 3/23/2018 | Emmett Murphy | Post-petition board payments | 5,343.48 |
| 5820 | 3/27/2018 | David Jacobs | Post-petition board payments | 4,043.48 |
| 5821 | 3/29/2018 | Washington State | Taxes | 1,185.75 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 16,116.19 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT –                                        ATTACHMENT NO. 4
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | First Republic Bank |
|---|---|
| Account Number | ▮▮▮▮0638 |
| Purpose of Account (Operating/Payroll/Personal) | Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 261 | 3/26/2018 | Mercindo | Pre-petition indebtedness (check dated 12/21) | 10,208.14 |
| 316 | 3/13/2018 | Veritex | Legal Process Expenses | 995 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



# MANAGE YOUR CASH

CASH MANAGEMENT · CHECKING · MONEY MARKET · CDs · LOANS

IRONCLAD PERFORMANCE WEAR CORPORATION
OPERATING ACCOUNT
SUITE 300
1920 HUTTON CT
DALLAS TX   75234

☐ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

**ICPW LIQUIDATION CORPORATION**

| 0567 | | | |
|---|---|---|---|
| Previous Balance  02/28/18 | $150,232.00 | Number of Days in Cycle | 30 |
| 56 Deposits/Credits | $99,259.85 | Minimum Balance This Cycle | $150,000.00 |
| 26 Checks/Debits | ($99,491.85) | Average Collected Balance | $148,315.80 |
| Service Charges | $0.00 | | |
| Ending Balance  03/30/18 | $150,000.00 | | |

## ACCOUNT DETAIL   FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

**ICPW LIQUIDATION CORPORATION**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/01 | Foreign Check Collection INTERNATIONAL INTERNATL 030118 CAD60010899-00 | $1,155.42 | | $151,387.42 |
| 03/01 | Foreign Check Collection INTERNATIONAL INTERNATL 030118 CAD60010899-00 | $158.04 | | $151,545.46 |
| 03/01 | ACH deposit COF MERCHNT SET  COMB. DEP. 030118 IRONCLAD PERFORMANCE ▓▓▓▓8769 | $105.10 | | $151,650.56 |
| 03/01 | Foreign Check Collection INTERNATIONAL INTERNATL 030118 CAD60010899-00 | $34.58 | | $151,685.14 |
| 03/01 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 030118 IRONCLAD PERFORMANCE W ▓▓▓▓4381 | $15.90 | | $151,701.04 |
| 03/01 | Transfer debit Transfer to ▓▓▓▓3806 | | $1,701.04 | $150,000.00 |
| 03/02 | ACH deposit True Value Co    PAYMENT 030218 IRONCLAD PERFORMANCE W 0448346 | $2,493.89 | | $152,493.89 |
| 03/02 | Transfer debit Transfer to ▓▓▓▓3806 | | $2,493.89 | $150,000.00 |
| 03/05 | Lockbox deposit | $4,327.93 | | $154,327.93 |

