SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Matthew Pliskin, as Trustee, and
The Trust Board

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br>    Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**POST-CONFIRMATION STATUS REPORT**<br><br>HEARING:<br>DATE:      August 28, 2018<br>TIME:      1:30 p.m.<br>PLACE:    Courtroom "303"<br>               21041 Burbank Boulevard<br>               Woodland Hills, California 91367 |
| In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br>    Debtor and Debtor in Possession. | |
| Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation | |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

Matthew Pliskin, the trustee (the "Trustee"), under the trust (the "Trust") created pursuant to the *Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated*

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

1

*February 9, 2018* (the "Plan") [Docket No. 438], and that certain trust agreement dated as of February 28, 2018 (the "Trust Agreement"), entered into by and among the Trustee, ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation ("ICPW Nevada"), formerly known as Ironclad Performance Wear Corporation, a Nevada corporation, hereby respectfully submits this Post-Confirmation Status Report, pursuant to Rule 3020-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

The Plan is a liquidating plan confirmed by entry of an order by this Court on February 13, 2018 (the "Confirmation Order"). [Docket No. 442].

**Listing of Claims & Interests and Payments Under the Plan**

| Class | Creditor(s) | Claim | Plan Payment to Date |
|---|---|---|---|
| Class 1 | General Unsecured Claims | $354,727.26 | See Below |
| Class 2 | Class of Shareholders | See Below | See Below |
| Class 3 | Secured Claims | Disputed | Reserve |
| Class 4 | Priority Unsecured Claims | Disputed | Reserve |

**Class 1**

Class 1 consists of general unsecured claims. As indicated in the Plan, prior to the Plan, all non-disputed general unsecured claims were paid by the Debtors with post-petition interest in accordance with prior orders of the Court and the *Order Granting Debtors' Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol*. [Docket No. 345].

On May 29, 2018, the Trustee filed the *Notice of Objection and Objection to Claims in Accordance with Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Objection"). [Docket No. 582]. The Objection provides that (i) the Trustee disputes the validity and amount of the seven claims listed therein (the "Claimants") and the enforceability of the claims (the "Claims") against the estates, (ii) the Trustee anticipates that any litigation against the Claimants will be commenced in another forum, and (iii) requests disallowance of the Claims after an order is obtained in a different forum. The

2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108771613\V-1

Trustee filed the Objection in accordance with the Plan and to provide the Claimants with notice that the Trustee disputed the Claims and, thus, no distribution would be paid on the Claims.

**Class 2**

Class 2 consists of the Beneficial Interest Holders (as defined below), who were the equity holders of ICPW Nevada as of the Record Date (*i.e.*, February 12, 2018). Pursuant to the Plan, on February 28, 2018 (the "Effective Date"), the Trust was created and all of the outstanding shares of common stock of ICPW Nevada (the "Common Stock") existing on the Effective Date were cancelled, and the record holders who owned shares of Common Stock on the Record Date became holders of non-transferable beneficial interests in the Trust in exchange for those shares ("Beneficial Interest Holders"). [Docket No. 438]. The Trust was created for the exclusive benefit of Beneficial Interest Holders, net of claims and expenses payable under the express terms of the Trust. *Id.*

In June 2018, the Trustee sent a letter to Beneficial Interest Holders informing them of an interim distribution to them in the amount of $7,243,994 (representing $0.0835/share based upon 86,754,428 total outstanding shares). As of June 30, 2018, the amount of $5,901,770.96 has been disbursed.

**Class 3**

Class 3 consists of the contingent and disputed claim of Radians Wareham Holdings, Inc. ("Radians"). Pursuant to paragraph 26 in the Confirmation Order, on March 12, 2018, the Trustee filed the *Motion to Estimate Claim of Radians Wareham Holding, Inc. for Reimbursement of Legal Fees Pursuant to 11 U.S.C. § 502(c)* [Docket No. 473] (the "Estimation Motion") for purposes of establishing the Class 3 Reserve Fund (as defined in the Confirmation Order). At the hearing on the Estimation Motion, the Trustee and Radians agreed the that the Class 3 Reserve Fund should be $2,300,000 (the "Agreed Class 3 Reserve Fund"), which is reflected in *Order Granting In Part Motion To Estimate Claim Of Radians Wareham Holding, Inc. For Reimbursement Of Legal Fees Pursuant To 11 U.S.C. § 502(c).*[Docket No. 555]. The Trustee is holding the Agreed Class 3 Reserve Fund in a segregated trust account.

**Class 4**

Class 4 consists of priority claims, pursuant to 11 U.S.C. §§ 507(a)(3), (4), (5), (6), and (7). The only non-tax priority claims referenced in the Plan are the two priority wage claims in the amount of $12,850 (the "Cordes and Aisenberg Priority Claims") filed by Cordes and Aisenberg (the "Former Officers"). Prior to filing the Plan, the Official Committee of Equity Security Holders had filed a complaint against the Former Officers that (i) objected to the claims asserted by the Former Officers in their proofs of claims, and (ii) set forth the claims against the Former Officers seeking damages for pre-petition harm arising from their conduct. [Adv. Proc. No.: 1:18-ap-01011]

The Plan classified the disputed claims of the Former Officers as part of Class 4. The Plan provided that total sum of $300,000.00 (the "Class 4 Reserve Fund") would be retained in a segregated trust account, which would used to pay the Cordes and Aisenberg Priority Claims to the extent allowed by the Court, plus any indemnification claims of the Former Officers to the extent allowed by the Court and not otherwise satisfied by the Debtors' D&O Insurance. The Former Officers filed an objection to the Plan, which sought a larger reserve. [Docket No. 425].

