# Office of the United States Trustee

|  |  |
|---|---|
| In re: ICPW Liquidation Corporation, a California corporation, *et al.*<br><br>Chapter 11 Case No: Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with:<br><br>1:17-bk-12409-MB | **Post-Confirmation Status Report**<br><br>Quarter Ending: 9/31/18 |

| Attorney/Professional - Name, Address, Phone & FAX: | Person responsible for report  - Name, Address, Phone & FAX |
|---|---|
| Samuel R. Maizel & Tania M. Moyron | Matthew Pliskin |
| DENTONS US LLP | 3902 Henderson Blvd., Suite 208-336 |
| 601 South Figueroa Street, Suite 2500 | Tampa, FL 33629 |
| Los Angeles, California  90017-5704 | Telephone: (917) 543-2568 |
| Telephone: (213) 623-9300 | |
| Facsimile: (213) 623-9924 | |

| Date Order was entered confirming plan | February 13, 2018 |
|---|---|
| Disbursing Agent (if any) (Please print) | Upon entry of an order granting the *Joint Motion By Escrow Agent And The Trustee Of The Trust For Approval Of Stipulation Approving Transfer Of Escrow* [Docket No. 561], KCC LLC will be the disbursing agent. |

| SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER | |
|---|---|
| Disbursements made under the plan | $1,089,429.23 |
| Other Disbursements | $447,517.76 |
| **Total Disbursements** | $1,536,946.96 |

| Projected date of final decree | TBD based on resolution of litigation. |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | Resolution of litigation against former officers, Radians Wareham Holding, Inc. ("Radians") and other third parties. |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | The arbitration actions against the Debtors' former Officers and Senior Vice President–Supply Chain have been consolidated.  The parties are engaging in discovery. The hearing (trial) is scheduled to take place in November 2019.<br><br>Additionally, as part of the first interim distribution, the Trustee made distributions to certain beneficial interest holders which were not captured in the last reporting period. |
| Date last U. S. Trustee fee paid | September 28, 2018 |

| Amount Paid | $15,369.47 & $325.00 |
|---|---|

I declare under penalty of perjury that the information contained in the document is true, complete and correct.


Date  November 1, 2018                           Signature of person responsible for this report


*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered.  This report is for U.S. Trustee purposes only.  <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. Is the Debtor current on all post-confirmation plan payments? | x | |
| | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

The Debtor is current on all post-confirmation plan payments

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | x |
| 2. Are all premium payments current? | x | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

No physical operation or location to insure, E&O Coverage is maintianed as stated below.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| **TYPE of POLICY        and        CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Professional Liability Full Program - Underwriters at Lloyd's, London | 5/23/18-19 | 8576.16 Annual | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:** _____

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 2

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | ICPW Liquidation Corporation, a California Corporation |
|---|---|
| Case Number: | 17-bk-12408 |
| Date of Plan Confirmation: | 2/28/2018 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 6,747,494.40 | $ 15,367,377.27 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 28,446.31 | $ 211,210.17 |

NOTE : $34,217.78 of the PCT receipts were payments from BBI customers to be remitted to BBI

3. **DISBURSEMENTS**

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 75,413.97 | $ 84,688.97 |
| | (ii) | Federal Taxes | | 100,000.00 |
| | (iii) | State Taxes | | 41,597.38 |
| | (iv) | Other Taxes | | 0.00 |
| b. | **All Other Operating Expenses:** | | $ 372,103.76 | $ 1,808,423.87 |
| | Note: Includes $0 and $1,121,995.90 remitted to BBI | | | |
| c. | **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 0.00 | $ 1,282,400.39 |
| | (ii) | Class One* | 24,233.58 | 55,516.47 |
| | (iii) | Class Two | 0.00 | 0.00 |
| | (iv) | Class Three | 0.00 | 0.00 |
| | (v) | Class Four | 0.00 | 0.00 |
| | (vi) | Trust Beneficiaries | 1,065,195.65 | 6,966,966.61 |
| | | (Attach additional pages as needed) | | |
| | | * Note: Re-issuance of payments already scheduled | | |
| | **Total Disbursements (Operating & Plan)** | | $ 1,536,946.96 | $ 10,339,593.69 |
| 1. | **CASH (End of Period)** | | $ 5,238,993.75 | $ 5,238,993.75 |

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #3 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #4 |
|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | First Republic Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Number: | 0575 | 6638 | 0112 | 0120 | 0139 | 7032 | 7040 | 7059 | 7067 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Escrow | Disbursment | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking |
| 1.  Balance per Bank Statement Beginning of pe | 52,036.97 | 43,943.05 | 1,219,125.66 | 123,917.71 | 2,282,783.68 | 382,503.00 | 90,108.56 | 2,302,774.23 | 250,301.54 |
| Deposits | 0.00 | 633.54 | 348,169.59 | 32.59 | 46,669.52 | 357.51 | 84.22 | 2,152.33 | 233.95 |
| Withdrawals | -24,043.15 | -44,576.59 | -1,013,927.16 | -95,190.00 | -252,979.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1.  Balance per Bank Statement | 27,993.82 | 0.00 | 553,368.09 | 28,760.30 | 2,076,473.61 | 382,860.51 | 90,192.78 | 2,304,926.56 | 250,535.49 |
| 2.  ADD:  Deposits not credited | 0.00 | | | | | | | | |
| 3.  SUBTRACT:  Outstanding Checks | | | -188,735.91 | | | | | | |
| 4.  Other Reconciling Items | | | | | | | | | |
| 5.  Month End Balance (Must Agree with Books) | 27,993.82 | 0.00 | 364,632.18 | 28,760.30 | 2,076,473.61 | 382,860.51 | 90,192.78 | 2,304,926.56 | 250,535.49 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information  Bank / Account Name  / Number | Date of Purchase | Purchase Price | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Note:  Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #3 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #4 |
|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | First Republic Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Number: | ▇0575 | ▇0638 | ▇0112 | ▇0120 | ▇0139 | ▇7032 | ▇7040 | ▇7059 | ▇7067 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Escrow | Disbursment | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking |
| | | | | | | | | | |
| 1.  Balance per Bank Statement Beginning of period | 27,993.82 | 0.00 | 553,368.09 | 28,760.30 | 2,076,473.61 | 382,860.51 | 90,192.78 | 2,304,926.56 | 250,535.49 |
| Deposits | 0.00 | 0.00 | 53,654.77 | 26.88 | 15,456.44 | 357.85 | 84.30 | 2,154.34 | 234.17 |
| Withdrawals | -13,074.94 | 0.00 | -252,399.64 | 0.00 | -53,654.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1.  Balance per Bank Statement | 14,918.88 | 0.00 | 354,623.22 | 28,787.18 | 2,038,275.28 | 383,218.36 | 90,277.08 | 2,307,080.90 | 250,769.66 |
| 2.  ADD:  Deposits not credited | | | | | | | | | |
| 3.  SUBTRACT:  Outstanding Checks | | | -340,277.02 | | | | | | |
| 4.  Other Reconciling Items | | | | | | | | | |
| 5.  Month End Balance (Must Agree with Books) | 14,918.88 | 0.00 | 14,346.20 | 28,787.18 | 2,038,275.28 | 383,218.36 | 90,277.08 | 2,307,080.90 | 250,769.66 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information   Bank / Account Name  / Number | Date of Purchase | Purchase Price | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Note:  Attach copy of each investment account statement.

