# Office of the United States Trustee

| In re: ICPW Liquidation Corporation, a California corporation, *et al.*<br><br>Chapter 11 Case No: Lead Case No.: 1:17-bk-12408-MB<br><br>Jointly administered with:<br>1:17-bk-12409-MB | **Post-Confirmation Status Report**<br><br>Quarter Ending: 12/31/18 |
|---|---|

| Attorney/Professional - Name, Address, Phone & FAX:<br>Samuel R. Maizel & Tania M. Moyron<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 | Person responsible for report - Name, Address, Phone & FAX<br>Matthew Pliskin<br>3902 Henderson Blvd., Suite 208-336<br>Tampa, FL 33629<br>Telephone: (917) 543-2568 |
|---|---|

| Date Order was entered confirming plan | February 13, 2018 |
|---|---|
| Disbursing Agent (if any) (Please print) | Upon entry of an order granting the *Joint Motion By Escrow Agent And The Trustee Of The Trust For Approval Of Stipulation Approving Transfer Of Escrow* [Docket No. 561], KCC LLC will be the disbursing agent. |

| **SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER** | |
|---|---|
| Disbursements made under the plan | $84,909.16 |
| Other Disbursements | $228,211.61 |
| **Total Disbursements** | $313,120.77 |

| Projected date of final decree | TBD based on resolution of litigation. |
|---|---|
| What needs to be achieved before a final decree will be sought? (Attach a separate sheet if necessary) | **Resolution of litigation against former officers, Radians Wareham Holding, Inc. ("Radians") and other third parties.** |
| Narrative of events which impact upon the ability to perform under the reorganization plan or other significant events that have occurred during the reporting period (Attach a separate sheet if necessary) | **The arbitration actions against the Debtors' former Officers and Senior Vice President–Supply Chain have been consolidated. The parties are engaging in discovery. The hearing (trial) is scheduled to take place in November 2019.**<br>**Additionally, as part of the first interim distribution, the Trustee made distributions to certain beneficial interest holders which were not captured in the last reporting period.** |
| Date last U. S. Trustee fee paid | November 20, 2018 |

| Amount Paid | $15,369.47 & $325.00 |
|---|---|

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

Date  February 13, 2019                                      Signature of person responsible for this report

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered.  This report is for U.S. Trustee purposes only.  <u>You may be required to file additional reports with the Bankruptcy Court.</u>*

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

ATTACHMENT NO. 1

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | x |
| 2. Are any post-confirmation sales or payroll taxes past due? | | x |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | x |
| 4. Is the Debtor current on all post-confirmation plan payments? | x | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

The Debtor is current on all post-confirmation plan payments

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | x |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

No physical operation or location to insure, E&O Coverage is maintiained as stated below.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Professional Liability Full Program - Underwriters at Lloyd's, London | 5/23/18-19 | 8576.16  Annual | 0 |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




**Estimated Date of Filing the Application for Final Decree:** _____

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | ICPW Liquidation Corporation, a California Corporation, et al. |
| Case Number: | 17-bk-1408-MB |
| Date of Plan Confirmation: | 2/28/2018 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 5,238,993.75 | $ 15,367,377.27 |
| 2. | **INCOME or RECEIPTS during the Period** | | $ 20,378.44 | $ 231,588.61 |
| | NOTE : $34,217.78 of the PCT receipts were payments from BBI customers to be remitted to BBI | | | |
| 3. | **DISBURSEMENTS** | | | |
| | a. **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ 15,694.47 | $ 100,383.44 |
| | (ii) | Federal Taxes | | 100,000.00 |
| | (iii) | State Taxes | | 41,597.38 |
| | (iv) | Other Taxes | | 0.00 |
| | b. **All Other Operating Expenses:** | | $ 212,517.14 | $ 2,020,941.01 |
| | Note: Includes $0 and $1,121,995.90 remitted to BBI | | | |
| | c. **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 0.00 | $ 1,282,400.39 |
| | (ii) | Class One* | 0.00 | 55,516.47 |
| | (iii) | Class Two | 0.00 | 0.00 |
| | (iv) | Class Three | 0.00 | 0.00 |
| | (v) | Class Four | 0.00 | 0.00 |
| | (vi) | Trust Beneficiaries | 84,909.16 | 7,051,297.44 |
| | (Attach additional pages as needed) | | | |
| | * Note: Re-issuance of payments already scheduled | | | |
| | **Total Disbursements (Operating & Plan)** | | $ 313,120.77 | $ 10,652,136.13 |
| 1. | **CASH (End of Period)** | | $ 4,946,829.75 | $ 4,946,829.75 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 |
|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | Signature Bank | Signature Bank | TD Bank | TD Bank | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 0575 | 0112 | 0120 | 4123 | 3018 | 9869 | 9893 | 4074 | 4058 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Disbursment | Excess Cash Reserve | Disbursement | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Money Market | Money Market | Money Market | Money Market | Money Market |
| 1. Balance per Bank Statement Beginning of per | 14,048.76 | 165,784.18 | 29,000.12 | 47,313.66 | 1,699,032.37 | 384,519.54 | 90,572.90 | 2,314,984.75 | 251,616.27 |
| Deposits | 0.00 | | 27.11 | 58,905.07 | 2,844.07 | 653.16 | 153.85 | 3,932.30 | 427.40 |
| Withdrawals | 0.00 | -995.00 | | 0.00 | -58,905.07 | | | | |
| 1. Balance per Bank Statement | 14,048.76 | 164,789.18 | 29,027.23 | 106,218.73 | 1,642,971.37 | 385,172.70 | 90,726.75 | 2,318,917.05 | 252,043.67 |
| 2. ADD: Deposits not credited | | | | | | | | | |
| 3. SUBTRACT: Outstanding Checks | | -119,786.28 | | -23,040.00 | | | | | |
| 4. Other Reconciling Items | | | | | | | | | |
| 5. Month End Balance (Must Agree with Books) | 14,048.76 | 45,002.90 | 29,027.23 | 83,178.73 | 1,642,971.37 | 385,172.70 | 90,726.75 | 2,318,917.05 | 252,043.67 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Note:** Attach copy of each investment account statement.

