SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
ARTHUR H. RUEGGER (Admitted Pro Hac Vice)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com

ANDREW T. SOLOMON (Admitted Pro Hac Vice)
SOLOMON & CRAMER LLP
1441 Broadway, Ste. 6026
New York, NY 10018
Tel: (212) 884-9102
Email: asolomon@solomoncramer.com

Attorneys for Trustee and Trust Board

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br>    Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**STIPULATION OF SETTLEMENT**<br><br>**[RELATES TO DOCKET NOS. 438 & 551]** |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW CA").

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW NV;" and together with ICPW CA, "ICPW").

# RECITALS

WHEREAS, on April 23, 2018, the Court approved a *Stipulation on Motion to Estimate Claims Nos. 7 and 8 filed by Jeffrey Cordes and William Aisenberg Pursuant to 11 U.S.C. § 502(C)* [Docket No. 551] (the "Stipulation") between Matthew Pliskin (the "Trustee"), the trustee under the trust (the "Trust") created pursuant to the *Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Plan"), and that certain trust agreement dated as of February 28, 2018, on the one hand, and QBE Insurance Corporation, Jeffrey Cordes, and William Aisenberg, on the other (the "Claimants");

WHEREAS, pursuant to the Stipulation, the Trustee reserved the amount of $546,313.50 (the "Funds") in a segregated interest-bearing account (the "Reserve") until further order by the Court for the disputed claims asserted by QBE Insurance Corporation, Jeffrey Cordes, and William Aisenberg (the "Claims");

WHEREAS, the parties to the Stipulation have settled their dispute in the pending arbitration proceedings as follows: a mutual release of claims, dismissal of all pending claims in this Bankruptcy Action and in the various arbitrations, no admission of liability, and a payment to the Trustee for the benefit of the Trust of $2,400,000 of which $250,000 shall be deemed satisfied through a release of the funds held in Reserve (the "Settlement"). Pursuant to the Settlement, the Claimants have consented to the release and discharge of the Reserve.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The Trustee's obligation to reserve the Funds is discharged and, thus, the Trustee is no longer required to hold the Funds in the Account;

SOLOMON & CRAMER LLP
1441 BROADWAY, STE. 6026
NEW YORK, NEW YORK 10018
(212)884-9102

2. The Claims asserted by the Claimants against ICPW are hereby dismissed with prejudice and Claims Nos.7 and 8 are hereby deemed withdrawn;

3. The Trustee's claims against the Claimants asserted in the Complaint in Adversary Proceeding No. 1:18-ap-01011-MB are hereby dismissed with prejudice.

| | |
|---|---|
| William M. Aisenberg and Jeffrey Cordes<br>By their counsel of record<br>FOLEY GARDERE<br>FOLEY & LARDNER LLP<br><br>By: _____<br>    Todd A. Murray<br>    Shiva Delrahim Beck | The Trustee and the Trust Board<br>By their counsel of record<br>SOLOMON & CRAMER LLP<br><br>By: _____<br>    Andrew T. Solomon |
| The Trustee and the Trust Board<br>By their counsel of record<br>DENTONS US LLP<br><br>By:   /s/Tania Moyron_____<br>    Samuel R. Maizel<br>    Tania Moyron | QBE Insurance Corporation<br>By their counsel of record<br>FORAN GLENNON PALANDECH PONZI & RUDLOFF PC<br><br>By: _____<br>    Susan N.K. Gummow |

SOLOMON & CRAMER LLP
1441 BROADWAY, STE. 6026
NEW YORK, NEW YORK 10018
(212)884-9102

112686675
DRAFT

06/25/19  8:26PM

2. The Claims asserted by the Claimants against ICPW are hereby dismissed with prejudice and Claims Nos. 7 and 8 are hereby deemed withdrawn;

3. The Trustee's claims against the Claimants asserted in the Complaint in Adversary Proceeding No. 1:18-ap-01011-MB are hereby dismissed with prejudice.

| | |
|---|---|
| William M. Aisenberg and Jeffrey Cordes<br>By their counsel of record<br>FOLEY GARDERE<br>FOLEY & LARDNER LLP<br><br>By: _/s/ Todd A. Murray_____<br>Todd A. Murray<br>Shiva Delrahim Beck | The Trustee and the Trust Board<br>By their counsel of record<br>SOLOMON & CRAMER LLP<br><br>By: _/s/ Andrew T. Solomon_____<br>Andrew T. Solomon |
| The Trustee and the Trust Board<br>By their counsel of record<br>DENTONS US LLP<br><br>By: _____<br>Samuel R. Maizel<br>Tania Moyron | QBE Insurance Corporation<br>By their counsel of record<br>FORAN GLENNON PALANDECH PONZI &<br>RUDLOFF PC<br><br>By: _/s/ Susan Gummow_____<br>Susan N.K. Gummow |

- 4 -

SOLOMON & CRAMER LLP
1441 BROADWAY, STE. 6026
NEW YORK, NEW YORK 10018
(212) 884-9102

112686675
DRAFT

06/25/19 8:26PM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA  90017:

A true and correct copy of the document entitled (*specify*):  **STIPULATION OF SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 2, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Destiny N Almogue    destiny.almogue@skadden.com, candice.spoon@skadden.com
- Shiva D Beck    sbeck@foley.com, jcharrison@foley.com
- Ron Bender    rb@lnbyb.com
- Cathrine M Castaldi    ccastaldi@brownrudnick.com
- Lisa R Chandler    lisa.chandler@ipfs.com
- Russell Clementson    russell.clementson@usdoj.gov
- Aaron S Craig    acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck    sgluck@juno.com
- Matthew A Gold    courts@argopartners.net
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Thomas C Scannell    tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin    sseflin@brutzkusgubner.com
- Arjun Sivakumar    asivakumar@brownrudnick.com
- Andrew T Solomon    asolomon@solomoncramer.com
- John M Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Douglas Wolfe    dwolfe@asmcapital.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 2, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 2, 2019**, I served the

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 2, 2019 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn:  Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN  38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA  90071-9591 |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA  94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA  94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA  17121 | US Department of Justice<br>Office of the Attorney General of the US<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA  90012 | Wendi A. Horwitz<br>Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn:  Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA  94102 |
| Xavier Baccera<br>Attorney General of California<br>California Department of Justice<br>1300 "I" Street<br>Sacramento, CA  95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento, CA  95834 | Department of Justice<br>Office of the CA  Attorney General<br>300 South Spring Street, Floor 9<br>Los Angeles, CA  90013 |
| Kenneth Wang<br>Department of Justice<br>Office of the CA  Attorney General<br>300 South Spring Street<br>Los Angeles, CA  90013 | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA  90012 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA  90013 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA  95814 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA  19101 | California Secretary of State<br>1500 11th Street<br>Sacramento, CA  95814 |
| Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY  10281 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| **Trust Board - SERVED BY EMAIL** | | |
|---|---|---|
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email: rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |
| **Trustee - SERVED BY EMAIL** | | |
| Matthew Pliskin<br>2718 West Terrace Drive<br>Tampa, Florida 33609<br>**Email: matthew@icpwliquidation.com** | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                          **F 9013-3.1.PROOF.SERVICE**