SAMUEL R. MAIZEL (SBN 189301)
TANIA M. MOYRON (SBN 235736)
ARTHUR H. RUEGGER (Admitted Pro Hac Vice)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924
Email : samuel.maizel@dentons.com; tania.moyron@dentons.com

ANDREW T. SOLOMON (Admitted Pro Hac Vice)
SOLOMON & CRAMER LLP
1441 Broadway, Ste. 6026
New York, NY 10018
Tel: (212) 884-9102
Email: asolomon@solomoncramer.com

Attorneys for Trustee and Trust Board

**FILED & ENTERED**

**AUG 07 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br>   Debtor and Debtor in Possession.<br><br>In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br>   Debtor and Debtor in Possession.<br><br>Affects:<br><br>☒ Both Debtors<br><br>☐ ICPW Liquidation Corporation, a California corporation<br><br>☐ ICPW Liquidation Corporation, a Nevada corporation | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**ORDER APPROVING STIPULATION OF SETTLEMENT**<br><br>[Relates to Docket Nos. 438 & 551] |

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation ("ICPW CA").

[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("ICPW NV;" and together with ICPW CA, "ICPW").

The Court, having reviewed the *Stipulation of Settlement* (the "Stipulation"), filed as Docket Number No. 615, entered into Matthew Pliskin, the trustee under the trust created pursuant to the Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018, and that certain trust agreement dated as of February 28, 2018 (the "Plan Trustee"), on the one hand, and QBE Insurance Corporation, Jeffrey Cordes, and William Aisenberg, on the other, on the other, and good cause appearing,

**IT IS HEREBY ORDERED:**

The Stipulation is approved.

The Plan Trustee shall lodge an order in adversary proceeding 1:18-ap-01011-MB dismissing that proceeding with prejudice pursuant to the terms of the Stipulation.

**IT IS SO ORDERED.**

###

Date: August 7, 2019

_____
Martin R Barash
United States Bankruptcy Judge

112917634\V-1