SAMUEL R. MAIZEL (SBN 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (SBN 235736)
tania.moyron@dentons.com
NICHOLAS A. KOFFROTH (SBN 287854)
nicholas.koffroth@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300; Facsimile: (213) 623-9924

Attorneys for Matthew Pliskin, as Trustee, and
The Trust Board

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re:<br><br>ICPW Liquidation Corporation, a California corporation,[1]<br><br>        Debtor and Debtor in Possession. | Lead Case No.: 1:17-bk-12408-MB<br>Jointly administered with:<br>1:17-bk-12409-MB Chapter 11 Cases<br><br>**POST-CONFIRMATION STATUS REPORT** |
| In re:<br><br>ICPW Liquidation Corporation, a Nevada corporation,[2]<br><br>        Debtor and Debtor in Possession. | HEARING:<br>DATE:     February 20, 2020<br>TIME:     2:30 p.m.<br>PLACE:  Courtroom "303"<br>           21041 Burbank Boulevard<br>           Woodland Hills, California 91367 |
| Affects:<br><br>☒  Both Debtors<br><br>☐  ICPW Liquidation Corporation, a California corporation<br><br>☐  ICPW Liquidation Corporation, a Nevada corporation | |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

---

[1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
[2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

US_Active\114174095\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Matthew Pliskin, the trustee (the "Trustee"), under the trust (the "Trust") created pursuant to the *Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Plan") [Docket No. 438], and that certain trust agreement dated as of February 28, 2018 (the "Trust Agreement"), entered into by and among the Trustee, ICPW Liquidation Corporation, a California corporation, formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation ("ICPW Nevada"), formerly known as Ironclad Performance Wear Corporation, a Nevada corporation, hereby respectfully submits this Post-Confirmation Status Report, pursuant to Rule 3020-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

The Plan is a liquidating plan confirmed by entry of an order by this Court on February 13, 2018 (the "Confirmation Order"). [Docket No. 442].

**Listing of Claims & Interests and Payments Under the Plan**

| Class | Creditor(s) | Claim | Plan Payment to Date |
|-------|-------------|-------|----------------------|
| Class 1 | General Unsecured Claims | $354,727.26 | See Below |
| Class 2 | Class of Shareholders | See Below | See Below |
| Class 3 | Secured Claims | Disputed | Reserve |
| Class 4 | Priority Unsecured Claims | Disputed | Reserve |

**Class 1**

Class 1 consists of general unsecured claims. As indicated in the Plan, prior to the Plan, all non-disputed general unsecured claims were paid by the Debtors with post-petition interest in accordance with prior orders of the Court and the *Order Granting Debtors' Motion For Authority To Pay Undisputed Pre-Petition Claims Of Solvent Estate And Establishing Protocol*. [Docket No. 345].

On May 29, 2018, the Trustee filed the *Notice of Objection and Objection to Claims in Accordance with Debtors and Official Committee of Equity Security Holders Joint Plan of Liquidation Dated February 9, 2018* (the "Objection"). [Docket No. 582]. The Objection provides that (i) the Trustee disputes the validity and amount of the seven claims listed therein (the "Claimants") and the enforceability of the claims (the "Claims") against the estates, (ii) the Trustee anticipates that any litigation against the Claimants will be commenced in another forum,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  and (iii) requests disallowance of the Claims after an order is obtained in a different forum. The

2  Trustee filed the Objection in accordance with the Plan and to provide the Claimants with notice

3  that the Trustee disputed the Claims and, thus, no distribution has been made on the Claims.

4  **Class 2**

5  Class 2 consists of the Beneficial Interest Holders (as defined below), who were the equity

6  holders of ICPW Nevada as of the Record Date (*i.e.*, February 12, 2018). Pursuant to the Plan, on

7  February 28, 2018 (the "Effective Date"), the Trust was created and all of the outstanding shares

8  of common stock of ICPW Nevada (the "Common Stock") existing on the Effective Date were

9  cancelled, and the record holders who owned shares of Common Stock on the Record Date

10  became holders of non-transferable beneficial interests in the Trust in exchange for those shares

11  ("Beneficial Interest Holders"). [Docket No. 438]. The Trust was created for the exclusive benefit

12  of Beneficial Interest Holders, net of claims and expenses payable under the express terms of the

13  Trust. *Id.*

14  In June 2018, the Trustee sent a letter to Beneficial Interest Holders informing them of an

15  interim distribution to them in the amount of $7,243,994 (representing $0.0835/share based upon

16  86,754,428 total outstanding shares). In August 2019, the Trustee sent another letter to Beneficial

17  Interest Holders informing them of an interim distribution to them in the amount of $1,698,095.

18  Both distributions were made to Beneficial Interest Holders. In January 2020, the Trustee sent

19  another letter to Beneficial Interest Holders informing them of an interim distribution to them in

20  the amount of $1,982,360.

