| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel (SBN 189301) samuel.maizel@dentons.com Tania M. Moyron (SBN 235736) tania.moyron@dentons.com DENTONS US LLP 601 South Figueroa Street, Suite 2500 Los Angeles, California 90017-5704 Tel: 213 623 9300 / Fax: 213 623 9924 <br><br> ☐ *Movant appearing without an attorney* <br> ☒ *Attorney for Movant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - SAN FERNANDO VALLEY DIVISION

| In re: <br><br> ICPW Liquidation Corporation, a California corporation, Debtor and Debtor in Possession. <br><br> In re: <br><br> ICPW Liquidation Corporation, a Nevada corporation, Debtor and Debtor in Possession. <br><br> Affects: <br> ☒ Both Debtors <br><br> ☐ ICPW Liquidation Corporation, a California corporation <br><br> ☐ ICPW Liquidation Corporation, a Nevada corporation <br><br><br> Debtor(s). | CASE NO.: 17-12408-MB <br><br> CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF**: <br><br> ☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR** <br><br> ☐ **AN ORDER CLOSING CASE** <br> **ON INTERIM BASIS** <br><br> **[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| | ☐ No hearing unless requested under LBR 9013-1(o)(4) <br> ☒ Hearing Information: <br> DATE:            December 12, 2023 <br> TIME:            1:30 p.m. <br> COURTROOM: 303 <br> ADDRESS:      21041 Burbank Boulevard, Suite 342 <br>                        Woodland Hills, CA 91367 |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1.  ☐  **No Hearing Scheduled; Notice Provided under LBR 9013-1 (o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☒ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1 (d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** *(specify):*

Date: <u>November 21, 2023</u>

Signature of Reorganized Debtor or trustee

Matthew Pliskin
Printed name of Reorganized Debtor or trustee

Date: <u>November 21, 2023</u>

*/s/ Tania M. Moyron*
Signature of attorney for Reorganized Debtor or trustee, if any
Tania M. Moyron
Printed name of attorney for Reorganized Debtor or trustee, if any

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF**:

☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**

☐ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1.  **Movant is the**: ☒ Reorganized Debtor    ☐ Chapter 11 trustee

2.  **Postconfirmation Status of Bankruptcy Case**: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a.  The order confirming the plan of reorganization is final;

    b.  All deposits required by the plan have been distributed;

    c.  All property proposed by the plan to be transferred has been transferred;

    d.  The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e.  All payments or other distributions under the plan have commenced; and

    f.  All motions, contested matters, and adversary proceedings have been finally resolved.

3.  **Relief Requested** *(check one box only)*:

    a.  ☒ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b.  ☐ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4.  **Evidence in Support of Motion**: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.


Date: <u>November 21, 2023</u>    */s/ Tania M. Moyron*
_____
                        Signature of Reorganized Debtor or trustee,
                        or attorney for Reorganized Debtor or trustee

                        Tania M. Moyron
                        _____
                        Printed name of Reorganized Debtor or trustee,
                        or attorney for Reorganized Debtor or trustee

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                        Page 3                **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge**:

   a.  I, (*name*) Matthew Pliskin                                                                                        ,
       make the following declaration in support of this motion.

   b.  (1)  ☐  I have personal knowledge of the following facts because I am the:

            ☐ Reorganized Debtor  ☐ Chapter 11 trustee

       (2)  ☒  I am related to this bankruptcy case as the Trustee of the ICPW Trust                        ,
            and I have personal knowledge of the following facts because *(specify):*
            I handle the post-confirmation management of the ICPW Trust, which was created pursuant to the
            Debtors' and Official Committee of Equtiy Security Holders' Joint Plan of Liquidation Dated February 9,
            2018 and the related trust agreement.

2. **Postconfirmation Status of Bankruptcy Case**: except as noted in the following paragraph,

   a.  The order confirming the plan of reorganization is final;

   b.  All deposits required by the plan have been distributed;

   c.  All property proposed by the plan to be transferred has been transferred;

   d.  The Debtor or successor to the Debtor under the plan has assumed the business or the management of the
       property dealt with by the plan;

   e.  All payments or other distributions under the plan have commenced; and

   f.  All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):
   The Trustee will make a final distribution before the end of 2023.  Prior to the hearing on this motion, the Trustee will
   pay all unpaid United States Trustee quarterly fees.