*Thank you for banking with us.*

PAGE 1 OF 6

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**

## ACCOUNT DETAIL   CONTINUED FOR PERIOD  MARCH 01, 2018  -  MARCH 30, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|--------------------|
| 03/05 | ACH deposit True Value Co    PAYMENT 030518 IRONCLAD PERFORMANCE W 0448586 | $309.66 | | $154,637.59 |
| 03/05 | ACH deposit COF MERCHNT SET  COMB. DEP. 030518 IRONCLAD PERFORMANCE ▮▮▮▮8769 | $216.51 | | $154,854.10 |
| 03/05 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 030518 IRONCLAD PERFORMANCE W ▮▮▮▮5781 | $185.03 | | $155,039.13 |
| 03/05 | ACH deposit COF MERCHNT SET  COMB. DEP. 030518 IRONCLAD PERFORMANCE ▮▮▮▮8769 | $154.61 | | $155,193.74 |
| 03/05 | Transfer debit Transfer to ▮▮▮▮3806 | | $866.74 | $154,327.00 |
| 03/06 | Wire transfer deposit NOW NETHERLANDS  B.V. 030618 USD************0352 | $13,030.54 | | $167,357.54 |
| 03/06 | Foreign Check Collection INTERNATIONAL INTERNATL 030618 CAD60010908-00 | $572.65 | | $167,930.19 |
| 03/06 | Foreign Check Collection INTERNATIONAL INTERNATL 030618 CAD60010908-00 | $537.39 | | $168,467.58 |
| 03/06 | ACH deposit ORGILL INC VENDORPYMT 030618 BRIGHTON BEST 0090405 | $123.13 | | $168,590.71 |
| 03/06 | Foreign Check Collection INTERNATIONAL INTERNATL 030618 CAD60010908-00 | $44.46 | | $168,635.17 |
| 03/06 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 030618 IRONCLAD PERFORMANCE W ▮▮▮▮5908 | $7.12 | | $168,642.29 |
| 03/06 | Transfer debit Transfer to ▮▮▮▮3806 | | $18,642.29 | $150,000.00 |
| 03/07 | ACH deposit True Value Co    PAYMENT 030718 IRONCLAD PERFORMANCE W 0449148 | $9,386.26 | | $159,386.26 |
| 03/07 | ACH deposit COF MERCHNT SET  COMB. DEP. 030718 IRONCLAD PERFORMANCE ▮▮▮▮8769 | $225.88 | | $159,612.14 |
| 03/07 | Transfer debit Transfer to ▮▮▮▮3806 | | $9,612.14 | $150,000.00 |
| 03/08 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 030818 IRONCLAD PERFORMANCE W 2000476113 | $236.55 | | $150,236.55 |
| 03/08 | Transfer debit Transfer to ▮▮▮▮3806 | | $236.55 | $150,000.00 |
| 03/09 | ACH deposit True Value Co    PAYMENT 030918 IRONCLAD PERFORMANCE W 0449795 | $422.26 | | $150,422.26 |
| 03/09 | ACH deposit PORTER-WALKER PAYMENTS 030918 IRONCLAD PERFORMANCE | $289.06 | | $150,711.32 |
| 03/09 | Foreign Check Collection INTERNATIONAL INTERNATL 030918 CAD60010918-00 | $158.43 | | $150,869.75 |

PSI: 0 / SHC: 0 / LOB :C

# CapitalOne Bank
### Commercial Banking Group

# MANAGE YOUR CASH
### CASH MANAGEMENT · CHECKING · MONEY MARKET · CDs · LOANS

IRONCLAD PERFORMANCE WEAR CORPORATION
OPERATING ACCOUNT
SUITE 300

## ACCOUNT DETAIL   CONTINUED FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 03/09 | ACH Withdrawal COF MERCHNT BILL COF BILLNG 030918 IRONCLAD PERFORMANCE W 0A351P | | $762.58 | $150,107.17 |
| 03/09 | ACH Withdrawal COF MERCHNT BILL COF BILLNG 030918 IRONCLAD PERFORMANCE W 0A261O | | $29.95 | $150,077.22 |
| 03/09 | Transfer debit Transfer to ████3806 | | $77.22 | $150,000.00 |
| 03/12 | Lockbox deposit | $656.55 | | $150,656.55 |
| 03/12 | ACH deposit COF MERCHNT SET COMB. DEP. 031218 IRONCLAD PERFORMANCE ██████8769 | $281.31 | | $150,937.86 |
| 03/12 | ACH deposit HD SUPPLY USD - CASH CONC 031218 IRONCLAD PERFORMANCE W | $140.14 | | $151,078.00 |
| 03/12 | ACH deposit COF MERCHNT SET COMB. DEP. 031218 IRONCLAD PERFORMANCE ██████8769 | $117.05 | | $151,195.05 |
| 03/12 | ACH deposit HOME DEPOT 0537 EDI PAYMNT 031218 IRONCLAD PERFORMANCE W █████6945 | $35.24 | | $151,230.29 |
| 03/12 | Transfer debit Transfer to ████3806 | | $574.29 | $150,656.00 |
| 03/13 | Lockbox deposit | $14,286.34 | | $164,942.34 |
| 03/13 | Transfer debit Transfer to ████3806 | | $656.34 | $164,286.00 |
| 03/14 | ACH deposit True Value Co PAYMENT 031418 IRONCLAD PERFORMANCE W 0450799 | $255.86 | | $164,541.86 |
| 03/14 | ACH deposit COF MERCHNT SET COMB. DEP. 031418 IRONCLAD PERFORMANCE ██████8769 | $201.48 | | $164,743.34 |
| 03/14 | Transfer debit Transfer to ████3806 | | $14,743.34 | $150,000.00 |
| 03/15 | Lockbox deposit | $6,096.93 | | $156,096.93 |
| 03/15 | ACH deposit True Value Co PAYMENT 031518 IRONCLAD PERFORMANCE W 0451155 | $405.50 | | $156,502.43 |
| 03/15 | ACH deposit COF MERCHNT SET COMB. DEP. 031518 IRONCLAD PERFORMANCE ██████8769 | $99.19 | | $156,601.62 |
| 03/15 | ACH deposit HOME DEPOT 0537 EDI PAYMNT 031518 IRONCLAD PERFORMANCE W █████6208 | $69.40 | | $156,671.02 |
| 03/15 | Transfer debit Transfer to ████3806 | | $575.02 | $156,096.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER FDIC · EQUAL HOUSING LENDER