Pursuant to paragraph 26 in the Confirmation Order, the Trustee filed a motion to estimate the disputed claims of the Former Officers for purposes of establishing the Class 4 Reserve Fund. [Docket No. 474]. After briefing and prior to the hearing, the Trustee and the Former Officers reached an agreement, which resulted in the *Order Approving Stipulation On Motion To Estimate Claims Nos. 7 And 8 Filed By Jeffrey Cordes And William Aisenberg Pursuant To 11 U.S.C. § 502(c)* [Docket No. 553] establishing a reserve in the amount of $546,313.50 in accordance with the Plan. The Trustee is holding the Class 4 Reserve Fund in a segregated trust account.

**Post-Confirmation Taxes**

The Trustee paid 141,597.38 in actual and estimated taxes for the tax years 2016 and 2017.

**Projections**

The Plan provided that it was being funded from various sources (*e.g.*, remaining estate funds from the sale proceeds, funds in the operating account, monetary recoveries to be obtained

by the Trust postpetition, etc.) and not cash derived from the operation of any business by the Debtor.

Postconfirmation, as of June 30, 2018, there have been disbursements in the amount of approximately $8,865,656, as set forth in the "post-confirmation status reports" provided to the Office of the United States Trustee and filed with this Court. Since the quarterly report ending on June 30, 2018, there have been additional disbursements in the amount of $1,282,564.08. Currently, the Trust has approximately $5,470,517.39 on hand.

The Trustee believes that the Trust is current on his payments to the United States Trustee for quarterly fees. Most recently, the Trustee caused a check in the amount of $13,325 for the second quarter of 2018 to be sent to the U.S. Trustee on or about July 31, 2018.

**Plan Consummation and Final Decree**

While the Trustee has made an interim distribution, the Trustee anticipates at least one other distribution. There is also significant litigation that continues to be pursued against third parties, as set forth above. Given the uncertainty related to the timing of the completion of litigation, the Trustee respectfully submits that it would be premature at this time to predict the timing of a motion for final decree.

**Other Pertinent Information Needed To Explain The Progress Toward Completion Of The Confirmed Plan**

The Plan provides that the Trustee will, among other things, investigate and, if appropriate, pursue all claims and causes of action that belong to the Estates and are assigned to the Trust for the benefit of the Beneficial Interest Holders. [Docket No. 438]. Since the Confirmation Order, the Trustee has analyzed and pursued certain claims and causes of action, as follows:

- On April 25, 2018, the Trustee commenced an arbitration proceeding against Thomas Felton, the former Senior Vice President of Supply Chain. On July 30, 2018, the Hon. George H. King (Ret.), Arbitrator, issued an order denying Felton's motion for summary disposition, holding that the Trustee adequately alleged claims for breach of fiduciary duty, breach of contract, and damages. Judge King

ordered the parties to meet and confer over whether the claims between the Trustee and the Former Officers should be consolidated and whether the parties would make a joint request to consolidate under JAMS Rule 6(e).

- After extensive briefing and a mediation that did not result in settlement, on July 31, 2018, the Court entered an order granting the Trustee's motion to compel arbitration against the Former Officers. [Adv. Proc. No.: 1:18-ap-01011 [Docket No. 52]. The Trustee has proposed consolidating the claims by and against the Former Officers with the pending JAMS proceeding involving Mr. Felton. Counsel are trying to schedule a date to meet and confer regarding consolidation.

- On July 17, 2018, the Court held a status conference in the adversary proceeding against Radians, at which time (i) the Court indicated, among other things, that it planned on rendering a decision on Radians' motion to dismiss after additional analysis, and (ii) continued the adversary proceeding until September 21, 2018.

- The Trustee is evaluating claims against BDO USA, LLP and is in discussions with its counsel.

- The Trustee is continuing to evaluate its litigation options against other third parties, but has not reached any final decisions about whether to pursue additional claims.

Dated: August 14, 2018

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA A. MOYRON

By: /s/Tania M. Moyron
Tania M. Moyron, Counsel
to the Trustee and Trust Board

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA  90017:

A true and correct copy of the document entitled (*specify*):  **POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 14, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Destiny N Almogue    destiny.almogue@skadden.com, candice.spoon@skadden.com
- Shiva D Beck    sbeck@foley.com, jcharrison@foley.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Lisa R Chandler    lisa.chandler@ipfs.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck    sgluck@juno.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Thomas C Scannell    tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin    sseflin@brutzkusgubner.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Andrew T Solomon    asolomon@solomoncramer.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Douglas Wolfe    dwolfe@asmcapital.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 14, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 14, 2018**, I served

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2018 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | US Department of Justice<br>Office of the Attorney General of the US<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA  90012 | Wendi A. Horwitz<br>Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 |
| Xavier Baccera<br>Attorney General of California<br>California Department of Justice<br>1300 "I" Street<br>Sacramento, CA  95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento, CA  95834 | Department of Justice<br>Office of the CA Attorney General<br>300 South Spring Street, Floor 9<br>Los Angeles, CA  90013 |
| Kenneth Wang<br>Department of Justice<br>Office of the CA Attorney General<br>300 South Spring Street<br>Los Angeles, CA  90013 | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA  90012 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA  90013 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA  95814 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA  19101 | California Secretary of State<br>1500 11th Street<br>Sacramento, CA  95814 |
| Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY  10281 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| **Trust Board - SERVED BY EMAIL** | | |
|---|---|---|
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL 60045-4707<br>**Email: obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL 60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA 90266<br>**Email: scott.jarus@verizon.net** |
| **Trustee - SERVED BY EMAIL** | | |
| Matthew Pliskin<br>2718 West Terrace Drive<br>Tampa, Florida 33609<br>**Email:<br>matthew@icpwliquidation.com** | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**