ATTACHMENT NO. 3

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #3 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #4 |
|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | First Republic Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Number: | ███0575 | ███0638 | ███0112 | ███0120 | ███0139 | ███7032 | ███7040 | ███7059 | ███7067 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Escrow | Disbursment | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking |
| 1.  **Balance per Bank Statement Beginning of pe** | 14,918.88 | 0.00 | 354,623.22 | 28,787.18 | 2,038,275.28 | 383,218.36 | 90,277.08 | 2,307,080.90 | 250,769.66 |
| Deposits | 0.00 | 0.00 | 142,085.57 | 26.04 | 1,777.35 | 346.62 | 81.66 | 2,086.77 | 226.82 |
| Withdrawals | -291.79 | 0.00 | -233,210.28 | 0.00 | -142,085.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1.  **Balance per Bank Statement** | 14,627.09 | 0.00 | 263,498.51 | 28,813.22 | 1,897,967.06 | 383,564.98 | 90,358.74 | 2,309,167.67 | 250,996.48 |
| 2.  **ADD**:  Deposits not credited | | | | | | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | | -176,745.61 | | | | | | |
| 4.  Other Reconciling Items | | | | | | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | 14,627.09 | 0.00 | 86,752.90 | 28,813.22 | 1,897,967.06 | 383,564.98 | 90,358.74 | 2,309,167.67 | 250,996.48 |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Purchase Price | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Capital One |
|---|---|
| Account Number | ▇0575 |
| Purpose of Account (Operating/Payroll/Personal) | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| wire | 7/5/2018 | Mumasu Tsusho (Marusan) | Post-Petition Invoice | 3,641.04 |
| wire | 7/5/2018 | Jiangsu CLS Technology (Chang Bang) | Re-issuance of Bankruptcy Payment | 20,106.31 |
| ACH | 7/16/2018 | Capital One | Bank Service Charge | 295.80 |
| 5844 | 8/1/2018 | Mesirow Insurance Services, Inc | Insurance Payment | 8,576.16 |
| 5842 | 8/14/2018 | ASM Capital V. L.P. | Re-issuance of Bankruptcy Payment | 3,568.53 |
| ACH | 8/16/2018 | Capital One | Bank Service Charge | 371.51 |
| 5843 | 8/22/2018 | DRG Strategic, LLC | Re-issuance of Bankruptcy Payment | 558.74 |
| ACH | 9/17/2018 | Capital One | Bank Service Charge | 291.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 37,409.88 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | First Republic Bank |
|---|---|
| Account Number | ████0638 |
| Purpose of Account (Operating/Payroll/Personal) | Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Wire | 7/13/2018 | ICPW Nevada Trust - Operating Reserve | Closeout account | 44,576.59 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 44,576.59 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | ▮0112 |
| Purpose of Account (Operating/Payroll/Personal) | Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1039 | 7/2/2018 | Clear Vista Select Opportunities Fund LP | Trust Distribution | 20,059.87 |
| 1075 | 7/2/2018 | Restated Agreement of the Vane Clayton Re | Trust Distribution | 8,483.60 |
| 1196 | 7/2/2018 | MICHAEL RAY COOPER & ELIZABETH K | Trust Distribution | 501.00 |
| 1273 | 7/2/2018 | TIMOTHY K STAPLETONJANIE M STAPLE | Trust Distribution | 33.40 |
| 1285 | 7/2/2018 | J ROSNER & N ROSNER TTEE | Trust Distribution | 417,500.00 |
| 1287 | 7/2/2018 | RHONDA HOFFARTH | Trust Distribution | 67,236.20 |
| 1291 | 7/2/2018 | MICHAEL GRANT | Trust Distribution | 4,053.01 |
| 1296 | 7/2/2018 | JOANNA ELLIOTT | Trust Distribution | 1,113.31 |
| Wire | 7/3/2018 | Elizabeth Chez Bene Trust IRA | Trust Distribution | 12,942.50 |
| 1091 | 7/3/2018 | KLEIN PARTNERS, LTD. ,LPC/O KEVIN R | Trust Distribution | 6,366.54 |
| 1098 | 7/3/2018 | THOMAS W. MASON | Trust Distribution | 5,566.61 |
| 1249 | 7/3/2018 | Craig White | Trust Distribution | 125.25 |
| 1286 | 7/3/2018 | SEVEN SEVEN SEVEN EQ PTNRS | Trust Distribution | 67,787.14 |
| 1288 | 7/3/2018 | EMIL IANNACCONE TTEE UA DTD 9/16/2 | Trust Distribution | 41,750.00 |
| 1298 | 7/3/2018 | NATASHA H BEN | Trust Distribution | 90.10 |
| 1289 | 7/5/2018 | JEFFREY F GERSH & ARIE J GERSH LIV | Trust Distribution | 41,750.00 |
| 1299 | 7/5/2018 | DR SPRAGUE SIMONDS C/F | Trust Distribution | 41.75 |
| Wire | 7/5/2018 | Ronald L Chez, Inc | Quarterly Trust Board Payment | 10,000.00 |
| 1127 | 7/6/2018 | THOMAS R MCELROY | Trust Distribution | 3,423.50 |
| 1171 | 7/6/2018 | DAVID J COOK | Trust Distribution | 955.24 |
| 1268 | 7/6/2018 | MR ROBERTO T VERTHELYI TOD BENEF | Trust Distribution | 41.75 |
| 1058 | 7/9/2018 | SPM CENTER LLC | Trust Distribution | 11,014.40 |
| 1201 | 7/9/2018 | MICHAEL R CICERO & WILLIAM M VEAZ | Trust Distribution | 457.16 |
| 1295 | 7/9/2018 | DANIEL THOMAS GIEBER | Trust Distribution | 1,403.55 |
| 1150 | 7/10/2018 | MATTHEW LAUBERT | Trust Distribution | 1,950.64 |
| 1300 | 7/10/2018 | Kronman Matthew & Associates | Trust Distribution | 40,671.18 |
| 1301 | 7/10/2018 | Kronman Matthew & Associates | Trust Distribution | 22,225.36 |
| 1302 | 7/10/2018 | Kronman Matthew & Associates | Trust Distribution | 18,736.40 |
| 1303 | 7/10/2018 | Kronman Matthew & Associates | Trust Distribution | 13,557.06 |
| 1124 | 7/11/2018 | THE WILLIAM J. & SEEMAH W. IDELSON | Trust Distribution | 3,742.80 |
| 1183 | 7/11/2018 | JOHN D & MARGARET A ROGERS TTEE | Trust Distribution | 834.92 |
| 1186 | 7/11/2018 | THE ELLEN IDELSON TRUST DATED MA | Trust Distribution | 748.66 |
| 1191 | 7/11/2018 | JAMES R YOUNG | Trust Distribution | 636.44 |
| 1275 | 7/11/2018 | Jerry Crawford | Trust Distribution | 33.40 |
| 1304 | 7/11/2018 | SCOTT JARUS | Quarterly Trust Board Payment | 10,000.00 |
| 1046 | 7/13/2018 | JOSEPH D RYAN | Trust Distribution | 15,865.00 |
| 1074 | 7/13/2018 | LESLIE C SCHUETTE | Trust Distribution | 8600.5 |
| 1096 | 7/13/2018 | THOMAS J CHOKEL | Trust Distribution | 5,693.11 |
| 1305 | 7/13/2018 | PAT O'BRIEN | Quarterly Trust Board Payment | 10,000.00 |
| 1264 | 7/16/2018 | ROBERT D HERGET | Trust Distribution | 46.84 |
| 1294 | 7/17/2018 | VALORIE STANSBERRY | Trust Distribution | 2,114.05 |
| 1038 | 7/19/2018 | JEFFREY D CORDES | Trust Distribution | 20,358.72 |
| 1310 | 7/19/2018 | JAMS, Inc | Arbitration Fee Payment | 22,400.00 |
| 1086 | 7/23/2018 | THOMAS W. MASON & LISA L. MASON J | Trust Distribution | 6,593.91 |
| 1306 | 7/23/2018 | Solomon & Cramer LLP | Legal Services | 20,028.14 |
| 1308 | 7/23/2018 | Solomon & Cramer LLP | Legal Services | 11,121.94 |
| 1116 | 7/24/2018 | PATRICK LIN | Trust Distribution | 4,175.00 |
| 1274 | 7/24/2018 | DOROTHY ZIMMERMAN BENSON TTEE \ | Trust Distribution | 33.40 |
| 1128 | 7/25/2018 | VUONG TRAN | Trust Distribution | 3,340.00 |
| 1290 | 7/26/2018 | SEAMARK FUND LP | Trust Distribution | 11,216.81 |
| 1292 | 7/27/2018 | GLEN K INGALLS & RENEE PACHECO T | Trust Distribution | 2,928.85 |
| 1309 | 7/27/2018 | Matthew Pliskin | Services - Trustee | 14,830.00 |
| 1177 | 7/30/2018 | MILWAUKEE DEF COMP BOARD TTEE | Trust Distribution | 835.00 |
| 1307 | 7/30/2018 | Solomon & Cramer LLP | Legal Services | 6,317.50 |
| 1068 | 7/31/2018 | EDWIN BALDRIDGE TTEE UA DTD 10/30 | Trust Distribution | 9,549.90 |
| 1154 | 7/31/2018 | Paul Lee | Trust Distribution | 1,670.00 |
| 1217 | 7/31/2018 | CASEY E FOLKS JR. (DECD)BRYAN FOL | Trust Distribution | 375.75 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 4**