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

**CHAPTER 11 POST-CONFIRMATION**
**BANK ACCOUNT RECONCILIATIONS**
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #10 | Account #11 | Account #12 | Account #13 | Account #14 | Account #15 | Account #16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | TD Bank | TD Bank | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 0575 | 0112 | 0120 | 0139 | 7032 | 7040 | 7059 | 7067 | 4123 | 3018 | 9869 | 9893 | 4074 | 4058 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Disbursement | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve | Disbursement | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Money Market | Money Market | Money Market | Money Market | Money Market |
| 1. Balance per Bank Statement Beginning of peri | 14,336.94 | 295,677.85 | 28,840.15 | 1,743,591.01 | 383,923.49 | 90,443.20 | 2,311,325.98 | 251,231.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Deposits | 0.00 | | 159.97 | 52.55 | 11.57 | | 69.66 | | 47,313.66 | 1,746,360.03 | 384,534.54 | 90,587.90 | 2,314,999.75 | 251,631.27 |
| Withdrawals | -288.18 | -129,893.67 | 0.00 | -1,743,643.56 | -383,935.06 | -90,443.20 | -2,311,395.64 | -251,231.08 | 0.00 | -47,327.66 | -15.00 | -15.00 | -15.00 | -15.00 |
| 1. Balance per Bank Statement | 14,048.76 | 165,784.18 | 29,000.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,313.66 | 1,699,032.37 | 384,519.54 | 90,572.90 | 2,314,984.75 | 251,616.27 |
| 2. ADD: Deposits not credited | | | | | | | | | | | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | | | | | | | | | | | |
| 4. Other Reconciling Items | | | | | | | | | | | | | | |
| 5. Month End Balance (Must Agree with Books) | 14,048.76 | 165,784.18 | 29,000.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47,313.66 | 1,699,032.37 | 384,519.54 | 90,572.90 | 2,314,984.75 | 251,616.27 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #4 |
|---|---|---|---|---|---|---|---|---|
| Name of Bank: | Capital One | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Number: | 0575 | 0112 | 0120 | 0139 | 7032 | 7040 | 7059 | 7067 |
| Purpose of Account (Operating/Payroll/Tax) | Disbursement | Disbursment | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement Beginning of per | 14,627.09 | 263,498.51 | 28,813.22 | 1,897,967.06 | 383,564.98 | 90,358.74 | 2,309,167.67 | 250,996.48 |
| Deposits | 0.00 | 156,094.09 | 26.93 | 1,718.04 | 358.51 | 84.46 | 2,158.31 | 234.60 |
| Withdrawals | -290.15 | -123,914.75 | 0.00 | -156,094.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1. Balance per Bank Statement | 14,336.94 | 295,677.85 | 28,840.15 | 1,743,591.01 | 383,923.49 | 90,443.20 | 2,311,325.98 | 251,231.08 |
| 2. ADD: Deposits not credited | | | | | | | | |
| 3. SUBTRACT: Outstanding Checks | | | | | | | | |
| 4. Other Reconciling Items | | | | | | | | |
| 5. Month End Balance (Must Agree with Books) | 14,336.94 | 295,677.85 | 28,840.15 | 1,743,591.01 | 383,923.49 | 90,443.20 | 2,311,325.98 | 251,231.08 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value | Current Value |
|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Note:** Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Capital One |
|---|---|
| Account Number | 0575 |
| Purpose of Account (Operating/Payroll/Personal) | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| eft | 10/16/2018 | Capital One | Bank Fees | 290.15 |
| eft | 11/16/2018 | Capital One | Bank Fees | 288.18 |
| | | | TOTAL | 578.33 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | ▮▮▮▮0112 |
| Purpose of Account (Operating/Payroll/Personal) | Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1339 | 10/9/2018 | Scott Jarus | Trust Board Services | 10,000.00 |
| 1340 | 10/5/2018 | Pat O'Brien | Trust Board Services | 10,000.00 |
| Wire | 10/2/2018 | Ronald L Chez, Inc | Trust Board Services | 10,000.00 |
| 1341 | 10/19/2019 | MLPF& S CUST FPO- JEFFREY D CORDE | Distribution | 41,750.00 |
| 1342 | 11/1/2018 | Solomon & Cramer | Legal Fees | 12,086.63 |
| 1343 | 11/6/2018 | Dentons LLP | Legal Fees | 80,086.01 |
| 1344 | 10/31/2018 | Kurtzman Carson Consultants | Support - Distribution | 7,966.98 |
| 1345 | 11/14/2018 | Matthew Pliskin | Trustee Payment | 9,265.00 |
| 1346 | 11/7/2018 | Chris Jutten | Distribution | 2,114.05 |
| 1347 | 11/2/2018 | Patrick Juetten | Distribution | 8,076.04 |
| 1348 | 10/30/2018 | Brain Sheeny | Distribution | 845.52 |
| 1349 | 11/21/2018 | Ed Wetherbee | Distribution | 483.97 |
| 1350 | 11/7/2018 | US Trustee | US Trustee Payment | 15,369.47 |
| 1351 | 11/7/2018 | US Trustee | US Trustee Payment | 325.00 |
| 1353 | 12/6/2018 | United Retirement | Administration fees | 995.00 |
| 1337 | 10/1/2018 | Solomon & Cramer LLP | Legal Fees | 2,935.80 |
| 1334 | 10/2/2018 | Writser Pier Cleveringa | Distribution | 18,203.00 |
| 1192 | 10/3/2018 | DAVID G HILL | Distribution | 636.44 |
| 1338 | 10/3/2018 | Dentons LLP | Legal Fees | 11,442.70 |
| 1333 | 10/9/2018 | Guy Shamir | Distribution | 3,540.40 |
| 1328 | 10/26/2018 | Estate of DONALD P ELLIOTT | Distribution | 6,593.91 |
| 1324 | 11/30/2018 | Schacter Revoc Trust 2/5/98 | Distribution | 2,087.50 |
| | | | | |
| | | | TOTAL | 254,803.42 |

holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**    **ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### Outstanding CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Signature Bank |
|---|---|
| Account Number | ▮▮▮▮0112 |
| Purpose of Account (Operating/Payroll/Personal) | Escrow |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1032 | 6/7/2018 | The Vanguard Group | Trust Distribution | 29,997.29 |
| 1037 | 6/7/2018 | MILWAUKEE DEF COMP BOARD TTEE | Trust Distribution | 20,405.73 |
| 1051 | 6/7/2018 | BRENT ALLEN FLETCHER TTEE; BRENT | Trust Distribution | 13,245.86 |
| 1067 | 6/7/2018 | BRUCE G KLASS | Trust Distribution | 9,549.90 |
| 1077 | 6/7/2018 | Goldman Sachs | Trust Distribution | 8,350.00 |
| 1085 | 6/7/2018 | SEGAL FAMILY TRUST | Trust Distribution | 6,593.91 |
| 1087 | 6/7/2018 | STANLEY M RUMBOUGH JR | Trust Distribution | 6,366.54 |
| 1119 | 6/7/2018 | ARTHUR GERRICK | Trust Distribution | 4,175.00 |
| 1125 | 6/7/2018 | JAMES SEIBEL | Trust Distribution | 3,618.39 |
| 1131 | 6/7/2018 | ROBERT H KEELEY & SANDRA D KEELEY | Trust Distribution | 3,183.27 |
| 1156 | 6/7/2018 | Cantor Fitzgerald & Co. | Trust Distribution | 1,633.43 |
| 1157 | 6/7/2018 | ROBERT C CLARK | Trust Distribution | 1,591.68 |
| 1158 | 6/7/2018 | MILWAUKEE DEF COMP BOARD TTEE | Trust Distribution | 1,273.46 |
| 1166 | 6/7/2018 | KIM WOODWORTH & BILL WOODWORTH | Trust Distribution | 1,085.50 |
| 1167 | 6/7/2018 | SSBT TTEE | Trust Distribution | 1,068.80 |
| 1170 | 6/7/2018 | MILWAUKEE DEF COMP BOARD TTEE | Trust Distribution | 1,002.00 |
| 1185 | 6/7/2018 | LOIS B MAY TTEE | Trust Distribution | 751.50 |
| 1202 | 6/7/2018 | STEVE FEDEA | Trust Distribution | 422.59 |
| 1205 | 6/7/2018 | OWEN BENNETT MULLER | Trust Distribution | 417.5 |
| 1209 | 6/7/2018 | JOSHUA CRINKLAW | Trust Distribution | 417.5 |
| 1214 | 6/7/2018 | JOSHUA LOUIS CAIN | Trust Distribution | 417.5 |
| 1224 | 6/7/2018 | ELIZABETH ROSNER | Trust Distribution | 293.34 |
| 1225 | 6/7/2018 | ELIZABETH ROSNER | Trust Distribution | 292.25 |
| 1226 | 6/7/2018 | JOE WORDEN | Trust Distribution | 274.88 |
| 1227 | 6/7/2018 | KEALA STANFILL | Trust Distribution | 263.61 |
| 1233 | 6/7/2018 | KIMIKO ANN SNYDER | Trust Distribution | 208.75 |
| 1234 | 6/7/2018 | TARBY BRYANT | Trust Distribution | 203.24 |
| 1240 | 6/7/2018 | MILES POTEAT EGGART | Trust Distribution | 167 |
| 1250 | 6/7/2018 | REYHEENA EIDARIUS | Trust Distribution | 125.25 |
| 1252 | 6/7/2018 | MIKE SALOMON | Trust Distribution | 109.64 |
| 1261 | 6/7/2018 | AUSTIN RUIZ WATKINS | Trust Distribution | 83.5 |
| 1272 | 6/7/2018 | Turner VonAlman | Trust Distribution | 35.91 |
| 1325 | 8/30/2018 | KNUTE LEE | Trust Distribution | 2161.56 |
| | | | TOTAL | 119,786.28 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | TD Bank |
|---|---|
| Account Number | ▇▇▇▇4123 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 12/31/2018 | TD Bank | Maintenance Fee | 30.00 |
| 995001 | 12/10/2018 | Solomon & Cramer | Legal Fees | 21,738.95 |
| 995004 | 12/27/2018 | FTI Consulting | Litigation Support | 12,324.62 |
| 995003 | 12/28/2018 | Dentons LLP | Legal Fees | 23,540.45 |
| ACH | 11/30/2018 | TD Bank | Maintenance Fee | 30.00 |
| | | | TOTAL | 57,664.02 |

holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**　　　　　　　　　　　　　　　　　　　　**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**Outstanding CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| **Name of Bank** | TD Bank |
|---|---|
| **Account Number** | ▮▮▮▮4123 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 995002 | 12/26/2018 | Solomon & Cramer | Legal Fees | 21,063.75 |
| 995005 | 12/26/2018 | Hemming & Morse | Litigation Support | 1,976.25 |
| | | | TOTAL | 23,040.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Interest

|  | Account #1 | Account #4 | Account #5 | Account #6 | Account #7 | Account #8 | Account #9 | Account #10 |
|---|---|---|---|---|---|---|---|---|
| Name of Bank | Capital One | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank | Signature Bank |
| Account Number | 0575 | 0112 | 0120 | 0139 | 7032 | 7040 | 7059 | 7067 |
| Purpose of Account | Disbursement | Disbursment | Excess Cash Reserve | Operating Reserve | Class 1 Reserve | Tax Reserve | Class 3 Reserve | Class 4 Reserve |
| Type of Account | Checking | Checking | Checking | Checking | Checking | Checking | Checking | Checking |
| Month |  |  |  |  |  |  |  |  |
| 10/31/2018 |  |  | 26.93 | 1,718.04 | 358.51 | 84.46 | 2,158.31 | 234.60 |
| 11/30/2018 |  |  | 26.19 | 52.55 | 11.57 |  | 69.66 |  |
| 12/31/2018 |  |  | 27.11 |  |  |  |  |  |
|  |  | 0.00 | 80.23 | 1,770.59 | 370.08 | 84.46 | 2,227.97 | 234.60 |

| Account #11 | Account #12 | Account #13 | Account #14 | Account #15 | Account #16 |
|---|---|---|---|---|---|
| TD Bank 4123 | TD Bank 3018 | TD Bank 9869 | TD Bank 9893 | TD Bank 4074 | TD Bank 4058 |
| Disbursement Checking | Operating Reserve Money Market | Class 1 Reserve Money Market | Tax Reserve Money Market | Class 3 Reserve Money Market | Class 4 Reserve Money Market |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 2774.02 | 610.05 | 143.7 | 3672.77 | 399.19 |
|  | 2844.07 | 653.16 | 153.85 | 3932.3 | 427.4 |
| 0.00 | 5,618.09 | 1,263.21 | 297.55 | 7,605.07 | 826.59 |