21  **Class 3**

22  Class 3 consists of the contingent and disputed claim of Radians Wareham Holdings, Inc.

23  ("Radians"). Pursuant to paragraph 26 in the Confirmation Order, on March 12, 2018, the

24  Trustee filed the *Motion to Estimate Claim of Radians Wareham Holding, Inc. for Reimbursement*

25  *of Legal Fees Pursuant to 11 U.S.C. § 502(c)* [Docket No. 473] (the "Estimation Motion") for

26  purposes of establishing the Class 3 Reserve Fund (as defined in the Confirmation Order). At the

27  hearing on the Estimation Motion, the Trustee and Radians agreed the that the Class 3 Reserve

28  Fund should be $2,300,000 (the "Agreed Class 3 Reserve Fund"), which is reflected in *Order*

US_Active\114174095\V-1

*Granting In Part Motion To Estimate Claim Of Radians Wareham Holding, Inc. For Reimbursement Of Legal Fees Pursuant To 11 U.S.C. § 502(c).* [Docket No. 555]. The Trustee is holding the Agreed Class 3 Reserve Fund in a segregated trust account.

**Class 4**

Class 4 consists of priority claims, pursuant to 11 U.S.C. §§ 507(a)(3), (4), (5), (6), and (7). The only non-tax priority claims referenced in the Plan are the two priority wage claims in the amount of $12,850 (the "Cordes and Aisenberg Priority Claims") filed by Cordes and Aisenberg (the "Former Officers"). Prior to filing the Plan, the Official Committee of Equity Security Holders had filed a complaint against the Former Officers that (i) objected to the claims asserted by the Former Officers in their proofs of claims, and (ii) set forth the claims against the Former Officers seeking damages for pre-petition harm arising from their conduct. [Adv. Proc. No.: 1:18-ap-01011]

The Plan classified the disputed claims of the Former Officers as part of Class 4. The Plan provided that total sum of $300,000.00 (the "Class 4 Reserve Fund") would be retained in a segregated trust account, which would be used to pay the Cordes and Aisenberg Priority Claims to the extent allowed by the Court, plus any indemnification claims of the Former Officers to the extent allowed by the Court and not otherwise satisfied by the Debtors' D&O Insurance. The Former Officers filed an objection to the Plan, which sought a larger reserve. [Docket No. 425].

Pursuant to paragraph 26 in the Confirmation Order, the Trustee filed a motion to estimate the disputed claims of the Former Officers for purposes of establishing the Class 4 Reserve Fund. [Docket No. 474]. After briefing and prior to the hearing, the Trustee and the Former Officers reached an agreement, which resulted in the *Order Approving Stipulation On Motion To Estimate Claims Nos. 7 And 8 Filed By Jeffrey Cordes And William Aisenberg Pursuant To 11 U.S.C. § 502(c)* [Docket No. 553] establishing a reserve in the amount of $546,313.50 in accordance with the Plan.

On August 2, 2019, the Trustee filed the *Stipulation of Settlement* [Docket No. 615] (the "Stipulation") that explained the Trust and the Former Officers reached a settlement in their arbitration proceeding (the "Settlement"). Pursuant to the Stipulation and Settlement, the parties

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

agreed that the Trustee was no longer obligated to hold the Class 4 Reserve Fund in a segregated trust account. On August 2, 2019, the Court entered an order approving the Stipulation [Docket No. 616].

### Post-Confirmation Taxes

The Trustee paid $141,597.38 in actual and estimated taxes for the tax years 2016 and 2017. The Trustee has been advised that the Trust does not owe taxes for 2018.

### Projections

The Plan provided that it was being funded from various sources (*e.g.*, remaining estate funds from the sale proceeds, funds in the operating account, monetary recoveries to be obtained by the Trust postpetition, etc.) and not cash derived from the operation of any business by the Debtor.

As of December 31, 2019, there have been disbursements in the amount of approximately $13,452,043. Currently, the Trust has approximately $4,194,998, on hand. The Trustee believes that the Trust is current on his payments to the United States Trustee (the "UST") for quarterly fees.

### Plan Consummation and Final Decree

While the Trustee has made interim distributions, the Trustee anticipates at least one other distribution. There is also litigation that continues to be pursued against third parties, as set forth below. Given the uncertainty related to the timing of the completion of litigation, the Trustee respectfully submits that it would be premature at this time to predict the timing of a motion for final decree.

### Other Pertinent Information Needed To Explain The Progress Toward Completion Of The Confirmed Plan

The Plan provides that the Trustee will, among other things, investigate and, if appropriate, pursue all claims and causes of action that belong to the Estates and are assigned to the Trust for the benefit of the Beneficial Interest Holders. [Docket No. 438]. Since the Confirmation Order, the Trustee has analyzed and pursued certain claims and causes of action, as follows:

US_Active\114174095\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- On April 25, 2018, the Trustee commenced an arbitration proceeding against Thomas Felton, the former Senior Vice President of Supply Chain (the "Felton Arbitration").  In connection with the Former Officers, after extensive briefing and a mediation that did not result in settlement, on July 31, 2018, the Court entered an order granting the Trustee's motion to compel arbitration against the Former Officers. [Adv. Proc. No.: 1:18-ap-01011, Docket No. 52].    The Trustee commenced an arbitration that was ultimately consolidated with the Felton Arbitration (the "Consolidated Arbitration"). The Consolidated Arbitration has now been settled in the amount of $2,400,000.