4. **Facts Regarding Full Administration of Bankruptcy Case** *(check one box only):*

   a.  ☒  **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary
       proceedings have been finally resolved.

   b.  ☐  **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved,
       but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a
       motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested
       matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:

   ☒  Exhibit **A**: Declaration of Matthew Pliskin

   ☐  Exhibit **B**:

   ☐  Exhibit **C**:

   ☐  Exhibit **D**:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2023 | Matthew Pliskin | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                              Page 4                    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

1    SAMUEL R. MAIZEL (SBN 189301)
     samuel.maizel@dentons.com
2    TANIA M. MOYRON (SBN 235736)
     tania.moyron@dentons.com
3    REBECCA M. WICKS (SBN 313608)
     rebecca.wicks@dentons.com
4    DENTONS US LLP
     601 South Figueroa Street, Suite 2500
5    Los Angeles, California 90017-5704
     Telephone: 213 623 9300; Facsimile: 213 623 9924
6
7    Attorneys for Matthew Pliskin, as Trustee,
     and The Trust Board

8                    **UNITED STATES BANKRUPTCY COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**
9                     **(SAN FERNANDO VALLEY DIVISION)**

10

11   In re:                                          Lead Case No. 1:17-bk-12408-MB
                                                     Jointly administered with:
12   ICPW Liquidation Corporation, a California      1:17-bk-12409-MB Chapter 11 Cases
     corporation,[1]
13                Debtor and Debtor in Possession.   **DECLARATION OF MATTHEW**
                                                     **PLISKIN IN SUPPORT OF MOTION IN**
14   ─────────────────────────────────────           **CHAPTER 11 CASE FOR THE ENTRY**
                                                     **OF A FINAL DECREE AND ORDER**
15   In re:                                          **CLOSING CASE**

16   ICPW Liquidation Corporation, a Nevada
     corporation,[2]
17                Debtor and Debtor in Possession.

18   ─────────────────────────────────────
     Affects:
19
     ☒ Both Debtors
20
     ☐ ICPW Liquidation Corporation, a California
21       corporation

22   ☐ ICPW Liquidation Corporation, a Nevada
         corporation
23

24           I, Matthew Pliskin, hereby state and declare that if called as a witness, I would and could

25   testify of my own personal knowledge as follows:

26           1.      I am the trustee ("Trustee") of the ICPW Trust (the "Trust") that was created

27   ─────────────────────────────────────
     [1] Formerly known as Ironclad Performance Wear Corporation, a California corporation.
28
     [2] Formerly known as Ironclad Performance Wear Corporation, a Nevada corporation.

                                                 1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

pursuant to the *Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated February 9, 2018* (the "Plan"). [Docket No. 438], and that certain trust agreement dated as of February 28, 2018 (the "Trust Agreement"), entered into by and among myself as the Trustee, ICPW Liquidation Corporation, a California corporation ("ICPW California"), formerly known as Ironclad Performance Wear Corporation, a California corporation ("Ironclad California"), and ICPW Liquidation Corporation, a Nevada corporation ("ICPW Nevada," and together with ICPW California, the "Post-Confirmation Debtors"), formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("Ironclad Nevada," and together with Ironclad California, the "Debtors"). I previously served as the Chief Financial Officer ("CFO") to the Debtors, effective August 30, 2016.

2.     The statements herein are based upon my personal knowledge of the facts and information gathered by me in my capacity as Trustee for the Trust.

3.     I make this Declaration in support of the *Motion in Chapter 11 Case for the Entry of a Final Decree and Order Closing Case* (the "Motion").

4.     On September 8, 2017 (the "Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of title 11 of the United States Code. After the Petition Date, I continued my role as CFO, and was responsible for preparing and filing the Debtors' monthly operating reports.