**ACCOUNT DETAIL**  CONTINUED FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------|--------------------|-------------------|
| 03/16 | ACH deposit True Value Co   PAYMENT 031618 IRONCLAD PERFORMANCE W 0451467 | $16.59 | | $156,112.59 |
| 03/16 | Analysis service charge debit ANALYSIS CHRG | | $890.69 | $155,221.90 |
| 03/16 | Transfer debit Transfer to ██████3806 | | $5,221.90 | $150,000.00 |
| 03/19 | Lockbox deposit | $3,598.50 | | $153,598.50 |
| 03/19 | ACH deposit COF MERCHNT SET  COMB. DEP. 031918 IRONCLAD PERFORMANCE ██████8769 | $149.05 | | $153,747.55 |
| 03/19 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 031918 IRONCLAD PERFORMANCE W ██████3443 | $126.76 | | $153,874.31 |
| 03/19 | ACH deposit COF MERCHNT SET  COMB. DEP. 031918 IRONCLAD PERFORMANCE ██████8769 | $52.41 | | $153,926.72 |
| 03/19 | ACH deposit HD SUPPLY USD -  CASH CONC 031918 IRONCLAD PERFORMANCE W | $17.25 | | $153,943.97 |
| 03/19 | Transfer debit Transfer to ██████3806 | | $345.97 | $153,598.00 |
| 03/20 | Lockbox deposit | $2,560.97 | | $156,158.97 |
| 03/20 | ACH deposit COF MERCHNT SET  COMB. DEP. 032018 IRONCLAD PERFORMANCE ██████8769 | $145.28 | | $156,304.25 |
| 03/20 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 032018 IRONCLAD PERFORMANCE W ██████1361 | $105.98 | | $156,410.23 |
| 03/20 | Transfer debit Transfer to ██████3806 | | $3,850.23 | $152,560.00 |
| 03/21 | ACH deposit True Value Co   PAYMENT 032118 IRONCLAD PERFORMANCE W 0452444 | $6,866.27 | | $159,426.27 |
| 03/21 | Transfer debit Transfer to ██████3806 | | $9,426.27 | $150,000.00 |
| 03/22 | ACH deposit True Value Co   PAYMENT 032218 IRONCLAD PERFORMANCE W 0452770 | $15,897.60 | | $165,897.60 |
| 03/22 | Lockbox deposit | $91.08 | | $165,988.68 |
| 03/22 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 032218 IRONCLAD PERFORMANCE W ██████0892 | $55.56 | | $166,044.24 |
| 03/22 | Transfer debit Transfer to ██████3806 | | $15,953.24 | $150,091.00 |
| 03/23 | ACH deposit True Value Co   PAYMENT 032318 IRONCLAD PERFORMANCE W 0453106 | $6,886.26 | | $156,977.26 |
| 03/23 | Transfer debit Transfer to ██████3806 | | $6,977.26 | $150,000.00 |
| 03/26 | Lockbox deposit | $1,471.04 | | $151,471.04 |
| 03/26 | ACH deposit COF MERCHNT SET  COMB. DEP. 032618 IRONCLAD PERFORMANCE ██████8769 | $345.10 | | $151,816.14 |