| | | | | |
|---|---|---|---|---|
| 1042 | 8/1/2018 | DAVID WESSEL | Trust Distribution | 17,366.50 |
| 1107 | 8/16/2018 | MARTIN H. SZUCS | Trust Distribution | 4,759.50 |
| 1115 | 8/13/2018 | KLEANTHI XENOPOULOS | Trust Distribution | 4,175.00 |
| 1144 | 8/7/2018 | TODD M TOWNSEND ROTH IRA COR CL | Trust Distribution | 2,505.00 |
| 1146 | 8/8/2018 | MATTHEW JUETTEN | Trust Distribution | 2,114.05 |
| 1197 | 8/22/2018 | MSSB C/F AUDREY G BEYER | Trust Distribution | 501.00 |
| 1230 | 8/24/2018 | DAN WILLEY SPALT | Trust Distribution | 208.75 |
| 1281 | 8/13/2018 | JOHN R FAIRTY JR | Trust Distribution | 25.05 |
| 1282 | 8/10/2018 | JAMES P BENSON TTEE | Trust Distribution | 25.05 |
| 1293 | 8/15/2018 | KYLE EDLUND | Trust Distribution | 2,501.16 |
| 1311 | 8/1/2018 | Dentons US LLP | Legal Services | 200,682.01 |
| 1312 | 8/8/2018 | United States Trustee | US Trustee Payment | 325.00 |
| 1313 | 8/10/2018 | United States Trustee | US Trustee Payment | 13,000.00 |
| 1314 | 8/20/2018 | XIN GUO | Trust Distribution | 4211.57 |
| 1320 | 9/4/2018 | MELISSA DERBY | Trust Distribution | 1,403.55 |
| 1327 | 9/4/2018 | MCDERMOTT & BULL | Trust Distribution | 6,304.67 |
| 1247 | 9/5/2018 | JOHN JAMES DARNELL | Trust Distribution | 129.84 |
| 1326 | 9/5/2018 | Christopher Barrett | Trust Distribution | 4,404.63 |
| 1330 | 9/5/2018 | AAION PARTNERS INC | Trust Distribution | 25,050.00 |
| 1317 | 9/6/2018 | Matthew Pliskin | Services - Trustee | 20,600.00 |
| 1331 | 9/6/2018 | MURRAY MARKILES | Trust Distribution | 27,338.74 |
| 1315 | 9/10/2018 | Solomon & Cramer | Legal Services | 5,024.37 |
| 1322 | 9/10/2018 | Johnson Family Trust | Trust Distribution | 1,670.00 |
| 1332 | 9/10/2018 | DANIEL SHELLEY WARD FAMILY TRUST | Trust Distribution | 6,004.40 |
| 1319 | 9/12/2018 | PHTC Inc PFT SHG PLN UAD 12/30/94 Jo | Trust Distribution | 835.00 |
| 1323 | 9/17/2018 | Merrill Lynch Pierce Fenner & Smith Inc. | Trust Distribution | 2,087.50 |
| 1329 | 9/19/2018 | B.A.T.B. LLC | Trust Distribution | 12,733.17 |
| 1316 | 9/20/2018 | Dentons, LLP | Legal Services | 14,705.50 |
| 1321 | 9/24/2018 | THOMAS KENDALL | Trust Distribution | 1,579.07 |
| 1336 | 9/24/2018 | Hemming Morse, LLP | Legal Services | 13,218.00 |
| 1297 | 9/25/2018 | STUBBS ALDERTON & MARKILES LLP | Trust Distribution | 260.77 |
| 1335 | 9/27/2018 | United States Trustee | US Trustee Payment | 62,088.97 |
| 1318 | 9/28/2018 | Joshua Benson | Trust Distribution | 27,772.10 |
| | | | | |
| | | | TOTAL | 1,499,537.08 |

holding check and anticipated delivery date of check.

| |
|---|
| * - Wire to Elizabeth Chez Bene Tr IRA was returned and resent in July ($12,942.50) |
| |
| |
| |
| |



**Capital**One **Bank**
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

ICPW LIQUIDATION CORPORATION
DISBURSEMENT ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX 75234-9017

☐ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY    FOR PERIOD   JULY 01, 2018 -   JULY 31, 2018

|  |  |  | ICPW LIQUIDATION CORPORATION |
|---|---|---|---|
| 0575 |  |  |  |
| Previous Balance 06/30/18 | $52,036.97 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $27,993.82 |
| 3 Checks/Debits | ($24,043.15) | Average Collected Balance | $31,201.12 |
| Service Charges | $0.00 |  |  |
| Ending Balance    07/31/18 | $27,993.82 |  |  |

## ACCOUNT DETAIL    FOR PERIOD   JULY 01, 2018  -  JULY 31, 2018

|  |  |  | ICPW LIQUIDATION CORPORATION |
|---|---|---|---|
| 0575 |  |  |  |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/05 | International Wire Transfer Dr MIMASU TSUSHO CO .LTD 070518 USD0003545998 |  | $3,641.04 | $48,395.93 |
| 07/05 | International Wire Transfer Dr JIANGSU CLS TECH NOLOGY COR 070518 USD0003545807 |  | $20,106.31 | $28,289.62 |
| 07/16 | Analysis service charge debit ANALYSIS CHRG |  | $295.80 | $27,993.82 |
| **Total** |  | $0.00 | $24,043.15 |  |

*Thank you for banking with us*    .

PAGE  1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

 
MEMBER FDIC

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July      01, 2018
To   July    31, 2018
Page    1 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                    9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                  999           See Back for Important Information

Primary Account: ▮▮▮▮0112        55

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▮▮▮▮0112 | BANKRUPTCY CHECKING | 1,219,125.66 | 553,368.09 |
| | | | |
| RELATIONSHIP | TOTAL | | 553,368.09 |

SIGNATURE BANK

```
                                                    Statement Period
                                                    From July     01, 2018
                                                    To   July     31, 2018
                                                    Page    2 of    4

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


          ICPW NEVADA TRUST                 9-161
          MATTHEW PLISKIN TRUSTEE
          DISBURSEMENT ACCOUNT
          3902 W HENDERSON BLVD, SUITE 208-336
          TAMPA FL  33629                   999         See Back for Important Information


                                                    Primary Account: ████0112      55
```

BANKRUPTCY CHECKING          ████0112


Summary

```
    Previous Balance as of July     01, 2018                            1,219,125.66
        3 Credits                                                         348,169.59
       57 Debits                                                        1,013,927.16
    Ending Balance as of    July    31, 2018                              553,368.09
```

Deposits and Other Credits

```
    Jul 03   TELEPHONE XFER CR                                             95,190.00
             TELEPHONE TRANSFER FROM: ████0120
    Jul 13   ONLINE TRANSFER CR                                            52,297.58
             ONLINE XFR FROM: ████0139
    Jul 26   ONLINE TRANSFER CR                                           200,682.01
             ONLINE XFR FROM: ████0139
```

Withdrawals and Other Debits

```
    Jul 03   OUTGOING WIRE XFER                                            12,942.50
             REF#  20180703B6B7261F002332
             TO:   ELIZABETH CHEZ BENE TR IRA       ABA:  021000021
             BANK: JPMCHASE                         ACCT# ████9000
    Jul 06   OUTGOING WIRE XFER                                            10,000.00
             REF#  20180706B6B7261F001388
             TO:   TRUST SERVICES                   ABA:  071925538
             BANK: FST BK & TR EVANTN               ACCT# ████6603
             OBI:  FFC Ronald L Chez, Inc. A/C # 1073B
             OBI:
             OBI:
```

Checks by Serial Number

| Jul 19 | 1038 |   | 20,358.72 | Jul 31 | 1068 * |   | 9,549.90 |
|--------|------|---|-----------|--------|--------|---|----------|
| Jul 02 | 1039 |   | 20,059.87 | Jul 13 | 1074 * |   | 8,600.50 |
| Jul 13 | 1046 | * | 15,865.00 | Jul 02 | 1075   |   | 8,483.60 |
| Jul 09 | 1058 | * | 11,014.40 | Jul 23 | 1086 * |   | 6,593.91 |

SIGNATURE BANK

Statement Period
From July    01, 2018
To   July    31, 2018
Page    3 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                    9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                    999        See Back for Important Information