- The Trustee filed a complaint against Robert Goldstein and his company for aiding and abetting breach of fiduciary duty in the United States District Court for the Central District of California, 2:18-cv-09491-FMO-AS, which transferred to the Northern District of Texas.  The parties settled the action for a nominal amount.

- On April 26, 2019, the Trustee filed an amended complaint (the "Amended Complaint") against Radians.  On January 14, 2020, the Trustee filed a *Notice of Settlement With and Payment to Radians Wareham Holding, Inc.* in the adversary proceeding [Adv. Docket No. 73] and bankruptcy cases [Bankr. Docket No. 624] pursuant to the Trust Agreement.  No parties objected to the notice and, on January 29, 2020, the Trustee filed a stipulation [Adv. Docket No. 74] to approve the settlement.

- The Trustee commenced an arbitration against BDO.  The foregoing arbitration proceeding is in the discovery phase and going to trial in June 2020.

US_Active\114174095\V-1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 6, 2020

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
NICHOLAS A. KOFFROTH

By:    */s/Tania M. Moyron*
Tania M. Moyron, Counsel
to the Trustee and Trust Board

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\114174095\V-1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA  90017:

A true and correct copy of the document entitled (*specify*): **POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 6, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Destiny N Almogue     destiny.almogue@skadden.com, candice.spoon@skadden.com
- Shiva D Beck     sbeck@foley.com, jcharrison@foley.com
- Ron Bender     rb@lnbyb.com
- Cathrine M Castaldi     ccastaldi@brownrudnick.com
- Lisa R Chandler     lisa.chandler@ipfs.com
- Russell Clementson     russell.clementson@usdoj.gov
- Aaron S Craig     acraig@kslaw.com, lperry@kslaw.com
- Natalie B. Daghbandan     natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Steven M Gluck     sgluck@juno.com
- Matthew A Gold     courts@argopartners.net
- Monica Y Kim     myk@lnbrb.com, myk@ecf.inforuptcy.com
- Jeffrey A Krieger     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Samuel R Maizel     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Tania M Moyron     tania.moyron@dentons.com, chris.omeara@dentons.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Thomas C Scannell     tscannell@gardere.com, acordero@gardere.com
- Susan K Seflin     sseflin@brutzkusgubner.com
- Arjun Sivakumar     asivakumar@brownrudnick.com
- Andrew T Solomon     asolomon@solomoncramer.com
- John M Stern     john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss     sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Douglas Wolfe     dwolfe@asmcapital.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 6, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
US_Active\108694530\V-1                    **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **February 6, 2020**, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

**BY PERSONAL DELIVERY**
Hon. Martin R. Barash
US Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 342/Ctrm. 303
Woodland Hills, CA  91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2020 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
US_Active\108694530\V-1

**F 9013-3.1.PROOF.SERVICE**

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| **Secured Creditor**<br>Radians Wareham Holding, Inc.<br>Attn: Mike Tutor, CEO<br>5305 Distriplex Farms<br>Memphis, TN 38141 | **Counsel to Radians Wareham Holdings**<br>E. Franklin Childress, Jr.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>165 Madison Ave, Suite 2000<br>Memphis, Tennessee 38103 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | | |
| **Governmental Agencies** | | |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Office of Unemployment Compensation Tax Services<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>651 Boas Street, Room 702<br>Harrisburg, PA 17121 | US Department of Justice<br>Office of the Attorney General of the US<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Central District of California<br>312 North Spring Street, Suite 1200<br>Los Angeles, CA 90012 | Wendi A. Horwitz<br>Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Xavier Baccera<br>Attorney General of California<br>California Department of Justice<br>1300 "I" Street<br>Sacramento, CA 95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento, CA 95834 | Department of Justice<br>Office of the CA Attorney General<br>300 South Spring Street, Floor 9<br>Los Angeles, CA 90013 |
| Kenneth Wang<br>Department of Justice<br>Office of the CA Attorney General<br>300 South Spring Street<br>Los Angeles, CA 90013 | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101 | California Secretary of State<br>1500 11th Street<br>Sacramento, CA 95814 |
| Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY 10281 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **Trust Board - SERVED BY EMAIL** | | |
| Patrick W. O'Brien<br>301 Whitmore Lane<br>Lake Forest, IL  60045-4707<br>**Email:  obrien.pat@me.com** | Ronald Chez<br>1524 N. Astor Street<br>Chicago, IL  60610<br>**Email:  rlchez@rcn.com** | Scott Jarus<br>938 Duncan Avenue<br>Manhattan Beach, CA  90266<br>**Email:  scott.jarus@verizon.net** |
| **Trustee - SERVED BY EMAIL** | | |
| Matthew Pliskin<br>2718 West Terrace Drive<br>Tampa, Florida 33609<br>**Email:<br>matthew@icpwliquidation.com** | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
US_Active\108694530\V-1

**F 9013-3.1.PROOF.SERVICE**