5.     On February 9, 2018, the Debtors and the Official Committee of Equity Holders filed the Plan [Docket No. 438].

6.     On February 13, 2018, the Court entered an order confirming the Plan [Docket No. 442] (the "Confirmation Order") and set the effective date of the Plan as February 28, 2018 (the "Effective Date").

7.     On the Effective Date, the Trust was created pursuant to the Plan and Trust Agreement, and I was appointed as Trustee. Since the creation of the Trust, I have continued to retain my position as Trustee on behalf of the Trust and handle the post-confirmation management of the Trust.

8.     I am advised and believe that the Confirmation Order is final and non-appealable.

125018448\V-6

9.      It is my understanding that the fees and costs estimated in the Plan to be incurred through the Effective Date by the professionals employed in the Debtors' cases have been paid in full.

10.      All deposits required by the Plan have been distributed.

11.      All motions, contested matters, and adversary proceedings have been finally resolved, and there no motions, contested matters, adversary proceedings, or other open matters pending before this Court in connection with the Debtors' cases.

12.      Aside from all the matters that were resolved by this Court, I have been waiting to close these cases, as the Trust anticipated receiving certain civil case fair funds (the "Fair Funds") sought and collected by the Securities and Exchange Commission (the "SEC") against the Debtors' former-CEO, former-CFO, and the former-VP of Operations. On September 8, 2023, the SEC transferred the Fair Funds to the Trust for the benefit of the Trust's beneficiaries.

13.      As a result of the recovery of the Fair Funds, and other funds collected, I will be distributing approximately $493,733 (the "Final Distribution") to the Trust's beneficiaries by the end of 2023. I have made arrangements for payment of the Final Distribution after the closing of the cases.

14.      Quarterly fees to the United States Trustee have been paid to date. I estimate that fees for the fourth quarter of 2023 (the "UST Fees") will be $1,974.93. Prior to the hearing on this Motion, all UST Fees will have been paid.

15.      Other than the Final Distribution and UST Fees, that will be made by year end, (i) all property required to be transferred by the Plan has been transferred, (ii) the Trust has fully liquidated the Debtors' cases pursuant to the Plan and Trust Agreement, and (iii) all payments or other distributions required to be made under the Plan have been made.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct to the best of my knowledge.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

125018448\V-6

Executed on the 21st day of November 2023, at New York, New York.

_____

Matthew Pliskin

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the document entitled (*specify*): <u>NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF A FINAL DECREE AND ORDER CLOSING CASE; DECLARATION OF MATTHEW PLISKIN IN SUPPORT</u> will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 21, 2023</u>, I checked the CM/ECF docket for this case and determined that the following person/s is/are on the Electronic Mail Notice List to receive NEF transmission at the email address/es stated below.

| | |
|---|---|
| Douglas Wolfe<br>ASM Capital<br>7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 1179 | Counsel for ASM Capital V, L.P.<br>T: 516 224 6040 / F: 516 224 6049<br>E: asm@asmcapital.com |
| Shiva D. Beck<br>Foley & Lardner LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201 | Counsel for William Aisenberg & Jeffrey Cordes<br>T: 214 999 4615 / F: 214 999 3615<br>E: sbeck@foley.com |
| Thomas C. Scannell<br>Gardere Wynne Sewell LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201 | Counsel for William Aisenberg & Jeffrey Cordes<br>T: 214 999 4289 / F: 214 999 3289<br>E: tscannell@gardere.com |
| Matthew A. Gold<br>Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | Counsel for Argo Partners<br>T: 212 643 5445 / F: 212 643 6401<br>E: courts@argopartners.net |
| Aaron S. Craig<br>King & Spalding LLP<br>633 West 5th Street, Suite 1700<br>Los Angeles, CA 90071 | Counsel for Big Time Products, LLC<br>T: 213 443 4311 / F: 213 443 4310<br>E: acraig@kslaw.com |
| Jeffrey A. Krieger<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, CA 90067 | Counsel for Brighton-Best International, Inc.<br>T: 310 785 6869 / F: 310 201 2343<br>E: jkrieger@ggfirm.com |
| CRG Financial LLC<br>100 Union Avenue<br>Cresskill, NJ 07626 | Counsel for CRG Financial LLC<br>T: 949 440 0226 / F: 949 252 1514<br>E: aaxenrod/jcontreras@crgfinancial.com |
| Jess R. Bressi<br>Dentons US LLP<br>2030 Main Street #1000<br>Irvine, CA 92614 | Counsel for Dentons US LLP<br>T: 949 732 37008<br>E: jess.bressi@dentons.com |