# MANAGE YOUR CASH

**CASH MANAGEMENT · CHECKING · MONEY MARKET · CDs · LOANS**

IRONCLAD PERFORMANCE WEAR CORPORATION
OPERATING ACCOUNT
SUITE 300

### ACCOUNT DETAIL   CONTINUED FOR PERIOD  MARCH 01, 2018  -  MARCH 30, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 03/26 | ACH deposit COF MERCHNT SET  COMB. DEP. 032618 IRONCLAD PERFORMANCE ▇▇▇▇3769 | $125.96 | | $151,942.10 |
| 03/26 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 032618 IRONCLAD PERFORMANCE W ▇▇▇▇1407 | $86.87 | | $152,028.97 |
| 03/26 | Transfer debit Transfer to ▇▇▇▇3806 | | $557.97 | $151,471.00 |
| 03/27 | Lockbox deposit | $558.47 | | $152,029.47 |
| 03/27 | ACH deposit HOME DEPOT 0537  EDI PAYMNT 032718 IRONCLAD PERFORMANCE W ▇▇▇▇0469 | $75.14 | | $152,104.61 |
| 03/27 | ACH Withdrawal PAYPAL        ECHECK 032718 IRONCLAD PERFORMANCE W J22222BU859HC | | $34.73 | $152,069.88 |
| 03/27 | Transfer debit Transfer to ▇▇▇▇3806 | | $1,511.88 | $150,558.00 |
| 03/28 | Transfer debit Transfer to ▇▇▇▇3806 | | $558.00 | $150,000.00 |
| 03/29 | Lockbox deposit | $3,192.32 | | $153,192.32 |
| 03/29 | Transfer debit Transfer to ▇▇▇▇3806 | | $0.32 | $153,192.00 |
| 03/30 | Transfer debit Transfer to ▇▇▇▇9806 | | $3,192.00 | $150,000.00 |
| **Total** | | **$99,259.85** | **$99,491.85** | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



**MEMBER FDIC**



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

ICPW LIQUIDATION CORPORATION
DISBURSEMENT ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX 75234-9017

▶ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

**ICPW LIQUIDATION CORPORATION**

|  0575 | | | |
|---|---|---|---|
| Previous Balance 02/28/18 | $75,892.78 | Number of Days in Cycle | 30 |
| 2 Deposits/Credits | $1,134,495.90 | Minimum Balance This Cycle | $31,030.17 |
| 10 Checks/Debits | ($1,179,358.51) | Average Collected Balance | $51,876.93 |
| Service Charges | $0.00 | | |
| Ending Balance 03/30/18 | $31,030.17 | | |

## ACCOUNT DETAIL    FOR PERIOD  MARCH 01, 2018 - MARCH 30, 2018

**ICPW LIQUIDATION CORPORATION**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/01 | Wire transfer deposit CASH CONTROL UTA WIRES ATT 030118 USDS0680602717101 | $12,500.00 | | $88,392.78 |
| 03/01 | Check      0 | | $7,000.00 | $81,392.78 |
| 03/02 | Book transfer credit FROM ...3806 | $1,121,995.90 | | $1,203,388.68 |
| 03/02 | Wire transfer withdrawal CHARLES SCHWAB & CO 030218 USD0002993881 | | $12,500.00 | $1,190,888.68 |
| 03/02 | Wire transfer withdrawal BRIGHTON-BEST IN TERNATIONA 030218 USD0002994556 | | $1,121,995.90 | $68,892.78 |
| 03/14 | Check      0 | | $367.50 | $68,525.28 |
| 03/16 | Wire transfer withdrawal DONE VENTURES, LLC 031618 USD0003067424 | | $14,293.48 | $54,231.80 |
| 03/16 | Wire transfer withdrawal MICHAEL DIGREGOR IO 031618 USD0003067414 | | $14,293.48 | $39,938.32 |
| 03/19 | Wire transfer withdrawal WONEEL AMERICA I NC 031918 USD0003069249 | | $615.40 | $39,322.92 |
| 03/23 | Check 9103294045 | | $7,342.75 | $31,980.17 |
| 03/30 | Check      5816 | | $800.00 | $31,180.17 |
| 03/30 | Check      5815 | | $150.00 | $31,030.17 |
| Total | | $1,134,495.90 | $1,179,358.51 | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.