Primary Account: ▮▮▮▮0112        55

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|------|-----------|--------|------|-----------|--------|
| Jul 03 | 1091 * | 6,366.54 | Jul 03 | 1286 | 67,787.14 |
| Jul 13 | 1096 * | 5,693.11 | Jul 02 | 1287 | 67,236.20 |
| Jul 03 | 1098 * | 5,566.61 | Jul 03 | 1288 | 41,750.00 |
| Jul 24 | 1116 * | 4,175.00 | Jul 05 | 1289 | 41,750.00 |
| Jul 11 | 1124 * | 3,742.80 | Jul 26 | 1290 | 11,216.81 |
| Jul 06 | 1127 * | 3,423.50 | Jul 02 | 1291 | 4,053.01 |
| Jul 25 | 1128 | 3,340.00 | Jul 27 | 1292 | 2,928.85 |
| Jul 10 | 1150 * | 1,950.64 | Jul 17 | 1294 * | 2,114.05 |
| Jul 31 | 1154 * | 1,670.00 | Jul 09 | 1295 | 1,403.55 |
| Jul 06 | 1171 * | 955.24 | Jul 02 | 1296 | 1,113.31 |
| Jul 30 | 1177 * | 835.00 | Jul 03 | 1298 * | 90.10 |
| Jul 11 | 1183 * | 834.92 | Jul 05 | 1299 | 41.75 |
| Jul 11 | 1186 * | 748.66 | Jul 10 | 1300 | 40,671.18 |
| Jul 11 | 1191 * | 636.44 | Jul 10 | 1301 | 22,225.36 |
| Jul 02 | 1196 * | 501.00 | Jul 10 | 1302 | 18,736.40 |
| Jul 09 | 1201 * | 457.16 | Jul 10 | 1303 | 13,557.06 |
| Jul 31 | 1217 * | 375.75 | Jul 11 | 1304 | 10,000.00 |
| Jul 03 | 1249 * | 125.25 | Jul 13 | 1305 | 10,000.00 |
| Jul 16 | 1264 * | 46.84 | Jul 23 | 1306 | 20,028.14 |
| Jul 06 | 1268 * | 41.75 | Jul 30 | 1307 | 6,317.50 |
| Jul 02 | 1273 * | 33.40 | Jul 23 | 1308 | 11,121.94 |
| Jul 24 | 1274 | 33.40 | Jul 27 | 1309 | 14,830.00 |
| Jul 11 | 1275 | 33.40 | Jul 19 | 1310 | 22,400.00 |
| Jul 02 | 1285 * | 417,500.00 | | | |

* Indicates break in check sequence

SIGNATURE BANK

Statement Period
From July    01, 2018
To   July   31, 2018
Page    4 of    4

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                        9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                  999              See Back for Important Information

Primary Account: █████0112        55

Daily Balances

| | | | |
|---|---|---|---|
| Jun 30 | 1,219,125.66 | Jul 17 | 488,461.00 |
| Jul 02 | 700,145.27 | Jul 19 | 445,702.28 |
| Jul 03 | 660,707.13 | Jul 23 | 407,958.29 |
| Jul 05 | 618,915.38 | Jul 24 | 403,749.89 |
| Jul 06 | 604,494.89 | Jul 25 | 400,409.89 |
| Jul 09 | 591,619.78 | Jul 26 | 589,875.09 |
| Jul 10 | 494,479.14 | Jul 27 | 572,116.24 |
| Jul 11 | 478,482.92 | Jul 30 | 564,963.74 |
| Jul 13 | 490,621.89 | Jul 31 | 553,368.09 |
| Jul 16 | 490,575.05 | | |

Rates for this statement period - Overdraft
Jul 01, 2018   14.750000 %

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July    01, 2018
                                        To   July    31, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                  8-161
        MATTHEW PLISKIN TRUSTEE
        EXCESS CASH RESERVE ACCOUNT
        3902 W HENDERSON BLVD
        TAMPA FL  33629            999              See Back for Important Information


                                        Primary Account: ████0120         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████0120    BANKRUPTCY IMMA | | 123,917.71 | 28,760.30 |
| RELATIONSHIP    TOTAL | | | 28,760.30 |

SIGNATURE BANK

```
                                              Statement Period
                                        From July      01, 2018
                                        To   July      31, 2018
                                        Page     2 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


         ICPW NEVADA TRUST                    8-161
         MATTHEW PLISKIN TRUSTEE
         EXCESS CASH RESERVE ACCOUNT
         3902 W HENDERSON BLVD
         TAMPA FL  33629               999            See Back for Important Information


                                        Primary Account: ████0120        0

BANKRUPTCY IMMA          ████0120


Summary

   Previous Balance as of July    01, 2018                        123,917.71
         1 Credits                                                     32.59
         1 Debits                                                  95,190.00
   Ending Balance as of   July    31, 2018                         28,760.30


Deposits and Other Credits
   Jul 31  Interest Paid                                               32.59

Withdrawals and Other Debits
   Jul 03  TELEPHONE XFER DR                                       95,190.00
           TELEPHONE TRANSFER TO: ████0112

Daily Balances
   Jun 30     123,917.71            Jul 31       28,760.30
   Jul 03      28,727.71


*============================== Interest Summary ==============================*
*  Year-To-Date Interest        3,465.92                                      *
*  Interest Paid This Period       32.59   Annual Percentage Yield Earned  1.11 %  *
*  Avg. Balance this Period     34,869.00   Days in Period               31   *
*============================================================================*
```

# *Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July    01, 2018
                                        To   July    31, 2018
                                        Page    1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        OPERATING RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629               999        See Back for Important Information


                                    Primary Account: ██████0139         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
| --- | --- | --- |
| BANK DEPOSIT ACCOUNTS | | |
| ██████0139    BANKRUPTCY IMMA | 2,282,783.68 | 2,076,473.61 |
| RELATIONSHIP        TOTAL | | 2,076,473.61 |

SIGNATURE BANK

```
                                              Statement Period
                                              From July    01, 2018
                                              To   July    31, 2018
                                              Page    2 of   2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


        ICPW NEVADA TRUST                   8-161
        MATTHEW PLISKIN TRUSTEE
        OPERATING RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629             999        See Back for Important Information


                                         Primary Account: ████████0139        0


BANKRUPTCY IMMA            1503390139
```

Summary

| | | |
|---|---|---|
| Previous Balance as of July    01, 2018 | | 2,282,783.68 |
| 2 Credits | | 46,669.52 |
| 2 Debits | | 252,979.59 |
| Ending Balance as of    July    31, 2018 | | 2,076,473.61 |

Deposits and Other Credits
```
Jul 13   INCOMING WIRE                                              44,576.59
         REF#  20180713B6B7261F00154707131642FT03
         FROM: IRONCLAD PERFORMANCE WEAR CORP     ABA:  321081669
         BANK:
Jul 31   Interest Paid                                              2,092.93
```

Withdrawals and Other Debits
```
Jul 13   ONLINE TRANSFER DR                                        52,297.58
         ONLINE XFR TO: ██████0112
Jul 26   ONLINE TRANSFER DR                                       200,682.01
         ONLINE XFR TO: ██████0112
```

Daily Balances
```
Jun 30    2,282,783.68              Jul 26     2,074,380.68
Jul 13    2,275,062.69              Jul 31     2,076,473.61
```

```
*================================ Interest Summary =============================================*
*  Year-To-Date Interest          4,843.08                                                      *
*  Interest Paid This Period      2,092.93      Annual Percentage Yield Earned     1.11 %        *
*  Avg. Balance this Period    2,239,209.78     Days in Period                     31            *
*==============================================================================================*
```

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July    01, 2018
                                        To   July    31, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 1 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999         See Back for Important Information


                                        Primary Account: ▆▆▆7032        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ▆▆▆7032    BANKRUPTCY IMMA | | 382,503.00 | 382,860.51 |
| RELATIONSHIP        TOTAL | | | 382,860.51 |

SIGNATURE BANK

```
                                              Statement Period
                                       From July      01, 2018
                                       To   July      31, 2018
                                       Page     2 of     2

                                       PRIVATE CLIENT GROUP 161
                                       565 FIFTH AVENUE
                                       NEW YORK, NY 10017


        ICPW NEVADA TRUST                   8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 1 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999            See Back for Important Information


                                       Primary Account: ███████7032        0

 BANKRUPTCY IMMA              ███████7032
```