Howard Steinberg
Greenberg Traurig LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

Counsel for Thomas Felton
T: 310 586 7702 / F: 310 586 0228
E: steinbergh@gtlaw.com

Ron Bender
Monica Y. Kim
Krikor J. Meshefejian
Levene Neale Bender Yoo & Golubchik LLP
2818 La Cienega Avenue
Los Angeles, CA 90034

Counsel for ICPW Liquidation Corp.
T: 310 229 1234 / F: 310 229 1244
E: rb/myk/kjm@lnbyg.com

Lisa R. Chandler
IPFS Corportion
30 Montgomery Street, Suite 1000
Jersey City, NJ 07302

Counsel for IPFS Corp.
T: 800 221 3450 / F: 201 631 5415
E: lisa.chandler@ipfs.com

Cathrine M. Castaldi
Arjun Sivakumar
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612

Counsel for the Official Committee of Unsecured Creditors
& Province Inc.
T: 949 752 7100 / F: 949 252 1514
E: ccastaldi/asivakumar@brownrudnick.com

Andrew T. Solomon
Solomon & Cramer LLP
1441 Broadway, Suite 6026
New York, NY 10018

Counsel for the Official Committee of Equity Holders
T: 212 884 9102 / F: 516 368 3896
E: asolomon@solomoncramer.com

Susan K. Seflin
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Counsel for Province Inc.
T: 818 827 9000 / 818 927 9099
E: sseflin@bg.law

Steven M. Gluck
1313 Post Avenue
Torrance, CA 90501

Counsel for QBE Insurance Corp.
T: 818 887 8205
E: sgluck@juno.com

Natalie B. Daghbandan
Bryan Cave Leighton Paisner LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414

Counsel for Radians Wareham Holdings, Inc., Radians,
Inc. & Safety Supply Corp.
T: 949 223 7000 / F: 949 223 7100
E: natalie.daghbandan@bclplaw.com

Sharon Z. Weiss
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Counsel for Radians Wareham Holdings, Inc. & Safety
Supply Corp.
T: 310 576 2100 / F: 310 576 2200
E: sharon.weiss@bclplaw.com

Destiny N. Almogue
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Special Counsel
T: 213 687 5416 / F: 213 687 5600
E: destiny.almogue@skadden.com

---

**PROOF OF SERVICE – Case No. 1:17-bk-12408-MB**

John M. Stern
Office of Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701

Counsel for the Texas Comptroller of Public Accounts
T: 512 475 4868 / F: 512 936 1409
E: bk-jstern@oag.texas.gov

Russell Clementson
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

U.S. Trustee
T: 213 894 4505 / F: 213 894 0276
E: russell.clementson@usdoj.gov

**2. SERVED BY UNITED STATES MAIL:** On <u>November 21, 2023</u>, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, NEXT BUSINESS DAY, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling Local Rules, on <u>November 21, 2023</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal or next business day delivery to the judge <u>will be completed</u> no later than 12:00 noon after the document is filed.

Honorable Martin R. Barash
USBC/CDCA San Fernando Valley Courthouse
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367-6603

☒ Until further notice, on all matters except for evidentiary hearings, no judge's copies are required unless specifically requested by chambers
☐ By Messenger w/ NEF behind
☐ By Next Business Day [Trkg# _____]
☐ By Facsimile to _____
☐ By Email to cbl_chambers@casb.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 21, 2023 | Frederick Kalve | |
| *Date* | *Printed Name* | *Signature* |