MEMBER
**FDIC**

ACCOUNT DETAIL    CONTINUED FOR PERIOD  MARCH 01, 2018    -  MARCH 30, 2018

███████████████ 0575

**ICPW LIQUIDATION
CORPORATION**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0 | 03/01 | $7,000.00 | 5815* | 03/30 | $150.00 | 3294045* | 03/23 | $7,342.75 |
| 0* | 03/14 | $367.50 | 5816 | 03/30 | $800.00 | | | |

PSI: 1 / SHC: 0 / LOB :C



## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ICPW LIQUIDATION CORPORATION
"DIP" CENTRAL DISTRICT OF CALIFORNIA
CASE # 1:17-BK-12408-MB
1920 HUTTON CT, SUITE 300
DALLAS TX  75234-9017

▸ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD   MARCH 01, 2018  -  MARCH 30, 2018

|  | 3806 | | ICPW LIQUIDATION CORPORATION |
|---|---|---|---|
| Previous Balance  02/28/18 | $1,313,402.49 | Number of Days in Cycle | 30 |
| 23 Deposits/Credits | $99,373.90 | Minimum Balance This Cycle | $195,601.52 |
| 2 Checks/Debits | ($1,122,010.90) | Average Collected Balance | $282,398.89 |
| Service Charges | $0.00 | | |
| Ending Balance 03/30/18 | $290,765.49 | | |

## ACCOUNT DETAIL    FOR PERIOD   MARCH 01, 2018  -  MARCH 30, 2018

ICPW LIQUIDATION CORPORATION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/01 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $1,701.04 | | $1,315,103.53 |
| 03/02 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $2,493.89 | | $1,317,597.42 |
| 03/02 | Book transfer debit TO ...0575 | | $1,121,995.90 | $195,601.52 |
| 03/05 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $866.74 | | $196,468.26 |
| 03/06 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $18,642.29 | | $215,110.55 |
| 03/07 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $9,612.14 | | $224,722.69 |
| 03/08 | Funding Transfer Credit Transfer from ▉▉▉▉0567 | $236.55 | | $224,959.24 |
| 03/09 | Wire transfer deposit RESOURCES CONNEC TION LLC 030918 USD***********1982 | $1,600.00 | | $226,559.24 |
| 03/09 | Funding Transfer Credit Transfer from 4670100567 | $77.22 | | $226,636.46 |
| 03/09 | Wire transfer fee RESOURCES CONNEC TION LLC   030918 | | $15.00 | $226,621.46 |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.


MEMBER FDIC

## ACCOUNT DETAIL    CONTINUED FOR PERIOD  MARCH 01, 2018    -  MARCH 30, 2018

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 03/12 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $574.29 | | $227,195.75 |
| 03/13 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $656.34 | | $227,852.09 |
| 03/14 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $14,743.34 | | $242,595.43 |
| 03/15 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $575.02 | | $243,170.45 |
| 03/16 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $5,221.90 | | $248,392.35 |
| 03/19 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $345.97 | | $248,738.32 |
| 03/20 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $3,850.23 | | $252,588.55 |
| 03/21 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $9,426.27 | | $262,014.82 |
| 03/22 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $15,953.24 | | $277,968.06 |
| 03/23 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $6,977.26 | | $284,945.32 |
| 03/26 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $557.97 | | $285,503.29 |
| 03/27 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $1,511.88 | | $287,015.17 |
| 03/28 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $558.00 | | $287,573.17 |
| 03/29 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $0.32 | | $287,573.49 |
| 03/30 | Funding Transfer Credit Transfer from ▇▇▇▇0567 | $3,192.00 | | $290,765.49 |
| *Total* | | $99,373.90 | $1,122,010.90 | |