Summary

```
 Previous Balance as of July    01, 2018                              382,503.00
          1 Credits                                                       357.51
 Ending Balance as of   July    31, 2018                              382,860.51
```

Deposits and Other Credits
```
 Jul 31  Interest Paid                                                    357.51
```

Daily Balances
```
 Jun 30       382,503.00            Jul 31        382,860.51
```

```
*================================= Interest Summary ================================*
*  Year-To-Date Interest           3,086.21                                        *
*  Interest Paid This Period          357.51    Annual Percentage Yield Earned  1.11 %  *
*  Avg. Balance this Period       382,503.00    Days in Period                  31    *
*==================================================================================*
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From July    01, 2018
                                              To   July    31, 2018
                                              Page    1 of    2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        ICPW NEVADA TRUST                 8-161
        MATTHEW PLISKIN TRUSTEE
        TAX RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999           See Back for Important Information


                                        Primary Account: ██████7040        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████7040    BANKRUPTCY IMMA | | 90,108.56 | 90,192.78 |
| RELATIONSHIP        TOTAL | | | 90,192.78 |

SIGNATURE BANK

```
                                               Statement Period
                                           From July    01, 2018
                                           To   July    31, 2018
                                           Page    2 of    2

                                           PRIVATE CLIENT GROUP 161
                                           565 FIFTH AVENUE
                                           NEW YORK, NY 10017


        ICPW NEVADA TRUST                  8-161
        MATTHEW PLISKIN TRUSTEE
        TAX RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629            999            See Back for Important Information


                                           Primary Account: ████7040        0

BANKRUPTCY IMMA              ████7040


Summary

   Previous Balance as of July    01, 2018                              90,108.56
           1 Credits                                                        84.22
   Ending Balance as of   July    31, 2018                              90,192.78


Deposits and Other Credits
   Jul 31  Interest Paid                                                    84.22

Daily Balances
   Jun 30       90,108.56              Jul 31       90,192.78

*================================= Interest Summary =========================================*
*  Year-To-Date Interest            192.78                                                   *
*  Interest Paid This Period         84.22    Annual Percentage Yield Earned   1.11 %        *
*  Avg. Balance this Period       90,108.56    Days in Period                    31          *
*===========================================================================================*
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July    01, 2018
                                        To   July    31, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 3 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629               999           See Back for Important Information


                                        Primary Account: ████7059         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7059    BANKRUPTCY IMMA | | 2,302,774.23 | 2,304,926.56 |
| RELATIONSHIP    TOTAL | | | 2,304,926.56 |

SIGNATURE BANK

```
                                              Statement Period
                                         From July    01, 2018
                                         To   July    31, 2018
                                         Page    2 of    2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


          ICPW NEVADA TRUST                    8-161
          MATTHEW PLISKIN TRUSTEE
          CLASS 3 RESERVE ACCOUNT
          3902 W HENDERSON BLVD, SUITE 208-336
          TAMPA FL  33629              999          See Back for Important Information


                                         Primary Account: ████7059          0

BANKRUPTCY IMMA              ████7059
```

### Summary

| | | |
|---|---|---|
| Previous Balance as of July | 01, 2018 | 2,302,774.23 |
| 1 Credits | | 2,152.33 |
| Ending Balance as of July | 31, 2018 | 2,304,926.56 |

### Deposits and Other Credits

| | | |
|---|---|---|
| Jul 31  Interest Paid | | 2,152.33 |

### Daily Balances

| | | | |
|---|---|---|---|
| Jun 30 | 2,302,774.23 | Jul 31 | 2,304,926.56 |

```
*================================= Interest Summary =================================*
*  Year-To-Date Interest          4,926.56                                           *
*  Interest Paid This Period      2,152.33    Annual Percentage Yield Earned  1.11 %  *
*  Avg. Balance this Period    2,302,774.23   Days in Period                  31      *
*====================================================================================*
```

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From July    01, 2018
                                        To   July    31, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        ICPW NEVADA TRUST                  8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 4 ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999         See Back for Important Information
```

                                        Primary Account: ████7067         0

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
        SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
        'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7067      BANKRUPTCY IMMA | | 250,301.54 | 250,535.49 |
| RELATIONSHIP          TOTAL | | | 250,535.49 |

SIGNATURE BANK

```
                                                    Statement Period
                                              From July    01, 2018
                                              To   July    31, 2018
                                              Page    2 of    2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 4 ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                              Primary Account: ████7067         0

BANKRUPTCY IMMA               ████7067
```

### Summary

| | | |
|---|---|---|
| Previous Balance as of July | 01, 2018 | 250,301.54 |
| 1 Credits | | 233.95 |
| Ending Balance as of   July | 31, 2018 | 250,535.49 |

### Deposits and Other Credits

| | | |
|---|---|---|
| Jul 31  Interest Paid | | 233.95 |

### Daily Balances

| | | | |
|---|---|---|---|
| Jun 30 | 250,301.54 | Jul 31 | 250,535.49 |

```
*================================= Interest Summary =========================================*
* Year-To-Date Interest            535.49                                                    *
* Interest Paid This Period        233.95    Annual Percentage Yield Earned    1.11 %        *
* Avg. Balance this Period      250,301.54    Days in Period                      31          *
*===========================================================================================*
```



**Capital One Bank**
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

ICPW LIQUIDATION CORPORATION
DISBURSEMENT ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX 75234-9017

☐ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD   AUGUST 01, 2018 -   AUGUST 31, 2018

ICPW LIQUIDATION CORPORATION
0575

| | | | |
|---|---|---|---|
| Previous Balance  07/31/18 | $27,993.82 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $14,918.88 |
| 4 Checks/Debits | ($13,074.94) | Average Collected Balance | $16,973.62 |
| Service Charges | $0.00 | | |
| Ending Balance   08/31/18 | $14,918.88 | | |

## ACCOUNT DETAIL   FOR PERIOD   AUGUST 01, 2018   -   AUGUST 31, 2018

ICPW LIQUIDATION CORPORATION
0575

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/01 | Check   5844 | | $8,576.16 | $19,417.66 |
| 08/14 | Check   5842 | | $3,568.53 | $15,849.13 |
| 08/16 | Analysis service charge debit ANALYSIS CHRG | | $371.51 | $15,477.62 |
| 08/22 | Check   5843 | | $558.74 | $14,918.88 |
| **Total** | | $0.00 | $13,074.94 | |

ICPW LIQUIDATION CORPORATION
0575

**Checks**   * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5842 | 08/14 | $3,568.53 | 5843 | 08/22 | $558.74 | 5844 | 08/01 | $8,576.16 |

*Thank you for banking with us*   .

PAGE  1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER FDIC

*Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                        From August   01, 2018
                                        To   August   31, 2018
                                        Page   1 of      3

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        ICPW NEVADA TRUST                  9-161
        MATTHEW PLISKIN TRUSTEE
        DISBURSEMENT ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629                  999           See Back for Important Information
```

                                               Primary Account: ████0112       14

        AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
        SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
        'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
        BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
        GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
        SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
        CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
        ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████0112      BANKRUPTCY CHECKING | 553,368.09 | 354,623.22 |
| RELATIONSHIP      TOTAL | | 354,623.22 |

SIGNATURE BANK

Statement Period
From August   01, 2018
To    August   31, 2018
Page    2 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                        9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                  999              See Back for Important Information

Primary Account: ███████0112      14

BANKRUPTCY CHECKING        █████0112

Summary

Previous Balance as of August   01, 2018                              553,368.09
        2 Credits                                                     53,654.77
       14 Debits                                                     252,399.64
Ending Balance as of   August   31, 2018                             354,623.22

Deposits and Other Credits
Aug 01   ONLINE TRANSFER CR                                           13,325.00
         ONLINE XFR FROM: █████0139
Aug 27   ONLINE TRANSFER CR                                           40,329.77
         ONLINE XFR FROM: █████0139

Checks by Serial Number
| Aug 01 | 1042   | 17,366.50 | Aug 13 | 1281 * | 25.05      |
| Aug 16 | 1107 * | 4,759.50  | Aug 10 | 1282   | 25.05      |
| Aug 13 | 1115 * | 4,175.00  | Aug 15 | 1293 * | 2,501.16   |
| Aug 07 | 1144 * | 2,505.00  | Aug 01 | 1311 * | 200,682.01 |
| Aug 08 | 1146 * | 2,114.05  | Aug 08 | 1312   | 325.00     |
| Aug 22 | 1197 * | 501.00    | Aug 10 | 1313   | 13,000.00  |
| Aug 24 | 1230 * | 208.75    | Aug 20 | 1314   | 4,211.57   |