PSI: 0 / SHC: 0 / LOB :C

# ACCOUNT STATEMENT



FIRST REPUBLIC BANK
It's a privilege to serve you®

## PREFERRED CHECKING

**Statement Period:**

March 01, 2018 –
March 31, 2018

**Account Number:**
XXX-XXX0-0638

IRONCLAD PERFORMANCE WEAR CORPORATION
L N B Y & B LLP TTEES
CASE # 1 17 BK 12408 MB
10250 CONSTELLATION BLVD
STE 1700
LOS ANGELES, CA 90067

004459-2
04459-002

**At Your Service:**

**24-Hour Automated Banking System**
**(800) 392-1407**

Enclosures 2          Page 1   of 3

## NEWS FROM FIRST REPUBLIC

Looking to refinance your student loans and put your savings to work? Achieve your next milestone faster with our Eagle Gold All-in-One student loan refinancing program. We currently offer among the lowest fixed rates in the industry, with terms ranging from 5 to 15 years.

Know someone with student loan debt? We're offering all First Republic clients a referral bonus of $300 for each loan that is approved and funded. Your friend will receive $200 as well. Terms and conditions apply. Visit firstrepublic.com/student-loan-refinancing for more information or ask your banker about Eagle Gold All-In-One today.

## ACCOUNT SUMMARY                    XXX-XXX0-0638

| | | | |
|---|---|---|---|
| Beginning Balance | $13,882,004.21 | Average Daily Balance | $13,879,418.55 |
| Total Deposits and Credits | $2,947.30 | Minimum Balance | $13,870,801.07 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00 |
| Total Checks Paid | $11,203.14- | Interest Earned This Period | $2,947.30 |
| Ending Balance | $13,873,748.37 | Interest Year to Date | $8,559.69 |
| | | 2017 Interest | $4,220.67 |



## CHECKS PAID          * Gap in check sequence

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|
| * 261 | 03/26 | $10,208.14 | 316 | 03/13 | $995.00 |

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Deposits and Credits** | |
| 03/31 | CREDIT - INTEREST | $2,947.30 |
| | *Total Deposits and Credits* | **$2,947.30** |

| | | |
|---|---|---|
| ANNUAL PERCENTAGE YIELD EARNED (APY-E) | 0.25% | |
| INTEREST EARNED THIS STATEMENT PERIOD | $2,947.30 | |

## TO BALANCE YOUR ACCOUNT

1. Go through your register and mark each check, withdrawal, ATM card transaction, payment, deposit, or other credit listed on this statement. Be sure your register shows any interest paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding checks, ATM withdrawals, purchases made with your ATM card, or any other withdrawals (including any from previous months) which are listed on your register but are not shown on this statement.

3. Balance your account by filling in the spaces below.

| ITEMS OUTSTANDING | |
|---|---|
| Check or Transaction No. | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | |

ENTER:
The Ending Balance as shown on
this Statement                                        $ ...............

ADD:
Any deposits listed        $
in your register or        $
transfers into your        $
account which are not      $ ...............
shown on this statement    $

                                   TOTAL →  $

CALCULATE THE SUBTOTAL.                               $ ...............

☞ SUBTRACT:
The total outstanding checks and
withdrawals from the chart at left                   $ .......

CALCULATE THE CURRENT BALANCE
This amount should be the same as the
current balance shown in your check register         $

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please telephone us at 1-415-392-1400 or write us at First Republic, 111 Pine Street, San Francisco, CA 94111 immediately if you believe there is an error on your statement or transaction receipt, or if you need more information about an electronic transaction. When you write or call us:

1. Tell us your name and account number or ATM card number.

2. As clearly as you can, describe the error or the transaction you are unsure about, and explain why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

You must report the suspected error to us no later than 60 days after we send you the FIRST statement on which the problem appeared. We will investigate your questions and will correct any error promptly. If our investigation takes longer than 10 business days (or 20 days in the case of electronic purchases), we will temporarily credit your account for the amount you believe is in error, so that you will have use of the money until our investigation is completed.

**For First Republic's 24-hour Automated Banking System, please call 1-800-392-1407.**

# ACCOUNT STATEMENT



**FIRST REPUBLIC BANK**
It's a privilege to serve you®

## Your Check Images
**Front**





**Back**



Check # 261  Date  3/26/2018  Amount $10,208.14



Check # 316  Date  3/13/2018  Amount $995.00



000000