              * Indicates break in check sequence

Daily Balances
| Jul 31 | 553,368.09 | Aug 15 | 323,974.27 |
| Aug 01 | 348,644.58 | Aug 16 | 319,214.77 |
| Aug 07 | 346,139.58 | Aug 20 | 315,003.20 |
| Aug 08 | 343,700.53 | Aug 22 | 314,502.20 |
| Aug 10 | 330,675.48 | Aug 24 | 314,293.45 |
| Aug 13 | 326,475.43 | Aug 27 | 354,623.22 |

SIGNATURE BANK

```
                                        Statement Period
                                  From August    01, 2018
                                  To    August    31, 2018
                                  Page    3 of      3

                                  PRIVATE CLIENT GROUP 161
                                  565 FIFTH AVENUE
                                  NEW YORK, NY 10017


        ICPW NEVADA TRUST                    9-161
        MATTHEW PLISKIN TRUSTEE
        DISBURSEMENT ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                  Primary Account:  ████0112        14
```

Rates for this statement period - Overdraft
Aug 01, 2018   14.750000 %

# *Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August    01, 2018
To   August    31, 2018
Page      1 of      2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                        8-161
MATTHEW PLISKIN TRUSTEE
EXCESS CASH RESERVE ACCOUNT
3902 W HENDERSON BLVD
TAMPA FL  33629                 999

Primary Account: ████0120          0

See Back for Important Information

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████0120     BANKRUPTCY IMMA | | 28,760.30 | 28,787.18 |
| RELATIONSHIP        TOTAL | | | 28,787.18 |

SIGNATURE BANK

```
                                              Statement Period
                                         From August    01, 2018
                                         To   August    31, 2018
                                         Page    2 of    2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


        ICPW NEVADA TRUST                  8-161
        MATTHEW PLISKIN TRUSTEE
        EXCESS CASH RESERVE ACCOUNT
        3902 W HENDERSON BLVD
        TAMPA FL  33629          999           See Back for Important Information


                                         Primary Account:  ████0120        0

BANKRUPTCY IMMA         ████0120


Summary

  Previous Balance as of August    01, 2018                        28,760.30
        1 Credits                                                      26.88
  Ending Balance as of   August    31, 2018                        28,787.18


Deposits and Other Credits
  Aug 31  Interest Paid                                                26.88

Daily Balances
  Jul 31      28,760.30             Aug 31        28,787.18
```

```
*================================= Interest Summary ==========================================*
*  Year-To-Date Interest            3,492.80                                                   *
*  Interest Paid This Period           26.88   Annual Percentage Yield Earned   1.11 %         *
*  Avg. Balance this Period         28,760.30   Days in Period                   31            *
*=============================================================================================*
```

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August    01, 2018
To   August    31, 2018
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ICPW NEVADA TRUST                    8-161
MATTHEW PLISKIN TRUSTEE
OPERATING RESERVE ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                999          See Back for Important Information
```

Primary Account: ███████0139          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ███████0139    BANKRUPTCY IMMA | 2,076,473.61 | 2,038,275.28 |
| RELATIONSHIP    TOTAL | | 2,038,275.28 |

SIGNATURE BANK

```
                                              Statement Period
                                         From August    01, 2018
                                         To   August    31, 2018
                                         Page    2 of    2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


      ICPW NEVADA TRUST                  8-161
      MATTHEW PLISKIN TRUSTEE
      OPERATING RESERVE ACCOUNT
      3902 W HENDERSON BLVD, SUITE 208-336
      TAMPA FL   33629              999          See Back for Important Information


                                         Primary Account: ████0139      0


  BANKRUPTCY IMMA            ████0139
```

Summary

```
   Previous Balance as of August    01, 2018                          2,076,473.61
          2 Credits                                                      15,456.44
          2 Debits                                                       53,654.77
   Ending Balance as of    August    31, 2018                         2,038,275.28
```

Deposits and Other Credits
```
Aug 14   DEPOSIT         ref#                                           13,527.22
Aug 31   Interest Paid                                                   1,929.22
```

Withdrawals and Other Debits
```
Aug 01   ONLINE TRANSFER DR                                             13,325.00
          ONLINE XFR TO: ████0112
Aug 27   ONLINE TRANSFER DR                                             40,329.77
          ONLINE XFR TO: ████0112
```

Daily Balances
```
Jul 31     2,076,473.61            Aug 27     2,036,346.06
Aug 01     2,063,148.61            Aug 31     2,038,275.28
Aug 14     2,076,675.83
```

```
*===================================== Interest Summary =========================================*
*  Year-To-Date Interest          6,772.30                                                       *
*  Interest Paid This Period       1,929.22     Annual Percentage Yield Earned    1.11 %         *
*  Avg. Balance this Period     2,064,061.96    Days in Period                       31          *
*===============================================================================================*
```

*Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                          Statement Period
                                          From August   01, 2018
                                          To   August   31, 2018
                                          Page    1 of     2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        ICPW NEVADA TRUST                  8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 1 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629               999          See Back for Important Information


                                       Primary Account: ████7032        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7032      BANKRUPTCY IMMA | | 382,860.51 | 383,218.36 |
| RELATIONSHIP        TOTAL | | | 383,218.36 |

```
                                              Statement Period
                                        From August    01, 2018
                                        To    August   31, 2018
                                        Page    2 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 1 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                        Primary Account: ███████7032        0

  BANKRUPTCY IMMA          ██████7032
```

Summary

```
  Previous Balance as of August   01, 2018                          382,860.51
        1 Credits                                                       357.85
  Ending Balance as of   August   31, 2018                          383,218.36
```

Deposits and Other Credits
```
  Aug 31  Interest Paid                                                 357.85
```

Daily Balances
```
  Jul 31      382,860.51            Aug 31       383,218.36
```

```
*=================================  Interest Summary  =========================================*
*  Year-To-Date Interest          3,444.06                                                     *
*  Interest Paid This Period        357.85    Annual Percentage Yield Earned    1.11 %          *
*  Avg. Balance this Period      382,860.51    Days in Period                      31           *
*=============================================================================================*
```

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From August   01, 2018
To   August   31, 2018
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ICPW NEVADA TRUST                     8-161
MATTHEW PLISKIN TRUSTEE
TAX RESERVE ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                  999           See Back for Important Information
```

Primary Account: ██████7040          0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ██████7040  BANKRUPTCY IMMA | | 90,192.78 | 90,277.08 |
| RELATIONSHIP  TOTAL | | | 90,277.08 |

SIGNATURE BANK

Statement Period
From August    01, 2018
To    August    31, 2018
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

```
ICPW NEVADA TRUST                    8-161
MATTHEW PLISKIN TRUSTEE
TAX RESERVE ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629              999          See Back for Important Information
```

Primary Account: ███████7040          0

BANKRUPTCY IMMA          ██████7040

Summary

```
Previous Balance as of August    01, 2018                           90,192.78
        1 Credits                                                       84.30
Ending Balance as of    August    31, 2018                          90,277.08
```

Deposits and Other Credits
Aug 31  Interest Paid                                                    84.30

Daily Balances
```
Jul 31          90,192.78              Aug 31          90,277.08
```

```
*================================= Interest Summary =======================================*
*  Year-To-Date Interest              277.08                                              *
*  Interest Paid This Period           84.30     Annual Percentage Yield Earned  1.11 %   *
*  Avg. Balance this Period         90,192.78     Days in Period                    31    *
*=========================================================================================*
```

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                            From August    01, 2018
                                            To   August    31, 2018
                                            Page     1 of     2

                                            PRIVATE CLIENT GROUP 161
                                            565 FIFTH AVENUE
                                            NEW YORK, NY 10017


        ICPW NEVADA TRUST               8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 3 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629             999          See Back for Important Information


                                        Primary Account: ████7059        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7059  BANKRUPTCY IMMA | | 2,304,926.56 | 2,307,080.90 |
| RELATIONSHIP  TOTAL | | | 2,307,080.90 |

SIGNATURE BANK

```
                                              Statement Period
                                         From August    01, 2018
                                         To   August    31, 2018
                                         Page     2 of    2

                                         PRIVATE CLIENT GROUP 161
                                         565 FIFTH AVENUE
                                         NEW YORK, NY 10017


        ICPW NEVADA TRUST                 8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 3 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629           999         See Back for Important Information


                                         Primary Account: ████7059        0

BANKRUPTCY IMMA             ████7059
```

Summary

| | |
|---|---:|
| Previous Balance as of August   01, 2018 | 2,304,926.56 |
| 1 Credits | 2,154.34 |
| Ending Balance as of   August   31, 2018 | 2,307,080.90 |

Deposits and Other Credits

| | |
|---|---:|
| Aug 31  Interest Paid | 2,154.34 |

Daily Balances

| | | | |
|---|---|---|---|
| Jul 31 | 2,304,926.56 | Aug 31 | 2,307,080.90 |

```
*================================= Interest Summary =========================================*
*  Year-To-Date Interest          7,080.90                                                    *
*  Interest Paid This Period      2,154.34    Annual Percentage Yield Earned    1.11 %         *
*  Avg. Balance this Period    2,304,926.56   Days in Period                    31             *
*============================================================================================*
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                                    From August   01, 2018
                                    To   August   31, 2018
                                    Page     1 of      2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 4 ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                    Primary Account: ████7067         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7067    BANKRUPTCY IMMA | | 250,535.49 | 250,769.66 |
| RELATIONSHIP | TOTAL | | 250,769.66 |

SIGNATURE BANK

```
                                              Statement Period
                                        From August    01, 2018
                                        To   August    31, 2018
                                        Page     2 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 4 ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                        Primary Account: ████7067          0

BANKRUPTCY IMMA            ████7067
```

Summary

```
Previous Balance as of August   01, 2018                              250,535.49
        1 Credits                                                         234.17
Ending Balance as of   August   31, 2018                             250,769.66
```

Deposits and Other Credits
```
Aug 31  Interest Paid                                                    234.17
```

Daily Balances
```
Jul 31      250,535.49              Aug 31        250,769.66
```

```
*===================================  Interest Summary  ===================================*
*  Year-To-Date Interest              769.66                                              *
*  Interest Paid This Period          234.17     Annual Percentage Yield Earned  1.11 %   *
*  Avg. Balance this Period        250,535.49    Days in Period                   31      *
*=========================================================================================*
```



**Capital**One**Bank**
Commercial Banking Group

## MANAGE YOUR CASH
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

ICPW LIQUIDATION CORPORATION
DISBURSEMENT ACCOUNT
1920 HUTTON CT
SUITE 300
DALLAS TX 75234-9017

☐ Contact your Relationship Manager to discuss
targeted solutions for your evolving business needs.

### ACCOUNT SUMMARY    FOR PERIOD    SEPTEMBER 01, 2018 -    SEPTEMBER 28, 2018

ICPW LIQUIDATION
CORPORATION
0575

| | | | |
|---|---|---|---|
| Previous Balance 08/31/18 | $14,918.88 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $14,627.09 |
| 1 Checks/Debits | ($291.79) | Average Collected Balance | $14,782.71 |
| Service Charges | $0.00 | | |
| Ending Balance    09/28/18 | $14,627.09 | | |

### ACCOUNT DETAIL    FOR PERIOD    SEPTEMBER 01, 2018    ·    SEPTEMBER 28, 2018

ICPW LIQUIDATION
CORPORATION
0575

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/17 | Analysis service charge debit ANALYSIS CHRG | | $291.79 | $14,627.09 |
| Total | | $0.00 | $291.79 | |

*Thank you for banking with us*    .

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2018 Capital One. All rights reserved.

MEMBER
FDIC

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2018
To   September 30, 2018
Page    1 of    3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                    9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                   999         See Back for Important Information

Primary Account: ████0112        19

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████0112    BANKRUPTCY CHECKING | 354,623.22 | 263,498.51 |
| RELATIONSHIP        TOTAL | | 263,498.51 |

SIGNATURE BANK

Statement Period
From September 01, 2018
To   September 30, 2018
Page     2 of     3

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                        9-161
MATTHEW PLISKIN TRUSTEE
DISBURSEMENT ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                     999            See Back for Important Information

Primary Account: ███████0112      19

BANKRUPTCY CHECKING          ███████0112

Summary

Previous Balance as of September 01, 2018                                      354,623.22
        2 Credits                                                             142,085.57
       19 Debits                                                             233,210.28
Ending Balance as of    September 30, 2018                                    263,498.51

Deposits and Other Credits
Sep 13    ONLINE TRANSFER CR                                                   52,400.10
          ONLINE XFR FROM: ██████0139
Sep 17    ONLINE TRANSFER CR                                                   89,685.47
          ONLINE XFR FROM: ██████0139

Checks by Serial Number

| Sep 05 | 1247 |  | 129.84 | Sep 17 | 1323 |  | 2,087.50 |
|--------|------|---|--------|--------|------|---|----------|
| Sep 25 | 1297 | * | 260.77 | Sep 05 | 1326 | * | 4,404.63 |
| Sep 10 | 1315 | * | 5,024.37 | Sep 04 | 1327 |  | 6,304.67 |
| Sep 20 | 1316 |  | 14,705.50 | Sep 19 | 1329 | * | 12,733.17 |
| Sep 06 | 1317 |  | 20,600.00 | Sep 05 | 1330 |  | 25,050.00 |
| Sep 28 | 1318 |  | 27,772.10 | Sep 06 | 1331 |  | 27,338.74 |
| Sep 12 | 1319 |  | 835.00 | Sep 10 | 1332 |  | 6,004.40 |
| Sep 04 | 1320 |  | 1,403.55 | Sep 27 | 1335 | * | 62,088.97 |
| Sep 24 | 1321 |  | 1,579.07 | Sep 24 | 1336 |  | 13,218.00 |
| Sep 10 | 1322 |  | 1,670.00 |  |  |  |  |

* Indicates break in check sequence

SIGNATURE BANK

```
                                              Statement Period
                                              From September 01, 2018
                                              To    September 30, 2018
                                              Page      3 of      3

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        ICPW NEVADA TRUST                 9-161
        MATTHEW PLISKIN TRUSTEE
        DISBURSEMENT ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999           See Back for Important Information


                                              Primary Account: ████0112        19
```

Daily Balances

| | | | | |
|---|---|---|---|---|
| Aug 31 | 354,623.22 | | Sep 17 | 395,856.09 |
| Sep 04 | 346,915.00 | | Sep 19 | 383,122.92 |
| Sep 05 | 317,330.53 | | Sep 20 | 368,417.42 |
| Sep 06 | 269,391.79 | | Sep 24 | 353,620.35 |
| Sep 10 | 256,693.02 | | Sep 25 | 353,359.58 |
| Sep 12 | 255,858.02 | | Sep 27 | 291,270.61 |
| Sep 13 | 308,258.12 | | Sep 28 | 263,498.51 |

Rates for this statement period - Overdraft
Sep 27, 2018   15.000000 %
Sep 01, 2018   14.750000 %

*Signature*

SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                        From September 01, 2018
                                        To    September 30, 2018
                                        Page     1 of     2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        EXCESS CASH RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629                999        See Back for Important Information


                                        Primary Account: ████0120        0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████0120 | BANKRUPTCY IMMA | 28,787.18 | 28,813.22 |
| | | | |
| RELATIONSHIP | TOTAL | | 28,813.22 |

SIGNATURE BANK

```
                                              Statement Period
                                              From September 01, 2018
                                              To   September 30, 2018
                                              Page    2 of    2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


        ICPW NEVADA TRUST                8-161
        MATTHEW PLISKIN TRUSTEE
        EXCESS CASH RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629               999         See Back for Important Information


                                        Primary Account: ████0120          0

BANKRUPTCY IMMA          1503390120


Summary

  Previous Balance as of September 01, 2018                         28,787.18
        1 Credits                                                      26.04
  Ending Balance as of   September 30, 2018                         28,813.22


Deposits and Other Credits
  Sep 28  Interest Paid                                                26.04

Daily Balances
  Aug 31       28,787.18              Sep 28        28,813.22

*================================= Interest Summary =========================================*
*  Year-To-Date Interest          3,518.84                                                   *
*  Interest Paid This Period         26.04    Annual Percentage Yield Earned    1.11 %        *
*  Avg. Balance this Period       28,787.18   Days in Period                    30            *
*===========================================================================================*
```

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                    Statement Period
                                    From September 01, 2018
                                    To    September 30, 2018
                                    Page     1 of     2

                                    PRIVATE CLIENT GROUP 161
                                    565 FIFTH AVENUE
                                    NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        OPERATING RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629             999            See Back for Important Information


                                      Primary Account: ████0139         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| **BANK DEPOSIT ACCOUNTS** | | | |
| ████0139 | BANKRUPTCY IMMA | 2,038,275.28 | 1,897,967.06 |
| RELATIONSHIP | TOTAL | | 1,897,967.06 |

SIGNATURE BANK

```
                                          Statement Period
                                          From September 01, 2018
                                          To    September 30, 2018
                                          Page     2 of    2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


         ICPW NEVADA TRUST                 8-161
         MATTHEW PLISKIN TRUSTEE
         OPERATING RESERVE ACCOUNT
         3902 W HENDERSON BLVD, SUITE 208-336
         TAMPA FL  33629                999       See Back for Important Information


                                          Primary Account: ████0139        0


BANKRUPTCY IMMA           ████0139
```

Summary

```
Previous Balance as of September 01, 2018                      2,038,275.28
        1 Credits                                                 1,777.35
        2 Debits                                                142,085.57
Ending Balance as of    September 30, 2018                    1,897,967.06
```

Deposits and Other Credits
```
Sep 28  Interest Paid                                             1,777.35
```

Withdrawals and Other Debits
```
Sep 13  ONLINE TRANSFER DR                                       52,400.10
        ONLINE XFR TO: ████0112
Sep 17  ONLINE TRANSFER DR                                       89,685.47
        ONLINE XFR TO: ████0112
```

Daily Balances
```
Aug 31    2,038,275.28              Sep 17     1,896,189.71
Sep 13    1,985,875.18              Sep 28     1,897,967.06
```

```
*=============================== Interest Summary ===============================*
*  Year-To-Date Interest          8,549.65                                       *
*  Interest Paid This Period      1,777.35   Annual Percentage Yield Earned  1.11 %  *
*  Avg. Balance this Period    1,964,982.00  Days in Period                   30   *
*================================================================================*
```

*Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From September 01, 2018
                                        To   September 30, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017


        ICPW NEVADA TRUST                    8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 1 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629            999            See Back for Important Information


                                   Primary Account: ████7032         0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7032     BANKRUPTCY IMMA | | 383,218.36 | 383,564.98 |
| RELATIONSHIP       TOTAL | | | 383,564.98 |

Statement Period
From September 01, 2018
To    September 30, 2018
Page    2 of    2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                    8-161
MATTHEW PLISKIN TRUSTEE
CLASS 1 RESERVE ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                    999              See Back for Important Information

Primary Account:    ████7032        0

BANKRUPTCY IMMA            ████7032

Summary

Previous Balance as of September 01, 2018                              383,218.36
     1 Credits                                                            346.62
Ending Balance as of    September 30, 2018                            383,564.98

Deposits and Other Credits
Sep 28  Interest Paid                                                     346.62

Daily Balances
 Aug 31      383,218.36            Sep 28        383,564.98

*==================================  Interest Summary  ==========================================*
*  Year-To-Date Interest            3,790.68                                                      *
*  Interest Paid This Period          346.62    Annual Percentage Yield Earned    1.11 %          *
*  Avg. Balance this Period        383,218.36    Days in Period                    30             *
*================================================================================================*

*Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                          From September 01, 2018
                                          To   September 30, 2018
                                          Page    1 of    2

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        ICPW NEVADA TRUST                      8-161
        MATTHEW PLISKIN TRUSTEE
        TAX RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629              999          See Back for Important Information


                                          Primary Account: ████7040          0
```

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7040     BANKRUPTCY IMMA | | 90,277.08 | 90,358.74 |
| RELATIONSHIP       TOTAL | | | 90,358.74 |

SIGNATURE BANK

Statement Period
From September 01, 2018
To   September 30, 2018
Page     2 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                     8-161
MATTHEW PLISKIN TRUSTEE
TAX RESERVE ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                 999              See Back for Important Information

Primary Account: ███████7040          0

BANKRUPTCY IMMA            ██████7040

Summary

Previous Balance as of September 01, 2018                              90,277.08
        1 Credits                                                          81.66
Ending Balance as of   September 30, 2018                              90,358.74

Deposits and Other Credits
 Sep 28  Interest Paid                                                     81.66

Daily Balances
 Aug 31        90,277.08              Sep 28        90,358.74

*================================= Interest Summary =================================*
*  Year-To-Date Interest           358.74                                           *
*  Interest Paid This Period        81.66    Annual Percentage Yield Earned  1.11 %  *
*  Avg. Balance this Period      90,277.08   Days in Period                  30      *
*===================================================================================*

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                        Statement Period
                                        From September 01, 2018
                                        To   September 30, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 161
                                        565 FIFTH AVENUE
                                        NEW YORK, NY 10017
```

```
        ICPW NEVADA TRUST                   8-161
        MATTHEW PLISKIN TRUSTEE
        CLASS 3 RESERVE ACCOUNT
        3902 W HENDERSON BLVD, SUITE 208-336
        TAMPA FL  33629                999        See Back for Important Information
```

Primary Account: █████7059        0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| ████7059    BANKRUPTCY IMMA | 2,307,080.90 | 2,309,167.67 |
| RELATIONSHIP    TOTAL | | 2,309,167.67 |

SIGNATURE BANK

```
                                                    Statement Period
                                                    From September 01, 2018
                                                    To   September 30, 2018
                                                    Page     2 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


            ICPW NEVADA TRUST                      8-161
            MATTHEW PLISKIN TRUSTEE
            CLASS 3 RESERVE ACCOUNT
            3902 W HENDERSON BLVD, SUITE 208-336
            TAMPA FL  33629              999          See Back for Important Information


                                                    Primary Account:  ████7059         0

BANKRUPTCY IMMA              ████7059
```

Summary

```
Previous Balance as of September 01, 2018                                   2,307,080.90
       1 Credits                                                               2,086.77
Ending Balance as of   September 30, 2018                                   2,309,167.67
```

Deposits and Other Credits
```
Sep 28  Interest Paid                                                           2,086.77
```

Daily Balances
```
 Aug 31     2,307,080.90              Sep 28       2,309,167.67
```

```
*================================ Interest Summary  =========================================*
*  Year-To-Date Interest          9,167.67                                                   *
*  Interest Paid This Period       2,086.77     Annual Percentage Yield Earned    1.11 %     *
*  Avg. Balance this Period    2,307,080.90     Days in Period                    30         *
*============================================================================================*
```

*Signature*

## SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From September 01, 2018
To   September 30, 2018
Page     1 of     2

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ICPW NEVADA TRUST                      8-161
MATTHEW PLISKIN TRUSTEE
CLASS 4 ACCOUNT
3902 W HENDERSON BLVD, SUITE 208-336
TAMPA FL  33629                999            See Back for Important Information

Primary Account: ████7067         0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE PRIVACY & SECURITY
SECTION ON SIGNATURENY.COM LOCATED UNDER THE 'ABOUT US' HEADING. SELECT
'BUSINESS E-MAIL COMPROMISE' TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████7067     BANKRUPTCY IMMA | | 250,769.66 | 250,996.48 |
| RELATIONSHIP          TOTAL | | | 250,996.48 |

SIGNATURE BANK

```
                                                    Statement Period
                                                    From September 01, 2018
                                                    To   September 30, 2018
                                                    Page     2 of    2

                                                    PRIVATE CLIENT GROUP 161
                                                    565 FIFTH AVENUE
                                                    NEW YORK, NY 10017


            ICPW NEVADA TRUST                    8-161
            MATTHEW PLISKIN TRUSTEE
            CLASS 4 ACCOUNT
            3902 W HENDERSON BLVD, SUITE 208-336
            TAMPA FL  33629              999            See Back for Important Information


                                                    Primary Account: ██████7067        0

BANKRUPTCY IMMA                ████7067


Summary

 Previous Balance as of September 01, 2018                              250,769.66
       1 Credits                                                           226.82
 Ending Balance as of   September 30, 2018                              250,996.48


Deposits and Other Credits
 Sep 28  Interest Paid                                                     226.82

Daily Balances
 Aug 31      250,769.66              Sep 28       250,996.48

*================================= Interest Summary =======================================*
*  Year-To-Date Interest             996.48                                                *
*  Interest Paid This Period         226.82    Annual Percentage Yield Earned   1.11 %      *
*  Avg. Balance this Period       250,769.66   Days in Period                   30          *
*==========================================================================================*
```